Perfect 10 Inc v. Google Inc et al Doc. 9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Send

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV04-9484-AHM (SHx)<br>CV05-4753-AHM (SHx) | Date | November 29, 2005 |
| Title | PERFECT 10, INC. v. GOOGLE, INC., et al. **consolidated with** PERFECT 10, INC. v. AMAZON.COM, INC., et al. | | |

SCANNED

Present: The Honorable A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Jake Yerke | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

**Proceedings:** (IN CHAMBERS)

On the Court's own motion, the Court hereby continues the Further Consolidated Scheduling Conference from December 12, 2005 **to January 10, 2006 at 1:30 p.m.**

DOCKETED ON CM
NOV 30 2005
BY DW 026

Initials of Preparer

92



Dockets.Justia.co