Perfect 10 Inc v. Google Inc et al Doc. 207

FILED
CLERK, U.S. DISTRICT COURT
JUL 13 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
JUN 20 2006
FILED
DOCKETED
DATE INITIAL

# NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**

Short Case Title: GOOGLE INC v. PERFECT 10, INC

Court of Appeals No. (leave blank if unassigned) 06-55854

U.S. District Court, Division & Judge Name Central California, LA Hon. Howard A. Matz

Criminal and/or Civil Case No. CV 04-09484-AHM(SHx)

Date Complaint/Indictment/Petition Filed: 11/19/2004

Date Appealed order/judgment *entered*: 05/09/06

Date NOA *filed*: 06/07/06

Date(s) of Indictment ________ Plea Hearing ________ Sentencing ________

COA Status (check one): ☐ granted in full (attach order) ☐ denied in full (send record) ☐ granted in part (attach order) ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

***Magistrate Judge's Order? If so, please attach.***

**FEE INFORMATION**

Date Docket Fee Paid: ________ Date Docket Fee Billed: ________

Date FP granted: ________ Date FP denied: ________

Is FP pending? ☐ yes ☐ no Was FP limited ☐? Revoked ☐?

US Government Appeal? ☐ yes ☐ no

Companion Cases? Please list: ________

***Please attach copy of any order granting, denying or revoking FP.***

**COUNSEL INFORMATION (please include email address)**

Appellate Counsel:

Andrew P. Bridges
Winston & Strawn LLP
101 California Street, 39th Floor
San Francisco, CA 94111-5894
Tel 415 591-1000 Fax: 415 591-1400

Appellee Counsel:

Russell J. Frackman
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Tel: 310 3112-2000 Fax: 310 312-3100

☒ retained ☐ CJA ☐ FPD ☐ Pro Se ☐ Other ________ ***Please attach appointment order.***

**DEFENDANT INFORMATION**

Prisoner ID ________ Address:

Custody ________

Bail ________

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid ________ 9th Circuit Docket Number ________

Name & Phone Number of Person Completing this Form: L. Rendon
213 894-3570

DOCKETED ON CM
JUL 13 2006
BY LK 104

207

(()) Duplicate (()) Duplicate (())
CLERK'S OFFICE U.S.D.C.
LOS ANGELES
6/7/2006 2:59:38 PM Receipt #: 85858
Cashier : NPONCE [LA 1-1]
Paid by: ACE MESSENGER AND ATTY SERV.
2:CV04-9484
2006-086900 Appeals Filing Fees(1)
Amount : $105.00

2:CV04-9484
2006-510000Judicial Services ($150.00)(1)
Amount : $150.00

2:CV04-9484
2006-086400Appeals Filing fee - Special(1)
Amount : $200.00

Check Payment : 18171 / 455.00

Total Payment : 455.00



Dockets.Justia.com