ORIGINAL

Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
WINSTON & STRAWN LLP
101 California Street, 39th Floor
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Defendant
GOOGLE INC.

FILED
CLERK U.S. DISTRICT COURT
OCT 17 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
2007 JUL -3 PM 4:25
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California corporation

Plaintiff,

vs.

GOOGLE INC., a corporation; and DOES 1 through 100, inclusive

Defendant.

AND COUNTERCLAIM

PERFECT 10, INC., a California corporation

Plaintiff,

vs.

AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. CV04-9484 AHM (SHx)
[Consolidated with Case No. CV 05 4753 AHM (SHx)]

**~~[PROPOSED]~~ ORDER GRANTING APPLICATION TO FILE UNDER SEAL THE DECLARATION OF RADHIKA MALPANI SUBMITTED IN SUPPORT OF GOOGLE'S OPPOSITION TO PERFECT 10'S MOTION TO COMPEL, PURSUANT TO PROTECTIVE ORDER ENTERED DEC. 27, 2005**

DOCKETED ON CM
OCT 17 2007
BY 015

234

The Court GRANTS Google Inc.'s *Application To File Under Seal The Declaration of Radhika Malpani Submitted In Support Of Google's Opposition To Perfect 10's Motion To Compel, Pursuant To Protective Order Entered Dec. 27, 2005*. This documents shall be filed under seal.

SO ORDERED.

Dated: 10/11, 2007

United States ~~District~~ Judge
AMG

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

SF:185186.2

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Suite 3800, Los Angeles, CA 90071-1543. On October 5, 2007, I served the within documents:

**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL THE DECLARATION OF RADHIKA MALPANI SUBMITTED IN SUPPORT OF GOOGLE'S OPPOSITION TO PERFECT 10'S MOTION TO COMPEL, PURSUANT TO PROTECTIVE ORDER ENTERED DEC. 27, 2005**

☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☒ By placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ By causing personal delivery by Worldwide Network, Inc. of the document(s) listed above to the person(s) at the addresses set forth below.

☐ By sending it via Federal Express overnight courier.

☐ By electronically mailing a true and correct copy through Winston & Strawn LLP's electronic mail system at the e-mail address(es) set forth below.

☐ By sending it via Messenger Services.

☐ By the Court's ECF electronic mailing system.

Russell J. Frackman
Jeffrey D. Goldman
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683

Mr. Jeffrey N. Mausner
Mausner IP Law
21800 Oxnard Street, Suite 910
Woodland Hills, CA 91367-3640

Daniel J. Cooper
Perfect 10, Inc.
72 Beverly Park Drive
Beverly Hills, CA 90210

Mark T. Jansen
Anthony J. Malutta
Townsend, Townsend & Crew
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on October 5, 2007, in Los Angeles, California.

Sarah Fleming