1  WINSTON & STRAWN LLP
      Andrew P. Bridges (Bar No. 122761)
2     abridges@winston.com
      Jennifer A. Golinveaux (Bar No. 203056)
3     jgolinveaux@winston.com
      Matthew A. Scherb (Bar No. 237461)
4     mscherb@winston.com
   101 California Street, 39th Floor
5  San Francisco, CA  94111-5894
   Telephone:  415-591-1000
6  Facsimile:   415-591-1400
   Attorneys for Defendant GOOGLE INC.
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  PERFECT 10, INC., a California corporation | Case No. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)] |
| 11 | |
| 12      Plaintiff, | |
| 13   vs. | NOTICE OF APPLICATION FOR WITHDRAWAL AS COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT GOOGLE INC.; [PROPOSED] ORDER |
| 14  GOOGLE INC., a corporation; and DOES 1 through 100, inclusive | |
| 15      Defendants. | |
| 16  AND COUNTERCLAIM | |
| 17  PERFECT 10, INC., a California corporation, | |
| 18      Plaintiff, | |
| 19   vs. | |
| 20  AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 10, inclusive, | |
| 21 | |
| 22      Defendants. | |

23
24
25
26
27
28

NOTICE IS HEREBY GIVEN that Winston & Strawn LLP, and its attorneys Andrew P. Bridges, Michael S. Brophy, Jennifer A. Golinveaux, and Matthew A. Scherb hereby seek to withdraw as counsel for Defendant and Counterclaimant Google Inc. ("Google") in this consolidated action. The withdrawal is with the consent of Google.

Google will continue to be represented by Quinn Emanuel Urquhart Oliver & Hedges, LLP, which has already made an appearance. The withdrawal will not prejudice Plaintiff or unnecessarily delay this action.

Winston & Strawn LLP and its attorneys named above ask for the Court's approval in the attached proposed order.

Dated: February 19, 2008

WINSTON & STRAWN LLP
Andrew P. Bridges
Jennifer A. Golinveaux
Matthew A. Scherb

By: /s/ Andrew P. Bridges
Andrew P. Bridges

I consent to the withdrawal of Winston & Strawn LLP and its attorneys named above as counsel for Defendant and Counterclaimant Google Inc. in this matter.

Dated: February 17, 2008

GOOGLE INC.

By: _____
Shana Stanton
Litigation Counsel

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Winston & Strawn LLP and its attorneys Andrew P. Bridges, Michael S. Brophy, Jennifer A. Golinveaux, and Matthew A. Scherb are authorized to withdraw as counsel for Defendant and Counterclaimant Google Inc. in this action and shall hereby be considered withdrawn.

Dated: February __, 2008

By: _____
A. HOWARD MATZ
United States District Judge