QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel M. Herrick (Bar No. 191060)
  rachelherrick@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-213

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL GOOGLE INC.'S CORRECTED REPLY IN SUPPORT OF ITS OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER OF FEBRUARY 22, 2008, GRANTING IN PART AND DENYING IN PART PERFECT 10 INC.'S MOTION TO COMPEL<br><br>Hon. A. Howard Matz<br><br>Courtroom: 14<br>Hearing Date: April 14, 2008<br>Hearing Time: 10:00 am<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Case No. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]
APPLICATION TO FILE UNDER SEAL GOOGLE INC.'S CORRECTED REPLY

1  Pursuant to Local Rule 79-5.1, the Order of the Hon. A. Howard Matz
2  re. Protective Orders and Treatment of Confidential Information, at ¶ D, and the
3  Protective Order entered by the Court in this action (Docket No. 94), Google Inc.
4  hereby submits this application to file under seal portions of Google Inc.'s Corrected
5  Reply In Support of Its Objections to the Magistrate Judge's Order of February 22,
6  2008, Granting in Part and Denying in Part Plaintiff Perfect 10, Inc.'s Motion to
7  Compel (the "Corrected Reply").

8  The Corrected Reply includes materials that Google Inc. has designated
9  "Confidential" and/or "Highly Confidential" pursuant to the Protective Order.
10 Accordingly, Google requests that the Court order the complete and unredacted
11 Corrected Reply to be filed under seal.

13 DATED: April 7, 2008

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By  /s/ Michael T. Zeller / TN
Michael T. Zeller
Attorneys for Defendant GOOGLE INC.