1  JEFFREY N. MAUSNER (State Bar No. 122385)
2  DAVID N. SCHULTZ (State Bar No. 123094)
   Law Offices of Jeffrey N. Mausner
3  Warner Center Towers, Suite 910
   21800 Oxnard Street
4  Woodland Hills, California 91367-3640
5  Telephone: (310) 617-8100, (818) 992-7500
   Facsimile: (818) 716-2773
6
   Attorneys for Plaintiff Perfect 10, Inc.
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br>_____<br><br>AND CONSOLIDATED CASE | Master Case No.: 04-9484 AHM (SHx)<br><br>[PROPOSED] ORDER GRANTING MOTION OF PLAINTIFF PERFECT 10, INC. FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>[NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DR. NORMAN ZADA IN SUPPORT THEREOF; DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT THEREOF; AND [PROPOSED] SECOND AMENDED COMPLAINT SUBMITTED CONCURRENTLY HEREWITH]<br><br>Date: July 7, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

1    The Motion Of Plaintiff Perfect 10, Inc. For Order Granting Leave To File
2    the Second Amended Complaint (the "Motion") came on for hearing before the
3    Honorable A. Howard Matz.  After consideration of the parties' submissions and
4    the arguments raised by the parties at the hearing on the Motion, IT IS HEREBY
5    ORDERED AS FOLLOWS:
6    The Motion is GRANTED.  The Second Amended Complaint of Plaintiff
7    Perfect 10, Inc. is deemed filed and served on July 7, 2008, upon Defendant
8    Google, Inc.
9    DATED: July ___, 2008

The Honorable A. Howard Matz,
United States District Judge