JEFFREY N. MAUSNER (State Bar No. 122385)
Mausner IP Law
21800 Oxnard St., Suite 910
Woodland Hills, California 91367-3640
Telephone: (310) 617-8100; (818) 992-7500
Facsimile: (818) 716-2773

Attorney for Plaintiff
Perfect 10, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.  CV 04-9484 AHM (SHx)<br><br>SECOND AMENDED COMPLAINT FOR:<br><br>(1) COPYRIGHT INFRINGEMENT; (2) TRADEMARK INFRINGEMENT (FEDERAL); (3) TRADEMARK DILUTION (FEDERAL); (4) UNFAIR COMPETITION; (5) VIOLATION OF RIGHTS OF PUBLICITY; (6) UNJUST ENRICHMENT; (7) MISAPPROPRIATION<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Perfect 10, Inc. ("Perfect 10") avers:

### JURISDICTION AND VENUE

1.     <u>Jurisdiction</u>. This action arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and the Lanham Act, 15 U.S.C. § 1051 *et seq.*  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b) and principles of supplemental jurisdiction.

2.     <u>Venue</u>. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (b)(2), (c), and § 1400(a).

3.     <u>Personal Jurisdiction</u>. Personal jurisdiction is proper over the

1  Defendants because they either reside in California or the wrongful activity at issue

2  concerns Defendants' operation of commercial businesses through which

3  Defendants knowingly transact business and enter into contracts with individuals

4  in California, including within the County of Los Angeles.  Each of the

5  Defendants, therefore, has purposefully availed itself of the privilege of doing

6  business in California, and material elements of Defendants' wrongdoing occurred

7  in this State.

8  **THE PARTIES**

9      4.    Plaintiff Perfect 10 is a California corporation with its principal place

10  of business in Beverly Hills, California.  Plaintiff published the popular magazine

11  PERFECT 10 and owns and operates the internet website located at perfect10.com,

12  which domain name Perfect 10 owns.

13      5.    Defendant Google, Inc. ("Google") is a California corporation which

14  owns and operates the internet website located at google.com, and has various

15  advertising operations, data storage facilities, mobile phone operations, and other

16  businesses, which among other things, either store unauthorized copyrighted

17  materials, display or distribute unauthorized copyrighted materials, assist others to

18  infringe copyright, or profit from unauthorized copyrighted materials.

19      6.    Does 1 through 100, inclusive, which are businesses owned or

20  controlled by Google which either directly or indirectly profit from and/or directly

21  or indirectly infringe or facilitate the infringement of Perfect 10 intellectual

22  property, are sued herein under fictitious names because their true names and

23  capacities are unknown to Perfect 10.  When Perfect 10 ascertains the Doe

24  Defendants' true names and capacities, it will seek leave to amend this complaint

25  to insert such true names and capacities.  Perfect 10 is informed and believes, and

26  on that basis avers, that each Doe defendant acted with defendant Google and is

27  responsible for the harm and damages to Perfect 10 herein averred.  Defendant

28  Google and the Doe Defendants are referred to hereinafter collectively as

1  "Google."

2       7.    Perfect 10 is informed and believes, and on that basis avers, that at all

3  times material herein, each of the Defendants was the agent and/or employee of the

4  other Defendants, and, in doing the things herein averred, was acting within the

5  course and scope of such agency and employment.

6  **THE BUSINESS OF PERFECT 10**

7       8.    The business of Perfect 10 consists of the design, creation, production,

8  marketing, promotion, and sale of copyrighted adult entertainment products,

9  including photographs, magazines, video productions, cell phone downloads, and

10  other media.

11       9.    Perfect 10 was the publisher of the well-known magazine PERFECT

12  10, but was forced to close that magazine because of rampant infringement.

13       10.    Perfect 10 creates or created, and sells or sold, calendars and other

14  merchandise featuring its images, and was involved in the licensing of downloads

15  of images for cell phones, but is not currently earning revenue from that endeavor

16  because of rampant infringement.

17       11.    Perfect 10 owns and operates the internet website perfect10.com.

18  Consumers are provided access to content owned by Perfect 10 and made available

19  by payment of a membership fee of $25.50 per month.

20       12.    Perfect 10's revenues are currently derived predominantly from sales

21  of memberships to its perfect10.com website.  Sales of memberships to the

22  perfect10.com website are made by providing the customer with an individual user

23  name and password to access the website.

24       13.    The Perfect 10 Copyrighted Works:  Perfect 10 owns thousands of

25  valuable and unique copyrighted photographs, as well as video productions and

26  other proprietary materials.  Perfect 10 owns the copyrights in and to these works

27  (the "Perfect 10 Copyrighted Works").  Perfect 10 has invested, and continues to

28  invest, substantial sums of money, time, effort, and creative talent, to make and

3

produce the Perfect 10 Copyrighted Works.  In addition, in order to produce and sell the Perfect 10 Copyrighted Works, Perfect 10 is required to make numerous payments, including but not limited to model fees, photographer fees, location costs, styling costs, make up costs, printing costs, film and processing costs, travel costs, as well as distribution, public relations, legal, and advertising and promotion costs.

14.    The Perfect 10 Marks:  Perfect 10 also is the owner of the valuable and well-known Perfect 10 family of trademarks, including but not limited to PERFECT 10, PERFECT10.COM, and P10 (the "Perfect 10 Marks").  These marks are used in commerce by Perfect 10 on and in connection with the sale of its products and services, including PERFECT 10 magazine and perfect10.com. Perfect 10 has spent millions of dollars advertising and promoting the Perfect 10 Marks and Perfect 10 products and services bearing these marks.  Perfect 10 has built and owns the valuable goodwill symbolized by the Perfect 10 Marks.  Three of Perfect 10's registered trademarks, registration numbers 2235145, 2202643, and 2573998, have become incontestable under Section 15 of the Lanham Act, 15 U.S.C. Section 1065.

15.    Goods and services bearing the Perfect 10 Marks have been featured and referred to on numerous television and radio shows (including *The Amazing Race, Entourage, The Tonight Show*, *The Howard Stern Show*, *The Sopranos*, *Dawson's Creek*, *Battledome*, *Fox News*, *Hard Copy*, *Entertainment Tonight*, *Extra*, *The Dating Game*, *Temptation Island*, *Monday Night Football*, *Hannity & Colmes*, *The O'Reilly Factor*, *The View*, and *Jenny Jones*), in motion pictures (including *Superbad*, *Knocked Up*, *Spiderman*, *American Pie*, *Hollow Man*, and *The Way of the Gun*), and in newspapers and periodicals.

16.    The Perfect 10 Rights of Publicity:  Perfect 10 contracts with models in connection with its magazine and website.  Perfect 10 secures assignments from some of those models of their rights of publicity, including but not limited to the

4

exclusive rights in and to these models' names and likenesses (the "Perfect 10 Rights of Publicity"). The Perfect 10 Rights of Publicity are valuable because the identities, including the names and likenesses, of these models are well-known and popular and attract/attracted purchasers of PERFECT 10 magazine and visitors and subscribers to perfect10.com.

17.    The success of Perfect 10's business is almost entirely dependent on its intellectual property rights. Therefore, the ongoing and massive infringements of Perfect 10's rights, as herein described, is devastating to, and threatens the existence of, Perfect 10's business.

## THE BUSINESS OF GOOGLE

18.    Google operates the internet website google.com, along with multiple foreign versions of that website that are accessible in the United States and throughout the world. In addition to running the website google.com, Google stores hundreds of thousands of unauthorized copyrighted images on its servers and provides website operators and users with a variety of services that assist them in infringing copyright. This case deals with that portion of Google that provides hundreds of thousands of unlicensed adult images for free to users, a feature of Google that involves a massive infringement of copyright for commercial gain. Google earns its revenue primarily by attracting consumers, whose presence allows it to attract and charge fees to advertisers. Google offers two distinct search functions. The standard search function is called "Web Search," which allows the consumer to specify certain search terms. When the search terms are input into a box on Google's website, computer programs created by Google generate a list of links to websites purportedly related to the search terms. In response to each search, a list of websites appears on google.com along with a short excerpt from each website, and a link from Google to that website. For most searches on Perfect 10 model names, Google arranges its web search results so that a) websites offering images,  particularly infringing images, appear near the top of Google

search results, and b) Google advertising affiliates receive favorable placement, both in position and in number of listings, to the point where Google search results on Perfect 10 model names represent a commercial exploitation of Perfect 10 rights of publicity and copyrights, not any type of beneficial search function. Furthermore, Perfect 10 is informed and believes, and on that basis avers, that many of Google's web search results provide information that is highly confidential, such as addresses of family members and social security numbers; damaging to businesses, such as confidential passwords; or defamatory, such as labeling an innocent model or mainstream celebrity a participant in filmed explicit sex or prostitution. Google makes money by frequently placing advertising on or about such search results. In its Web Search results, Google also often provides a link to Google servers that contain copies of one or more pages that purportedly represent an archived "snapshot" of the identified websites as they appeared several days to many months earlier. These archived pages (and/or the electronic information necessary to retrieve and display them) are stored on Google's servers, at times for ten months or longer, and are available in many cases with infringing Perfect 10 images when the underlying website no longer exists. Google makes such pages available to consumers for viewing, printing, copying, downloading, distributing to others, e-mailing, and otherwise manipulating. Included among the archived pages on Google's servers are many which in-line link, or frame, infringing copies of the Perfect 10 Copyrighted Works.

19.     Google offers hundreds of thousands of adult images for which it does not own licenses through a program called "Image Search. Google "Image Search" functions like a gigantic infringing website with a search function. In response to searches, Google offers reduced-size images of various sizes which will be referred to as thumbnails even though in many cases they are substantially larger than thumbnails and larger than they need to be to simply direct users to sources of information. Google makes these thumbnails from larger images and

copies the thumbnails onto its servers.  On information and belief, in the process of
making its thumbnails, or for other reasons, Google copies the larger images onto
its servers.  When users click on Google thumbnails, they are sent to a second page
on google.com where they can generally view or download a full-size version of
the previewed image.  Included among the unauthorized images offered by Google
are thousands of high quality reduced-size copies of the Perfect 10 Copyrighted
Works.  In addition to Perfect 10 Copyrighted Works, Google offers hundreds of
thousands of unauthorized marketable works ranging from the most tame (images
of mainstream Hollywood celebrities and supermodels), to the most explicit,
including thousands of bestiality images (images of humans having sex with
animals), and fake images of celebrities involved in explicit sexual acts.  In many
cases, Google also places Google ads next to such images on Google's second
page (see Exhibit 4).  Google makes its images available to viewers of any age.
Upon information and belief, Google does not keep records of the names and ages
of the models and/or actors depicted in the images of actual sexually explicit
conduct which it displays.  Google has been criticized for its flagrant showing of
pornographic images to viewers of any age by many entities, including the New
York State Consumer Protection Board, Jeffrey Toback, a New York State
legislator, and Huch Medien GmbH in Germany, which filed suit against Google,
claiming among other things that Google Image Search was providing hundreds of
pornographic images to users of all ages, including "clearly prohibited animal
pornography."

20.     In or around September of 2007, Google substantially changed the
images it provides to users in response to searches on Perfect 10 model names.  At
the time Perfect 10's First Amended Complaint was filed, Google provided a
limited number of images, which were largely copies of images of the actual
model, albeit infringing. Now, Google provides hundreds of images, many of
which have nothing to do with the model, including extremely explicit images of

7

1  other people engaged in sex, including sex with animals.  Google's mish-mash of

2  infringing, defamatory, and unrelated pornography that it provides in its search

3  results on Perfect 10 model names is causing Perfect 10 and its models major

4  damage, and provides no public benefit whatsoever.

5       21.    Each year, Google sells billions of dollars in advertising to websites

6  which advertise so as to be seen by consumers who visit Google.  The greater the

7  amount and quality of content that Google provides to consumers via its Web

8  Search or Image Search, the more consumers Google attracts and the more

9  advertising revenue it generates.  High quality adult images, such as the Perfect 10

10  Copyrighted Works, attract millions of visitors to Google and thus substantially

11  increase Google's advertising revenue.

12       22.    Much of the adult content provided by Google is knowingly copied by

13  Google from websites (Stolen Content Websites) that infringe the Perfect 10

14  Copyrighted Works and the Perfect 10 Marks, as well as the rights of other owners

15  of intellectual property, including by reproducing, distributing, adapting, and

16  publicly displaying the Perfect 10 Copyrighted Works and by improperly using

17  the Perfect 10 Marks in commerce, or by displaying unauthorized passwords to

18  perfect10.com and other paysites.

19       23.    Stolen Content Websites, which can easily be located en masse

20  through Google search functions, are filled with unauthorized versions of the

21  Perfect 10 Copyrighted Works and unlawfully use the Perfect 10 Marks.

22       24.    It would be virtually impossible for consumers to locate most Stolen

23  Content Websites if they were not directed to them by Google.  The vast

24  preponderance of Stolen Content Websites have no brand associated with them nor

25  have they created any goodwill, as has Perfect 10, that would draw consumers.

26       25.    Indeed, Stolen Content Websites usually are obscure, judgment proof,

27  and sometimes operate from foreign countries such as Russia, Hungary, Poland,

28  Indonesia, France, Turkey, Argentina, Spain, Korea, Mexico, and the Czech

1   Republic (although they are accessible and display the infringing images in the

2   United States and target United States consumers), and/or fraudulently appear to

3   do so under the cover of false contact information.  Further, Stolen Content

4   Websites often disappear and reappear with the same or similar content under

5   different website addresses ("URLs") and/or use many different URLs that all link

6   to the same website.

7        26.     Google provides consumers with unauthorized access to the Perfect

8   10 Copyrighted Works in at least six distinct ways, all of which generate visitors to

9   google.com and advertising revenue to Google.

10              (a)     *First*, Google searches the internet for images, including

11   infringing copies of the Perfect 10 Copyrighted Works, and without authorization

12   copies them to Google's servers.  A number of these images are celebrity "fakes"

13   which contain a celebrity face superimposed on the body of a Perfect 10 model,

14   contained in a Perfect 10 copyrighted image.  Google then provides these

15   infringing copies to consumers through Google Image Search.  Google displays

16   such infringing copies on its website in several different sizes.  In order for Google

17   to provide search engine services, it is not necessary for Google to copy or to

18   maintain them on its servers.  It certainly is not necessary for Google to offer any

19   adult images at all, let alone hundreds of thousands owned by different copyright

20   holders, from the most tame to the most exceedingly explicit.  Under the guise of

21   being a search engine, Google has become the world's largest provider of adult

22   images, which are made available for free to anyone, supplanting all other adult

23   websites, which offer at best a small fraction of the images provided by Google.

24   The infringing Perfect 10 copies made and provided by Google, even in their

25   reduced-size version, are large and detailed enough to serve as a substitute to those

26   offered on perfect10.com for a subscription fee.  Examples of  such infringing

27   copies, which are generated by searching for Perfect 10 model names using

28   Google, are attached hereto as Exhibit 1, and by this reference incorporated herein.

All of the images in Exhibit 1, except one image on the first page, are Perfect 10 Copyrighted Works.  The reduced-size images are exact substitutes for the images that Perfect 10 licenses for cell phone downloads.   Clicking on the Perfect 10 reduced-size images provides the consumer the option of subscribing to or otherwise viewing the content on a website that misappropriated the Perfect 10 image and takes the consumer away from perfect10.com rather than to it.  In many cases, clicking on the Perfect 10 reduced-size image provides the consumer with a full size image, without even having to leave google.com, as set forth below.

(b)    *Second*, Google displays, also through Image Search (in what is known as a "window"), unauthorized copies of the Perfect 10 Copyrighted Works in various sizes, including full-size.  These unauthorized Perfect 10 images appear to Google users on a second page on google.com after they click on a Google thumbnail of either a Perfect 10 Copyrighted Work or an image belonging to a third party.  Although Google claims that such Perfect 10 images displayed in this manner do not reside on Google servers, Perfect 10 disputes that contention, and whether such full-size images reside on Google servers or not, as a practical matter such Perfect 10 Copyrighted Works appear to be on google.com and Google is making them available to consumers to view, copy, download, and otherwise manipulate without the need to take any action (such as "clicking" on a link) to leave Google.  Regardless of the technical location of the full-size infringing images, Google's display of the reduced-size version of Perfect 10's images and the reduced size images of other rights holders, its inclusion of a link from such images to the Stolen Content Website which misappropriated those images, and Google's in-line link and framing of Perfect 10 images in various sizes including full-size via a window, destroys the market for and/or value of the Perfect 10 Copyrighted Works and promotes the websites which misappropriated them.  Consumers need not go to perfect10.com in order to see the full-sized images.  Rather, they can either view such images in the window provided by Google or

10

they can view the image in its "original" context—that is, on the Stolen Content Website to which Google provides a direct link.  Once directed to the Stolen Content Website, the Google user can view many more infringing Perfect 10 images.  Examples of Google's unauthorized in-line linking and framing of full-size Perfect 10 Copyrighted Works are shown in Exhibit 2.  The first three pages show Google ads placed next to full-size Perfect 10 images despite repeated complaints by Perfect 10.  The last page of Exhibit 2 shows how one Perfect 10 reduced-size image, when clicked on, can provide the Google user with many additional unauthorized Perfect 10 copyrighted images, all of which can be enlarged full-size and downloaded for free.   Thus, Google's acts and conduct obviate the need to pay for a membership to perfect10.com or subscribe to or purchase Perfect 10 magazine and effectively make such images worthless to Perfect 10.

(c)     *Third*, besides providing the user with the opportunity to view full-size infringing Perfect 10 images by clicking on the thumbnail as described above, Google also gives the user the opportunity to see the full-size image in isolation by clicking on the Google-provided "See full-size image" link.  Once the "See full-size image" link is clicked upon, the user views a typically full-size image in isolation, just as would be the case had the user instead subscribed to perfect10.com,  The Google thumbnail in conjunction with the Google "See full-size image" link serve the exact same purpose as the corresponding Perfect 10 thumbnail: to show the full-size image.

(d)     *Fourth*, through Google's "Web Search" function, Google creates multiple links that take consumers directly to infringing copies of Perfect 10 Copyrighted Works on Stolen Content Websites.  In most cases, Google also provides an archive link (called a cache link) which displays images from Stolen Content Websites that Google makes available for many months and in some cases when such images are no longer available on the underlying websites, and even

1   when the underlying website no longer exists.  The Google cache link allows

2   consumers to view, print, copy, download, and distribute to others such images.

3   These images include full-sized copies of Perfect 10 Copyrighted Works.  Google

4   may create thousands of links for a given Pirate Website,  each of which, when

5   clicked on, returns a different page within the Pirate Website that contains

6   unauthorized Perfect 10 Copyrighted Works or infringements of the Perfect 10

7   Marks.  Each such link created by Google permits a consumer to move from one

8   infringing web page to another and to access the entirety of the infringing content

9   on the Stolen Content Website.

10             (e)      *Fifth*, in certain instances, particularly when the search term

11  "perfect10.com" is used by the consumer, Google links to Stolen Content Websites

12  which contain otherwise unavailable unique user names/passwords permitting

13  access to perfect10.com.  Google also directly disseminates such perfect10.com

14  user names/passwords on google.com in its search results.  Google thereby

15  knowingly facilitates access to perfect10.com, without authority and without

16  consumers purchasing a membership, permitting users to gain free access to

17  virtually the entirety of the Perfect 10 Copyrighted Works.  An example of Google

18  disseminating username/password combinations on google.com that have allowed

19  free access to perfect10.com is shown in Exhibit 3, attached hereto and by this

20  reference incorporated herein. The unauthorized username/password combinations

21  in Exhibit 3 are charrons/071727; Russell/1776; irish79/und79dew; steveh/steviera;

22  Remy/soccer; biggins/biggins. The first listing shown thanks Google for allowing

23  the user to find unauthorized passwords.  The second page of Exhibit 3 shows

24  some of the damage done to the perfect10.com website in 2002 from unauthorized

25  dissemination of perfect10.com usernames/passwords.  The top entry (for the

26  username patty16) shows that this username was used over 10 million times

27  without authorization to access and download images from perfect10.com in 2002.

28  Google is secondarily liable for the copyright infringement of its users who gain

12

1    unauthorized access to the copyrighted images on Perfect 10's website through

2    user names/passwords disseminated by Google.

3           (f)    *Sixth*, as a means of generating additional advertising and other

4    revenues, Google markets and sells the purported right to use the Perfect 10 Marks

5    and the Perfect 10 Rights of Publicity to advertisers and other entities, including

6    Stolen Content Websites, which Google knows have no connection to Perfect 10.

7    As a result, when consumers use the Perfect 10 Marks, or the names of Perfect 10

8    models, or click on the reduced size image of a Perfect 10 magazine cover obtained

9    via a Google Image Search, to find materials that are created by, authorized by, or

10   affiliated with Perfect 10, Google instead misdirects and links consumers to Stolen

11   Content Websites and other locations on the internet that infringe Perfect 10's

12   rights, and/or that compete with Perfect 10.  A significant number of consumers

13   thereby are likely to be deceived into believing that the Stolen Content Websites

14   are sponsored by, authorized by, or affiliated with Perfect 10.  Google thus

15   financially benefits by diverting consumers who seek to purchase or otherwise use

16   or consider Perfect 10's products and services to unaffiliated, unauthorized, and

17   infringing Stolen Content Websites.

18          27.    All of the Perfect 10 Copyrighted Works which Google provides to

19   consumers, both on Google's own servers and by framing or linking to Stolen

20   Content Websites, are used without authorization.  Google engages in and

21   facilitates the massive and ongoing violations of Perfect 10's rights even though

22   Google is aware that Perfect 10 never authorized or consented to the use by Google

23   or the Stolen Content Websites of the Perfect 10 Copyrighted Works, the Perfect

24   10 Marks, the Perfect 10 Rights of Publicity, or perfect10.com passwords.  Google

25   is aware of the lack of Perfect 10's authorization and consent for the following

26   reasons, among others:

27          (a)    *First*, Google has been provided actual notice, in the form of at

28   least sixty-five Digital Millennium Copyright Act ("DMCA") notices, of

13

1    infringements of Perfect 10's rights on both Google's servers and on Stolen

2    Content Websites found through Google. These notices informed Google of

3    infringements of the Perfect 10 Copyrighted Works, the Perfect 10 Marks, and

4    unauthorized perfect10.com passwords on at least 2,000 websites to which Google

5    has linked, copied and/or displayed infringing image from, received advertising

6    revenues from, and/or partnered with, in Google's system.  Google has continued

7    to copy, display, and distribute tens of thousands of Perfect 10 Copyrighted Works

8    despite these notices, and Google did not take any steps at all to cease this

9    infringing conduct for more than three years until Perfect 10 sent it a draft

10   complaint in the hopes of resolving this matter.  Despite more than sixty-five

11   DMCA notices from Perfect 10, the number of Perfect 10 infringements on

12   Google's servers and available via Google's Web Search has grown, not declined.

13   Google continues to knowingly link thousands of reduced-size Perfect 10 images

14   on its servers, including Perfect 10 magazine covers, to Stolen Content Websites

15   which misappropriated those images, and continues to allow consumers to view,

16   copy, download and otherwise manipulate full-sized Perfect 10 copyrighted images

17   via a window on Google servers.  Perfect 10 is informed and believes, and on that

18   basis avers, that at present, there are at least 10,000,000 links in Google's system,

19   leading to at least twenty-thousand distinct copies of unauthorized Perfect 10

20   Copyrighted Works on Stolen Content Websites to which Google links, and which

21   Google has copied and distributed from its servers.  Google has received actual

22   notice that Stolen Content Websites to which Google continues to link contain

23   Perfect 10 Copyrighted Works and in virtually all cases, has not disabled access to

24   those websites and continues to make such images available to consumers.  In

25   addition, there are vast numbers of images available without authorization via

26   stolen perfect10.com passwords which are distributed by Google, as described

27   above.

28              (b)     *Second*, the Perfect 10 Copyrighted Works on Google's servers

14

1   and on the Stolen Content Websites usually contain visible Perfect 10 Marks or

2   visible copyright notices in the name of Perfect 10.  Google often describes such

3   Perfect 10 images on its servers using the term "P10," which is synonymous with

4   Perfect 10, and often includes the volume and issue number of the Perfect 10

5   magazine in which that image appeared.  Nevertheless, Google links consumers to

6   the website that misappropriated those images rather than to perfect10.com.

7   Similarly, unauthorized, high quality adult images owned by other content

8   providers (e.g., Playboy) on these same Stolen Content Websites and on Google's

9   servers also typically contain visible copyright notices or trademarks.

10          (c)      *Third*, *after* a consumer has used Google's "Search Images"

11  function to locate reduced-size Perfect 10 Copyrighted Works, and clicked on one

12  of those images, Google informs the consumer that the "Image may be scaled

13  down and subject to copyright."  Additionally, many of the Stolen Content

14  Websites contain "disclaimers" that state that they do not own their content, with

15  language to the effect that they have copied their images from various websites and

16  that the copyrights for such images remain with their creators.

17          28.      Google's involvement with Stolen Content Websites is not limited to

18  the conduct described above.  As Google's business has matured, it

19   increasingly has sought additional sources of revenue and, accordingly, has

20  increasingly become involved with, knowledgeable of, in control of, and

21  financially tied to, the infringing conduct and material on Stolen Content Websites,

22  which Google exploits for advertising purposes, and in some cases, even hosts.

23  Because the existence of high quality adult images such as the Perfect 10

24  Copyrighted Works substantially enhances Google's advertising revenues, not only

25  has Google copied infringing images from Stolen Content Websites onto its servers

26  and linked to millions of other such infringing images, Google also has established

27  advertising programs by which Stolen Content Websites can, for a fee, have their

28  advertisements appear in response to searches performed on various keywords,

15

1  including those constituting the Perfect 10 Marks and the Perfect 10 Rights of

2  Publicity.

3      29.    One such program is called "Adwords," in which Stolen Content

4  Websites and other websites pay Google a fee when a consumer using Google

5  clicks on an advertisement for the Stolen Content Website or other websites.  To

6  become part of this program, Stolen Content Websites must submit to Google a

7  description of their content, the website URL, and keywords related to the website.

8  When a consumer performs a search on these keywords, the website will appear in

9  a special "sponsored links" section, at or near the top of the generated list of search

10 results provided by Google.

11     30.    In order to optimize the likelihood that an Adwords website will be

12 found and clicked on, thereby generating a fee for Google, Google reviews the

13 submitted keywords and recommends additional keywords.  For example, when

14 the keyword phrase "all natural models" (Perfect 10's niche in the adult

15 marketplace) is submitted, Google has recommended the additional keywords

16 "Perfect 10," "P10," and the names of well-known Perfect 10 models, whose

17 names and likenesses are among the Perfect 10 Rights of Publicity.  Additionally,

18 when the keyword phrase "hacked perfect10.com passwords" has been submitted,

19 Google recommended as keywords various names of password hacking websites

20 that have distributed unauthorized perfect10.com passwords, such as piratepasses,

21 crazypasses, xxxpassmaster, allpasswords, and vikingpasses.  Although Google

22 claims that much of its business is beneficial, a large portion is not.  In addition to

23 recommending keywords that misuse intellectual property, Google also

24 recommends to its advertising partners keywords suggestive of illegal conduct

25 involving child pornography, bestiality, and/or incest.  For example, Google has

26 suggested to advertisers that they use keywords such as "illegal preteen sex,"

27 "preteen child sex," "babysex," "preteen incest sex," "preteen animal sex,"

28 "kiddieporn," "free illegal preteen sex pics," and the other equally offensive terms

16

shown in Exhibit 5.  Exhibit 5 consists of keywords that, as stated by Google, "you may want to add to your keyword list in addition to *preteen sex*."  Further demonstrative of its disregard for both the law and common decency is the fact that Google also suggests as keywords, the names of major celebrities such as Nicole Kidman, Jennifer Aniston, Cameron Diaz, and Angelina Jolie, to a potential advertiser offering fake images of Britney Spears engaged in oral sex.  This can be seen in Exhibit 6.  Perfect 10 is informed and believes, and on that basis avers, that neither Google nor its infringing advertisers have the right to use the names of such celebrities for commercial purposes.

31.   A significant number of the Google Adwords advertisers sell or otherwise offer thousands of Perfect 10 Copyrighted Works, most of which display Perfect 10 trademarks and/or copyright notices.  Despite repeated notice from Perfect 10, Google has continued to accept advertising from such infringers and continues to provide thousands of links to their websites.

32.   When a search on "Perfect 10" is performed, Google has caused several sponsored advertisements to appear – including one for an "online magazine" – that have no affiliation or relationship with Perfect 10.    Similarly, other sponsored advertisements appear when searches are performed using the names of Perfect 10 models that are among the Perfect 10 Rights of Publicity.  Such conduct is calculated to and does mislead, deceive, or confuse consumers into believing that Perfect 10 endorses, authorizes, or is associated, affiliated, or connected with these unaffiliated websites.  Google has continued to profit from fees resulting from searches on the Perfect 10 Marks and that infringe the Perfect 10 Rights of Publicity despite repeated notice from Perfect 10 and demands that Google cease such unlawful conduct.

33.   A second advertising program operated by Google is referred to as "Adsense."  In the Adsense program, Google solicits ads for, and places Google advertisements on, websites, including Stolen Content Websites.  These websites

1  partner with Google so that Google advertisements and/or Google search boxes

2  appear on the websites, in many cases adjacent to Perfect 10 Copyrighted Works.

3  When consumers click on Google advertisements on Stolen Content Websites,

4  Google shares the revenues it receives with those websites.  Google has an

5  incentive to direct traffic to websites participating in the Adsense program because

6  by doing so Google increases the likelihood that consumers will click on Google

7  advertisements, generating additional fees to Google.  In spite of repeated actual

8  notice from Perfect 10, Google advertisements have appeared next to more than

9  10,000 Perfect 10 Copyrighted Works, and many Stolen Content Websites

10  continue to be part of Google's Adsense program, despite the fact that Google

11  purports to require such sites to agree not to breach any duty toward, or rights of,

12  any person or entity including rights of intellectual property, publicity, and

13  privacy, and to require such sites to agree to be subject to the review and approval

14  of Google at any time. There are currently hundreds of Perfect 10 reduced-size

15  images on Google's servers which when clicked on, promote websites that are

16  Google advertising partners.  Perfect 10 is informed and believes, and on that basis

17  avers, that Google is currently sharing revenue with Stolen Content Websites from

18  clicks on Google advertisements placed next to millions of misappropriated

19  pictures belonging to Perfect 10 and other rights holders.

20       34.    Although Google claims it presents search results in an order based on

21  "relevance" to search terms, Perfect 10 is informed and believes, and on that basis

22  avers, that websites that are part of the Adsense program receive from Google a

23  more prominent listing position than they otherwise would receive based solely on

24  "relevance."

25       35.    Perfect 10 is informed and believes, and on that basis avers, that

26  Google encourages advertisers, including Stolen Content Websites, to use

27  trademarks, including the Perfect 10 Marks, in order to cause consumers searching

28  for goods or services associated with those marks to be misdirected to Google's

18

1   advertisers.  Since Google gets paid on a pay-per-click-through basis, it has a

2   strong incentive to ensure that websites that are part of the Adwords or Adsense

3   programs are in prime positions in Google's search results, and that content,

4   including Perfect 10 Copyrighted Works, contained on such websites reside in

5   prominent positions on Google's servers.

6       36.     Perfect 10 is informed and believes, and on that basis avers, that

7   Google has received millions of dollars in revenue from its Adwords and Adsense

8   agreements with Stolen Content Websites and other websites, and from advertising

9   revenues generated as a result of the massive amounts of high quality infringing

10  copies of Perfect 10 Copyrighted Works on Google's servers and on linked Stolen

11  Content Websites.

12      37.     In addition to storing hundreds of thousands of unauthorized

13  copyrighted images on its servers, and arranging Google search results on Perfect

14  10 model names to favor infringing Google advertising affiliates, to the point

15  where Google is a commercial advertising operation featuring massive quantities

16  of infringing content to draw traffic rather than a legitimate search engine, Google

17  provides website owners and users with many different services which assist them

18  in infringing copyright, besides those mentioned above.  Among these services are

19  Google's cache highlight function, which allows users to immediately locate

20  images associated with a particular model name from cached Google web pages

21  which may contain hundreds of infringing images; Google's cache function, which

22  can effectively offer Google users an infringing website with its infringing images

23  even when that website no longer exists;  Google Page Creator, which makes it

24  easier for Stolen Content Website operators to upload and display infringing

25  images on their websites; Google analytics, which allows pirate webmasters to

26  track their traffic and other statistics and optimize their revenues; news groups

27  including Google groups and other entities whose servers are owned or controlled

28  by Google which store infringing images; Google's translation option, which

1  allows users to read Google translated versions of infringing websites in their own

2  language, so that they may find and download infringing materials from those

3  websites; and Google hosting services, including blogspot and others, which host

4  infringing websites and store infringing images.

5

6  ## FIRST CLAIM FOR RELIEF

7  ### (Copyright Infringement)

8       38.    Perfect 10 re-avers and incorporates herein by reference each and

9  every averment of paragraphs 1 through 37 above as though fully set forth herein.

10       39.    Perfect 10 is the owner of all right, title, and interest to each of the

11  Perfect 10 Copyrighted Works.  Perfect 10 has registered its works with the United

12  States Copyright Office.  Perfect 10 has been issued United States copyright

13  certificates listed on Exhibit 7, attached hereto.

14       40.    Each of the Perfect 10 Copyrighted Works consists of material

15  original with Perfect 10 and each is copyrightable subject matter.

16       41.    Google has copied, reproduced, distributed, adapted, and/or publicly

17  displayed the Perfect 10 Copyrighted Works without the consent or authority of

18  Perfect 10, thereby directly infringing Perfect 10's copyrights.

19       42.    Google's conduct constitutes infringement of Perfect 10's copyrights

20  and exclusive rights under copyright in the Perfect 10 Copyrighted Works in

21  violation of Sections 106 and 501, et. seq. of the United States Copyright Act, 17

22  U.S.C. §§ 106 and 501.

23       43.    Google has induced, caused, and/or materially contributed to

24  unauthorized reproduction, adaptation, public display, and/or distribution of the

25  Perfect 10 Copyrighted Works by infringing websites, by other websites purporting

26  to be search engines to which Google provides infringing images and other search

27  results, and by Google's users and advertisers, and thus to the direct infringement

28  of the Perfect 10 Copyrighted Works.

44.     Google has and had knowledge that infringing Perfect 10 images were available using its search engine, could take simple measures to prevent further damage to Perfect 10's copyrighted works, and failed to take such steps.

45.     Google's conduct constitutes contributory infringement of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works.

46.     Google has had the right and ability to supervise and/or control the infringing conduct of infringing websites to which it links, has advertising relationships (AdSense and Adwords affiliates), and/or hosts.  It also has the right and ability to supervise and/or control the infringing conduct of other search engines to which it provides search results, as well as the ability of its users to download infringing content from Google search results, either through its agreements with such websites or its ability to terminate links or other services to such websites.  Google also has the right and ability to stop or limit its users from using unauthorized user names/passwords which they obtain through Google to unlawfully access Perfect 10's website.  However, Google has failed and refused to exercise such supervision and/or control.  As a direct and proximate result of such failure and refusal, Google and its users, advertisers, affiliates, and the Stolen Content Websites to which Google links, have infringed Plaintiff's copyrights in the Perfect 10 Copyrighted Works, as set forth above.  Google has derived a direct financial benefit from fees charged to the Stolen Content Websites in Google's Adwords  programs, from the fees Google has collected from clicks on Google advertisements placed on affiliated websites purporting to be search engines and on Stolen Content Websites containing Perfect 10 Copyrighted Works and Perfect 10 passwords, from the fees Google receives from affiliates for providing in part, infringing images and links to infringing content, and from the increased traffic to Google and advertising dollars resulting from the general "draw" of the Perfect 10 Copyrighted Works.  Google is profiting from direct infringement while declining

21

to exercise a right to stop or limit it.

47.   Google's conduct constitutes vicarious infringement of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works.

48.   The infringement of Perfect 10's rights in and to each of the Perfect 10 Copyrighted Works constitutes a separate and distinct act of infringement.

49.   The acts of infringement by Google have been willful, intentional, and purposeful, in reckless disregard of and with indifference to the rights of Perfect 10.

50.   As a direct and proximate result of the infringements by Google of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works, Perfect 10 is entitled to its actual damages and Google's profits pursuant to 17 U.S.C. § 504(b).

51.   Alternatively, Perfect 10 is entitled to statutory damages, pursuant to 17 U.S.C. § 504(c).

52.   Google's conduct is causing and, unless enjoined and restrained by this Court, will continue to cause, Perfect 10 great and irreparable injury that cannot fully be compensated in money.  Perfect 10 has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Perfect 10 is entitled to injunctive relief prohibiting further infringements of Perfect 10's copyrights.

53.   Perfect 10 further is entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## SECOND CLAIM FOR RELIEF
### (Trademark Infringement)

54.   Perfect 10 re-avers and incorporates herein by reference each and every averment of paragraphs 1 through 37 above as though fully set forth herein.

55.   Perfect 10 is the owner of the Perfect 10 Marks, including the registered trademark/service marks PERFECT 10, PERFECT10.COM, and P10.

22

The United States trademark/service mark registrations for PERFECT 10, PERFECT10.COM, and P10 include Registration Nos. 2,202,643, 2,235,145, 2,573,998, 2,709,583, and 3,094,437  for, among other goods and services, entertainment services in the nature of adult entertainment and beauty contests provided via a global computer network; entertainment services in the nature of beauty contests; and magazines featuring adult entertainment, beauty contests, pictures of female models, interviews, fiction, and articles on human relations, sports, entertainment, lifestyles, fitness, and calendars and unmounted photographs.

56.     The Perfect 10 Marks have been continuously used in commerce by Perfect 10 and its predecessors, and are widely known throughout the United States.  Three of Perfect 10's registered trademarks, registration numbers 2235145, 2202643, and 2573998 have become incontestable under Section 15 of the Lanham Act, 15 U.S.C. Section 1065.

57.     Perfect 10 has spent millions of dollars promoting and advertising the Perfect 10 Marks and products and services bearing the Perfect 10 Marks, and has marketed and sold millions of dollars of products and services under the Perfect 10 Marks.

58.     As a direct result of the aforementioned use, promotion, and advertisement of the Perfect 10 Marks, Perfect 10 has built up and now owns valuable goodwill symbolized by the Perfect 10 Marks.

59.     As a direct result of the care and skill exercised by Perfect 10 over the nature and quality of goods and services sold under the Perfect 10 Marks and the extensive promotion, advertising, sale, and public acceptance thereof, the Perfect 10 Marks have become known as a symbol of the goodwill that Perfect 10 has created throughout the United States and elsewhere by selling products and services of high quality and by fairly and honorably dealing with the trade and public in the sale of these products and services.

60.    Google's conduct, as averred herein, including using and reproducing the Perfect 10 Marks in commerce in connection with the sale, offering for sale, and advertising of goods and services on google.com and by Stolen Content Websites, for the purpose or with the effect of directing consumers who are searching for authorized Perfect 10 products and services to the Stolen Content Websites, constitutes infringement of the Perfect 10 Marks in violation of Sections 32 and 43 of the Lanham Act, 15 U.S.C. §§ 1114 and 1125.

61.    Google has knowingly induced the Stolen Content Websites to infringe the Perfect 10 Marks, and Google has continued to supply Google's services to the Stolen Content Websites with knowledge that the Stolen Content Websites are using Google's services to infringe the Perfect 10 Marks.

62.    Google's conduct constitutes contributory infringement of the Perfect 10 Marks.

63.    Google and its advertisers and affiliated Stolen Content Websites exercise joint control over the search results and advertisements for the Stolen Content Websites that appear in Google's search results and/or the manner or order in which those search results are displayed, and in connection therewith have an apparent or actual partnership designed to direct consumers searching for goods and services associated with the Perfect 10 Marks to the Stolen Content Websites, which infringe the Perfect 10 Marks.

64.    Google's conduct constitutes vicarious infringement of the Perfect 10 Marks.

65.    The conduct of Google has been and is willful and deliberate.

66.    Perfect 10 is entitled to recover all damages sustained as a result of Google's unlawful conduct, including (a) Google's profits, (b) Perfect 10's damages, (c) treble those amounts, (d) costs of suit, and (e) reasonable attorneys' fees.

67.    Google's conduct is causing and, unless enjoined and restrained by

24

1   this Court, will continue to cause, Perfect 10 great and irreparable injury that

2   cannot fully be compensated in money.  Perfect 10 has no adequate remedy at law.

3   Perfect 10 is entitled to injunctive relief prohibiting further infringements of the

4   Perfect 10 Marks.

## THIRD CLAIM FOR RELIEF

### (Trademark Dilution)

7   68.     Perfect 10 re-avers and incorporates herein by reference each and

8   every averment of paragraphs 1 through 37 and 54 through 67 above as though

9   fully set forth herein.

10  69.     The Perfect 10 Marks have become and at all relevant times have been

11  "famous" within the meaning of 15 U.S.C. § 1125(c).

12  70.     The Stolen Content Websites typically are of poor quality, provide

13  poor service and a substandard experience to customers, and intermingle Perfect

14  10's high-quality images with unauthorized images or images of poor quality or of

15  an offensive or illegal nature.  The acts of Google averred herein have lessened the

16  capacity of the Perfect 10 Marks to identify and distinguish Perfect 10's services

17  and products from those of the Stolen Content Websites, have tarnished the

18  valuable image and reputation associated with the Perfect 10 Marks, and have

19  created an undesirable, unwholesome, or unsavory mental association with Perfect

20  10 and the Perfect 10 Marks, damaging Perfect 10's goodwill and disparaging

21  Perfect 10's rights in the Perfect 10 Marks.  Google's acts and conduct are in

22  violation of 15 U.S.C. § 1125(c).  Google has willfully intended to trade on Perfect

23  10's reputation and/or to cause dilution of the Perfect 10 Marks.  Accordingly,

24  Perfect 10 is entitled to recover all damages sustained as a result of Google's

25  unlawful conduct, including (a) Google's profits, (b)  Perfect 10's damages, (c)

26  treble those amounts, (d) costs of suit, and (e) reasonable attorneys' fees.

27  71.     Google's conduct is causing and, unless enjoined and restrained by

28  this Court, will continue to cause, Perfect 10 great and irreparable injury that

1  cannot fully be compensated in money.  Perfect 10 has no adequate remedy at law.

2  Perfect 10 is entitled to injunctive relief prohibiting further dilution and

3  disparagement of the Perfect 10 Marks.

**FOURTH CLAIM FOR RELIEF**

(Unfair Competition – 15 U.S.C. § 1125 *et seq.*, California

Business and Professions Code §17200, Common Law)

7  72.    Perfect 10 re-avers and incorporates herein by reference each and

8  every averment of paragraphs 1 through 37, 54 through 72, as though fully set

9  forth herein.

10  73.    Without authorization or license, Google has commercially exploited

11  and used millions of marketable adult-oriented photographs and likenesses, which

12  range from the most tame to the most explicit.  Through these photographs, which

13  make Google a content provider for adult photographs of every type and quality, as

14  well as the use of the names of the persons depicted, Google is unlawfully

15  exploiting the publicity rights and trademark rights of Perfect 10, as well as the

16  publicity rights, trademark rights, and copyrights of third-parties.  This conduct

17  enables Google to compete directly and unfairly with Perfect 10 by, among other

18  things, offering for free millions of valuable photographs and likenesses that are

19  not lawfully available to Perfect 10 or other competitors acting lawfully, and which

20  compete unfairly with the photographs and likenesses that Perfect 10 pays to

21  develop and then sells for a living.

22  74.    Google further engages in unfair competition by commercially

23  exploiting, through its advertising programs, Perfect 10 and third-party rights.

24  75.    In connection with its Adsense program, Google directs and/or

25  permits Google advertisements to be juxtaposed on Google Adsense websites, with

26  photographs and likenesses of Perfect 10 models and other models or celebrities,

27  and other misappropriated photographs and likenesses, without authorization, and

28  in Perfect 10's case, in defiance of countless demands to stop commercially

26

exploiting Perfect 10's property without permission.  When these advertisements are clicked upon, Google receives revenue that it shares with its infringing advertising partners.  Examples of Google ads surrounding Perfect 10 images are shown on the first three pages of Exhibit 2.  Examples of Google ads next to obviously unauthorized images of celebrities are shown in Exhibit 4.  The first two pages of Exhibit 4 are examples of Google advertisements from the Google Adsense Website members.lycos.nl (printed in January 2007), next to celebrity "fake" images of Hillary Clinton and Christina Aguilera.  The next six pages of Exhibit 4 are examples of the second Google page where Google ads appear next to unauthorized images of celebrities Jennifer Love Hewitt, Angelina Jolie, Christina Aguilera, Cameron Diaz, Claudia Schiffer, and Isabelle Funaro.  All of these images are obtained by clicking on a reduced size image in Google Image Search results, and then are framed or in-line linked by Google, and are therefore viewable at google.com, with Google ads.  All of the websites in Exhibit 4 have infringed Perfect 10 copyrights.  Google has received repeated notice of infringement on these websites from Perfect 10 yet continued to place ads for many months afterward next to Perfect 10 images as well as thousands of celebrity images on these websites.

76.    In connection with its Adwords program, Google permits, and at times even advises, websites to use as keywords, the names of well-known celebrities and Perfect 10 models, as well as Perfect 10's and third parties' trademarks/service marks, for which neither Google nor its third party advertising affiliates possess any rights.   When searches are performed on the names of such celebrities and models, or on such trademarks/service marks, the websites' use of these keywords causes the website to appear in Google's search results (and in the search results of Google affiliates who purport to be search engines) under a prominently displayed heading, "Sponsored Links."   When these websites are clicked upon, Google receives revenue.

77.     Google is also knowingly causing passwords to perfect10.com to appear on google.com (and in the search results of Google affiliates who purport to be search engines) in response to searches, including such searches as "perfect10.com passwords." In addition to displaying such passwords, Google also provides links to infringing third party "password hacking" websites that provide perfect10.com and other paysite passwords, and even places Google ads on such sites.  Such passwords enable users to illicitly access Perfect 10's website and other websites, and thereby make it exceedingly difficult for Perfect 10 to sell memberships to its website.

78.     Google is infringing and diluting Perfect 10's and other parties' trademarks, as alleged herein.

79.     Google has in effect become the world's largest adult website, commercially exploiting massive quantities of other people's property without authorization.  Google determines which images are shown to consumers, the arrangement of such images, and what advertising is placed next to such images. Google receives a massive benefit and is unjustly enriched from all the traffic and advertising revenue it receives by providing billions of dollars of intellectual property belonging to others without authorization.  Google sells the names of Perfect 10 models, celebrities, and other persons in its AdWords advertising program.  Google is the information content provider for this adult content.

80.     Google has recently changed its image search results in a way which is highly defamatory and damaging to Perfect 10 models, actresses, and others by placing bestiality images and other sexually explicit images next to actual images (albeit infringing) of those models and actresses in its search results. Whereas Google used to show mostly infringing images of the actual model, now Google is showing infringing images of the model along with other images that have nothing to do with her, but in many cases wrongly portray her to be involved in sexually explicit acts.

81.     All of the above is causing direct injury to Perfect 10's business. Perfect 10 has suffered injury in fact and has lost money and property as a result of such unfair competition.

82.     Perfect 10 is entitled to recover all damages sustained as a result of Google's unlawful conduct, including (a) Google's profits, (b) Perfect 10's damages, (c) treble those amounts, (d) costs of suit, and (e) reasonable attorneys' fees.  In undertaking the conduct alleged above, Google acted with oppression, fraud, and malice, with the intent to cause injury to Perfect 10, with the intent to deprive Perfect 10 of its property and legal rights, and with full knowledge of the wrongfulness of Google's conduct.  Google's conduct was undertaken with a willful and conscious disregard of the rights of Perfect 10 and subjected Perfect 10 to cruel and unjust hardship.  Therefore, Perfect 10 is entitled to an award of punitive damages for the sake of example and to punish Google, in an amount to be determined at trial.

83.     Google's conduct is causing and, unless enjoined and restrained by this Court, will continue to cause, Perfect 10 great and irreparable injury that cannot fully be compensated or measured in money.  Perfect 10 has no adequate remedy at law.  Perfect 10 is entitled to injunctive relief prohibiting further such unfair competition.

## FIFTH CLAIM FOR RELIEF

(Violation of Rights of Publicity –

Cal. Civ. Code § 3344 and common-law right of publicity)

84.     Perfect 10 re-avers and incorporates herein by reference each and every averment of paragraphs 1 through 37 above as though fully set forth herein.

85.     Perfect 10 is the exclusive owner of the Perfect 10 Rights of Publicity, as the exclusive assignee of publicity rights, including in the names, photographs, and likenesses, of certain Perfect 10 models.  Attached hereto as Exhibit 8, and by this reference incorporated herein, is a list of Perfect 10 models for which Perfect

1  10 is asserting rights of publicity in this case, ("the Perfect 10 Rights of

2  Publicity").  Largely as a result of the efforts and expenditures of Perfect 10, the

3  names, photographs, and likenesses of these Perfect 10 models have received

4  widespread recognition, particularly among the consumers and potential consumers

5  of adult entertainment products.

6       86.   Google has infringed the Perfect 10 Rights of Publicity by using the

7  names, photographs, and likenesses of Perfect 10 models in readily identifiable

8  ways in, and in connection with, products, merchandise, and goods, and to

9  advertise, promote, and attract attention to its website and to its pirate advertising

10  affiliates, to increase advertising revenues.  Google has knowingly used the Perfect

11  10 Rights of Publicity, without the prior consent of Perfect 10 or any authorized

12  party, on or in connection with products, merchandise, goods, or services, or in

13  advertising them.

14       87.   Google uses the names of Perfect 10 models to provide a collection of

15  photographs to Google users, many of which have nothing to do with the model,

16  and in many cases wrongly portray the Perfect 10 model to be engaged in explicit

17  sexual acts, including having sex with animals.  In response to a search on the

18  name of a Perfect 10 model, Google creates its own presentation of infringing

19  images which Google has selected and copied from the internet, and which Google

20  alone determines.  Google has determined that many of these images should not be

21  that of the model; that a disproportionately high percentage should link to its

22  infringing advertising affiliates; and that in the case of Perfect 10, many

23  completely unrelated and extraordinarily explicit images should be routinely

24  interspersed with actual images of Perfect 10 models.  Google finds and selects the

25  material and creates its own web page to display it.  The collection of images and

26  the text that Google creates in response to searches on Perfect 10 model names is

27  used for a commercial purpose to attract traffic to Google.  When a Google

28  thumbnail is clicked on to provide the full-size image, Google also determines

1   what advertising is placed around that image.  Google receives the benefit of the

2   advertising and increased traffic from providing this content.  Google is the

3   information content provider for this adult content.

4        88.    Google has sold to advertisers, without authorization, the use of the

5   names of Perfect 10 models as key words.  In many cases, the net effect has been

6   to drive traffic and revenue to Google, using the model's name without permission,

7   and in the process, damage the model's reputation.

8        89.    By reason of Google's acts and conduct, Perfect 10 has suffered

9   substantial damage to its business in the form of diversion of trade, loss of profits,

10   injury to goodwill and reputation, and a dilution of the value of its exclusive rights

11   of publicity, all of which are not yet fully ascertainable.  Perfect 10 is entitled to

12   recover (a) its actual damages, (b) profits of the infringer, (c) statutory damages,

13   (d) punitive damages, and (e) attorneys' fees and costs.

14        90.    Google's conduct is causing and, unless enjoined and restrained by

15   this Court, will continue to cause Perfect 10 great and irreparable injury that cannot

16   fully be compensated in money.  Perfect 10 has no adequate remedy at law.

17   Perfect 10 is entitled to injunctive relief prohibiting further infringements of its

18   rights of publicity.

19        91.    Perfect 10 is informed and believes, and on that basis avers, that the

20   aforementioned acts of Google were willful, oppressive, fraudulent, or malicious,

21   and Perfect 10 therefore is entitled to punitive damages.

22        92.    Perfect 10 further is entitled to its attorneys' fees and statutory

23   damages pursuant to California Civil Code § 3344(a) and other laws.

24                 **SIXTH CLAIM FOR RELIEF**

25                 **(Unjust Enrichment)**

26        93.    Perfect 10 re-avers and incorporates herein by reference each and

27   every averment of paragraphs 1 through 37, 54 through 92, above, as though fully

28   set forth herein.

94.     By engaging in the acts described above, Google has and continues to benefit from its wrongdoing, and has been unjustly enriched by reaping the benefits of its unlawful activities to the damage and irreparable harm of Perfect 10. Despite countless notices from Perfect 10, Google continues to use Perfect 10's property for Google's own commercial gain, without authorization.

95.     The circumstances are such that it would be inequitable for Google to retain the benefits received from the actions described without repaying the lost value to Perfect 10.

## SEVENTH CLAIM FOR RELIEF
### (Misappropriation)

96.     Perfect 10 re-avers and incorporates herein by reference each and every averment of paragraphs 1 through 37, 54 through 72, above, as though fully set forth herein.

97.     Perfect 10 invested substantial time, skill, and money in developing its property.

98.     Google appropriated and used Perfect 10's property at little or no cost to Google.

99.     Google's appropriation and use of Perfect 10's property was without the authorization or consent of Perfect 10.

100.    Perfect 10 was injured by Google's conduct.

101.    All of the above is causing direct injury to Perfect 10's business. Perfect 10 has suffered injury in fact and has lost money and property as a result of Google's acts.

102.    In undertaking the conduct alleged above, Google acted with oppression, fraud, and malice, with the intent to cause injury to Perfect 10, with the intent to deprive Perfect 10 of its property and legal rights, and with full knowledge of the wrongfulness of Google's conduct. Google's conduct was undertaken with a willful and conscious disregard of the rights of Perfect 10 and

32

1  subjected Perfect 10 to cruel and unjust hardship.  Therefore, Perfect 10 is entitled

2  to an award of punitive damages for the sake of example and to punish Google, in

3  an amount to be determined at trial.

4       103.   Google's conduct is causing and, unless enjoined and restrained by

5  this Court, will continue to cause Perfect 10 great and irreparable injury that cannot

6  fully be compensated or measured in money.  Perfect 10 has no adequate remedy at

7  law.  Perfect 10 is entitled to injunctive relief prohibiting further such

8  misappropriation.

9

10  **<u>PRAYER FOR RELIEF</u>**

11       WHEREFORE, plaintiff Perfect 10 prays for judgment against Google, and

12  each of the Doe Defendants, as follows:

13       1.   That Google, and each of the Doe Defendants, and their

14  officers, agents, servants, employees, representatives, successors, and assigns, and

15  all persons in active concert or participation with them, be enjoined from:

16       a.   copying, reproducing, distributing, adapting, or publicly

17  displaying the Perfect 10 Copyrighted Works;

18       b.   posting Perfect 10 copyrighted photographs on the

19  internet;

20       c.   posting Perfect 10 passwords and user names on the

21  internet.

22       d.   using, authorizing the use of, copying, reproducing or

23  imitating the Perfect 10 Marks, or any confusingly similar or colorable

24  imitation thereof;

25       e.   violating the Perfect 10 Rights of Publicity;

26       f.   competing unfairly with Perfect 10 by violating the

27  publicity rights of Perfect 10 and others, by providing unauthorized

28  passwords to <u>perfect10.com</u> and other pay websites, and by infringing

1    trademark rights; and

2              g.      inducing, causing, materially contributing to, and

3    profiting from the foregoing acts committed by others.

4          2.      That Google be ordered to destroy all photographs, documents,

5    and other items, electronic or otherwise, in its possession, custody, or control, that

6    infringe the copyrights, trademarks, or rights of publicity of Perfect 10.

7          3.      That Google be ordered to remove all links between its website

8    and all Stolen Content Websites, and be prohibited from accepting advertising

9    from, placing ads on, or linking to, Stolen Content Websites.

10         4.      For restitution in the amount of the benefit to Google by reason

11   of their unlawful conduct.

12         5.      For Perfect 10's actual damages.

13         6.      For a full accounting of all profits, income, receipts, or other

14   benefits derived by Google as a result of its unlawful conduct.

15         7.      For statutory damages under the Copyright Act.

16         8.      For treble damages under the Lanham Act.

17         9.      For statutory damages under California Civil Code

18   Section 3344.

19         10.     For punitive damages.

20         11.     For attorneys' fees and full costs.

21         12.     For such other and further relief as this Court deems just and

22   appropriate.

23   Dated: ~~May~~ June 12 2008

24

25                                    By: _Jeffrey N. Mausner_

26                                    JEFFREY N. MAUSNER
                                      Attorney for Plaintiff

27

28

                                      34

1

## DEMAND FOR JURY TRIAL

2      Perfect 10 hereby demands a jury trial pursuant to Rule 38(b) of the Federal

3

4 Rules of Civil Procedure.

5 Dated: ~~May~~ June 12, 2008

6                             By: *Jeffrey N. Mausner*

7                                JEFFREY N. MAUSNER
                               Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28