O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | Date | June 19, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    The Court DENIES Defendant Google Inc.'s *ex parte* application for a continuance of the July 7, 2008 hearing on Plaintiff's motion for leave to file a second amended complaint.[1]  Defendant has not established good cause for the five week continuance it requests.  In light of Plaintiff's acquiescence to a one week continuance, the Court hereby continues the hearing date to July 14, 2008.  Defendant's opposition is due June 30, 2008 and Plaintiff's reply is due July 7, 2008.

                                                                                                                              :

Initials of Preparer          SMO

---

[1]Docket No. 308.