O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV04-9484-AHM (x) | Date | July 14, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. GOOGLE, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey N. Mausner | Rachel M. Herrick |
| | Tom Nolan |

**Proceedings:**     PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT [297]

Cause called; appearances made.

Court circulates tentative order and questionnaire and hears oral argument.  For reasons stated on the record, the Court takes plaintiff's motion UNDER SUBMISSION.

|  |  : | 50 |
|---|---|---|
| | Initials of Preparer | SMO |