1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   PERFECT 10, INC., a California          CASE NO. CV 04-9484 AHM (SHx)
     corporation,                            [Consolidated with Case No. CV 05-
11                                           4753 AHM (SHx)]
                    Plaintiff,
12                                           **[PROPOSED] ORDER GRANTING**
            vs.                              **GOOGLE INC.'S MOTION FOR**
13                                           **PARTIAL RECONSIDERATION**
     GOOGLE INC., a corporation; and         **OF PROTECTIVE ORDER TO**
14   DOES 1 through 100, inclusive,          **DESIGNATE ONE CATEGORY OF**
                                             **DOCUMENTS AS OUTSIDE**
15                  Defendants.              **COUNSEL'S EYES ONLY**

16   AND COUNTERCLAIM                        Hon. Stephen J. Hillman

17
18   PERFECT 10, INC., a California
     corporation,
19
                    Plaintiff,
20
            vs.
21
     AMAZON.COM, INC., a corporation;
22   A9.COM, INC., a corporation; and
     DOES 1 through 100, inclusive,
23
                    Defendants.
24
25
26
27
28
                                       Case No. CV 04-9484 AHM (SHx) [Consolidated
                                       with Case No. CV 05-4753 AHM (SHx)]
     [PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION FOR PARTIAL RECONSIDERATION OF
                               PROTECTIVE ORDER

1

**[PROPOSED] ORDER**

2    Having considered the parties' arguments in the Joint Stipulation on

3 Google Inc.'s Motion for Partial Reconsideration of Protective Order to Designate

4 One Category of Documents Outside Counsel's Eyes Only (the "Motion"), and good

5 cause having been shown, the Motion is hereby GRANTED.

6

7 DATED:  August ___, 2008

8

9          By_____

10           Hon. Stephen J. Hillman
            United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28