ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000; Facsimile: (213) 443-3100
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Rachel M. Herrick (Bar No. 191060)
rachelherrick@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-213

Attorneys for Defendant Google Inc.

LAW OFFICES OF JEFFREY N. MAUSNER
Jeffrey N. Mausner (State Bar No. 122385)
21800 Oxnard St., Suite 910
Woodland Hills, California 91367-3640
Telephone: (310)617-8100; (818)992-7500; Facsimile: (818)716-2773
Attorney for Plaintiff Perfect 10, Inc.

FILED

2008 AUG -4 PM 2:23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>PROOF OF SERVICE |
| AND COUNTERCLAIM | |
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | |



Dockets.Justia.com

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 4, 2008, I served true copies of the following document(s) described as on the parties in this action as follows:

1. Joint Stipulation on Google's Inc.'s Motion for Partial Reconsideration of Protective Order to Designate one Category of Documents as Outside Counsel's Eyes Only

2. Google Inc.'s Application to File Under Seal Portions of the Joint Stipulation on Google's Motion for Partial Reconsideration of Protective Order to Designate One Category of Documents as Outside Counsel's Eyes Only

3. [Proposed] Order Granting Google Inc.'s Application to File Under Seal Portions of the Joint Stipulation on Google's Motion for Partial Reconsideration of Protective Order to Designate one Category of Documents as Outside Counsel's Eyes Only

LAW OFFICES OF JEFFREY N. MAUSNER
Jeffrey N. Mausner, Esq.
21800 Oxnard Street, Suite 910
Woodland Hills, CA 91367
Telephone: (310) 617-8100
**ATTORNEY FOR PLAINTIFF/COUNTER-DEFENDANT PERFECT 10, INC.**

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges, LLP for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 4, 2008, at Los Angeles, California.

Christian Vogl