QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel M. Herrick (Bar No. 191060)
  rachelherrick@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-213

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**GOOGLE INC.'S STATEMENT REGARDING THE COURT'S MINUTE ORDER REGARDING THE STATUS CONFERENCE OF OCTOBER 6, 2008**<br><br>Hon. A. Howard Matz |
| AND COUNTERCLAIM | |
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | |

51320/2682770.1

Case No. CV 04-9484 AHM (SHx) [Consolidated
with Case No. CV 05-4753 AHM (SHx)]
GOOGLE INC.'S STATEMENT REGARDING MINUTE ORDER

Defendant Google Inc. ("Google") respectfully submits this Statement regarding the Court's Minute Order regarding the Status Conference of October 6, 2008 (attached hereto as Exhibit A). In that Minute Order, the Court indicated that Michael Zeller, counsel for Google in <u>Perfect 10, Inc. v. Google Inc.</u>, No. 04-cv-9484 AHM (SHx), is to meet and confer with Jeffrey Mausner, counsel for plaintiff Perfect 10 in that and related actions.

Google's understanding of the Court's directive from the bench at the Status Conference, however, is that Mr. Mausner was ordered to meet and confer with Andrew Bridges, counsel for Microsoft Corporation in <u>Perfect 10, Inc. v. Microsoft Corporation</u>, No. 07-cv-5156, rather than with Mr. Zeller. Relevant portions of the Transcript on which Google's understanding is based are attached as Exhibit B.

Google apologizes for having to raise this matter with the Court, but Google takes its responsibilities under this Court's Orders seriously and wants to ensure that there is no misunderstanding of its obligations on its part. Google is informed that counsel for Microsoft, Amazon.com, Inc., Alexa Internet and A9.com all share Google's understanding that Mr. Mausner was ordered to meet and confer with Mr. Bridges, and not Mr. Zeller. Google asked Perfect 10 in writing to confirm that it has the same understanding, but Google did not receive the courtesy of a response from Perfect 10.

DATED: October 31, 2008  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Defendant Google Inc.

-1- Case No. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]
GOOGLE INC.'S STATEMENT REGARDING MINUTE ORDER