# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484-AHM (SHx) | Date | November 4, 2008 |
|---|---|---|---|
| Title | Perfect 10 Inc., v. Google Inc., et al., | | |

Present: The Honorable   Stephen J. Hillman

Sandra L. Butler
Deputy Clerk                    Court Reporter / Recorder                    Tape No.

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:**        (IN CHAMBERS)

The Joint Stipulation re: Google Inc.'s Motion to Determine the Sufficiency of Perfect 10 Inc.'s Responses to Google's Requests for Admission, Sets 1 and 2, set for hearing on November 17, 2008 at 2:00 p.m, Courtroom 550 is vacated.

If a hearing is necessary, the court will set a new date.

cc:    Judge Matz
       Magistrate Judge Hillman
       Parties of Record

                                                                    :

                                    Initials of Preparer