# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484-AHM (SHx) | Date | November 24, 2008 |
|---|---|---|---|
| Title | Perfect 10 Inc., v. Google Inc., et al., | | |

Present: The Honorable  Stephen J. Hillman

| Sandra L. Butler | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

**Proceedings:** (IN CHAMBERS)

The hearing date of December 1, 2008, before Magistrate Judge Hillman is vacated. No other dates are set at this juncture.

cc: Judge Matz
    Magistrate Judge Hillman
    Parties of Record

: _____

Initials of Preparer