UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF GOOGLE INC.'S RESPONSE TO THE COURT'S TENTATIVE ORDER DATED DECEMBER 2, 2008 AND OPPOSITION TO CONTEMPLATED STAY**<br><br>Hon. A. Howard Matz<br><br>Date:　December 18, 2008<br>Time:　3:00 pm<br>Crtrm.: 14<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date:　None Set |

51320/2730515.1

Case No. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]

[PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL

# ORDER

Pursuant to Local Rule 79-5.1, the Procedures and Schedules of the Honorable A. Howard Matz, and the Protective Order entered by the Court in this action (Docket No. 94), Google Inc.'s application to file under seal the Declaration of Andrea Pallios Roberts in Support of Google Inc.'s Response to the Court's Tentative Order Dated December 2, 2008 and Opposition to Contemplated Stay, and Exhibits thereto (the "Roberts Declaration"), is hereby GRANTED. Accordingly, the Roberts Declaration is hereby ordered filed under seal.

DATED: December 12, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

_____
Hon. A. Howard Matz
United States District Judge