QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel M. Herrick (Bar No. 191060)
  rachelherrick@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-213

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF GOOGLE INC.'S RESPONSE TO THE COURT'S TENTATIVE ORDER DATED DECEMBER 2, 2008 AND OPPOSITION TO CONTEMPLATED STAY**<br><br>Hon. A. Howard Matz<br><br>Date: December 18, 2008<br>Time: 3:00 pm<br>Crtrm.: 14<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Pursuant to <u>Local Rule</u> 79-5.1, the Procedures and Schedules of the Honorable A. Howard Matz, and the Protective Order entered by the Court in this action (Docket No. 94), Google Inc. ("Google") hereby submits this application to file under seal the Declaration of Andrea Pallios Roberts in Support of Google Inc.'s Response to the Court's Tentative Order Dated December 2, 2008 and Opposition to Contemplated Stay, and Exhibits thereto (the "Roberts Declaration").

The Roberts Declaration includes materials that Perfect 10, Inc. has designated "Confidential" and/or "Highly Confidential" pursuant to the Protective Order. Accordingly, Google requests that the Roberts Declaration be filed under seal.

DATED: December 12, 2008　　　QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____/s/ Michael T. Zeller_____
　　Michael T. Zeller
　　Attorneys for Defendant Google Inc.