| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | Michael T. Zeller (Bar No. 196417) |
| 2 | michaelzeller@quinnemanuel.com |
| | 865 South Figueroa Street, 10th Floor |
| 3 | Los Angeles, California 90017-2543 |
| | Telephone: (213) 443-3000 |
| 4 | Facsimile: (213) 443-3100 |
| | Charles K. Verhoeven (Bar No. 170151) |
| 5 | charlesverhoeven@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 6 | San Francisco, California 94111 |
| | Rachel M. Herrick (Bar No. 191060) |
| 7 | rachelherrick@quinnemanuel.com |
| | 555 Twin Dolphin Drive, Suite 560 |
| 8 | Redwood Shores, California 94065-213 |
| 9 | Attorneys for Defendant Google Inc. |



FILED 2008 DEC 12 PM 4:02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DECLARATION OF THOMAS D. NOLAN REGARDING TECHNICAL FAILURES IN THE ECF SYSTEM RESULTING IN GOOGLE INC.'S INABILITY TO ELECTRONICALLY FILE THE NOTICE OF MANUAL FILING OF THE DECLARATION OF ANDREA PALLIOS ROBERTS, GOOGLE'S APPLICATION AND (PROPOSED) ORDER TO SEAL, AND PROOF OF SERVICE**<br><br>Hon. A. Howard Matz<br><br>Date: December 18, 2008<br>Time: 3:00 pm<br>Crtrm.: 14<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

51320/2731433.1

Case No. CV 04-9484 AHM (SHx) [Consolidated
with Case No. CV 05-4753 AHM (SHx)]
DECLARATION OF THOMAS D. NOLAN REGARDING TECHNICAL FAILURES IN THE ECF SYSTEM

Dockets.Justia.com

I, Thomas D. Nolan, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Defendant Google Inc. ("Google") in this action. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, could and would competently testify thereto.

2. On December 12, 2008, between the hours of 1:00 pm and 3:30 pm, I made multiple attempts to access the ECF system in order to electronically file the Notice of Manual Filing of the Declaration of Andrea Pallios Roberts in Support of Google's Response to the Court's Tentative Order Dated December 2, 2008 and Opposition to Contemplated Stay, Google's Application and (Proposed) Order to Seal, and Proof of Service. After each attempt, my Internet browser (Internet Explorer) indicated that "[t]he page cannot be displayed." Accordingly, all attempts to electronically file the document were unsuccessful.

3. At approximately 2:15 pm on December 12, 2008, I contacted the ECF Help Desk at 213-894-0242, and received confirmation that the ECF website was down and unavailable, that the Help Desk personnel were aware of the problem, and that while they were working to fix the problem, they were unsure when it would be fixed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed December 12, 2008 at Los Angeles, California.

Thomas D. Nolan