O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV2004-09484-AHM (SHx)√<br>CV2005-04753-AHM (SHx)<br>CV2007-05156 AHM (SHx) | Date | December 18, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. GOOGLE, INC., et al.<br>PERFECT 10, INC. v. AMAZON.COM, INC., et al.<br>PERFECT 10, INC. v. MICROSOFT CORP., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Leandra Amber | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey N. Mausner<br>Melanie Poblete | Andrew P. Bridges<br>Jennifer A. Golinveaux<br>Michael T. Zeller<br>Rachel M. Herrick<br>Anthony J. Malutta<br>Timothy R. Cahn |

**Proceedings:**     Status Conference

Cause called; appearances made. Also present is the Honorable Stephen Hillman, Magistrate Judge.

Court circulates tentative order and hears oral argument.

Court orders Mr. Mausner to provide the exact number of "combinations" to the Court by not later than December 19, 2008. Order to issue.

Court orders that parties to agree on a sequence of pending motions but intends to start with A9's motion. The Court will not accept any further papers on plaintiff's fully briefed motions for summary judgment.

                                :    28

Initials of Preparer     SMO