Name & Address:
Quinn Emanuel Urquhart Oliver & Hedges, LLP
  Rachel Herrick Kassabian (Bar No. 191060)
    rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood City, California 94065-213
Telephone: (650) 801-5000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California Corporation

PLAINTIFF(S)

v.

GOOGLE INC., a Corporation

DEFENDANT(S).

CASE NUMBER:

No. CV 04-9484 AHM (SHx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Joint Stipulation re. Google Inc.'s Motion to Compel Production of Documents, Compliance with Protective Order, and Bates-Stamping, Declaration of Rachel Herrick Kassabian in support thereof, and Exhibits thereto; Google's Application and (Proposed) Order to Seal; Proof of Service

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

May 6, 2009
Date

Rachel Herrick Kassabian
Attorney Name

Google Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                    NOTICE OF MANUAL FILING