| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Michael T. Zeller (Bar No. 196417)<br>    michaelzeller@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>  Charles K. Verhoeven (Bar No. 170151)<br>    charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>  Rachel Herrick Kassabian (Bar No. 191060)<br>    rachelkassabian@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065-213<br><br>Attorneys for Defendant Google Inc. | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**GOOGLE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PERFECT 10 (1) TO PRODUCE DOCUMENTS, (2) TO COMPLY WITH PROTECTIVE ORDER, AND (3) TO AFFIX DOCUMENT CONTROL NUMBERS TO ITS DOCUMENT PRODUCTION**<br><br>**[Joint Stipulation, Declaration of Rachel Herrick Kassabian, and (Proposed) Order filed concurrently herewith]**<br><br>Hon. Stephen J. Hillman<br><br>Date: June 1, 2009<br>Time: 2:00 PM<br>Crtrm.: 550<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on June 1, 2009, at 2:00 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Stephen J. Hillman, located at 255 East Temple Street, Los Angeles, CA 90012, Courtroom 550, defendant and counterclaim plaintiff Google Inc. ("Google") will and hereby does move under Fed. R. Civ. P. 37(a)(3)(B) to compel Plaintiff Perfect 10, Inc.'s ("Perfect 10") (1) to produce documents, (2) to comply with the protective order, and (3) to affix document control numbers to its document production.

Google's motion is based on this notice of motion and motion, the Joint Stipulation filed concurrently herewith, the accompanying Declarations of Rachel Herrick Kassabian and the Exhibits thereto, all other pleadings and papers on file in this action, any matters of which this Court may take judicial notice, and such further evidence and argument as may be presented at or before the hearing on this matter.

Pursuant to Local Rule 37-1, the parties met and conferred on the matters in this Motion telephonically on February 22, 2008, October 15, 2008, and various times thereafter, and in writing on July 5, 2005, January 29, 2008, March 31, 2008, and various times thereafter.

DATED: May 6, 2008       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Rachel Herrick Kassabian
Rachel Herrick Kassabian
Attorneys for Defendant Google Inc.

-1-  Case No. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]
GOOGLE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL