QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-213

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF THE JOINT STIPULATION RE. GOOGLE'S MOTION TO COMPEL PERFECT 10 (1) TO PRODUCE DOCUMENTS, (2) TO COMPLY WITH PROTECTIVE ORDER, AND (3) TO AFFIX DOCUMENT CONTROL NUMBERS TO ITS DOCUMENT PRODUCTION AND PORTIONS OF THE DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT THEREOF**<br><br>Hon. Stephen J. Hillman<br><br>Courtroom: 550<br>Hearing Date: June 1, 2009<br>Hearing Time: 2:00 pm<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

*lodged proposed order*

FILED 2009 MAY -7 PM 1:27 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

ORIGINAL

Case No. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]
GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL

Dockets.Justia.com

| | |
|---|---|
| 1 | Pursuant to Local Rule 79-5.1, the Procedures and Schedules of the |
| 2 | Honorable Stephen J. Hillman at Paragraph 17, and the Protective Order entered by |
| 3 | the Court in this action (Docket No. 94), Google Inc. ("Google") hereby submits this |
| 4 | application to file under seal the redacted portions of the Joint Stipulation re. Google |
| 5 | Inc.'s Motion to Compel Perfect 10 (1) to Produce Documents, (2) to Comply with |
| 6 | the Protective Order, and (3) to Affix Document Control Numbers to Its Document |
| 7 | Production, and the redacted portions of the Declaration of Rachel Herrick |
| 8 | Kassabian in support thereof (the "Confidential Materials"). |

The Confidential Materials include materials that Perfect 10, Inc. has designated "Confidential" and/or "Highly Confidential" pursuant to the Protective Order. Accordingly, Google requests that the Confidential Materials be filed under seal.

DATED: May 6, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Rachel Herrick Kassabian
Rachel Herrick Kassabian
Attorneys for Defendant Google Inc.

-1- Case No. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]

GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL