UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF THE JOINT STIPULATION RE. GOOGLE'S MOTION TO COMPEL PERFECT 10 (1) TO PRODUCE DOCUMENTS, (2) TO COMPLY WITH PROTECTIVE ORDER, AND (3) TO AFFIX DOCUMENT CONTROL NUMBERS TO ITS DOCUMENT PRODUCTION AND PORTIONS OF THE DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT THEREOF**<br><br>Hon. Stephen J. Hillman<br><br>Courtroom:      550<br>Hearing Date:   June 1, 2009<br>Hearing Time:   2:00 pm<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date:  None Set |

Case No. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]

[PROPOSED] ORDER GRANTING GOOGLE'S APPLICATION TO FILE UNDER SEAL

# ORDER

Pursuant to Local Rule 79-5.1, the Procedures and Schedules of the Honorable Stephen J. Hillman at Paragraph 17, and the Protective Order entered by the Court in this action (Docket No. 94), Google Inc.'s application to file under seal the redacted portions of the Joint Stipulation re. Google Inc.'s Motion to Compel Perfect 10 (1) to Produce Documents, (2) to Comply with the Protective Order, and (3) to Affix Document Control Numbers to Its Document Production, and the redacted portions of the Declaration of Rachel Herrick Kassabian in support thereof and Exhibits thereto (the "Confidential Materials"), is hereby GRANTED. Accordingly, the Confidential Materials are hereby ordered filed under seal.

DATED: May _12, 2009

By_____/s/_____
Hon. Stephen J. Hillman
United States Magistrate Judge