# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV04-9484 AHM (SHx) | Date | May 14, 2009 |
|---|---|---|---|
| Title | Perfect 10 Inc  -v-  Google Inc, a corporation; | | |

| Present: The Honorable | Stephen J. Hillman, U.S. Magistrate Judge | |
|---|---|---|
| Sandra Butler | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                              Attorneys Present for Defendants:

**Proceedings:**            ( IN CHAMBERS)

    Google Inc's Notice of Motion and Motion to Compel Perfect 10 ( 1) to produce documents (2) to Comply with protective order, and (3) to affix document control number to its document production filed on May 7, 2009 and set for hearing on June 1, 2009 is hereby taken off calendar.

                                                                                            :   00

                                                    Initials of Preparer        slb