# DENIED
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California corporation,

    Plaintiff,

vs.

GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,

    Defendants.

AND COUNTERCLAIM

PERFECT 10, INC., a California corporation,

    Plaintiff,

vs.

AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,

    Defendants.

CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]

**ORDER SETTING HEARING ON GOOGLE INC.'S PENDING DISCOVERY MOTIONS**

Hon. Stephen J. Hillman

Courtroom.: 550
Hearing Date: _____, 2009
Hearing Time: 2:00 p.m.

Discovery Cutoff: None Set
Pretrial Conference Date: None Set
Trial Date: None Set

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | This matter is before the Court on Defendant Google Inc.'s Request for Oral |
| 3 | Argument on Pending Discovery Motions.  Google's request is hereby DENIED. |
| 5 | DATED:   May 14, 2009 |
| 7 | By_____/s/_____ |
| 8 |         Hon. Stephen J. Hillman<br>        United States Magistrate Judge. |