# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 04-9484 AHM (SHx)√<br>CV 05-4753 AHM (SHx)<br>CV 07-5156 AHM (SHx) | Date | May 14, 2009 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. GOOGLE, INC., *et al.*<br>PERFECT 10, INC. v. AMAZON.COM, INC., *et al.*<br>PERFECT 10, INC. v. MICROSOFT CORPORATION | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

The action entitled *Perfect 10, Inc. v. Microsoft Corporation*, CV 07-5156 AHM (SHx) has been dismissed and is no longer subject to the order dated December 22, 2008, including Section A ("Consolidation").

                                                                                            :

                                                        Initials of Preparer        SMO