1  Jeffrey N. Mausner (State Bar No. 122385)
2  Law Offices of Jeffrey N. Mausner
   Warner Center Towers, Suite 910
3  21800 Oxnard Street
4  Woodland Hills, California 91367
   Telephone:  (310) 617-8100, (818) 992-7555
5  Facsimile:  (818) 716-2773

6
   Attorneys for Plaintiff
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 PERFECT 10, INC., a California          )  Case No. CV 04-9484 AHM (SHx)
   corporation,                           )
12                                         )  CONSOLIDATED WITH CASE NO. CV
                    Plaintiff,             )  05-4753 AHM (SHx)
13                                         )
        v.                                 )  DECLARATION OF DR. NORMAN
14                                         )  ZADA IN OPPOSITION TO
   GOOGLE, INC., a corporation;            )  GOOGLE'S MOTION FOR
15                                         )  SCHEDULING ORDER WHICH
                    Defendant.             )  WOULD DELAY PERFECT 10 FROM
16                                         )  FILING ITS MOTION FOR
                                           )  SUMMARY JUDGMENT
17 ────────────────────────────────       )

18                                            Date:  June 1, 2009
                                              Time:  10:00 a.m.
19                                            Place: Courtroom 14, Courtroom of the
                                              Honorable A. Howard Matz
20

21                                            Discovery Cut-Off Date:  None Set
                                              Pretrial Conference Date:  None Set
22                                            Trial Date:  None Set

23

24

25

26

27

28

# DECLARATION OF DR. NORMAN ZADA

I, Dr. Norman Zada, declare as follows:

I make this declaration in support of Perfect 10's opposition to Google's Motion for Scheduling Order which would delay Perfect 10 from filing its motion for summary judgment. Except where otherwise stated, I have direct and personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto. I have spent hundreds of hours using google.com to locate infringements of Perfect 10's copyrighted works.

## PROFESSIONAL BACKGROUND

1. I am President of Plaintiff Perfect 10, Inc. ("Perfect 10"). After receiving a Ph.D. in Operations Research from the University of California at Berkeley, I worked as a research staff member in the main computer science department at IBM, and subsequently taught as a visiting professor in the area of applied mathematics at Stanford University, UCLA, Columbia University, and UC Irvine. I have programmed computers for at least twenty years. I have reviewed all of the documents produced by Google, as well as Google's discovery responses and declarations made by Google declarants. I have also attended all depositions of Google employees conducted by Perfect 10. I have been involved in every aspect of this case and, if called as a witness, could and would competently testify thereto.

2. The Exhibits attached hereto, except where otherwise noted, fall into one of the following categories: (a) true and correct copies of documents that I have downloaded as Adobe PDF files from the Internet; (b) true and correct copies of snapshots of my computer screen, which I captured using the program "snagit;" (c) true and correct copies of portions of DMCA notices that I sent to Google; (d) true and correct copies of emails that I sent to or received from Google; and (e) true and correct copies of Court documents filed by Google. Exhibits in categories (a), (b), (c), and (d) contain the correct date the document was emailed, downloaded, captured and/or saved, and, when applicable, the URL of the webpage. I have added green check

1 marks or highlighting where noted to some exhibits so that the Court may more readily

2 locate relevant information contained in those exhibits.  I will use the terms "P10

3 Images" and "Perfect 10 Images" interchangeably to denote Perfect 10 copyrighted

4 images.

5        3.     Attached as page 1 of Exhibit 1 is a webpage that I sent to Google as part

6 of Perfect 10's July 2, 2007 DMCA notice.  The URL at the bottom of the page is a

7 "complete URL" which contains the term blogger.com.  I will use the term "complete

8 URL" or "full URL" to refer to a URL that starts with http:// and does not have any

9 ellipses like "…" in it.  Adobe has a URL extraction feature, so that if Google had

10 wanted to use only the URL and not the attached image, it could have simply extracted

11 the URL at the bottom of page 1 and copied it into a text file, spreadsheet, browser bar,

12 or search window.  Although Google has recently changed its instructions and

13 indicated to Perfect 10 that it wants only lists of URLs without the attached images,

14 after Perfect sent such spreadsheet-style notices to Google from June 4, 2004 through

15 April 24, 2007, Google belatedly claimed that all forty of those notices were deficient.

16 Attached as page 2 of Exhibit 2 is that same image on the same webpage with the same

17 URL which I printed from blogger.com on May 10, 2009, almost two years after the

18 July 2, 2007 notice.  Attached as pages 3 and 4 of Exhibit 1 are the results of a "whois"

19 search which I conducted for blogger.com on May 7, 2009.  The registered owner of

20 blogger.com is Google, Inc.  The domain servers are listed as google.com.  Between

21 July 2, 2007 and July 9, 2008, I have sent to Google in DMCA notices, over 4,000 web

22 pages containing full-size P10 Images similar to that shown on page 1 of Exhibit 1.  As

23 of November of 2008, Google had removed at most 40 of those images from its

24 blogger.com servers.

25        4.     Attached as pages 1 and 2 of Exhibit 2 are web pages that I included in

26 my October 16, 2007 DMCA notice to Google, which advised Google that the image

27 shown is an infringing Perfect 10 copyrighted image.  Page 1 of Exhibit 2 is a Google

28 cache link which Google listed in its Web Search results for the web site *female-*

*bodies.blogspot.com*, a website which Google hosts. The URL of the image on page 2 contains the term blogger.com, which means the image was stored on Google servers. Attached as pages 3 and 4 of Exhibit 2 are the same infringing P10 Images of model Luba Shumeyko which I printed from blogspot.com and blogger.com on May 9, 2009, approximately eighteen months after the October 16, 2007 notice. Because page 3 of Exhibit 2 also is a cache link, this means that Google not only continued to host the same identified infringing webpage, but Google also continued to directly link to that same identified infringing web page in its Web Search results. Attached as page 5 of Exhibit 2 are the results of a "whois" search which I conducted for blogspot.com on May 7, 2009. It shows that the registered owner of blogspot.com is Google, Inc. and that the name servers for blogspot.com are google.com. When Perfect 10 set up a blogspot.com website to investigate what it takes to create such a website, Google did not ask Perfect 10 to identify itself, other than to provide an email address. Google has hosted over 400 websites via its blogspot.com hosting program that have infringed, in total, more than 10,000 P10 Images.

5. Attached as page 1 of Exhibit 3 is a webpage that I included in Perfect 10's July 9, 2008 DMCA notice to Google. I indicated in that notice that all images on that webpage were copyrighted by Perfect 10. The page is from the web site *lamanzanadeadanplus.blogspot.com*, which is hosted by Google. Attached as page 2 of Exhibit 3 is a print screen of the same images displayed by that web site, on the same web page, on May 9, 2009, ten months later. Next to those images I have placed a green checkmark where it says "Ads by Google." In total, Google has displayed "Ads by Google" on Google hosted web pages that have contained more than 4,000 P10 Images.

6. Attached as Exhibit 4 are portions of a sur-reply declaration of Alexander Macgillivray in support of Google's opposition to Perfect 10's preliminary injunction motion. I have highlighted on page 7 of Exhibit 4 two URLs which Google admittedly received notice of from Perfect 10 on May 31, 2004 but did not remove from its Web

Search results until November 3, 2005, over seventeen months later.   Although Mr. Macgillivray claims that part of Google's delay in processing Perfect 10's notices was because Google had to hand type in the URLs, that is not the case, as Perfect 10 sent to Google via a July 19, 2004 email, all of the prior URLs in electronic format in an attached excel spreadsheet, at Google's request.   Google did not remove *any* of the links from Perfect 10's July 19, 2004 DMCA notice until at least October 11, 2004, according to the spreadsheet attached to Mr. Macgillivray's declaration.

      7.     Although Google belatedly removed hundreds of identified links to infringing web pages from its Web Search results, it did not remove those same links from its Image Search results.  Attached as page 1 of Exhibit 5 is another page from Alexander Macgillivray's sur-reply declaration.  I have highlighted the URL *web.tiscali.it/raskz/donne/giugno.htm*, which Perfect 10 sent to Google in its June 28, 2004 notice and which Google admittedly removed from its Web Search results on October 11, 2004, more than one hundred days later.  Attached as page 2 of Exhibit 5 is a web page that I printed from google.com on July 9, 2006.  I have highlighted at the top of the page, the same link, *web.tiscali.it/raskz/donne/giugno.htm*.  This means that Google did not remove that same identified infringing link from its Image Search results as of July 9, 2006, more than two years after receiving Perfect 10's notice. Attached as page 3 of Exhibit 5 is a portion of the URLs that I sent to Google in Perfect 10's July 19, 2004 notice, in electronic format.  I have highlighted the URL *bukuroshe.parajsa.com/sashabrinkova1.htm* that was listed in that notice.  Attached as page 4 of Exhibit 5, is a printout I made from google.com on May 31, 2008.  I have highlighted that same URL on that page.  Page 4 shows that Google was continuing to copy the same infringing image of Sasha Brinkova for which it had received notice on July 19, 2004, was making that into a thumbnail, and then was linking that thumbnail to the same infringing web page identified in Perfect 10's July 19, 2004 notice.  In addition, as can be seen on page 4, Google was placing its ads next to that same infringing P10 Image on that same infringing web page.  Page 5 of Exh. 5 shows that

1   Google was continuing to link to that same infringing webpage via its Image Search

2   results on May 9, 2009, almost five years after receiving notice from Perfect 10.

3       8.      After I sent Google my first DMCA notice in 2004, I received instructions

4   from Google on June 1, 2004, for sending DMCA notices, which are attached as

5   Exhibit 6.  These instructions do not mention image search, image URLs, AdSense, or

6   Blogger.   In my next forty or so DMCA notices to Google, I followed the instructions

7   provided by Google in Exhibit 6, by cutting and pasting the URL in green at the end of

8   each infringing Google Web Search result into an excel spreadsheet.  I also included

9   the search term in the center column of my spreadsheet, which was also normally the

10  name of the model whose image was infringed.  On the right side of my spreadsheet, I

11  either provided the Volume and Issue number of the Perfect 10 Magazine in which the

12  infringed image(s) appeared, along with a range of pages, or offered Google a free

13  password to enter our website, perfect10.com, where the infringed image(s) could also

14  be located.  An example of such a notice is shown on pages 3-7 of Exhibit 6, which are

15  5 pages out of a fifteen page notice which Perfect 10 sent to Google on Feb. 7, 2005.

16      9.      Even though I followed Google's instructions, and even though Google

17  sent me emails saying that it had finished processing my notices without suggesting

18  that there were any deficiencies, and even though Google admittedly removed some

19  links from its Web Search results using my notices, Google nevertheless belatedly

20  claimed in its opposition to Perfect 10's motion for Preliminary Injunction, that all of

21  Perfect 10's notices were defective.  Google's primary argument was that it couldn't

22  tell which image on the identified web page belonged to Perfect 10.  This was incorrect

23  for several reasons.  First, in many cases the identified infringing web page only had

24  one image.  Second, I listed the model name in my spreadsheet – it was rarely the case

25  that there was more than one image of a model with that name on the identified web

26  page.  I also gave the page range of Perfect 10 Magazine where the infringed image

27  appeared, in case there happened to be two or more images of the identified model on

28  the identified web page.  Google also claimed that my notices were defective because I

removed the starting www. from the URL. That is incorrect because a) Google could have simply added the www. if necessary, b) Mr. Macgillivray's declaration demonstrates that Google could find and delete the URLs identified by Perfect 10, and c) Google sent me letters indicating that they had completed processing my notices – they never sent me a letter stating that I needed to add back the starting www. In fact, Google itself removes the starting www. when it places the infringing URL in Google's list of URLs to be blocked. Nevertheless, to avoid any further claims by Google that my notices were deficient, in June of 2007, I began to send to Google actual copies of infringing web pages, and removed or crossed out non-P10 images. Using this new format, I submitted DMCA notices to Google dated June 28, 2007, July 2, 2007, July 12, 2007, October 16, 2007, December 14, 2007, January 24, 2008, March 17, 2008, July 9, 2008, and April 24, 2009. I spent an enormous amount of time on these later notices to ensure that there was absolutely no question as to which images were copyrighted by Perfect 10. Images were typically arranged in folders labeled "ALL ARE P10," meaning that every image in the file, unless it was part of an advertising banner or crossed out, was copyrighted by Perfect 10; or "CHECKED OR LARGE ARE P10," meaning that images with green check marks by them and large images were copyrighted by Perfect 10. The copies of infringing web pages that I sent to Google saved in PDF format using Adobe Professional (which was most of them), showed the full URL of the infringing web page at the bottom of the page, and also provided Google with a copy of both the infringed and infringing image. By using Adobe Professional to save copies of the infringing web pages, the files I sent to Google were searchable, the URLs could be extracted, and the link structure and search term were normally maintained, so that Google could see exactly how I got to a particular infringing web page, and could extract and copy URLs from my notices, without having to type them into a spreadsheet manually. Yahoo! has been able to process both Perfect 10's spreadsheet style notices as well as its Adobe style notices, in three days.

10.     When Google changed its DMCA instructions around 2007 to add separate instructions for submitting image URLs, I followed those instructions as well. Attached as page 1 of Exhibit 7 is a webpage that I included in my March 17, 2008 DMCA notice to Google. I used Google's instructions for providing Image URLs to obtain that web page. The Image URL is highlighted in yellow at the top and bottom of the page, and ends in "jpg". By providing the notice in this fashion, I gave Google both the URL that it wanted and the infringed and infringing image in the only efficient way I know of. Google has never suggested any other workable way of doing this. Attached as page 2 of Exhibit 7 is a webpage that I printed from google.com on May 17, 2009, which shows that Google did not remove that image from its Image Search results fourteen months later. The highlighted URL on page 1 of Exhibit 7 matches the checked URL on page 2 of Exhibit 7 which I obtained by placing my cursor over Google's "See full-size Image" link.

**GOOGLE HAS REFUSED TO ANSWER DIRECT QUESTIONS REGARDING WHAT INFORMATION IT NEEDS TO LOCATE INFRINGING MATERIAL**

11.     Despite my attempts to provide notices that followed Google instructions, Google continued to claim that all my notices were deficient. In fact, it appears that whatever I did, Google would claim my notices were deficient, even though they were not. Over the years, Google has provided to Perfect 10 a string of completely contradictory DMCA instructions. For example, the instructions that Google sent to Perfect 10 on June 1, 2004, as shown on pages 1 and 2 of Exhibit 6, ask Perfect 10 not to email its notices. However, on July 27, 2004, almost two months later, Google sent me an email attached as page 8 of Exhibit 6, which asks me to send my notices in soft copy, meaning by email. That Google request was peculiar because I had already sent one of the notices Google was asking about, Perfect 10's June 1, 2004 notice, in that form. Google's email does not suggest that there is anything deficient about Perfect 10's prior notices. In fact, it states that Google had almost finished processing them. The directions that Google sent to me on June 1, 2004, asked me to cut and paste the

URL in green that appears at the end of each infringing Google Web Search result. That is a URL which determines a web page with the same URL except that the web page URL begins with http://. In 2006, Andrew Bridges, who was then an attorney for Google, claimed in a declaration that Perfect 10 was supposed to provide Google with the URL of the Image instead of the URL for the web page. That advice completely contradicts the written instructions that I had received from Google in June of 2004 which did not even mention image URLs. Mr. Bridges new instructions definitely did not work when the infringing webpage in-line linked to an image stored elsewhere. In those situations, the image URL would identify the location of the infringing image but not the location of the infringing web page that in-line linked to that image. In 2008, Shantal Rands, the current copyright agent for Google, contradicted Mr. Bridges, and indicated that to remove Web Search results a Web Page URL was needed, but she also testified that the original instructions which Google sent me on June 1, 2004, would not result in compliant notices. In August of 2007, Perfect 10 received another letter from Andrew Bridges. That letter stated that a copy of the infringing web page, with the infringing image circled or otherwise identified, would be sufficient. However, in 2008, Perfect 10 received a letter from help@google.com, stating that Google did not want copies of infringing web pages, it just wanted a list of URLs, even though Google had previously claimed such notices were deficient. In an attempt to ascertain, once and for all, exactly what URLs or what information Google felt it needed, on November 27, 2008, I sent Google several examples of different ways in which Google was assisting in the infringement of P10 Images, and asked Google to give me the exact URL they needed, so that I could use that as a template for further notices. Google refused to answer my specific questions and simply referred me back to their general DMCA instructions, which did not answer my questions. Attached as pages 1 and 2 of Exhibit 8 is a copy of my November 27, 2008 email/DMCA notice to Google, asking for specific instructions regarding specific instances of infringement. Attached as page 3 of Exhibit 8 is the first attachment in my November 27, 2008

email.  I identified two infringing search results in that email by placing green check marks next to them.  Attached as page 4 of Exhibit 8 is a Google search result I printed out on May 8, 2009.  I have highlighted the link which I identified in my November 27, 2008 notice which Google has still not removed.  Each of the listings in page 4 of Exhibit 7 display the same confidential perfect10.com username/password combinations (username:chewey, password:stoney) and are almost identical.  Attached as page 5 of Exhibit 8 is Google's response, which Google sent to me twenty days after receiving my notice.  Google did not answer my questions.   I have also attempted to speak directly with someone at Google's help desk.  Google has not allowed me to do that.

12.    Attached as Exhibit 9 are two web pages that I printed from google.com on May 4, 2009, using Google's new "similar images" function.  To obtain the second page from the first, I clicked on the checked "Similar images" link on the first page.  Although Perfect 10 has provided Google with in some cases, hundreds of notices regarding the same infringing P10 Image, Google continues to display multiple copies of that image in its Image Search results.  Google could easily and dramatically reduce the number of infringing P10 images available in its Image Search results in a number of ways, including by using its "similar images" function.

13.    Despite Perfect 10's repeated objections, Google has been forwarding Perfect 10's confidential DMCA notices for publication on the website chillingeffects.org.  For spreadsheet type notices similar to the 42 that I had sent before (which Google belatedly claimed were deficient), such publication negates my notice by making the same infringing URLs available through Chillingeffects.org.   In many cases, when I have performed a search on a Perfect 10 model name, if Google has removed an infringing link, it will instead provide a link to the Perfect 10 DMCA notice which lists that removed link.  Thus, Google still makes the infringing URLs of which it has been notified available to its users.  Attached as pages 1 and 2 of Exhibit 10 are two emails that I sent to Google advising Google that it was not authorized to

publish our DMCA notices, and that it should stop forwarding them to chillingeffects.org for publication.  On page 1 of Exhibit 10, which was an email I sent to Google on January 27, 2006, I state, "As we have explained on several occasions, Perfect 10's DMCA notices provide a roadmap to those who wish to see Perfect 10's images without charge.  Perfect 10 has produced its DMCA notices to Google stamped 'confidential.'  Perfect 10's notices are confidential and I demand that you immediately cause Chilling Effects and whoever else you provided those notices to, to stop publishing them immediately."  I printed pages 3-6 of Exhibit 10 from chillingeffects.org on November 29, 2008, several years after Perfect 10 first complained to Google.  I have been able to copy and paste URLs from those pages into my browser bar and view and/or download the infringing images that I painstakingly identified to Google in that notice.

14.     Even if Google were to remove the infringing links which Perfect 10 has identified to it from its Image Search results, unless Google either forced the underlying infringing website to remove the identified infringing material or cut all links to that website, Google users could still view or download the same infringing P10 Images from google.com.  They could simply click on any other thumbnail which Google made available in its Image Search results which linked to that webpage or website, and then scroll through that infringing website while remaining at google.com until they came to that infringing, Google-framed webpage.  Attached as Exhibit 11 is a demonstration of this process.  I print-screened Exhibit 11 from google.com on May 10, 2009.  The checked image in the lower part of the Exhibit is copyrighted by Perfect 10.  I was able to view and download that image by clicking on a Google thumbnail of Cindy Crawford.  I then simply clicked on a link on the resulting page to reach the infringing check marked P10 Image.  As long as Google allows the infringing website *famoxas.blogspot.com* (which Google hosts), to offer the checked P10 Image, and Google makes any links available to that website from its Image Search results, Google users will be able to view and/or download the checked image as shown.

15. Based on my regular investigation of infringing links which Google makes available to its users, and based on recent letters Perfect 10 has received from attorneys for Google, I believe that Google has taken essentially no action with respect to Perfect 10's June 28, 2007, July 2, 2007, July 12, 2007, October 16, 2007, December 14, 2007, January 24, 2008, March 17, 2008, July 9, 2008, and April 24, 2009 notices. These notices identified hundreds of thousands of infringements available through Google's search engine, hosted by Google via its blogger.com and blogspot.com programs, and via Google Groups, and/or surrounded by Google ads. It appears that Google recently removed a few blogspot.com hosted websites but did not remove the associated full-size P10 Images from its blogger.com servers. Google has copied at least 20,000 P10 Images for use in its Image Search results, and has placed Google ads on websites that have infringed in total, tens of thousands of P10 Images. Google has done nothing, as far as I can determine, with respect to Perfect 10's notices regarding any of its usenet affiliates, such as giganews.com, that has infringed over 17,000 P10 Images. In fact, as of May, 2009, Google was providing over 12,000 regular links to giganews.com in its search results. Google has also not produced a DMCA log, meaning "a spreadsheet-type document summarizing DMCA notices received, the identity of the notifying party and the accused infringer, and the actions (if any) taken in response," to Perfect 10, as ordered by the Court.

16. Perfect 10 has produced tax returns, detailed financial reports, server logs, copyright certificates, work for hire agreements, deposit materials, records regarding cell phone downloads, and DMCA notices to third parties. In total, Perfect 10 has produced hundreds of gigabytes of documents to Google, organized by folder and subfolder so that Perfect 10 (and Google) can readily find relevant documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 17th day of May, 2009 at Los Angeles County, California.

*Norman Zada*
NORMAN ZADA

# Exhibit 1



PERFECT10.COM Copyright © 2001 Perfect 10, Inc.

Exh. 1, Pg. 1



PERFECT10.COM Copyright © 2001 Perfect 10, Inc.

Exh. 1, Pg. 2

blogger.com WHOIS domain registration information from Network Solutions



# WHOIS Search Results

## Your WHOIS Search Results

### blogger.com

**Make an instant, anonymous offer to the current domain registrant.** Learn More

Make an offer to buy this domain →

🔖 BOOKMARK

---

MarkMonitor, the Global Leader in Enterprise Brand Protection

Domain Management
Online Trademark Protection
Online Channel Protection
AntiPhishing Solutions
---

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
  Dns Admin
  Google Inc.
  Please contact contact-admin@google.com 1600 Amphitheatre Parkway
   Mountain View CA 94043
  US
  dns-admin@google.com +1.6502530000 Fax: +1.6506188571

Domain Name: blogger.com

  Registrar Name: Markmonitor.com
  Registrar Whois: whois.markmonitor.com
  Registrar Homepage: http://www.markmonitor.com

Administrative Contact:
  DNS Admin
  Google Inc.
  1600 Amphitheatre Parkway
   Mountain View CA 94043
  US
  dns-admin@google.com +1.6502530000 Fax: +1.6506188571
Technical Contact, Zone Contact:
  DNS Admin
  Google Inc.
  1600 Amphitheatre Parkway
   Mountain View CA 94043
  US
  dns-admin@google.com +1.6502530000 Fax: +1.6506188571

Created on..............: 1999-06-22.
Expires on..............: 2011-06-22.
Record last updated on..: 2009-02-24.

### SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
⊙ **Domain Name**
○ **IP Address**

Search →

Exh. 1, Pg. 3

Domain servers in listed order:

ns1.google.com
ns2.google.com
ns3.google.com
ns4.google.com

--------------------------------------------------------------------------
MarkMonitor, the Global Leader in Enterprise Brand Protection

Domain Management
Online Trademark Protection
Online Channel Protection
AntiPhishing Solutions
--------------------------------------------------------------------------

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | MARKMONITOR INC. |
| **IP Address:** | 72.14.205.191 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-CALIFORNIA-MOUNTAIN VIEW |
| **Record Type:** | Domain Name |
| **Server Type:** | Other 1 |
| **Lock Status:** | clientDeleteProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | 7 listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Moved Temporarily |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | 4 |
| **Data as of:** | 22-Apr-2008 |

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

Go



**Pay Per Click from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99 one time set-up fee**

Go

Exh. 1, Pg. 4

# Exhibit 2

This is G o o g l e's cache of http://female-bodies.blogspot.com/2007/04/luba-dressed-in-black.html as retrieved on Aug 20, 2007 03:16:32 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:H_KcEV2IrjgJ:female-bodies.blogspot.com/2007/04/luba-dressed-in-black.html+site:female-bodies.blogspot.com+luba&hl=en&ct=clnk&cd=67&gl=us&ie=UTF-8

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: luba

# Tribute to the beauty of the female body

I think that the human female body is the most beautiful thing there is. It is sad to hide such a beautiful piece of art under clothes. With this blog, I hope to remove the shamefulness that is associated with female nudity. The female body is something to be proud of, not something to be ashamed of.

April 26, 2007

## Luba dressed in black





Exh. 2, Pg. 2



    



Exh. 2, Pg. 4



**blogspot.com WHOIS domain registration information from Network Solutions - Windows Internet Explorer**

http://www.networksolutions.com/whois-search/blogspot.com

File   Edit   View   Favorites   Tools   Help

Convert ▾ Select

blogspot.com WHOIS domain registration information ...

Online Trademark Protection
Online Channel Protection
AntiPhishing Solutions
_____

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record. MarkMonitor.com
does not guarantee its accuracy. By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
    DNS Admin
    Google Inc.
    1600 Amphitheatre Parkway
     Mountain View CA 94043
    US
    dns-admin@google.com +1.6502530000 Fax: +1.6506188571

Domain Name: blogspot.com ✔

    Registrar Name: Markmonitor.com
    Registrar Whois: whois.markmonitor.com
    Registrar Homepage: http://www.markmonitor.com

Administrative Contact:
    DNS Admin
    Google Inc.
    1600 Amphitheatre Parkway
     Mountain View CA 94043
    US
    dns-admin@google.com +1.6502530000 Fax: +1.6506188571
Technical Contact, Zone Contact:
    DNS Admin
    Google Inc.
    1600 Amphitheatre Parkway
     Mountain View CA 94043
    US
    dns-admin@google.com +1.6502530000 Fax: +1.6506188571

Created on.............: 2000-07-31.
Expires on.............: 2010-07-31.
Record last updated on..: 2009-02-24.

Domain servers in listed order:

ns4.google.com ✔
ns2.google.com
ns1.google.com
ns3.google.com

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
⦿ Domain Name
◯ IP Address

Search ≫

May 2009
Sun Mon Tue Wed Thu Fri Sat
                        1    2
3    4    5    6    7    8    9
10   11   12   13   14   15   16
17   18   19   20   21   22   23
24   25   26   27   28   29   30
31

Exh. 2, Pg. 5, 100%

start      11 Windows Explorer      6 Internet Explorer      Microsoft Excel – 507...      Norton    10:17 PM

# Exhibit 3



Exh. 3, Pg. 1



Exhibit 4

WINSTON & STRAWN LLP
Andrew P. Bridges (SBN: 122761)
Jennifer A. Golinveaux (SBN: 203056)
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
E-mail: abridges@winston.com
        jgolinveaux@winston.com

Attorneys For Defendant and Counterclaimant
GOOGLE INC.

ORIGINAL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive<br><br>　　　　Defendant.<br><br>――――――――――――――<br><br>AND COUNTERCLAIM<br><br>――――――――――――――<br><br>PERFECT 10, INC., a California corporation<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05 4753 AHM (SHx)]<br><br>**[PROPOSED] SUR-REPLY DECLARATION OF ALEXANDER MACGILLIVRAY IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 7, 2005<br>Time: 10:00 a.m.<br>Place: Courtroom 14<br><br>Hon. A. Howard Matz presiding |

I, Alexander Macgillivray, declare as follows:

1.  I am Senior Product and Intellectual Property Counsel for Defendant Google Inc. ("Google"). As stated in my declaration accompanying Google's opposition to Perfect 10's motion for preliminary injunction, I have been employed by Google since May 12, 2003. During my time at Google I have been the lawyer primarily responsible for the processing of intellectual property complaints regarding Google's services. I am intimately familiar with our policies and procedures for suppression of results from Web Search and Image Search and with Dr. Zada's communications with Google. Prior to working as a lawyer I have held a variety of jobs related to web technology including: I was the Chief Technical Officer and programmer at Webmediate, an online dispute resolution company; I was an affiliate and programmer of online educational courseware at Harvard Law School's Berkman Center for Internet & Society; I was a Business Systems Analyst for American Management Systems, where my responsibilities included testing, reading computer code and, to a lesser degree writing software; and, I have designed and built web sites for a variety of small businesses. I have programmed in a variety of programming languages and am familiar with the technical aspects of web servers and browsers. The statements contained herein are based on my own personal knowledge and I could and would be competent to testify to them if called as a witness in this matter.

2.  This declaration is intended to respond to Perfect 10 and Dr. Zada's persisting assertion that Google has not responded to their notices.

3.  Attached hereto as Exhibit A is a true and correct copy of a spreadsheet reflecting each and every URL alleged to have been noticed by Dr. Zada/Perfect 10 beginning on October 11, 2004 and identified as infringing Perfect 10's copyrights. Attached as Exhibit B is a true and correct copy of a spreadsheet reflecting each and every URL alleged to have been noticed by Dr. Zada/Perfect 10 from May 31, 2004 to October 11, 2004 and identified as infringing Perfect 10's copyrights.

**[PROPOSED] SUR-REPLY DECLARATION OF ALEXANDER MACGILLIVRAY IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFF'S MOTION FOR PREL. INJ.**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

4. The spreadsheets attached as Exhibits A and B (the "Spreadsheets") were created under my direction by employees in the Google legal department who process Perfect 10 notices, and with technical assistance from Google employees outside the legal department. The Spreadsheets summarize details from notes and data files created in the process of responding to Perfect 10's notices. Perfect 10's notices were processed by legal assistants who process each URL and submit to Google lawyers which ones they think should be removed and which ones should not. A lawyer then checks the ones that were not indicated for removal and in some cases he/she adds them to the list for removal and in other cases he/she confirms that there is no reason for removal.

5. Each horizontal row of the spreadsheets is dedicated to a single URL alleged by Perfect 10 to contain content that infringed Perfect 10's copyrighted material. Each vertical column describes a particular attribute of or fact about the processing of the particular URL.

6. The first column titled "Notice Date" indicates the date on which Perfect 10 claims to have notified Google of the allegedly infringing URL in question.

7. The second column titled "URL" shows the allegedly infringing URL in the form that Perfect 10 provided in its notices to Google. Many were hand typed from notices faxed to Google.

8. The third column titled "URL (Corrected if Different)" shows the allegedly infringing URL as corrected by Google employees. In other words, where a URL appears in the third column, a Google employee or employees determined that the URL provided by Perfect 10, reflected in the column, lacked some element, such as "http://" or "www.", without which the page in question could not be accessed, and Google "corrected" the URL in order to process it. Some of the URLs listed in the third column have been truncated in order for the Spreadsheets to fit on a page in legibly-sized font.

9. Beginning with Perfect 10's notice dated October 11, 2004,

2

**[PROPOSED] SUR-REPLY DECLARATION OF ALEXANDER MACGILLIVRAY IN
SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFF'S MOTION FOR PREL. INJ.**

==Google typically fully processed Perfect 10's notices to suppress appropriate URLs within two weeks of receipt, often within one week.== There are several explanations for URLs that reflect times longer than this: Some pages may not have been initially removed because an initial assessment indicated that they did not contain potentially infringing content, for example they did not include pictures of nude women, or contained only images of hardcore pornography, not the kind of images likely to be Perfect 10 content. This subjective analysis was necessary because, except in the few cases in which it identified specific infringing .jpg files, Perfect 10 did not identify specific infringing images on the websites associated with the URLs. Other pages may not have been initially removed due simply to inevitable human error associated with hard-copy review and hand-typing of each URL without the benefit of copy-and-paste computer editing, but were removed when Google did a quality control check against all of Perfect 10's notices. Others may not have been in the Google index at the time of review, or may not have been able to be reached by a reviewer at the time reviewed. Additional explanations are set forth in paragraph 22 of my Declaration In Support Of Google's Opposition to Plaintiff's Motion for Preliminary Injunction.

10. The fourth column on the Spreadsheets titled "Suppressed" indicates "YES", if the URL in question was suppressed. YES indicates that the URL was suppressed from appearing in response to a Google Web Search if the notice identified a Web page and from appearing in response to a Google Image Search if the notice identified an image file. If the fourth column does not indicate YES then the URL has not been suppressed as of November 3, 2005. There are several reasons that a URL would not have been suppressed, including the reasons set forth in paragraph 9 above and also if the page in question did not exist or the URL led to an error message at the time of review. In addition, in the process of creating the Spreadsheets, Google discovered that a certain number of URLs that identified Web pages rather than image files were improperly sent to the files that suppress images from appearing in response to a Google Image Search and so were not suppressed in Web Search. Google has

**[PROPOSED] SUR-REPLY DECLARATION OF ALEXANDER MACGILLIVRAY IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFF'S MOTION FOR PREL. INJ.**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1  now corrected that error and suppressed those URLs from appearing in response to a
2  Google Web Search. For those URLs, the "Date" column described in paragraph 13
3  below, reflects the date they were originally processed.

4         11.    If the Google employee processing URLs identified in Perfect 10's
5  notices found that the page in question contained images including some nudity or
6  other soft-core pornographic images that could possibly be Perfect 10 content, or
7  images of female models and the name of a Perfect 10 model, the URL was typically
8  suppressed.

9         12.    If the Google employee processing URLs identified in Perfect 10's
10 notices found that the page in question contained a list of links pointing to other sites
11 or images, the Google employee then assessed the contents of those linked-to sites or
12 images by the same process described here.

13        13.    The fifth column on the Spreadsheets titled "Date" shows the date
14 on which our engineers added the URL or URL pattern to the files that suppress the
15 URL in question. This file is then uploaded to our public servers and propagated over
16 the network to result in the suppression, a process that typically takes between 3 and
17 48 hours.

18        14.    While Google did not keep time records of the work performed in
19 processing Perfect 10's notices, correcting URLs, validating the notices, verifying the
20 process, and correcting errors, as well as documenting that process for the Court, my
21 best estimate of the person hours involved so far is more than 1,000 hours. While not
22 error-proof, the resultant Spreadsheets have been checked and rechecked for potential
23 errors, and are accurate to the best of my knowledge.

24        15.    The attached Spreadsheets were completed the evening of
25 November 6, 2005.

26
27
28

**[PROPOSED] SUR-REPLY DECLARATION OF ALEXANDER MACGILLIVRAY IN
SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFF'S MOTION FOR PREL. INJ.**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1    I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.

3        Executed this 6 day of November 2005.

                                        Alexander Macgillivray

                                        5
SF:1180   [PROPOSED] SUR-REPLY DECLARATION OF ALEXANDER MACGILLIVRAY IN
          SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFF'S MOTION FOR PREL. INJ.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

151

| Notice Date | URL | URL (Corrected if Different) | REMOVED | DATE |
|---|---|---|---|---|
| 5/31/2004 | http://pix.alronix.net/Photo_Scans/Tits/Monika_Zsibrita/pic00076.htm | http://pix.alronix.net/Photo_Scans/Tit | TRUE | 10/11/2004 |
| 5/31/2004 | http://pix.alronix.net/Photo_Scans/Tits/Lisa_Fuxler/pic00074.htm | http://pix.alronix.net/Photo_Scans/Tit | TRUE | 10/11/2004 |
| 5/31/2004 | http://www.celebstation.org/picture/24097/Veronika_Zemanova_Wallpapers | http://www.celebstation.org/picture/2 — | | |
| 5/31/2004 | http://www.celebstation.org /picture/33214/Veronika_Zemanova_Wallpapers | http://www.celebstation.org /picture/3 | TRUE | 10/11/2004 |
| 5/31/2004 | http://www.altoentertainment.net/cgi-bin/view.pl?cat=models&sub=Zsibrita,+Monika&id=0 | http://www.altoentertainment.net/cgi- | TRUE | 10/11/2004 |
| 5/31/2004 | http://janezillings.tripod.com/htm/image25.htm | http://janezillings.tripod.com/htm/ima | TRUE | 10/11/2004 |
| 5/31/2004 | http://www.hopitalcareers.net/Monika-Zsibrita/Monika-Zsibrita-tour.html | http://www.hopitalcareers.net/Monika — | | |
| 5/31/2004 | http://www.lacartolina.it/modelle/ | http://www.lacartolina.it/modelle/ | TRUE | 10/11/2004 |
| 5/31/2004 | http://www.minovia.com/modules/uskolaxgallery/famosas.php?carpeta=monika_zsibrita&foto=monika%20zsibrita03.jpg&inicio=2 | http://www.minovia.com/modules/usl — | | 10/11/2004 |
| 5/31/2004 | http://www.minovia.com/modules/uskolaxgallery/famosas.php?carpeta=monika_zsibrita&foto=monika%20zsibrita02.jpg | http://www.minovia.com/modules/usl — | | 10/11/2004 |
| 5/31/2004 | http://www.minovia.com/modules/uskolaxgallery/famosas.php?carpeta=monika_zsibrita&foto=monika%20zsibrita01.jpg&inicio=0 | http://www.minovia.com/modules/usl — | | 10/11/2004 |
| 5/31/2004 | http://www.idealwallpapers.com/celebrities/z/monika-zsibrita/ | http://www.idealwallpapers.com/cele | TRUE | 10/11/2004 |
| 5/31/2004 | http://www.superbabes.nl/asp/index.asp?ID=3&ModelCnt=1&ModelID=1073 | http://www.superbabes.nl/asp/index.: | TRUE | 11/3/2005 |
| 5/31/2004 | http://sub.links2.free.fr/data/SashaBrinkova/01/vc/SashaBrinkova01_JPG.html | http://sub.links2.free.fr/data/SashaBr — | | |
| 5/31/2004 | http://sub.links2.free.fr/data /SashaBrinkova/01/vc/SashaBrinkova03_JPG.html | http://sub.links2.free.fr/data /SashaB — | | |
| 5/31/2004 | http://www.supermodelfever.com/gallery/Amy_Weber/007.html | http://www.supermodelfever.com/gal | TRUE | 10/11/2004 |
| 5/31/2004 | http://supermodelfever.com/gallery/Rachel_Ter_Horst/001.html | http://supermodelfever.com/gallery/R — | | |
| 5/31/2004 | http://www.britney-spears-nude-pics.com/vsorensen/vsorensen_010.jpg | http://www.britney-spears-nude-pics. | TRUE | 11/3/2005 |
| 5/31/2004 | http://www.britney-spears-nude-pics.com/vsorensen/vsorensen_011.jpg | http://www.britney-spears-nude-pics. | TRUE | 11/3/2005 |
| 5/31/2004 | http://www.nudefreecelebrities.com/vibe-sorensen-naked_010.jpg | http://www.nudefreecelebrities.com/\ — | | |
| 5/31/2004 | http://www.nudefreecelebrities.com/vibe-sorensen-naked_011.jpg | http://www.nudefreecelebrities.com/\ — | | |
| 5/31/2004 | http://www.minovia.com/modules/uskolaxgallery/index.php?carpeta=vibe_sorensen&foto=vibe%20sorensen01.jpg&inicio=0&PHPSESSID=1531ec14c93c0e1cef7323d013e4c51b | http://www.minovia.com/modules/usl — | | |
| 5/31/2004 | http://www.minovia.com/modules/uskolaxgallery/index.php?carpeta=vibe_sorensen&foto=vibe%20sorensen02.jpg&inicio=1 | http://www.minovia.com/modules/usl — | | |
| 5/31/2004 | http://www.minovia.com/modules/uskolaxgallery/index.php?carpeta=vibe_sorensen&foto=vibe%20sorensen03.jpg&inicio=2 | http://www.minovia.com/modules/usl — | | |
| 5/31/2004 | http://www.minovia.com/modules/uskolaxgallery/famosas.php?carpeta=alexandra_carlsen&foto=image024.jpg&inicio=23 | http://www.minovia.com/modules/usl — | | |
| 5/31/2004 | http://www.minovia.com/modules/uskolaxgallery/famosas.php?carpeta=amyweaber&foto=amy33.jpg&inicio=114 | http://www.minovia.com/modules/usl — | | |
| 5/31/2004 | http://www.minovia.com/modules/uskolaxgallery/famosas.php?carpeta=amyweaber&foto=amy34.jpg&inicio=115 | http://www.minovia.com/modules/usl — | | |
| 5/31/2004 | http://www.minovia.com/modules/uskolaxgallery/famosas.php?carpeta=mara_clinch&foto=mara%20clinch01.jpg&inicio=0 | http://www.minovia.com/modules/usl — | | |
| 5/31/2004 | http://www.minovia.com/modules/uskolaxgallery/famosas.php?carpeta=mara_clinch&foto=mara%20clinch04.jpg&inicio=3 | http://www.minovia.com/modules/usl — | | |
| 5/31/2004 | http://www.minovia.com/modules/uskolaxgallery/famosas.php?carpeta=mansa_miller&foto=mansa%20miller01.jpg&inicio=0 | http://www.minovia.com/modules/usl — | | |

Exhibit 5

| | | | | |
|---|---|---|---|---|
| 6/28/2004 | xcelebs.net/celebrities/r/ | xcelebs.net/celebrities/r/ | TRUE | 10/11/2004 |
| 6/28/2004 | dozi.allwomanweb.com/default0.html | dozi.allwomanweb.com/default0.htm | TRUE | 10/11/2004 |
| 6/28/2004 | fuzzycrawler.com/new/search/ search.phtml?text=Raquel+Rachel | fuzzycrawler.com/new/search/ searc | TRUE | 10/11/2004 |
| 6/28/2004 | exxnet.com/edun/vp-cz.htm | exxnet.com/edun/vp-cz.htm | — | |
| 6/28/2004 | dozi.bigmoron.com/Hanbunjula/gallery.htm | dozi.bigmoron.com/Hanbunjula/galle | TRUE | 10/11/2004 |
| 6/28/2004 | miss.mgn.ru/gallery/cat.asp?iCat=29 | miss.mgn.ru/gallery/cat.asp?iCat=29 | TRUE | 10/11/2004 |
| 6/28/2004 | models.ksenia.com/ | models.ksenia.com/ | TRUE | 11/22/2004 |
| 6/28/2004 | celebs.jerkengine.com/FD/Browse/Main?letter=L&type=image | celebs.jerkengine.com/FD/Browse/M | — | |
| 6/28/2004 | celebs.jerkengine.com/FD/Browse/Main?letter=L&type= | celebs.jerkengine.com/FD/Browse/M | TRUE | 4/29/2005 |
| 6/28/2004 | playboy.fason.ru/Leslie_Ann_Heaton.php | playboy.fason.ru/Leslie_Ann_Heaton | TRUE | 10/11/2004 |
| 6/28/2004 | playboy.fason.ru/model.php | playboy.fason.ru/model.php | TRUE | 10/11/2004 |
| 6/28/2004 | sim5000.narod.ru/screens/1.htm | sim5000.narod.ru/screens/1.htm | TRUE | 10/11/2004 |
| 6/28/2004 | miss.mgn.ru/gallery/pic.asp?iCat=29&iPic=147 | miss.mgn.ru/gallery/pic.asp?iCat=29 | TRUE | 10/11/2004 |
| 6/28/2004 | http://minovia.com/modules/uskolaxgallery/index.php?carpeta=stacy_marie_fuson | http://minovia.com/modules/uskolaxg | TRUE | 4/20/2005 |
| 6/28/2004 | minovia.com/modules/ uskolaxgallery/famosas.php?muestrame=s | minovia.com/modules/ uskolaxgaller | TRUE | 10/11/2004 |
| 6/28/2004 | celebs.jerkengine.com/FD/Browse/Main?letter=S&type=image | celebs.jerkengine.com/FD/Browse/M | TRUE | 10/11/2004 |
| 6/28/2004 | celebs.jerkengine.com/FD/Browse/Main?letter=S&type= | celebs.jerkengine.com/FD/Browse/M | TRUE | 11/26/2004 |
| 6/28/2004 | fuzzycrawler.com/new/search/ search.phtml?text=Talia+Harvalik | fuzzycrawler.com/new/search/ searc | TRUE | 10/11/2004 |
| 6/28/2004 | babefocus.com/gallery/vibesorenson.html | babefocus.com/gallery/vibesorenson | TRUE | 10/11/2004 |
| 6/28/2004 | pix.alronix.net/Photo_Scans/Girls/Vibe_Sorenson/ | pix.alronix.net/Photo_Scans/Girls/Vit | TRUE | 10/11/2004 |
| 6/28/2004 | desktopia.com/wallpapers/ Female_Models/Vibe_Sorenson | desktopia.com/wallpapers/ Female_i | TRUE | 10/11/2004 |
| 6/28/2004 | edshirecom.com/Vibe-Sorenson/ | edshirecom.com/Vibe-Sorenson/ | — | |
| 6/28/2004 | googirl.com.ar/index.php?page=directory& gallery=/Miscellaneous/SC/Vibe%20Sorenson | googirl.com.ar/index.php?page=direc | — | |
| 6/28/2004 | femgramskovbaerte.dk/%20babes/babeview.php?i=Vibe%20Sorenson | femgramskovbaerte.dk/%20babes/bi | TRUE | 10/11/2004 |
| 6/28/2004 | adldigest.com/nude_Vibe-Sorenson_/ | adldigest.com/nude_Vibe-Sorenson_ | — | |
| 6/28/2004 | index.hr/fun/galerije/ show.aspx?id=178622&kategorija=1175 | index.hr/fun/galerije/ show.aspx?id=1 | TRUE | 10/11/2004 |
| 6/28/2004 | sexydesktop.co.uk/latest.htm | sexydesktop.co.uk/latest.htm | TRUE | 10/11/2004 |
| 6/28/2004 | mfun.co.uk/vibe.htm | mfun.co.uk/vibe.htm | TRUE | 10/11/2004 |
| 6/28/2004 | galawallpapers.com/gallery/758/Vibe_Sorenson | galawallpapers.com/gallery/758/Vibe | TRUE | 10/11/2004 |
| 6/28/2004 | xevaa.com/picturelib.php?cat=Wallpapers/Hot_Babes | xevaa.com/picturelib.php?cat=Wallp: | TRUE | 10/11/2004 |
| 6/28/2004 | web.tiscali.it/raskz/donne/giugno.htm | web.tiscali.it/raskz/donne/giugno.htm | TRUE | 10/11/2004 |
| 6/28/2004 | femgramskovbaerte.dk/babelist.php | femgramskovbaerte.dk/babelist.php | TRUE | 10/11/2004 |
| 6/28/2004 | celebs.de/celebrities/S/ | celebs.de/celebrities/S/ | TRUE | 10/11/2004 |
| 6/28/2004 | e-sembler.com/vi-celeb-directory.html | e-sembler.com/vi-celeb-directory.htn | TRUE | 10/11/2004 |
| 6/28/2004 | celebs.jerkengine.com/FD/Browse/Main?letter=V&type=image | celebs.jerkengine.com/FD/Browse/M | TRUE | 4/29/2005 |
| 6/28/2004 | celebs.jerkengine.com/FD/Browse/Main?letter=V&type= | celebs.jerkengine.com/FD/Browse/M | TRUE | 4/29/2005 |
| 6/28/2004 | bestof-celebrities.com/page.php?lettre=V | bestof-celebrities.com/page.php?lett | TRUE | 10/11/2004 |
| 6/28/2004 | edshirecom.com/_Vibe-Sorenson_me/ | edshirecom.com/_Vibe-Sorenson_m | TRUE | 10/11/2004 |
| 6/28/2004 | realcelebs4u.com/Vibe_sorenson.htm | realcelebs4u.com/Vibe_sorenson.htr | TRUE | 10/11/2004 |
| 6/28/2004 | celeboo.pingoo.com/en?file=women/vibe_sorenson | celeboo.pingoo.com/en?file=women/ | TRUE | 10/11/2004 |
| 6/28/2004 | 1greatcelebsite.com/ | 1greatcelebsite.com/ | TRUE | 10/11/2004 |
| 6/28/2004 | 1greatcelebsite.com/amy_weber/ | 1greatcelebsite.com/amy_weber/ | TRUE | 10/11/2004 |
| 6/28/2004 | aclasscelebs.com/amyw/ | aclasscelebs.com/amyw/ | TRUE | 10/11/2004 |
| 6/28/2004 | adoredcelebrities.com/amy/gallery3.html | adoredcelebrities.com/amy/gallery3.I | TRUE | 10/11/2004 |

 

See full-size image.
web.tiscali.it/raskz/ donne/Vibe%20sorenson/Vi...
633 x 884 pixels - 75k
*Image may be scaled down and subject to copyright.*

Remove Frame ☒

Image Results »

Below is the image in its **original context** on the page: **web.tiscali.it/ raskz/donne/giugno.htm**



*Vibe Sorenson*

*Giugno 2000*

Exh. 5, Pg. 2

| | | |
|---|---|---|
| videodefamosas.com/wallpapers2.php?nombre=Nataskia%20Maren&inicial=N | "nataskia maren" | vol 1, no 4, p 12 - 19 |
| wwwterminator.com/members/ insearch.qw-search=Nataskia+Maren&cat=0 | "nataskia maren" | vol 1, no 4, p 12 - 19 |
| membres.lycos.fr/r2d2wallpaper/ Coquine11/R2D2_0862_Nataskia-Maren.htm | "nataskia maren" | vol 1, no 4, p 12 - 19 |
| | | |
| sub.links2.free.fr/data/SashaBrinkova/01/vc/ | sasha brinkova | vol 2, no 4, p 14 - 23 |
| playmates.chrisos.com/Sasha_Brinkova/index.php | sasha brinkova | vol 2, no 4, p 14 - 23 |
| stofff-fr.com/galerie_eng.php3?gal=167 | sasha brinkova | vol 2, no 4, p 14 - 23 |
| averlo.com/lucas/Sasha_Brinkova/ | sasha brinkova | vol 3, no 6, p 48 - 51 |
| alibabaweb.com/WWX.php?T=playmates_photos&MaxPage=1 | sasha brinkova | |
| annasayfa.host.sk/index.php?cat=2&order=new | sasha brinkova | vol 2, no 4 p 14 - 23 |
| annasayfa.host.sk/index.php?cat=2&order=new&page=1 | sasha brinkova | vol 2, no 4 p 14 - 23 |
| annasayfa.host.sk/index.php?harf=S&realm=2 | sasha brinkova | vol 2, no 4 p 14 - 23 |
| celebritysex.free.fr/ | sasha brinkova | vol 2, no 4 p 14 - 23 |
| models.ksenia.com/ | sasha brinkova | vol 2, no 4 p 14 - 23 |
| playboy.fason.ru/model.php | sasha brinkova | vol 3, no 6 p 48 - 51 |
| playmates.chrisos.com/ | sasha brinkova | vol 2, no 4 p 14 - 23 |
| russiancelebrities.org/rclGallery.asp?GID=4 | sasha brinkova | vol 2, no 4 p 14 - 23 |
| stofff-fr.com/Tableau.php3 | sasha brinkova | vol 2, no 4 p 14 - 23 |
| superbabes.nl/asp/index.asp?ID=16 | sasha brinkova | |
| wallassi.free.fr/cels.htm | sasha brinkova | vol 2, no 4 p 14 - 23 |
| celebs.de/celebrities/B | sasha brinkova | vol 2, no 4 p 14 - 23 |
| home.tiscali.cz8080/ca226126/galerie1.htm | sasha brinkova | |
| celebs.jerkengine.com/FD/Browse/Main?letter=S&type= | sasha brinkova | vol 2, no 4 p 14 - 23 |
| bukuroshe.parajsa.com/bukuroshe9.htm | sasha brinkova | vol 3, no 6 p 48 - 51 |
| bukuroshe.parajsa.com/sashabrinkova1.htm | "sasha Brinkova" | vol 2, no 4, 14 - 23 |
| playboy.fason.ru/Sasha_Brinkova.php | "sasha brinkova" | vol 2, no 4, p 14 - 23 |
| megapolis.com.ar/lucas/Sasha_Brinkova/ | "sasha brinkova" | vol 2, no 4, p 14 - 23 |
| babe.com.ua/thumb/sashabrinkova/pictures.html | "sasha brinkova" | vol 2, no 4, p 14 - 23 |
| megapolis.com.ar/lucas/Sasha_Brinkova/image4.html | "sasha brinkova" | vol 2, no 4, p 14 - 23 |
| greh.ru/foto/trysi/ | "sasha brinkova" | vol 2, no 4, p 14 - 23 |
| superbabes.nl/asp/index.asp?ID=16 | "sasha brinkova" | vol 2, no 4, p 14 - 23 |
| kobiety.website.pl/ | "sasha brinkova" | vol 2, no 4, p 14 - 23 |
| bukuroshe.parajsa.com/bukuroshe9.htm | "sasha brinkova" | vol 2, no 4, p 14 - 23 |
| greh.ru/foto/molodie/ | "sasha brinkova" | vol 2, no 4, p 14 - 23 |
| | | |
| postalesmix.com/postales/Zoya_Konyieva/Zoya_Konyieva.php | zoya konyieva | vol 3, no 4, p 58 - 65 |

PRODUCED PURSUANT TO [illegible] INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PER[illegible]

ER G517

PG_DMC A0249

CONFIDENTIAL





See full-size image.
bukuroshe.parajsa.com/foto/sashabrinkova2.jpg
458 x 732 - 67k
*Image may be scaled down and subject to copyright.*

Remove Frame ⊠
Image Results »

Below is the image in its **original context** on the page: **bukuroshe.parajsa.com/sashabrinkova1.htm**



**Download Sasha**
Buy Sasha's Latest Tracks MP3 and WAV
Downloads at Beatport
www.Beatport.com

**Sasha Videos**
Your Favorite Artists On-Demand. Watch
Yahoo! Music Videos. Free.
music.yahoo.com

**Albanians Fall in Love**
Meet Albanian Singles Online Free to
open messages. Join Free!
www.AlbanianPersonals.com

Ads by Google

Exh. 5, Pg. 4

May 2008
S  M  Tu  W  Th  F  S
                1  2  3
4  5  6  7  8  9  10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

Done

http://images.google.com/imgres?imgurl=http://bukuroshe.parajsa.com/foto/sashabrinkova2.jpg&imgrefurl=http://bukuroshe.parajsa.com/sashabrinkova1.htm&usg=__9PR&

Google

File  Edit  View  Favorites  Tools  Help
Convert  ▾  Select

Google Image Result for http://bukuroshe.parajsa.co...

Page ▾  Tools ▾

Google  site:bukuroshe.parajsa.com "Sasha Brinkova"   [Search images]   Back to image results

**See full size image**
458 x 732 - 67k - jpg - bukuroshe.parajsa.com/foto/sashabrinkova2.jpg
Image may be subject to copyright.
Below is the image at: bukuroshe.parajsa.com/sashabrinkova1.htm

Remove frame ✕



Parajsa
www.parajsa.com
Shqiptare
© 2001 Parajsa Shqiptare. All rights reserved.
9 Maj 2009          18.24

**Sasha Brinkova**

May 2009
Sun Mon Tue Wed Thu Fri Sat
                        1   2
3   4   5   6   7   8   9
10  11  12  13  14  15  16
17  18  19  20  21  22  23
24  25  26  27  28  29  30
31

Exh. 5, Pg. 5



Done

Internet          100%



start      12 Windows Explorer      13 Internet Explorer      Perfect 10's Motion f...      Microsoft Excel - goo...



Norton      6:24 PM

# Exhibit 6

**From:** &lt;help@google.com&gt;
**To:** &lt;normanz@earthlink.net&gt;
**Sent:** Tuesday, June 01, 2004 1:45 PM
**Subject:** Re: [#10496806] Thank you for contacting Google

Vj cpm'{ qw'hqt'{ qwt'pqvg0K/ku'qwt'r qrfe{ 'vq't gur qpf 'vq'pqvvegu'qh'cmgi gf ''
kphtkpi go gpv'vj cv'eqo r n('y ksj 'vj g'F ki kkcn'O kmgppkwo 'Eqr { tki j v'Cev'*%vj g'
vgzv'qh'y j kej 'ecp''dg'hqwpf 'cv'vj g'WO0Eqr { tki j v'Qhhkeg'y gdukg<'
j wr &lt;lhreY gd0hqe0 qx keqr { tki j vl+'cpf ''qy j gt'cr r nkecdng'kpvgmgewcn'
r tqr gtv{ 'ncy u.''y j kej 'o c{ 'kpenwf g''tgo qxkpi 'qt''f kucdnkpi 'ceeguu'vq''o cvgtkcn'
emcko gf ''vq''dg'vj g'uwdljgev'qh'kphtkpi kpi 'cevkxkv{ 0'''''

<mark>Vq'hkrg'c''pqvkeg'qh'kphtkpi go gpv'y ksj 'wu.''{ qw'o wuv'r tqxkf g'c''y tkwgp''
eqo o wpkecvkqp''%d {'hcz''qt'tgi wut''o ckn''pqv'd {''go ckn+'vj cv'ugwu'hqtj 'vj g''
kxgo u'ur gehhkgf ''dgmy 0'Rngcug''pqvg'vj cv'r wtuwcpv'vq'vj cv'Cev.''{ qw'o c{ ''dg''
rkcdng''vq'vj g'cmgi gf ''kphtkpi gt''hqt''f co ci gu''%kpenwf kpi 'equuu'cpf ''
cwqtpg{ u)'hggu+'hh''{ qw'o cvgtkcmn''o kutgr tgugpv'vj cv'{ qw'qy p''cp''kgo 'y j gp''
{ qw'kp''hcev'f q''pqv'0Ceeqtf kpi n(.'kh''{ qw'ctg'pqv'unwtg''y j gyj gt'{ qw'j cxg'vj g''
tki j v'vq''tgs wguv'vtgo qxcn'htqo 'qwt'ugtxkeg.''y g''unwi i guv'vj cv'{ qw'hktuu''
eqpvcev''cp''cwqtpg{ 0'</mark>

Vq'gzr gf kg'kg'qwt'cdknk{ 'vq'r tqegguu''{ qwt'tgs wguv.'r ngcug''wug'vj g'hqmmy kpi ''
hqto cv'*%kpenwf kpi 'ugevkqp''pwo dgtu+<''

<mark>30'Kf gpvkh{ 'kp'uwhhkekgpv'f gvckn'vj g'eqr { tki j vgf ''y qtm'vj cv'{ qw'dgmkgxg''j cu''
dggp''kphtkpi gf ''wr qp0'Hqt''gzco r ng.''Vj g'eqr { tki j vgf ''y qtm'cv'kuuwg''ku'vj g''
vgzv'vj cv'cr r gctu'qp''y y y 0 qqi ng0eqo .cf u0'''</mark>

40'Kf gpvkh{ 'vj g''o cvgtkcn'vj cv'{ qw'emcko ''ku'kphtkpi kpi 'wr qp'vj g'eqr { tki j vgf ''
y qtm'ukngf 'kp'kkgo '%3''cdqxg0'''''

<mark>HQT''Y GD'UGCTEJ .''[ QW'O WUV'KF GP VKHII 'GCEJ 'UGCTEJ 'TGUWNV'VJ CV'F KTGEVN[ 'NRP MU''
VQ''C''Y GDRCI G''VJ CV''CNNGI GF N[ 'EQP VCP U'KP HTP I KP I ''O CVGT KCN0'Vj ku't gs wktgu''
{ qw'vq''r tqxkf g''%c+'vj g'ugctej 's wgt{ 'vj cv'{ qw'wugf .''cpf '%d+'vj g'WTN''hqt''
gcej ''cmgi gf n('kphtkpi kpi 'ugctej 'tguwm0'P qvg'vj cv'{ qw'WT N'hqt''gcej 'ugctej ''
tguwwn'cr r gctu'kp''i tggp''cv'vj g''gpf 'qh''vj g''f guetkr vkqp''hqt''vj cv'ugctej ''
tguwwn0'</mark>

Hqt''gzco r ng.''uwr r qug''%j { r qvj gvkecmn(+'vj cv'{ qw'eqpf wevgf 'c''ugctej 'qp''
I qqi ng0eqo 'wukpi 'vj g's wgt{ ''%I qqi ng.)'cpf ''hqwpf ''vj cv'{ qw'j kf ''cpf '''hqwvvj ''
tguwwnu'f kt gevn('hkpm'vq'y gdr ci g'y j cv'{ qw'dgmkgxg'kphtkpi gu'wr qp'vj g''
eqr { tki j vgf ''vgzv'vj cv'{ qw'kf gpvhhgf 'kp''kgo '%3''cdqxg0'kp''y ku'ecug.''{ qw'
y qwf 'r tqxkf g''vj g'hqmmy kpi 'kphtqo cvkqp<''

Ugctej 's wgt{ <''''''''''''''''I qqi ng''
Kphtkpi kpi 'y gdr ci gu<'''''''F kt gevqt{ 0I qqi ng0eqo ''I''
''''''''''''''''''''''''''''''''''''''

HQT"I QQI NG"I TQWRU."[ QW'O WUV"KF GP VKH[ "GCEJ "O GUUCI G"D[ "O GUUCI G"KF "VJ CV"
CNNGI GFN[ "EQP VCKP U"KP HT KP I KP I "O CVGT KCN0"Y j gp"xkgy kpi "vj g"ctvkeng"{qw'y kuj "
vq"j cxg"uwr r tguugf ."{qw'y kmi'ugg"c"nkpm'ecmgf "Qtki kpcn'Hqto cv)'dgukf g"
vj g"j gcf gt"*cdqxg"vj g"dqf {+0'Chvgt"enkemkpi "vj ku"nkpm"{qw'y kmi'dg"cmgp"
vq"c"'vgzv'xgtukqp"qh"vj g"ctvkeng"vj cv'eqpvckpu"kp/f gr vj "j gcf gt"
kphqto cvkqp0'Hkpf "vj g"nkpg"ecmgf "'O guuci g"KF 0'Eqr {"'cpf "r cuvg"vj g"eqpvgpv"
qh"vj cv'nkpg"*vj g"nkphqto cvkqp"eqpvckpgf "dgwy ggp"dtcemgvu+"kpvq"{qwt"
eqo r nckpv0""

""
50'Rtqxkf g"kphqto cvkqp"tgcuqpcbn["uwhhkekgpv'vq"r gto kv'I qqi ng"vq"eqpvcct"
{qw"*go ckri'cf f tguu"ku"r tghettgf +0"

""
60'Rtqxkf g"kphqto cvkqp."kh"r quukbng."uwhhkekgpv'vq"r gto kv'I qqi ng"vq"pqvkf {"
vj g"qy pgt Icf o kpkntcvqt"qh"vj g"y gdr ci g"vj cv'cmgi gf n["eqpvckpu"kphtkpi kpi "
o cvgtkcn"*go ckri'cf f tguu"ku"r tghettgf +0"

""
70'Kpenwf g"vj g"hqmqy kpi "uncvgo gpv<"K"j cxg"c"i qqf "hckj "dgrkgh"vj cv'uug"
qh"vj g"eqr {tki j vgf "o cvgtkcnu"f guetkdgf "cbqxg"'qp"vj g"cmgi gf n["kphtkpi kpi "
y gdr ci gu"ku"pqv'cwj qtk| gf "d{"vj g"eqr {tki j v'qy pgt ."ku"ci gpv."qt"vj g"ncy 0"

""
80'Kpenwf g"vj g"hqmqy kpi "uncvgo gpv<"Kuy gct."wpf gr "r gpcm{"qh"r gtlwt{"
eqpukuwgpv'y kuj "Wpkkgf "Ucvgu"Eqf g"Vkwg"39."Ugevkqp"734."vj cv'vj g"
kphqto cvkqp"kp"vj g"pqvkhkecvkqp"ku"ceewtcvg"'cpf "vj cv'K"co "vj g"eqr {tki j v'
qy pgt"qt"co "cwj qtk| gf "vq"cev'qp"dgj cri'qh"vj g"qy pgt"qh"cp"gzenwukvg"tki j v'
vj cv'ku"cmgi gf n["kphtkpi gf 0"

""
90'Uki p"vj g"r cr gt0"

""
: 0'Ugpf "vj g"y tkwgp"eqo o wpkecvkqp"vq"vj g"hqmqy kpi "cf f tguu<"

""
I qqi ng."Kpe0'
Cwp<"Wugt"Uwr r qtv."F O EC"eqo r nckpu"
3822"Co r j kj gcvtg"Rctmy c{"
O qwpvckp"Xkgy ."EC"";6265"

""
QT"Hcz"vq<"

""
*872+"83: /486; ."Cwp<"Wugt"Uwr r qtv."F O EC"eqo r nckpu"

"
Tgi ctf u."
Vj g"I qqi ng"Vgco "

"
Qtki kpcn'O guuci g"Hqmqy u<"
//////////////////////////"
Hcqo <"P qto cp"\ ">pqto cp| B gctvj nkpm0pgv@"
Uwdlgev<"Tg<"]%326; 8: 28_"Vj cpn'{qw'hqt"eqpvcvkpi "I qqi ng"
F cvg<"Vwg."23"Lwp"4226"34<25<48"7922"

Gxgt{ "WT N'kp"vj u'o guuci g"j cu"cp"ko ci g"eqr {tki j v'd{ "Rgthgev'32."Kpe0""
Vj gug"ko ci gu'crr gct"gkj gt"kp"Rgthgev'32"O ci c| kpg"qt"qp"r gthgev'320eqo 0"

Dear Mr. Rana and Mr. MacGillvary,

We have been complaining to Google for more than three and a half years regarding a massive misappropriation of Perfect 10 images and images belonging to third parties on websites that appear on Google Searches. This situation is very serious as consumers can view almost the entirety of Perfect 10's library over and over without paying anything by utilizing Google search or by looking at our images for free on your servers. It has become clear that you are misappropriating our images and hundreds of thousands of other adult images and offering them for free to drive traffic to your website so you can enhance advertising revenue. You don't need to offer any adult images to be a search engine, let alone hundreds of thousands, many of which are extraordinarily explicit and should not be shown to young kids. In the process of offering thousands of Perfect 10 images for free to drive traffic to your website, you are also using our images to promote three or four hundred thieves who misappropriated our property.

In a prior communication, I attached the declarations of celebrities Britney Spears, Christina Aguilera, Anna Kournikova, Yasmine Bleeth, and Rebecca Gayheart indicating that they have not authorized any celebrity porn site to use their names or images. With this information, our DMCA notices, and the many disclaimers on these sites, you should realize (if you do not already) that virtually all the celebrity porn sites that Google has in its search index (those that advertise nude images of mainstream celebrities) do not have the rights to their content. If your company is really serious about respecting intellectual property rights, you should require licenses or some other proof that celebrity porn sites own ANY of their celebrity images. They don't, and you don't have the rights to put these images on your servers either.

When I say, "celebrity porn website, I'm not talking about the official Britney Spears website, or a free fan site that shows no nudity. I'm talking about a commercial site like celebsdb.com which is the first site that appears on a Google search for "Britney Spears Nude." This site, which uses stolen Perfect 10 images for the bodies of Denise Richards fakes on the URL www.celebsdb.com/Denise_Richards/ (the bodies are Jana Rehackova from Perfect 10 Magazine volume 2 number 2, p 42 – 45, and Tara O'Connor from volume 2 number 2, p 46 - 52) also admits that it does not own its content. These types of commercial websites obviously do not own the rights to their content (they have a disclaimer, Perfect 10 materials, and they use images of celebrities from whom you have received declarations) and your company should not be working with them.

I should also note that you have large numbers of highly defamatory images of major celebrities on your own servers which wrongly show major celebrities involved in highly explicit sexual acts that you do not have the rights to and should not be showing to young kids or anyone else for that matter. Mixed with the celebrity fakes on your servers which shouldn't be on your servers are fakes with perfect 10 bodies.

Websites in the Google search index that admit that they do not own the rights to their content and typically have misappropriated Perfect 10 images or rights of publicity – if they have not they could at any time - include 1britneyspears.com, 1000celebrities.com,

**CONFIDENTIAL**

1024x768wallpapers.com, 3thehardway.nl, aahceleb.com, about-celebs.com, absolutepictures.com, actressarchives.com, actressgallery.com, all-celebrities.com, aessecelebs.com, alwaysgirls.com, anywallpapers.com, artimages.hpg.ig.com.br, babedump.com, babefocus.com, babeszonewalls.com, bashfulmonkey.com, belloscans.hpg.ig.com.br, bestcelebritygallery.com, big.clarence.com, biggeststars.com, bonkablebeauties.com, british-babes.co.uk, Britney-spears-nude-pictures.com, caughtcelebs.com, celeb-fan.com, celebavenue.com, celebjoy.com, celeb-teens.com, celebritycastle.com, celebritycd.com, celebritydesktop.com, celebrityhot.com, celebritystart.com, celebrity-cards.com, celebs.promethyl.net, celebs.technovision.dk, celebrity-fansites.com, celebrity-image.com, celebrity-mania.com, celebrity-world.net, celebritymoviearchive.com, celebritynet.net, celebritypictures.com, celebrity-pictures.de, celebritysun.com, celebrityvisions.com, celebrity-wallpaper.com, celebritywallpaper.co.uk, celebritits.com, celebritynudies.com, celebsdb.com, celebs.eu.org, celebs.to, celebsweb.de, celebvidz.com, celebritywizard.com, celebrityzone.co.uk, celebspulse.com, centerfoldsearch.com, cinema-stars.com, clarence.com, cooldesktopwallpaper.com, daily-celebvideos.com, deeplake.com, desktopmodels.it, dream-celebrity.com, dreamgirltop100.com, drunkedbbs.co.uk, eforu.com, erosdc.it,erosimages.hpg.ig.com.br, eroticland.net, famousbabes.com, famousbody.com, famouswomen.com, fastcelebs.com, finalbabes.com, fmkcelebs.com, freecelebnudes.com, free-nude-celebrities.dk, freedailygallery.com, girlfinder.dk, hollywoodmasti.com, home.t-online.de, hotcelebs.ca, hotmodeldirectory.com, hunkydestop.co.uk, gwool.com, hollywood4u.com, hqstars.com, inca69.com, klatu.hpg.ig.com.br, kournikova-pictures.com, modelcafe.com, moono.com, movietop100.com, mugshots.net, nakedcelebworld.com, nakedstars.com, nakiecelebs.com, nude-celebs-a-z.com, nudecelebsmagazine.com, pcelebs.com, nocerainf.it, palantirba.hpg.ig.com.br, paparazziporn.com, photonetion2.hpg.ig.com.br, picture-view.com, perfectpeople.net, popcelebs.com, privateholes.com, pumlicz.ufouni.cz, raptoro.hpg.ig.com.br, safecelebs.com, sexydesktop.co.uk, screensavershot.com, sliceofthedaycelebs.com, supermodelforever.com, superbcelebrities.com, mensplayground.com, lavender.fortunecity.com, heavenlycelebrities.com, nudebabepage.thefaktory.net, robbscelebs.co.uk, btinternet.com, photoscelebrities.com, pix.alronix.net, platinum-celebs.com, realbeauties.net, Rebecca-gayheart.com, redlemonfakes.com, redrob2.co.uk, scanorphane.allsexpages.com, scoopy.net, scottss.com, sfondideldesktop.com, shippys-world.com, sonofamosa.com, spicegirls.co.uk, superiorpics.com, supermodels.it, supermodelwizard.com, superpinup.com, top10-screensavers.com, xaviersite.com, tuckbros.free.fr, masterscans.hpg.ig.com.br, thesecretcollection1.hpg.ig.com.br, thumbs.globalnews.it, trexscans.hpg.ig.com.br, undergrounds.com, nudecelebritypics.com, nudecelebsmagazine.com, safecelebs.com, wwwdaredevilmovie.com, wwwnation.com, wwwterminator.com, womendex.com, jerkengine.com, celebrityheights.com, ottoperuna.altervista.org, dainews.nu, wickedbabez.com, celebshop.com, celebsxposed.com, thecelebrityportal.com, xcinemax.com, xxxcelebsex.com, wallpapery.net, whoscan.com, wondercelebs.com, worldclasscelebs.com, wwwterminator.com, zuccaweb.it, and movieman.com. Jerkengine.com has thousands of Perfect 10 infringements available by clicking on the Google cache link and dainews.nu has many as well. Google should not be listing or working with any website that admits

**CONFIDENTIAL**

that it has stolen its content particularly after receiving a DMCA notice about such a website. If you want to find websites that admit they do not own their content, do a search on "public domain" & copyright & and either celebs or various celebrity names like "Britney Spears." Such standard disclaimers include language like "All pictures, photos, and posters are copyrighted by their respective owners," – from altocelebs.com; "All pictures are assumed to be in the public domain," from free.bol.bg; "The pictures, graphics, and some of the information at this site are either from other internet sources or originally scanned by HollywoodMasti.com from popular magazines or posters. The copyright on these images belongs to the original photographer or the publisher of them;" or "All photographs of models and celebrities posted in this website is the property of their respective owners," from Gwool.com; or "Jerkengine.com contains photographic images that have been collected from various public domain internet resources. Copyright ownership is not claimed, implied, nor guaranteed and remains that of the author(s)."

Google is also listing password hacking websites in its search results which contain perfect 10 passwords and passwords for other websites in which Perfect 10 owns copyrights. Because the passwords on theses sites come and go, any password hacking website could be dispensing perfect10.com passwords at any time or passwords to other websites in which Perfect 10 owns copyrights. Sites in which Perfect 10 owns copyrights or other rights include Perfect10.com, perfaction.com, amyweber.net, ambersmith.com, ariagiovanni.com, ericacampbell.com, and ddgirls.com, among others. Sites that have distributed perfect10.com and perfect10.com passwords in the past include abu-passwords.com, accessions.org, adulthacks.com, adult-password.com, adultpasswordcracks.com, adultunderground.com, allpasswords.com, altpassword.com, backdoors.org, banditpasswords.com, bestxxxpasswords.com, cleanpasses.org, custom-hacks.com, darkflash.com, dirty-passwords.com, dutchpasswords.com, easbpasswords.com, extremepasses.com, exxxpasswords.com, ezypass.com, fantasypass.com, forbiddenpasswords.com, forbiddenxxx.net, forbiddenxxx.org, fredspasss.com, freepasses.net, freesexwebsites.com, freeweb.hu, freshhacks.com, grudgefuck.com, hackedlogins.com, hackedpass.com, hackedpaysites.com, hackxxxpasses.com, iseekpasswords.com, killysex.com, loginaccepted.com, luckysxxxpasswords.com, mad-passes.com, mostpasswords.com, mperfect.net, necrohiphop.com, nejcpass.com, password-express.com, pass4u.net, passcracker.com, passdb.com, passes4all.com, passwordcorp.com, passwordhq.com, peterspasses.dk, sweetpasswords.com, xxxpassmasters.com, xxxpasswordrus.com, yourxxxpasses.com, zimapass.com, gold-members.com, crazypasses.com, passwordoutlet.com, happy-hacker.com, rawpasswords.com, tanyasmegasite.com, nudepass.com, passwordforum.com, ultrapasswords.com, ultimatepasswords.com, onlinexpasswords.com, uhfpasswords.com, and most other password hacking websites.

Perfect 10's copyrighted works which have been infringed can be found in Perfect 10 Magazines and/or on its subscription website at www.Perfect10.com. If you wish to examine such copyrighted works, we can provide you with a tempory username/password with which you may do so. Specific volumes of Perfect 10 Magazine, issue number, and page number on which most of the copyrighted pictures can be found are set forth below.



**CONFIDENTIAL**

In the first column below, I have listed the URL of the exact website page, located via the Google Search index, in which the unauthorized Perfect 10 images at issue may be located. In some cases the model name appears on that page and it is necessary to click on that link to see the actual image and in some other cases the link takes one to the website containing the infringing material but to a different page. I have removed the starting "http//www." on the URLs below to reduce their size. The second column represents the Google search term that was used to find that infringing URL. The third column gives the volume number, issue number, and pages of Perfect 10 Magazine where original copyrighted images may be found. These images may also be found in many cases on perfect10.com. For example, the third row indicates that the infringing URL was found by doing a Google search on "Adele Stephens." The infringing images can be found in Perfect 10 Magazine, volume 1, number 3, p 58 - 65 and on our website perfect10.com.

I have a good faith belief that the use of the Perfect 10 copyrighted material in the manner complained of in this email is not authorized by the copyright holder Perfect 10, it's agent, or the law. The information in this notification is accurate. I swear under penalty of perjury that I am authorized to act on behalf of Perfect 10, Inc. the owner of the exclusive rights in the material which is being infringed.

*/Norm Zada, Ph.D./*

Norm Zada, Ph.D.
Perfect 10, Inc.
800-606-6639
P.O. Box 3398
Beverly Hills, CA 90212
normzada@earthlink.net

PRODUCED PURSUANT TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PERFECT 10, INC.

CONFIDENTIAL

| INFRINGING URL | GOOGLE SEARCH TERM | PERFECT 10 MAGAZINE |
|---|---|---|
| | | |
| alibabaweb.com/WW.php?T=playmates_photos | Adele stephens | vol 1, no 3, p 58 - 65 |
| sliceofthedaycelebs.com/naked/Farrah_Fawcett/ | Adele stephens | vol 1, no 3, p 58 - 65 |
| sliceofthedaycelebs.com/naked/Nicole_Richie/ | Adele stephens | vol 1, no 3, p 58 - 65 |
| sliceofthedaycelebs.com/naked/Linda_Carter/ | Adele stephens | vol 1, no 3, p 58 - 65 |
| album.idt.cz/thumbnails.php?album=topn&cat=-59 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| artfile.ru/s.php?s=o&p=54 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| sexydesktops.com/ | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapersgirls.by.ru/A/Alena_Drazna.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| garotas.modelostop.com/Alessandra_Correa/index.php | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| garotas.modelostop.com/Alessandra_Correa/index.php Alessandra Correa□ | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| i-sd.com/Alessandra_Correa/ | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| merlin.bgk.bme.hu/bme/8eazonositatlan/Gepjarmukozl_uzemtan/Cd1/%20k%E9pek/k%E9p/Wallpapers/ | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| greh.ru/foto/kreslo/ | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| carnefresca.it/bistecche/berejnova.htm | Alexandra Berejnova | vol 5, no 1 p 6 - 11 |
| hyggestedet.dk/asppic/Alexandra_Berejnova/ | Alexandra Berejnova | vol 5, no 1 p 6 - 11 |
| kobiety.website.pl/galeria.php | Alexandra Berejnova | vol 5, no 1 p 6 - 11 |
| home.tiscali.cz:8080/ca226126/galerie1.htm | Alexandra Bilska | vol 2 no 6 p 74 - 75 |
| proscan.externet.hu/galeries/erotic/december/anonymouse_scp/tn/Thumbs1.htm | Alexandra Bilska | vol 2 no 6 p 74 - 75 |
| antoninoc.net/Top_model/top_model1.htm | Alexandria Karlsen | vol 2, no 3, p 9, 52, 80, 102, 103 |
| fuorissimo.com/cgi-bin/imagefoilo2/imageFoilo.cgi?direct=Alexandria%20Karlsen&img=6 | Alexandria Karlsen | vol 2, no 3, p 9, 52, 80, 102, 103 |
| sexy-girlz.net/en/playmates/alexandria_karlsen/ | Alexandria Karlsen | vol 2, no 3, p 9, 52, 80, 102, 103 |
| tuttotope.net/alexan.php | Alexandria Karlsen | vol 2, no 3, p 9, 52, 80, 102, 103 |
| users.pandora.be/dabor/angels001.htm | Alexandria Karlsen | vol 2, no 3, p 9, 52, 80, 102, 103 |
| iconlandia.it/straniere/straniere.asp?path=aline_matos | Aline Matos | vol 3, no 2, p 6-12 |
| peterlife.ru/wallpaper/gallerybabes001/index019.htm | Aline Matos | vol 3, no 2, p 6-12 |
| weltstars-nackt.de/stars/select/a/aline_matos_nackt/stars-nackt.htm | Aline Matos | vol 3, no 2, p 6-12 |
| megapolis.com.ar/lucas/Amy_Caro/image6.html | Amy Caro | vol 3, no 4, p 22 - 28 |
| playboy.fason.ru/Amy_Caro.php | Amy Caro | vol 3, no 4, p 22 - 28 |
| celebritybattles.com/celeb.php?cb_ID=700 | Amy Weber | amyweber.net |
| chez.com/celebritey1/ weber/Amy%20Weber102.jpg | Amy Weber | amyweber.net |
| chez.com/celebritey1/ weber/Amy%20Weber121.jpg | Amy Weber | amyweber.net |
| tv108.com/index.cfm?page=details&celebid=77 | Amy Weber | amyweber.net |
| babefocus.com/viewgallery.php?celebid=835 | Amy Weber | amyweber.net |
| perfectpeople.net/ piclist.php3/cid=pid2122 | Amy Weber | amyweber.net |

PG_DMCA0579

CONFIDENTIAL

**From:** &lt;removals@google.com&gt;
**To:** &lt;normanz@earthlink.net&gt;
**Sent:** Tuesday, July 27, 2004 4:31 PM
**Subject:** Re: [#12264669] Google DMCA Complaint

Hi Norm,

Your DMCA complaints dated 6/28/04 and 6/1/04 are nearly finished with processing. In order that we may complete this process as quickly as possible, would it be possible for you to provide us with soft copies of the URLs contained in these two complaints? Because these are two separate complaints, it would be very helpful if you could provide two separate soft copies; one for each of them.

We are also in receipt of a third DMCA complaint from you dated 7/11/04. This complaint is also being processed. However, this complaint contained matters of both copyright and trademark. As a result, we asked for a new list of URLs containing only those URLs that you feel are subject to copyright infringement. Please note that, for this complaint, we only need the URLs that were not included in one of your first two complaints. These complaints are, as we mentioned above, being processed separately.

We appreciate your patience and cooperation during this process. If you have any questions, please let us know.

Regards,
The Google Team

ER G1119

Exhibit 7





# Exhibit 8

**Subject:** DMCA
**From:** Norman Z <normanz@earthlink.net>
**Date:** Thu, 27 Nov 2008 18:37:21 -0800
**To:** DMCA-agent@google.com

November 27, 2008

Dear Copyright Agent,

THIS IS A CONFIDENTIAL COMMUNICATION NOT FOR PUBLICATION ON CHILLINGEFFECTS.ORG OR
ELSEWHERE

Perfect 10 would like to understand what information you require in a DMCA notice for
specific instances of infringement.

With this email, are attached examples of five different situations where Perfect 10
images are being infringed.

The first attachment is the result of a Google search I did on perfect10.com passwords.

What information should Perfect 10 provide to prevent Google from linking to the website
best-warez.cz, or the website onlinez.net, both of which are displaying unauthorized
Perfect10.com passwords? In this case, best-warez.cz is displaying the unauthorized
combination chewey:stoney, and onlinez.net is displaying the unauthorized combination
ducisco:lexusls. What can I do to prevent Google from itself displaying username/password
combinations to perfect10.com, and from linking to websites that display such passwords?

In the second attachment, I clicked on the checked link on the second page. Then I clicked
on links on the main menu shown on page 8 to find the other images in the second
attachment. All of the images of models that do not have red X's across them are
copyrighted by Perfect 10.

What information or URLs should I provide to Google so that Google a) will not link to any
web page containing any of the images in the 2nd attachment, and b) will not make copies
of any of the images in the 2nd attachment and use them in Google Image Search results? I
assume you know that URLs can be extracted from Adobe Documents and that by putting your
cursor on any image, you can see the image URL. Is it sufficient just to send to Google
attachment 2 and say that Perfect 10 owns all the copyrighted images in that attachment?
If not, what other information is necessary?

All of the images in the third attachment are copyrighted by Perfect 10. I obtained the
images in the lower portion of each page by scrolling through the massive infringing
website, xusenet.com, which infringes more than 15,000 Perfect 10 copyrighted images. What
information or URLs can I provide to Google so that Google stops showing Perfect 10
copyrighted images like this, in the lower part of the screen? Right now, Google is
showing more than 15,000 Perfect 10 copyrighted images in the fashion shown in attachment
3.

Page 6 of attachment 3 shows that Google currently has as many as 119,000 links to
xusenet.com.

Attachment 4 contains 4 images copyrighted by Perfect 10. What information or URLs do I
need to provide to Google so that Google stops a) displaying these images in its Image
Search results, and b) linking to web pages containing these images?

Is it sufficient just to send Google copies of the images shown in attachment 4, and state
that Perfect 10 owns the copyrights to all of these images? If not, what other information
is necessary?

In attachment 5, Perfect 10 owns the copyright to the thumbnail at the top and the larger
image in the middle, and the large image on the second page.

What URLs or other information do I need to provide to Google so that Google will remove
or disable access to the infringing material in this example?

Exh. 8, Pg. 1

Can I just send to Google attachment 5 or is more information needed?

Please consider this communication to also constitute a formal DMCA notice.

I swear under penalty of perjury that a) I have a good faith belief that the use of the Perfect 10 copyrighted material in the manner complained of in this email is not authorized by the copyright holder Perfect 10, its agent, or the law, b) that the information in this notification is accurate, to the best of my knowledge, and c) that I am authorized to act on behalf of Perfect 10, Inc. the owner of the exclusive rights in the material which is being infringed.

Please contact me if you have any questions about this notice, and please answer the above questions.

Sincerely,

Norm Zada, Ph.D.

Perfect 10, Inc.

800-606-6639

P.O. Box 3398

Beverly Hills, CA 90212

Fax: 310-205-9644

normanz@earthlink.net <mailto:normanz@earthlink.net> <mailto:normanz@earthlink.net>

| **1 passwords.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |
|---|---|

| **2 soloevas.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |
|---|---|

| **3 xusenet.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |
|---|---|

| **4 images.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |
|---|---|

| **5 in line display.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |
|---|---|

Exh. 8, Pg. 2

5/8/2009 12:00 PM



Email or Name: **Password**: Forget your **password**? ... Film: George Eastman House: Picture
**Perfect - 10**/11/07 created by artsusa · Explore | Create Map | My ...
www.wayfaring.com/waypts/show/123427 - 19k - Cached - Similar pages

### Shop, Buy, Build a Store & Sell – Shopit
**Password**:. Confirm **Pass**:. Date of Birth: ... **Perfect 10**. 2 Piece set - Spandex Triangle Top
with Flouncy Skirt Bottoms and Peek A Boo Ruffle Butt ...
www.shopit.com/MistressCouture/products/441904/**Perfect-10** - 59k -
Cached - Similar pages

### Pár 100 nových hesiel : XXX - Hesla Warez Fórum Best-Warez.Cz

3 posts
http://fueler:**password**@www.amateurgirlies.com/members/index.shtml ..... http://
chewey:stoney@**perfect10.com**/perfectten/p10_pages/members/ ...
www.best-warez.cz/xxx-hesla-f39/100-nov-hesiel-t7082.htm - 97k - Cached - Similar pages

[PDF] **Today Today**
File Format: PDF/Adobe Acrobat - View as HTML
'**Perfect 10** v. Google'. Adult Web Site Challenges Search Engine on Image Hits ... hacked
P10 **passwords** for free access to. the Web site; and ...
www.connellfoley.com/articles/pizzi-google-p10.pdf - Similar pages

### Perfect 10: Titans rally past Jags for 24-14 win - Daylife
Nov 21, 2008 ... way to the oil-rich Gulf of Mexico after a deadly **pass** through the Caribbean
. .... **Perfect 10**: Titans rally past Jags for 24-14 winStory ...
www.daylife.com/article/06d54h29Gq3t4 - 77k - Cached - Similar pages

### XXX 728 Checked **passwords** 11/11 20:36 +2 GMT : Эротика : Новости ...

Nov 11, 2005 ... http://username:**password**@www.bluebirdmodels.com/members/index.shtml
..... http:/ /ducisco:lexusls@www.**perfect10.com**/perfectten/p10_pages/ ...
onlinez.net/modules/news/article.php?storyid=905 - 131k - Cached - Similar pages


### The **Perfect Ten** Janice Maynard Bookvideo by bookvideo ...
Login: Password:. Sign Up. All fields, Tags, Creators ... <a href="http://revver
.com/video/490906/the-**perfect-ten**-janice-maynard ...
www.revver.com/video/490906/the-perfect-ten-janice-maynard-bookvideo/

November 2008

Exh. 8, Pg. 3

**Web**   Images   Maps   News   Video   Gmail   more ▼                                              Sign in



Advanced Search
Preferences

**Web**                                    Results **1** - **3** of **3** from **best-warez.cz** for **perfect10.com**. (**0.21** seconds)

Pár 100 nových hesiel : XXX - Hesla Warez Fórum Best-Warez.Cz
3 posts
http://chewey:stoney@**perfect10.com**/perfectten/p10_pages/members/ http://demo:
demo@pinkpanteens.com/members/ http://kips:1247@pinkpanteens.com/members/ **...**
www.best-warez.cz/xxx-hesla-f39/par-100-novych-hesiel-t7082.htm - 97k -
Cached - Similar pages

Pár 100 nových hesiel : XXX - Hesla Warez Fórum Best-Warez.Cz
http://chewey:stoney@**perfect10.com**/perfectten/p10_pages/members/ http://demo:
demo@pinkpanteens.com/members/ http://kips:1247@pinkpanteens.com/members/ **...**
www.best-warez.cz/xxx-hesla-f39/100-nov-hesiel-t7082.htm - 97k - Cached - Similar pages

Pár 100 nových hesiel : XXX - Hesla Warez Fórum Best-Warez.Cz
http://chewey:stoney@**perfect10.com**/perfectten/p10_pages/members/ http://demo:
demo@pinkpanteens.com/members/ http://kips:1247@pinkpanteens.com/members/ **...**
www.best-warez.cz/xxx-hesla-f39/p-r-100-nov-ch-hesiel-t7082.htm - Similar pages

Sponsored Links

**Perfect 10** Hair Color
Does you hair color measure up?
Color so perfect it's guaranteed.
webstore.skybridgemg.com/Clairol

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Exh. 8, Pg. 4

File   Edit   View   Tools   Message   Help

Reply   Reply All   Forward   Print   Delete   Previous   Next   Addresses

**From:** DMCA Agent
**Date:** Thursday, December 18, 2008 4:36 PM
**To:** normanz@earthlink.net
**Subject:** Re: [#369572323] DMCA

Hi Norm,

We are in receipt of your communication dated November 27, 2008. As you
know, and as we have previously informed you, sending us screenshots of
allegedly infringing content alone fails to comply with the DMCA's notice
provisions. In other words, the five screenshots you sent are an
insufficient basis upon which Google can identify the alleged
infringements at issue. If you wish to submit a DMCA notice regarding Web
Search, you should comply with the requirements for processing such
notices as described in Google's published DMCA policy located at
http://www.google.com/dmca.html. If you wish to submit a DMCA notice
regarding Image Search, you should comply with the requirements for
processing such notices as described in Google's published DMCA policy
located at http://www.google.com/images_dmca.html. In particular, you
should provide the information set forth in Google's DMCA policy with
respect to each specific copyrighted work being infringed at each specific
allegedly infringing URL. Also, as Google's DMCA policy states, and as we
have previously informed you on many occasions, if you are sending a large
number of URLs in a removal request, you should send an electronic soft
copy of the notice (with the URLs listed in spreadsheet format, for
example) to removals@google.com so as to facilitate processing of your
request by Google. As soon as you comply with the foregoing, we will
expeditiously process your request.

Regards,
The Google Team

Original Message Follows:
------------------------
From: Norman Z <normanz@earthlink.net>
Subject: DMCA
Date: Wed, 26 Nov 2008 12:33:13 -0800

Dear Google DMCA agent,

Please let me know how to handle the following situation:

On page 1 of the attached PDF, I have highlighted the Google advertiser.



🏁 start    11 Windows Explorer    8 Internet Explorer    Zaza Deci 50809 - Mi...    Re: [#369572323] D...    Norton™    2:34 PM

Exhibit 9

Google Similar Images



| | | Search images |
|---|---|---|

## Similar Images



Showing only similar images - Back to results for **"Amy Weber"**



200 x 150 - 6k - jpg
www.freewarefiles.com



400 x 300 - 10k - jpg
bp0.blogger.com
Similar images



320 x 240 - 7k - jpg
bp3.blogger.com
Similar images



170 x 128 - 5k - jpg
www.maximumwall.com
Similar images



130 x 98 - 1k - jpg
www.shareapic.net
Similar images



300 x 225 - 7k - jpg
www.wallpaper.it
Similar images



320 x 240 - 7k - jpg
bp3.blogger.com
Similar images



320 x 240 - 7k - jpg
bp1.blogger.com
Similar images



320 x 240 - 5k - jpg
bp0.blogger.com
Similar images



1024 x 768 - 38k - jpg
share4pic.com
Similar images ✔



800 x 600 - 51k - jpg
www.tonguide.com
Similar images



157 x 118 - 10k - jpg
www.actupeople.fr
Similar images



1024 x 768 - 45k - jpg
www.wallpapery.cz
Similar images



936 x 542 - 51k - jpg
fashionverbatim.net
Similar images



120 x 120 - 3k - jpg
gal.neogen.ro
Similar images



640 x 480 - 22k - jpg
www.studiofaca.com

Google Similar Images


| | |
|---|---|
| | Search images |

**Similar Images**                                    Results **1** - **20** of 350 (**0.00** seconds)

 Showing only similar images - <u>Back to results for **"Amy Weber"**</u>


1024 x 768 - 38k - jpg
share4pic.com


96 x 96 - 2k - jpg
www.celebs101.com
<u>Similar images</u>


150 x 113 - 7k - jpg
www.yeuanhso.com
<u>Similar images</u>


130 x 98 - 1k - jpg
www.shareapic.net
<u>Similar images</u>


400 x 300 - 21k - jpg
www.winsoftware.de
<u>Similar images</u>


400 x 300 - 10k - jpg
bp0.blogger.com
<u>Similar images</u>


320 x 240 - 7k - jpg
bp3.blogger.com
<u>Similar images</u>


300 x 225 - 7k - jpg
www.wallpaper.it
<u>Similar images</u>


320 x 240 - 7k - jpg
bp3.blogger.com
<u>Similar images</u>


320 x 240 - 5k - jpg
bp0.blogger.com
<u>Similar images</u>


320 x 240 - 7k - jpg
bp1.blogger.com
<u>Similar images</u>


800 x 600 - 51k - jpg
www.tonguide.com
<u>Similar images</u>


320 x 240 - 9k - jpg
bp0.blogger.com
<u>Similar images</u>


1024 x 768 - 45k - jpg
www.wallpapery.cz
<u>Similar images</u>


936 x 542 - 51k - jpg
fashionverbatim.net
<u>Similar images</u>


640 x 480 - 22k - jpg
www.studiofaca.com

Exhibit 10

**Subject:** (no subject)
**From:** Norman Z <normanz@earthlink.net>
**Date:** Fri, 27 Jan 2006 17:59:38 -0800
**To:** Alexander Macgillivray <amac@google.com>


Dear Mr. Macgillivray,

Despite Perfect 10's repeated objections, Google is continuing to publish Perfect 10's
confidential DMCA notices.  As we have explained on several occasions, Perfect 10's DMCA
notices provide a roadmap to those who wish to see Perfect 10 images without charge.
Perfect 10 has produced its DMCA notices to Google stamped "confidential."  Perfect 10's
notices are confidential and I demand that you immediately cause Chilling Effects and
whoever else you provided those notices to, to stop publishing them immediately.


Sincerely,


Norm Zada, Ph.D.

**Subject:** Re: [#142594319] Google DMCA Complaint
**From:** Norman Z <normanz@earthlink.net>
**Date:** Wed, 02 May 2007 11:30:29 -0700
**To:** help@google.com

Please be advised that our notices are confidential and you are not authorized to forward them to anyone.

Thank you,


Norm Zada, Ph.D.

PERFECT 10


help@google.com wrote:

Hi Norm,

We have received your DMCA complaint dated April 24 2007. We are currently reviewing the complaint and will contact you when we have completed processing the request. We appreciate your patience during this process.

Please note that a copy of each legal notice we receive is sent to a third-party partner for publication and annotation. As such, your letter (with your personal information removed) will be forwarded to Chilling Effects (http://www.chillingeffects.org ) for publication. You can see an example of such a publication at http://www.chillingeffects.org/dmca512/notice.cgi?NoticeID=861. A link to your published letter will be displayed in Google's search results in place of the removed content.

Regards,
The Google Team


Exh. 10, Pg. 2

# Chilling Effects

Receiving
Sending

Home | Weather Reports | Report a C&D Notice | Search the Database | Topics

Topic Home | FAQs

Monitoring the legal climate for Internet activity

Boalt Hall

Chilling Effects Clearinghouse > DMCA Safe Harbor Provisions > Notices > Perfect 10 Complains Again

 Print-friendly

## Perfect 10 Complains Again

April 24, 2007

**Sender Information:**
Perfect 10, Inc
Sent by: [Private]
[Private]
Beverly Hills, CA, 90212, USA

**Recipient Information:**
[Private]
Google, Inc.
1600 Amphitheatre
Mountain View, CA, 94043, USA

Sent via: fax
**Re:**

The following is a DMCA notice.

==Google is actively linking to, and displaying, stolen content belonging to Perfect 10 and thousands of other copyright holders,== as well as violating the rights of thousands of celebrities.

The attached excel spreadsheet contains a list of websites that have misappropriated Perfect 10 copyrighted works. The column in the middle provides either a) the name of the model in the infringing image, or the search term, or both. In almost all cases, when a model name appears in the middle column, it is both the name of the model in the infringing image and the search term. The column on the left contains a URL which is returned by Google when a search is done on the search term in the middle column. That URL identifies either a) a webpage that contains infringing images of the model whose name appears in the second column, b) a webpages that contains a list with that model name and one must click on the link for that model to see the infringing images, c) a web page which contains a search box and one must put the model name or Perfect 10 in the search box to find the images of that model, or d) in the case of the last 168 URLs listed, which are paysites that advertise with your company or to which Google links (such as lusenet.com, 100proofnews.com, alibis.com, astraweb.com, athenanews.com, binaries. com, cheapnewsgroups.com, diiva.com, easynews.com, eurousenet.com, newsdemon.com, newsfeeds.com, newsgroup-binaries.com, newsgroupdirect.com, newsguy.com, newsgroups.com, newshosting.com, nntpjunkie. com, nothinbutnews.com, planetnewsgroups.com, powerusenet.com, rhinonewsgroups.com, thevalkyrie.com, thundernews.com, titannews.com, usenet.com, usenet-access.com, usenetbinaries.com, usenetgiant.com, usenetmonster.com, usenet-unlimited.com, usenext.com, xusenet.com, yottanews.com, and the other websites listed), I have listed the URL of the infringing website, as there are typically no "webpage URLs." For those websites, to find the infringing images, you must subscribe to the website and then do a search on the model name, i.e. alena drazna. Typically, twenty or so images will appear of that model, all with Perfect 10 copyright notices. Images with Perfect 10 copyright notices are copyrighted by Perfect 10. It is also possible to locate thousands of Perfect 10 images on such websites by doing a search on "P10." I have attached examples of some of the Perfect 10 images on these infringing websites. The entires on the spreadsheet corresponding to these images are in bold.

GOOGLE is also listing password hacking websites in its search results which contain username/password combinations which allow unauthorized access to all the copyrighted works in perfect10.com. Because the passwords on these sites change frequently, any password hacking website could be dispensing perfect10.com passwords at any time. Sites that have distributed perfect10.com passwords in the past include abu-passwords.com, accessions.org, adult-hacks.com, adult-password.com, adultpasswordcracks.com, adultunderground.com, allpasswords.com, altpassword.com, backdoors.org, banditpasswords.com, bat-yarn1.dyndns.biz, bestxxxpasswords.com, carandmodel.com, cleanpasses.org, custom-hacks.com, darkflast.com, dirty-passwords. com, cleanpasses.org, custom-hacks.com, darkflash.com, dirty-passwords.com, doctoramor.com, dutchpasswords.

http://www.chillingeffects.org/notice.cgi?sID=3239 (1 of 8)11/29/2008 2:41:36 AM

---

### FAQ: Questions

● Why does a search engine get DMCA takedown notices for materials in its search listings?

### More Like This Notice

● Google and the D: Notices sent to Google
● Perfect 10: Perfect 10

### Other Recent C&Ds

● HBO After "True Blood", *SafeNet DMCA*, October 27, 2008
● Individual complains of photo use in video , *[Individual]*, October 1, 2008
● Photographer complains of link, thumbnail, *[photographer]*, September 1, 2008
● New York Times Wrestles Down Copy, *The New York Times Company*, August 25, 2008
● Don't Pimp My Infrastructure Link, *Opus Solutions*, August 22, 2008

*more*

### Related News

● Scientology Fights Critics with 4000 DMCA Takedown Notices, Nate Anderson, *Ars Technica*, September 8, 2008
● DMCA "Repeat Infringers": Scientology Critic's Account Reinstated after Counter-Notification, Wendy Seltzer, June 6, 2008
● Air Force DMCA-Bombs YouTube, Wendy Seltzer, *from a report a Wired's Threat Level*, March 7, 2008
● Better Know a Lawsuit, Andy Gass, *Samuelson Clinic, Boalt Hall*, March 27, 2007
● RIAA Refuses to Share Even After Verdict in Defendant's Favor, Niki R. Woods, *Samuelson Law, Technology, and Public Policy Clinic - Boalt Hall*, February 23, 2007

*more*

### Related Resources

● Fair Use Network, (Online information resource)
● Build Your Own DMCA Counter-Notice, (form)
● Service Provider Designation of Agent for Notification of Claims of Infringement, *Library of Congress*

Exh. 10, Pg. 3

com, eastpasswords.com, extremepasses.com, exxxpasswords.com, ezypass.com, fantasypass.com, forbiddenpasswords.com, forbiddenxxx.net, forbiddenxxx.org, forodivx.com, forum.unigames.com, fredspasses. com, freepasses.net, freesexwebsites.com, freeweb.hu, freshhacks.com, fuckyouanddie.com, fxpmatrix.net, grudgefuck.com, hackedlogins.com, hackedpass.com, hackedpaysites.com, hackxxxpasses.com, ip-forever.by.ru, irc.forumtr.com, iseekpasswords.com, killysex.com, loginaccepted.com, lonieserver.de, lostcoders.net, luckysxxxpasswords.com, mad-passes.com, magiakalifa.com, members.home.nl, mostpasswords.com, mperfect. com, necrohiphop.com, nejcpass.com, password-express.com, pass4u.net, passcracker.com, passdb.com, passes4all.com, passwordcorp.com, passwordhq.com, passwordshell.com, petersspasses.dk, pornosaur.com, project12.org, sexo.todoslosforos.com, sweetpasswords.com, xxxpassmasters.com, xxxpasswordrus.com, yourxxxpasses.com, zimapass.com, gold-members.com, crazypasses.com, passwordoutlet.com, happy-hacker.com, rawpasswords.com, tanyamegasite.com, nudepass.com, passwordforum.com rs-pix.com, ultrapasswords.com, onlinexpasswords.com, uhfpasswords.com, web888.net, and most other password hacking websites.

Perfect 10's copyrighted works which have been infringed can be found at perfect10.com. If you wish to examine such copyrighted words, we can provide you with a temporary username/password, free of charge, with which you may do so. Please contact me if you would like such a free temporary username/password. Once you enter the perfect10.com website, simply click on the first letter of the first name of the model. For example, if you want to find the Perfect 10 copyrighted images of Alena Drazna, you would click on "A," and then look for her name. Perfect 10's copyrighted works which it has purchased from Amy Weber may be found on the website amyweber. net.

I swear under penalty of perjury that a) I have a good faith belief that use of the Perfect 10 copyrighted material in the manner complained of in this email is not authorized by the copyright owner Perfect 10, its agent, or the law; b) that the information in the notification is accurate, to the best of my knowledge; and c) that I am authorized to act on behalf of Perfect 10, Inc. the owner of the exclusive rights in the material which is being infringed.

Please contact me if you have any questions about this notice.

/[private]/

[private]
Perfect 10, Inc.
[private]
[private]
Beverly Hills, CA 90212
Fax: [private]
[private]@earthlink.net

infringing URL
http://babemania.com/links/W_/Amy_Weber/
http://celebrityworld.tv/index.php?section=show&babes=amy_weber&photo=3738
http://funmunch.com/directory/celebrities/actresses/a/amy_weber/index.shtml
http://medyafaresi.com/?hid=3415&cid=4
http://sanalmanken.com/Amy_Weber.asp?resim=12
http://starz.ru/celebrities/Amy_Weber.htm
http://toocharger.com/images/fonds_d_ecran/celebrites_femmes/amy_weber/
http://wallpaper.it/Categorie/default.asp?cid=705
http://celebsgallery.org/pictures/SedefAvici/Sedef_Avici-1.html
http://infostore.org/info/2259905?pid=1959788
http://wallpapery.janu.biz/displayimage.php?album=53&pos=26
http://jazzdump.juicypornhost.com/gallery.php?gid=29350
http://women.ucgalleries.com/gallery.php?id=151100
http://znanekobiety.pl/viewtopic.php?t=323341
http://averlo.com.ar/lucas/Alla_Tichomirova/image2.html
http://greh.ru/foto/trysi/_04.htm
http://www.soloevas.com/local-cgi/search/search.cgi?Realm=&Match=0&Terms=Contactos&Rank=171
http://tgpfriendly2.com/members/ruswife/AllaTichomirova
http://aeonsuper.250x.com/Pictures/ZZ--List.htm
http://stars-zone.com/galery2.php3?pg=0&gal=17
http://adult.backwash.com/contentboard.php?con_id=19559
http://kep.tar.hu/pten/27661780
http://eroticas.urbenalia.com/index.php?pg=10
http://forumfor.biz/archive/index.php/t-13378.html
http://kep.tar.hu/pten/27661778
http://4thclick.com/iceposter/demos/buzzedition.com/store.php?fc_page=2

## Other Topics

- ACPA
- Anticircumvention (DMCA)
- Chilling Effects Clearinghouse
- Copyright
- Copyright and Fair Use
- Defamation
- Derivative Works
- DMCA Subpoenas
- Documenting Your Domain Defense
- Domain Names and Trademarks
- E-Commerce Patents
- Fan Fiction
- International
- John Doe Anonymity
- Linking
- Patent
- Piracy or Copyright Infringement
- Protest, Parody and Criticism Sites
- Responses
- Reverse Engineering
- Trade Secret
- Trademark
- UDRP
- Uncategorized
- This Topic: **DMCA Safe Harbor Provisions**

**Topic Frequently Asked Questions (and Answers)**

Exh. 10, Pg. 4

http://forums.lazygirls.info/9196.html
http://hotwallposters.com/store.php?fc_term=Celine+Vignard
http://iceposter.com/posters/Celine_Vignard/G15333_Celine_Vignard_Photo.html
http://imagefap.com/usergallery.php?userid=4058&page=10
http://lazygirls.info/Celine_Vignard
http://posterpal.webhero.com/store.php?fc_term=Celine+Vignard
http://www.sexympegs.net/models/
http://imagefap.com/gallery.php?gid=400820
http://imagemetasearch.com/images/angelina+jolie.html
http://alvier.ru/cat/models/page1630.html
http://www.desktopgirls.ru/scripts/starslist.asp?do=foto&show=pagenum&letter=J&lang=eng&page=50
http://look.restart.ro/?/jpg.pl?tip=101&sts=0&std=10
http://soleilcouchant.net/photo-301132-1135_jpg.html
http://topstars.fr/recherche-stars/marie_kete.html
http://wallpapers.hutor.ru/cat.php3?cat=4&p=60&sort=0
http://angelblazes.com/jr/kristel.html
http://boards.ign.com/The_Vestibule/b5296/53441069/?14
http://humano.ya.com/modelazos/series/suprub/pages/Kristel%20Kama_jpg.htm
http://panstudio.com/celebritystop/wallpaperslist.php?type=celebs&title=Kristel_spKama
http://persona.rin.ru/view/f/0/29883/farmer-milen-mylene-farmer
illegible
http://www.wallpaper.web-z.net/wallpaper-kategorie,babes,3.htm
http://zdclan.nl/wallpapers.htm
http://www.ismaster.net/risultati.php?celeb=Lena%20Panova
http://209.172.55.126/board/archive/index.php/f-7.html
http://213.193.245.202/showthread.php?t=86066
http://www.hatunum.net/showthread.php/perfect-10-2097/index.html?p=2353
http://onlyformen.be/forum/t797-quoteperfect-10quot-the-pleasure-principle-another-perfect-10-magazine-thread.html
illegible
http://scangarden.allbreast.com/scangardenswd.html
illegible
http://www.fritchy.com/showpost.php?p=119767&postcount=141
tornado.zrs.hr/~ivucica/thumber/iskon/iskon.php?datum=20060114&djevojka
user.7host.com/gti70/babes2/babe_week.asp?week=24
lazygirls.info/Marisa_Miller/Marisa_Miller_5__TNBc5t
82.208.64.6/dm/eroart/
members.fortunecity.com/igorsuper/ZZ--List_EN.htm
mysweetharem.com/folder.asp?path=509&name=Nataskia%20Maren
wallpapers-zone.com/stars_et_top_models_femmes/nataskia_maren.html
100000-images.com/fond-d-ecran-Oksana%20Konakova.htm
alibabaweb.com/index.php
allwallpapers.net/fr/wallpapers-18-o-1-Celebrites-Femmes.html
animations-cartes.com/out.php?id=19
coolwallpapers.org/sitemap/8
desktop.mycom.ru/gallery.php?tid=701803150
desktopgirls.com/search_display.asp?photo_id=1708&page=1&query=Oksana+Konakova
desktopia.it/foto/page_O-0.html
desktopmodel.nl/deutsch/index.php
eroticaland.net/Women.php
fond-ecran.com/femmes/oksana_konakova/fonds.html
funonline.ro/wallpapers-subcategorie-c_id-3761.html
gallery.alexus.org/main.php?g2_page=14
girlfinder.dk/names/index.asp?actionvar=o
girls.mk-edition.com/index.php?direc=celebs
hebus.com/cat-1-27-Fonds%20d'ecran%20Celebrites%20Femme.html
home.adelphia.net/~ltowns/wp.html
knigki.ru/wallpapers/category/32/36.html
les-stars-sexy.com/wallpaper.php
maxxiweb.com/wallpapers/top-download/page7.html
meteor.free.fr/Fergie.php
neboo.com/wallpaper/celebrites-feminines.html
netglimse.com/celebs/dirs/o.shtml
net-okaz.com/wallpaper21.php
oldsocks.co.uk/Dir/o.htm
russiancelebrities.net/set.php?gal=4&prf=77

Exh. 10, Pg. 5

russiancelebrities.org/rclSet.asp?GID=4&PID=489&SID=1
serialgamer.com/fichewallpapers-711-3.html
serial-gamer.com/wallpapers-galeries-6-stars_at_top_models_femmes.html
tonguide.com/fondecran/fonds-ecran,2.html
toocharger.com/images/fonds_d_ecran/celebrites_femmes/
wallpapers.protonet.ru/section/foto/O/Oksana%20Konakova.html
webdrole.com/wallpapers/index.php?rep=celebrites-feminines%20(charme)%2FO
fritchy.com/printthread.php?t=9075&page=7&pp=25
paparazzigr.tv/afieromata/perfect10_3.htm
celebnipshots.com/modules/myalbum/photo.php?lid=429&cid=164
celebswap.com/pics/lofiversion/index.php/f46-4350.html
porn613.net/forum/read.php?15,16515,16552,quote=1
psicofxp.com/forums/sitemap/f-51-p-86.html
vitakappa.net/phpwebgallery/picture.php?cat=most_visited&show_metadata=1&image_id=1912
flickr.com/photo_zoom.gne?id=51674222&size=m
kisino.com/buy/?location=&cat=WALL&Type=CELEB&PID=951143
lazygirls.info/Olga_Yatsenko
orsmforums.net/lofiversion/index.php/f3-3750.html
shockmodels.info/forum/topic2430.html
abshell.net/phpBB2/viewtopic.php?
t=63520&postdays=0&postorder=asc&start=30&sid=fa3aa7e61488e8d7f984f012cbd6e997
aeonsuper.250x.com/Pictures/Pictures/21/Heap.htm
angelblazes.com/jr.html
angelfire.com/celeb2/superaeon/Pictures/ZZ--List_EN.htm
extremefitness.com/showflat.php?Cat=0&Number=114847&page=74&fpart=1&vc=1
forum.dvdtalk.com/showthread.php?t=491094&page=3
forum2.mokkels.nl/cgi-bin/user-gallery.pl?
hold=1&action=2&action2=user&idtje=2626&star12=5&star11=&sort=datum%20deso
freeforumzone.leonardo.it/viewmessaggi.aspx?f=12877&idd=1537
fritchy.com/showpost.php?p=119802&postcount=172
home.scarlet.be/carpenochem/Frames/Vrouwenalfabet/P.htm
hongkongstars.fan-site.net/waw-english/Al17.htm
hotscans.org/csv/XMas-SWA-2001_37_Final.htm
masex.hu/kepek/models/index_p.html#
p2pforum.it/forum/printthread.php?t=28324&page=196&pp=40
speforo.com.ar/forums1/archive/index.php?f-87-p-75.html
spookyentertainment.com.ar/foro/archive/index.php?f-87-p-75.html
szeghykriszlina.modellvilag.hu/index.php?page=%2Findex.nml&subpage=%2Fgaleria%2Fgaleria_listak%
2Fmodellak.nml&oldalstart=240
szeghykriszlina.modellvilag.hu/index.php?page=/index.nml&subpage=/galeria/lista.nml&betu=P
vipbeauties.net/Pornstars/Pamela-Celini/
worldactress.sakura.ne.jp/A9_5.htm
zufzuluf.weblog.ro/2007-02-05/124302/Medita%C5%A3ie.html
feedfinder.net/you_sexy_thing/index.php?cat=117
grandlsenl.com/opg132/thumbnails.php?album=topn&cat=12&page=16&lang=greek
diskusjon.no/lofiversion/index.php/t259248-5700.html
ecardbox.net/cpg145/index.php?cat=56&page=2
famosas-guapas.com/Vibe_Sorenson
go4wallpapers.com/vibe_sorenson_479.html
maximumwall.com/.../index_vibe_sorenson.php
sabina.blogonline.ru/467319.html
sexydesktop.co.uk/ashanti.htm
tonez.com.au/pictures.php/Wallpapers/n/6.html
vsenaplochu.cz/thumbnails.php?album=842
xclan.org/gallery/
exeline.info/index.php?showtopic=3163
forum.phun.org/showthread.php?t=86066&page=2
forums.bnslive.com/archive/index.php/t=9237.html
guide.dada.net/gossip/intervent/2004/09/174874.shtml
forum.sg.hu/listazas.php3?id=1121289310&order=timeline&index=3&azonosito=scratch
idreamofporn.com/ForumXXXv3/archive/index.php/t-3079.html
100proofnews.com
100proofnews.com
100proofnews.com
1usenet.com
1usenet.com

Exhibit 11

