# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV04-9484-AHM (SHx) | Date | May 29, 2009 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. GOOGLE, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:**  IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court hereby takes OFF-CALENDAR and UNDER SUBMISSION Defendants' Motion for Order for Schedule for the Filing of Dispositive Motions [410, 411]. The parties will be notified if a hearing is necessary.

| | : | |
|---|---|---|
| | Initials of Preparer | SMO |