Name & Address: QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Rachel Herrick Kassabian (Bar No. 191060)
rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 940653
Telephone: (650) 801-5000

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| PERFECT 10, INC., a California Corporation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | No. CV 04-9484 AHM (SHx) |
| v. GOOGLE INC., a Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Google Inc.'s Motions for Summary Judgment re: Entitlement to Safe Harbor under 17 U.S.C. § 512(b), (c), & (d); Separate Statements in support; Declarations of Shantal Rands Poovala, Paul Haahr, Bill Brougher, and Rachel Herrick Kassabian, and exhibits thereto; Application and [Proposed] Order to Seal; Proof of Service.

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

July 2, 2009
Date

Rachel Herrick Kassabian
Attorney Name

Google Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)     NOTICE OF MANUAL FILING