Name & Address: QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 940653
Telephone: (650) 801-5000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PERFECT 10, INC., a California Corporation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | No. CV 04-9484 AHM (SHx) |
| v. GOOGLE INC., a Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually

filed. **List Documents:**

Google Inc.'s Notice of Lodging of Non-Documentary Exhibit II to the Declaration of Shantal Rands Poovala
in support of Google's Motions for Summary Judgment; Exhibit II (filed under seal pursuant to Protective
Order).

### Document Description:

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☐ Other

### Reason:

- ☑ Under Seal
- ☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

July 2, 2009
Date

Rachel Herrick Kassabian
Attorney Name

Google Inc.
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).