QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2129

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>             Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DECLARATION OF SIBRINA KHAN IN SUPPORT OF DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT RE: GOOGLE'S ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512** |
| AND COUNTERCLAIM | Hon. A. Howard Matz |
| PERFECT 10, INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Date:    August 17, 2009<br>Time:    10:00 a.m.<br>Ctrm:    14<br><br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

I, Sibrina Khan, declare as follows:

1.     I am a paralegal at the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Defendant Google Inc. ("Google") in this action. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, could and would competently testify thereto.

2.     I have reviewed the DVDs and hard drive Perfect 10 enclosed with its claimed DMCA notices sent to Google. With the assistance of my colleague Brian Romanow, another paralegal whose work I oversaw, I reviewed and counted the number of pages in the files on the DVDs and hard drive. The process we followed is described below.

3.     The December 9, 2005, and March 20, July 12, and July 31, 2007 communications each included only one DVD.

4.     The July 2, 2007, October 16, 2007, December 13, 2007, January 24, 2008, March 17, 2008, April 24, 2009 and May 20, 2009 claimed notices each included two DVDs. With the exception of the July 2, 2007 DVDs, the first DVD ("DVD1") typically included two folders entitled "giganews," "rapidshare," "thundernews," and the like. The second DVD ("DVD2") included three to six top-level folders. These folders are typically referenced by name in the spreadsheets included with the notices. Each of the top-level folders have subfolders, many of which have another layer of subfolders of their own. Both DVDs 1 and 2 submitted with the July 2, 2007 notice are formatted this way.

5.     The July 9, 2008 notice included three DVDs. The first and second DVDs contain material organized in a manner similar to DVD1 described in paragraph 4 above. The third DVD ("DVD3") contains material organized in a manner similar to DVD2 described in paragraph 4 above.

6.     In total, Perfect 10's DVDs contained over 70,000 distinct files.

7.     The hard drive submitted with Perfect 10's June 28, 2007 communication is organized a bit differently. The first approximately 60 folders on

the hard drive are named after what appear to be websites. Each of those folders contains files within it. In addition, the hard drive has a folder called "z other infringing websites," which is organized in a similar manner to the DVDs submitted with Perfect 10's other communications. This folder has 3 subfolders. The hard drive has another folder called "z perfect 10 website," which is comprised of 367 subfolders.

8.     For the DVDs submitted with the December 9, 2005, March 20, 2007, July 2, 2007, July 12, 2007,  July 31, 2007, October 16, 2007, December 13, 2007, January 24, 2008 and March 17, 2008 notices, we opened the top-level folders on each of the enclosed DVDs. Within those folders there are subfolders which usually bear the name of what appears to be a website. Those subfolders typically contain files. In some cases, they may contain another layer of subfolders. In most cases, the files in the subfolders were .png, .pdf, and .jpg files. The files in the .png and .jpg format were single page files and therefore, we were able to determine how many pages they contained simply by observing how many files there were. As for the .pdf files, when they are opened the Adobe Reader program provides a page count. We thus reviewed the files on Perfect 10's DVDs to determine how many pages were provided.

9.     We followed the same process with respect to the June 28, 2007 hard drive. However, due to the sheer volume of files and the amount of time it would have taken to review them all, we only reviewed the "z other infringing websites" and "z perfect 10 website" folders. Otherwise, we followed the same counting procedure for the hard drive as is outlined above .

10.    The material provided on the DVDs is extremely voluminous. For example, the DVD provided with the December 9, 2005 notice contains 35 folders comprising more than 25,000 pages of material.

11.    The DVD provided with the March 20, 2007 communication has  6 top level folders, entitled Folders 1, 2, 3, 4, 5, and 6. Folder 1 is described as "P10

Images Google Ads" and comprises 66 pages of material. Folder 3 is described as "2500 P10 images," and has 6 subfolders comprising 2,752 pages of material.

12. The July 2, 2007 notice included two DVDs, "Disk 1" and "Disk 2." Disk 1 has 3 top level folders, entitled "ALL ARE P10, "ALL LARGE ARE P10," and "ALL LARGE WITH P10 NOTICES." The "ALL ARE P10" FOLDER has 58 subfolders; the "ALL LARGE ARE P10" folder has 167 subfolders; and the "ALL LARGE WITH P10 NOTICES" folder has 4 subfolders. Disk 2 has 3 top level folders, entitled "DOWNLOADS - ALL ARE P10," "DOWNLOADS - ALL LARGE ARE P10," and "MODEL - ALL LARGE ARE P10." The "DOWNLOADS - ALL ARE P10" folder has 9 subfolders; the "DOWNLOADS - ALL LARGE ARE P10" folder has 39 subfolders; and the "MODEL - ALL LARGE ARE P10" folder has 30 subfolders.

13. In reviewing the files in the various folders and subfolders on the DVDs, we discovered that oftentimes, even where there appeared to be only a small number of electronic files in a particular subfolder, those files were still quite voluminous. For example, the "ALL LARGE ARE P10" folder on DVD 1 provided with the July 2, 2007 notice contains 167 subfolders comprising at least 9,046 pages of material. The "MODELS - ALL LARGE ARE P10" folder on Disk 2 submitted with that notice has a subfolder entitled "Ina Shevchenko" which contains three .pdf files comprising a total of 1,534 pages. DVDs 1 and 2 submitted with the July 2, 2007 notice contain at least 26,243 pages of material within the several layers of folders and subfolders.

14. Similarly, the DVD submitted with the July 31, 2007 notice has seven top level folders: "ALL ARE P10," "ALL LARGE ARE P10," "ALL LARGE WITH P10 NOTICES," "CHECKED ARE P10," "DISPLAY ALL ARE P10," "DISPLAY ALL LARGE ARE P10," and "MODEL SEARCH ALL LARGE ARE P10. The "ALL ARE P10" folder has 38 subfolders; the "ALL LARGE ARE P10" folder has 97 subfolders; the "ALL LARGE WITH P10 NOTICES" folder has 3

-4-

subfolders; the "CHECKED ARE P10" folder has 53 subfolders; the "DISPLAY ALL ARE P10" folder has 5 subfolders; the "DISPLAY ALL LARGE ARE P10" folder has 4 subfolders; and the "MODEL SEARCH ALL LARGE ARE P10" folder has 3 subfolders. The "porno-sex.com.ar" subfolder in the "ALL LARGE WITH P10 NOTICES" folder contains one .pdf file comprising 1,579 images alone. Combined, these folders and subfolders comprise at least 16,627 pages of material.

15.    Disk 2 provided with the October 16, 2007 notice has four top level folders: "ALL ARE P10," "ALL LARGE ARE P10," "CHECKED ARE P10," and "MODELS." The "ALL ARE P10" folder has 79 subfolders; the "ALL LARGE ARE P10" folder has 88 subfolders; the "CHECKED ARE P10" folder has 35 subfolders; the "MODELS" folder has three subfolders, which have subfolders of their own. The "devil666666" subfolder in the "ALL ARE P10" folder on this disk contains two .pdf files comprising 1,488 pages. The "glamour.com" subfolder in that same folder contains one .pdf file that alone comprises 2,162 pages. Similarly, the "Marketa Belonoha" subfolder in the "MODELS - ALL ARE P10" folder on that same disk contains one .pdf file comprising 1,381 pages. Thus, Disk 2 submitted with the October 16, 2007 notice includes at least 20,738 pages of material. Combined with Disk 1, the two DVDs submitted with the October 16, 2007 notice contain at least 38,530 pages of material.

16.    DVD 2 submitted with the December 13, 2007 notice has 4 top level folders: "ALL ARE P10," "CHECKED ARE P10," "CHECKED OR LARGE ARE P10," "MODELS - ALL ARE P10," and MODELS - CHECKED OR LARGE ARE P10." The "ALL ARE P10" folder has 80 subfolders; the "CHECKED ARE P10" folder has 36 subfolders; the "CHECKED OR LARGE ARE P10" folder has 23 subfolders; the "MODELS - ALL ARE P10" folder has 18 subfolders; and the MODELS - CHECKED OR LARGE ARE P10" folder has 4 subfolders. The "ALL ARE P10" folder comprises at least 8,772 pages of material. Combined with the

1    other folders, Perfect 10 submitted at least 28,672 pages of material on that DVD
2    alone.

3        17.    DVD 2 provided with the March 17, 2008 notice contains 3 top level
4    folders: "ALL ARE P10," "CHECKED OR LARGE ARE P10," and "MODELS."
5    The "ALL ARE P10" folder has 41 subfolders; the "CHECKED OR LARGE ARE
6    P10" folder has 16 subfolders; the "MODELS - ALL ARE P10" subfolder has 19
7    subfolders; and the "MODELS - CHECKED ARE P10" subfolder has 3 subfolders.
8    The "ALL ARE P10" folder comprises at least 11,114 pages of material.  Combined
9    with the other folders, Perfect 10 submitted at least 16,130 pages of material on that
10   DVD alone.

11       18.    Each of the other DVDs we reviewed similarly contain multiple layers
12   of folders comprising thousands of pages of material.

13       19.    The June 28, 2007 hard drive is even more voluminous than the DVDs.
14   The "z other infringing websites" folder has three subfolders: "ALL ARE P10,"
15   "ALL LARGE ARE P10," and "ALL LARGE WITH P10 NOTICES."  The "ALL
16   ARE P10" subfolder has 58 subfolders; the "ALL LARGE ARE P10" subfolder has
17   107 subfolders; and the "ALL LARGE WITH P10 NOTICES" subfolder has 3
18   subfolders.  The "amp2000.com.ar" subfolder to the "ALL LARGE ARE P10"
19   subfolder to the "z other infringing websites" folder contains four .pdf files
20   comprising 1,514 pages.  The "fritchy.com" subfolder to the "ALL LARGE WITH
21   P10 NOTICES" subfolder to the "z other infringing websites" folder contains
22   twelve .pdf files comprising 11,303 pages.  The "ALL LARGE ARE P10" subfolder
23   in the "z other infringing websites" folder comprises at least 24,870 pages of
24   material.  In total, the "z other infringing websites" folder contains at least 46,187
25   pages of material.

26       20.    The "z perfect 10 website" folder on the hard drive contains 367
27   subfolders organized alphabetically by what appear to be model names.  The files in
28

these subfolders were overwhelmingly .jpg files. Altogether, there are over 15,000 pages of material in the "z perfect 10 website" folder.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed July 1, 2009 at Redwood Shores, California.

_____
Sibrina Khan