QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>DECLARATION OF BILL BROUGHER IN SUPPORT OF DEFENDANT GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT RE: GOOGLE'S ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512<br><br>Hon. A. Howard Matz<br><br>Date: August 17, 2009<br>Time: 10:00 a.m.<br>Ctrm: 14<br><br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set<br><br>**PUBLIC REDACTED** |

01980.51320/2993253.1

I, Bill Brougher, declare as follows:

1. I currently am Director of Partner Technology Management at Google Inc. ("Google"). For three and a half years I was a Product Manager for Google Web Search. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Google operates the world's most popular Internet search engine accessible, among other places, on the World Wide Web at www.google.com.

3. Google has indexed billions of web pages available on the Internet. Google's search products allow users to quickly locate information from these web pages on a particular subject via a simple search query. Google accomplishes this task, in part, by compiling an index of the content available on accessible web sites and querying this index rather than querying the billions of different web pages. It would be impossible for Google to locate and index all of the web pages manually.

4. Google – like other search engines – uses an automated software program (also known as a web crawler, or Googlebot) to obtain copies of publicly available web pages. The Googlebot obtains copies of web pages by sending requests to the server for the originating website and receiving the requested content in response. Google's proprietary software analyzes a copy of each web page it receives from the originating web servers and compiles an index of the text available on accessible websites. For Image Search, Google's search engine compiles an index of the text associated with each image crawled. Although Google crawls and indexes billions of web pages, it does not crawl or index all web pages. For example, web pages hosted on servers with a robot exclusion .txt file, a file that instructs robots not to crawl or index those web pages, are not crawled or indexed by Google.

5. Google's search engine allows users to search the compiled index through an interface found at www.google.com. When a user enters a query in Web Search, the search engine searches its index for pages related to the query. When a

-1-

user enters a query in Image Search, the search engine searches its index for images with associated text relevant to the query, and returns results consisting of one or more pages of "thumbnail images," which aid the user in identifying and locating the image or images most relevant to the search.

6. For many of the web pages identified in response to user searches, Google provides users with the option of selecting a link to the "cached" copy of the web page through an automatic technical process, as opposed to a direct link to the website itself, for the purpose of making the material available to users who wish to access it after it is initially transmitted by the third-party websites. No such option is available on Image Search. Google's proprietary software automatically stores the text associated with the web pages it has indexed in the Web Search cache that is made available to users through an automatic process. Google maintains a copy of the text of a given web page in that cache only until the Googlebot next visits the particular web page. ██████████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ In the vast majority of cases, the cache will be refreshed approximately every few weeks. The cached copy is a temporary "snapshot" of the text on a web page as it appeared the last time the web page was crawled by the Googlebot. The text stored in the cache includes any URLs embedded in the page, including any image URLs. The Googlebot obtains copies of the text of web pages from originating websites without modification to their content.

7. Google does not maintain cached copies of the images that may appear on a cached page. Those images are hosted on the originating site and will only appear if they are actually live on that site at the time the user calls up the cache page. As noted above, the cache does include any URLs embedded in the text of the cached page and thus if the image is no longer live on the original site, it will not load on the cached page viewed by the Google user.

8. When a user clicks on the "cached" link, the user sends a request to Google's computers which respond automatically by transmitting the archival copy of the text of a web page that is stored in the Web Search cache made available to users. The text of the cached page made available to the user shows the original web page HTML text as it existed when it was accessed, copied, and indexed by Google, and may also highlight the user's search terms.

9. Google adds a notice at the top of its cached page made available to the user identifying the fact that the web page is from Google's system cache, and not the originating web page, noting "Google's cache is the snapshot that we took of the page as we crawled the World Wide Web. The page may have changed since that time." The notice also identifies the date that Google obtained the copy of the web page text and provides two separate links to the original web page. Google also highlights the user's search terms.

10. Google's cache provides Internet users with a number of benefits. First, it allows users to view pages when the user cannot access directly. A web page can become inaccessible because of transmission problems, censorship by governments, or too many users seeking the same page at the same time. In each case, users may still be able to access an archival copy of the page text via the "cached" link in Google's search results. This also benefits web publishers by allowing people to view their content at a time when it would not otherwise be available.

11. Second, this archival functionality is important to users, such as researchers, who wish to determine how a particular web page changed over time. By examining Google's copy of the web page text, users can identify subtle but potentially significant differences between the current version of a page, and the page as it existed when the Googlebot last visited that page.

12. Third, the cached link may allow users to more readily determine why a particular page was responsive to their query, by highlighting the terms in the

user's query. This can be of particular importance to users where a page has been modified, or where the reason that a page was returned in response to a user's query is not readily apparent.

13. If the webmasters hosting the content in question specify rules concerning refreshing, reloading, or other updating of the material, Google complies with those rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed June 29, 2009 at Mountain View, California.

Bill Brougher