| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Michael T. Zeller (Bar No. 196417)<br>  michaelzeller@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>  Rachel Herrick Kassabian (Bar No. 191060)<br>  rachelkassabian@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065 |
| 9 | Attorneys for Defendant Google Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF DEFENDANT GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT RE: GOOGLE'S ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512<br><br>Hon. A. Howard Matz<br><br>Date: August 17, 2009<br>Time: 10:00 a.m.<br>Ctrm: 14<br><br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set<br><br>**PUBLIC REDACTED** |

DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT RE: GOOGLE'S ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512

Dockets.Justia.com

I, Rachel Herrick Kassabian, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Defendant Google Inc. ("Google") in this action. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, could and would competently testify thereto.

2. Attached as Exhibit A is a chart which summarizes, for the court's convenience, the deficiencies in each of Perfect 10's claimed DMCA notices.

3. Attached as Exhibit B is a true and correct copy of excerpts of the Joint Stipulation Re: Google's Motion to Determine the Sufficiency of Perfect 10's Responses to Google's Requests for Admission, Docket No. 372, filed October 27, 2008.

4. Attached as Exhibit C is a true and correct copy of excerpts from the Congressional Record of the Senate Proceedings and Debates of the 105th Congress, Second Session, dated Thursday May 14, 1998, regarding the then-pending legislation that became the Digital Millennium Copyright Act ("DMCA"), obtained from Westlaw.

5. Attached as Exhibit D is a true and correct copy of excerpts of the Congressional Record of the House of Representatives Proceedings and Debates of the 105th Congress, Second Session, dated Thursday August 4, 1998, regarding the then-pending legislation that became the DMCA, obtained from Westlaw.

6. Attached as Exhibit E is a true and correct copy of excerpts of the 105th Congress, Second Session House of Representatives Report 105-551 (Part 2) dated July 22, 1998, regarding the then-pending legislation that became the DMCA.

7. Attached as Exhibit F is a true and correct copy of the portion of the DMCA codified at 17 U.S.C. § 512, obtained from Westlaw.

8.     Attached as Exhibit G is a true and correct copy of excerpts of Perfect 10's Responses to Google's First Set of Requests for Admission, served May 5, 2008.

9.     Attached as Exhibit H is a true and correct copy of excerpts of the Declaration of Norman Zada in Support of Perfect 10's Opposition to A9.com's Motion for Summary Judgment, Docket No. 146, filed in the related action denominated *Perfect 10, Inc. v. Amazon.com, Inc*., *et al.* on September 14, 2008.

10.    Attached as Exhibit I is a true and correct copy of excerpts of Perfect 10's Response to Google's Second Set of Requests for Admission, served June 27, 2008.

11.    Attached as Exhibit J is a true and correct copy of two email chains between Perfect 10 and its vendor Attributor Corporation, produced by Attributor Corporation in response to a subpoena issued in this action.

12.    Attached as Exhibit K is a true and correct copy of printed excerpts of Exhibit 9 to the Declaration of Norman Zada in Support of Perfect 10's Motion for Summary Judgment Against Alexa and Amazon, Docket No. 177, filed in the related action denominated *Perfect 10, Inc. v. Amazon.com, Inc*., *et al.*  In his Declaration, Norman Zada described Exhibit 9 as "true and correct copies of image recognition reports generated by Attributor, Inc., a company hired by Perfect 10 to locate its images using image recognition."

13.    Attached as Exhibit L is a true and correct copy of documents produced by Plaintiff Perfect 10, Inc. ("Perfect 10") to Google in the course of discovery in this action.  Included in Exhibit L are e-mail communications from Perfect 10 to Google dated May 11, 2001 (Exhibit L1), May 15, 2001 (Exhibits L2, L3 and L4), May 18, 2001 (Exhibits L5, L6 and L7), May 21, 2001 (Exhibits L8, L9 and L10), May 22, 2001 (Exhibits L11, L12 and L13), May 24, 2001 (Exhibit L14), June 26, 2001 (Exhibit L15), June 29, 2001 (Exhibit L16) and July 6, 2001 (Exhibit L17).

DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT RE: GOOGLE'S ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512

1 | For the purposes of Google's motion, the communications in Exhibit L are referred
2 | to as the "Group A Notices."

14. Google has yet to receive complete discovery establishing Perfect 10's alleged ownership of all of the images at issue in this lawsuit, such as complete records of all copyright registration and deposits materials, and materials documenting the chain of title for the images Perfect 10 allegedly commissioned or purchased from third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed July 1, 2009 at Redwood Shores, California.

*Rachel Herrick Kassabian* (signature)

_____
Rachel Herrick Kassabian