Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers, Suite 910
21800 Oxnard Street
Woodland Hills, California 91367
Email: Jeff@mausnerlaw.com
Telephone:  (310) 617-8100, (818) 992-7555
Facsimile:   (818) 716-2773

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>GOOGLE, INC., a corporation;<br><br>                    Defendant. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV05-4753 AHM (SHx)<br><br>**DECLARATION OF SEAN CHUMURA IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT AGAINST GOOGLE**<br><br>**BEFORE JUDGE A. HOWARD MATZ** |
| AND CONSOLIDATED CASE. | Date:   August 17, 2009<br>Time:  10:00 a.m.<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date:   None Set<br>Pretrial Conference Date:  None Set<br>Trial Date:   None Set |

I, Sean Chumura, declare as follows:

1.      I am a professional programmer with over 15 years of experience in Computer Security and Computer Forensics. I was a student and protégé of Michael R. Anderson, a pioneer in the Science of Computer Forensics. I have testified as an expert in court proceedings in the field of Computer Forensics. I have an issued patent in which I am a co-inventor, in the field of computer security. I have worked with the federal, state, and local governments, as well as foreign governments and private industry, in the field of computer security and computer forensics. I have been certified by NTI, one of the most knowledgeable and respected firms for forensic computer science, for governmental and private sector computer forensics. I was admitted into the prestigious Washington, D.C. Law Enforcement Association HTCC (High Tech Crime Consortium group) by confirmation from the FBI, and I am a member of numerous task forces and associations. The following are some of the entities I have done work for over the past four years: Baseline Control, Biche, City of Beverly Hills, Computer Sciences Corporation, D.I.S.A. (Defense Information Systems Agency), D.H.S. (Department of Homeland Security), F.B.I. (Federal Bureau of Investigation), JFCOMM (Joint Forces Command), LGB Associates Inc., Lockheed Martin, NOW Solutions, Oasis Network LLC, Northrup Grummen, Perfect 10, Inc., Sun Microsystems, Transaction Solutions, VCSY (Vertical Computer Systems), Westinghouse, as well as other government agencies. For some of the projects that I have worked on, I have had a Top Secret security clearance.

2.      I have consulted for the FBI in the areas of cyberterrorism, forensic computer investigation, and white collar crime. I have extensive experience writing computer programs, including programs to protect computers from viruses, denial of service attacks, and other malicious acts. I have also written programs to investigate piracy, to detect financial fraud, and to allow computer

networks to identify computers that are no longer functioning properly due to software issues and correct those problems in an automated fashion.   I also cofounded the first private cyber warfare/terrorism defense center and helped develop the technology to identify attacks against infrastructure in near real-time.

3.      I submit this declaration in support of Perfect 10's Motion for Summary Judgment Against Google.  I have examined Exhibit 1 which is attached to this declaration, which I obtained from Jeff Mausner.   Page 1 of Exhibit 1 is the output of a program that I created under the direction of Dr. Norman Zada.  The program allows Perfect 10 to select images from Google Image Search by checking a box that the program makes available next to each Google thumbnail. The program places the date the Google search was done in the upper right corner, and puts the three links offered by Google for each image in the block corresponding to that image.  The first URL after the term "Image" is the URL associated with Google's "See full-size image" link; the second URL after the term "Site" is the link Google provides to the underlying third party website (often called a Web Page URL); and the bottom URL after the term "Thumbnail" is the link to the location at which the "thumbnail" resides on Google's server.

4.      If Google received page 1 of Exhibit 1 in a notice, it would have more than enough information to readily locate and block all the URLs listed on page 1. Adobe Acrobat has a feature which allows for the extraction of URLs.  So Google could cut and paste whatever URLs it wanted from page 1 of Exhibit 1 into a text file or excel spreadsheet.

5.      I have examined pages 2 through 7 of Exhibit 1.  If Google received any of those pages in a notice, it would have enough information to locate the images on that page, and remove the images and the webpage from both its Image Search and Web Search results.  All Google needs to act is the Web Page URL, which is contained on each of those pages.  Once Google has the URL of the Web

Page containing an infringement, it can block it. The Web Page URL may be thought of as the specification of a particular page in a particular book. It tells Google where to go on the Internet to find the infringing material, equivalently, which book to open and which page to turn to. On pages 3-6, the Web Page URL is highlighted. On page 7, it appears in the browser bar. For page 2, Google has the search term, "Ingrid Ostvat", the base URL of the website where each image is located, darkshadow.3xforum.ro, and what is sometimes called the "Thumbnail Source URL." This is the URL that is displayed in the address bar of a web browser when a user clicks on the thumbnail. Page 8 of Exhibit 1 (which is the same web page as Exhibit 2), shows an example of one such "Thumbnail Source URL." The Thumbnail Source URL contains both the "See full-size image" URL as well as the Web Page URL embedded in it, along with information such as whether the user had their safe search on and what browser they were using. It may be readily extracted using Adobe's URL extraction feature, as shown on page 9 of Exhibit 1. On page 9, the first highlighted term is the "See full-size image" URL. The second highlighted term is the web page URL.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 28, 2009, at Pittsburgh, Pennsylvania.

Sean Chumura

Declaration of Sean Chumura In Support of Perfect 10's Motion for Summary Judgment Against Google

Exhibit 1

**GOOGLE Images**

## 51 results for "Xenia Szabo"
<span style="float:right">7/8/2008</span>

---

**1**



Search string: **"Xenia Szabo"** <mark>Image</mark> http://img133.imagevenue.com/loc173/th_64278_21.jpg <mark>Site</mark> http://forum.phun.org/showthread.php?p=729907 Image Info: 106x160 Size: 7Kb

<mark>Thumbnail</mark> http://tbn0.google.com/images?q=tbn:Vs0bIZd_jqxVPM: http://img133.imagevenue.com/loc173/th_64278_21.jpg

---

**2**



Search string: **"Xenia Szabo"** Image http://www.imagerise.com/images.php/t4766_XeniaSzabo22.jpg Site http://titsandhentai.wordpress.com/2008/04/16/xenia-szabo/ Image Info: 99x150 Size: 6Kb

Thumbnail http://tbn0.google.com/images?q=tbn:MYCIndOeHiRYpM: http://www.imagerise.com/images.php/t4766_XeniaSzabo22.jpg

---

**3**



Search string: **"Xenia Szabo"** Image http://www.imagerise.com/images.php/t4755_XeniaSzabo01.jpg Site http://titsandhentai.wordpress.com/2008/04/16/xenia-szabo/ Image Info: 99x150 Size: 6Kb

Thumbnail http://tbn0.google.com/images?q=tbn:YSICEWI5K6tg6M: http://www.imagerise.com/images.php/t4755_XeniaSzabo01.jpg

---

**4**



Search string: **"Xenia Szabo"** Image http://img11.imagevenue.com/loc229/th_16866_01.jpg Site http://www.sztar.com/showthread.php?p=1367574 Image Info: 106x160 Size: 7Kb

Thumbnail http://tbn0.google.com/images?q=tbn:kSvskXqpK00tXM: http://img11.imagevenue.com/loc229/th_16866_01.jpg

---

**5**



Search string: **"Xenia Szabo"** Image http://blog7.fc2.com/a/aitaine/file/20060525.jpg Site http://aitaine.blog7.fc2.com/blog-date-200605.html Image Info: 300x451 Size: 49Kb

Thumbnail http://tbn0.google.com/images?q=tbn:zfMv2sApk-Kw4M: http://blog7.fc2.com/a/aitaine/file/20060525.jpg

---



**SafeSearch is off**

Advanced Image Search
Preferences

**Images**   Showing:   All image sizes        Any content      🪟 **All colors ▼**          Results **19 - 36** of about **130** (0.04 seconds)





| | | |
|---|---|---|
|  |  |  |

PERFECT10 com - The World s Most ...   PERFECT10 com - The World s Most ...   PERFECT10 com - The World s Most ...
99 x 150 - 7k - jpg                     99 x 150 - 6k - jpg                     99 x 150 - 5k - jpg
darkshadow.3xforum.ro                   darkshadow.3xforum.ro                   darkshadow.3xforum.ro





PERFECT10 com - The World s Most ...   PERFECT10 com - The World s Most ...   PERFECT10 com - The World s Most ...
99 x 150 - 4k - jpg                     99 x 150 - 5k - jpg                     99 x 150 - 5k - jpg
darkshadow.3xforum.ro                   darkshadow.3xforum.ro                   darkshadow.3xforum.ro





PERFECT10 com - The World s Most ...   PERFECT10 com - The World s Most ...   PERFECT10 com - The World s Most ...
99 x 150 - 4k - jpg                     99 x 150 - 5k - jpg                     99 x 150 - 5k - jpg
darkshadow.3xforum.ro                   darkshadow.3xforum.ro                   darkshadow.3xforum.ro





PERFECT10 com - The World s Most ...   PERFECT10 com - The World s Most ...   PERFECT10 com - The World s Most ...
99 x 150 - 6k - jpg                     99 x 150 - 5k - jpg                     99 x 150 - 5k - jpg
darkshadow.3xforum.ro                   darkshadow.3xforum.ro                   darkshadow.3xforum.ro




PERFECT10 com - The World s Most ...   PERFECT10 com - The World s Most ...   PERFECT10 com - The World s Most ...
99 x 150 - 5k - jpg                     99 x 150 - 4k - jpg                     99 x 150 - 6k - jpg
darkshadow.3xforum.ro                   darkshadow.3xforum.ro                   darkshadow.3xforum.ro

This is Google's cache of http://www.monitor.hr/belle/0112/011206.htm. It is a snapshot of the page as it appeared on 16 Sep 2008 18:14:02 GMT. The current page could have changed in the meantime. Learn more

Text-only version
These search terms are highlighted: zoya konyieva

# Zoya Konyieva

Monitor home | Belle indeks | Prosinac 2001 | Prije | Poslije



# Zoya Konyieva

Monitor home | Belle indeks | Prosinac 2001 | Prije | Poslije



Monitor home | Belle indeks | Prosinac 2001 | Prije | Poslije

Google Image Result for http://wallpapers.wallpapercar.com/russian-girl/russian-girl/9997-inna-shevchenko.jpg - Mozilla Firefox

File Edit View Go Bookmarks Tools Help

http://images.google.com/imgres?imgurl=http://wallpapers.wallpapercar.com/russian-girl/russian-girl/9997-inna-shevchenko.jpg&imgrefurl=http://wallpapers.wallpapercar.com/ Go

Getting Started Latest Headlines

Google

See full-size image.

wallpapers.wallpapercar.com/russian-girl/russ...

140 x 111 - 6k

*Image may be scaled down and subject to copyright.*

Remove Frame

Image Results »

Below is the image in its **original context** on the page: **wallpapers.wallpapercar.com/russian-girl/**

**Beautiful Russian Girls**
Find a soul mate, love and marriage from our Ukraine and Russian women

**Armenian Match - Barev**
Smart, Sexy Armenians Meet Here. Find your Armenian Match Here!

Ads by Google

**Meet Beautiful Singles**
Browse photos of Millions of Users Find True Love today

**Totally Free Wallpapers**
Get Bikini Com Girls Wallpaper Download Now! Quick & Easy

Ads by Google

Save up to 78% on Airfare

Powered by BritePic

June 2007

| S | M | Tu | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Transferring data from ads.adbrite.com...

start 9 Windows Explorer 21 Firefox 9:33 PM

marisa_miller_24.jpg (image)



Lingerie Dreams: Pretty girls in bras, tiny panties, stockings and garters: Models, beauties, babes, pinups all in lingerie - Mozilla Firefox

http://lingeriedreams.blogspot.com/2004_11_28_archive.html

site:lingeriedreams.blogspot.com



Interesting to have panties which match your top...I have to say I love her shoes. Lovely long legs are set off so well with the right shoes...

corset girl

Hot Lingerie Links Tiny Panties! Cleavage! Boosting Bras Naughty Links

**Lace Lingerie**
Find great deals and save! Compare products, prices & stores

**Panty of the Month**
As Seen on CNN and in Playboy! New Sexy Lingerie Set Every Month

Ads by Google

POSTED BY JENNIFER AT 12:46 AM    0 COMMENTS

**FRIDAY, DECEMBER 03, 2004**

### Black Lace Scarf



A black thong and a, well, scarf?? Once again the idea of lingerie is concealment as well as provocation and this long shot is a little of both...Why is Natalia Sirocka walking down a country road wearing very little? Another mystery for the ages...

Hot Lingerie Links Tiny Panties! Cleavage! Boosting Bras Naughty Links

POSTED BY JENNIFER AT 1:33 AM    1 COMMENTS

### Raised slip

**PICTURE SITES**

Hot Celebrity Photos
jen's list
babes creamlog
creamlog
knakworst
soft galleries
babelog
hawt babes
glamour legs (Japan!)
surabayajane blog
sensual arousal blog
sexcity forums
bad girls blog
best of nudes
god's art
excellent photos
voluptus
babelog
adult top blogs
nude.hu
the omega project
beauty girls
sexy pix
sexy pix mega

**NAUGHTY BLOGS**

Sexoteric
A New York Escorts
Confessions
Bacchus
Daze Reader
newlywed satisfaction
Prurient Obscenities
SLA
TwiddlyBits
Word Oyster
panty perv

**SYNDICATED AT**

web nymph

babeslog
babe-a-licious
unique peek
blonde blog
your dirty mind
attu sees all
dumpa link
we are making porn
babes kick ass we are
making porn
dadump



  start   083007    sc     Lingerie Dreams: Pret...  ads next to images b...  9:08 PM



http://images.google.com/imgres?imgurl=http://www.imagerise.com/images.php/t133_AlexandraBerejnova42copy.jpg&imgrefurl=http://darkshadow.3xforum.ro/post/1532/1/PERFECT10_com_-_The_World_s_Most_Beautiful_Natural_women_/&usg=__RtMcrOXj2G7_XIiP-9Fv6Flbwxw=&h=150&w=99&sz=7&hl=en&start=11&um=1&tbnid=d7MunlVjsDS9eM:&tbnh=96&tbnw=63&prev=/images%3Fq%3Dsite:www.imagerise.com%2B%2522Ingrid%2BOstvat%2522%2Bdarkshadow.3xforum.ro%26hl%3Den%26safe%3Doff%26client%3Dfirefox-a%26channel%3Ds%26rls%3Dorg.mozilla:en-US:official%26um%3D1