1  Jeffrey N. Mausner (State Bar No. 122385)
2  Law Offices of Jeffrey N. Mausner
   Warner Center Towers
3  21800 Oxnard Street, Suite 910
4  Woodland Hills, California 91367-3640
   Email: Jeff@mausnerlaw.com
5  Telephone: (310) 617-8100, (818) 992-7500
6  Facsimile: (818) 716-2773

7  Attorneys for Plaintiff Perfect 10, Inc.

8
9                 UNITED STATES DISTRICT COURT
10                CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  PERFECT 10, INC., a California corporation, | Case No. CV 04-9484 AHM (SHx) |
| 13 | Consolidated with Case No. CV 05-4753 AHM (SHx) |
| 14              Plaintiff, | |
| 15        v. | **DECLARATION OF C.J. NEWTON** |
| 16  GOOGLE, INC., a corporation; and | **BEFORE JUDGE A. HOWARD MATZ** |
| 17  DOES 1 through 100, inclusive, | Date:  August 17, 2009<br>Time:  10:00 a.m. |
| 18              Defendant. | Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz |
| 19  ——————————————— | Discovery Cut-Off Date: None Set |
| 20  AND CONSOLIDATED CASE. | Pretrial Conference Date: None Set<br>Trial Date: None Set |

I, C. J. Newton, declare as follows:

1. I was the Chief Executive Officer, and am currently the Chief Strategy Officer, of Mir Internet Marketing, Inc. ("Mir") and its division SEO Logic Search Engine Optimization and Placement Services. Mir is in the business of developing and rehabilitating websites so they perform better in natural search results. I submit this declaration in connection with Perfect 10's lawsuit against Google. All of the matters stated herein are of my own personal knowledge, except where otherwise stated, and if called as a witness, I could and would testify competently thereto.

2. I write articles regarding search engine optimization and related subjects, which are published on SEO Logic's and Mir's websites. These articles, or portions of them, are copied by others. Google's search engine provides links to the copied articles.

3. Starting in October 2002, I began sending DMCA notices to Google, to try to get Google to remove links to the infringing articles. At first, it appeared that Google may have taken some action to remove infringing links, but it soon became clear to me that Google was not taking any action in response to my notices. I sent well over one hundred notices to Google between October 2002 and November 2007. By the end of November 2007, I simply gave up trying to get Google to remove or disable access to infringing material. After I sent notices to Google, I would perform searches to see if Google had removed any of the links, and I saw that Google was not doing so. Google only wrote back to me once, when one of my faxes to them did not go through properly. A true and correct copy of this email from Google is attached as Exhibit 1. Other than that, Google never asked for any additional information, or told me what action was taken in regard to my notices. I am completely dissatisfied with the way Google dealt with the many notices that I sent to them.

1
Declaration of C.J. Newton

4. For example, one of the last notices I sent to Google, before giving up, is attached as Exhibit 2. As of today, Google still has not removed or disabled access to the link set forth in that notice. In fact, the first search result Google provides in response to the noted search term is the very same infringing website I pointed out in my notice. See Exhibit 3, which is Google's search result from a search conducted on May 28, 2009, using the search term set forth in my September 17, 2007 notice.

5. Even though Google did not respond to my notices or remove links to the infringing articles from its search results, it sent copies of my notices to chillingeffects.org, a website that published my notices on the Internet. My notices, which were then published, gave the location of where the infringing articles were located, so that was another way that people could find the infringing articles.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 28th day of May, 2009 in Oak Park, Illinois.



_____
C.J. Newton

# Exhibit 1

**From:** help@google.com
**Subject:** **[SPAM] SEO2 Web Contact | User Support | Google**
**Date:** March 31, 2005 11:13:48 AM CST
**To:** staff@seologic.com

1 Attachment, 0.6 KB

# SEO Web Contact

**contact info**

| | |
|---|---|
| Business Name: | Google |
| Contact Name: | User Support |
| Title: | |
| Address: | 1600 Amphitheatre Parkway |
| City: | Mountain View |
| State: | CA |
| Zip: | 94043 |
| Country: | USA |
| Phone: | 650 623 4000 |
| Fax: | (650) 618-2649 |
| Email: | help@google.com |
| URL: | www.google.com |

**Message:** you have the incorrect address and fax number for Google DMCA notifications. Google, Inc. Attn: User Support, DMCA Complaints 1600 Amphitheatre Parkway Mountain View, CA 94043 OR fax to: (650) 618-2649 Attn: User Support, DMCA complaints

**Keywords:** , , , ,

**USER AGENT:** Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; .NET CLR 1.1.4322)

**SESSION ID:** 4d22d849cc4af553ba2bca59a11cf84a

**REFERER:**



UserSupport.vcf (0.6 KB)

# Exhibit 2



SEO Logic Search Engine Optimization
and Placement Services
818 Harrison Street, Suite 205
Oak Park, Illinois 60304
September 17, 2007

Google, Inc.
Attn: Google Legal Support, DMCA Complaints
2400 Bayshore Pkwy
Mountain View, CA 94043

Dear Google Customer Support Professionals,

The copyrighted work at issue is the text that appears on http://www.seologic.com/faq/title-tags.php.

Search Query: "Titles are used by website resource librarians"
http://www.google.com/search?q=%22Titles+are+used+by+website+resource+librarians&hl=en&safe=off&rls=GGGL,GGGL:2006-32,GGGL:en&filter=0
"resource librarians, directory editors"
http://www.google.com/search?q=%22resource+librarians,+directory+editors%22&hl=en&safe=off&rls=GGGL,GGGL:2006-32,GGGL:en&filter=0

Infringing Web Pages: http://www.conversionchronicles.com/print.php?PageID=104&tracking=print
http://www.conversionchronicles.com/Using_Title_Tags_to_Improve_SEO_and_Website_Conversion.html

My Contact Information: cnewton@seologic.com

Infringer's Contact Information:
The Conversion Chronicles
Steve Jackson
Oldmill
Ruukinkatu 4
FIN-20540
Turku
Finland
tel: +358 207 581 581
fax: +358 207 581 893
email: info@conversionchronicles.com

I have a good faith belief that use of the copyrighted materials described above on the allegedly infringing web pages is not authorized by the copyright owner, its agent, or the law.

I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Sincerely,

C. J. Newton, CEO
SEO Logic Search Engine Optimization and Placement Services




English | United States   [ Change ]

My Account   |   Log Out   |   Contact Us   |   Help

# Send A Fax

**CONFIRMATION**

| | |
|---|---|
| Fax Sent To: | 16509633255 |
| Recipient's Name: | Google Legal Support |
| Recipient's Company: | Google, Inc. |
| Client Code: | |
| Reference ID: | |
| Fax Quality: | Fine |
| Subject: | Attn: Google Legal Support, DMCA Complaints |
| Cover Page: | Following are two DMCA complaints. |

| | | |
|---|---|---|
| 2007-09-17-Conversion-Chronicles.pdf | 20045 bytes | Sent |
| 2007-09-17-isedb.pdf | 19919 bytes | Sent |

Print this page

## MY ACCOUNT

- Account Overview
  - Profile
  - Activity Logs
  - Preferences
  - Billing
- Send A Fax
- Add A Number
- Upgrade to eFax Pro
- eFax Message Center

## NEW ON EFAX

→ Announce your eFax number to your colleagues

→ Switch to Annual Billing and Save Today!

→ Add your eFax Number to your email signature.

Privacy // Home // About Us // Contact Us // Terms of Use // Legal // Site Map // Help

© 2007 j2 Global Communications, Inc. All rights reserved.
eFax is a registered trademark of j2 Global Communications.

o o o

# Exhibit 3

Web   Images   Video   Maps   News   Shopping   Gmail   more ▼                                                                          Sign in



"Titles are used by website resource librarians"   [Search]   Advanced Search
                                                              Preferences

---

Web   Show options...                              Results **1** - **10** of about **154** for "**Titles** **are** **used** by **website** **resource** **librarians**". (**0.60** seconds)

### Using Title Tags to Improve SEO & Website Conversion - Conversion ...
1) **Titles are used by website resource librarians**, directory editors (such as DMOZ), and other webmasters (such as strategic link partners) when they link **...**
www.conversionchronicles.com/Using_Title_Tags_to_Improve_SEO_and_
Website_Conversion.html - 22k - Cached - Similar pages

> ### Using Title Tags to Improve SEO & Website Conversion - Conversion ...
> 1) **Titles are used by website resource librarians**, directory editors (such as DMOZ), and other webmasters (such as strategic link partners) when they link **...**
> www.conversionchronicles.com/print.php?PageID=104&tracking=print - 13k -
> Cached - Similar pages

### Guide to make money online!: Using Title Tags to Improve SEO ...
1) **Titles are used by website resource librarians**, directory editors (such as DMOZ), and other webmasters (such as strategic link partners) when they link **...**
accounts4free.blogspot.com/2009/04/using-title-tags-to-improve-seo-website.html - 233k -
Cached - Similar pages

### Using Title Tags to Improve SEO & Website Conversion by Steve Jackson
1) **Titles are used by website resource librarians**, directory editors (such as DMOZ), and other webmasters (such as strategic link partners) when they link **...**
www.marketingsource.com/articles/view/2181 - 16k - Cached - Similar pages

### Search Engine Optimization Articles - Website Promotion - SEO News ...
1) **Titles are used by website resource librarians**, directory editors (such as DMOZ), and other webmasters (such as strategic link partners) when they link **...**
www.webproguide.com/articles/Using-Title-Tags-to-Improve-SEO-Website-Conversion/ - 16k
- Cached - Similar pages

### Using Title Tags to Improve SEO & Website Conversion ...
1) **Titles are used by website resource librarians**, directory editors (such as DMOZ), and other webmasters (such as strategic link partners) when they link **...**
www.searchenginechannel.com/2005/10/using-title-tags-to-improve-seo-and-website-

conversion - 22k - Cached - Similar pages

### Using Title Tags to Improve SEO & Website Conversion

1) **Titles are used by website resource librarians**, directory editors (such as DMOZ), and other webmasters (such as strategic link partners) when they link **...**
www.onlineearning.org/seo/using_title_tags_to_improve_seo_website_conversion.php - 17k - Cached - Similar pages

### Using Title Tags to Improve SEO & Website Conversion

1) **Titles are used by website resource librarians**, directory editors (such as DMOZ), and other webmasters (such as strategic link partners) when they link **...**
www.enginesdesktop.com/artcbase/Using-Title-Tags-to-Improve-SEO-Website-Conversion-1778.aspx - 20k - Cached - Similar pages

### Using Title Tags to Improve SEO & Website Conversion | SEO Cabinet

1) **Titles are used by website resource librarians**, directory editors (such as DMOZ), and other webmasters (such as strategic link partners) when they link **...**
www.linkchili.com/SEO-Cabinet/using-title-tags-to-improve-seo-a-website-conversion.html - 93k - Cached - Similar pages

### Using Title Tags to Improve SEO & Website Conversion

1) **Titles are used by website resource librarians**, directory editors (such as DMOZ), and other webmasters (such as strategic link partners) when they link **...**
test.wwbcity.net/using_title_tags_to_improve_seo_website_conversion.php - 14k - Cached - Similar pages

**1**  2  3  4  5  6  7     Next

"Titles are used by website resource librarians"  [Search]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google