Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100; (818) 992-7500
Facsimile: (818) 716-2773

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>GOOGLE, INC., a corporation, et. al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9484 AHM (SHx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
See ATTACHMENT A, attached hereto.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  Application and [Proposed] Order and Notice of Lodging

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  12/27/2005, Docket No. 94

☑ Manual Filing required (*reason*):
  Application and [Proposed] Order to be filed manually pursuant to LR79:5-1

| | |
|---|---|
| July 5, 2009 | Jeffrey N. Mausner |
| Date | Attorney Name |
| | Plaintiff, Perfect 10, Inc. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

**ATTACHMENT A to Notice of Manual Filing**

List of Documents To Be Manually Filed:

1. APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE AND [PROPOSED] ORDER; AND

2. NOTICE OF LODGING OF DOCUMENTS IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE.

//////////

//////////

//////////