Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100; (818) 992-7500
Facsimile: (818) 716-2773

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>GOOGLE, INC., a corporation, et. al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9484 AHM (SHx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Disk Containing Exhibit 9 to the Declaration of Dr. Norman Zada in Support of Perfect 10's Motion for Summary Judgment and Summary Adjudication Against Google [Disk Attached]; and Exhibit G to the Declaration of Jeffrey N. Mausner in Support of Perfect 10's Motion for Summary Judgment and Summary Adjudication Against Google.

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☐ Other

**Reason:**

☑ Under Seal
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated  12/27/2005, Docket No. 94
☐ Manual Filing required (*reason*):

| | |
|---|---|
| July 5, 2009 | Jeffrey N. Mausner |
| Date | Attorney Name |
| | Plaintiff, Perfect 10, Inc. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).