ORIGINAL

1  Jeffrey N. Mausner (State Bar No. 122385)
2  Law Offices of Jeffrey N. Mausner
   Warner Center Towers
3  21800 Oxnard Street, Suite 910
   Woodland Hills, California 91367-3640
4  Email: Jeff@mausnerlaw.com
   Telephone: (310) 617-8100, (818) 992-7500
5  Facsimile: (818) 716-2773

6  Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>GOOGLE, INC., a corporation; et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No.<br>CV 05-4753 AHM (SHx)<br><br>**APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE**<br><br>**BEFORE JUDGE A. HOWARD MATZ**<br><br>Date: None Set<br>Time: None Set<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Application to File Under Seal

Dockets.Justia.com

Pursuant to Local Rule 79-5.1, the Procedures and Schedules of the Hon. Stephen J. Hillman at Paragraph 17, and the Protective Order dated December 27, 2005 (Docket No. 94) entered by the Court, Perfect 10, Inc. hereby submits this application to file under seal the following documents:

1) **DISK CONTAINING EXHIBIT 9 TO THE DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE [DISK ATTACHED]; AND**

2) **EXHIBIT G TO THE DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JDUGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE.**

The disk contains material designated Confidential and Highly Confidential by defendant Google and designated Confidential by Perfect 10. Exhibit G contains portions of a deposition transcript designated Highly Confidential by Amazon/Alexa. Plaintiff, Perfect 10, Inc. respectfully requests that the above-entitled documents, which have been lodged, be filed under seal.

Dated: July 5, 2009

Respectfully submitted,
LAW OFFICES OF JEFFREY N. MAUSNER

By: *Jeffrey N. Mausner*
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 21800 Oxnard Street, Suite 910, Woodland Hills, California 91367

On July 5, 2009, I served the foregoing document(s) described as follows:

**NOTICE OF LODGING OF DOCUMENTS IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE**

**APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE; AND [PROPOSED] ORDER**

on the interested parties in this action by emailing to the address(es) as follows:

| | |
|---|---|
| Rachel Kassabian<br>rachelkassabian@quinnemanuel.com | Mark Jansen<br>mtjansen@townsend.com |
| Thomas Nolan<br>thomasnolan@quinnemanuel.com | Anthony Malutta<br>ajmalutta@townsend.com |
| Charles Verhoeven<br>charlesverhoeven@quinnemanuel.com | Tim Cahn<br>trcahn@townsend.com |
| Michael Zeller<br>michaelzeller@quinnemanuel.com | Gia Cincone<br>glcincone@townsend.com |

**EMAIL:** I transmitted by electronic mail such documents to the above email addresses.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on **July 5, 2009** at Los Angeles, California.

BY: _____*Brittany Douglass*_____
     Brittany Douglass