# ORIGINAL

Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.
FILED 2009 JUL -6 AM 11:29 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Perfect 10, INC., a California corporation,<br>        Plaintiff,<br>v.<br>GOOGLE, INC., a corporation; and DOES 1 through 100, inclusive,<br>        Defendant.<br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**NOTICE OF LODGING OF DOCUMENTS IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE**<br><br>**BEFORE JUDGE A. HOWARD MATZ**<br><br>Date: August 17, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

---

Notice of Lodging of Documents in Support of
Perfect 10's Motion for Summary Judgment and Summary Adjudication Against Google

Dockets.Justia.com

| | |
|---|---|
| 1 | Plaintiff, Perfect 10, Inc., hereby lodges the following documents: |
| 2 | 1) **DISK CONTAINING EXHIBIT 9 TO THE DECLARATION OF** |
| 3 | **DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR** |
| 4 | **SUMMARY JUDGMENT AND SUMMARY ADJUDICATION AGAINST** |
| 5 | **GOOGLE [DISK ATTACHED]** |
| 6 | 2) **EXHIBIT G TO THE DECLARATION OF JEFFREY N.** |
| 7 | **MAUSNER IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY** |
| 8 | **JDUGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE.** |
| 9 | The disk and exhibit contain confidential material and should be filed under |
| 10 | seal pursuant to the December 27, 2005 protective order in this case, Docket No. 94. |
| 11 | Dated: July 5, 2009 |

Respectfully submitted,
LAW OFFICES OF JEFFREY MAUSNER

By: *[signature: Jeffrey N. Mausner]*

Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.

---
- 1 -
Notice of Lodging of Documents in Support of
Perfect 10's Motion for Summary Judgment and Summary Adjudication Against Google

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 21800 Oxnard Street, Suite 910, Woodland Hills, California 91367

On July 5, 2009, I served the foregoing document(s) described as follows:

**NOTICE OF LODGING OF DOCUMENTS IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE**

**APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE; AND [PROPOSED] ORDER**

on the interested parties in this action by emailing to the address(es) as follows:

| | |
|---|---|
| Rachel Kassabian<br>rachelkassabian@quinnemanuel.com | Mark Jansen<br>mtjansen@townsend.com |
| Thomas Nolan<br>thomasnolan@quinnemanuel.com | Anthony Malutta<br>ajmalutta@townsend.com |
| Charles Verhoeven<br>charlesverhoeven@quinnemanuel.com | Tim Cahn<br>trcahn@townsend.com |
| Michael Zeller<br>michaelzeller@quinnemanuel.com | Gia Cincone<br>glcincone@townsend.com |

**EMAIL:** I transmitted by electronic mail such documents to the above email addresses.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on **July 5, 2009** at Los Angeles, California.

BY: _____*Brittany Douglass*_____
           Brittany Douglass