QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.* | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**PROOF OF SERVICE** |
| AND COUNTERCLAIM | |
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.* | |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 2, 2009, I served true copies of the following document(s) described as

**DEFENDANT GOOGLE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT RE: GOOGLE'S ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512(d) FOR WEB AND IMAGE SEARCH**

**DEFENDANT GOOGLE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT RE: GOOGLE'S ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512(c) FOR ITS BLOGGER SERVICE**

**DEFENDANT GOOGLE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT RE: GOOGLE'S ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512(b) FOR ITS CACHING FEATURE**

**DECLARATION OF PAUL HAAHR IN SUPPORT OF DEFENDANT GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT RE: GOOGLE'S ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512**

**DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF DEFENDANT GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT RE: GOOGLE'S ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512**

**DECLARATION OF SHANTAL RANDS POOVALA IN SUPPORT OF DEFENDANT GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT RE: GOOGLE'S ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512**

**DECLARATION OF BILL BROUGHER IN SUPPORT OF DEFENDANT GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT RE: GOOGLE'S ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512**

**GOOGLE INC.'S NOTICE OF LODGING OF NON-DOCUMENTARY EXHIBITS TO THE DECLARATION OF SHANTAL RANDS POOVALA**

**GOOGLE INC.'S NOTICE OF LODGING OF NON-DOCUMENTARY EXHIBIT II TO THE DECLARATION OF SHANTAL RANDS POOVALA**

**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512(b) FOR ITS CACHING FEATURE**

**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512(C) FOR ITS BLOGGER SERVICE**

**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY**

51320/2992954.1

| | |
|---|---|
| 1 | **JUDGMENT RE: ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512(D) FOR WEB AND IMAGE SEARCH** |
| 2 | |
| 3 | **GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT RE: GOOGLE'S ENTITLEMENT TO SAFE HARBORS UNDER 17 U.S.C. § 512, AND SUPPORTING DOCUMENTS** |
| 4 | |
| 5 | **[PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT RE: GOOGLE'S ENTITLEMENT TO SAFE HARBORS UNDER 17 U.S.C. § 512, AND SUPPORTING DOCUMENTS** |
| 6 | |
| 7 | |
| 8 | |
| 9 | on the parties in this action as follows: |
| 10 | LAW OFFICES OF JEFFREY N. MAUSNER |
| 11 | Jeffrey N. Mausner, Esq.<br>21800 Oxnard Street, Suite 910 |
| 12 | Woodland Hills, CA 91367<br>Telephone: (310) 617-8100 |
| 13 | **ATTORNEY FOR PLAINTIFF/COUNTER-DEFENDANT** |
| 14 | **PERFECT 10, INC.** |
| 15 | |
| 16 | **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served. |
| 17 | |
| 18 | |
| 19 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 20 | Executed on July 2, 2009, at Los Angeles, California. |
| 21 | |
| 22 | |
| 23 | Jaklin Ahadi |