**DENIED**
BY ORDER OF
[signature]
UNITED STATES DISTRICT JUDGE
ON 7/8/09

*This requested relief is now moot in light of order filed today. AHM*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S *EX PARTE* APPLICATION RE: PLAINTIFF PERFECT 10, INC.'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION RE: COPYRIGHT INFRINGEMENT AGAINST DEFENDANT GOOGLE INC.**<br><br>Hon. A. Howard Matz<br><br>Date: None Set<br>Time: None Set<br>Crtrm.: 14<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

51320/2545438.1

[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S EX PARTE APPLICATION

# [PROPOSED] ORDER

For good cause shown, defendant Google Inc.'s *Ex Parte* Application regarding Perfect 10, Inc.'s Motion for Summary Judgment and Summary Adjudication re: Copyright Infringement Against Defendant Google Inc. is hereby GRANTED. The Court accordingly ORDERS as follows:

(1) Google's Motions for Summary Judgment Regarding Google's Entitlement to Safe Harbor Under 17 U.S.C. § 512(b), (c) and (d) ("Google's DMCA Motions") shall be heard and decided before Perfect 10's Motion for Summary Judgment and Summary Adjudication ("Perfect 10's Motion).

(2) Google need not file a response to Perfect 10's Motion at this time, and the August 17, 2009 hearing on Perfect 10's Motion is hereby vacated.

(3) The portions of Perfect 10's Motion raising DMCA safe harbor issues are hereby stricken as duplicative of Google's previously-filed DMCA Motions.

(4) Following the Court's issuance of a written opinion resolving Google's DMCA Motions, and in the event that Perfect 10's Motion has not been mooted by same, the Court will set a briefing and hearing schedule regarding the liability portions of Perfect 10's Motion.

IT IS SO ORDERED.

DATED: July ___, 2009

**DENIED**

By_____
Hon. A. Howard Matz
United States District Judge