QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
    rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.* | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**GOOGLE INC.'S NOTICE OF LODGING OF NON-DOCUMENTARY EXHIBIT II TO THE DECLARATION OF SHANTAL RANDS POOVALA**<br><br>Hon. A. Howard Matz<br><br>Date: August 17, 2009<br>Time: 10:00 a.m.<br>Ctrm: 14<br><br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set<br><br>**HIGHLY CONFIDENTIAL FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER** |
| AND COUNTERCLAIM | |
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.* | |

FILED
CLERK, U.S. DISTRICT COURT
JUL -7 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| 1 | NOTICE IS HEREBY GIVEN that pursuant to this Court's Local Rule 11-5.1 and in support of the Declaration of Shantal Rands Poovala in Support of Defendant Google's Motions for Summary Judgment re: Google's Entitlement to Safe Harbor Under 17 U.S.C. § 512, Defendant Google Inc. ("Google") hereby lodges the following exhibit with the Court: |

NOTICE IS HEREBY GIVEN that pursuant to this Court's Local Rule 11-5.1 and in support of the Declaration of Shantal Rands Poovala in Support of Defendant Google's Motions for Summary Judgment re: Google's Entitlement to Safe Harbor Under 17 U.S.C. § 512, Defendant Google Inc. ("Google") hereby lodges the following exhibit with the Court:

1. A true and correct copy of a disk containing documents created by Google is lodged herewith as Exhibit II. Exhibit II contains material that Google has designated Highly Confidential pursuant to the Protective Order entered by the Court in this action (Docket No. 94). Accordingly, pursuant to Local Rule 79-5.1, the Procedures and Schedules of the Honorable A. Howard Matz, and the Protective Order, Google has requested that Exhibit II be filed under seal.

DATED: July 2, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *Rachel Herrick Kassabian*
Rachel Herrick Kassabian
Attorneys for Defendant GOOGLE INC.