**ORIGINAL**


FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2009
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

LODGED
2009 JUL -6 AM 11:29

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a corporation; et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No.<br>CV 05-4753 AHM (SHx)<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE<br><br>BEFORE JUDGE A. HOWARD MATZ<br><br>Date: None Set<br>Time: None Set<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

[PROPOSED] ORDER TO FILE UNDER SEAL

Dockets.Justia.com

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that pursuant to the Protective Order in this matter, Docket No. 94, the following documents, which have been lodged with this Court, shall be filed under seal: |

1) **DISK CONTAINING EXHIBIT 9 TO THE DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE [DISK ATTACHED]; AND**

2) **EXHIBIT G TO THE DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JDUGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE.**

DATED: JUL - 7 2009

*/s/ A. Howard Matz*

A. HOWARD MATZ
United States District Judge

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 21800 Oxnard Street, Suite 910, Woodland Hills, California 91367

On July 5, 2009, I served the foregoing document(s) described as follows:

**NOTICE OF LODGING OF DOCUMENTS IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE**

**APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PERFECT 10'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION AGAINST GOOGLE; AND [PROPOSED] ORDER**

on the interested parties in this action by emailing to the address(es) as follows:

| | |
|---|---|
| Rachel Kassabian<br>rachelkassabian@quinnemanuel.com | Mark Jansen<br>mtjansen@townsend.com |
| Thomas Nolan<br>thomasnolan@quinnemanuel.com | Anthony Malutta<br>ajmalutta@townsend.com |
| Charles Verhoeven<br>charlesverhoeven@quinnemanuel.com | Tim Cahn<br>trcahn@townsend.com |
| Michael Zeller<br>michaelzeller@quinnemanuel.com | Gia Cincone<br>glcincone@townsend.com |

**EMAIL:** I transmitted by electronic mail such documents to the above email addresses.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on **July 5, 2009** at Los Angeles, California.

BY: _____
Brittany Douglass