1  **[COUNSEL INFORMATION ON FOLLOWING PAGE]**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br>―――――――――――――――――<br>AND COUNTERCLAIM | Master Case No.: CV04-9484 AHM (SHx)<br><br>ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE ON GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT RE: ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512(B), (C) & (D)<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

01980.51320/3003689.1

Case No.: 04-9484 AHM (SHx)
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT OF ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
  Rachel Herrick Kassabian (Bar No. 191060)
   rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065

Attorneys for Defendant Google Inc.


JEFFREY N. MAUSNER (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers, Suite 910
21800 Oxnard Street
Woodland Hills, California 91367-3640
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

1    Defendant/Counterclaimant Google Inc. and Plaintiff Perfect 10, Inc.
2  (hereinafter "the parties") jointly submit this Stipulation and Proposed Order
3  regarding the briefing and hearing on Google's Motions for Summary Judgment Re:
4  Google's Entitlement to Safe Harbor Under 17 U.S.C. § 512(b), (c), and (d)
5  ("Google's DMCA Motions"), filed July 2, 2009.  In the Court's Minute Order issued
6  July 8, 2009, the Court observed that "the parties have not proposed deadlines for
7  opposition and reply briefs [regarding Google's DMCA Motions].  The Court requires
8  the oppositions to Google's DMCA motions to be filed by July 27, 2009 and the
9  replies to be filed by August 3, 2009."
10    In an effort to narrow the scope of the scheduling disputes in need of resolution
11  by this Court, the parties had reached an agreement on a proposed briefing and
12  hearing schedule regarding Google's DMCA Motions.  However, Google did not
13  submit that agreement to the Court along with its *Ex Parte* Application, because the
14  agreement was contingent upon how the Court ruled on the Application.  Google
15  apologizes for any inconvenience this may have caused this Court, and respectfully
16  requests that the Court adopt the parties' agreed schedule (set forth below) as the
17  Order of this Court.

## STIPULATION

19    WHEREAS, on July 2, 2009, Google filed Motions for Summary Judgment
20  Re: Google's Entitlement to Safe Harbor Under 17 U.S.C. § 512(b), (c), and (d)
21  ("Google's DMCA Motions");
22    WHEREAS, the parties have agreed to an extended briefing schedule whereby
23  Perfect 10 shall have five weeks to respond to Google's DMCA Motions, Google
24  shall have four weeks to reply, and the hearing shall be calendared for four weeks
25  thereafter (unless otherwise ordered by the Court);
26    THEREFORE, the parties hereby stipulate to the following briefing schedule in
27  connection with Google's DMCA Motions:

01980.51320/3003689.1

Case No.: 04-9484 AHM (SHx)
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON GOOGLE'S MOTIONS
FOR SUMMARY JUDGMENT OF ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512

1. Perfect 10's oppositions to Google's Motions shall be due on <u>August 10, 2009</u>;

2. Google's reply papers in support of its DMCA Motions shall be due on <u>September 8, 2009</u>;

3. The hearing on Google's DMCA Motions shall be calendared for <u>October 5, 2009</u>, or such other hearing date as is convenient for the Court.

Respectfully submitted,

Dated:  July 9, 2009   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/
Rachel Herrick Kassabian
Attorneys for Defendant GOOGLE INC.

Dated:  July 9, 2009   LAW OFFICES OF JEFFREY N. MAUSNER

*Jeffrey N. Mausner*
By:
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.

01980.51320/3003689.1

-1-   Case No.: 04-9484 AHM (SHx)
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT OF ENTITLEMENT TO SAFE HARBOR UNDER 17 U.S.C. § 512

## ORDER

Pursuant to stipulation, it is hereby ordered as follows:

1. Perfect 10's oppositions to Google's Motions for Summary Judgment Re: Google's Entitlement to Safe Harbor Under 17 U.S.C. § 512(b), (c), and (d) ("Google's DMCA Motions") shall be due on <u>August 10, 2009</u>;

2. Google's reply papers in support of its DMCA Motions shall be due on <u>September 8, 2009</u>;

3. The hearing on Google's DMCA Motions shall be set for <u>October 5, 2009</u>, or such other hearing date as is convenient for the Court.

IT IS SO ORDERED.

DATED: July 10, 2009

By _____
A. Howard Matz
UNITED STATES DISTRICT JUDGE