Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a corporation, and DOES 1 through 100, inclusive,<br><br>Defendant.<br>_____<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br><br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**DECLARATION OF MARGARET JANE EDEN SUBMITTED IN OPPOSITION TO GOOGLE'S THREE MOTIONS FOR SUMMARY JUDGMENT RE DMCA SAFE HARBOR FOR ITS WEB AND IMAGE SEARCH, BLOGGER SERVICE, AND CACHING FEATURE (DOCKET NOS. 428, 427, AND 426)**<br><br>**BEFORE JUDGE A. HOWARD MATZ**<br><br>Date: October 5, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Declaration of Margaret Jane Eden

I, Margaret Jane Eden, declare as follows:

1. I am married to Hock Hockheim and am president of the corporate entity Lauric Enterprises, Inc. ("Lauric"). Lauric is an international training company that teaches tactics to military, police and citizens. Hock was a military police officer in S. Korea and also served for 23 years as a police officer and detective in North Texas. He currently writes and publishes books and DVD videos about self defense and police training, all of which are available through our on-line website at *www.hockscqc.com*. Our company Lauric owns all of the copyrights to that material. I submit this declaration in connection with Perfect 10's lawsuit against Google. All of the matters stated herein are of my own personal knowledge, except where otherwise stated, and if called as a witness, I could and would testify competently thereto.

2. The book and dvd production segment of our business is suffering huge damage and loss due to massive on-line infringement of our videos and books. I have found that in response to a Google search on my husband's name, Google provides its users with countless links that allow them to download infringing versions of our content, either for free or by purchase. As a result, the life expectancy of our products has been cut from years to a few months at best, by widespread, almost immediate infringement. To make up for our losses due to Internet piracy, my husband has been forced to do many additional seminars each year. I have repeatedly sent DMCA notices to Google in an attempt to get them to remove the infringing materials from their search results.

3. Google's procedures and practices for responding to DMCA notices have made it essentially impossible for us to protect our property. Google seems to be an adversary rather than someone trying to help.

4. I have been sending what I believe to be compliant DMCA notices to Google since approximately February 2008. The notices have always been sent

to Google in the form of a hard copy via the U.S. Postal Service or by fax *because that is what Google specifies.* The notices have also always contained the link or URL where the infringement could be found, and have contained the statements that we are the copyright owners, etc. To date, I have sent approximately 70 notices to Google.

5. Rather than immediately removing links to the infringing web pages, Google has instead asked me to resend the URLs I previously sent via email, and to further consolidate all such URLs into one email. Google has informed me that it would take no action unless this was done. Attached hereto as Exhibit 1 is a true and correct copy of such an email from Google dated March 24, 2008.

6. Google has refused to remove some links but it has also led me to believe that it has removed some other similar links. Google has simply stated: "…we will not be taking action on the following pages at this time." In these cases, Google did not provide any further explanation. Attached hereto as Exhibit 2 is a true and correct copy of such an email from Google dated March 25, 2008.

7. Some of the infringing sites that I have complained about to Google are rapidshare.com, megaupload.com., ebookie.com, and bittorrent.com. These sites appear to have all sorts of stolen materials for sale, including our products. As an example, attached as Exhibit 3 is a true and correct copy of portions of a web page that I printed from Google search results on August 4, 2009, with 2 links to our material through rapidshare.com. There were also "Ads by Google" on the page. It is obvious that these websites are major infringers, yet Google does not remove links in its search results to these websites.

8. I simply do not understand why Google does not create a more copyright owner-friendly system which would make it easier to get infringing websites removed from Google's search results. Unfortunately no company our size has the time and resources to challenge Google. My husband and I have created a body of work over 14 years that I anticipated would support us through

retirement. Now we are on a treadmill to create the "next" thing that will in fact likely only support us for a few months. Not a month goes by that we don't look at each other and wonder how long we can keep it up. If Google isn't stopped from directing traffic to websites that steal our products and either give them away or sell them far below market rate, we will be forced to shut down the book and dvd segment of our business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 4th day of August, 2009 in Allen, Texas.

*[signature: Margaret Jane Eden]*
Margaret Jane Eden

# Exhibit 1

| From: | help@google.com |
| --- | --- |
| Sent: | Monday, March 24, 2008 4:56 PM |
| To: | Hock.Hochheim@sbcglobal.net |
| Subject: | Re: [#256105621] DMCA Complaints |
| Attachments: | 4716_001.tif |

Hi Jane,

We have received your attached DMCA complaints. However, in order to allow us to better assist you, ==please provide us with a single list of all the allegedly infringing URLs in a soft format== such as a Word document, rich text format or in the text of an email.

==In the event we do not receive further information from you as requested above, please be advised that we will be unable to take any further action on your removal request==

Regards,
The Google Team

# Exhibit 2

| From: | help@google.com |
|---|---|
| Sent: | Tuesday, March 25, 2008 4:42 PM |
| To: | Margaret Eden |
| Subject: | Re: [#256105621] Fwd: Re: Fwd: Re: DMCA Complaints |

Hi Jane,

Thank you for your response. We are currently reviewing your complaint including the following URLs:

http://medical.bookslab.net/?p=943
http://www.kfmovie.com/view.asp?id=566
http://avaxsphere.com/ebooks/martial_arts/training_mission_1.html
http://avaxsphere.com/ebooks/martial_arts/training_mission_2_hock_hochheim.html
http://www.sumotorrent.com/searchResult.php?search=mission&order=size&by=up

==Please note that we will not be taking action on the following pages at this time.== As always, we encourage you to resolve any disputes directly with the owner of the website in question:

http://soft-best.ws/2007/08/08/training_mission_iiv_hock_hochheim.html
http://www.taringa.net/posts/links/883663/Libros-de-artes-marciales,-defensa-personal-y-combate.html
http://www.ebdb.ru/List.aspx?p=332
http://www.ebdb.ru/Search.aspx?p=1&s=Hock+Hochheim&x=39&y=14

If you pursue legal action against these sites that results in the removal of the offending material, our search results will display this change after we next crawl the site. If the webmaster makes these changes and you need us to expedite the removal of the cached copy, please submit your request using our webpage removal request tool at http://www.google.com/webmasters/tools/removals

Regards,
The Google Team


Original Message Follows:
------------------------
From: Margaret Eden <margaret.eden@sbcglobal.net>
Subject: Fwd: Re: [#256105621] Fwd: Re: DMCA Complaints
Date: Tue, 25 Mar 2008 12:55:18 -0700 (PDT)

I've made notes on the ones that there's still a problem, and also the ones that have been taken down. Please take another look at the ones I've indicated. Thank you for your help--Jane


http://rapidshare.com/users/SNR03Z - I believe they have taken him off this listing.


http://soft-best.ws/2007/08/08/training_mission_iiv_hock_hochheim.html

In this one they have simply named the html page after Hock's book to attract traffic. They need to rename their page. His name belongs to him and the title of the book is coyrighted.

http://www.sumotorrent.com/searchResult.php?search=mission&order=size&by=up
- at this site Hock's book is the 15 listing in the second grouping of boxes. If you go to the site and search on Hochheim, it pops right up.
Please see if they will take it down.

http://namdatviet.com/download_monthly/ebooks/martial_art__vo_thuat/

This site has been taken down

http://medical.bookslab.net/?p=943 - Hock Hochheim's book is listed first thing at the top of the page!!! Please get them to take it down.

http://loadingvault.com/search.php?q=training+rapidshare - I believe that this one truly has been taken down.

http://www.taringa.net/posts/links/883663/Libros-de-artes-marciales,-defensa
-personal-y-combate.html
- once you go to this page search on Hochheim, all four books are listed about 2/3 of the way down the page. Plese see if you can get them removed.

http://avaxsphere.com/ebooks/martial_arts/training_mission_1.html

I believe this one truly has been taken down.

http://www.ebdb.ru/List.aspx?p=332 - They have moved his books. They are now available at:
http://www.ebdb.ru/Search.aspx?p=1&s=Hock+Hochheim&x=39&y=14

They are displaying Training Mission 1,2,3,4

http://avaxsphere.com/ebooks/martial_arts/training_mission_2_hock_hochheim.html
- at this link his book—Training Mission Two is shown in the center of the page. They have taken the picture down, but the link is still there.
Please ask them to take it down. It does take a really long time for this page to display

http://www.kfmovie.com/view.asp?id=566 - Hock Hochheim's movie is clearly displayed in the center of the page for sale. Please look again. When you first click on the above link it asks if you want to install software, say no, then his movie is displayed. Please see if you can get them to take it down.

Note: forwarded message attached.
From: help@google.com
To: "Margaret Eden" <margaret.eden@sbcglobal.net>
Date: Tue, 25 Mar 2008 19:16:17 -0000
Subject: Re: [#256105621] Fwd: Re: DMCA Complaints Hi Jane,

Thank you for providing the requested information. We are currently reviewing the complaint and will contact you when we have completed processing the request. We appreciate your patience during this process.

Please note that upon recent review of the website(s) mentioned in your complaint, we were unable to locate the allegedly infringing content on the following page(s) in question. If this matter is still a concern, please reply to this email with detailed information to enable us to locate the allegedly infringing content:

http://rapidshare.com/users/SNR03Z
http://soft-best.ws/2007/08/08/training_mission_iiv_hock_hochheim.html
http://www.sumotorrent.com/searchResult.php?search=mission&order=size&by=up
http://namdatviet.com/download_monthly/ebooks/martial_art__vo_thuat/
http://medical.bookslab.net/?p=943
http://loadingvault.com/search.php?q=training+rapidshare
http://www.taringa.net/posts/links/883663/Libros-de-artes-marciales,-defensa-personal-y-combate.html
http://avaxsphere.com/ebooks/martial_arts/training_mission_1.html
http://www.ebdb.ru/List.aspx?p=332
http://avaxsphere.com/ebooks/martial_arts/training_mission_2_hock_hochheim.html
http://www.kfmovie.com/view.asp?id=566

Please be informed that all URLs provided must directly link to pages on which the allegedly infringing content can be found or where the allegedly unauthorized material is directly available for download.

Please note that a copy of each legal notice we receive is sent to a third-party partner for publication and annotation. As such, your letter (with your personal information removed) will be forwarded to Chilling Effects (http://www.chillingeffects.org ) for publication. You can see an example of such a publication at http://www.chillingeffects.org/dmca512/notice.cgi?NoticeID=861. A link to your published letter will be displayed in Google's search results in place of the removed content.

Regards,
The Google Team

# Exhibit 3

This is Google's cache of http://xchaix-rapidshare.blogspot.com/. It is a snapshot of the page as it appeared on Jul 25, 2009 15:00:13 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: **rapidshare com** These terms only appear in links pointing to this page: **hock hochheim**

Text-only version

| | SEARCH BLOG | FLAG BLOG | Next Blog» | Create Blog | Sign In |

**Setup a Blog for Free**
Create Your Own Custom Blog In Three Easy Steps. Try Blogger Now!
www.blogger.com

**50% Off Custom Web Design**
Custom Designed Websites At Great Prices! View Our Work & Contact Us.
www.123triad.net

**Blog Template**
Review and Compare Blog Apps Free Hosting & One Click Install
apps.limedomains.com

**Ads On Your Website**
Why wait? Payout at only $10 Chitika makes you money
www.chitika.com

v v                              Ads by Google

# Rapidshare Link

Nothing much to say. Just rapidshare link.

Saturday, February 9, 2008

## Rapidshare Link #5 : Windows

**Microsoft Windows XP Extreme**
Supports all Hardwares, A lot Faster than normal Windows
It has been Twaeked for amazing performance in Gaming and Internet
http://**rapidshare.com**/files/54396102/cmwinmcamezing.part1.rar
http://**rapidshare.com**/files/54399290/cmwinmcamezing.part2.rar
http://**rapidshare.com**/files/54402382/cmwinmcamezing.part3.rar
http://**rapidshare.com**/files/54407756/cmwinmcamezing.part4.rar
http://**rapidshare.com**/files/54413196/cmwinmcamezing.part5.rar
http://**rapidshare.com**/files/54413493/cmwinmcamezing.part6.rar
Password: mcxlvii

**Windows Vista 32Bit-x86 Full DVD ISO ( All Version Include)**
http://**rapidshare.com**/files/83246412/Vista.32.bit_TAHIR.part01.rar
http://**rapidshare.com**/files/83246429/Vista.32.bit_TAHIR.part02.rar
http://**rapidshare.com**/files/83246819/Vista.32.bit_TAHIR.part03.rar
http://**rapidshare.com**/files/83246506/Vista.32.bit_TAHIR.part04.rar
http://**rapidshare.com**/files/83246528/Vista.32.bit_TAHIR.part05.rar
http://**rapidshare.com**/files/83246979/Vista.32.bit_TAHIR.part06.rar
http://**rapidshare.com**/files/83246732/Vista.32.bit_TAHIR.part07.rar
http://**rapidshare.com**/files/83246788/Vista.32.bit_TAHIR.part08.rar
http://**rapidshare.com**/files/83247012/Vista.32.bit_TAHIR.part09.rar
http://**rapidshare.com**/files/83246736/Vista.32.bit_TAHIR.part10.rar
http://**rapidshare.com**/files/83247401/Vista.32.bit_TAHIR.part11.rar

http://**rapidshare.com**/files/80010580/Food___Drink.rar
http://**rapidshare.com**/files/80029895/Weddings.rar
http://**rapidshare.com**/files/79998199/Arts__Photography.rar
http://**rapidshare.com**/files/80013265/Industrial.rar
http://**rapidshare.com**/files/80022398/Real_Estate.rar
http://**rapidshare.com**/files/79999826/Beauty.rar
http://**rapidshare.com**/files/80041398/Business.part1.rar
http://**rapidshare.com**/files/80042762/Business.part2.rar
http://**rapidshare.com**/files/80047660/Business.part3.rar
http://**rapidshare.com**/files/80049780/Business.part4.rar
http://**rapidshare.com**/files/80065868/Business.part5.rar
http://**rapidshare.com**/files/80069669/Business.part6.rar
http://**rapidshare.com**/files/80071355/Business.part7.rar
http://**rapidshare.com**/files/80073211/Hosting.part1.rar
http://**rapidshare.com**/files/80075016/Hosting.part2.rar
http://**rapidshare.com**/files/80076946/Hosting.part3.rar
http://**rapidshare.com**/files/80076951/Hosting.part4.rar
http://**rapidshare.com**/files/86060550/flash_templates.rar
Posted by XchaiX at 8:46 PM   0 comments

## Rapidshare Link #2 : Musics

http://**rapidshare.com**/files/84192510/Judas_Priest_-_Turbo_Lover.divx
http://**rapidshare.com**/files/84187804/Stray_Cats_-_Look_At_That_Cadillac.divx
http://**rapidshare.com**/files/84184976/Van_Halen_-_Hear_About_It_Later.wmv
http://**rapidshare.com**/files/83717282/Van_Halen_-__Oh__Pretty_Woman.mpg
http://**rapidshare.com**/files/83250710/Van_Halen_-_Jump.divx
http://**rapidshare.com**/files/83244852/Motley_Crue_-_Too_Toung_To_Fall_In_Love.divx
http://**rapidshare.com**/files/83252535/Motley_Crue_-_Live_Wire.wmv
http://**rapidshare.com**/files/83240714/R.E.M._-_Radio_Free_Europe.divx
http://**rapidshare.com**/files/83255473/Soundgarden_-_My_Wave.wmv
http://**rapidshare.com**/files/83186382/Soundgarden_-_Fell_on_Black_Days.wmv
http://**rapidshare.com**/files/82080910/Carl_Douglas_-_Kung_Fu_Fighting.divx
http://**rapidshare.com**/files/83237518/Madness_-_Baggy_Trousers.divx
http://**rapidshare.com**/files/81570862/White_Stripes_-_I_Just_Don_t_Know_What_To_Do_With_Myself__624x480_.divx
http://**rapidshare.com**/files/77632091/White_Stripes_-_I_Just_Don_t_Know_What_To_Do_With_Myself.divx
http://**rapidshare.com**/files/79346587/White_Stripes_-_Conquest__HQ_.divx
http://**rapidshare.com**/files/74858240/White_Stripes_-_Conquest.wmv
http://**rapidshare.com**/files/74856587/White_Stripes_-_You_Don_t_Know_What_Love_Is__You_Just_Do_As_You_re_Told_.wmv
http://**rapidshare.com**/files/73923493/Coal_Chamber_-_Loco.wmv
http://**rapidshare.com**/files/73922928/Eric_Clapton_-_Pilgrim.wmv
http://**rapidshare.com**/files/73924198/Black_Label_Society_-_Concrete_Jungle.wmv
http://**rapidshare.com**/files/73743725/The_Chemical_Brothers_-_The_Salmon_Dance.divx
http://**rapidshare.com**/files/73736138/The_Chemical_Brothers_-_Electrobank.wmv
http://**rapidshare.com**/files/83190478/The_Chemical_Brothers_-_The_Boxer.wmv
http://**rapidshare.com**/files/73740386/Guns_N__Roses_-_You_Could_Be_Mine.wmv
http://**rapidshare.com**/files/70975626/Guns_N__Roses_-_Don_t_Cry.wmv
http://**rapidshare.com**/files/70073553/Guns_N__Roses_-_Yesterdays.wmv
http://**rapidshare.com**/files/70408376/The_Strokes_-_You_Only_Live_Once.avi
http://**rapidshare.com**/files/66904510/The_Strokes_-_Juicebox__Uncensored_Director_s_Cut_.mpg.mpg
http://**rapidshare.com**/files/69423762/The_Strokes_-_I_Can_t_Win__Live___Tim_Festival_2005_.avi
http://**rapidshare.com**/files/68678533/Slipknot_-_Wait_And_Bleed.avi
http://**rapidshare.com**/files/68701297/Beastie_Boys_-_She_s_On_It.asf
http://**rapidshare.com**/files/67117190/Cypress_Hill_-_What_s_Your_Number.mpg
http://**rapidshare.com**/files/68669750/Fun_Lovin__Criminals_-_Scooby_Snacks.divx
http://**rapidshare.com**/files/83200565/Red_Hot_Chili_Peppers_-_Scar_Tissue_HQ_.divx
http://**rapidshare.com**/files/83204215/Red_Hot_Chili_Peppers_-_Around_The_World_HQ_.divx
http://**rapidshare.com**/files/83196828/Red_Hot_Chili_Peppers_-_Love_Rollercoaster.divx
http://**rapidshare.com**/files/78223380/Red_Hot_Chili_Peppers_-_Can_t_Stop.divx
http://**rapidshare.com**/files/67824683/Red_Hot_Chili_Peppers_-_Around_The_World.mp4
http://**rapidshare.com**/files/68663459/Red_Hot_Chili_Peppers_-_Higher_Ground.mp4
http://**rapidshare.com**/files/67590030/Red_Hot_Chili_Peppers_-_Breaking_The_Girl.mp4
http://**rapidshare.com**/files/67432816/Red_Hot_Chili_Peppers_-_Scar_Tissue.mp4
http://**rapidshare.com**/files/69934662/Red_Hot_Chili_Peppers_-

_Tell_Me_Baby__Sessions___AOL_.wmv
http://**rapidshare.com**/files/77640373/The_Cars_-_Shake_It_Up.divx
http://**rapidshare.com**/files/67815543/The_Cars_-_Lets_Go.avi
http://**rapidshare.com**/files/66900261/The_Cars_-_Double_Life.mp4
http://**rapidshare.com**/files/66697552/The_Cars_-_Dangerous_Type.wmv
http://**rapidshare.com**/files/67595418/The_Cars_-_Heartbeat_City.avi
http://**rapidshare.com**/files/77637167/The_Cars_-_Since_You_re_Gone.divx
http://**rapidshare.com**/files/66909537/The_Cars_-_Why_Can_t_I_Have_You.divx
http://**rapidshare.com**/files/66920443/The_Cars_-_Best_Friends_Girl__Live_.wmv
http://**rapidshare.com**/files/74862882/Robert_Plant_-_Tall_cool_one.mpeg
http://**rapidshare.com**/files/39189701/Gorillaz_-_El_Manana.mp4
http://**rapidshare.com**/files/82073152/Gorillaz_-_Rock_The_House_HQ_.divx
http://**rapidshare.com**/files/39193798/Gorillaz_-_Tomorrow_Comes_Today.mpg
http://**rapidshare.com**/files/39195437/Gorillaz_-_Clint_Eastwood.mpg
http://**rapidshare.com**/files/40405230/Gorillaz_19-2000.mpg
http://**rapidshare.com**/files/41918581/Velvet_Revolver_-_She_Builds_Quick_Machines.wmv
http://**rapidshare.com**/files/55242251/Norah_Jones_-_Don_t_Know_Why.avi
http://**rapidshare.com**/files/39208326/Men_Without_Hats_-_The_Safety_Dance.mpg
http://**rapidshare.com**/files/39212550/The_Prodigy_-_Voodoo_People__Pendulum_Mix_.mpg
http://**rapidshare.com**/files/39187608/The_Prodigy_-_Babys_Got_a_Temper.mpg
http://**rapidshare.com**/files/39214879/The_Prodigy_-_Poison.avi
http://**rapidshare.com**/files/39820072/Smashing_Pumpkins_-_Disarm.avi
http://**rapidshare.com**/files/39840069/Smashing_Pumpkins_-_Cherub_Rock.wmv
http://**rapidshare.com**/files/41923943/The_Traveling_Wilburys_-_End_Of_The_Line.avi
http://**rapidshare.com**/files/41921630/The_Beatles_-_Strawberry_Fields_Forever.mpg
http://**rapidshare.com**/files/41736958/The_Beatles_-_I_Am_The_Walrus.mpg
http://**rapidshare.com**/files/41963576/The_Beatles_-_Revolution.mpg
http://**rapidshare.com**/files/41928890/David_Bowie_-_Fashion.avi
http://**rapidshare.com**/files/74411695/Tom_Petty___The_Heartbreakers_-_Change_of_Heart.divx
http://**rapidshare.com**/files/74406716/Tom_Petty___The_Heartbreakers_-_Jammin__Me.wmv
http://**rapidshare.com**/files/74409566/Tom_Petty___The_Heartbreakers_-_The_Waiting.wmv
http://**rapidshare.com**/files/74408536/Tom_Petty___The_Heartbreakers_-_Refugee.wmv
http://**rapidshare.com**/files/41930203/Tom_Petty_-_I_Wont_Back_Down.avi
http://**rapidshare.com**/files/42526545/Stone_Temple_Pilots_-_Plush.mpg
http://**rapidshare.com**/files/42483720/Stone_Temple_Pilots_-_Creep__12MB_original_.wmv
http://**rapidshare.com**/files/42486983/Stone_Temple_Pilots_-_Big_Bang_Baby__9MB_original_.wmv
http://**rapidshare.com**/files/42485191/Stone_Temple_Pilots_-_Lady_Picture_Show__10MB_original_.wmv
http://**rapidshare.com**/files/42486189/Stone_Temple_Pilots_-_Wicked_Garden__10MB_original_.wmv
Posted by XchaiX at 8:38 PM   0 comments

## Rapidshare Link #1 : Softwares

http://**rapidshare.com**/files/54735518/1-100.000_fiziki.rar
http://**rapidshare.com**/files/54735520/1-100.000_muelki.rar
http://**rapidshare.com**/files/51692391/1000_Roman_oezetleri.rar
http://**rapidshare.com**/files/47842308/101_spy_gadgets_for_the_evil_genius.rar
http://**rapidshare.com**/files/47523962/10_Derste_Fun-ku_Kitaplar__305_.rar
http://**rapidshare.com**/files/44394382/123_Flash_Menu_3.0.0.1305_Template_Pack.rar
http://**rapidshare.com**/files/45412652/12HQTransformes.rar
http://**rapidshare.com**/files/40123918/1st.Disk.Drive.Protector.v2.0.rar
http://**rapidshare.com**/files/59634752/23_Java_Multiplayer_Mobil_Game_BT.rar
http://**rapidshare.com**/files/56656436/3000_yemek_tarifi.rar
http://**rapidshare.com**/files/64947360/32.Visual.Styles.for.Windows.XP.rar
http://**rapidshare.com**/files/48536526/37_XP_Themes.rar
http://**rapidshare.com**/files/41919168/3d_mp3_sound_recorder__4.0.4.rar
http://**rapidshare.com**/files/59634020/50_Java_Mobil_Games.rar
http://**rapidshare.com**/files/61268439/70.themes.for.Xp.7z
http://**rapidshare.com**/files/65666213/ABBYY_FineReader_9.0_Professional_Edition.part1.rar
http://**rapidshare.com**/files/65671840/ABBYY_FineReader_9.0_Professional_Edition.part2.rar
http://**rapidshare.com**/files/44394389/Abernethy_Arm-Locks_for_All_Styles.pdf
http://**rapidshare.com**/files/48536527/AC3D.v6.2.rar
http://**rapidshare.com**/files/60094780/ACDSee_Photo_Manager_10.0_Build_219.rar
http://**rapidshare.com**/files/55152414/ACDSee_Pro_2_v2.0.219.rar
http://**rapidshare.com**/files/58258611/acronis_kullan__305_m.rar
http://**rapidshare.com**/files/40331085/Active.Webcam.9.2.Winall.Cracked-NoPE.rar
http://**rapidshare.com**/files/75295773/Active.Webcam.v9.9.FFF.rar

http://rapidshare.com/files/44394381/Rapidown_5.9_SE.rar
http://rapidshare.com/files/49344512/RapidShare_Time_Resetter.rar
http://rapidshare.com/files/47960478/Real_Desktop_v1.19.rar
http://rapidshare.com/files/34307608/Recover_My_Files_3.98_Build_5282.rar
http://rapidshare.com/files/42812186/RegClean_2007_Edition_v2.6.rar
http://rapidshare.com/files/56656440/RegDoctor.v1.88.rar
http://rapidshare.com/files/39003468/REGEDIT.reg
http://rapidshare.com/files/58715631/ReGet_Deluxe_5.2_Build_320_Beta_Incl.patch-YDS.rar
http://rapidshare.com/files/47523958/Registry_Booster_2.0.1061.3222.rar
http://rapidshare.com/files/58281479/Reset_XP_Admin_Password.rar
http://rapidshare.com/files/67539865/rld-cm08.7z
http://rapidshare.com/files/52654551/RS_New_Tools_2007.rar
http://rapidshare.com/files/65647953/Rumbic_Age_Of_Emerald.rar
http://rapidshare.com/files/55373998/SAFAHAT.rar
http://rapidshare.com/files/40123917/See_Password_2.05.rar
http://rapidshare.com/files/67541637/Selteco.Alligator.Flash.Designer.v7.0.3.1-DVT.rar
http://rapidshare.com/files/56427258/SENBIT.Download.Direct.v1.04.rar
http://rapidshare.com/files/75276696/SENBIT.Download.Direct.v1.045.rar
http://rapidshare.com/files/42819415/Serials_2000_8.1_SR-2.rar
http://rapidshare.com/files/61818213/SIM.Card.Data.Recovery.Software.v3.0.1.5.rar
http://rapidshare.com/files/54931088/Site_Studio_6_Pro.rar
http://rapidshare.com/files/50027309/Skymatter.Mudbox.v1.0.Final.rar
http://rapidshare.com/files/41919165/SlideShowPro.rar
http://rapidshare.com/files/75277893/SlideshowZilla_1.34.rar
http://rapidshare.com/files/40107474/Soezluek_Same_V1.04.rar
http://rapidshare.com/files/67335647/SoftPlan_v13.3.4.part1.rar
http://rapidshare.com/files/67322800/SoftPlan_v13.3.4.part2.rar
http://rapidshare.com/files/67325248/SoftPlan_v13.3.4.part3.rar
http://rapidshare.com/files/43275684/SolSuite_2007_7.7.rar
http://rapidshare.com/files/52218123/Sothink.DHTMLMenu.8.1.70827.rar
http://rapidshare.com/files/39034615/Sothink_Glanda_v4.2.70608.rar
http://rapidshare.com/files/59647921/Sothink_Web_Video_Downloader_for_Firefox_3.5_build_70914.rar
http://rapidshare.com/files/59649881/spotmau_powersuite_2007.rar
http://rapidshare.com/files/61917917/SPSS_v16.0.part1.rar
http://rapidshare.com/files/61931462/SPSS_v16.0.part2.rar
http://rapidshare.com/files/46588034/Spyware.Doctor.v5.0.1.205.incl.Keymaker.and.Update.Fix.rar
http://rapidshare.com/files/58718101/Spyware_Doctor_v5.1.0.268.rar
http://rapidshare.com/files/44467918/Spy_Emergency_2007_v4.0.205.0.rar
http://rapidshare.com/files/56427259/SqirlzReflect.rar
http://rapidshare.com/files/62817536/SRS.Audio.Sandbox.1.6.7.0.rar
http://rapidshare.com/files/62726656/StatPlus.2007.v4.3.rar
http://rapidshare.com/files/54707565/stephenking3.rar
http://rapidshare.com/files/75278117/StinkingflowerHow_To_Make_Origami_Airplanes_That_Fly.rar
http://rapidshare.com/files/40123919/Stream.TV.v4.1.rar
http://rapidshare.com/files/62816849/StreamingStar.HiDownload.Pro.v7.03.WinAll.Incl.Keygen-CRD.rar
http://rapidshare.com/files/55540141/Street_Fighter_EX_Serisi.rar
http://rapidshare.com/files/49348924/Street_Fighter_II_1.0.rar
http://rapidshare.com/files/60587739/Sunbelt_CounterSpy_2.5.1040.rar
http://rapidshare.com/files/36609731/SuperSpeed.RamDisk.Plus.v8.0.4.0.Desktop.Incl.Keymaker-EMBRACE.zip
http://rapidshare.com/files/75278483/SWF._n.Slide.v1.1.1.9.rar
http://rapidshare.com/files/55890508/Symantec.pcAnywhere.v12.0.Retail-SUN.rar
http://rapidshare.com/files/75278659/Symbian_AntiViruses_2007.rar
http://rapidshare.com/files/58716434/System_Cleaner_5.55.rar
http://rapidshare.com/files/48542415/Taskinfo.v7.1.0.230.rar
http://rapidshare.com/files/54707566/Tattoo_Book.rar
http://rapidshare.com/files/45456947/Techsmith.Camtasia.Studio.v4.0.2.Incl.Keymaker-ZWT.rar
http://rapidshare.com/files/45456948/Techsmith.Snagit.v8.2.3.Incl.Keymaker-ZWT.rar
http://rapidshare.com/files/61826408/TechSmith_Camtasia_Studio_5.0.0.384.rar
http://rapidshare.com/files/55938916/Tekken_1_2_3.rar
http://rapidshare.com/files/67341724/Teleport_Pro_1.50.rar
http://rapidshare.com/files/56212346/TextAloud_2.255.rar
http://rapidshare.com/files/43275685/TGTSoft.StyleBuilder.v2.021000.rar
http://rapidshare.com/files/52218118/The_Secrets_to_Gaining_Muscle_Mass_--_Fast_-_Anthony_Ellis-_COMPLETE__WORKS_.rar
http://rapidshare.com/files/47842309/Training_Mission_III_-_Hock_Hochheim.pdf
http://rapidshare.com/files/47842306/Training_Mission_IV_-_Hock_Hochheim.pdf
http://rapidshare.com/files/75279655/Trillian.Pro.v3.1.8.0-TE.rar
http://rapidshare.com/files/61821735/Trojan_Hunter_5.0.950.rar

*[handwritten annotation: Books by Hock Hochheim]*