| | |
|---|---|
| 1 | Jeffrey N. Mausner (State Bar No. 122385) |
| 2 | Law Offices of Jeffrey N. Mausner<br>Warner Center Towers |
| 3 | 21800 Oxnard Street, Suite 910<br>Woodland Hills, California 91367-3640 |
| 4 | Email: Jeff@mausnerlaw.com<br>Telephone: (310) 617-8100, (818) 992-7500 |
| 5 | Facsimile: (818) 716-2773 |
| 6 | Attorneys for Plaintiff Perfect 10, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br><br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**DECLARATION OF LES SCHWARTZ SUBMITTED IN OPPOSITION TO GOOGLE'S THREE MOTIONS FOR SUMMARY JUDGMENT RE DMCA SAFE HARBOR FOR ITS WEB AND IMAGE SEARCH, BLOGGER SERVICE, AND CACHING FEATURE (DOCKET NOS. 428, 427, AND 426)**<br><br>**BEFORE JUDGE A. HOWARD MATZ**<br><br>Date:　October 5, 2009<br>Time:　10:00 a.m.<br>Place:　Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Declaration of Les Schwartz

I, Les Schwartz, declare as follows:

1. I am the president of Les Schwartz, Inc. dba DecisionBar Trading Software. Our software, called DecisionBar, assists individuals and professional traders in making trading decisions. My company owns the copyright for the computer program and also the trademark DecisionBar. The software is leased on a monthly basis. I submit this declaration in connection with Perfect 10's lawsuit against Google. All of the matters stated herein are of my own personal knowledge, except where otherwise stated, and if called as a witness, I could and would testify competently thereto.

2. Starting in approximately September of 2007, I began sending DMCA notices to Google, to try to get Google to stop linking to and hosting websites that sell pirated versions of my company's software and use our trademark. I crafted my initial notices based on instructions on Google's website. I followed Google's requirements and put in the swearing language Google requested as well as my contact information as Google requested. I understand that since Google has designated my DMCA notices as Confidential, copies of those notices will be submitted by Mr. Mausner as exhibits to his declaration, filed under seal. Google's instructions asked me to fax my notices, which I did. After I sent Google approximately 15 to 20 notices by fax, I received an email from Google stating that all my notices that were sent by fax should be emailed. I re-sent the notices by email that I had earlier faxed, along with perhaps 20 to 30 more notices. So in total, I sent Google somewhere between 35 and 50 notices.

3. Google asked that I resend my notices in a different format, by email. Google asked me to provide a) "Copyrighted URL"; b) "Allegedly infringing URL"; and c) "Make BRIEF reference to the text/images which you feel are in violation of your own material." A true and correct copy of this email is attached as Exhibit 1. I had already provided the same information in at least as much detail

- 1 -
Declaration of Les Schwartz

to Google in my prior notices, following Google's instructions, but Google asked me to resend this information again in a different format, which I did. Attached as Exhibit 2 is a true and correct copy of one such email that I sent to Google on June 4, 2008, which followed Google's new instructions.

4. Attached as Exhibit 3 is a true and correct copy of an email that I received from Google on June 17, 2008, in response to my June 4 email. In this email, Google claims that "we were unable to locate the allegedly infringing content on the page(s) in question." That is completely untrue. All Google had to do was click on the links I provided in my notices and then search for "decisionbar".

5. I wrote back to Google on about June 17, so stating. A true and correct copy of my email is attached as Exhibit 4. I was very angry with the way Google was avoiding removing the pirated software of my company. I wrote:

> Each of these sites are selling pirated version of our copyrighted software using our trademark. Your statement that you are "unable to locate the allegedly infringing content" is actually laughable. I'm sure Google would not take that view if someone was pirating selling their proprietary software.
>
> As an example, lets look at a link where YOU are the webmaster:
>
> http://groups.google.com/group/be.finance/browse_thread/thread/d1e316c832d03aff/
>
> It is obvious that this site is illegal selling pirated software. Do a search for DecisionBar among all of the pirated software you are allowing them to sell.
>
> How about this one:
>
> http://www.youseewealth.com/forum/archive/index.php/t-1081.html
>
> The use of DecisionBar with the word "Crack" should be a dead give away. They even use content from our website to sell our stolen product.
>
> There is no question in my mind that you are being disingenuous when you claim you can't find the infringing material, and are just trying to make me jump through hoops.

You have all the information you need in my original letter. I expect you to do what is right.

As a long time Google advertiser, I would have expected better treatment.

6. Pirated copies of my company's software are still being offered on Google Groups, at http://groups.google.com/group/be.finance/browse_thread/thread/d1e316c832d03aff/ , the same URL shown first on my June 17, 2008 email, Exhibit 4. Attached as Exhibit 5 is a download of the relevant pages from that URL, showing pirated copies of my company's software being offered for sale (see highlighted URLs) as of July 27, 2009.

7. Google kept giving me contradictory instructions, and even when I did what they asked, Google did not remove most of the infringing material. Google was being disingenuous in that it was saying that the material was not there when it clearly was. I got the impression that Google was just trying to make me jump through hoops, to make the process unnecessarily difficult, so that I would stop sending notices. I sent Google approximately 35 to 50 notices, and as far as I can tell, Google did not remove more than a handful of the URLs I complained about. The pirated material, DecisionBar software, was obviously being offered on the sites, and yet Google claimed it couldn't find it.

8. Based upon my experience with Google, I have come to the conclusion that Google's supposed DMCA procedure is nothing but a sham.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 28th day of July, 2009 in Fort Lauderdale, Florida.

_Les Schwartz_ (signature)

Les Schwartz

# Exhibit 1

To: optionpro@bellsouth.net
From: help@google.com (by way of Les Schwartz <optionpro@sprynet.com>)
Subject: Re: [#205011304] Your previous requests
At 07:05 AM 11/19/2007, you wrote:
>Hi Les,
>
>Please find a copy of multiple complaints you sent to our office,
>previously. As you aware, you now have a signature on file with us. Please
 >let us know which of these requests are still of concern to you and feel
>free to email us those URLs in the format which we have requested in
>earlier emails.



1. (a) Copyrighted URL: www._____.com
    (b) Allegedly infringing URL: www._____,com
    (c) Make BRIEF reference to the text/images which you feel are in violation of your own material.



>We thank you for your cooperation and patience as we sort out the confusion.
>
>Regards,
>The Google Team

# Exhibit 2

From: Les Schwartz <optionpro@bellsouth.net>
Subject: Trademark Infringement Requests
Date: Wed, 04 Jun 2008 14:08:08 -0400

Dear Google,

Some months ago we sent you numerous DMCA trademark infringement requests.

At that time you put our signature on file and asked that we submit request
via email in the format below. Here is a list of sites infringing on our trademark. It should be pointed out that these are mostly sites which sell
bootleg software and have no place being listed. These site are selling bootleg copies of our copyrighted software using our registered trademark. Our TradeMark is DecisionBar. Reg. #3,279,777

1. (a) Copyrighted URL: www.decisionbar.com
   (b) Allegedly infringing URL:
http://www.fullfileaccess.com/warez-download-full-version-rapidshare-file-crack-serial-keygen-decision+bar.html
   (c) Make BRIEF reference to the text/images which you feel are in violation of your own material.
              Selling bootleg copies of our copyrighted software using our registered trademark: DecisionBar

2. (a) Copyrighted URL: www.decisionbar.com
   (b) Allegedly infringing URL:
http://www.youseewealth.com/forum/archive/index.php/t-1081.html
   (c) Make BRIEF reference to the text/images which you feel are in violation of your own material.
              Selling bootleg copies of our copyrighted software using our registered trademark: DecisionBar

3. (a) Copyrighted URL: www.decisionbar.com
   (b) Allegedly infringing URL: http://traderclub.com/discus/messages/18/1804.html?ThursdayMay3120071222am
   (c) Make BRIEF reference to the text/images which you feel are in violation of your own material.
   Selling bootleg copies of our copyrighted software using our registered trademark: DecisionBar

4. (a) Copyrighted URL: www.decisionbar.com
   (b) Allegedly infringing URL: http://www.bradynet.com/bbs/jobs/100267-0.html
   (c) Make BRIEF reference to the text/images which you feel are in violation of your own material.
   Selling bootleg copies of our copyrighted software using our registered trademark: DecisionBar

5. (a) Copyrighted URL: www.decisionbar.com
   (b) Allegedly infringing URL: http://groups.google.com/group/be.finance/browse_thread/thread/d1e316c832d03aff/8708005bd0772ff3
   (c) Make BRIEF reference to the text/images which you feel are in violation of your own material.
   Selling bootleg copies of our copyrighted software using our registered trademark: DecisionBar

6. (a) Copyrighted URL: www.decisionbar.com
   (b) Allegedly infringing URL: http://www.forexnews.com/fxforum/forum/forum_posts.asp?TID=1809
   (c) Make BRIEF reference to the text/images which you feel are in violation of your own material.
   Selling bootleg copies of our copyrighted software using our registered trademark: DecisionBar

7. (a) Copyrighted URL: www.decisionbar.com
   (b) Allegedly infringing URL: http://www.forexnews.com/fxforum/forum/forum_posts.asp?TID=1809
   (c) Make BRIEF reference to the text/images which you feel are in violation of your own material.
       DecisionBar

8. (a) Copyrighted URL: www.decisionbar.com
   (b) Allegedly infringing URL: http://www.fullreleases.com/NewMembers/full-ddl-download-serial-crack-torrent-new-Decisionbar.php?search=Decisionbar
   (c) Make BRIEF reference to the text/images which you feel are in violation of your own material.
       Selling bootleg copies of our copyrighted software using our registered trademark: DecisionBar

9. (a) Copyrighted URL: www.decisionbar.com
   (b) Allegedly infringing URL: http://www.daytradetools.com/new.htm
   (c) Make BRIEF reference to the text/images which you feel are in violation of your own material.
       Selling bootleg copies of our copyrighted software using our registered trademark: DecisionBar

10. (a) Copyrighted URL: www.decisionbar.com
    (b) Allegedly infringing URL: Shocking-Review.com/Decision-Bar
    (c) Make BRIEF reference to the text/images which you feel are in violation of your own material.
        Using our registered trademark: DecisionBar

Please note that #10 was also filed as an adwords complaint.

Thank you,

Les Schwartz

# Exhibit 3

Date: Tue, 17 Jun 2008 21:24:36 -0000
From: help@google.com
To: "Les Schwartz" <optionpro@bellsouth.net>
Subject: Re: [#290277671] Your Complaint
User-Agent: Neotonic Trakken/combo_frontend-3.1.50D
X-Antivirus: AVG for E-mail 8.0.100 [270.3.0/1505]

Hi Les,

We have received your DMCA complaint dated June 4, 2008. Upon recent review of the website(s) mentioned in your complaint, we were unable to locate the allegedly infringing content on the page(s) in question. If this matter is still a concern, please reply to this email with detailed information to enable us to locate the allegedly infringing content.

Please note that in matters involving trademark, it is best to directly address the webmaster of the page in question. Once the webmaster has altered the page in question, Google's search results will automatically reflect this change after we crawl the site.

Regards,
The Google Team

# Exhibit 4

To: help@google.com
From: Les Schwartz &lt;optionpro@sprynet.com&gt;
Subject: Re: [#290277671] Your Complaint
X-ELNK-Trace: 3b4972aff6260a054969b67446a45b3899594df05feb3df10ff772a7796ae10760bc1103a8f1c5d93 50badd9bab72f9c350badd9bab72f9c350badd9bab72f9
X-Originating-IP: 66.32.17.55
X-Antivirus: AVG for E-mail 8.0.100 [270.3.0/1505]

Dear Google Team,

Each of these sites are selling pirated version of our copyrighted software using our trademark. Your statement that you are "unable to locate the allegedly infringing content" is actually laughable. I'm sure Google would not take that view if someone was pirating selling their proprietary software.

As an example, lets look at a link where YOU are the webmaster:

http://groups.google.com/group/be.finance/browse_thread/thread/d1e316c832d03aff/

It is obvious that this site is illegal selling pirated software. Do a search for DecisionBar among all of the pirated software you are allowing them to sell. How about this one:

http://www.youseewealth.com/forum/archive/index.php/t-1081.html

The use of DecisionBar with the word "Crack" should be a dead give away. They even use content from our website to sell our stolen product.

There is no question in my mind that you are being disingenuous when you claim you can't find the infringing material, and are just trying to make me jump through hoops.

You have all the information you need in my original letter. I expect you to do what is right.

As a long time Google advertiser, I would have expected better treatment.

Regards,

Les Schwartz
Decisionbar Trading Software


Les Schwartz
DecisionBar Trading Software
6555 NW 9th Ave., #403

Ft. Lauderdale, FL 33309

Phone: 800-228-4256, FAX: 954-771-2337

Email1: optionpro@sprynet.com

Email2: les@decisionbar.com

http://www.decisionbar.com

No virus found in this incoming message.

Checked by AVG.

Version: 8.0.100 / Virus Database: 270.3.0/1505 - Release Date: 6/16/2008 7:20 AM

# Exhibit 5

ANALYTICAL SOFTWARE for Traders (September 2007) - be.finance | Google Groups



Recently Visited Groups | Help | Sign in

# be.finance

Search this group    Search Groups

## ANALYTICAL SOFTWARE for Traders (September 2007)

Options

### Discussions

+ new post

2 messages - Collapse all

About this group

Subscribe to this group

**Forex Club** View profile    More options  Sep 26 2007, 5:32 am

This is a Usenet group - learn more

Sponsored links

Usenet Unlimited
Access to more than 800TB of Usenet
data. 14 Day Free Usenet Trial!
www.UseNeXT.de/Hot-Offer

Google Toolbar
Block popups, link to maps, check
spelling on web forms & more - Free
toolbar.google.com

Penny Stocks That Explode
1000% in 1 day
Small cap stocks with huge movement
www.StockEgg.com

4000 best analytical programs, best trading systems, books, courses
and seminars (52 CDs)

TradeStation 8.3 + OwnData 2.5
MetaStock Pro 10.0
NexGen T-3 ProTrader (July 2007)
Ocean for TS by Jim Sloman
Vantage Point 7.0 (June 2007, all modules)
OmniTrader RT 2007 (all add-ons)
The Ultimate Trading Machine Complete Set of Courses, TS Indicators &
Daily Updates
Omega Research ProSuite 2000i
Advanced GET 9.1
Safir-XP 1.7 + SirTrade 2004
Ninja Trader v5.1
MTPredictor EOD 5.0 and RT 4.0
MTPredictor for Tradestation
Wealth Lab 4.0
...and others

http://fc-cd.com/news.htm
http://visit-to.us/news.htm
http://forexclub.us/news.htm
http://max51.mail333.com/news.htm

CD#43
-------------------
Advanced GET RT for Tradestation 2000i v1.3 build 396
AIQ TradingExpert Pro v7.2
BestChoice Software v4.20
Captool v1.71a Pro
Cyclone for TS
Elliott Wave Analyser v3.0.44
Elwave v7.1 RT
eASCTrend v6.02 Pro
Index Point 2003
Investor RT v7.0
NeuroShell DayTrader v4.8 Pro + Add-ons
NeuroSolutions v5.0 Developer Edition
NexGen T-3 Pro
Safir-XP v1.6
Trading Solutions Suite RT
Trend Reflection Software
MB Risk Management 9.0
MT Predictor EOD and RT
Vantage Point v6.0 (43 Market modules)
Visual Trader 2002
Wave59 RT v1.45
WizeTrade v7.04 for Esignal
http://visit-to.us/cd43.htm

Wealth-Lab Pro 4.3.36 (wealth-lab.com)

eSignal EFS Studies
Bryce Gilmores WaveTrader 2004 for eSignal, open code (wavetrader2004.com)
DecisionBar 2.0 for eSignal, open code (decisionbar.com)
DecisionBar 2.4 for eSignal + Manual (open source code) (decisionbar.com)
EZ2 Trade Charting Collection by Raghee Horner, open code (ez2tradesoftware.com)
Hawkeye Trading for eSignal, open code (hawkeyetrading.co.uk)
Jan Arp's Traders Toolbox Crown Jewels for eSignal, open code (janarps.com)
KwikPOP 4.1 for eSignal + Manual (06.12.2006) (kwikpop.com)
MTPredictor Extensions 8 for Esignal (mtpredictor.com)
Nexgen T-3 Fibs ProTrader for TS8 + Manual (28.10.2006) ([www.nss-t3.com](www.nss-t3.com))
Roy Kelly - Floor Trader Tools 8.2 for eSignal, open code (roykelly.info)
WaveTracker Pro 6.36 for eSignal, open code (tic2tic.com)

MetaTrader Studies index
Unsorted Metatrade Studies ~ 80 Mb.
Automoney 1,2,3,4 for MT4 (forex-soft.netfirms.com)
BrainTrading 7.0 FIX for MT4 (braintrading.com)
Central Pips for MT4 (centralpips.com)
eASCTrend Experts for MT4
eASCTrend Indicators for MT4
EuroX2 Expert Advisor for MT4 (forex-soft.netfirms.com)
Vermillion FX Trading System for MT4 (elitefxsystems.com)
WalkByTrend Expert Advisors for MT4 (forex-soft.netfirms.com)

==========================================================================
Trading Software DVD
==========================================================================
Advanced GET - Manuals
Advanced GET EOD 8.0 (tradingtech.com)
Advanced GET RT 1.2.165 for Quote.com (tradingtech.com)
Advanced GET RT 1.3.320 for eSignal (tradingtech.com)
Advanced GET RT 1.3.396 for Tradestation 2000 (tradingtech.com)
Athena Money Management 4.0.01 (iitm.com)
Attrasoft Predictor 2.6 (attrasoft.com)
Aztec - Stand Alone Version (trade-system.com)
Bull's-Eye Broker Pro v3.50 (archeranalysis.com)
Candelstick Forecaster Samurai 2.1.3 (highestsummit.com)
CycleTimer v1.1.2 (cycle-trader.com)
Danalyzer EuroChart 2.12M
DeepInsight RT Pro 8.1 (deepinsight.com)
Delta Graphics EOD Forex 1.0 build 3.12 (deltasociety.com)
Delta Graphics Intraday Forex 1.0 build 3.19 + Book (deltasociety.com)
Dynamic Gann Levels
Dynamic Gann Levels for Excel
Dynamic Trader 4.0.78 EOD and Quote.com with Trading Course (dynamictraders.com)
eASCTrend Pro 6.0 (ablesys.com)
Elliott Wave Analizer 4.0.4 (elliottician.com)
Elliott Wave Analyzer 3.3042 (elliottwaveresearch.com)
Elwave RT 7.1 (prognosis.nl)
Ensign Internet (ensignsoftware.com)
Ensign Windows for eSignal (ensignsoftware.com)
Erlangerquote v2.17 for Quote.com