UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV2004-9484-AHM(SHx) | Date | August 13, 2009 |
|---|---|---|---|
| Title | PERFECT 10 v. GOOGLE, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court hereby takes OFF-CALENDAR and UNDER SUBMISSION (1) Defendant Google's Motion for Summary Judgment for Web and Image Search [456]; and (2) Defendant Google's Motion for Summary Judgment Re: Blogger Service [457]; (3) Defendant Google's Motion for Summary Judgment Re: Entitlement to Safe Harbor [458]; and Defendant Google's Motion for Leave to Take Additional Depositions [471]. The parties will be notified if a hearing is necessary.

|  | : |
|---|---|
| Initials of Preparer | SMO |