# EXHIBIT C

Knowledge Base | Contact | Privacy | Resources




Home | Products | How to buy

Google™ Custom Search | Search

# A-PDF Number

A-PDF Number is a **free** software utility program that adds/creates page **numbers** in **pdf** files.

A-PDF Number does NOT require **Adobe Acrobat**, and produces documents compatible with Adobe Acrobat Reader Version 5 and above.

The program is **freeware**, which means that you can use it either personally or commercially for free.

If you find it useful, please consider making a donation:

$10 Donate via Paypal

Download




Click to enlarge

Current version 1.3

Requirement: Windows 98/NT4/Me/2000/XP/Vista

Manual

PAD

## Features

- Standalone application. No other program needed.
- Adding numbers to selected pages of documents.
- Three display mode: **number**, **ROMAN**(IV), **roman** (iv).
- Three position select. Bottom Left, Bottom Middle, Bottom Right.
- Prefix setting.
- Color setting.
- **FREE!** You can use it either personally or commercially for free.

## See also

- Online help
- Command line to adding page number and more
- Add more watermark to PDF files
- Merge PDF and Image files into one PDF file.
- Want more powerful program? Let us do a special one for you.

Copyright 2003-2009 by A-PDF.com

Knowledge Base | Contact | Privacy | Resources




Home | Products | How to buy

Google™ Custom Search Search

# A-PDF Number online help

<< Back to A-PDF Number index

A-PDF Number is a **free** software utility program that adds/creates page **number** in **.pdf** files which are compatible with Adobe Acrobat Reader Version 5 and above.

The program is a standalone application. No Adobe Acrobat needed.




**File name** What is base PDF file, which you want to add page number to.

**Page Begin** The begin of page you want to add page number to. The minimality is 1.

**Page End** The end of page you want to add page number to. If you will add to last page, simply input a large number. The maximality is 999999.

**Offset** The start number in the first number adding.

**Number Type** Select a page number type. There are three types to choose:

- Number (1,2,3,4...)

- ROMAN NUMBER (I,II, III, IV ...)
- roman number (i, ii, iii, iv ...)

**Postion** Select page number postion. There are three postion to choose:

- Left bottom
- Middle bottom
- Three bottom

**Color** Select page number color, using the buttom 

**Prefix** The page number prefix. Such as "page ".

**Process** When you press Process button, the Windows ‘save as’ dialog box opens to allow you to save the new file with page number to another file name.

<< Back to A-PDF Number index

Copyright 2003-2009 by A-PDF.com