QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Rachel Herrick Kassabian (Bar No. 191060)
rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California corporation,

Plaintiff,

vs.

GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,

Defendants.

AND COUNTERCLAIM

PERFECT 10, INC., a California corporation,

Plaintiff,

vs.

AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,

Defendants.

CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]

**SECOND SUPPLEMENTAL DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF GOOGLE'S MOTION TO COMPEL PERFECT 10 TO AFFIX DOCUMENT CONTROL NUMBERS TO ITS DOCUMENT PRODUCTION**

Hon. Stephen J. Hillman

Date: None [Currently under submission]
Time: None
Crtrm.: 550

Discovery Cutoff: None Set
Pretrial Conference Date: None Set
Trial Date: None Set

I, Rachel Herrick Kassabian, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Defendant Google Inc. ("Google") in this action. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, could and would competently testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of a disk containing Plaintiff Perfect 10, Inc.'s August 12, 2009 document production, which has been Bates-numbered using Adobe Acrobat Professional (version 9.0).

3. Attached as Exhibit 2 is a true and correct copy of a transcription of the third segment of "How'd You Get So Rich" Season 1, Episode 3, which features Norm Zada and his company, Perfect 10, Inc. The transcription was prepared by employees of Quinn Emanuel Urquhart Oliver & Hedges, LLP under my direction. "How'd You Get So Rich" is a nationally broadcast television program hosted by Joan Rivers that profiles extremely wealthy individuals, and a description of the program can be found at http://www.tvland.com/prime/shows/howd_you_get_so_rich/index.jhtml. The episode transcribed was broadcast nationwide on August 19, 2009 and is available to view online at http://www.tvland.com/prime/fullepisodes/howd_you_get_so_rich/season1/index.jhtml?episodeId=22304.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed September 29, 2009 at Redwood Shores, California.

Rachel Herrick Kassabian