# EXHIBIT 1 MANUALLY FILED PURSUANT TO LOCAL RULE 11-5.01