Name & Address: QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Rachel Herrick Kassabian (Bar No. 191060)
rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERFECT 10, INC., a California corporation<br><br>PLAINTIFF(S)<br>v.<br>GOOGLE INC., a corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9484 AHM (SHx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Exhibit 1 to the Second Supplemental Declaration of Rachel Herrick Kassabian; Notice of Lodging of Non-documentary Exhibit 1 to the Second Supplemental Declaration of Rachel Herrick Kassabian; Proof of Service.

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other - Notice of Lodging and Proof of Service

**Reason:**

- ☐ Under Seal
- ☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated ________________________
- ☐ Manual Filing required (*reason*):

September 29, 2009
Date

Rachel Herrick Kassabian
Attorney Name

Google Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).