Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California corporation,

Plaintiff,

v.

GOOGLE, INC., a corporation; and DOES 1 through 100, inclusive,

Defendant.

AND CONSOLIDATED CASE.

Case No. CV 04-9484 AHM (SHx)
Consolidated with Case No. CV 05-4753 AHM (SHx)

**<u>DISCOVERY MATTER</u>**

**SUPPLEMENTAL DECLARATION OF MELANIE POBLETE IN OPPOSITION TO GOOGLE'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PERFECT 10 TO AFFIX DOCUMENT CONTROL NUMBERS TO ITS DOCUMENT PRODUCTION (DOCKET NO. 543)**

Before Judge Stephen J. Hillman

Date: None Set (taken under submission)
Time: None Set
Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz

Discovery Cut-Off Date: None Set
Pretrial Conference Date: None Set
Trial Date: None Set

I, Melanie Poblete, declare as follows:

1. I am employed by Perfect 10, Inc. and the Law Offices of Jeffrey N. Mausner. This declaration is meant to supplement the declaration which I submitted earlier today, to include evidence that was not available to me at the time I wrote the prior declaration (Docket No. 550). Unless otherwise stated, I have direct and personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2. Attached as Exhibit B is a true and correct copy of a PDF file that was contained on Exhibit 1 to the Second Supplemental Kassabian Declaration. .Exhibit 1 allegedly contains the results of Google's Bate Stamping of a small portion of Perfect 10's production, which was selected by Google. The Bates number on this document is so small that it is not readable. Furthermore, the original file, a .jpg, has been converted to a PDF, so that Perfect 10's evidence has been altered in the process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of October, 2009, in Los Angeles County, California.

_________________________
Melanie Poblete

# Exhibit B



P10000110