Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California corporation,

Plaintiff,

v.

GOOGLE, INC., a corporation; and DOES 1 through 100, inclusive,

Defendant.

AND CONSOLIDATED CASE.

Case No. CV 04-9484 AHM (SHx)
Consolidated with Case No. CV 05-4753 AHM (SHx)

**DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S EVIDENTIARY OBJECTIONS AND RESPONSES TO GOOGLE'S EVIDENTIARY OBJECTIONS RE GOOGLE'S THREE MOTIONS FOR SUMMARY JUDGEMENT**

**[EXHIBITS AA AND BB FILED SEPARATELY UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**

**BEFORE JUDGE A. HOWARD MATZ**

Date: None Set (taken under submission)_
Time: None Set
Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz

Discovery Cut-Off Date: None Set
Pretrial Conference Date: None Set
Trial Date: None Set

I, Jeffrey N. Mausner, declare as follows:

1. I am a member of the State Bar of California and admitted to practice before this Court. I am counsel of record for Plaintiff Perfect 10, Inc. ("Perfect 10") in this action. All of the matters stated herein are of my own personal knowledge, except where otherwise stated, and if called as a witness, I could and would testify competently thereto. I make this declaration both in support of Perfect 10's Responses to Google's Evidentiary Objections to the declarations that Perfect 10 filed in opposition to Google's Three Motions for Summary Judgment, and in support of Perfect 10's Evidentiary Objections to the declarations Google submitted in support of those motions and in reply.

**GOOGLE'S EVIDENTIARY OBJECTIONS**

2. Perfect 10's Rule 26 disclosures in the instant case were made in 2005 and supplemented in August of 2008. Perfect 10 became aware of the witnesses that Google objects to, on the basis that they weren't disclosed, in 2009, shortly before the dates of their declarations. The witnesses were disclosed to Google shortly thereafter, when Google was served with their declarations.

3. I first knew about and spoke with Margaret Jane Eden on or about July 31, 2009; her declaration was obtained on August 4, 2009 and provided to Google on August 9, 2009. (Docket No. 475.) I first knew about and spoke with Les Schwartz on or about July 27, 2009; his declaration was obtained on July 28, 2009 and provided to Google on August 9, 2009. (Docket No. 478.) I first knew about and spoke with C.J. Newton on or about May 27, 2009; his declaration was obtained on May 28, 2009 and provided to Google on July 6, 2009. (Docket Nos. 445, 477.) I first knew about and spoke with Dean Hoffman on or about May 29, 2009; his declaration was obtained on May 29, 2009 and provided to Google July 6, 2009. (Docket Nos. 444, 476.)

4. I first knew about David O'Connor on or about June 10, 2009, and

first spoke with him on or about June 11, 2009; his declaration was obtained on June 16, 2009 and provided to Google on July 6, 2009. (Docket No. 480). I first knew about and spoke with Bennett McPhatter on or about July 5, 2009; his declaration was obtained on July 9, 2009 and provided to Google on August 9, 2009. (Docket No. 481).

5. To the best of my knowledge, Google did not disclose the following witnesses for which it submitted declarations in support of its summary judgment motions, Shantal Rands Poovala, Bill Brougher, or Paul Haahr, in its Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1). To the best of my knowledge, Google did not disclose those witnesses in any of its interrogatory responses. In contrast, Perfect 10 has disclosed Dr. Norman Zada, Sean Chumura, and Sheena Chou, as individuals with knowledge relating to the case, in its Rule 26 disclosures. Dr. Zada and Ms. Chou were disclosed in both the 2005 Initial Disclosures and August 2008 update. Mr. Chumura was disclosed in Perfect 10's August 2008 updated Rule 26 disclosures, but Google has not attempted to depose him.

**PERFECT 10'S OBJECTIONS TO THE DECLARATIONS OF SHANTAL RANDS POOVALA**

6. I took the deposition of Shantal Rands (Poovala) on November 19, 2008. Google has designated that transcript highly confidential. Accordingly, portions of that transcript are filed separately under seal, as Exhibit AA. Exhibit AA is a true and correct copy of portions from the transcript of that deposition, filed separately under seal pursuant to protective order, as well as true and correct copies of Exhibits 64 and 65 to the Haahr deposition which were also used at the Poovala deposition.

7. I took the deposition of Paul Haahr on November 19, 2008. Google has designated that transcript highly confidential. Accordingly, portions of that transcript are filed separately under seal, as Exhibit BB. Exhibit BB is a true and

correct copy of portions from the transcript of that deposition, filed separately under seal pursuant to protective order.

8. Attached hereto as Exhibit CC is a true and correct copy of a letter from Winston & Strawn, who at that time was representing Google, to me, dated October 26, 2006, as well as a true and correct copy of Perfect 10's Rule 30(b)(6) notice to Google dated October 5, 2006, referred to therein.

9. Attached hereto as Exhibit DD are true and correct copies of pages from the website of the company Visual Analytics Inc., which I downloaded from the Internet on October 11, 2009.

10. Attached hereto as Exhibit EE are true and correct copies of pages I downloaded from a Google Image Search that I conducted on October 5, 2009. Pages 1 and 2 of Exhibit EE show the first page of the results of a Google image search on the term Isabelle Funaro. Pages 1 and 2 of Exhibit EE show several infringing Perfect 10 images. At the bottom of page 2, there is a link to "Report Offensive Images." Pages 3 and 4 of Exhibit EE is a true and correct copy of what I got when I clicked on that link. These pages allow a user to check the box to report offensive images to Google. To my knowledge, Google has not implemented such a check the box tool to report infringing images.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 12th day of October, 2009 in Los Angeles County, California.

Jeffrey N. Mausner
______________________________
Jeffrey N. Mausner

# Exhibit AA

Filed Under Seal
Pursuant to Protective Order

# Exhibit BB

(Filed Under Seal
Pursuant to Protective Order)

# Exhibit CC

WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

(415) 591-1000

FACSIMILE (415) 591-1400

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

WRITER'S DIRECT DIAL
415-591-1506
jgolinveaux@winston.com

October 26, 2006

VIA EMAIL AND U.S. MAIL

Jeffrey N. Mausner
Berman Mausner & Resser
11601 Wilshire Blvd. #600
Los Angeles, CA 90025-1742

Re: **Perfect 10, Inc. v. Google Inc.**
**Case No. CV 04-9484 AHM (SHx)**

Dear Jeff:

Google provides the following information regarding corporate designees and the following objections in response to the Matters for Testimony set forth in Plaintiff Perfect 10's draft Rule 30(b)(6) notice to Google dated October 5, 2006.

1. Alexander Macgillivray, Senior Product and Intellectual Property Counsel, employed by Google since May 12, 2003.
2. Alexander Macgillivray.
3. Alexander Macgillivray. In addition, Google objects to this topic as unintelligible as to the following "identification of those notices by the date they were faxed or emailed by Perfect 10, for each of the following documents."
4. Google objects to this topic as failing to describe with reasonable particularity the matters on which examination is requested as the topic is vague and ambiguous as to the meaning of the term "handled" in this context. To the extent that Google can understand the request, Google designates Alexander Macgillivray.

5. Alexander Macgillivray.

6. Alexander Macgillivray.

7. Bill Brougher, Senior Product Manager, employed by Google since March 31, 2003 regarding Google Web Search and Sissie Hsiao, Product Manager, employed by Google since October 2, 2006 regarding Google Image Search.

8. Google objects to this topic as failing to describe with reasonable particularity the matters on which examination is requested.

9. Bill Brougher.

10. Alexander Macgillivray.

11. Google objects to this topic as calling for testimony concerning a subject that the Court has deferred as a mega-request.

12. Google objects to this topic as failing to describe with reasonable particularity the matters upon which examination is requested to the extent it calls for examination concerning "other statistics" and "various searches." To the extent that Google can understand the request, Google designates Bill Brougher to testify regarding Google Web Search and Sissie Hsiao regarding Google Image Search.

13. Google objects to this topic as failing to describe with reasonable particularity the matters upon which examination is requested. To the extent that Google can understand the request, Google designates Bill Brougher.

14. Google objects to this topic as argumentative, assuming facts not in evidence, and failing to describe with reasonable particularity the matters upon which examination is requested. To the extent that Google can understand the request, Google designates Bill Brougher.

15. Google objects to this topic as calling for testimony concerning a subject that the Court has deferred as a mega-request.

16. Google objects to this topic as failing to describe with reasonable particularity the matters upon which examination is requested. To the extent that Google can understand the request, Google designates Sissie Hsiao.

17. Google objects to this topic as argumentative, assuming facts not in evidence, and failing to describe with reasonable particularity the matters upon which examination is requested. To the extent that Google can understand the request, Google designates Bill Brougher.

18. Sissie Hsiao.

19. Sissie Hsiao.
20. Sissie Hsiao.
21. Bill Brougher.

Sincerely,

Jennifer A. Golinveaux

RUSSELL J. FRACKMAN (State Bar No. 49087)
JEFFREY D. GOLDMAN (State Bar No. 155589)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

ORIGINAL

DANIEL J. COOPER (State Bar No. 198460)
PERFECT 10, INC.
72 Beverly Park Dr.
Beverly Hills, California 90210
Telephone: (310) 205-9817
Facsimile: (310) 205-9638

JEFFREY N. MAUSNER (State Bar No. 122385)
BERMAN, MAUSNER & RESSER
11601 Wilshire Boulevard, Suite 600
Los Angeles, California 90025-1742
Telephone: (310) 473-3333
Facsimile: (310) 473-8303

Attorneys for Plaintiff PERFECT 10, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC., a corporation; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No: CV 04-9484 AHM (SHx)<br><br>**PLAINTIFF PERFECT 10, INC.'S RULE 30(B)(6) NOTICE OF DEPOSITION TO GOOGLE, INC.** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff Perfect 10, Inc. will take the deposition upon oral examination of defendant Google, Inc. ("Google"), pursuant to Federal Rule of Civil Procedure 30(b)(6). The deposition shall be conducted

beginning on October 24, 2006, at 10:00 a.m. at the offices of Berman, Mausner & Resser, 11601 Wilshire Blvd., Suite 600, Los Angeles, California, 90025. The deposition will be recorded stenographically and by audio and videotape.

Pursuant to Rule 30(b)(6), Google shall designate the person or persons who are most qualified to testify on its behalf on the following matters. If more than one witness is designated by Google, the witnesses shall appear in the order set forth below:

**DEFINITIONS AND INSTRUCTIONS**

The terms "Google", "YOU" and "YOUR" shall refer to Defendant Google, Inc.

**MATTERS FOR TESTIMONY**

1. What Google did to process Perfect 10's DMCA notices, and when.
2. Google's e-mail to Perfect 10 dated June 27, 2001, which states: "Without administrator cooperation we cannot exclude material available on the Internet from our index."
3. The name of the Google employee who wrote the document, and if that person is no longer employed by Google, his or her last known address; the years that employee worked for Google; his or her position and job duties; whether that person has processed any Perfect 10 infringement notices; and if so, identification of those notices by the date they were faxed or emailed by Perfect 10, for each of the following documents:
   a. ERG377, an e-mail from "Google Tech," sent June 27, 2001, which states: "Without administrator cooperation we cannot exclude material available on the Internet from our index."
   b. SERG0188, a document from the "Google Team" stating that P10's complaints dated 6/28/04 and 6/1/04 are "almost finished processing."
   c. ERG1120, an e-mail dated May 13, 2005, stating that Google has

completed processing P10's infringement complaints.

d. SERG0183, a document which states that Google has received P10's 6/28/04 complaint regarding the infringement of P10's copyrights and is reviewing it.

e. SERG0187, a document from the "Google Team" asking P10 to resubmit a list of URLs which P10 believes infringe P10 copyrights.

f. FERG1. A print-out from Google's website which discusses Google Page Creator, and why Google users should not link to images hosted by others without their permission.

4. The person who handled the largest number of Perfect 10's DMCA notices which were sent to Google from May 31, 2004 through July of 2004 among those employees who processed at least one notice received by Google between June 28, 2004 and July 19, 2004.
5. All actions taken by Google with respect to disabling access to Perfect 10 copyrighted material.
6. The allegations in paragraph 50 of Google's Counterclaim.
7. Why certain websites appear more frequently and in better positions in Google Web and Image Search results.
8. Google's biggest advertisers in the adult content business.
9. The manner in which Google earns money through its Adsense and Adwords programs.
10. Google's review of the content of the websites in its Adsense and Adwords program.
11. The number of searches on the names of various Perfect 10 models.
12. The most frequently used search terms for Image Search, and the most frequently used search terms for Web Search, and other statistics related to the frequency of various searches by Google users.
13. How Image Search impacts Google's revenues.

14. How the availability of adult content through Google draws traffic to Google and impacts its revenues.

15. The number of clicks on Perfect 10 images presented in Google Image Search results.

16. The various statistics that Google keeps, including on the habits and number of downloads of images by its users.

17. The archiving of images on Google's servers, accessible to consumers through a "cached" link through Web Search, including how such images are collected, and the length of time they remain on Google's servers.

18. How Google creates and stores images on its servers, how Google removes images from its servers, and how Google determines which images appear in its Image Search results.

19. The extraction process mentioned in paragraph 18 of Google's Counterclaim.

20. The feasibility or infeasibility of using image recognition software to locate Perfect 10 images in Google's indexes.

21. The allegations in paragraph 58 of Google's Counterclaim.

Dated: October 5, 2006

RUSSELL J. FRACKMAN
MITCHELL, SILBERBERG & KNUPP, LLP

DANIEL J. COOPER
PERFECT 10, INC.

JEFFREY N. MAUSNER
BERMAN, MAUSNER & RESSER

By: Jeffrey N. Mausner
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 11601 Wilshire Blvd., Suite 600, Los Angeles, CA 90025-1742.

On October 5th, 2006, I served the foregoing document(s) described as follows:

PLAINTIFF PERFECT 10, INC.'S RULE 30 (B)(6) NOTICE OF DEPOSITION TO GOOGLE, INC.

on the interested party(ies) in this action by faxing a copy to the fax number(s) as shown below and by placing a true copy thereof enclosed in a sealed envelope addressed to the address(es) as follows:

**Andrew P. Bridges**
**Jennifer A. Golinveaux**
**Winston & Strawn LLP**
**101 California Street, Suite 3900**
**San Francisco, CA. 94111-5894**
**Fax: (415) 591-1400**

**Mark T. Jansen**
**Anthony J. Malutta**
**Townsend and Townsend and Crew LLP**
**Two Embarcadero Center, Eight Floor**
**San Francisco, CA 94111-3834**
**Fax: (415) 576-0300**

**FACSIMILE:** I transmitted by facsimile such document(s) to the office(s) of the addressee(s).

**MAIL:** I placed such envelope with fully prepaid postage thereon in the United States mail at Los Angeles, California.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

**Executed on October 5, 2006 at Los Angeles, California**

**BY:** ______________________
**Jordan Bekier**

# Exhibit DD

Contact Us | Partners

Search | Sign In

Home | Products | Solutions | Support & Downloads | News & Media




**News / Media**

**October 1, 2009**
The 2009 Best of New York Awards Honor Visual Analytics Inc.

**September 29, 2009**
DCJS Wins "Best of New York" Award

**September 22, 2009**
*UPDATE* VAI's CEO to Present at Nlets Technical Implementers Conference in Arizona




**Our VisuaLinks software is Protection Level 3 Certified**

**Data Clarity Suite**
- Analytical Environment
- Pattern Discovery Tool
- Search & Retrieval Tool
- Collegiate Outreach Program
- VAI Data Center
- Server to Server
- Localization

**VisuaLinks**
- Product Information
- Summary
- Preview
- Web Demo
- Live Demo
- Featured Components
- System Requirements

**Digital Information Gateway**
- Product Information
- Scalability
- Preview
- Web Demo
- Live Demo
- Featured Components
- System Requirements

**Solutions**
- National Security...
- Homeland Security...
- Law Enforcement...
- Commerical Business...

**Support & Troubleshooting**
- Frequently Asked Questions
- Knowledge Base
- Downloads / Upgrades
- Contact Support

**DIG 5.3 - Now Available for Download!**

## What does Visual Analytics do?

Visual Analytics provides innovative software solutions for accessing, sharing, analyzing, and reporting on data across any domain in a secure and scalable manner.

50 Citizens Way, Suite 202
Frederick, MD 21701
Office 240-215-6600
Toll Free 1-877-407-4VAI (4824)
info@visualanalytics.com

Homeland Security | Law Enforcement | Financial/Banking - BSA/SAR | Intelligence | Commercial
About VAI | Site Map | Privacy Policy | Terms of Use

Copyright © 1998-2009 Visual Analytics Inc. All right reserved. Disclaimer

**Products**

Data Clarity® Suite
VisuaLinks®
**Digital Information Gateway (DIG®)**
VAI Data Center

**Digital Information Gateway (DIG®)**

**At a Glance**
Preview
Featured Components
Scalability
DIG Symphony
Technical Information
System Requirements

**Additional Information**

Server-to-Server
508 Compliance
Value Added Data
Localization
GSA Schedule
SOAP

**Product Training**

Information
Schedule
Course Description




Get More Info > Try It! > Buy It! >

Overview :: Features Specifications

At a Glance Preview

## Digital Information Gateway (DIG®) - The Search & Retrieval Software




Digital Information Gateway (DIG®) is the industry's best solution for Federated Search and Information Sharing. DIG can securely connect information among any number of organizations and handles an extensive number of databases, intranet content, web sites, office documents, and other types of files.

DIG is currently operational in a number of state & local law enforcement agencies where over 30 organizations are able to securely share over 100 data sources in real time. DIG is changing how organizations share data - while securely controlling access, logging queries, and enabling the data owner to remain in control of their own sources.







The DIG Virtual Data Warehouse approach to information sharing ensures that:

- Data is always up to date (never copied or moved)
- There are no ownership issues (owners of the data maintain their ownership and access control)
- Security, data access and data purity is maintained by the original owners of the data (no changes can be made by outside users)
- There is no costly translation, fixed schema, or data transport (as would be required by a physical data warehouse or other approaches)

Exh. DD, Pg. 2

DIG Symphony manages key data processing operations providing integrated data quality, standardization, integration, parsing, enhancing, correcting, merging, matching, purging and general cleansing functionality.

The DIG Symphony Designer enables visualization of data quality programs through a point-and-click designer that builds on-the-fly transformations and generates results for review prior to deployment. Use the DIG Symphony Designer to build any number of transformations to fully integrate your data sources and provide a single, consistent view of all of your data.

The DIG suite of tools provides your organization with:

- A single, integrated solution to managing data availability and access
- A single search and retrieval interface to all of your data resources
- Full control over data access permissions at the user level
- The ability to create common, searchable data types across multiple, disparate databases
- Complete data cleansing and transformation functionality
- Full, customizable event and transaction audit logging

The DIG suite of tools provides your users with a simple search interface that:

- Lets users search from any platform (Windows, UNIX, Linux) using their favorite web browser.
- Searches and displays any and all types of data available to your organization – and any organization that you choose to share data with.
- Searches multiple, disparate databases simultaneously.
- Searches over 60 different types of files.
- Searches databases, documents, e-mail archives and web sites all at once.
- Searches large volumes of data – with no size limit.
- Lets users choose how they want to build searches – using either a simple search form or a more structured, field-based search form.
- Transforms results into phonetic codes for “sounds-like” comparisons.
- Instantly groups results by common values.
- Presents findings using standard and custom-defined reports.
- Displays original file content in HTML and native formats.
- Saves and exports data in a variety of formats.

About VAI | Site Map | Privacy Policy | Terms of Use

Copyright © 1998-2009 Visual Analytics Inc.
All right reserved. Disclaimer

Contact Us | Partners Search | Sign In

VISUAL ANALYTICS INC.

Superior Pattern Discovery Solutions

Home :: Products :: Solutions :: Support & Downloads :: News & Media ::

**About VAI**

About Us
Contact Us
Locate Us
Area Map
Accommodations

**Officer Biography**

Chris Westphal
David O'Connor
**Bennett McPhatter**

## Chief Operating Officer



**Bennett McPhatter**
Co-Founder

Mr. McPhatter is co-founder and COO of Visual Analytics, Inc. He is the software architect for Digital Information Gateway (DIG®) and DIG Symphony, VAI's Federated Search and Information Sharing technologies. The DIG system consists of powerful searching and data brokering technologies, which have seen widespread acceptance within the law enforcement and financial crimes communities worldwide. Mr. McPhatter's technical knowledge and innovative concepts have been vital to VAI's success since 1998. In recent years, he has guided the development of several federal, state, and local law enforcement information sharing initiatives. These initiatives utilize DIG server software to provide a dynamic information exchange capability among dozens of participating agencies. Mr. McPhatter continues to be involved with a wide variety of projects for law enforcement and the federal intelligence communities.

Clients include: The Office of National Drug Control Policy (ONDCP), several regional High Intensity Drug Trafficking Areas (HIDTAs), State Attorney General's Offices, State Police Departments, Defense Intelligence Agency (DIA), Internal Revenue Service (IRS, Criminal Investigations), Office of Naval Intelligence (ONI), U.S. Customs, U.K. Customs, Financial Intelligence Unit (FIU, Bangkok), and several large corporations.

Mr. McPhatter, a U.S. Marine Corps veteran, has over 18 years of technical and management experience with databases, distributed software systems, network security, data visualization, and associated technologies.

About VAI | Site Map | Privacy Policy | Terms of Use

Copyright © 1998-2009 Visual Analytics Inc.
All right reserved. Disclaimer

# Exhibit EE

Web **Images** Videos Maps News Shopping Gmail more ▼ Search settings | Sign in

Google images Isabelle Funaro Search images Advanced Image Search

SafeSearch: Off ▼

**Images** Show options... Results **1** - **20** of about **748** (0.19 seconds)



**Isabelle Funaro** |
229 x 309 - 14k
fashionmodeldirectory.com



**Isabelle funaro** movies pics
500 x 676 - 98k - jpg
thefamous.org



**Isabelle Funaro**
637 x 1132 - 98k - jpg
purepeople.com



**Isabelle Funaro** 1
1024 x 768 - 149k - jpg
wildaboutgirls.com



**Isabelle Funaro** @ Facebook
200 x 200 - 15k
facebook.com



**Isabelle-Funaro**-002
300 x 225 - 13k - jpg
sztarfotok.hu



la belle **Isabelle Funaro**,
600 x 923 - 297k - jpg
cathy-des-vosges.erog.fr




**Isabelle Funaro** 2000
100 x 130 - 7k - jpg
preloved.co.uk



par **Isabelle Funaro** et sa
637 x 424 - 50k
purepeople.com



Slide Show for album
800 x 600 - 72k - jpg
vegiz.evilnetwork.org











23850 **isabelle funaro**
156 x 133 - 7k
eteignezvotreordinateur.com

**Isabelle Funaro**
111 x 150 - 4k
fashionmodeldirectory.com

de juin **Isabelle Funaro**.
220 x 200 - 13k - jpg
dhnet.be

de **isabelle funaro**
1024 x 768 - 126k - jpg
wallpapers-zone.com

**Isabelle Funaro** 2 192 views
150 x 113 - 6k
lazygirls.info



**Isabelle Funaro**
110 x 151 - 7k - jpg
platinum-celebs.com



**Isabelle Funaro**
225 x 320 - 11k - jpg
user.7host.com



**Isabelle Funaro** Dating
120 x 156 - 6k - jpg
whosdatedwho.com



**Isabelle Funaro** et une amie
156 x 133 - 7k
purepeople.com



**Isabelle Funaro**
80 x 104 - 3k - jpg
whosdatedwho.com

**1** 2 3 4 5 6 7 8 9 10 **Next**

---

Isabelle Funaro | Search images

Google Images Home - Report Offensive Images - Help

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Exh. EE, Pg. 2

Google images **Report Offensive Images**

Report selected images Cancel


















Exh. EE, Pg. 3











Report selected images Cancel

Google Home - Advertising Programs - Business Solutions - Privacy - About Google