Name & Address: Jeffrey N. Maunser (SBN: 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367
Phone (818) 992-7500 & (310) 617-8100
Facsimile (818) 716-2773 / Email: Jeff@mausnerlaw.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

PERFECT 10, INC., a California corporation

PLAINTIFF(S)

v.

GOOGLE, INC, a corporation, et. al.,

DEFENDANT(S).

CASE NUMBER:

CV 04-9484 AHM (SHx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Application To File Under Seal Pleadings Re Perfect 10's Evidentiary Objections And Responses To Google's Evidentiary Objections Re Google's Three Motions For Summary Judgment; and [Proposed] Order Thereon

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other Application and [Proposed] Order to File Under Seal

**Reason:**

- ☐ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated 12/27/2005
- ☑ Manual Filing required (*reason*):
  Protective Order

October 13, 2009
Date

Jeffrey N. Mausner
Attorney Name

Plaintiff, PERFECT 10, INC.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).