Name & Address: Jeffrey N. Maunser (SBN: 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367
Phone (818) 992-7500 & (310) 617-8100
Facsimile (818) 716-2773 / Email: Jeff@mausnerlaw.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERFECT 10, INC., a California corporation<br>PLAINTIFF(S)<br>v.<br>GOOGLE, INC, a corporation, et. al.,<br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9484 AHM (SHx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

PLAINTIFF PERFECT 10, INC'S UNDER SEAL EXHIBITS FROM THE SEPTEMBER 22, 2009 HEARING REGARDING DISCOVERY ISSUES BEFORE JUDGE HILLMAN; Application & Proposed Order to file the same; NOTICE OF LODGING

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other APPLICATION & ORDER TO FILE UNDER SEAL; NOTICE OF LODGING

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated 12/27/2005

☑ Manual Filing required (*reason*):
Exhibits contain confidential materials subject to Protective Order.

October 21, 2009
Date

Jeffrey N. Mausner
Attorney Name

Plaintiff, PERFECT 10, INC.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).