QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Rachel Herrick Kassabian (Bar No. 191060)
rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California corporation,

Plaintiff,

vs.

GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,

Defendants.

AND COUNTERCLAIM

PERFECT 10, INC., a California corporation,

Plaintiff,

vs.

AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,

Defendants.

CASE NO. CV 04-9484 AHM (SHx)
[Consolidated with Case No. CV 05-4753 AHM (SHx)]

**DECLARATION OF THOMAS NOLAN IN SUPPORT OF GOOGLE INC.'S REQUEST FOR CLARIFICATION RE: THE COURT'S OCTOBER 6, 2009 ORDER COMPELLING PERFECT 10 TO PRODUCE COMPLETE AND UNREDACTED FINANCIAL DOCUMENTS AND OTHER DAMAGES-RELATED DOCUMENTS, AND AMAZON.COM AND ALEXA INTERNET'S JOINDER THEREIN**

Hon. Stephen J. Hillman

Date: None
Time: None
Place: Courtroom 550

Discovery Cut-off: None Set
Pretrial Conference Date: None Set
Trial Date: None Set

I, Thomas Nolan, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Defendant Google Inc. in this action. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Defendant Google Inc.'s Request for Clarification re: the Court's October 6, 2009 Order Granting in Part Google Inc.'s Motion to Compel Perfect 10 to Produce Complete and Unredacted Financial Documents and Other Damages-Related Documents, and Amazon.com and Alexa Internet's Joinder Therein (filed concurrently herewith).

3. Attached hereto as Exhibit A is a true and correct copy of excerpts of the transcript of the September 22, 2009 hearing before Chief Magistrate Judge Hillman.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed October 21, 2009 at Los Angeles, California.

Thomas Nolan

# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| PERFECT 10, INC., | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CASE NO. CV 04-9484-AHM(SHX) |
| | ) | |
| | ) | |
| GOOGLE, INC., | ) | LOS ANGELES, CALIFORNIA |
| | ) | SEPTEMBER 22, 2009 |
| | ) | (10:02 A.M. TO 11:09 A.M.) |
| | ) | (11:21 A.M. TO 12:52 A.M.) |
| DEFENDANT. | ) | (1:35 P.M. TO 2:43 P.M.) |
| | ) | (2:52 P.M. TO 3:09 P.M.) |

HEARING
BEFORE THE HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| APPEARANCES: | SEE NEXT PAGE |
| COURT REPORTER: | RECORDED |
| COURTROOM DEPUTY: | SANDRA L. BUTLER |
| TRANSCRIBER: | DOROTHY BABYKIN<br>COURTHOUSE SERVICES<br>1218 VALEBROOK PLACE<br>GLENDORA, CALIFORNIA 91740<br>(626) 963-0566 |

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING; TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

EXHIBIT A
PAGE 2

IT'S -- I DON'T DO SO -- I DON'T MAKE THE ORDER DISPARAGINGLY OR WITHOUT -- WITHOUT RECOGNITION THAT THIS IS NOT WHAT THE PARTIES INTENDED. BUT I HAVE TO DO SOME BALANCING HERE. AND I THINK THE INFORMATION IS RELEVANT TO P10'S OVERALL FINANCIAL CONDITION. SO, THAT WILL COMPLETE THE ORDER ON REDACTIONS.

MR. MAUSNER: YOUR HONOR --

THE COURT: IF YOU --

GO AHEAD.

MR. MAUSNER: OKAY. SINCE WE HAD THIS PRESENTATION GEARED UP REGARDING THE PERFECT 10'S PRODUCTION, MAY WE DO THAT NOW.

THE COURT: WELL, LET -- IN A MINUTE. LET ME JUST FINISH MY THOUGHT.

IF YOU WANT, I'LL STAY THIS PARTICULAR ORDER TEN DAYS IN CASE YOU WANT TO APPEAL IT TO JUDGE MATZ GIVEN WHAT WAS JUST DISCUSSED. I DON'T WISH TO DO ANYTHING CONTRARY TO WHAT HIS INTENT MAY HAVE BEEN. SO, I'M HAPPY TO STAY IT FOR TEN DAYS.

LET'S GO TO THE SOURCE DOCUMENTS ISSUE. AND THEN WE'LL GO TO THE POWERPOINT.

MS. KASSABIAN: YOUR HONOR, I'M SORRY TO INTERRUPT. BUT I JUST WANTED TO --

THE COURT: YES.

MS. KASSABIAN: -- CLARIFY SOMETHING.

THE SIX SUBJECTS THAT PERFECT 10 JUST --

THE COURT: YES.

MS. KASSABIAN: -- LISTED FOR YOUR HONOR THAT WE'VE RULED ON, THAT DOES NOT CAPTURE ALL OF THE REDACTIONS OBVIOUSLY THAT WERE MADE. YOU SEE IN THE BINDER THERE ARE THINGS LIKE GROSS RECEIPTS, GROSS PROFIT. NOW THAT YOUR HONOR HAS ORDERED THAT THE SETTLEMENT AMOUNTS BE UNREDACTED, I PRESUME -- AND I WANT TO MAKE SURE THAT IT'S CLEAR IN YOUR ORDER, YOUR HONOR -- THAT ALL OF THESE REDACTIONS ARE COMING OUT SO THAT WE CAN NOW SEE --

THE COURT: YES.

MS. KASSABIAN: OKAY. JUST --

THE COURT: YES.

MS. KASSABIAN: -- WANTED TO CLARIFY THAT.

THE COURT: AND THAT SHOULD BE IN THE ORDER. SO, ACTUALLY, IF YOU CAN GET ME THE ORDER -- WELL, TODAY IS TUESDAY -- IF YOU CAN GET ME AN AGREED-UPON ORDER BY THE END OF THE WEEK, THAT WOULD BE GREAT. AND THEN I WILL ENTER IT -- AND PUT IN THERE THAT IT'S STAYED FOR TEN DAYS.

IF THE ORDER STANDS, THEN, I DO WANT QUICK COMPLIANCE BECAUSE YOU HAVE THIS DEPOSITION COMING UP.

WHEN?

MR. JANSEN: IT'S -- RIGHT NOW WE'VE -- IT HASN'T BEEN RESCHEDULED. WE WANTED TO DO IT THE WEEK OF OCTOBER 12TH, YOUR HONOR. BUT --

THE COURT: WELL --

MR. JANSEN: IF WE HAVE TO MOVE IT BACK A LITTLE FURTHER, WE'LL DO SO.

THE COURT: IF IT'S -- IF RECONSIDERATION IS SOUGHT, YOU MAY HAVE TO. BUT IF IT'S NOT SOUGHT, THEN, THAT SHOULD BE SUFFICIENT.

MR. MAUSNER: YOUR HONOR, COULD WE HAVE SOME MORE TIME. I THINK IT'S GOING TO TAKE MORE TIME TO FIGURE OUT, YOU KNOW, EXACTLY WHAT HAS TO BE UNREDACTED AND UNREDACT IT.

THE COURT: WELL, WHY DON'T YOU WORK ON THAT THIS WEEK AND PROPOSE A DATE THAT'S WORKABLE FOR EVERYONE.

MR. JANSEN: AND, YOUR HONOR, AS I UNDERSTAND THE COURT'S ORDER, IS IT, EVERYTHING IS UNREDACTED EXCEPT VERY -- THREE VERY LIMITED THINGS, WHICH ARE THE CREDIT CARD NUMBERS, THE NAMES OF PATIENTS, AND THE NAMES OF DOCTORS. EVERYTHING ELSE IS UNREDACTED.

THE COURT: I THINK YOU'RE CORRECT.

MR. JANSEN: SO, I DON'T SEE WHAT'S DIFFICULT ABOUT THAT AND WHY --

THE COURT: I DON'T EITHER, BUT I'M NOT GOING TO TAKE TIME TO MICROMANAGE A COMPLIANCE DATE.

MR. MAUSNER: IT MAY NOT BE --

THE COURT: OKAY.

MR. MAUSNER: -- BUT WE'LL LOOK AT IT.

THE COURT: MY GOAL IS TO GET THE DEPOSITION OF MR.

CERTIFICATE

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

DOROTHY BABYKIN 10/2/09

______________________________ ____________

FEDERALLY CERTIFIED TRANSCRIBER DATED

DOROTHY BABYKIN

EXHIBIT A
PAGE 6