# DMCA NOTICES

Shown on the right, is an example of the kind of notice Google provided in document productions.

This document clearly contains no linking structure, no images, no web content.

It contains illegible text.

Date: 22 September 2006

To: Dangle, Inc.

Re: Notice of Copyright Infringement

I am writing to ... myself of my rights under the Digital Millennium Copyright Act (DMCA). This letter is a Notice of Infringement as authorized in § 512(c) of the U.S. Copyright law.

1. The copyrighted work at issue is the text that appears on:

[redacted]

[illegible]

[redacted]

[illegible]

Confidential

(21600,0);(1187,0);fBehindDocument JAN 11 2008 1:25PM NO. 168 P. 21

Received at 5:01PM 1/18/2008

JAN 18 2008 5:25 PM FR

CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17 United States code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

1

2

NATURE OF AUTHORSHIP

Confidential GGL 014980

4y 70 at r - 1GYS

pWrapPolygonVertices8;7;(0,0);(0,21606);(21603,21606);(21603,4363);(20355,4363);(20355,0);(0,0);fBehindDocument IN

PAGE 18/18

APR-04-

ECT 10 3102059642

P.001/001

7:2:11 FROM N. 71'OEHPE

TO 400 449 6819

FTCH

Confidential GGL 009109

a

wraab 4 mat.** iam •-•

Mfre vseammdsol artramde =*Err* atonstlrGaio

(=di

whale us remitrikWa-w.

7=1,16netue mmHg to. scklam

Way spa of saDaeelnawofa

multi

There are an extremely large number of rights of publicity violations of Perfect 10 models and mainstream celebrities in the Amazon Search index.

What follows below are URLs that were reached by doing Amazon searches which contain rights of publicity violations The models in the URLs below have assigned rights of publicity to Perfect 10, Inc. In many cases those models assigned their rights in the hope that Perfect 10 would help them stop the widespread and often defamatory misuse of their name and/or images. I have attached a number of such rights assignments, including assignments from Amy Weber.



**Fax: 4 pages**

**ATTN: USER SUPPORT, DMCA COMPLAINTS**

**SUBJECT: INFRINGEMENT NOTIFICATION - 2nd Offense**

**COPYRIGHT VIOLATOR: OVERNIGHTFISH.COM**

**PREVIOUS OFFENSE: (#33459404) Google DMCA Complaint**

From: Dave Burr
2112
6 Va
nowe
n Str
eet
Cano
ga
Park
CA
9130
3 Vivi
dAqu
anum
s.co
m

p
h

8
1
8
-
3
4
8
-
3
2
8
8
f
a
x

8
1
8
-
3
4
8
-
3
2
7
2

| INFRINGING URL | AMAZON SEARCH | PERFECT 10 MAGAZINE |
|---|---|---|
| | | |
| nov-all.com/memberswestmodels.htm | Heather Fussner | vol 1, no 2, p 36 - 43 |
| angelfire.com/art2/imnuderightnow/ | Heather Fussner | vol 1, no 2, p 36 - 43 |
| galerie.malerwerkst.at/thumbnails.php?album=1 | Heather Fussner | vol 1, no 2, p 36 - 43 |
| | | |
| asianology.com/daily/01-14-2005/ | Isabelle Funaro | vol 3, no 1 p 6 - 13 |
| clarence.com/download/wallpaper/Models_e_Pinup/Isabelle_Funaro/ | Isabelle Funaro | vol 3, no 1 p 6 - 13 |
| megapolis.com.ar/lucas/Isabelle_Funaro/image1.html | Isabelle Funaro | vol 3, no 1 p 6 - 13 |
| modellvilag.hu/index.php?page=/index.nml&subpage=/galeria/holgyek/betu.nml&bet1=36 | Isabelle Funaro | vol 3, no 1 p 6 - 13 |
| scanorphane.alladultfemale.com/gallery_1.html | Isabelle Funaro | vol 3, no 1 p 6 - 13 |
| scanorphane.alladultfemale.com/Html/eswa-a-funaro_isabelle-01_p10v3.1.htm | Isabelle Funaro | vol 3, no 1 p 6 - 13 |
| scanorphane.alladultfemale.com/Html/eswa-a-funaro_isabelle-02_p10v3.1.html | Isabelle Funaro | vol 3, no 1 p 6 - 13 |
| serial-gamer.com/fichewallpapers-201-3.html | Isabelle Funaro | vol 3, no 1 p 6 - 13 |
| snarkybastard.blogspot.com/ | Isabelle Funaro | vol 3, no 1 p 6 - 13 |
| topesexy.net/actrices/index.php | Isabelle Funaro | vol 3, no 1 p 6 - 13 |
| | | |
| abc-celebs.com/html_modelle/monika_zsibrita.htm | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| allpics.org/monika-zsibrita-pictures.html | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| all-pictures-photos.com/monika-zsibrita-pictures.html | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| bestdesktop.narod.ru/desktop/Natalie_Portman/ | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| celebrity-pictures-world.com/m/monika-zsibrita-pictures.htm | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| celebstation.org/picture/40837/Monika_Zsibrita | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| coolwallpaper.com/Gallery/Models/Monika%20Zsibrita/index1i.html | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| dreamworld.free.fr/babe030.htm | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| eroticaland.net/WWVX.php?T=playmates_photos&D=monika_zsibrita | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| erotikpool.at/thumbnails/Topgirls/Gallery005/ | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| extreme.ihatemycubicle.com/2005/01/monika.html | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| home.tiscali.be/carpenochem/Frames/VrouwenalfabetM.htm | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| minovia.com/modules/uskolaxgallery/index.php | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| minovia.com/modules/uskolaxgallery/index.php?carpeta=monika_zsibrita | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| pic.aisex.com/new/messages/3273.html | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| superbird.picturetrades.com/ | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| vusti.dk/babes/default.asp?moolok=yes | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |
| wallpaperbase.com/celebs-monikazsibrita.shtml | Monika Zsibrita | vol 2, no 2 p 22-29 & vol 3 no 6, p 64 - 67 |
| yourbabes.de/index.php?lang=en&content=show&wpid=943 | Monika Zsibrita | vol 2, no 2 p 22-28 & vol 3 no 6, p 64 - 67 |



GGL 009201

Confidential

GGL006953
GGL007052
GGL007090
GGL007191
GGL007229
GGL009201
GGL046566
GGL046585



Please see handout to view all 12 pages

GGL004228

| INFRINGING URL | AMAZON SEARCH | PERFECT 10 MAGAZINE |
|---|---|---|
| artfile.ru/s.php?s=o&f=f | Alena Drazna | vol 3, no 2 p 90 - 95 |
| artfile.ru/s.php?s=o&p=123 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebritybattles.com/celeb_list/d&pageLink=celeb&p=5 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| desktopgirls.ru/scripts/starslist.asp?do=alph | Alena Drazna | vol 3, no 2 p 90 - 95 |
| dtw.ru/ru/section/foto/A.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| iptelecom.net.ua/~igor/ZZ--List.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| sex-tapety.net.pl/tapety.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| tapety.dziecionline.pl/details.php?image_id=16001 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapersgirls.by.ru/all.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapers-zone.com/stars_et_top_models_femmes/alek_wek.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpaperua.com/ | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebrities.nice.ru/index.php/images/Adele_Stephens/2/ | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/1_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/3_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/4_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| averlo.com/lucas/Alessandra_Correa/image2.html | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| i-sd.com/Alessandra_Correa/ | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| pix.alronix.net/Photo_Scans/page0001.htm | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| carnefresca.it/bistecche/berejnova.htm | Alexandra Berejnova | vol 5, no 1 p 6 - 11 |
| proscan.externet.hu/galeries/erotic/december/anonymouse_scp/tn/Thumbs1.htm | Alexandra Bilska | vol 2 no 6 p 74 -.75 |
| giveup.it/sfondisexy/gallery.asp?CurPage=5 | Aline Matos | vol 3, no 2, p 6-12 |
| graficagratis.com/sfondi/vedi.asp?cat=Sexy | Aline Matos | vol 3, no 2, p 6-12 |
| pilspartners.nl/photogallery/index.php?cat=2 | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.com/.../ models/AlineMatos5.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.com/.../ models/AlineMatos6.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| sfondibyes.it/wall/sexy/sexy-creations/imagepages/image2.htm | Aline Matos | vol 3, no 2, p 6-12 |
| stoffi-fr.com/.../ 14_AlineMatos_stoffi.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| stoffi-fr.com/.../ galerie-scans.php3?gal=0 | Aline Matos | vol 3, no 2, p 6-12 |
| zavarka.com/wallpapers/ nude-celebrity.html | Aline Matos | vol 3, no 2, p 6-12 |
| celebritypictures.de/pictures/female/c/ | Amy Caro | vol 3, no 4, p 22 - 28 |
| greh.ru/foto/soski/_arhiv.htm | Amy Caro | vol 3, no 4, p 22 - 28 |
| thecelebrityportal.com/female.php?nr=3470 | Amy Caro | vol 3, no 4, p 22 - 28 |
| averlo.com/lucas/Anna_Franco/image4.html | Anna Franco | vol 3, no 3, p 102 -109 |
| drunkanddisorderly.net/ | Anna Franco | vol 3, no 3, p 102 -109 |



[illegible], [illegible], [illegible], [illegible], GGL006784, GGL006911, GGL006923, GGL007007, GGL007048, GGL007144, GGL007183, GGL007187, GGL008985



Please see handout to view all 13 pages

Google, Inc.
Shantal Rands. 8,

Confidential

GGL 013495

[illegible]
[illegible]
GGL013578
GGL013617
GGL013627
GGL013646
GGL013663
GGL013670
GGL013694
GGL013696
GGL013698
GGL013761

**Please see handout to view all 12 pages**

REDACTED

\> \> \> \> \> \> \> \> \> \> \> \> -Shantal
\> \> \> \> \> \> \> \> \> \> \> \>
\> \> \> \> \> \> \> \> \> \> \> \> On 1/6/06, Paul Haahr < haahr@google.com> wrote:
REDACTED

\> \> \> \> \> \> \> \> \> \> \> \> \>
\> \> \> \> \> \> \> \> \> \> \> \> \> ~p
\> \> \> \> \> \> \> \> \> \> \> \> \>
\> \> \> \> \> \> \> \> \> \> \> \> \> On 1/6/06, Shantal Rands < shantal@google.com>
\> wrote:
REDACTED

REDACTED

\> \> \> \> \> \> \> \> \> \> \> \> \> \> \>
\> \> \> \> \> \> \> \> \> \> \> \> \> \> \> On 1/6/06, Shantal Rands < shantal@google.com >
\> \> \> wrote:
\> \> \> \> \> \> \> \> \> \> \> \> \> \> \> \> thanks and more to add to this removal
\> \> \> \> \> \> \> \> \> \> \> \> \> \> \> \>
\> \> \> \> \> \> \> \> \> \> \> \> \> \> \> \> zzzpmvz.narod.ru



**From:** Paul Haahr
**Sent:** Thursday, January 05, 2006 6:57 PM
**To:** Aaron D'Souza
**Cc:** Elizabeth Hamon Reid
**Subject:** Re: Chilling Effects submission given sID=876 Child Pornography

Nope. we put those in badurls_noreturngws and

BTW, I've got the Perfect10 DMCA pending.

--p

REDACTED

| | F | G | H | I | J |
|---|---|---|---|---|---|
| 1081 | | | | FALSE | |
| 1082 | | | | TRUE | 10/3/2005 |
| 1083 | | | | TRUE | 10/3/2005 |
| 1084 | | | | TRUE | 10/3/2005 |
| 1085 | | | | FALSE | |
| 1086 | | | | TRUE | 10/3/2005 |
| 1087 | | | | TRUE | 10/3/2005 |
| 1088 | | | | TRUE | 10/3/2005 |
| 1089 | | | | FALSE | |
| 1090 | | | | FALSE | |
| 1091 | | | | FALSE | |
| 1092 | | | | TRUE | 10/3/2005 |
| 1093 | | | | FALSE | |
| 1094 | | | | TRUE | 6/16/2005 |
| 1095 | | | | TRUE | 10/3/2005 |
| 1096 | | | | TRUE | 6/16/2005 |
| 1097 | | | | FALSE | |
| 1098 | | | | TRUE | 5/27/2005 |
| 1099 | | | | TRUE | 12/14/2005 |
| 1100 | | | | TRUE | 12/14/2005 |
| 1101 | | AdSense | | TRUE | 12/14/2005 |
| 1102 | Redacted | | | TRUE | 12/14/2005 |
| 1103 | | | | TRUE | 12/14/2005 |
| 1104 | | | | TRUE | 12/14/2005 |
| 1105 | | | | TRUE | 12/14/2005 |
| 1106 | | | | TRUE | 12/14/2005 |
| 1107 | | | | TRUE | 12/14/2005 |
| 1108 | | blogger | | TRUE | 12/14/2005 |
| 1109 | | | | TRUE | 12/14/2005 |
| 1110 | | | | TRUE | 12/14/2005 |
| 1111 | | | | TRUE | 12/14/2005 |
| 1112 | | | | TRUE | 12/14/2005 |
| 1113 | | | | TRUE | 12/14/2005 |
| 1114 | | | | FALSE | |
| 1115 | | | | TRUE | 12/14/2005 |
| 1116 | | | | TRUE | 12/14/2005 |
| 1117 | | | | TRUE | 12/14/2005 |
| 1118 | | | | TRUE | 12/14/2005 |
| 1119 | | | | TRUE | 12/14/2005 |
| 1120 | | | | TRUE | 12/14/2005 |
| 1121 | | | | TRUE | 12/14/2005 |
| 1122 | | | | FALSE | |
| 1123 | | | | TRUE | 12/14/2005 |
| 1124 | | | | TRUE | 12/14/2005 |

***Please see handout for additional examples from Google's Document Production***

# Perfect 10's Document Productions were organized in folders, labeled, and <u>searchable</u>

## April 2006 Document Production

From the hard drives' root drive (in this case, "E:\"), select the folder "PERFECT 10 MAGAZINE – PDF FORMAT"





Volume 1 Number 1
File Edit View Favorites Tools Help
Back Search Folders
Address E:\PERFECT 10 MAGAZINE - PDF FORMAT\Volume 1 Number 1
Go
V1N1-001.jpg
V1N1-002.jpg
V1N1-003.jpg
V1N1-004.jpg
V1N1-005.jpg
V1N1-006.jpg
V1N1-007.jpg
V1N1-008.jpg
V1N1-009.jpg
V1N1-010.jpg
V1N1-011.jpg
V1N1-012.jpg
V1N1-013.jpg
V1N1-014.jpg
V1N1-015.jpg
V1N1-016.jpg
V1N1-017.jpg
V1N1-018.jpg
V1N1-019.jpg
V1N1-020.jpg
V1N1-021.jpg
V1N1-022.jpg
V1N1-023.jpg
V1N1-024.jpg
V1N1-025.jpg
V1N1-026.jpg
V1N1-027.jpg
V1N1-028.jpg
V1N1-029.jpg
V1N1-030.jpg
V1N1-031.jpg
V1N1-032.jpg
V1N1-033.jpg
V1N1-034.jpg
V1N1-035.jpg
V1N1-036.jpg
V1N1-037.jpg
V1N1-038.jpg
V1N1-039.jpg
V1N1-040.jpg
V1N1-041.jpg
V1N1-042.jpg
V1N1-043.jpg
V1N1-044.jpg
V1N1-045.jpg
V1N1-046.jpg
V1N1-047.jpg
V1N1-048.jpg
V1N1-049.jpg
V1N1-050.jpg
V1N1-051.jpg
V1N1-052.jpg
V1N1-053.jpg
V1N1-054.jpg
V1N1-055.jpg
112 objects
78.1 MB
My Computer

Ctrl+F or pressing the "Search" button on the task bar allows for many search options.

As shown, one can search for Issue 20 of Perfect 10 Magazine by entering a search query for "Issue 20"




SEE NEXT SLIDE