| INFRINGING URL | AMAZON SEARCH | PERFECT 10 MAGAZINE |
|---|---|---|
| | | |
| artfile.ru/s.php?s=o&f=f | Alena Drazna | vol 3, no 2 p 90 - 95 |
| artfile.ru/s.php?s=o&p=123 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebritybattles.com/celeb_list/d&pageLink=celeb&p=5 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| desktopgirls.ru/scripts/starslist.asp?do=alph | Alena Drazna | vol 3, no 2 p 90 - 95 |
| dtw.ru/ru/section/foto/A.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| iptelecom.net.ua/~igor/ZZ--List.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| sex-tapety.net.pl/tapety.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| tapety.dziecionline.pl/details.php?image_id=16001 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapersgirls.by.ru/all.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapers-zone.com/stars_et_top_models_femmes/alek_wek.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpaperua.com/ | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebrities.nice.ru/index.php/images/Adele_Stephens/2/ | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/1_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/3_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/4_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| averlo.com/lucas/Alessandra_Correa/image2.html | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| i-sd.com/Alessandra_Correa/ | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| pix.alronix.net/Photo_Scans/page0001.htm | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| carnefresca.it/bistecche/berejnova.htm | Alexandra Berejnova | vol 5, no 1 p 6 - 11 |
| proscan.externet.hu/galeries/erotic/december/anonymouse_scp/tn/Thumbs1.htm | Alexandra Bilska | vol 2 no 6 p 74 -.75 |
| giveup.it/sfondisexy/gallery.asp?CurPage=5 | Aline Matos | vol 3, no 2, p 6-12 |
| graficagratis.com/sfondi/vedi.asp?cat=Sexy | Aline Matos | vol 3, no 2, p 6-12 |
| pilspartners.nl/photogallery/index.php?cat=2 | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.com/.../ models/AlineMatos5.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.com/.../ models/AlineMatos6.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| sfondibyas.it/wall/sexy/sexy-creations/imagepages/image2.htm | Aline Matos | vol 3, no 2, p 6-12 |
| stofff-fr.com/.../ 14_AlineMatos_stofff.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| stofff-fr.com/.../ galerie-scans.php3?gal=0 | Aline Matos | vol 3, no 2, p 6-12 |
| zaverka.com/wallpapers/ nude-celebrity.html | Aline Matos | vol 3, no 2, p 6-12 |
| celebritypictures.de/pictures/female/c/ | Amy Caro | vol 3, no 4, p 22 - 28 |
| greh.ru/foto/soski/_arhiv.htm | Amy Caro | vol 3, no 4, p 22 - 28 |
| thecelebrityportal.com/female.php?nr=3470 | Amy Caro | vol 3, no 4, p 22 - 28 |
| averlo.com/lucas/Anna_Franco/image4.html | Anna Franco | vol 3, no 3, p 102 -109 |
| drunkanddisorderly.net/ | Anna Franco | vol 3, no 3, p 102 -109 |

Dockets.Justia.com

| INFRINGING URL | AMAZON SEARCH | PERFECT 10 MAGAZINE |
|---|---|---|
| artfile.ru/s.php?s=o&f=f | Alena Drazna | vol 3, no 2 p 90 - 95 |
| artfile.ru/s.php?s=o&p=123 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebritybattles.com/celeb_list/d&pageLink=celeb&p=5 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| desktopgirls.ru/scripts/starslist.asp?do=alph | Alena Drazna | vol 3, no 2 p 90 - 95 |
| dtw.ru/ru/section/foto/A.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| iptelecom.net.ua/~igor/ZZ--List.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| sex-tapety.net.pl/tapety.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| tapety.dziecionline.pl/details.php?image_id=16001 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapersgirls.by.ru/all.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapers-zone.com/stars_et_top_models_femmes/alek_wek.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpaperua.com/ | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebrities.nice.ru/index.php/images/Adele_Stephens/2/ | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/1_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/3_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/4_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| averlo.com/lucas/Alessandra_Correa/image2.html | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| i-sd.com/Alessandra_Correa/ | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| pix.alronix.net/Photo_Scans/page0001.htm | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| carnefresca.it/bistecche/berejnova.htm | Alexandra Berejnova | vol 5, no 1 p 6 - 11 |
| proscan.externet.hu/galeries/erotic/december/anonymouse_scp/tn/Thumbs1.htm | Alexandra Bilska | vol 2 no 6 p 74 -.75 |
| giveup.it/sfondisexy/gallery.asp?CurPage=5 | Aline Matos | vol 3, no 2, p 6-12 |
| graficagratis.com/sfondi/vedi.asp?cat=Sexy | Aline Matos | vol 3, no 2, p 6-12 |
| pilspartners.nl/photogallery/index.php?cat=2 | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.com/.../ models/AlineMatos5.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.com/.../ models/AlineMatos6.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| sfondibyas.it/wall/sexy/sexy-creations/imagepages/image2.htm | Aline Matos | vol 3, no 2, p 6-12 |
| stofff-fr.com/.../ 14_AlineMatos_stofff.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| stofff-fr.com/.../ galerie-scans.php3?gal=0 | Aline Matos | vol 3, no 2, p 6-12 |
| zavarka.com/wallpapers/ nude-celebrity.html | Aline Matos | vol 3, no 2, p 6-12 |
| celebritypictures.de/pictures/female/c/ | Amy Caro | vol 3, no 4, p 22 - 28 |
| greh.ru/foto/soski/_arhiv.htm | Amy Caro | vol 3, no 4, p 22 - 28 |
| thecelebrityportal.com/female.php?nr=3470 | Amy Caro | vol 3, no 4, p 22 - 28 |
| averlo.com/lucas/Anna_Franco/image4.html | Anna Franco | vol 3, no 3, p 102 -109 |
| drunkanddisorderly.net/ | Anna Franco | vol 3, no 3, p 102 -109 |

| INFRINGING URL | AMAZON SEARCH | PERFECT 10 MAGAZINE |
|---|---|---|
| artfile.ru/s.php?s=o&f=f | Alena Drazna | vol 3, no 2 p 90 - 95 |
| artfile.ru/s.php?s=o&p=123 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebritybattles.com/celeb_list/d&pageLink=celeb&p=5 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| desktopgirls.ru/scripts/starslist.asp?do=alph | Alena Drazna | vol 3, no 2 p 90 - 95 |
| dtw.ru/ru/section/foto/A.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| iptelecom.net.ua/~igor/ZZ--List.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| sex-tapety.net.pl/tapety.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| tapety.dziecionline.pl/details.php?image_id=16001 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapersgirls.by.ru/all.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapers-zone.com/stars_et_top_models_femmes/alek_wek.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpaperua.com/ | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebrities.nice.ru/index.php/images/Adele_Stephens/2/ | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/1_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/3_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/4_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| averlo.com/lucas/Alessandra_Correa/image2.html | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| i-sd.com/Alessandra_Correa/ | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| pix.alronix.net/Photo_Scans/page0001.htm | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| carnefresca.it/bistecche/berejnova.htm | Alexandra Berejnova | vol 5, no 1 p 6 - 11 |
| proscan.externet.hu/galeries/erotic/december/anonymouse_scp/tn/Thumbs1.htm | Alexandra Bilska | vol 2 no 6 p 74 -.75 |
| giveup.it/sfondisexy/gallery.asp?CurPage=5 | Aline Matos | vol 3, no 2, p 6-12 |
| graficagratis.com/sfondi/vedi.asp?cat=Sexy | Aline Matos | vol 3, no 2, p 6-12 |
| pilspartners.nl/photogallery/index.php?cat=2 | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.com/.../ models/AlineMatos5.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.com/.../ models/AlineMatos6.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| sfondibyas.it/wall/sexy/sexy-creations/imagepages/image2.htm | Aline Matos | vol 3, no 2, p 6-12 |
| stofff-fr.com/.../ 14_AlineMatos_stofff.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| stofff-fr.com/.../ galerie-scans.php3?gal=0 | Aline Matos | vol 3, no 2, p 6-12 |
| zaverka.com/wallpapers/ nude-celebrity.html | Aline Matos | vol 3, no 2, p 6-12 |
| celebritypictures.de/pictures/female/c/ | Amy Caro | vol 3, no 4, p 22 - 28 |
| greh.ru/foto/soski/_arhiv.htm | Amy Caro | vol 3, no 4, p 22 - 28 |
| thecelebrityportal.com/female.php?nr=3470 | Amy Caro | vol 3, no 4, p 22 - 28 |
| averlo.com/lucas/Anna_Franco/image4.html | Anna Franco | vol 3, no 3, p 102 -109 |
| drunkanddisorderly.net/ | Anna Franco | vol 3, no 3, p 102 -109 |

| INFRINGING URL | [AMAZON SEARCH | **PERFECT** 1O MAGAZINE |
|---|---|---|
| | | |
| artfite.ruls.php?s=o&t=f | Alena Drazna | vol 3, no 2 p 90 - 95 |
| arlfile.ru/s.php?s=o&p=123 | Alena Drazna | 3, no 2 p 90 - 95 |
| celebritybattles.connlceleb_lisUd&pageLink=celeb&p=5 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| desktopgirls.ru/scripts/starslist.asp?do=alph | Alena Drazna | vol 3, no 2 p 90 - 95 |
| dtw.rulrulsectionifoto/A,himl | Drazna | vol 3, no 2 p 90 - 95 |
| iptelecom.net.ual-igor/ZZ--List.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| sex-tapely.net.pl/tapety.htm | Alena Drazna | 3, no 2 p 90 - 95 |
| tapety.dziecionline,pl/details.php?image_id=16001 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapersgirls.by.ru/all.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapers-zone.comistars_ef_top_modes femmes/alek wek.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpaperua.com/ | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebrities,nice.ru/index.phplimagesIAdeleStephens/2/ | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephensli astephens.html | Adele Stephens | vol 1, no 3, p 58 -65 |
| sexycelebs.us/PicturesiListing_NAdele Stephens/3 aste.hens.html | Adele Stephens | vol 1, no 3, p 58 -65 |
| sexycelebs.usIPictures1Listing NAdeleStephens/4 astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| averto,conillucasIAlessandra Correalimage2,html | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| i-sd.com/Alessandra Correa/ | Alessandra Correa | vol 3, no 4, p 14 - 19 |
| pix.alronix.net/Photo_Scana/page0001.htm | Alessandra Correa | vol 3, no 4. p 14 -19 |
| carnefresca.itlbistecchelberejnova.htm | Alexandra Berejnova | vol 5, no 1 p 6 -11 |
| proscan.externethulgalerieslleroticldecemberlanonymouse_scp/tnlThumbsl,htm | Bilska | vol 2 no 66i 74 -.75 |
| giveup.it/afondisexy/gallery.asp?CurPage=S | Aline Matos | vol 3, no 2, p 6-12 |
| graficagratis.comisfondilvedi.asp?cat=Sexy | Matos | vol 3, no 2, p 6-12 |
| pilspartners.nl/photagallery/iindex.php?cat=2 | Aline Maths | vol 3, no 2, p 6-12 |
| revsharesex.coml..,/ models/AlineMatos5.4pg | Aline Maths | vol 3, no 2, p 6-12 |
| revsharesex.coml.../ models/AiineMatos6.j g | Aline Maths | vol 3, no 2, p 6-12 |
| sfondibyas.itlWawUsexylsexy-creations/imagepayeshmage2.htm | Aline Matos | vol 3, no 2, p 6-12 |
| stofff-fr.com/.../ 14 AlineMatos_Stofff.jpg | Aline Maths | vol 3, no 2, p 6-12 |
| stofff-fccoml..J galerie-scans.php3?gal=0 | Aline Maths | vol 3, no 2, p 6-12 |
| zaverka.com/wallpa.ers/ nude-celebrity.html | Aline Matos | vol 3, no 2, p 6.12 |
| celebritypictures.de/picturesIfemaleId | Amy Caro | vol 3, no 4, p 22 - 28 |
| greh.rutfotolsoski/_arhiv.htm | Amy Caro | :vol 3. no 4. p 22 - 28 |
| thecetebrityportal.comlfemale-php?nr-3470 | Amy Caro | vol 3, no 4, p 22 - 28 |
| averlo.00milucas/Anna_Francolimage4.html | Anna Franco | vol 3, no 3, p 102 -109 |
| drunkanddisorderly.net/ | [Anna Franco | vol 3, no 3, p 102 -109 |

GGL007283

| INFRINGING uRL | [AMAZON SEARCH | PERFECT 10 MAGAZINE |
|---|---|---|
| | | |
| artfile.ruls.php?s=o&f=f | Alena Drazna | vol 3, no 2 p 90 - 95 |
| artfile.ruls.php?s=o&p=123 | Alena Drazna | vol 3, no 2 p 90-95 |
| celebritybattles.cornlceleb_list/d&pageLink=celeb&p=5 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| desktopgirls.ru/scripts/starslist.asp?do=alph | Alena Drazna | vol 3, no 2 p 90 - 95 |
| dtw.rufrulseotionlfotolA,html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| iptelecom.net,ual-igor/ZZ--List.htan | Alena Drazna | vol 3, no 2 p 90 - 95 |
| sex-tapely.neLplitapety.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| tapety.dziecioniine.plldetails.php?image_id=16001 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapersgirls.by.ru/atl.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapers-zone.comistars_ef top_models femmes/alek_wek.html | Alen Drazna | vol 3, no 2 p 90 - 95 |
| wallpaperua.coml | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebrities.ntce.ru/index.phplimages/Adele Stephensl2! | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexyc,elebs,uslPiotures/Listing_AlAdele_Stephensti astephens.html | Adele Stephens | vol 1, no 3, p 56 -65 |
| sexycelebs.us/Pictures!Listing_AiAdele_Stephens/3_astephens.html | Adele Stephens | vol 1, no 3, p 58 -65 |
| sexycelebs.us/Pictures/LisfintAlAdeleStephens&astephens.html | Adele Stephens | vol 1, no 3, p 58-65 |
| averlo.com/lucas/Alessandra Correalimage2.html | Alessandra Con-ea | vol 3, no 4. p 14 - 19 |
| i-sd.com/Alessandra_COrreal | Alessandra Correa | |
| pix.alronix.net/Photo_Scans/page0001.htm | Alessandra Correa | vol 3, no 4. p 14 -19 |
| carnefresca.itlbistecchelberejnova.htm | Alexandra Berejnova | vol 5, no 1 p 6 - 11 |
| proscan.externeLhulgalerieslleroticldecemberfanonymouse_scpltnfrhumbsl.htm | Alexandra Bilska | vol 2 no 6 p 74 -.75 |
| giveup.itfsfondisexy/gallery.asp?CurPage=5 | Aline Matos | vol 3, no 2, p 6-12 |
| graficagratis.com/sfondilvedi.asp?cal=Sexy | [Aline Matos | vol 3, no 2, p 6-12 |
| pilspartners.nllphotogalleryrindex.php?cat=2 | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.conV.../ modelslAlineMatos5.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.com/.../ models/AlineMatos6.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| sfondib as.it/walUsexylsexy-creationslimagepa9es/image2.htm | Aline Matos | vol 3, no 2, p 6-12 |
| stofff-fr.com/.../ 14 AlineMatos_stofff.{. ! | Mine Matos | vol 3, no 2, p 6-12 |
| stofff-fr.coml...1 galerie-scans.php37ga1=0 | Aline Matos | vol 3, no 2, p 6-12 |
| zavarka.com/wallpapers/ nude-celebrity.html | Aline Matos | vol 3, no 2, p 6-12_ |
| celebritypicturos.delpictureslfemalelc/ | | vol 3, no 4, p 22 - 28 |
| greh.rulfoto/soskil arhiv.htm | Amy Caro | 3, no 4, p 22 - 28 _ |
| therelebrityportal.comlfemale.php?nr-3470 | Amy Caro | vol 3, no 4, p 22 - 28 |
| averlo.00m/lucas/Anna_Francolima94.html | Franco | vol 3, no 3, p 102 -109 |
| drunkanddisorderly.natl | Franco | vol 3, no 3, p 102 -109 |

| INFRINGING uRL | [AMAZON SEARCH | PERFECT 10 MAGAZINE |
|---|---|---|
| | | |
| artfile.ruls.php?s=o&f=f | Alena Drazna | vol 3, no 2 p 90 - 95 |
| artfile.ruls.php?s=o&p=123 | Alena Drazna | vol 3, no 2 p 90-95 |
| celebritybattles.cornlceleb_list/d&pageLink=celeb&p=5 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| desktopgirls.ru/scripts/starslist.asp?do=alph | Alena Drazna | vol 3, no 2 p 90 - 95 |
| dtw.rufrulseotionlfotolA,html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| iptelecom.net,ual-igor/ZZ--List.htan | Alena Drazna | vol 3, no 2 p 90 - 95 |
| sex-tapely.neLplitapety.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| tapety.dziecioniine.plldetails.php?image_id=16001 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapersgirls.by.ru/atl.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapers-zone.comistars_ef top_models femmes/alek_wek.html | Al e n Drazna | vol 3, no 2 p 90 - 95 |
| wallpaperua.coml | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebrities.ntce.ru/index.phplimages/Adele Stephensl2! | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexyc,elebs,uslPiotures/Listing_AlAdele_Stephensti astephens.html | Adele Stephens | vol 1, no 3, p 56 -65 |
| sexycelebs.us/Pictures!Listing_AiAdele_Stephens/3_astephens.html | Adele Stephens | vol 1, no 3, p 58 -65 |
| sexycelebs.us/Pictures/LisfintAlAdeleStephens&astephens.html | Adele Stephens | vol 1, no 3, p 58-65 |
| averlo.com/lucas/Alessandra Correalimage2.html | Alessandra Con-ea | vol 3, no 4. p 14 - 19 |
| i-sd.com/Alessandra_COrreal | Alessandra Correa | |
| pix.alronix.net/Photo_Scans/page0001.htm | Alessandra Correa | vol 3, no 4. p 14 -19 |
| carnefresca.itlbistecchelberejnova.htm | Alexandra Berejnova | vol 5, no 1 p 6 - 11 |
| proscan.externeLhulgaleriesleroticldecemberfanonymouse_scpltnfrhumbsl.htm | Alexandra Bilska | vol 2 no 6 p 74 -.75 |
| giveup.itfsfondisexy/gallery.asp?CurPage=5 | Aline Matos | vol 3, no 2, p 6-12 |
| graficagratis.com/sfondilvedi.asp?cal=Sexy | [Aline Matos | vol 3, no 2, p 6-12 |
| pilspartners.nllphotogalleryrindex.php?cat=2 | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.conV.../ modelslAlineMatos5.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.com/.../ models/AlineMatos6.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| sfondib as.it/walUsexylsexy-creationslimagepa9es/image2.htm | Aline Matos | vol 3, no 2, p 6-12 |
| stofff-fr.com/.../ 14 AlineMatos_stofff.{. ! | Mine Matos | vol 3, no 2, p 6-12 |
| stofff-fr.coml...1 galerie-scans.php37ga1=0 | Aline Matos | vol 3, no 2, p 6-12 |
| zavarka.com/wallpapers/ nude-celebrity.html | Aline Matos | vol 3, no 2, p 6-12_ |
| celebritypicturos.delpictureslfemalelc/ | | vol 3, no 4, p 22 - 28 |
| greh.rulfoto/soskil arhiv.htm | Amy Caro | 3, no 4, p 22 - 28 _ |
| therelebrityportal.comlfemale.php?nr-3470 | Amy Caro | vol 3, no 4, p 22 - 28 |
| averlo.00m/lucas/Anna_Francolima94.html | Franco | vol 3, no 3, p 102 -109 |
| drunkanddisorderly.natl | Franco | vol 3, no 3, p 102 -109 |

GGL007048

| INFRINGING URL | AMAZON SEARCH | PERFECT 10 MAGAZINE |
|---|---|---|
| | | |
| artfite.ruls.php?s=o&t=f | Alena Drazna | vol 3, no 2 p 90 - 95 |
| arlfile.ru/s.php?s=o&p=123 | Alena Drazna | 3, no 2 p 90 - 95 |
| celebritybattles.connlceleb_lisUd&pageLink=celeb&p=5 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| desktopgirls.ru/scripts/starslist.asp?do=alph | Alena Drazna | vol 3, no 2 p 90 - 95 |
| dtw.rulrulsectionifoto/A,himl | Drazna | vol 3, no 2 p 90 - 95 |
| iptelecom.net.ual-igor/ZZ--List.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| sex-tapely.net.pl/tapety.htm | Alena Drazna | 3, no 2 p 90 - 95 |
| tapety.dziecionline,pl/details.php?image_id=16001 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapersgirls.by.ru/all.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapers-zone.comistars_ef_top_modes femmes/alek wek.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpaperua.com/ | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebrities,nice.ru/index.phplimageslAdeleStephens/2/ | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephensli astephens.html | Adele Stephens | vol 1, no 3, p 58 -65 |
| sexycelebs.us/PicturesiListing_NAdele Stephens/3 aste.hens.html | Adele Stephens | vol 1, no 3, p 58 -65 |
| sexycelebs.uslPictures1Listing NAdeleStephens/4 astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| averto,conillucaslAlessandra Correalimage2,html | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| i-sd.com/Alessandra Correa/ | Alessandra Correa | vol 3, no 4, p 14 - 19 |
| pix.alronix.net/Photo_Scana/page0001.htm | Alessandra Correa | vol 3, no 4. p 14 -19 |
| carnefresca.itlbistecchelberejnova.htm | Alexandra Berejnova | vol 5, no 1 p 6 -11 |
| proscan.externethulgalerieslerotícldecemberlanonymouse_scp/tnlThumbsl,htm | Bilska | vol 2 no 66i 74 -.75 |
| giveup.it/afondisexy/gallery.asp?CurPage=S | Aline Matos | vol 3, no 2, p 6-12 |
| graficagratis.comisfondilvedi.asp?cat=Sexy | Matos | vol 3, no 2, p 6-12 |
| pilspartners.nl/photagallery/iindex.php?cat=2 | Aline Maths | vol 3, no 2, p 6-12 |
| revsharesex.coml../ models/AlineMatos5.4pg | Aline Maths | vol 3, no 2, p 6-12 |
| revsharesex.coml.../ models/AiineMatos6.j g | Aline Maths | vol 3, no 2, p 6-12 |
| sfondibyas.itlWawUsexylsexy-creations/imagepayeshmage2.htm | Aline Matos | vol 3, no 2, p 6-12 |
| stofff-fr.com/.../ 14 AlineMatos_Stofff.jpg | Aline Maths | vol 3, no 2, p 6-12 |
| stofff-fccoml..J galerie-scans.php3?gal=0 | Aline Maths | vol 3, no 2, p 6-12 |
| zaverka.com/wallpa.ers/ nude-celebrity.html | Aline Matos | vol 3, no 2, p 6.12 |
| celebritypictures.de/pictureslfemaleld | Amy Caro | vol 3, no 4, p 22 - 28 |
| greh.rutfotolsoski/_arhiv.htm | Amy Caro | vol 3. no 4. p 22 - 28 |
| thecetebrityportal.comlfemale-php?nr-3470 | Amy Caro | vol 3, no 4, p 22 - 28 |
| averlo.00milucas/Anna_Francolimage4.html | Anna Franco | vol 3, no 3, p 102 -109 |
| drunkanddisorderly.net/ | Anna Franco | vol 3, no 3, p 102 -109 |

| INFRINGING URL | AMAZON SEARCH | PERFECT 10 MAGAZINE |
|---|---|---|
| | | |
| artfile.ru/s.php?s=o&f=f | Alena Drazna | vol 3, no 2 p 90 - 95 |
| artfile.ru/s.php?s=o&p=123 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebritybattles.com/celeb_list/d&pageLink=celeb&p=5 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| desktopgirls.ru/scripts/starslist.asp?do=alph | Alena Drazna | vol 3, no 2 p 90 - 95 |
| dtw.ru/ru/section/foto/A.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| iptelecom.net.ua/~igor/ZZ--List.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| sex-tapety.net.pl/tapety.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| tapety.dziecionline.pl/details.php?image_id=16001 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapersgirls.by.ru/all.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapers-zone.com/stars_et_top_models_femmes/alek_wek.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpaperua.com/ | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebrities.nice.ru/index.php/images/Adele_Stephens/2/ | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/1_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/3_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexycelebs.us/Pictures/Listing_A/Adele_Stephens/4_astephens.html | Adele Stephens | vol 1, no 3, p 58 - 65 |
| averlo.com/lucas/Alessandra_Correa/image2.html | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| i-sd.com/Alessandra_Correa/ | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| pix.alronix.net/Photo_Scans/page0001.htm | Alessandra Correa | vol 3, no 4. p 14 - 19 |
| carnefresca.it/bistecche/berejnova.htm | Alexandra Berejnova | vol 5, no 1 p 6 - 11 |
| proscan.externet.hu/galeries/erotic/december/anonymouse_scp/tn/Thumbs1.htm | Alexandra Bilska | vol 2 no 6 p 74 -.75 |
| giveup.it/sfondisexy/gallery.asp?CurPage=5 | Aline Matos | vol 3, no 2, p 6-12 |
| graficagratis.com/sfondi/vedi.asp?cat=Sexy | Aline Matos | vol 3, no 2, p 6-12 |
| pilspartners.nl/photogallery/index.php?cat=2 | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.com/.../ models/AlineMatos5.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.com/.../ models/AlineMatos6.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| sfondibyas.it/wall/sexy/sexy-creations/imagepages/image2.htm | Aline Matos | vol 3, no 2, p 6-12 |
| stofff-fr.com/.../ 14_AlineMatos_stofff.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| stofff-fr.com/.../ galerie-scans.php3?gal=0 | Aline Matos | vol 3, no 2, p 6-12 |
| zavarka.com/wallpapers/ nude-celebrity.html | Aline Matos | vol 3, no 2, p 6-12 |
| celebritypictures.de/pictures/female/c/ | Amy Caro | vol 3, no 4, p 22 - 28 |
| greh.ru/foto/soski/_arhiv.htm | Amy Caro | vol 3, no 4, p 22 - 28 |
| thecelebrityportal.com/female.php?nr=3470 | Amy Caro | vol 3, no 4, p 22 - 28 |
| averlo.com/lucas/Anna_Franco/image4.html | Anna Franco | vol 3, no 3, p 102 -109 |
| drunkanddisorderly.net/ | Anna Franco | vol 3, no 3, p 102 -109 |

| INFRINGING uRL | AMAZON SEARCH | PERFECT 10 MAGAZINE |
|---|---|---|
| | | |
| artfile.ruls.php?s=o&f=f | Alena Drazna | vol 3, no 2 p 90 - 95 |
| artfile.ruls.php?s=o&p=123 | Alena Drazna | vol 3, no 2 p 90-95 |
| celebritybattles.cornlceleb_list/d&pageLink=celeb&p=5 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| desktopgirls.ru/scripts/starslist.asp?do=alph | Alena Drazna | vol 3, no 2 p 90 - 95 |
| dtw.rufrulseotionlfotolA,html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| iptelecom.net,ual-igor/ZZ--List.htan | Alena Drazna | vol 3, no 2 p 90 - 95 |
| sex-tapely.neLplitapety.htm | Alena Drazna | vol 3, no 2 p 90 - 95 |
| tapety.dziecioniine.plldetails.php?image_id=16001 | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapersgirls.by.ru/atl.html | Alena Drazna | vol 3, no 2 p 90 - 95 |
| wallpapers-zone.comistars_ef top_models femmes/alek_wek.html | Alen Drazna | vol 3, no 2 p 90 - 95 |
| wallpaperua.coml | Alena Drazna | vol 3, no 2 p 90 - 95 |
| celebrities.ntce.ru/index.phplirnages/Adele Stephensl2! | Adele Stephens | vol 1, no 3, p 58 - 65 |
| sexyc,elebs,uslPiotures/Listing_AlAdele_Stephensti astephens.html | Adele Stephens | vol 1, no 3, p 56 -65 |
| sexycelebs.us/Pictures!Listing_AiAdele_Stephens/3_astephens.html | Adele Stephens | vol 1, no 3, p 58 -65 |
| sexycelebs.us/Pictures/LisfintAlAdeleStephens&astephens.html | Adele Stephens | vol 1, no 3, p 58-65 |
| averlo.com/lucas/Alessandra Correalimage2.html | Alessandra Con-ea | vol 3, no 4. p 14 - 19 |
| i-sd.com/Alessandra_COrreal | Alessandra Correa | |
| pix.alronix.net/Photo_Scans/page0001.htm | Alessandra Correa | vol 3, no 4. p 14 -19 |
| carnefresca.itlbistecchelberejnova.htm | Alexandra Berejnova | vol 5, no 1 p 6 - 11 |
| proscan.externeLhulgalerieslerotícldecemberfanonymouse_scpltnfrhumbsl.htm | Alexandra Bilska | vol 2 no 6 p 74 -.75 |
| giveup.itfsfondisexy/gallery.asp?CurPage=5 | Aline Matos | vol 3, no 2, p 6-12 |
| graficagratis.com/sfondilvedi.asp?cal=Sexy | [Aline Matos | vol 3, no 2, p 6-12 |
| pilspartners.nllphotogalleryrindex.php?cat=2 | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.conV.../ modelsIAlineMatos5.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| revsharesex.com/.../ models/AlineMatos6.jpg | Aline Matos | vol 3, no 2, p 6-12 |
| sfondib as.it/walUsexylsexy-creationslimagepa9es/image2.htm | Aline Matos | vol 3, no 2, p 6-12 |
| stofff-fr.com/.../ 14 AlineMatos_stofff.{. ! | Mine Matos | vol 3, no 2, p 6-12 |
| stofff-fr.coml...1 galerie-scans.php37ga1=0 | Aline Matos | vol 3, no 2, p 6-12 |
| zavarka.com/wallpapers/ nude-celebrity.html | Aline Matos | vol 3, no 2, p 6-12 |
| celebritypicturos.delpictureslfemalelc/ | | vol 3, no 4, p 22 - 28 |
| greh.rulfoto/soskil arhiv.htm | Amy Caro | 3, no 4, p 22 - 28 |
| therelebrityportal.comlfemale.php?nr-3470 | Amy Caro | vol 3, no 4, p 22 - 28 |
| averlo.00m/lucas/Anna_Francolima94.html | Franco | vol 3, no 3, p 102 -109 |
| drunkanddisorderly.natl | Franco | vol 3, no 3, p 102 -109 |

Google, Inc.∟
Shantal Rands∟ð,

Confidential

GGL 013495

Google, Inc.
Shantal Rands◀ð,

Confidential

GGL 013506

Google, Inc.
Shantal Rands

Confidential GGL 013578

Google, Inc.L
Shantal RandsLð,

Google, Inc.∟
Shantal Rands∟ð,

Confidential

GGL 013627

Google, Inc.
Shantal Rands◂ð,

Confidential GGL 013646

Google, Inc.∟
Shantal Rands∟ð,

Confidential

GGL 013663

Google, Inc.
Shantal Rands◀ð,

Google, Inc.∟
Shantal Rands∟ð,

Google, Inc.L
Shantal RandsLð,

Confidential

GGL 013696

Google, Inc.
Shantal Rands◂ð,

Google, Inc.∟
Shantal Rands∟ð,

Confidential

GGL 013761

REDACTED

> > > > > > > > > > > > > -Shantal
> > > > > > > > > > > > >
> > > > > > > > > > > > > On 1/6/06, Paul Haahr < haahr@google.com> wrote:

REDACTED

> > > > > > > > > > > > > >
> > > > > > > > > > > > > > --p
> > > > > > > > > > > > > >
> > > > > > > > > > > > > > On 1/6/06, Shantal Rands < shantal@google.com>
> wrote:

REDACTED

REDACTED

> > > > > > > > > > > > > > > >
> > > > > > > > > > > > > > > > On 1/6/06, Shantal Rands < shantal@google.com >
> > > wrote:
> > > > > > > > > > > > > > > > > thanks and more to add to this removal:
> > > > > > > > > > > > > > > > >
> > > > > > > > > > > > > > > > > zzzpmvz.narod.ru

Redacted

| | F | G | H | I | J |
|---|---|---|---|---|---|
| 1081 | | | | FALSE | |
| 1082 | | | | TRUE | 10/3/2005 |
| 1083 | | | | TRUE | 10/3/2005 |
| 1084 | | | | TRUE | 10/3/2005 |
| 1085 | | | | FALSE | |
| 1086 | | | | TRUE | 10/3/2005 |
| 1087 | | | | TRUE | 10/3/2005 |
| 1088 | | | | TRUE | 10/3/2005 |
| 1089 | | | | FALSE | |
| 1090 | | | | FALSE | |
| 1091 | | | | FALSE | |
| 1092 | | | | TRUE | 10/3/2005 |
| 1093 | | | | FALSE | |
| 1094 | | | | TRUE | 6/16/2005 |
| 1095 | | | | TRUE | 10/3/2005 |
| 1096 | | | | TRUE | 6/16/2005 |
| 1097 | | | | FALSE | |
| 1098 | | | | TRUE | 5/27/2005 |
| 1099 | | | | TRUE | 12/14/2005 |
| 1100 | | | | TRUE | 12/14/2005 |
| 1101 | | AdSense | | TRUE | 12/14/2005 |
| 1102 | | | | TRUE | 12/14/2005 |
| 1103 | | | | TRUE | 12/14/2005 |
| 1104 | | | | TRUE | 12/14/2005 |
| 1105 | | | | TRUE | 12/14/2005 |
| 1106 | | | | TRUE | 12/14/2005 |
| 1107 | | | | TRUE | 12/14/2005 |
| 1108 | | blogger | | TRUE | 12/14/2005 |
| 1109 | | | | TRUE | 12/14/2005 |
| 1110 | | | | TRUE | 12/14/2005 |
| 1111 | | | | TRUE | 12/14/2005 |
| 1112 | | | | TRUE | 12/14/2005 |
| 1113 | | | | TRUE | 12/14/2005 |
| 1114 | | | | FALSE | |
| 1115 | | | | TRUE | 12/14/2005 |
| 1116 | | | | TRUE | 12/14/2005 |
| 1117 | | | | TRUE | 12/14/2005 |
| 1118 | | | | TRUE | 12/14/2005 |
| 1119 | | | | TRUE | 12/14/2005 |
| 1120 | | | | TRUE | 12/14/2005 |
| 1121 | | | | TRUE | 12/14/2005 |
| 1122 | | | | FALSE | |
| 1123 | | | | TRUE | 12/14/2005 |
| 1124 | | | | TRUE | 12/14/2005 |

Highly Confidential

**PLAINTIFF PERFECT 10, INC'S EXHIBIT SHOWING EXAMPLES FROM GOOGLE'S DOCUMENT PRODUCTIONS**

**FILED UNDER SEAL**

Plaintiff Perfect 10, Inc.'s Exhibits from the September 22, 2009 Hearing Re Discovery

**Examples of Google's Document Production**

in googles dmca log
File Edit View Favorites Tools Help
Back Search Folders
Address R:\for melanie\in googles dmca log
Go
Picture Tasks
Get pictures from camera or scanner
View as a slide show
Order prints online
Print this picture
Copy to CD
File and Folder Tasks
Rename this file
Move this file
Copy this file
Publish this file to the Web
E-mail this file
Delete this file
Other Places
for melanie
My Pictures
My Computer
My Network Places
Details
GGL029592
GGL029617
GGL029656
GGL029701
GGL029752
GGL029792
GGL029943
GGL030035
GGL030041
GGL030059
GGL030065
GGL 028157
GGL 028237
GGL 028239
GGL 028243
GGL 028314
GGL 028369
GGL 028373
GGL 028397
GGL 028399
GGL 028454
GGL 028457
GGL 028459
GGL 028517
GGL 028519
GGL 028523
GGL 028919
GGL 028929
GGL 028933
GGL 029024
GGL 029049
GGL 029053
GGL 029059
GGL 029063
GGL 029094
GGL 029169
GGL 029173
GGL 029174
GGL 029194
GGL 029249
GGL 029253
GGL 029259
GGL 029263
GGL 029367
GGL 029369
GGL 029373
GGL 029404
GGL 029419
GGL 029423
GGL 029424
GGL 029439
GGL 029479
GGL 029483
September 2009
(9/22/09 Presentation) Page 1
start
Account Summary Ho...
Portfolio - Wells Farg...
7 Windows Explorer
Copy of bates list her...
6:06 PM

http://72.14.203.104/search?q=cache:IVZ5lab2H2gJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D9%26qsScaId%3D41+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=130
http://72.14.203.104/search?q=cache:aWdlrc9SDawJ:amishtimes.com/SearchResults.aspx%3FqsCatId%3D9%26qsScaId%3D82+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=131
http://72.14.203.104/search?q=cache:-P-dlnkpGdEJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D18%26qsScaId%3D80+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=132
http://72.14.203.104/search?q=cache:oJwnRlXmmwsJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D17%26qsScaId%3D1+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=133
http://72.14.203.104/search?q=cache:al2eas2YrSYJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D3%26qsScaId%3D8+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=134
http://72.14.203.104/search?q=cache:ZYhQ4sBCtelJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D10%26qsScaId%3D31+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=135
http://72.14.203.104/search?q=cache:VmTuqF8ZAW4J:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D8%26qsScaId%3D16+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=136
http://72.14.203.104/search?q=cache:OTDwLxuNxpkJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D9%26qsScaId%3D89+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=137
http://72.14.203.104/search?q=cache:X0lYcGuyt-IJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D4%26qsScaId%3D57+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=138
http://72.14.203.104/search?q=cache:KEgP6Eq_nn0J:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D14%26qsScaId%3D24+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=139
http://72.14.203.104/search?q=cache:nfqDbOv4LFQJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D4%26qsScaId%3D5+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=140
http://72.14.203.104/search?q=cache:kuUfeyBo6VUJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D16%26qsScaId%3D61+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=141
http://72.14.203.104/search?q=cache:vHBXowZL7MUJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D14%26qsScaId%3D23+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=142
http://72.14.203.104/search?q=cache:FansAln7nb4J:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D4%26qsScaId%3D48+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=143
http://72.14.203.104/search?q=cache:al2eas2YrSYJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D3%26qsScaId%3D8+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=144
http://72.14.203.104/search?q=cache:ZYhQ4sBCtelJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D10%26qsScaId%3D31+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=145
http://72.14.203.104/search?q=cache:VmTuqF8ZAW4J:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D8%26qsScaId%3D16+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=146
http://72.14.203.104/search?q=cache:OTDwLxuNxpkJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D9%26qsScaId%3D89+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=147
http://72.14.203.104/search?q=cache:X0lYcGuyt-IJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D4%26qsScaId%3D57+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=148
http://72.14.203.104/search?q=cache:KEgP6Eq_nn0J:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D14%26qsScaId%3D24+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=149
http://72.14.203.104/search?q=cache:nfqDbOv4LFQJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D4%26qsScaId%3D5+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=150
http://72.14.203.104/search?q=cache:5-SUnlPJkJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D14%26qsScaId%3D84+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=151
http://72.14.203.104/search?q=cache:w7BGDesraWoJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D8%26qsScaId%3D86+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=152
http://72.14.203.104/search?q=cache:4ZkdK9lMloMJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D4%26qsScaId%3D20+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=153
http://72.14.203.104/search?q=cache:blGDFQ0igboJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D14%26qsScaId%3D11+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=154
http://72.14.203.104/search?q=cache:lMFTS2w8rmQJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D11%26qsScaId%3D21+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=155
http://72.14.203.104/search?q=cache:lt1YMADdYR8J:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D19%26qsScaId%3D92+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=156
http://72.14.203.104/search?q=cache:Bvvdl7ZrxEcJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D1%26qsScaId%3D67+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=157
http://72.14.203.104/search?q=cache:Ho-cVUzAsxkJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D13%26qsScaId%3D44+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=158
http://72.14.203.104/search?q=cache:GXUHy9WB8q4J:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D8%26qsScaId%3D28+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=159
http://72.14.203.104/search?q=cache:QpeT21HTd4J:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D7%26qsScaId%3D40+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=160
http://72.14.203.104/search?q=cache:fYapDKbH8VYJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D1%26qsScaId%3D83+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=161
http://72.14.203.104/search?q=cache:4R7YQvOTGsYJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D14%26qsScaId%3D43+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=162
http://72.14.203.104/search?q=cache:pqNlvuikUQ0J:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D19%26qsScaId%3D90+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=163
http://72.14.203.104/search?q=cache:hlRue5FVdAJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D17%26qsScaId%3D18+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=164
http://72.14.203.104/search?q=cache:2GpQvE1lCmMJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D12%26qsScaId%3D69+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=165
http://72.14.203.104/search?q=cache:QkA9oJEtqOgJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D16%26qsScaId%3D79+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=166
http://72.14.203.104/search?q=cache:FE8ynH1oGR8J:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D16%26qsScaId%3D76+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=167
http://72.14.203.104/search?q=cache:x1lMEv-Jl2lJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D11%26qsScaId%3D13+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=168
http://72.14.203.104/search?q=cache:rLx6lBAVxDEJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D5%26amp%3BqsScaId%3D9+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=169
http://72.14.203.104/search?q=cache:1Vqfvz3HPAgJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D1%26amp%3BqsScaId%3D14+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=170
http://72.14.203.104/search?q=cache:dk5lPXlLS-oJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D14%26qsScaId%3D64+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=171
http://72.14.203.104/search?q=cache:9EklIB21LdcJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D3%26qsScaId%3D7+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=172
http://72.14.203.104/search?q=cache:GGY3SNoXdtwJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D9%26amp%3BqsScaId%3D3+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=173
http://72.14.203.104/search?q=cache:kKMxnsJMKiUJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D8%26amp%3BqsScaId%3D73+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=174
http://72.14.203.104/search?q=cache:NaqWh8l6lUgJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D8%26qsScaId%3D73+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=175
http://72.14.203.104/search?q=cache:7RQebiPvAV8J:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D4%26qsScaId%3D65+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=176
http://72.14.203.104/search?q=cache:DlpWR5UwolJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D14%26qsScaId%3D70+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=177
http://72.14.203.104/search?q=cache:iLskhl_zcMUJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D12%26qsScaId%3D84+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=178
http://72.14.203.104/search?q=cache:cnqDR7UzoVsJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D7%26qsScaId%3D74+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=179
http://72.14.203.104/search?q=cache:5lunfXPlEMJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D11%26amp%3BqsScaId%3D10+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=180
http://72.14.203.104/search?q=cache:lRYXfDGwcr8J:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D7%26qsScaId%3D59+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=181
http://72.14.203.104/search?q=cache:N0B-ylR1ZocJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D1%26qsScaId%3D58+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=182
http://72.14.203.104/search?q=cache:vk35h4p-_J4J:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D1%26qsScaId%3D14+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=183
http://72.14.203.104/search?q=cache:dPmEOnVCA4kJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D13%26qsScaId%3D19+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=184
http://72.14.203.104/search?q=cache:wxbJ80b03gQJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D8%26qsScaId%3D75+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=185
http://72.14.203.104/search?q=cache:G9iCJ92i6LEJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D16%26amp%3BqsScaId%3D8+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=186
http://72.14.203.104/search?q=cache:NcR-FR-rqFMJ:www.amishtimes.com/SearchResults.aspx%3FqsCatId%3D15%26qsScaId%3D2+site:amishtimes.com&hl=en&gl=us&ct=clnk&cd=187

Confidential

GGL 019726

| | S | T | U | V | |
|---|---|---|---|---|---|
| 757 | TRUE | 10/11/2004 | org.mk/eyeball/index.asp?id=0&gallery=irina-voronina | | 97 |
| 758 | TRUE | 10/11/2004 | easymodels.free.fr/irina/html/index_1.htm | | 97 |
| 759 | TRUE | 10/11/2004 | fusebssme.com/cgi-bin/imagefolio2/imageFolio.cgi?direct=Irina%20Voronina | | 97 |
| 760 | TRUE | 10/11/2004 | hatlogatta.it/celebrita/irina_voronina.html | | 97 |
| 761 | TRUE | 10/11/2004 | showgalen.com/hafta/es/IRINA_VORONINA/ | | 97 |
| 762 | TRUE | 10/11/2004 | e-celeb.by.ru/502/201.shtm | | 97 |
| 763 | FALSE | | | N/A | |
| 764 | TRUE | 10/11/2004 | italianerotica.com/sexystar/playmates/irina_voronina_1/irina_voronina_1.asp | | 97 |
| 765 | TRUE | 10/13/2004 | russiancelebrities.org/celGal.asp?GID=46FID=4875&ID=1 | | 98 |

[redacted]

Gooste_ Web Images Gro s News Froogle Local[New!] more »

Top of Form

Lmmpi

Advanced Search
Preferences

Bottom of Form

Bottom of Form

Sponsored Links

Knowing your Personality
Most detailed Personality Assessment on the Internet!
www.personalitybook.com

**Web** Results 1 - **10** of about 11 for richh = mmpi. (0,31 seconds)

Did you mean: **rich= mmpi**

RICHH

... **Some of the pieces might offend; as RICHH used to say. Disclaimer:** The following story contains naughty bits. If you are under 18, or if this has ...
www.tky.3web.ne.jp/ kxa/richh/ - 10k - Cached - Similar pages

Newsgroups: talk.bizarre,alt.butt.harp Subject: MORE **MMPI**Message ...

Newsgroups: talk.bizarre,alt.butt.harp Subject: MORE **MMPI** Message-ID:... I frequently find it necessary to stand up for what I think is right. RICHH:ask.
www.tky.3web.ne.jp/ kxa/richh/more-mmpi - 2k - Cached - Similar pages

www.tky.3web.ne.jp/~localrichhm...

Similar cases

www.tky.3web.ne.jnt-loralrichh/mmpi-thus-far

Similar pages

4

N 'ON NOSav3a aav

FROM : CRNRIGHT SYSTEMS INC. PHONE NO. : 5039681209 Apr. 09 2006 01:44AM P1

web design

Development

Hosting

826 SE 34th Ave Suite # 4420 503 450

Portland, Oregon 97124

an 'gilt

Confidential GGL 009756

pWrapPolygonVertices8;7;(0,0);(0,21601);(9838,21601);(9838,21528);(21600,21528);(21600,0);(0,0);fBehindDocument0Exhibit G

Exhibit H

—At.,

Confidential GGL 009873

Back to Index

_urafst;n s slaw Fay ill)26205 3 1 17 '95 15 M

Phones +k. 4.559 JFi636

Fax:

tmailAddress. irfoff.oror:9 u corn **Contact Type Technical**

Organization Name. ZLC Brother Senile. c. Fist Name vou+ur **Last Name:** Sao

Address i. 480 university Ave. =u to 806, **Address 2:**

Cityr Toronto StateProvince. Ontario

PostalCode: MSG 1 ✓2

Country.

Phone. +14165996636

Fax:

EmailAddress:

Other information status: REGISTRARLOCI'

namaservers DNS1N AME-SERVICES. COM DN52 NAME-SERVICeSCOM bN53 NAME-SERVICLS.COM ONS4 NAME-SERVICES

DNSS,NAME-SE&.VIC EST2CM

**creatgd-byc** ero=r

negistratien-expiration-date _5(1iid-15-P_5

22:55:01-0 registrar: shims)

updated-byt en,crc

created-date; 2005-05-f0512i55:OLO

updated-dale: 2005-05-OS 2'255:103.0

leeisior a domain ... domains my trap fers nost a domalg I International domains IDNss I realstar name server I push a domain I sF ,za_a

i~2 eNom inc 1995-2005 Terms r-nd Corc'-o users Choice Award V.

Partners: Try this m- net

pWrapPolygonVertices8;7;(0,0);(0,21605);(17731,21605);(17731,19486);(21583,19486);(21583,0);(0,0);fBehindDocument1

Further, you can actually see they still have the tracking script from our project with "SoftwareProjects.com" in this screenshot:

Name Server: NS2.WHITEMAILER.BIZ NS1.WHITEMAILER.BIZ

**ICANN Registrar:** ENOM, INC.
**Created:** 22-may-2004
**Expires:** 22-may-2005
**Status:** REGISTRAR-LOCK

Registration *Service* Provided By: SS Compusoft
Contact:
Visit

Domain name: sterling-silver-beaded-jewelry-wholesale.com Administrative

Contact

John Abraham
+91.1111111
Fax: +91.1111111
Bangalore
Bangalore, 111111
IN

Billing Contact:
John Abraham (
+91.1111111
Fax: +91

Bangalore
Bangalore
IN

Technical Contact:

John Abraham (
+91.1111111
Fax: +91
Ba

(21600,0),(1187,0),fBehindDocument JAN. 11.1.1.1.1 NO. 166 P. 21

Received at 5:01PM, 1/18/2008

JAN 18 2008 5:25 PM FR

CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17 United States code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

1

2

Registrant Contact

Confidential GGL 014980

Confidential GGL 013747

JAN.23.2006 3:26PM

Received at 5:01PM, 1/18/2006

TO 94976412343 S.03

TOKEO

pWrapPolygonVertices8;7;(0,0);(0,21546);(10896,21546);(10896,18994);(21602,18994);(21602,0);(0,0);fBehindDocument1

3137

| URL | Name | Volume |
|---|---|---|
| | Jodi Paterson | |
| 5, p 78 - 81 & vol 3, no 3 p 98 - 101 | | |
| kladblog.com/image1200409/babes_pages/20040909.htm | Jodi Paterson | |
| | vol2,no5,p78-81 &vol3,no3p98-101 | |
| mamba.co.yu/FOTO/FOTO_devojke_meseca.ASP | Jodi Paterson | |
| 5, p 78 - 81 & vol 3, no 3 p 98 - 101 | | |
| stoff-fr.com/GalerieHO. php3 | Jodi Paterson | |
| no 5, p 78 - 81 & vol 3, no 3 p 98 - 101 | | |
| dimworld.free.fr/babeol7.htm | | |
| | Joy Behrman | |
| | vol2,no5,p78-81&vol3,no3p98-101 | |
| home.quicknet.nl/qn/prive/wfaberibabesj-n.htm | Joy Behrman | vol 2, |
| no 5, p 78 - 81 & vol 3, no 3 p 98 - 101 | | |
| mamba.co.yu/ZABAVA/smesneslike/page_01.htm | Joy Behrman | vol2, |
| no 5, p 78-81 & vol 3 no 3 p 98 - 101 | | |
| simplemodels.com.ar/verpost.php?id_noticia=i4 | Joy Behrman | |
| | vol2,no5,p78-81&vol3,no3p98-101 | |
| doom3.planet-multiplayer.de/forum/index.php?showtopic=317 | Julia Cerkonova | vol 3, |
| no 2 p 70 - 73 | | |
| solofamosas.com.ar/00celebs/centerfolds/julia_schultz/index.php | | |
| | Julia Schultz | vol 2, |
| no 1 p 62 - 64 | | |
| dimworld.free.fr/babe038.htm | julija ribkina | |
| | perfect10.com | |
| playmateworld90.free.fr/Galleries/1997/97_08Kalin%20Olson/ | Kalin Olson | |
| | perfect10.com | |
| lingeriedreems.blogspot.com/2004_11_21_ingeriedreams_archive.html | Karolina Runossen | |
| | perfect10.com | |
| superfinebabes2.de/gallery99/ulthm2.htm | | |
| | Katia Micheeva | |
| | perfect10.com | |
| dimworld.free.fr/babe030.htm | Katia Procenko | |
| | perfect10.com | |
| arx.picturetrades.com/ | Katie Sarakova | vol 2, |
| no 4, p 46 - 49 | | |
| home.tiscali.be/carpenochem/FramesNrouwenalfabeUK.htm | Katie Lawrie | |

Confidential GGL 016032

Christmas Decorations

best-christmas-decorations.info

Harmony Kingdom

Confidential GGL 014924

Notice of Claimed Infringement DMCA Take Down Demand Per 17 USC 512(c)(3) - Google

[illegible]

Confidential GGL 019724

Notice of Claimed Infringement DMCA Take Down Demand Per 17 USC 512(c)(3) - Google...

[illegible]

Confidential GGL 019725

# PROOF OF SERVICE
# STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 21800 Oxnard Street, Suite 910, Woodland Hills, California 91367

On October 21, 2009, I served the foregoing document(s) described as follows:

**PLAINTIFF PERFECT 10, INC'S UNDER SEAL EXHIBITS FROM THE SEPTEMBER 22, 2009 HEARING REGARDING DISCOVERY ISSUES BEFORE JUDGE HILLMAN;**

**APPLICATION TO FILE UNDER SEAL PLAINTIFF PERFECT 10, INC'S UNDER SEAL EXHIBITS FROM THE SEPTEMBER 22, 2009 HEARING REGARDING DISCOVERY ISSUES BEFORE JUDGE HILLMAN; and**

**[PROPOSED] ORDER TO FILE UNDER SEAL PLAINTIFF PERFECT 10, INC'S UNDER SEAL EXHIBITS FROM THE SEPTEMBER 22, 2009 HEARING REGARDING DISCOVERY ISSUES BEFORE JUDGE HILLMAN.**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to the address(es) as follows:

**Mark Jansen**
**Anthony Malutta**
**Gia Cincone**
**Ellie Steiner**
**Townsend Townsend & Crew**
**Two Embarcadero Center, 8th Floor**
**San Francisco, California 94111**

**Rachel Herrick Kassabian**
**Charles Verhoeven**
**Quinn Emanuel**
**555 Twin Dolphin Drive, Suite 560**
**Redwood Shores, California 94065**

**Michael Zeller**
**Thomas Nolan**
**Quinn Emanuel**
**865 S. Figueroa St. 10th Floor**
**Los Angeles, California 90017**

**MAIL:** I placed such envelope with fully prepaid postage thereon in the United States mail at Los Angeles, California.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on **October 21, 2009** at Los Angeles, California.

BY: ____________________
MELANIE POBLETE