ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

LODGED
2009 OCT 22 AM 11:47
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a corporation; et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No.<br>CV 05-4753 AHM (SHx)<br><br>**DISCOVERY MATTER**<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL PLAINTIFF PERFECT 10, INC'S UNDER SEAL EXHIBITS FROM THE SEPTEMBER 22, 2009 HEARING REGARDING DISCOVERY ISSUES BEFORE JUDGE HILLMAN<br><br>**Before Judge Stephen J. Hillman**<br><br>Date: September 22, 2009<br>Time: 10:00 A.M.<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

[PROPOSED] ORDER TO FILE UNDER SEAL

IT IS HEREBY ORDERED that pursuant to the Protective Order in this matter, Docket No. 94, the following documents, which have been lodged with this Court, shall be filed under seal:

1) **PLAINTIFF PERFECT 10, INC'S UNDER SEAL EXHIBITS FROM THE SEPTEMBER 22, 2009 HEARING REGARDING DISCOVERY ISSUES BEFORE JUDGE HILLMAN.**

DATED: 10/23/09

STEPHEN J. HILLMAN
United States Magistrate Judge