ORIGINAL

Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>GOOGLE, INC., a corporation; et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No.<br>CV 05-4753 AHM (SHx)<br><br>**DISCOVERY MATTER**<br><br>**APPLICATION TO FILE UNDER SEAL PLAINTIFF PERFECT 10, INC'S UNDER SEAL EXHIBITS FROM THE SEPTEMBER 22, 2009 HEARING REGARDING DISCOVERY ISSUES BEFORE JUDGE HILLMAN**<br><br>**Before Judge Stephen J. Hillman**<br><br>Date: September 22, 2009<br>Time: 10:00 A.M.<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Application to File Under Seal

| | |
|---|---|
| 1 | Pursuant to Local Rule 79-5.1, the Procedures and Schedules of the Hon. |
| 2 | Stephen J. Hillman at Paragraph 17, and the Protective Order dated December 27, |
| 3 | 2005 (Docket No. 94) entered by the Court, Perfect 10, Inc. hereby submits this |
| 4 | application to file under seal the following documents: |
| 5 |     1) **PLAINTIFF PERFECT 10, INC'S UNDER SEAL EXHIBITS** |
| 6 | **FROM THE SEPTEMBER 22, 2009 HEARING REGARDING DISCOVERY** |
| 7 | **ISSUES BEFORE JUDGE HILLMAN.** |
| 8 | The exhibits contain materials designated Confidential and Highly |
| 9 | Confidential by defendant Google and/or Perfect 10. Plaintiff, Perfect 10, Inc. |
| 10 | respectfully requests that the above-entitled documents, which have been lodged, |
| 11 | be filed under seal. |

Dated: October 21, 2009

Respectfully submitted,
LAW OFFICES OF JEFFREY N. MAUSNER

By: *Jeffrey N. Mausner* (signature)

    Jeffrey N. Mausner
    Attorneys for Plaintiff Perfect 10, Inc.