# ORIGINAL

Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

FILED

2009 OCT 22 AM 11: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Perfect 10, INC., a California
corporation,

          Plaintiff,

  v.

GOOGLE, INC., a corporation; and
DOES 1 through 100, inclusive,

          Defendant.

AND CONSOLIDATED CASE.

Case No. CV 04-9484 AHM (SHx)

Consolidated with Case No.CV 05-4753
AHM (SHx)

**NOTICE OF LODGING**

**Before Judge Stephen J. Hillman**

Date:  Septmeber 22, 2009
Time:  10:00 a.m.
Place:  Courtroom 550, Courtroom of the
       Honorable Stephen J. Hillman

Discovery Cut-Off Date:  None Set
Pretrial Conference Date: None Set
Trial Date:  None Set

Dockets.Justia.com

Plaintiff, Perfect 10, Inc., hereby lodges the following documents:

**PLAINTIFF PERFECT 10, INC'S UNDER SEAL EXHIBITS FROM THE SEPTEMBER 22, 2009 HEARING REGARDING DISCOVERY ISSUES BEFORE JUDGE HILLMAN; and**

**[PROPOSED] ORDER TO FILE UNDER SEAL PLAINTIFF PERFECT 10, INC'S UNDER SEAL EXHIBITS FROM THE SEPTEMBER 22, 2009 HEARING REGARDING DISCOVERY ISSUES BEFORE JUDGE HILLMAN.**

The exhibits contain confidential material and should be filed under seal pursuant to the December 27, 2005 protective order in this case, Docket No. 94.

Dated: October 21, 2009

Respectfully submitted,
LAW OFFICES OF JEFFREY MAUSNER

By: _Jeffrey N. Mausner_
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 21800 Oxnard Street, Suite 910, Woodland Hills, California 91367

On October 21, 2009, I served the foregoing document(s) described as follows:

**NOTICE OF LODGING**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to the address(es) as follows:

| | |
|---|---|
| **Mark Jansen** | **Rachel Herrick Kassabian** |
| **Anthony Malutta** | **Charles Verhoeven** |
| **Gia Cincone** | **Quinn Emanuel** |
| **Ellie Steiner** | **555 Twin Dolphin Drive, Suite 560** |
| **Townsend Townsend & Crew** | **Redwood Shores, California 94065** |
| **Two Embarcadero Center, 8th Floor** | |
| **San Francisco, California 94111** | **Michael Zeller** |
| | **Thomas Nolan** |
| | **Quinn Emanuel** |
| | **865 S. Figueroa St. 10th Floor** |
| | **Los Angeles, California 90017** |

**MAIL:** I placed such envelope with fully prepaid postage thereon in the United States mail at Los Angeles, California.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on **October 21, 2009** at Los Angeles, California.

BY: _____

MELANIE POBLETE

PROOF OF SERVICE