Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendant.<br>_____<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**PERFECT 10'S OPPOSITION TO GOOGLE'S IMPROPER EX PARTE APPLICATION**<br><br>**Before Judge Stephen J. Hillman**<br><br>Date: None Set<br>Time: None Set<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Plaintiff Perfect 10, Inc. ("Perfect 10") opposes the improper ex parte application filed today, November 2, 2009, by Defendant Google, Inc. ("Google") on the grounds to be set forth tomorrow, November 3, 2009 at 10:00 A.M., during the telephonic hearing already scheduled before Judge Stephen J. Hillman.  Perfect 10 also opposes Google's ex parte application, on the same grounds as set forth in its opposition to Amazon's ex parte application, which Perfect 10 filed on October 31, 2009, Case No. 05-4753, Docket No. 356.

Perfect 10 does want to emphasize, once again, that Google did not:

1. Follow Judge Hillman's order to Bates number the documents using the Adobe numbering system.
2. Obtain an expert to determine the cost of Bates numbering the documents.  Only Perfect 10 did that.  Google criticizes the conclusion reached by Perfect 10's expert, but has not submitted anything to contradict what he says.

Perfect 10 will state the remainder of its opposition to Google's ex parte application during the hearing this morning.

Dated: November 3, 2009
Respectfully submitted,
Law Offices of Jeffrey N. Mausner
  *Jeffrey N. Mausner*
By: _____
 Jeffrey N. Mausner
 Attorney for Plaintiff Perfect 10, Inc.