QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**SUPPLEMENTAL DECLARATION OF THOMAS NOLAN IN SUPPORT OF GOOGLE INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS JOINDER IN DEFENDANTS AMAZON.COM, INC. AND ALEXA INTERNET'S *EX PARTE* APPLICATION AND RESPONSE TO PERFECT 10'S OPPOSITION THERETO**<br><br>Hon. Stephen J. Hillman<br><br>Date: November 3, 2009<br>Time: 10:00 A.M.<br>Crtrm.: 550<br><br>Discovery Cut-off: None Set<br>Pre-trial Conference: None Set<br>Trial Date: None Set |

I, Thomas Nolan, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Defendant Google Inc. in this action. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Defendant Google Inc.'s Supplemental Memorandum in Support of its Joinder in Defendants Amazon.com, Inc. and Alexa Internet's *Ex Parte* Application and Response to Perfect 10's Opposition Thereto (filed concurrently herewith).

3. On October 22, 2009 Perfect 10 produced a hard drive to Google. I have personally reviewed the hard drive. The October 22, 2009 hard drive includes folders titled "usenet" and "google." These folders contain thousands of files. In my review of the contents of these folders, I saw no subfolder or file name labeled with any clear reference to the Court's Order dated October 6, 2009. One of the documents contained on this hard drive is file titled "U.S. Copyright Office - Service Provider Agents.pdf" that is located in the "whois" folder, is 1,429 pages long, includes a URL from the website www.copyright.gov, is titled "Directory of Service Provider Agents for Notification of Claims of Infringement," and contains 25 pages of what appear to be electronic scans of hard copy documents. One of the folders on this hard drive is titled "articles after production" and contains news articles and similar documents. In reviewing the hard drive produced by Perfect 10 on October 22, 2009 (and previous hard drives produced by Perfect 10 in this matter), I have observed that many of the produced files were not text-searchable. For example, many of the copyright registration certificates and contracts that Perfect 10 has produced were not in text-searchable format.

4. Attached hereto as Exhibit A is a true and correct copy of an electronic file I created using the program Snagit 9. The file is a screenshot of the properties

01980.51320/3188237.2
-2-

SUPPLEMENTAL NOLAN DECLARATION IN SUPPORT OF GOOGLE'S
JOINDER IN EX PARTE APPLICATION

1 | of the "usenet" folder of Perfect 10's electronic document production of October 22,
2 | 2009, as viewed on my computer using Windows Explorer.

5. Attached hereto as Exhibit B is a true and correct copy of an electronic file I created using the program Snagit 9. The file is a screenshot of the properties of the "google" folder of Perfect 10's electronic document production of October 22, 2009, as viewed on my computer using Windows Explorer.

6. On November 25, 2008 Perfect 10 produced a hard drive to Google. I have personally reviewed the hard drive. The hard drive contains a large number of documents spread throughout 49 first-level folders and multiple subfolders. In my review of the hard drive I located no folders of documents labeled "financial documents," "damages documents," or with any sort of clear reference to any of Google Inc.'s Requests for Production of Documents in this matter.

7. Attached hereto as Exhibit C is a true and correct copy of an electronic file I created using the program Snagit 9. The file is a screenshot of the file structure of Perfect 10's electronic document production of November 25, 2008, as viewed on my computer using Windows Explorer.

8. Attached hereto as Exhibit D is a true and correct copy of an electronic file I created using the program Snagit 9. The file is a screenshot of the properties of the "0 0 0 for next production" folder of Perfect 10's electronic document production of November 25, 2008, as viewed on my computer using Windows Explorer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed November 6, 2009 at Los Angeles, California.

*/s/ Thomas Nolan*
Thomas Nolan

# EXHIBIT A



EXHIBIT A
PAGE 4

# EXHIBIT B



EXHIBIT B
PAGE 5

# EXHIBIT C



# My Passport (F:)

| Name | Size | Type | Date Modified | Attributes |
|---|---|---|---|---|
| 0 0 0 for next production | | File Folder | 11/26/2008 1:03 PM | A |
| a9 passwords | | File Folder | 11/26/2008 1:03 PM | A |
| advertisers | | File Folder | 11/26/2008 1:06 PM | A |
| agreements | | File Folder | 11/26/2008 1:06 PM | A |
| amazon | | File Folder | 11/26/2008 1:20 PM | A |
| aol | | File Folder | 11/26/2008 1:20 PM | A |
| articles | | File Folder | 11/26/2008 1:20 PM | A |
| bodyinmind reports | | File Folder | 11/26/2008 1:20 PM | A |
| celebs blogspot | | File Folder | 11/26/2008 1:23 PM | A |
| cellphone downloads | | File Folder | 11/26/2008 1:23 PM | A |
| chillingeffects | | File Folder | 11/26/2008 1:23 PM | A |
| compliments | | File Folder | 5/7/2009 3:51 PM | A |
| connections | | File Folder | 11/26/2008 1:23 PM | A |
| copyright | | File Folder | 11/26/2008 2:16 PM | |
| credit card processors | | File Folder | 11/26/2008 2:16 PM | A |
| defame | | File Folder | 5/7/2009 3:51 PM | A |
| disclaimers | | File Folder | 11/26/2008 2:16 PM | A |
| display | | File Folder | 5/7/2009 3:51 PM | A |
| downloads | | File Folder | 11/26/2008 2:16 PM | A |
| glam0ur.com | | File Folder | 11/26/2008 2:16 PM | A |
| google | | File Folder | 11/26/2008 2:54 PM | A |
| hegre | | File Folder | 11/26/2008 2:54 PM | A |
| Hollywood requests | | File Folder | 11/26/2008 2:54 PM | A |
| image findtarget | | File Folder | 11/26/2008 2:54 PM | A |
| Image recognition | | File Folder | 11/26/2008 2:54 PM | A |
| imagevenue | | File Folder | 11/26/2008 2:54 PM | A |
| msn | | File Folder | 5/7/2009 3:51 PM | A |
| nasty | | File Folder | 11/26/2008 3:14 PM | A |
| not fair use | | File Folder | 11/26/2008 3:14 PM | A |
| nudecelebforum.com | | File Folder | 11/26/2008 3:14 PM | A |
| passwords | | File Folder | 11/26/2008 3:14 PM | A |
| phun.org | | File Folder | 11/26/2008 3:23 PM | A |
| rapidshare 43008 | | File Folder | 11/26/2008 3:23 PM | A |
| rapidshare 81608 nz | | File Folder | 11/26/2008 3:23 PM | A |
| rapidshare connections | | File Folder | 11/26/2008 3:23 PM | A |
| rapidshare downloaded 50908 | | File Folder | 11/26/2008 3:24 PM | A |
| rapidshare downloaded 61208 | | File Folder | 11/26/2008 3:24 PM | A |
| rapidshare downloaded 63008 | | File Folder | 11/26/2008 3:25 PM | A |
| rapidshare marketa | | File Folder | 11/26/2008 3:26 PM | A |
| rapidshare using google links | | File Folder | 11/26/2008 3:26 PM | A |
| removes entire cp site | | File Folder | 11/26/2008 3:26 PM | A |
| rights violations | | File Folder | 11/26/2008 3:26 PM | A |
| safe search | | File Folder | 11/26/2008 3:26 PM | A |
| snagit | | File Folder | 11/26/2008 3:26 PM | A |
| trademark | | File Folder | 5/7/2009 3:51 PM | A |
| ucgalleries | | File Folder | 11/26/2008 3:26 PM | A |
| url breakdown by site | | File Folder | 11/26/2008 3:26 PM | A |
| usenet | | File Folder | 11/26/2008 3:32 PM | A |
| whois | | File Folder | 11/26/2008 3:35 PM | A |

EXHIBIT C
PAGE 6

# EXHIBIT D


EXHIBIT D
PAGE 7