UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 04-9484 AHM (SHx)<br><br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**[PERFECT 10'S PROPOSED] ORDER REGARDING THE IDENTIFICATION OF CERTAIN DOCUMENTS**<br><br>**Before Judge Stephen J. Hillman**<br><br>Date: None Set (taken under submission)<br>Time: None Set<br>Place: Courtroom of Judge Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |
| AND COUNTERCLAIM | |
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., et al,<br><br>Defendants. | |

On November 3, 2009, via telephone conference, the Court heard oral argument on various discovery matters. The Court ordered the parties to submit proposals regarding the identification of certain documents. Having considered the parties' respective briefs and oral argument, and good cause existing therefore, the Court HEREBY ORDERS as follows:

1. With regard to the 26 document requests set forth in Paragraph 4 of this Court's Order dated October 6, 2009, on or before November 27, 2009, Perfect 10 provide the folders and subfolders (going down no further than the first subfolder level) containing responsive documents for each of 15 requests of defendants' choosing. Defendants will inform Perfect 10 of the 15 requests of their choosing by no later than November 13, 2009, in writing. All defendants must jointly confer and select 15 requests.

2. With regard to Judge Matz's May 13, 2008 order (Docket No. 294), and Judge Hillman's orders dated May 22, 2006 (Docket No. 163) and February 22, 2008 (Docket No. 254), Google will provide the Bates number ranges of responsive documents, for each of 15 requests of Perfect 10's choosing. Perfect 10 will inform Google of the 15 requests of its choosing by no later than November 13, 2009, and Google shall provide the information on or before November 27, 2009. (This is separate from the Court's ruling on November 3, 2009 that Perfect 10 and Google's counsel meet and confer about Perfect 10's complaints about Google's document productions and use of documents at depositions, and that Perfect 10 may ask this Court for a hearing on the same if counsel cannot reach agreement.)

IT IS SO ORDERED.

Dated:_________________

_________________________________
HONORABLE STEPHEN J. HILLMAN
Chief United States Magistrate Judge

