QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
    rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.*<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.* | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**GOOGLE INC.'S SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PERFECT 10, INC. TO AFFIX CONTROL NUMBERS TO ITS DOCUMENT PRODUCTION**<br><br>Hon. Stephen J. Hillman<br><br>Date: None [Currently under submission]<br>Time: None<br>Crtrm.: 550<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

01980.51320/3191670.1

GOOGLE'S SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL
PERFECT 10 TO AFFIX CONTROL NUMBERS TO ITS DOCUMENT PRODUCTION

Dockets.Justia.com

Pursuant to the Court's request during the November 3, 2009 telephonic conference, Google Inc. has located the following consultant to advise the Court on the feasibility of whether Perfect 10 can employ Adobe Acrobat Professional to Bates number its electronic document productions:

> Diane Price
>
> Application Specialist at Traveling Coaches, Inc.
>
> 1700 Pacific Avenue, Suite 2750, Dallas, TX 75201
>
> http://www.travelingcoaches.com/
>
> 800-493-4083

Google located Ms. Price through a referral from Adobe, Inc. Ms. Price has informed Google that she has extensive experience managing document production projects with Adobe Acrobat Professional (as well as other litigation support software), and is available to take on this project. Ms. Price estimated that if sent a hard drive, she could do an initial assessment regarding the feasibility of using Adobe Acrobat Professional's bates stamping feature to affix control numbers to the files on that hard drive in approximately four hours. Her hourly rate is $145.

Defendants Amazon.com, Inc., Alexa Internet, and A9.com have stipulated to using Ms. Price as a court-appointed neutral expert, and further advise that if Ms. Price is unable to answer the Court's questions to the Court's satisfaction, the Court would be free to seek other opinions. Perfect 10 has spoken with Ms. Price by phone and has raised no objection to Ms. Price's qualifications and expertise to advise the Court regarding Adobe Professional software.

DATED: November 11, 2009        Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *Rachel Herrick Kassabian*
Rachel Herrick Kassabian
Attorneys for Defendant GOOGLE INC.