Perfect 10 Inc v. Google Inc et al                                                                                       Doc. 605

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484-AHM (SHx) | Date | November 12, 2009 |
|---|---|---|---|
| Title | Perfect 10 Inc., v. Google Inc., et al., | | |

Present: The Honorable  Stephen J. Hillman

| Sandra L. Butler | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A/ | N/A/ | |

**Proceedings:**     (IN CHAMBERS)

Order re: Perfect 10's Production of Documents Ordered Produced on October 6, 2009:

No later than November 30, 2009, Perfect 10 shall identify the location of documents in its October 22, 2009 production that are "responsive" to each of the 27 Compelled Requests. However, "responsive" is defined as co-extensive with the limitations ordered on October 6, 2009. That is, for Categories 4d through 4aa in the October 6, 2009 Order, documents "sufficient to show" were ordered produced. To comply with that Order, Perfect 10 need do no more than what was previously ordered. The court need not determine at this juncture whether, or how many, folders and subfolders will need to be searched by Perfect 10 to comply in good faith with the October 6, 2009 Order. For Category 4b, however, Perfect 10 shall identify all documents which it has located after a reasonable search.

With respect to the portion of the October 6th Order which requires Perfect 10 to produce documents related to the deposition of Bruce Hersh, Perfect 10 is ordered to produce those documents with unique control numbers affixed to each page of that production. The documents shall not be intermingled with other non-responsive documents.

The deposition of Mr. Hersh shall be continued to a mutually convenient date not earlier than December 21, 2009, with documents produced ten calendar days before the deposition.

With respect to Google's suggestion that the court appoint Diane Price as a neutral

Adobe expert, with her fees to be jointly shared between the parties (not to exceed an initial amount of four hours at the rate of $145 per hour), the court will appreciate Perfect 10's response as soon as possible.

All counsel are strongly admonished not to submit Proposed Orders to the court which exceed the scope of a particular Motion which is under submission.

cc: Judge Matz
Magistrate Judge Hillman
Parties of Record

:

Initials of Preparer