Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants.<br><hr>AND COUNTERCLAIM<hr>PERFECT 10, INC., a California corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>AMAZON.COM, INC., et al.<br><br>        Defendants. | Case No. CV 04-9484 AHM (SHx)<br><br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**PERFECT 10'S RESPONSE REGARDING DIANE PRICE**<br><br>**Before Judge Stephen J. Hillman**<br><br>Date:  None Set (taken under submission)<br>Time:  None Set<br>Place:  Courtroom of Judge Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Pursuant to the Court's November 12, 2009 Order, Perfect 10 responds to Google's suggestion regarding Diane Price. Perfect 10 has no objection to Ms. Price estimating what it will cost for her company, Traveling Coaches, Inc., to Bates number Perfect 10's electronic productions, just as Mr. Garcia already did. Perfect 10 has informed counsel for Google, Inc. and counsel for the Amazon Defendants that Perfect 10 will pay $193 to secure the estimate, which is 1/3 of the cost of the estimate. However, Perfect 10 believes that it will most likely be a waste of the Court's time and resources, as well as Perfect 10's, for this Court to further proceed with Google's Bates numbering proposal at all, because Ms. Price indicated that the rock bottom price for this job would be 3 – 5 cents per page, i.e., $150,000 - $250,000. That estimate assumes that no difficulties arise that make the job more expensive. Perfect 10 already informed Defendants' counsel of Ms. Price's rock bottom estimate and that Bates numbering therefore is prohibitively expensive for Perfect 10.

If Google wants to pay for Traveling Coaches to Bates number the productions at issue, or if the Amazon Defendants want to split the cost with Google, Perfect 10 has no objection to that. However, Perfect 10 does not agree to split the cost of Traveling Coaches performing the job. Furthermore, Perfect 10 has never agreed to Bates number the production itself. The purpose of hiring Ms. Price was to give an estimate of what it would cost for her company to do the work. The evidence submitted prior to and after the September 22, 2009 discovery hearing has shown that Google's representations to the Court that Bates numbering is cheap and easy are not correct.

Furthermore, Ms. Price informed counsel for Perfect 10 that her estimate will be most accurate if Google supplies her with all of the electronic hard drives at issue, not just one of them.

The Law Offices of Jeffrey N. Mausner is not equipped to Bates number these complex electronic productions. Mr. Mausner does not have the expertise or time to take on this type of complicated non-legal task, especially given the large volume of substantive and discovery matters in the cases. Moreover, this Court already stated that if Bates numbering is cheap and easy, then Google's counsel should take on the task: "I'M GOING TO ORDER THE DEFENDANT TO BATES STAMP ACCORDING TO THE PROCEDURES YOU DEEM MOST EFFICIENT AND COST EFFECTIVE." Transcript of September 22, 2009 hearing before Judge Hillman, page 108 lines 8-10 (Docket No. 557). The Court's determination that Google should do the Bates stamping is supported by the fact that Quinn Emanuel has an in-house Electronic Document Management and Litigation Support Group, which is set-up to perform the very task Google seeks – Bates numbering large electronic productions. See Quinn Emanuel's website, at: http://www.quinnemanuel.com/media/2087/qe%20doc.mgt.pdf.

A copy of the "Electronic Document Management & Litigation Support brochure" on Quinn Emanuel's website is attached as Exhibit 1 to the Mausner Declaration for Perfect 10's Response Regarding Diane Price (filed concurrently), for the Court's convenience. This brochure states, inter alia:

> What We Offer
>
> Quinn Emanuel's Electronic Document Management and Litigation Support Group — which was over a year in the making — is specifically designed to address and resolve these problems by offering a *full-service* program that brings together the following elements:
>
> • **A first-class support Group.** Our Group is headed by one of our lawyers who has given up full-time practice to run the program,

| | |
|---|---|
| 1 | supported by a full-time staff with legal training and state-of-the- |
| 2 | art technical skills. Together, our Group has over 40 years of |
| 3 | experience in litigation support/document management; |
| 4 | • **State-of-the-art software.** The software we have chosen is |
| 5 | adaptable to a case of any size, designed to facilitate collaboration |
| 6 | among our attorneys — and capable of being configured to allow |
| 7 | our clients direct access to the documents; |
| 8 | • **A flexible, accessible, online document database system.** *Since* |
| 9 | *our online system is hosted by our own servers, it allows us to* |
| 10 | *make instant adjustments to the structure and content of any* |
| 11 | *document database as the need arises.* Our online database also |
| 12 | allows our lawyers and clients to access documents directly from |
| 13 | anywhere in the world; |
| 14 | |
| 15 | *An online document database system allows us to make instant* |
| 16 | *adjustments to the structure and content of any document* |
| 17 | *database as the need arises.* |
| 18 | |
| 19 | **Early Creation of a Customized Document Database.** Early in |
| 20 | the case, our in-house group works with our legal team to create |
| 21 | a document database and retrieval system that identifies every |
| 22 | document relevant to an issue in the case. This system allows us to |
| 23 | make important connections between documents that can |
| 24 | formulate creative and compelling legal positions. Overall, this |
| 25 | "document skeleton" provides a basic framework for our case |
| 26 | strategy, to which later-gathered evidence and legal arguments can |
| 27 | be related. |
| 28 | |

**A Smooth Document Production Process.** Our consultation services cover the full range of activity pertaining to documents in a case. We advise our clients on document preservation rules, document collection procedures, *cost-efficient marking of documents* and creation of privilege logs, and ultimately document marking and production. This helps ensure a smooth production process with minimal disruption by discovery objections or motions from the opposition. It also helps keep discovery costs from sky-rocketing out of control. (Emphasis added.)

Thus, if Bates numbering is "doable," then Quinn Emanuel certainly has the expertise, equipment, software, and resources to do it. Moreover, what otherwise might be an expensive task may be a relatively cheap one if Quinn Emanuel already created a database for the documents produced by Perfect 10. An existing database could be easily numbered by Quinn Emanuel's Electronic Document Management and Litigation Support Group, on Quinn Emanuel's large servers, using Quinn Emanuel's "state-of-the-art software." If Quinn Emanuel already has these documents in a format that will allow easy numbering, this shows that Google was never really concerned about Bates numbering; rather, Google's attempts to force Perfect 10 to Bates stamp was just another abusive litigation tactic.

Dated: November 16, 2009      Respectfully submitted,
                              Law Offices of Jeffrey N. Mausner

                         By: *Jeffrey N. Mausner*
                              _____
                              Jeffrey N. Mausner
                              Attorney for Plaintiff Perfect 10, Inc.