Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE INC,<br><br>　　　　Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMAZON.COM, INC., et al.<br><br>　　　　Defendants. | Case No. CV 04-9484 AHM (SHx)<br><br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**DECLARATION OF JEFFREY N. MAUSNER FOR PERFECT 10'S RESPONSE REGARDING DIANE PRICE**<br><br>**Before Judge Stephen Hillman**<br><br>Date: Ex Parte Opposition<br>Time: Ex Parte Opposition<br>Place: Courtroom of Judge Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

---

Declaration of Jeffrey N. Mausner for Perfect 10's Response Regarding Diane Price

# DECLARATION OF JEFFREY N. MAUSNER

I, Jeffrey N. Mausner, declare as follows:

1. I am a member of the State Bar of California and admitted to practice before this Court. I am counsel of record for Plaintiff Perfect 10, Inc. ("Perfect 10") in this action. All of the matters stated herein are of my own personal knowledge, except where otherwise stated, and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Electronic Document Management & Litigation Support brochure, which I downloaded from the website of Quinn Emanuel, at: http://www.quinnemanuel.com/media/2087/qe%20doc.mgt.pdf. I have highlighted portions in yellow.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on November 15, 2009, at Los Angeles County, California.

*/s/ Jeffrey N. Mausner*
Jeffrey N. Mausner

Exhibit 1



# Because Documents Win Cases…

Quinn Emanuel's Electronic Document Management & Litigation Support Group

# quinn emanuel trial lawyers

Attorney Advertising



Quinn Emanuel Urquhart Oliver & Hedges LLP
Los Angeles   New York   San Francisco   Silicon Valley

Every good trial lawyer knows the importance of documents to a case. Case strategy which effectively organizes and accounts for all relevant documents assures that no important piece of evidence will be ignored. And a key document — presented to the right witness at the right time — can be the difference between winning and losing.

However, as cases get bigger and more complex, the challenge of effectively organizing and retrieving relevant documents grows exponentially. To win such a case in today's fast-moving litigation environment, a client must have several resources at its fingertips:

- A high-quality document database and retrieval system, *customized* to the facts and legal issues of a particular case and *simple* enough to allow ready access to important documents;
- A legal team trained to develop and use the database creatively;
- Knowledge of the evolving rules pertaining to document preservation, collection and production, particularly with respect to *electronic discovery*; and
- A system that — at the end of the day — won't cost more than the case is worth.

As cases get bigger and more complex, the challenge of effectively organizing and retrieving relevant documents grows exponentially.



## What One Often Gets With a Litigation Support & Document Management System

Unfortunately, the litigation support/document management systems frequently offered to a client on large cases are just not as good as they could be. More often than not, they consist of:

- A patchwork of outside vendors assigned to do different litigation support/document management tasks, generally acting independently of each other;

- General oversight by the legal team, but frequent lack of coordination on a grassroots level and lack of attention to necessary detail;

- A document database/retrieval system with standard categories or fields for document organization, but not sufficiently customized to the particular facts of a case to ensure that all documents will be accounted for and used in their proper context; and

- Cost inefficiencies — the inevitable by-product of a loosely organized litigation support/document management system.

## What We Offer

Quinn Emanuel's Electronic Document Management and Litigation Support Group — which was over a year in the making — is specifically designed to address and resolve these problems by offering a *full-service* program that brings together the following elements:

- **A first-class support Group.** Our Group is headed by one of our lawyers who has given up full-time practice to run the program, supported by a full-time staff with legal training and state-of-the-art technical skills. Together, our Group has over 40 years of experience in litigation support/document management;

- **State-of-the-art software.** The software we have chosen is adaptable to a case of any size, designed to facilitate collaboration among our



An online document database system allows us to make instant adjustments to the structure and content of any document database as the need arises.

attorneys — and capable of being configured to allow our clients direct access to the documents;

- **A flexible, accessible, online document database system.** Since our online system is hosted by our own servers, it allows us to make instant adjustments to the structure and content of any document database as the need arises. Our online database also allows our lawyers and clients to access documents directly from anywhere in the world;

- **Security.** We have put in place the highest levels of security to protect sensitive documents hosted on our servers, ensure compliance with protective orders common in high-exposure litigation, and preserve privilege and other objections to document production;

- **An in-house training program.** Our comprehensive training program includes general periodic training of all our lawyers, and specific training of legal teams and clients on the document management systems for particular cases;

- **Hand-picked outside vendors.** We have selected the highest-quality outside vendors to perform limited administrative tasks under close supervision. These include loading a case database, coding bibliographic information on documents, document scanning, and copying and marking documents for production;

- **Close coordination with IT personnel of our clients.** This ensures maximum integration and use of our clients' document management resources;

- **Guidance on Document Discovery Rules.** We offer our clients continuing advice on the evolving legal rules concerning document preservation, collection and production, with particular focus on the evolving rules pertaining to *electronic discovery*; and

- **Cost estimates.** We provide a specific cost structure to clients at the beginning of litigation, and update it in budgets as the case moves forward to help our clients control costs.

Our customized document databases give us the ability to create more effective witnesses and maximize the effectiveness of depositions.



# Our Proven Results

Of course, the litmus test of any good support and document management system is its results. Our in-house system has proven advantages in several important areas:

**Early Creation of a Customized Document Database.** Early in the case, our in-house group works with our legal team to create a document database and retrieval system that identifies every document relevant to an issue in the case. This system allows us to make important connections between documents that can formulate creative and compelling legal positions. Overall, this "document skeleton" provides a basic framework for our case strategy, to which later-gathered evidence and legal arguments can be related.

**Stronger and More Prepared Witnesses.** Our customized document databases give us the ability to create more effective witness packets for our own witnesses. This includes not only documents that the witnesses have authored or received, but — importantly — other documents that show our witnesses how their documents fit into key issues in the case.

**More Effective Deposition Examination.** Our customized databases also maximize the effectiveness of depositions we take by identifying documents — in line with our case strategies — that we can use to cross-examine opposing witnesses at depositions before they have been fully prepared on the documents.

**A Smooth Document Production Process.** Our consultation services cover the full range of activity pertaining to documents in a case. We advise our clients on document preservation rules, document collection procedures, cost-efficient marking of documents and creation of privilege logs, and ultimately document marking and

production. This helps ensure a smooth production process with minimal disruption by discovery objections or motions from the opposition. It also helps keep discovery costs from sky-rocketing out of control.

**Cost Control.** By creating, developing and overseeing our document database and retrieval systems in-house, we avoid many wasteful costs — especially costs that are part and parcel of such work being indiscriminately assigned to a group of outside vendors with little knowledge of the case and no stake in its outcome.

## The Bottom Line:
## Realizing the Full Impact of Relevant Documents

No one can safely guarantee victory in a legal action. However, there is little debate among good trial lawyers that the *ineffective* use of documents can strike a crippling blow to a case. Our in-house program is specifically designed to avoid this pitfall, and increase our already high winning percentage on document-heavy cases.

We would be happy to tell you more about our in-house litigation support/document management program and how it could help your case. Please call the partner in charge of your matter at any of our offices, and he or she can put you in direct contact with our Litigation Support/Document Management Group's representatives.



**Los Angeles**
865 South Figueroa St.
10th Floor
Los Angeles, CA 90017
213-443-3000

**New York**
51 Madison Ave.
22nd Floor
New York, NY 10010
212-849-7000

**San Francisco**
50 California St.
22nd Floor
San Francisco, CA 94111
415-875-6600

**Silicon Valley**
555 Twin Dolphin Dr.
Suite 560
Redwood Shores, CA 94065
650-801-5000

Quinn Emanuel Urquhart Oliver & Hedges LLP
*© 2007 All Rights Reserved.*

Quinn Emanuel Urquhart Oliver & Hedges, LLP is a 350+ lawyer business litigation firm — the largest in the United States devoted solely to business litigation. Our lawyers have tried over 1160 cases and won 1066 or 92%. When representing defendants, our trial experience gets us better settlements or defense verdicts. When representing plaintiffs, our lawyers have garnered over $6.2 billion in judgments and settlements. We are the only firm in the U.S. that has won three nine-figure verdicts in the last five years.*

For resumes of our individual attorneys, please visit our website at
www.quinnemanuel.com

*Prior results do not guarantee a similar outcome.