# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CV04-9484 AHM (SHx) | Date November 3, 2009 |
| Title Perfect 10, Inc -v- Google Inc | |

Present: The Honorable   Stephen J. Hillman, U.S. Magistrate Judge

| Sandra L. Butler | | CS11/3/2009 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Jeffrey Mausner
Valerie Kincaid
Dr. Zada

Attorneys Present for Defendants:

Rachel Harrel Kassabian
Michael Zeller
Mark Jansen
Bradley Love

**Proceedings:**   Telephonic Conference

Case called. Counsel enter their appearances. Telephonic Conference held.

1 : 06

Initials of Preparer   slb