# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV04-9484 AHM (SHx) | Date November 2, 2009 |
| Title Perfect 10, Inc -v- Google Inc | |

Present: The Honorable Stephen J. Hillman, U.S. Magistrate Judge

| Sandra L. Butler | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: N/A

Attorneys Present for Defendants: N/A

**Proceedings:** ( IN CHAMBERS)

Court sets a Telephonic Conference for November 3, 2009 at 10:00 a.m.

: 00

Initials of Preparer  slb

Dockets.Justia.com