# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV04-9484 AHM (SHx) | Date | October 9, 2009 |
| Title | Perfect 10, Inc -v- Google Inc | | |

**Present: The Honorable** Stephen J. Hillman, U.S. Magistrate Judge

| Sandra L. Butler | CS10/9/2009 | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Jeffrey Mausner
Valerie Kincaid
Dr. Zada

Attorneys Present for Defendants:

Rachel Herrick Kassabian
Michael Zeller
Mark Jansen

**Proceedings:** Telephonic Conference regarding Bate Stamp Issue

Case called. Counsel enter there appearances. Due the technical difficulties the hearing was not recorded.

: 25

Initials of Preparer    S.B.