| Name & Address: QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Rachel Herrick Kassabian (Bar No. 191060)<br>  rachelkassabian@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>(650) 801-5000 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PERFECT 10, INC., a California corporation,<br><br>PLAINTIFF(S)<br>v.<br>GOOGLE INC., a corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>04-cv-9484 AHM (SHx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Google Inc.'s Responses to Perfect 10, Inc.'s Evidentiary Objections to the Declarations and/or Rebuttal Declarations of Shantal Rands Poovala, Bill Brougher, and Paul Haahr; Google's Evidentiary Objections to the Declaration of Norman Zada; Google's Application and (Proposed) Order to Seal; Proof of Service.

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated December 27, 2005
- ☐ Manual Filing required (*reason*):

| November 23, 2009 | Rachel Herrick Kassabian |
| Date | Attorney Name |
| | Google Inc. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)            NOTICE OF MANUAL FILING