QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
    rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL GOOGLE'S RESPONSES AND OBJECTIONS TO PERFECT 10, INC.'S RESPONSES AND OBJECTIONS TO GOOGLE'S EVIDENCE IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT RE: SAFE HARBORS UNDER 17 U.S.C. § 512**<br><br>Hon. A. Howard Matz<br><br>Date: None Set (taken under submission)<br>Time: None Set<br>Place: Courtroom 14<br><br>Discovery Cut-off: None Set<br>Pre-trial Conference: None Set<br>Trial Date: None Set |

Pursuant to Local Rule 79-5.1, the Order of the Hon. A. Howard Matz re. Protective Orders and Treatment of Confidential Information at Section I.D, and the Protective Order entered by the Court in this action (Docket No. 94), Google Inc. ("Google") hereby submits this application to file under seal the following documents (the "Confidential Materials"):

- DEFENDANT GOOGLE INC.'S RESPONSE TO PERFECT 10, INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION AND REBUTTAL DECLARATION OF BILL BROUGHER;

- DEFENDANT GOOGLE INC.'S RESPONSE TO PERFECT 10, INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF PAUL HAAHR;

- DEFENDANT GOOGLE INC.'S RESPONSE TO PERFECT 10, INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION AND REBUTTAL DECLARATION OF SHANTAL RANDS POOVALA; and

- DEFENDANT GOOGLE INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF DR. NORMAN ZADA FILED IN FURTHER OPPOSITION TO GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT REGARDING ENTITLEMENT TO DMCA SAFE HARBOR.

The Confidential Materials include materials that Perfect 10, Inc. and/or Google has designated "Confidential" and/or "Highly Confidential" pursuant to the

| | |
|---|---|
| 1 | Protective Order. Accordingly, Google requests that the Confidential Materials be |
| 2 | filed under seal. |
| 4 | DATED: November 23, 2009 |

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *[signature]* Rachel Herrick Kassabian
Rachel Herrick Kassabian
Attorneys for Defendant GOOGLE INC.