QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On November 24, 2009, I served true copies of the following document(s) described as

    1. **DEFENDANT GOOGLE INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF DR. NORMAN ZADA FILED IN FURTHER OPPOSITION TO GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT REGARDING ENTITLEMENT TO DMCA SAFE HARBOR**

    2. **DEFENDANT GOOGLE INC.'S RESPONSE TO PERFECT 10, INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION AND REBUTTAL DECLARATION OF SHANTAL RANDS POOVALA**

    3. **DEFENDANT GOOGLE INC.'S RESPONSE TO PERFECT 10, INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION AND REBUTTAL DECLARATION OF BILL BROUGHER**

    4. **DEFENDANT GOOGLE INC.'S RESPONSE TO PERFECT 10, INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF PAUL HAAHR**

    5. **GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL GOOGLE'S RESPONSES AND OBJECTIONS TO PERFECT 10, INC.'S RESPONSES AND OBJECTIONS TO GOOGLE'S EVIDENCE IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT RE: SAFE HARBORS UNDER 17 U.S.C. § 512**

    6. **[PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL GOOGLE'S RESPONSES AND OBJECTIONS TO PERFECT 10, INC.'S RESPONSES AND OBJECTIONS TO GOOGLE'S EVIDENCE IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT RE: SAFE HARBORS UNDER 17 U.S.C. § 512.**

on the parties in this action as follows:

| | |
|---|---|
| Jeffrey N. Mausner, Esq.<br>LAW OFFICES OF JEFFREY N. MAUSNER<br>21800 Oxnard Street, Suite 910<br>Woodland Hills, CA 91367<br>Telephone: (310) 617-8100<br>**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT PERFECT 10, INC.** | Mark T. Jansen<br>TOWNSEND & TOWNSEND & CREW, LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111-3834<br>Telephone: (415) 576-0200<br>**ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC. AND ALEXA.COM, INC.** |

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with

1 | postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 24, 2009, at Los Angeles, California.

_____
Jaklin Ahadi