Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers, Suite 910
21800 Oxnard Street
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California corporation,

        Plaintiff,

     v.

GOOGLE INC., a corporation,

        Defendants.

_____

AND CONSOLIDATED CASE.

CASE NO. CV 04-9484 AHM (SHx)
Consolidated with Case No. CV 05-4753 AHM (SHx)

**DECLARATION OF SHEENA CHOU IN SUPPORT OF PERFECT 10'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE, AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER**

**Before Judge A. Howard Matz**

Date: December 21, 2009
Time: 10 A.M.
Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz

Discovery Cut-Off Date: None Set
Pretrial Conference Date: None Set
Trial Date: None Set

## DECLARATION OF SHEENA CHOU

I, Sheena Chou, declare as follows:

1. I currently work part time for Perfect 10, Inc. I have a degree in Economics from UCLA and am quite familiar with computers and the Internet. Except where otherwise stated, I have direct and personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto. I am very familiar with Perfect 10's website and with the Adobe style DMCA notices that Perfect 10 has sent Google . I have also read Google's published instructions for submitting Blogger and Image Search DMCA notices.

2. One of my primary assignments has been to determine whether Google has removed URLs identified by Perfect 10 from its search results. I have been able to do this simply by inputting the URL provided by Perfect 10, without the starting http:// or www., into the Google search box. Another one of my assignments has been to determine if Google has removed AdSense ads from web pages that Perfect 10 has identified contain Perfect 10 images. I have also been asked to determine whether Google has removed full-size Perfect 10 images from Google's blogger.com servers in response to Perfect 10's notices. By "blogger.com URLs," I will mean web pages or URLs that include the term blogger.com. By "blogspot.com URLs," I will mean web pages or URLs that include the term blogspot.com.

3. Dr. Zada provided me with the same spreadsheet that was attached to his declaration in opposition to Google's motions for summary judgment, as pages 12-14 of Exhibit 45. Dr. Zada asked me to determine how many of the alleged infringing webpages identified by that spreadsheet were still showing Perfect 10 images, as of November of 2009. Each of the URLs in that spreadsheet were what Google calls "post URLs" and were contained in Perfect 10's DMCA notices, along with a copy of the infringing web page. My work is contained in a folder labeled "infringing post URLs still up," which is contained on Exhibit 9 (the disk) to Dr. Zada's current

declaration. I verified that the same identified blogspot.com web page still contained the Perfect 10 images in November of 2009, by inputting the URLs from the spreadsheet into my browser bar and examining the blogspot.com web page. I then saved a copy of that webpage using Adobe professional. The date I did this is shown at the bottom of each Adobe page. My work forms the basis for Exhibit 14, which is attached to the current declaration of Dr. Norman Zada. The content of the columns is as before. The leftmost column gives the URLs of the web pages containing Perfect 10 images. The starting http:// and www. (if present) were removed so that the URLs could be sorted. The date in the NOTICE column is the date of the first Perfect 10 DMCA notice that identified that allegedly infringing webpage. The date under the column labeled "UP" is the date that I verified that the Perfect 10 image was still available on that blogspot.com web page. A Y in the "SEARCH" column means that Google was still directly linking to that blogspot.com web page containing the Perfect 10 image or images, via its search results. The "DELAY IN DAYS" column shows the time between the first notice that Perfect 10 provided regarding that web page and the last time that I verified that the Perfect 10 image or images were still occurring on that identified web page. Exhibit 14 shows that Google did not disable access to most of the URLs listed in the spreadsheet, as of November 9, 2009. At most, Google might have disabled access to five such URLs.

    4.    Dr. Zada also provided me with the spreadsheet that was attached as pages 12-17 of Exhibit 43 to his declaration in opposition to Google's Motions for summary judgment, and asked me to determine if Google had stopped displaying ads on the webpages containing Perfect 10 images, identified by the URLs listed on that spreadsheet. My work is contained in a folder labeled "google ads update proof October 2009 sc," which is on Exhibit 9 (the disk). I inputted the URLs from the spreadsheet into my browser bar and verified that the ads were still next to a Perfect 10 image on that web page. My work forms the basis for Exhibit 16, which is attached to Dr. Zada's current declaration in support of Perfect 10's motion for sanctions. The

Declaration of Sheena Chou

leftmost column lists the URL of the allegedly infringing web page with the http:// and www. removed. The "FIRST NOTICE REGARDING WEBSITE" column gives the first date when Perfect 10 provided a DMCA notice regarding alleged infringements of Perfect 10 images on that website. The "FIRST NOTICE REGARDING WEB PAGE" column gives the first date that Perfect 10 provided Google with notice regarding infringements of Perfect 10 images on that specific web page (determined by the URL in the left column). The date under the column labeled "DATE STILL UP" is the last date that I verified that the web page still displayed "Ads by Google" next to a Perfect 10 copyrighted image. I verified almost all of them, as shown by my work which is included in Exhibit 9. I placed a "Y" in the LINKED VIA WEB SEARCH column if Google was still directly linking to that web page via its search results  The "DELAY IN DAYS" column shows the number of days between the first date that Perfect 10 provided a DMCA notice to Google regarding infringements of Perfect 10 images on that website, and the last date that I verified that the website was still displaying "Ads by Google" next to a Perfect 10 image.

5.     I created the spreadsheet titled "AdSense URLs identified in Perfect 10 DMCA notices," contained in Exhibit 9 (the disk) in a folder labeled "6850 Identified Infringing AdSense URLs." That spreadsheet contains many, but not all, of the URLs that Perfect 10 identified in its DMCA notices to Google that are from websites that have been Google AdSense websites.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on November 28, 2009, in Los Angeles County, California.

Sheena Chou