Name & Address: Jeffrey N. Maunser (SBN: 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367
Phone (818) 992-7500 & (310) 617-8100
Facsimile (818) 716-2773  /  Email: Jeff@mausnerlaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation<br><br>PLAINTIFF(S)<br>v.<br>GOOGLE, INC, a corporation, et. al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9484 AHM (SHx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
PROOF OF SERVICE

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  PROOF OF SERVICE

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
 PROOF OF SERVICE OF DOCUMENTS REQUIRED TO BE MANUALLY FILED

| | |
|---|---|
| November 29, 2009<br>Date | Jeffrey N. Mausner<br>Attorney Name<br><br>Plaintiff, PERFECT 10, INC.<br>Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).