ORIGINAL

Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br>v.<br><br>GOOGLE, INC., a corporation; et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Judge A. Howard Matz**<br><br>**APPLICATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER**<br><br>Date: None Set<br>Time: None Set<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Application to File Under Seal

| | |
|---|---|
| 1 | Pursuant to Local Rule 79-5.1, the Order of the Hon. A. Howard Matz re |
| 2 | Protective Orders and Treatment of Confidential Information at Section I.D, the |
| 3 | Procedures and Schedules of the Hon. Stephen J. Hillman at Paragraph 17, and the |
| 4 | Protective Order dated December 27, 2005 (Docket No. 94) entered by the Court, |
| 5 | Plaintiff Perfect 10, Inc. hereby submits this application to file under seal the |
| 6 | following documents: |

1) **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;**

2) **DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE, AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER; &**

3) **EXHIBIT 9 (A DISK) TO THE DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE, AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER [DISK ATTACHED], FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER.**

The documents and disk contain material designated Confidential and Highly Confidential by Defendant Google Inc. and material designated Confidential by third-party Motion Picture Association of America (MPAA). Plaintiff Perfect 10, Inc. respectfully requests that the above-entitled documents, which have been lodged, be filed under seal.

Dated: November 29, 2009

Respectfully submitted,
LAW OFFICES OF JEFFREY N. MAUSNER

By: *[signature]*
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.