| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Jeffrey N. Mausner (State Bar No. 122385)<br>Law Offices of Jeffrey N. Mausner<br>Warner Center Towers<br>21800 Oxnard Street, Suite 910<br>Woodland Hills, California 91367-3640<br>Email: Jeff@mausnerlaw.com<br>Telephone: (310) 617-8100, (818) 992-7500<br>Facsimile: (818) 716-2773<br><br>Attorneys for Plaintiff Perfect 10, Inc. |

FILED 2009 NOV 30 AM 11:0[?]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　Plaintiff,<br>　v.<br>GOOGLE, INC., a corporation; et al.,<br>　　　　Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Judge A. Howard Matz**<br><br>**PROOF OF SERVICE**<br><br>Date:　December 21, 2009<br>Time:　10:00 a.m.<br>Place:　Courtroom 14, Courtroom of the<br>　　　　Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

PROOF OF SERVICE

|     |                                                                                   |
| --- | --------------------------------------------------------------------------------- |
| 1   | **PROOF OF SERVICE**                                                              |
| 2   | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**                                    |
| 3   | I am employed in the county of Los Angeles, State of California.                  |
| 4   | I am over the age of 18 and am not a party to the within action; my business address is: 21800 Oxnard Street, Suite 910, Woodland Hills, California 91367. |
| 5   |                                                                                   |
| 6   | On November 30, 2009, I served the documents described as:                        |
| 7   | 1) **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER;** |
| 8   |                                                                                   |
| 9   |                                                                                   |
| 10  | 2) **DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE, AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER;** |
| 11  |                                                                                   |
| 12  |                                                                                   |
| 13  | 3) **EXHIBIT 9 (A DISK) TO THE DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE, AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER [DISK ATTACHED];** |
| 14  |                                                                                   |
| 15  |                                                                                   |
| 16  | 4) **NOTICE OF LODGING OF DOCUMENTS FOR FILING UNDER SEAL, IN SUPPORT OF PLAINTIFF PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER;** |
| 17  |                                                                                   |
| 18  |                                                                                   |
| 19  | 5) **APPLICATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER; and** |
| 20  |                                                                                   |
| 21  |                                                                                   |
| 22  |                                                                                   |
| 23  | 6) **[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER.** |
| 24  |                                                                                   |
| 25  |                                                                                   |
| 26  | on the interested parties in this action as follows:                              |
| 27  | **BY MAIL:** I deposited such document(s) listed below in a sealed envelope with the postage thereon fully prepaid, in the United States mail at Los Angeles, CA. |
| 28  |                                                                                   |

| | |
|---|---|
| 1 | Mark Jansen |
| 2 | Anthony Malutta |
|   | Timothy Cahn |
| 3 | Gia Cincone |
|   | Ellie Steiner |
| 4 | Townsend Townsend & Crew |
|   | Two Embarcadero Center, 8th Floor |
| 5 | San Francisco, California 94111 |

Mark Jansen  
Anthony Malutta  
Timothy Cahn  
Gia Cincone  
Ellie Steiner  
Townsend Townsend & Crew  
Two Embarcadero Center, 8th Floor  
San Francisco, California 94111  

Rachel Herrick Kassabian  
Charles Verhoeven  
Quinn Emanuel  
555 Twin Dolphin Drive, Suite 560  
Redwood Shores, California 94065  

**PERSONAL:** I delivered such envelope by hand to the addressee(s) or the office of the addressee(s).

Thomas Nolan  
Michael Zeller  
Quinn Emanuel  
865 S. Figueroa Street, 10th Floor  
Los Angeles, California 90017  

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on November 30, 2009 at Los Angeles, California.

By: _____  
Melanie Poblete

---
2  
PROOF OF SERVICE