UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL GOOGLE'S RESPONSES AND OBJECTIONS TO PERFECT 10, INC.'S RESPONSES AND OBJECTIONS TO GOOGLE'S EVIDENCE IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT RE: SAFE HARBORS UNDER 17 U.S.C. § 512**<br><br>Hon. A. Howard Matz<br><br>Date: None Set (taken under submission)<br>Time: None Set<br>Place: Courtroom 14<br><br>Discovery Cut-off: None Set<br>Pre-trial Conference: None Set<br>Trial Date: None Set |

01980.51320/3213349.1

[PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL

# [PROPOSED] ORDER

Pursuant to Local Rule 79-5.1, the Order of the Hon. A. Howard Matz re. Protective Orders and Treatment of Confidential Information at Section I.D, and the Protective Order entered by the Court in this action (Docket No. 94), Google Inc.'s application to file under seal the following documents (the "Confidential Materials") is hereby GRANTED:

- DEFENDANT GOOGLE INC.'S RESPONSE TO PERFECT 10, INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION AND REBUTTAL DECLARATION OF BILL BROUGHER;

- DEFENDANT GOOGLE INC.'S RESPONSE TO PERFECT 10, INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF PAUL HAAHR;

- DEFENDANT GOOGLE INC.'S RESPONSE TO PERFECT 10, INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION AND REBUTTAL DECLARATION OF SHANTAL RANDS POOVALA; and

- DEFENDANT GOOGLE INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF DR. NORMAN ZADA FILED IN FURTHER OPPOSITION TO GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT REGARDING ENTITLEMENT TO DMCA SAFE HARBOR.

The Confidential Materials include materials that Google and/or Perfect 10, Inc. has designated "Confidential" and/or "Highly Confidential" pursuant to the

01980.51320/3213349.1

-1-

[PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL

Protective Order. Accordingly, the Court orders that the Confidential Materials be filed under seal.

SO ORDERED.

DATED: NOV 25 2009, ~~2009~~

By _____
Hon. A. Howard Matz
United States District Judge.