**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| Plaintiff(s),<br><br>v.<br><br>Defendant(s). | |
| | **NOTICE OF FILING OF**<br>☐ **OFFICIAL** ☐ **REDACTED TRANSCRIPT** |

TO ALL COUNSEL OF RECORD:

☐ Notice is hereby given that an official transcript of a proceeding, document number(s) _____, has been filed by the court reporter/electronic court recorder in the above-captioned matter. The parties have seven (7) business days from the filing of the official transcript to file with the court a Notice of Intent to Request Redaction of this transcript and/or 21 calendar days from the filing of the official transcript to file with the court a Redaction Request. If no such Notice or Redaction Request is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/electronic court recorder or view the document at the clerk's office public terminal.

☐ Notice is hereby given that a redacted transcript of a proceeding, document number(s) _____, has been filed by the court reporter/electronic court recorder in the above-captioned matter.

CLERK U.S. DISTRICT COURT

Date: _____       _____
                                     Court Reporter/Deputy Clerk