QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    *Plaintiff,*<br><br>    vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>    *Defendants.*<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>    *Plaintiff,*<br><br>    vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>    *Defendants.* | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DECLARATION OF JONATHAN LAND IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER**<br><br>Hon. A. Howard Matz<br><br>Date: December 21, 2009<br>Time: 10:00 a.m.<br>Crtrm.: 14 |

01980.51320/3227989.3

Case No. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]
DECLARATION OF JONATHAN LAND IN SUPPORT OF GOOGLE'S OPPOSITION

I, Jonathan Land, declare as follows:

1. I am a member of the bar of the State of California and Director of Litigation Technology Advisory Services at Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Defendant Google Inc. ("Google") in this action. I have managed document collection and production efforts at Quinn Emanuel for more than three years. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, could and would competently testify thereto.

2. During the course of my job I have managed dozens of large-scale document productions involving matters pending in both state and federal court. As part of that work, I have become familiar with the various formats for document production that are routinely used in litigation matters. These formats include various image-based production formats – such as single and multi-page Tagged Image File Format ("TIFF"), Joint Photographic Experts Group format ("JPEG") and Portable Document Format ("PDF") – as well as native format productions.

3. I have been involved with document management and production on this case since early 2008, including overseeing the creation of Google's large electronic document productions to Perfect 10. All of Google's 2008 and 2009 DVD document productions to Perfect 10 have been made in single-page TIFF with Concordance and Opticon load files. These document productions were fully text-searchable in a variety of applications because they included text files that correspond to the TIFF files. This means that quick and easy electronic searches for a particular word or phrase can be run across all of the documents in the production.

4. Single-page TIFF is the standard format for document productions in modern litigation. In the vast majority of the cases I have worked on as Director of Litigation Technology Advisory Services, the parties have exchanged documents in TIFF. Single-page TIFF productions have a number of advantages over other production formats that have resulted in its overwhelming adoption in modern litigation. For example, TIFF fixes the document in question at a single point in

time that all of the parties in the case can reference with confidence. Unlike native file formats that can be easily edited or altered, TIFF documents faithfully reproduce the documents as they existed at the time they were collected. Conversion to TIFF also permits documents produced in litigation to be easily Bates numbered and stamped with confidentiality designations, and ensures that those stamps will appear on the document whenever it is used by any of the parties in a case. This facilitates easy identification of documents by all parties in pleadings and at trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed December 7, 2009 at Los Angeles, California.

*/s/ Jonathan Land*

Jonathan Land