QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

FILED 2009 DEC -7 PM 4:04

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**PROOF OF SERVICE** |
| AND COUNTERCLAIM | |
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | |

ORIGINAL

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On December 7, 2009, I served true copies of the following document(s) described as

1. **DEFENDANT GOOGLE INC.'S OPPOSITION TO PLAINTIFF PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER**

2. **DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER**

3. **GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL GOOGLE'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, AND SUPPORTING DOCUMENTS**

4. **[PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL GOOGLE'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, AND SUPPORTING DOCUMENTS**

on the interested parties in this action as follows:

Jeffrey N. Mausner, Esq.
LAW OFFICES OF JEFFREY N. MAUSNER
21800 Oxnard Street, Suite 910
Woodland Hills, CA 91367
Telephone: (310) 617-8100
**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT PERFECT 10, INC.**

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 7, 2009, at Los Angeles, California.

_____
Israel Nguyen

01980.51320/3231664.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 7, 2009, I served true copies of the following document(s) described as

1. **DEFENDANT GOOGLE INC.'S OPPOSITION TO PLAINTIFF PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER**

2. **DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER**

3. **GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL GOOGLE'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, AND SUPPORTING DOCUMENTS**

4. **[PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL GOOGLE'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, AND SUPPORTING DOCUMENTS**

on the parties in this action as follows:

Mark T. Jansen
TOWNSEND & TOWNSEND & CREW, LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
Telephone: (415) 576-0200
**ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC. AND ALEXA.COM, INC.**

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 7, 2009, at Los Angeles, California.

*[signature]*
Jaklin Ahadi

01980.51320/3231673.1