LODGED

ORIGINAL



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>[PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL PORTIONS OF GOOGLE'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, AND SUPPORTING DOCUMENTS<br><br>Hon. A. Howard Matz<br><br>Date: December 21, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 14<br><br>Discovery Cut-off: None Set<br>Pre-trial Conference: None Set<br>Trial Date: None Set |

# [PROPOSED] ORDER

Pursuant to Local Rule 79-5.1, the Order of the Hon. A. Howard Matz re. Protective Orders and Treatment of Confidential Information at Section I.D, and the Protective Order entered by the Court in this action (Docket No. 94), Google Inc.'s application to file under seal the following documents (the "Confidential Materials") is hereby GRANTED:

- DEFENDANT GOOGLE INC.'S OPPOSITION TO PLAINTIFF PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER; and
- DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, AND EXHIBITS THERETO.

The Confidential Materials include materials that Perfect 10, Inc. and/or Google Inc. has designated "Confidential" and/or "Highly Confidential" pursuant to the Protective Order. Accordingly, the Court orders that the Confidential Materials be filed under seal.

SO ORDERED.

DATED: DEC - 8 2009, ~~2009~~

JUDGE A. HOWARD MATZ

By_____
Hon. A. Howard Matz
United States District Judge.

01980.51320/3229591.1

-1-
[PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL