QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DEFENDANT GOOGLE INC.'S NOTICE OF ERRATA REGARDING ITS OPPOSITION TO PLAINTIFF PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER**<br><br>Hon. A. Howard Matz |
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Date: December 21, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 14<br><br>Discovery Cut-off: None Set<br>Pre-trial Conference: None Set<br>Trial Date: None Set |

01980.51320/3235478.1

Case No. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]
NOTICE OF ERRATA REGARDING GOOGLE INC.'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Google Inc. hereby corrects Google Inc.'s Opposition to Plaintiff Perfect 10, Inc.'s Motion for Evidentiary and Other Sanctions Against Google and/or for the Appointment of a Special Master (portions thereof filed under seal). The corrected Opposition, portions redacted, is electronically filed concurrently herewith. Additionally, the corrected and unredacted Opposition is being manually filed under seal and served on the parties by and through their counsel of record.

The following errors were corrected:

1. Page 7, line 4: "produced" is replaced with "produce."

2. Page 9, line 25: "*Id.*" is replaced with "*Id.* ¶ 17."

3 Page 11, lines 12-13: "Exs. H and V (11/20/09 meet-and-confer letter), Y (example of such documents)" is replaced with "Exs. H (11/20/09 meet-and-confer letter) and V (example of such documents)."

4. Page 18, lines 1-2: "Poovala Decl., Ex. LL (AdSense spreadsheet at GGL 044874-044928" is replaced with "Kassabian Decl., Ex. T (AdSense spreadsheet at GGL 044911-044928)."

5. Page 19, line 16: "Ex. W" is replaced with "Ex. U."

DATED: December 9, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By *Rachel Herrick Kassabian*
Rachel Herrick Kassabian
Attorneys for Defendant GOOGLE INC.

01980.51320/3235418.1

-2-     Case No. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]

NOTICE OF ERRATA REGARDING GOOGLE INC.'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER