ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
    rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

FILED 2009 DEC -9 PM 2:42

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**PROOF OF SERVICE** |
| AND COUNTERCLAIM | |
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543. |
| 4 | On December 9, 2009, I served true copies of the following document(s) described as |
| 5 | **1. DEFENDANT GOOGLE INC.'S <u>CORRECTED</u> OPPOSITION TO PLAINTIFF PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER;** |
| 7 | **2. GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL GOOGLE'S CORRECTED OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER;** |
| 10 | **3. [PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL GOOGLE'S CORRECTED OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER;** |
| 12 | on the parties in this action as follows: |
| 13 | Mark T. Jansen<br>TOWNSEND & TOWNSEND & CREW, LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111-3834<br>Telephone: (415) 576-0200<br>**ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC. AND ALEXA.COM, INC.** |
| 18 | BY MAIL: I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in a sealed envelope addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. |
| 22 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 24 | Executed on December 9, 2009, at Los Angeles, California. |
| 26 | _/s/ Sandra Conway_<br>Sandra Conway |

01980.51320/3231673.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On December 9, 2009, I served true copies of the following document(s) described as

1. **DEFENDANT GOOGLE INC.'S <u>CORRECTED</u> OPPOSITION TO PLAINTIFF PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER;**

2. **GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL GOOGLE'S CORRECTED OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER;**

3. **[PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL GOOGLE'S CORRECTED OPPOSITION TO PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER;**

on the interested parties in this action as follows:

Jeffrey N. Mausner, Esq.
LAW OFFICES OF JEFFREY N. MAUSNER
21800 Oxnard Street, Suite 910
Woodland Hills, CA 91367
Telephone: (310) 617-8100
**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT PERFECT 10, INC.**

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 9, 2009, at Los Angeles, California.

_____
Ramon Rodriguez