QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>        Plaintiff,<br><br>      vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants.<br><hr>AND COUNTERCLAIM<hr>PERFECT 10, INC., a California corporation,<br><br>        Plaintiff,<br><br>      vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**GOOGLE INC.'S NOTICE OF MOTION AND MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC.**<br><br>**[Joint Stipulation, Declarations of Rachel Herrick Kassabian, and (Proposed) Order filed concurrently herewith]**<br><br>Hon. Stephen J. Hillman<br><br>Date: January 11, 2010<br>Time: 2:00 PM<br>Crtrm.: 550<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

GOOGLE'S NOTICE OF MOTION AND MOTION FOR A DOCUMENT PRESERVATION ORDER

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on January 11, 2010, at 2:00 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Stephen J. Hillman, located at 255 East Temple Street, Los Angeles, CA 90012, Courtroom 550, defendant and counterclaim plaintiff Google Inc. ("Google") will and hereby does move for a document preservation order to prevent further spoliation of evidence by Perfect 10, Inc.

Google's motion is based on this notice of motion and motion, the Joint Stipulation filed concurrently herewith; the Declaration of Rachel Herrick Kassabian in support of the motion and the exhibits thereto; the Declaration of Rachel Herrick Kassabian regarding Perfect 10, Inc.'s non-cooperation concerning the preparation of the Joint Stipulation (submitted pursuant to <u>Local Rule</u> 37-2.4); all other pleadings and papers on file in this action; any matters of which this Court may take judicial notice; and such further evidence and argument as may be presented at or before the hearing on this matter.

Pursuant to <u>Local Rule</u> 37-1, the parties met and conferred on the matters in this Motion on August 25, 2009, and times thereafter.

DATED: December 11, 2009          Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP


By_____
      Rachel Herrick Kassabian
      Attorneys for Defendant GOOGLE INC.