# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC.**<br><br>Hon. Stephen J. Hillman<br><br>Date: January 11, 2010<br>Time: 2:00 PM<br>Crtrm.: 550<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

01980.51320/3240177.1

[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER

**[PROPOSED] ORDER**

On January 11, 2010, the Court heard argument on Google Inc.'s ("Google") Motion for a Document Preservation Order to Prevent Further Spoliation of Evidence by Perfect 10, Inc. Having considered the parties' briefing and argument, and good cause having been shown, Google's Motion is hereby GRANTED.

Accordingly, Perfect 10 is hereby ordered to: (1) immediately take all steps necessary to preserve all documents relevant to this litigation, including modifying its computer settings for all employees and officers to remove any auto-deletion instructions; and (2) submit a declaration describing the scope and extent of its document deletion activities, including the following:

- Describe how the settings on Ms. Augustine's Perfect 10 email account were established, by whom, and when;
- Describe whether emails on Ms. Augustine's Perfect 10 email account have been deleted, and if so, how many and during what time period;
- Identify the location of any "backup" files for the deleted Augustine emails, including on Ms. Augustine's computer(s), on Perfect 10 computers or servers, or at an off-site location maintained by any Perfect 10 service provider or vendor;
- Explain whether Perfect 10 gave any document preservation instructions to any Perfect 10 employees, contractors, or other personnel regarding this lawsuit, and if so, when and to whom;
- Identify whether the email accounts of any Perfect 10 employees, contractors, or other personnel besides Ms. Augustine have ever been set to automatically delete emails (and if so, who, when and after how long); and
- Identify any other loss or destruction of documents that has affected the discovery Perfect 10 has provided to Google.

DATED: January ___, 2010

By_____
Hon. Stephen J. Hillman
United States Magistrate Judge