QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.*<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.* | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF RACHEL HERRICK KASSABIAN REGARDING PERFECT 10, INC.'S NON-COOPERATION CONCERNING GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC.**<br><br>**(SUBMITTED PURSUANT TO LOCAL RULE 37-2.4)**<br><br>Hon. Stephen J. Hillman<br><br>Date: January 11, 2010<br>Time: 2:00 p.m.<br>Ctrm: 550<br><br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

01980.51320/3239957.1

DECLARATION OF RACHEL HERRICK KASSABIAN RE: PERFECT 10'S NON-COOPERATION

I, Rachel Herrick Kassabian, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Defendant Google Inc. ("Google") in this action. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, could and would testify competently thereto.

2. I submit this Declaration pursuant to Local Rule ("L.R.") 37-2.4 due to Perfect 10's failure to cooperate in the preparation of a Joint Stipulation on Google's Motion for a Document Preservation Order to Prevent Further Spoliation of Evidence by Perfect 10 ("Joint Stipulation"), as required by L.R. 37-2.2.

3. Google met and conferred with Perfect 10 regarding the issues raised by Google's Motion for a Document Preservation Order on various dates beginning on August 25, 2009, and concluding on December 2, 2009. Unfortunately, the parties were unable to resolve these discovery issues, forcing Google to resort to motion practice.

4. After the close of business on December 2, 2009 and before the start of business on December 3, 2009, my colleague Brad Love sent Perfect 10's counsel Jeff Mausner an email attaching Google's portions of the Joint Stipulation, together with Google's supporting declaration and exhibits.

5. On December 10, 2009 at 11:40 p.m., Mr. Mausner emailed me a document that included (1) Perfect 10's arguments in opposition to Google's motion, as well as (2) a motion by Perfect 10, seeking a document preservation order against Google. Also attached to Mr. Mausner's emails were various declarations and evidence claiming to support the aforementioned arguments.

6. On the morning of December 11, 2009, I sent Mr. Mausner an email objecting to Perfect 10's inclusion of an entirely separate motion in Perfect 10's portions of the Joint Stipulation on Google's motion. I explained that Perfect 10's inclusion of this separate motion in its portions of the Joint Stipulation violates L.R.

37-2.1 and L.R. 37-2.2 since, among other reasons, including a new purported motion in Perfect 10's responsive portions of the Joint Stipulation deprives Google of the opportunity to substantively oppose it. I asked that Perfect 10 (1) remove the arguments and evidence supporting Perfect 10's new motion from the Joint Stipulation on Google's motion, and (2) deliver a corrected version of its portions of the Joint Stipulation (containing only Perfect 10's opposition to Google's motion) to me today.

7. As of the execution of this Declaration, Perfect 10 has not provided me with a corrected version of its portions of the Joint Stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed December 11, 2009 at San Francisco, California.

*Rachel Herrick Kassabian*
Rachel Herrick Kassabian