Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>GOOGLE INC., a corporation,<br><br>　　　　　　Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Judge A. Howard Matz**<br><br>**REPLY DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER**<br><br>Date: December 21, 2009<br>Time: 10 A.M.<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Reply Declaration of Jeffrey N. Mausner In Support of Motion of Plaintiff Perfect 10, Inc. for Evidentiary and Other Sanctions Against Google, and/or For the Appointment of a Special Master

# DECLARATION OF JEFFREY N. MAUSNER

I, Jeffrey N. Mausner, declare as follows:

1. I am a member of the State Bar of California and admitted to practice before this Court. I am counsel of record for Plaintiff Perfect 10, Inc. ("Perfect 10") in this action. All of the matters stated herein are of my own personal knowledge, except where otherwise stated, and if called as a witness, I could and would testify competently thereto.

2. On April 29, 2008, Rachel Herrick Kassabian, Google's attorney, wrote to me as follows: "Jeff, In anticipation of ***Google's production on Thursday [May 1, 2008]***, and Perfect 10's forthcoming production, we'd like the parties to agree to produce documents in standard single page tiff format, with Concordance and Opticon load files. Please let us know if this is acceptable to Perfect 10." Herrick Kassabian Decl. Exh. M (emphasis added).

3. On April 30, 2008, I responded as follows: "Rachel: It is acceptable for Google to produce documents in that format ***as long as they are easily readable and searchable, without any special software or computer equipment*.**" *Id.* (emphasis added).

4. On May 1, 2008, Google produced these documents, which run from GGL 8043 to 33436.

5. It wasn't until May 13, 2008 that Judge Matz issued his Order requiring the production of the spreadsheet-type DMCA log. Mausner Decl. (Docket No. 618), Exh. J. In my email to Ms. Herrick Kassabian, dated April 30, I did not agree to production of the spreadsheet-type DMCA log in TIFF format. My agreement to that format was only for Google's production on Thursday, May 1, 2008, not for the spreadsheet-type DMCA log specified in Judge Matz's later Order.

6. My agreement as to the May 1, 2008 production was specifically conditioned on the TIFF documents being easily readable and *searchable*, without any special software or computer equipment. The broken up, individual pages that Google eventually produced as its Blogger sheets are actually unsearchable JPEG files (also known as .jpg files). They are not even TIFF files, as Google incorrectly claims. I never would, and never did, agree that a spreadsheet-type DMCA log could be broken up into pieces and converted into unwieldy, unsortable, and unsearchable JPEG format, or even into TIFF format. Such a conversion would result in loss of the spreadsheet functionality.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on December 13, 2009, at Los Angeles County, California.

_____
Jeffrey N. Mausner