1  Jeffrey N. Mausner (State Bar No. 122385)
   Law Offices of Jeffrey N. Mausner
2  Warner Center Towers
3  21800 Oxnard Street, Suite 910
   Woodland Hills, California 91367-3640
4  Email: Jeff@mausnerlaw.com
   Telephone: (310) 617-8100, (818) 992-7500
5  Facsimile: (818) 716-2773

6  Attorneys for Plaintiff Perfect 10, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendant.<br>_____<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Honorable Stephen J. Hillman**<br><br>**DECLARATION OF WENDY AUGUSTINE IN SUPPORT OF PERFECT 10, INC.'S PORTIONS OF THE JOINT STIPULATION REGARDING GOOGLE'S MOTION FOR A DOCUMENT PRESERVATION ORDER, AND IN SUPPORT OF PERFECT 10'S MOTION FOR A DOCUMENT PRESERVATION ORDER**<br><br>Date: January 11, 2010<br>Time: 2 P.M.<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

| | |
|---|---|
| 1 | **DECLARATION OF WENDY AUGUSTINE** |
| 2 | I, Wendy L. Augustine, declare as follows: |
| 3 | 1.     I am employed by Perfect 10, Inc.  Except where otherwise stated, |
| 4 | I have direct and personal knowledge of the facts set for herein, and if called as |
| 5 | a witness, could and would competently testify thereto. |
| 6 | 2.     Sometime in the fall of 2008, I had a very serious problem with my |
| 7 | computer that I believe was due to a virus.  My computer screen went blank and |
| 8 | my computer would not function at all.  The computer needed to be completely |
| 9 | redone.  As a result, I lost everything on my hard drive, including all my email. |
| 10 | 3.     Prior to my computer breaking down in 2008, to the best of my |
| 11 | recollection, my computer saved emails.  I believe this to be true because I |
| 12 | remember reviewing old emails on that machine. |
| 13 | 4.     Because of continuing problems with that computer, Perfect 10 |
| 14 | purchased a new one for me in or about August of 2009. |
| 15 | 5.     Immediately after my deposition, when Google appeared to be |
| 16 | concerned about preservation of my emails, I instructed a computer technician |
| 17 | to set-up the new computer so that emails automatically save, and those emails |
| 18 | are backed-up.  With regard to my old computer, I instructed that technician to |
| 19 | try to save all emails and to look for any emails that he could find anywhere. |
| 20 | The technician was able to retrieve emails dated September 17, 2008 and after |
| 21 | from my in box. |
| 22 | I declare under penalty of perjury under the laws of the United States of |
| 23 | America that the foregoing is true and correct to the best of my knowledge. |
| 24 | Executed this 10th day of December 2009 in Los Angeles County, |
| 25 | California. |
| 26 | |
| 27 | _____ |
| 28 | WENDY L. AUGUSTINE |

- 1 -
Declaration of Wendy Augustine In Support Of Perfect 10, Inc.'s Portions Of The Joint
Regarding Google's Motion For A Document Preservation Order, And In Support Of Perfect
10's Motion For A Document Preservation Order