1 Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GOOGLE INC., a corporation,<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Judge Stephen J. Hillman**<br><br>**DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S PORTIONS OF THE JOINT STIPULATION REGARDING GOOGLE'S MOTION FOR A DOCUMENT PRESERVATION ORDER, AND IN SUPPORT OF PERFECT 10'S MOTION FOR A DOCUMENT PRESERVATION ORDER**<br><br>Date: January 11, 2010<br>Time: 2 P.M.<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

# DECLARATION OF DR. NORMAN ZADA

I, Norman Zada, declare as follows:

1. I make this declaration in support of Perfect 10's Portions Of The Joint Stipulation Regarding Google's Motion For A Document Preservation Order, And In Support Of Perfect 10's Motion For A Document Preservation Order. Except where otherwise stated, I have direct and personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto. I am President of Plaintiff Perfect 10, Inc. ("Perfect 10").

2. In the fall of 2008, Wendy Augustine had a very severe problem with her computer, most likely from a virus. She complained to me that it wasn't working at all. I had a technician come out and try to fix it. Attached as Exhibit 1 is a true and correct copy of an email I sent to the computer technician about Wendy's computer. To the best of my recollection, the computer had to be completely redone, and all the information on her hard drive was lost. I told Wendy to make sure that everything on her computer was backed up.

3. Perfect 10 has an email backup system which uses our perfect10.com mail server. The emails are backed up as text files. We are currently going through some extremely large backup files to see what emails of Wendy Augustine's we can recover.

4. I have checked Google's document production for emails from the following Google email accounts, which represent most if not all of the accounts that I can think of that deal with DMCA notices: help@google.com, dmca-agent@google.com, shantal@google.com, haahr@google.com, amac@google.com, and gbrown@google.com. Dmca-agent@google.com is Google's main DMCA agent email address. Help@google.com is another email address that Google uses a lot for DMCA notices. Although Google stated on April 18, 2005 that it would

produce documents responsive to RFP 6 and 7,[1] as best as I can determine, Google produced the following numbers of emails from those accounts prior to May 1, 2008: dmca-agent@google.com 0 at any time; haahr@google.com, 0; gbrown@google.com, 0; shantal@google.com, 4; help@google.com, 2. There were some emails with amac@google.com but they all involved Perfect 10 settlement negotiations with Google, and Perfect 10 already had those emails. Of the 4 shantal@google.com emails, one was blank, 2 involved forwarding Perfect 10's DMCA notice to chillingeffects.org (against our wishes.) Only one involved an email with another Google employee. The two emails from help@google.com involved the same single infringer's response to a Perfect 10 DMCA notice.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 10th day of December 2009 in Los Angeles County, California.

                                                  _____
                                                  NORMAN ZADA

---

[1] REQUEST NO.6: All DOCUMENTS that constitute or embody GOOGLE's response to any notice or complaint that GOOGLE received from Perfect 10 either directly or indirectly in either 2004 or 2005.

REQUEST NO.7: All DOCUMENTS that constitute or embody communications between or among employees of GOOGLE that refer to, relate to, or reflect GOOGLE's response to any notices or complaints that GOOGLE received for the years 2004 and 2005 from Perfect 10, either directly, or indirectly.

# Exhibit 1

| | |
|---|---|
| **From:** | Norman Z [normanz@earthlink.net] |
| **Sent:** | Wednesday, September 17, 2008 7:32 AM |
| **To:** | Alex Solntsev; Wendy A. |
| **Subject:** | (no subject) |

Looks like Wendy's machine has been attacked by the XP virus.  Can you call before coming over?

Best regards,


Norm