QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
   Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
   Rachel Herrick Kassabian (Bar No. 191060)
   rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

ORIGINAL

FILED
2009 DEC 14 PM 2: 30
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION ON GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC., AND SUPPORTING DOCUMENTS**<br><br>Hon. Stephen J. Hillman<br><br>Date: January 11, 2010<br>Time: 2:00 p.m.<br>Crtrm.: 550<br><br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

01980.51320/3240133.1

GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL

Dockets.Justia.com

1    Pursuant to <u>Local Rule</u> 79-5.1, the Procedures and Schedules of the Hon.

2  Stephen J. Hillman at ¶ 17, and the Protective Order entered by the Court in this

3  action (Docket No. 94), Google Inc. hereby submits this application to file under

4  seal the following documents (the "Confidential Materials"):

- JOINT STIPULATION ON GOOGLE INC.'S MOTION FOR A
  DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER
  SPOLIATION OF EVIDENCE BY PERFECT 10, INC.; and
- DECLARATION OF RACHEL HERRICK KASSABIAN IN
  SUPPORT OF GOOGLE INC.'S MOTION FOR A DOCUMENT
  PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION
  OF EVIDENCE BY PERFECT 10, INC., AND EXHIBITS
  THERETO.

13    The Confidential Materials include materials that Perfect 10, Inc., Google

14  Inc., and/or third parties have designated "Confidential" and/or "Highly

15  Confidential" pursuant to the Protective Order.  Accordingly, Google requests that

16  the Confidential Materials be filed under seal.

DATED: December 11, 2009       Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By _Rachel Herrick Kassabian_____
   Rachel Herrick Kassabian
   Attorneys for Defendant GOOGLE INC.

01980.51320/3240133.1