```
 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 2 |   Michael T. Zeller (Bar No. 196417)
   |   michaelzeller@quinnemanuel.com
 3 | 865 South Figueroa Street, 10th Floor
   | Los Angeles, California 90017-2543
 4 | Telephone: (213) 443-3000
   | Facsimile: (213) 443-3100
 5 |   Charles K. Verhoeven (Bar No. 170151)
   |   charlesverhoeven@quinnemanuel.com
 6 | 50 California Street, 22nd Floor
   | San Francisco, California 94111
 7 |   Rachel Herrick Kassabian (Bar No. 191060)
   |   rachelkassabian@quinnemanuel.com
 8 | 555 Twin Dolphin Drive, Suite 560
   | Redwood Shores, California 94065
 9 | Attorneys for Defendant GOOGLE INC.
```



FILED 2009 DEC 14 PM 2:30 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**PROOF OF SERVICE** |
| AND COUNTERCLAIM | |
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | |

PROOF OF SERVICE

Dockets.Justia.com

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On December 14, 2009, I served true copies of the following document(s) described as

**1. JOINT STIPULATION ON GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC.**

**2. DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC.**

**3. GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION ON GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC., AND SUPPORTING DOCUMENTS**

**4. [PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION ON GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC., AND SUPPORTING DOCUMENTS**

on the interested parties in this action as follows:

Jeffrey N. Mausner, Esq.
LAW OFFICES OF JEFFREY N. MAUSNER
21800 Oxnard Street, Suite 910
Woodland Hills, CA 91367
Telephone: (310) 617-8100
**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT PERFECT 10, INC.**

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 14, 2009, at Los Angeles, California.

*George Ramirez*

01980.51320/3242548.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 14, 2009, I served true copies of the following document(s) described as

**1. JOINT STIPULATION ON GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC.**

**2. DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC.**

**3. GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION ON GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC., AND SUPPORTING DOCUMENTS**

**4. [PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION ON GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC., AND SUPPORTING DOCUMENTS**

on the parties in this action as follows:

Mark T. Jansen
TOWNSEND & TOWNSEND & CREW, LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
Telephone: (415) 576-0200
**ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC. AND ALEXA.COM, INC.**

BY MAIL: I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in a sealed envelope addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 14, 2009, at Los Angeles, California.

Jaklin Ahadi

01980.51320/3242537.1