# ORIGINAL

Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

*Lodged Proposed Order*

FILED
2009 DEC 14 PM 12:00

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California
corporation,

            Plaintiff,

      v.

GOOGLE, INC., a corporation; et al.,

            Defendants.

AND CONSOLIDATED CASE.

Case No. CV 04-9484 AHM (SHx)
Consolidated with Case No. CV 05-4753
AHM (SHx)

**Before Judge A. Howard Matz**

**APPLICATION TO FILE REPLY
DOCUMENTS UNDER SEAL IN
SUPPORT OF PLAINTIFF
PERFECT 10, INC.'S MOTION FOR
EVIDENTIARY AND OTHER
SANCTIONS AGAINST
DEFENDANT GOOGLE INC.
AND/OR FOR THE APPOINTMENT
OF A SPECIAL MASTER**

Date:  None Set
Time:  None Set
Place: Courtroom 14, Courtroom of the
Honorable A. Howard Matz

Discovery Cut-Off Date:  None Set
Pretrial Conference Date:  None Set
Trial Date:  None Set

---

Application to File Reply Documents Under Seal

Pursuant to Local Rule 79-5.1, the Order of the Hon. A. Howard Matz re Protective Orders and Treatment of Confidential Information at Section I.D, the Procedures and Schedules of the Hon. Stephen J. Hillman at Paragraph 17, and the Protective Order dated December 27, 2005 (Docket No. 94) entered by the Court, Plaintiff Perfect 10, Inc. hereby submits this application to file under seal the following documents:

1)  **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;**

2)  **REPLY DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;**

3)  **EXHIBIT 35 (A DISK) TO THE REPLY DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER [DISK ATTACHED], FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;** and

4)  **DECLARATION OF MARK MCDEVITT.**

The documents and disk contain material designated Confidential and Highly Confidential by Defendant Google Inc. and material designated Confidential by third-party Recording Industry Association of America (RIAA). Plaintiff Perfect 10, Inc. respectfully requests that the above-entitled documents, which have been lodged, be filed under seal.

Dated: December 13, 2009       Respectfully submitted,
                                LAW OFFICES OF JEFFREY N. MAUSNER

                                By: _Jeffrey N. Mausner_
                                    Jeffrey N. Mausner
                                    Attorneys for Plaintiff Perfect 10, Inc.