

# ORIGINAL

1  Jeffrey N. Mausner (State Bar No. 122385)
   Law Offices of Jeffrey N. Mausner
2  Warner Center Towers
3  21800 Oxnard Street, Suite 910
   Woodland Hills, California 91367-3640
4  Email: Jeff@mausnerlaw.com
   Telephone: (310) 617-8100, (818) 992-7500
5  Facsimile: (818) 716-2773

6  Attorneys for Plaintiff Perfect 10, Inc.

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA



10

11 | PERFECT 10, INC., a California       | Case No. CV 04-9484 AHM (SHx)
   | corporation,                         | Consolidated with Case No. CV 05-4753
12 |                                      | AHM (SHx)
13 |         Plaintiff,                   |
   |   v.                                 | **Before Judge A. Howard Matz**
14 |                                      |
15 | GOOGLE, INC., a corporation; et al., | **NOTICE OF LODGING OF REPLY
   |                                      | DOCUMENTS FOR FILING UNDER
16 |         Defendants.                  | SEAL, IN SUPPORT OF MOTION
   |                                      | OF PLAINTIFF PERFECT 10, INC.
17 | AND CONSOLIDATED CASE.               | FOR EVIDENTIARY AND OTHER
   |                                      | SANCTIONS AGAINST
18                                          DEFENDANT GOOGLE INC.
                                            AND/OR FOR THE APPOINTMENT
19                                          OF A SPECIAL MASTER

20                                          Date:  December 21, 2009
                                            Time:  10:00 a.m.
21                                          Place: Courtroom 14, Courtroom of the
22                                                 Honorable A. Howard Matz

23                                          Discovery Cut-Off Date: None Set
                                            Pretrial Conference Date: None Set
24                                          Trial Date: None Set

25

26

27

28
                        NOTICE OF LODGING

Plaintiff, Perfect 10, Inc., hereby lodges the following documents:

1) **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;**

2) **REPLY DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;**

3) **EXHIBIT 35 (A DISK) TO THE REPLY DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER [DISK ATTACHED], FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;**

4) **DECLARATION OF MARK MCDEVITT;**

5) **[PROPOSED] ORDER TO FILE REPLY DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER.**

The documents and disk contain material designated Confidential and Highly Confidential by Defendant Google Inc. and material designated Confidential by third-party Recording Industry Association of America (RIAA), and should be filed under seal pursuant to the December 27, 2005 Protective Order in this case, Docket No. 94.

Dated: December 13, 2009

Respectfully submitted,
LAW OFFICES OF JEFFREY N. MAUSNER

By: *Jeffrey N. Mausner*
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.

1
NOTICE OF LODGING