**ORIGINAL**

Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

FILED 2009 DEC 14 PM 12:04

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a corporation; et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Judge A. Howard Matz**<br><br>**PROOF OF SERVICE**<br><br>Date: December 21, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

PROOF OF SERVICE

| | PROOF OF SERVICE |
|---|---|
| 1 | |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 21800 Oxnard Street, Suite 910, Woodland Hills, California 91367.

On December 14, 2009, I served the documents described as:

1) **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;**

2) **REPLY DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;**

3) **EXHIBIT 35 (A DISK) TO THE REPLY DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER [DISK ATTACHED], FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;**

4) **DECLARATION OF MARK MCDEVITT;**

5) **NOTICE OF LODGING OF REPLY DOCUMENTS FOR FILING UNDER SEAL, IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER;**

6) **APPLICATION TO FILE REPLY DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER;**

7) **[PROPOSED] ORDER TO FILE REPLY DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER;**

---

1

PROOF OF SERVICE

8) **PROOF OF SERVICE**

on the interested parties in this action as follows:

**BY MAIL:** I deposited such document(s) listed below in a sealed envelope with the postage thereon fully prepaid, in the United States mail at Los Angeles, CA.

| | |
|---|---|
| Mark Jansen<br>Anthony Malutta<br>Timothy Cahn<br>Gia Cincone<br>Ellie Steiner<br>Townsend Townsend & Crew<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111 | Rachel Herrick Kassabian<br>Charles Verhoeven<br>Quinn Emanuel<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065 |

**PERSONAL:** I delivered such envelope by hand to the addressee(s) or the office of the addressee(s).

Thomas Nolan
Michael Zeller
Quinn Emanuel
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on December 14, 2009 at Los Angeles, California.

By: _/s/ Melanie Poblete_
Melanie Poblete

---
2
PROOF OF SERVICE