| | |
|---|---|
| Jeffrey N. Mausner (State Bar No. 122385)<br>Law Offices of Jeffrey N. Mausner<br>Warner Center Towers<br>21800 Oxnard Street, Suite 910<br>Woodland Hills, California 91367-3640<br>Telephone: (310) 617-8100, (818) 992-7500<br>Facsimile: (818) 716-2773<br>Email: Jeff@Mausnerlaw.com<br><br>Attorneys for Plaintiff Perfect 10, Inc. | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>GOOGLE, INC., a corporation,<br><br>        Defendant.<br>_____<br><br>AND CONSOLIDATED CASE. | Case No. CV04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**<u>Before Judge Stephen J. Hillman</u>**<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF PERFECT 10, INC. FOR A DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**<br><br>[Joint Stipulation and Declarations of Dr. Norman Zada and Wendy Augustine, and two Declarations of Jeffrey N. Mausner In Support Thereof, and [Proposed] Order Also Filed]<br><br>Date:   January 11, 2010<br>Time:  2:00 p.m.<br>Place:  Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Motion Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

| | |
|---|---|
| 1 | **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:** |
| 2 | PLEASE TAKE NOTICE that on January 11, 2010 at 2 P.M., or as soon |
| 3 | thereafter as the matter may be heard, in the Courtroom of the Honorable Stephen J. |
| 4 | Hillman, Courtroom 550 of United States District Court for the Central District of |
| 5 | California, Plaintiff Perfect 10, Inc. ("Perfect 10") will and hereby does move this |
| 6 | Court for a document preservation order to prevent spoliation of evidence by Google, |
| 7 | Inc. ("Google"), as set forth in Perfect 10's [Proposed] Order Granting Its Motion For |
| 8 | The Imposition Of A Document Preservation Order, submitted herewith, and in the |
| 9 | Joint Stipulation On Google's Inc.'s Motion For A Document Preservation Order To |
| 10 | Prevent Further Spoliation Of Evidence By Perfect 10, Inc., And Perfect 10, Inc.'s |
| 11 | Motion For A Document Preservation Order To Prevent Spoliation Of Evidence By |
| 12 | Google, filed separately under seal by Perfect 10 (the "Joint Stipulation"). |
| 13 | This Motion is made on the grounds that Google has concealed and suppressed |
| 14 | documents and, therefore, may have destroyed documents. Google has failed to |
| 15 | produce critical documents, including emails, which have been *ordered* produced by |
| 16 | both Judge Hillman and Judge Matz. On November 29-30, 2009, Perfect 10 filed a |
| 17 | Motion for Evidentiary and Other Sanctions Against Defendant Google Inc. and/or |
| 18 | For the Appointment of A Special Master, based upon Google's disobedience of |
| 19 | discovery orders. A copy of Perfect 10's Memorandum of Points and Authorities in |
| 20 | Support of that motion is submitted under seal as Exhibit B to the Declaration of |
| 21 | Jeffrey Mausner In Support of Perfect 10's Position Regarding Document |
| 22 | Preservation Order ("Mausner Preservation Order Decl."), filed concurrently. |
| 23 | Although Perfect 10 contends that there is no basis for imposing a preservation-order |
| 24 | against it, Perfect 10 does not object to the imposition of a preservation-order that |
| 25 | applies equally and mutually to it and Google. |
| 26 | This Motion is based upon this Notice of Motion, the Joint Stipulation, and the |
| 27 | Declarations of Dr. Norman Zada, Jeffrey N. Mausner, and Wendy Augustine in |
| 28 | support of the Motion, and the Declaration of Jeffrey N. Mausner regarding Google's |

Notice Of Motion And Motion Of Plaintiff Perfect 10, Inc. For A Document Preservation Order
To Prevent Spoliation Of Evidence By Google

| | |
|---|---|
| 1 | non-compliance concerning the preparation of the Joint Stipulation (submitted pursuant |
| 2 | to Local Rule 37-2.4), and the [Proposed] Order, submitted separately herewith, the |
| 3 | complete files and records in this action, all matters of which this Court properly may |
| 4 | take judicial notice, and any additional matters that may be submitted to the Court at or |
| 5 | before any hearing on the Motion, including in any reply papers. |

Pursuant to Local Rule 37-1, the parties met and conferred on the matters in this Motion on September 8, 2009, and times thereafter, by letter and email.

Dated: December 15, 2009        LAW OFFICES OF JEFFREY N. MAUSNER

By: */s/ Jeffrey N. Mausner*
Jeffrey N. Mausner
Attorney for Plaintiff Perfect 10, Inc.