# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Judge Stephen J. Hillman**<br><br>**DISCOVERY MATTER**<br><br>**PERFECT 10'S [PROPOSED] ORDER GRANTING ITS MOTION FOR THE IMPOSITION OF A DOCUMENT PRESERVATION ORDER**<br><br>Date: January 11. 2010<br>Time: 2:00 PM<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

| | |
|---|---|
| 1 | On January 11, 2010, the Court heard oral argument on Perfect 10's |
| 2 | Motion For A Document Preservation Order To Prevent Spoliation Of Evidence |
| 3 | By Google, Inc. Having considered the parties' joint stipulations and oral |
| 4 | argument, and good cause existing therefore, Perfect 10's Motion is GRANTED. |
| 5 | Google, Inc. is hereby ordered to: |

    (1)    Immediately take all steps necessary to preserve all documents relevant to this litigation, including modifying computer settings for all employees and officers to remove any auto-deletion instructions; and

    (2)    Submit a declaration describing the scope and extent of the company's document deletion activities, including the following:

        (i)    Describe how the settings on all company email accounts were established, by whom, and when;

        (ii)    Describe whether emails on company email accounts have been deleted, and if so, how many and during what time period;

        (iii)    Identify the location of any "backup" files for the deleted emails, including on all company computers or servers, or at an off-site location maintained by any company service provider or vendor;

        (iv)    Explain whether the company gave any document preservation instructions to any company employees, contractors, or other personnel regarding this lawsuit, and if so, when and to whom;

        (v)    Identify whether the email accounts of any company employees, contractors, or other personnel have ever been set to automatically delete emails (and if so, who, when and after how long);

        (vi)    Identify any other loss or destruction of documents that has affected the discovery the company provided.

IT IS SO ORDERED.

Dated:_____   _____
                                          HONORABLE STEPHEN J. HILLMAN
                                          United States Magistrate Judge