Name & Address: Jeffrey N. Mausner (SBN: 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367
Phone (818) 992-7500 & (310) 617-8100
Facsimile (818) 716-2773  /  Email: Jeff@mausnerlaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California corporation

PLAINTIFF(S)

v.

GOOGLE, INC, a corporation, et. al.,

DEFENDANT(S).

CASE NUMBER:

CV 04-9484 AHM (SHx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
SEE ATTACHED LIST.

**Document Description:**

☐    Administrative Record

☐    Exhibits

☐    Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑    Other  Pleadings/Exhibits to be filed under seal, and accompanying Application & [Proposed] Order To File Under Seal.

**Reason:**

☐    Under Seal

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☑    Per Court order dated _12/27/2005_

☑    Manual Filing required (*reason*):
Pleadings and exhibits contain confidential materials subject to Protective Order (12/27/2005) and should be filed under seal, the Application and Proposed Order for which is to be filed herewith.

| | |
|---|---|
| December 15, 2009 | Jeffrey N. Mausner |
| Date | Attorney Name |
| | Plaintiff, PERFECT 10, INC. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

## <u>NOTICE OF MANUAL FILING</u>

**LIST OF DOCUMENTS TO BE FILED UNDER SEAL:**

    1)    JOINT STIPULATION ON GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC., AND PERFECT 10, INC.'S MOTION FOR A MUTUAL DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE; and

    2)    EXHIBITS A, B & D TO THE DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S PORTION OF THE JOINT STIPULATION REGARDING GOOGLE'S MOTION FOR A DOCUMENT PRESERVATION ORDER, AND IN SUPPORT OF PERFECT 10'S MOTION FOR A DOCUMENT PRESERVATION ORDER;

**DOCUMENTS TO BE FILED MANUALLY, NOT UNDER SEAL:**

    3)    APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PERFECT 10'S PORTION OF THE JOINT STIPULATION REGARDING GOOGLE'S MOTION FOR A DOCUMENT PRESERVATION ORDER, AND IN SUPPORT OF PERFECT 10'S MOTION FOR A DOCUMENT PRESERVATION ORDER;

    4)    [PROPOSED] ORDER TTO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PERFECT 10'S PORTION OF THE JOINT STIPULATION REGARDING GOOGLE'S MOTION FOR A DOCUMENT PRESERVATION ORDER, AND IN SUPPORT OF PERFECT 10'S MOTION FOR A DOCUMENT PRESERVATION ORDER; and

    5)    PROOF OF SERVICE.