UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION ON GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC., AND SUPPORTING DOCUMENTS**<br><br>Hon. Stephen J. Hillman<br><br>Date: January 11, 2010<br>Time: 2:00 p.m.<br>Crtrm.: 550<br><br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

01980.51320/3240135.1

# **ORDER**

Pursuant to Local Rule 79-5.1, , the Procedures and Schedules of the Hon. Stephen J. Hillman at ¶ 17, and the Protective Order entered by the Court in this action (Docket No. 94), Google Inc.'s application to file under seal the following documents (the "Confidential Materials") is hereby GRANTED:

- JOINT STIPULATION ON GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC.; and
- DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC., AND EXHIBITS THERETO.

The Confidential Materials include materials that Perfect 10, Inc., Google Inc., and/or third parties have designated "Confidential" and/or "Highly Confidential" pursuant to the Protective Order. Accordingly, the Court orders that the Confidential Materials be filed under seal.

SO ORDERED.

DATED: December 15, 2009

By_____/s/_____
Hon. Stephen J. Hillman
United States Magistrate Judge.