# ORIGINAL

1  Jeffrey N. Mausner (State Bar No. 122385)
   Law Offices of Jeffrey N. Mausner
2  Warner Center Towers
3  21800 Oxnard Street, Suite 910
   Woodland Hills, California 91367-3640
4  Email: Jeff@mausnerlaw.com
   Telephone: (310) 617-8100, (818) 992-7500
5  Facsimile: (818) 716-2773
6
   Attorneys for Plaintiff Perfect 10, Inc.
7



8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  PERFECT 10, INC., a California corporation, | Case No. CV 04-9484 AHM (SHx) Consolidated with Case No. CV 05-4753 AHM (SHx) |
| 13           Plaintiff,<br>     v.<br>14<br>    GOOGLE, INC., a corporation; et al.,<br>15<br>           Defendants.<br>16<br>17  AND CONSOLIDATED CASE. | **Before Judge Stephen J. Hillman**<br><br>DISCOVERY MATTER<br><br>APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PERFECT 10'S PORTION OF THE JOINT STIPULATION REGARDING GOOGLE'S MOTION FOR A DOCUMENT PRESERVATION ORDER, AND IN SUPPORT OF PERFECT 10'S MOTION FOR A DOCUMENT PRESERVATION ORDER |
| | Date:  None Set<br>Time:  None Set<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Application to File Reply Documents Under Seal

Dockets.Justia.com

| | |
|---|---|
| 1 | |
| 2 | Pursuant to Local Rule 79-5.1, the Order of the Hon. A. Howard Matz re |
| 3 | Protective Orders and Treatment of Confidential Information at Section I.D, the |
| 4 | Procedures and Schedules of the Hon. Stephen J. Hillman at Paragraph 17, and the |
| 5 | Protective Order dated December 27, 2005 (Docket No. 94) entered by the Court, |
| 6 | Plaintiff Perfect 10, Inc. hereby submits this application to file under seal the |
| 7 | following documents: |

1) **JOINT STIPULATION ON GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC., AND PERFECT 10, INC.'S MOTION FOR A MUTUAL DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE; AND**

2) **EXHIBITS A, B & D TO THE DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S PORTION OF THE JOINT STIPULATION REGARDING GOOGLE'S MOTION FOR A DOCUMENT PRESERVATION ORDER, AND IN SUPPORT OF PERFECT 10'S MOTION FOR A DOCUMENT PRESERVATION ORDER.**

The documents contain material designated Confidential and Highly Confidential by Defendant Google Inc. and material designated Confidential by Perfect 10. Plaintiff Perfect 10, Inc. respectfully requests that the above-entitled documents, which have been lodged, be filed under seal.

Dated: December 15, 2009

Respectfully submitted,
LAW OFFICES OF JEFFREY N. MAUSNER

By: /s/ Jeffrey N. Mausner
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.