# ORIGINAL

1  Jeffrey N. Mausner (State Bar No. 122385)
   Law Offices of Jeffrey N. Mausner
2  Warner Center Towers
   21800 Oxnard Street, Suite 910
3  Woodland Hills, California 91367-3640
4  Email: Jeff@mausnerlaw.com
   Telephone: (310) 617-8100, (818) 992-7500
5  Facsimile: (818) 716-2773

6  Attorneys for Plaintiff Perfect 10, Inc.

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

11 | PERFECT 10, INC., a California corporation, | Case No. CV 04-9484 AHM (SHx)
12 | | Consolidated with Case No. CV 05-4753 AHM (SHx)
13 | Plaintiff, |
   | v. | **Before Judge Stephen J. Hillman**
14 | |
   | GOOGLE, INC., a corporation; et al., | **DISCOVERY MATTER**
15 | |
16 | Defendants. | **PROOF OF SERVICE**
17 | AND CONSOLIDATED CASE. | Date: January 11, 2010
   | | Time: 2 P.M.
18 | | Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman
19 | |
20 | | Discovery Cut-Off Date: None Set
   | | Pretrial Conference Date: None Set
21 | | Trial Date: None Set

FILED 2009 DEC 15 PM 1:05 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

PROOF OF SERVICE

Dockets.Justia.com

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 21800 Oxnard Street, Suite 910, Woodland Hills, California 91367.

On December 15, 2009, I served the documents described as:

    1) **JOINT STIPULATION ON GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC., AND PERFECT 10, INC.'S MOTION FOR A MUTUAL DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE;**

    2) **EXHIBITS A, B & D TO THE DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S PORTION OF THE JOINT STIPULATION REGARDING GOOGLE'S MOTION FOR A DOCUMENT PRESERVATION ORDER, AND IN SUPPORT OF PERFECT 10'S MOTION FOR A DOCUMENT PRESERVATION ORDER;**

    3) **APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PERFECT 10'S PORTION OF THE JOINT STIPULATION REGARDING GOOGLE'S MOTION FOR A DOCUMENT PRESERVATION ORDER, AND IN SUPPORT OF PERFECT 10'S MOTION FOR A DOCUMENT PRESERVATION ORDER;**

    4) **[PROPOSED] ORDER TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PERFECT 10'S PORTION OF THE JOINT STIPULATION REGARDING GOOGLE'S MOTION FOR A DOCUMENT PRESERVATION ORDER, AND IN SUPPORT OF PERFECT 10'S MOTION FOR A DOCUMENT PRESERVATION ORDER;** AND

    5) **PROOF OF SERVICE**

on the interested parties in this action as follows:

**BY MAIL:** I deposited such document(s) listed below in a sealed envelope with the postage thereon fully prepaid, in the United States mail at Los Angeles, CA.

| | |
|---|---|
| Mark Jansen<br>Anthony Malutta<br>Timothy Cahn<br>Gia Cincone<br>Ellie Steiner<br>Townsend Townsend & Crew<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111 | Rachel Herrick Kassabian<br>Charles Verhoeven<br>Quinn Emanuel<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065 |

1 **PERSONAL:** I delivered such envelope by hand to the addressee(s) or the office of the addressee(s).

Thomas Nolan
Michael Zeller
Quinn Emanuel
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on December 15, 2009 at Los Angeles, California.

By: *Brittany Douglass*
Brittany Douglass