O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | Date | December 15, 2009 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. GOOGLE, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | | Not Reported | |
| Deputy Clerk | | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | | Attorneys **NOT** Present for Defendants: | |

**Proceedings:** IN CHAMBERS (No Proceedings Held)

    The Court ORDERS the parties to file by December 16, 2009 at 4:00 p.m. separate statements not to exceed three pages each describing what effect, if any, Perfect 10's Motion for Evidentiary and Other Sanctions Against Defendant Google, Inc. and/or for the Appointment of a Special Master[1] could have on any other pending motions before this Court and explaining why this matter was not first brought before Magistrate Judge Hillman.

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |

---

[1] Docket No. 617.