ORIGINAL



FILED
CLERK, U.S. DISTRICT COURT
DEC 15 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br>v.<br>GOOGLE, INC., a corporation; et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Judge A. Howard Matz**<br><br>**[PROPOSED] ORDER TO FILE REPLY DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER**<br><br>Date: None Set<br>Time: None Set<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

[PROPOSED] ORDER TO FILE UNDER SEAL

Dockets.Justia.com

IT IS HEREBY ORDERED that pursuant to the Protective Order in this matter, Docket No. 94, the following documents, which have been lodged with this Court, shall be filed under seal:

1) **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;**

2) **REPLY DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;**

3) **EXHIBIT 35 (A DISK) TO THE REPLY DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF MOTION OF PLAINTIFF PERFECT 10, INC. FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST DEFENDANT GOOGLE INC. AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER [DISK ATTACHED], FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;** and

4) **DECLARATION OF MARK MCDEVITT.**

The documents and disk contain material designated Confidential and Highly Confidential by Defendant Google Inc. and material designated Confidential by third-party Recording Industry Association of America (RIAA).

IT IS SO ORDERED.

DATED: DEC 15 2009

A. HOWARD MATZ
United States District Judge

---

1
[PROPOSED] ORDER TO FILE UNDER SEAL