QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
    rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br><hr>AND COUNTERCLAIM<br><hr>PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>Hon. Stephen J. Hillman<br><br>**GOOGLE INC.'S NOTICE RE: PERFECT 10, INC.'S IMPROPERLY FILED JOINT STIPULATION**<br><br>**[Declaration of Rachel Herrick Kassabian filed concurrently herewith]**<br><br>Date: January 11, 2010<br>Time: 2:00 PM<br>Crtrm.: 550<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

01980.51320/3246098.2

GOOGLE'S NOTICE REGARDING PERFECT 10'S IMPROPERLY FILED MOTION FOR A DOCUMENT PRESERVATION ORDER

Google Inc. ("Google") respectfully submits this notice regarding Perfect 10's "Joint Stipulation on Google Inc.'s Motion for a Document Preservation Order to Prevent Further Spoliation of Evidence by Perfect 10, Inc., and Perfect 10, Inc.'s Motion for a Mutual Document Preservation Order to Prevent Spoliation of Evidence by Google." This document was filed on December 15, 2009 at Dkt. No. 671 (under seal).

P10's "Joint Stipulation" was filed without Google's consent and without having provided Google the required five court days to prepare its responsive portions.[1] It also incorrectly represents to the Court that this document contains Google's opposition to Perfect 10's Document Preservation Motion, when in fact it does not.[2] Nor did P10 have permission to file this pleading with Google's counsel listed on the caption page.[3] Given P10's unauthorized, unilateral filing in contravention of the Local Rules, Google will prepare and file an opposition in the ordinary course, pursuant to the schedule set forth in Local Rules 37-2.4 and 7-9.

DATED: December 16, 2009          Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP


By /s/ Rachel Herrick Kassabian
Rachel Herrick Kassabian
Attorneys for Defendant GOOGLE INC.

---

[1] Declaration of Rachel Herrick Kassabian Regarding P10's Improper Filing ("Kassabian Decl."), filed concurrently herewith, ¶¶ 7-9. The Kassabian Decl. sets forth in more detail the circumstances surrounding P10's inappropriate filing of the alleged "Joint Stipulation."

[2] Kassabian Decl., ¶¶ 8-9.

[3] Kassabian Decl., ¶ 8.