O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | Date | December 16, 2009 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. GOOGLE, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:** IN CHAMBERS (No Proceedings Held)

The Court DENIES without prejudice Perfect 10's Motion for Evidentiary and Other Sanctions Against Defendant Google, Inc. and/or for the Appointment of a Special Master.[1]  The Court removes the motion hearing from the December 21, 2009 calendar. The Court transfers the motion to Judge Hillman for his determination, report and recommendation or both (as the case may be).  Judge Hillman may schedule the handling of the motion as he sees fit, consistent with his own busy calendar.

 : 

Initials of Preparer  SMO

---

[1] Docket No. 617.