# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV04-9484 AHM (SHx) | Date | December 18, 2009 |
|---|---|---|---|
| Title | Perfect 10, Inc   -v- Google Inc | | |

| Present: The Honorable | Stephen J. Hillman, U.S. Magistrate Judge | |
|---|---|---|
| Sandra L. Butler | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**          ( IN CHAMBERS)

Court has set a Telephonic Conference for December 21, 2009 at 1:00 p.m.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | slb | |

Dockets.Justia.com