# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-09484-AHM-(SHx) | Date | December 21, 2009 |
|---|---|---|---|
| Title | Perfect 10, Inc. v. Amazon.com, Inc., et al. | | |

| Present: The Honorable | Stephen J. Hillman, United States Magistrate Judge |
|---|---|

| Sandra Butler | CS 12/21/09 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey N. Mausner | Michael T. Zeller<br>Mark T. Jansen<br>Timothy R. Cahn |

**Proceedings:** TELEPHONE CONFERENCE

Case called. Counsel enter their appearances. Also present is Norman Zada, President of Plaintiff Perfect 10, Inc. The hearing on Motion for a Document Preservation Order to Prevent Further Spoliation of Evidence [654] [670] is hereby CONTINUED from January 11, 2010, at 2:00 p.m., to January 15, 2010, at 10:00 a.m., before Magistrate Judge Stephen Hillman, in Courtroom 550 of the Roybal Courthouse. Opposition due no later than December 31, 2009. Reply due no later than January 6, 2010.

The hearing on Plaintiff's Motion for Evidentiary and Other Sanctions Against Defendant Google, Inc., is set for January 15, 2010, at 10:00 a.m., before Magistrate Judge Stephen Hillman, in Courtroom 550 of the Roybal Courthouse. The Court ORDERS Defendant Google, Inc., to file a Sur-reply to Plaintiff Perfect 10, Inc.'s Reply and serve the parties by e-mail no later than January 8, 2010, by 4:00 p.m.

After the hearing of the two motions on January 15, 2010, the Court will discuss the Bate Stamp issue with the parties.

|  | : | 18 |
|---|---|---|
| Initials of Preparer | SB | |