Name & Address: QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Tel: (650) 801-5000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PERFECT 10, INC., a California corporation, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 04-cv-9484 AHM (SHx) |
| v. | |
| GOOGLE INC., a corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Google Inc.'s Opposition to Perfect 10, Inc.'s Motion for a Mutual Document Preservation Order; Declaration of Rachel Herrick Kassabian in Support Thereof, and Exhibits Thereto; Declaration of Kris Brewer in Support Thereof, and Exhibits Thereto; Google's Application and (Proposed) Order to Seal; Proof of Service.

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated December 27, 2005
- ☐ Manual Filing required (*reason*):

| 12/31/09 | Rachel Herrick Kassabian |
|---|---|
| Date | Attorney Name |
| | Google Inc. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   NOTICE OF MANUAL FILING