QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Rachel Herrick Kassabian (Bar No. 191060)
rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br>*Plaintiff,*<br>vs.<br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br>*Defendants.*<br>AND COUNTERCLAIM<br>PERFECT 10, INC., a California corporation,<br>*Plaintiff,*<br>vs.<br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br>*Defendants.* | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br>**DISCOVERY MATTER**<br>Hon. Stephen J. Hillman<br>**DECLARATION OF KRIS BREWER IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**<br>Date: January 15, 2010<br>Time: 10:00 a.m.<br>Ctrm: 550<br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set<br>**PUBLIC REDACTED** |

I, Kris Brewer, declare as follows:

1. I am an Associate Discovery Counsel at Google Inc. ("Google"). In that role, I am responsible for facilitating information-gathering and document collections of electronically-stored information in response to discovery requests. I make this declaration of personal, firsthand knowledge or based upon the books, records and other information of Google and, if called and sworn as a witness, I could and would testify competently thereto.

2. By making this declaration, as Google's legal counsel, I hereby expressly reserve all rights, duties and privileges on behalf of Google and my own under the applicable law of California and federal law, including but not limited to California Evidence Code sections 950-962, Federal Rule of Evidence 501 and California Business and Professions Code section 6068(e), which requires that I "maintain inviolate the confidence, and at every peril to [me], to preserve the secrets of [my] client." Nothing contained in this declaration is intended to be, nor should be considered to be, a waiver of the attorney-client privilege or the work product doctrine.

[redacted]

[Page content redacted/blacked out]

-2-
DECLARATION OF KRIS BREWER

01980.51320/3260445.2
-3-
DECLARATION OF KRIS BREWER

[redacted]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed December 30, 2009 at Mountain View, California.

Kris Brewer

# EXHIBIT A

# <u>EXHIBIT A:</u>

## Filed Under Seal Pursuant to Protective Order

# EXHIBIT B

# EXHIBIT B:

# Filed Under Seal Pursuant to Protective Order