QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
    rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    *Plaintiff,*<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>    *Defendants.*<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>    *Plaintiff,*<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>    *Defendants.* | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**GOOGLE INC.'S NOTICE OF CHANGE OF ADDRESS**<br><br><br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

| | |
|---|---|
| 1 | TO THE COURT AND ALL PARTIES OF RECORD: |
| 2 |     PLEASE TAKE NOTICE that effective January 11, 2010, the address |
| 3 | for the Silicon Valley Office of Quinn Emanuel Urquhart Oliver & Hedges, LLP, |
| 4 | attorneys for Google Inc., Defendant and Counterclaimant in the above-titled action, |
| 5 | will be changed **from:** |

    Quinn Emanuel Urquhart Oliver & Hedges, LLP
    555 Twin Dolphin Drive, Suite 560
    Redwood Shores, CA 94065
    Telephone: 650-801-5000
    Facsimile: 650-801-5100

  **to:**

    Quinn Emanuel Urquhart Oliver & Hedges, LLP
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    Telephone: 650-801-5000
    Facsimile: 650-801-5100

DATED: January 4, 2010        Respectfully submitted,

                              QUINN EMANUEL URQUHART OLIVER &
                              HEDGES, LLP

                              By */s/ Rachel Herrick Kassabian*
                                  Rachel Herrick Kassabian
                                  Attorneys for Defendant GOOGLE INC.