# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) <br> v. <br> DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**


**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

_____    _____
Date                                                                Attorney Name

                                                                    _____
                                                                    Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)     **NOTICE OF MANUAL FILING**

**NOTICE OF MANUAL FILING – LIST OF DOCUMENTS TO BE FILED:**

**1.     REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PERFECT 10'S MOTION FOR THE IMPOSITION OF A PRESERVATION ORDER AGAINST GOOGLE TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

**2.     PLAINTIFF PERFECT 10, INC.'S EVIDENTIARY OBJECTIONS TO DECLARATION OF KRIS BREWER IN SUPPORT OF DEFENDANT GOOGLE INC.'S OPPOSITION TO PERFECT 10'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

**3.     EXHIBIT 8 TO REPLY DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S MOTION FOR THE IMPOSITION OF A PRESERVATION ORDER AGAINST GOOGLE TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

**4.     APPLICATION TO FILE UNDER SEAL**

**5.     [PROPOSED] ORDER TO FILE UNDER SEAL**

**6.     PROOF OF SERVICE**