ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

FILED
2009 DEC 31 PM 1:55
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**PROOF OF SERVICE** |
| AND COUNTERCLAIM | |
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 31, 2009, I served true copies of the following document(s) described as

1. DEFENDANT GOOGLE INC.'S OPPOSITION TO PLAINTIFF PERFECT 10, INC.'S MOTION FOR A MUTUAL DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE

2. DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE

3. DECLARATION OF KRIS BREWER IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE

4. GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO PERFECT 10, INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER, AND SUPPORTING DOCUMENTS

5. [PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO PERFECT 10, INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER, AND SUPPORTING DOCUMENTS

on the interested parties in this action as follows:

Jeffrey N. Mausner, Esq.
LAW OFFICES OF JEFFREY N. MAUSNER
21800 Oxnard Street, Suite 910
Woodland Hills, CA 91367
Telephone: (310) 617-8100
jeff@mausnerlaw.com
**ATTORNEYS FOR PLAINTIFF/
COUNTER-DEFENDANT PERFECT 10, INC.**

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from thomasnolan@quinnemanuel.com on December 31, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 31, 2009, at Los Angeles, California.

Thomas Nolan

01980.51320/3262496.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 31, 2009, I served true copies of the following document(s) described as

**1. DEFENDANT GOOGLE INC.'S OPPOSITION TO PLAINTIFF PERFECT 10, INC.'S MOTION FOR A MUTUAL DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

**2. DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

**3. DECLARATION OF KRIS BREWER IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

**4. GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO PERFECT 10, INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER, AND SUPPORTING DOCUMENTS**

**5. [PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO PERFECT 10, INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER, AND SUPPORTING DOCUMENTS**

on the interested parties in this action as follows:

Mark T. Jansen
TOWNSEND & TOWNSEND & CREW, LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
Telephone: (415) 576-0200
**ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC. AND ALEXA.COM, INC.**

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 31, 2009, at Los Angeles, California.

Jaklin Ahadi

01980.51320/3262492.1