Name & Address: QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Tel: (650) 801-5000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PERFECT 10, INC., a California corporation, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 04-cv-9484 AHM (SHx) |
| v. GOOGLE INC., a corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Google Inc.'s Reply in Support of its Motion for a Document Preservation Order to Prevent Further Spoliation of Evidence by Perfect 10, Inc.; Reply Declaration of Rachel Herrick Kassabian in Support Thereof, and Exhibits Thereto; Google's Application to Seal; (Proposed) Order to Seal; Proof of Service.

**Document Description:**

☐  Administrative Record

☑  Exhibits

☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑  Other

**Reason:**

☑  Under Seal

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☑  Per Court order dated December 27, 2005

☐  Manual Filing required (reason):

| January 6, 2010 | Rachel Herrick Kassabian |
|---|---|
| Date | Attorney Name |
| | Google Inc. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).