JEFFREY N. MAUSNER (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Jeff@MausnerLaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF** |

///
///
///
///
///
///
///
///

PLEASE TAKE NOTICE THAT Daniel J. Cooper, Esq. withdrew as counsel for Plaintiff Perfect 10, Inc. ("Plaintiff") in this consolidated action. This withdrawal is with the content of Plaintiff. Plaintiff is filing this notice in order to correct the docket.

Plaintiff will continued to be represented by the Law Offices of Jeffrey N. Mausner, attorneys of record for Plaintiff Perfect 10, Inc. The withdrawal of Daniel J. Cooper, Esq. will not prejudice Plaintiff or unnecessarily delay this action.

Dated: January 6, 2010     Respectfully submitted,

By: *Jeffrey N. Mausner*
Jeffrey N. Mausner

I consent to the withdrawal of Daniel J. Cooper, Esq. as counsel for Plaintiff Perfect 10, Inc., in the above-captioned consolidated matter.

Dated: January 6, 2010     Respectfully submitted,

By: *N. Zada*
Norman Zada, President