# ORIGINAL

Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.



FILED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>GOOGLE, INC., a corporation; et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Judge Stephen J. Hillman**<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Date: None Set<br>Time: None Set<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Application to File Reply Documents Under Seal

Pursuant to Local Rule 79-5.1, the Order of the Hon. A. Howard Matz re Protective Orders and Treatment of Confidential Information at Section I.D, the Procedures and Schedules of the Hon. Stephen J. Hillman at Paragraph 17, and the Protective Order dated December 27, 2005 (Docket No. 94) entered by the Court, Plaintiff Perfect 10, Inc. hereby submits this application to file under seal the following documents:

1. **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PERFECT 10'S MOTION FOR THE IMPOSITION OF A PRESERVATION ORDER AGAINST GOOGLE TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

2. **PLAINTIFF PERFECT 10, INC.'S EVIDENTIARY OBJECTIONS TO DECLARATION OF KRIS BREWER IN SUPPORT OF DEFENDANT GOOGLE INC.'S OPPOSITION TO PERFECT 10'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

3. **EXHIBIT 8 TO REPLY DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S MOTION FOR THE IMPOSITION OF A PRESERVATION ORDER AGAINST GOOGLE TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

The documents contain material designated Confidential and Highly Confidential by Defendant Google Inc. Plaintiff Perfect 10, Inc. respectfully requests that the above-entitled documents, which have been lodged, be filed under seal.

Dated: January 5, 2010

Respectfully submitted,
LAW OFFICES OF JEFFREY N. MAUSNER

By: *Jeffrey N. Mausner*
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.