Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

# ORIGINAL

**FILED** 2010 JAN -6 AM 11:35
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　v.<br><br>GOOGLE, INC., a corporation; et al.,<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Honorable Stephen J. Hillman**<br><br>**PROOF OF SERVICE**<br><br>Date: January 15, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

PROOF OF SERVICE

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 21800 Oxnard Street, Suite 910, Woodland Hills, California 91367.

On January 6, 2010, I served the documents described as:

    1.    **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PERFECT 10'S MOTION FOR THE IMPOSITION OF A PRESERVATION ORDER AGAINST GOOGLE TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

    2.    **PLAINTIFF PERFECT 10, INC.'S EVIDENTIARY OBJECTIONS TO DECLARATION OF KRIS BREWER IN SUPPORT OF DEFENDANT GOOGLE INC.'S OPPOSITION TO PERFECT 10'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

    3.    **EXHIBIT 8 TO REPLY DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S MOTION FOR THE IMPOSITION OF A PRESERVATION ORDER AGAINST GOOGLE TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

    4.    **APPLICATION TO FILE UNDER SEAL**

    5.    **[PROPOSED] ORDER TO FILE UNDER SEAL**

    6.    **PROOF OF SERVICE**

on the interested parties in this action as follows:

**BY MAIL:** I deposited such document(s) listed below in a sealed envelope with the postage thereon fully prepaid, in the United States mail at Los Angeles, CA.

| | |
|---|---|
| Mark Jansen<br>Anthony Malutta<br>Timothy Cahn<br>Gia Cincone<br>Ellie Steiner<br>Townsend Townsend & Crew<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111 | Rachel Herrick Kassabian<br>Charles Verhoeven<br>Quinn Emanuel<br>555 Twin Dolphin Drive, 5th Floor<br>or Suite 560<br>Redwood Shores, California 94065 |

**PERSONAL:** I delivered such envelope by hand to the addressee(s) or the office of the addressee(s).

        Thomas Nolan
        Michael Zeller
        Quinn Emanuel
  865 S. Figueroa Street, 10th Floor
    Los Angeles, California 90017

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on January 6, 2010 at Los Angeles, California.

By: *[signature]*
      Melanie Poblete

---

2
PROOF OF SERVICE