QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br><br><br>**PROOF OF SERVICE** |
| AND COUNTERCLAIM | |
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On January 6, 2010, I served true copies of the following document(s) described as

1. GOOGLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC.

2. REPLY DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC.

3. GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC., AND SUPPORTING DOCUMENTS

4. [PROPOSED] ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT FURTHER SPOLIATION OF EVIDENCE BY PERFECT 10, INC., AND SUPPORTING DOCUMENTS

on the interested parties in this action as follows:

| | |
|---|---|
| Jeffrey N. Mausner, Esq.<br>LAW OFFICES OF JEFFREY N. MAUSNER<br>21800 Oxnard Street, Suite 910<br>Woodland Hills, CA 91367<br>Telephone: (310) 617-8100<br>jeff@mausnerlaw.com<br>**ATTORNEYS FOR PLAINTIFF/ COUNTER-DEFENDANT PERFECT 10, INC.** | Mark T. Jansen<br>TOWNSEND & TOWNSEND & CREW, LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111-3834<br>Telephone: (415) 576-0200<br>**ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC. AND ALEXA.COM, INC.** |

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 6, 2010, at Los Angeles, California.

_____
Jaklin Ahadi

01980.51320/3262492.1