Name & Address: QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Rachel Herrick Kassabian (Bar No. 191060)
rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Tel: (650) 801-5000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, <br><br> PLAINTIFF(S) <br> v. <br> GOOGLE INC., a corporation, <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 04-cv-9484 AHM (SHx) <br><br> **NOTICE OF MANUAL FILING** |

**PLEASE TAKE NOTICE:**

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Google Inc.'s Surreply Regarding Perfect 10, Inc.'s Motion for Evidentiary and Other Sanctions; Surreply Declaration of Rachel Herrick Kassabian in Support Thereof, and Exhibits Thereto; Google's Application to Seal; (Proposed) Order to Seal; Proof of Service.

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated December 27, 2005
- ☐ Manual Filing required (*reason*):

January 8, 2010
Date

Rachel Herrick Kassabian
Attorney Name

Google Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)  NOTICE OF MANUAL FILING