Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff PERFECT 10, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>              Plaintiff,<br>   v.<br><br>GOOGLE INC., a corporation,<br><br>              Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Judge Stephen J. Hillman**<br><br>**DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PLAINTIFF PERFECT 10'S EVIDENTIARY OBJECTIONS TO THE REPLY DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER**<br><br>*Exhibits 2 and 3 Filed Separately Under Seal Pursuant To Protective Order*<br><br>Date: January 15, 2010<br>Time: 10 A.M.<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

# DECLARATION OF JEFFREY N. MAUSNER

I, Jeffrey N. Mausner, declare as follows:

1.      I am a member of the State Bar of California and admitted to practice before this Court.  I am counsel of record for Plaintiff Perfect 10, Inc. ("Perfect 10") in this action.  All of the matters stated herein are of my own personal knowledge, except where otherwise stated, and if called as a witness, I could and would testify competently thereto.

2.      On October 15, 2009, Perfect 10 produced financial statements and tax returns, pursuant to this Court's October 6, 2009 Order.  Attached hereto as Exhibit 1 is a true and correct copy of the cover letter from me to Google's counsel (four of its attorneys) and the Amazon Defendants' counsel (five of its attorneys), dated October 15, 2009, which accompanied that production.  The letter stated, in part:  "Enclosed please find a disk containing Perfect 10'S *HIGHLY CONFIDENTIAL* financial statements and tax returns, pursuant to the Order dated October 6, 2009.  One disk has been sent to each address as listed above. The disk contains an Adobe file with 2,601 pages."

3.      Submitted separately under seal as Exhibit 2 is a true and correct copy of the disk that was sent to counsel for Google and Amazon on October 15, 2009, containing the 2,601 pages of financial statements and tax returns.

4.      For the Court's convenience, submitted separately under seal as Exhibit 3 are true and correct copies of paper print-outs from that disk of 22 monthly financial statements.  Google incorrectly claims that Perfect 10 did not produce financial statements for these 22 months.  The chart set out below identifies these 22 monthly financial statements, which Perfect 10 produced on October 15, 2009 and which are contained in Exhibits 2 and 3.  The chart also identifies the page range in the Adobe PDF file that Perfect 10 produced on October 15, 2009 where those monthly financial statements are found:

| Month & Year of Statement | Page range in PDF file of October 15, 2009 Production re Financial Statements |
|---|---|
| September 1997 | 2137-2139 |
| October 1997 | 2134-2136 |
| November 1998 | 2021-2023 |
| April 1999 | 1932-1942 |
| May 1999 | 1921-1931 |
| June 1999 | 1910-1920 |
| July 1999 | 1896-1909 |
| August 1999 | 1885-1895 |
| November 1999 | 1874-1884 |
| January 2000 | 1857-1860 |
| April 2000 | 1849-1852 |
| May 2000 | 1845-1848 |
| June 2000 | 1835-1844 |
| July 2000 | 1826-1834 |
| August 2000 | 1817-1825 |
| September 2000 | 1808-1816 |
| October 2000 | 1799-1807 |
| March 2001 | 1784-1798 |
| April 2001 | 1775-1783 |
| May 2001 | 1766-1774 |
| March 2004 | 1171-1196 |
| April 2004 | 1143-1170 |

The March 2009 Statement is also attached as part of Exhibit 3, as well as included in Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 11, 2010, at Los Angeles County, California.

*Jeffrey N. Mausner*

Jeffrey N. Mausner

# Exhibit 1

# LAW OFFICES OF
# JEFFREY N. MAUSNER

Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367
Telephone (818) 992-7500
Facsimile (818) 716-2773
E-mail: jeff@mausnerlaw.com

October 15, 2009

*VIA FEDERAL EXPRESS*
*PRIORITY OVERNIGHT*

Thomas Nolan
Michael Zeller
Quinn Emanuel
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

Rachel Herrick Kassabian
Charles Verhoeven
Quinn Emanuel
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Mark Jansen
Anthony Malutta
Timothy Kahn
Gia Cincone
Ellie Steiner
Townsend Townsend & Crew
Two Embarcadero Center, 8th Floor
San Francisco, California 94111

Re: *Perfect 10 v. Google*, **Case No. CV 04-9484 AHM (SHx)**
*Perfect 10 v. Amazon*, **Case No. CV 05-4753 AHM (SHx)**

Dear Counsel:

Enclosed please find a disk containing Perfect 10's *HIGHLY CONFIDENTIAL* financial statements and tax returns, pursuant to the Order dated October 6, 2009. One disk has been sent to each address, as listed above. The disk contains an Adobe file with 2,601 pages.

Sincerely,

*Jeffrey N. Mausner*

Jeffrey N. Mausner
LAW OFFICES OF JEFFREY N. MAUSNER

Disk enclosed

# Exhibit 4

[A DISK]
FILED SEPARATELY UNDER SEAL
PURSUANT TO PROTECTIVE ORDER

# Exhibit 5
Filed Under Seal Pursuant
to Protective Order