QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

lodged proposed order

FILED 2010 JAN -8 PM 3:00

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL ITS SURREPLY REGARDING PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, AND SUPPORTING DOCUMENTS**<br><br>Hon. Stephen J. Hillman<br><br>Date: January 15, 2010<br>Time: 10:00 a.m.<br>Crtrm.: 550<br><br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

01980.51320/3270130.1

GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1, the Procedures and Schedules of the Hon. Stephen J. Hillman at ¶ 17, and the Protective Order entered by the Court in this action (Docket No. 94), Google Inc. hereby submits this application to file under seal the following documents (the "Confidential Materials"):

- DEFENDANT GOOGLE INC.'S SURREPLY REGARDING PLAINTIFF PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER; and
- SURREPLY DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF GOOGLE INC.'S SURREPLY REGARDING PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER.

The Confidential Materials include materials that Perfect 10, Inc., Google Inc., and/or third parties have designated "Confidential" and/or "Highly Confidential" pursuant to the Protective Order. Accordingly, Google requests that the Confidential Materials be filed under seal.

DATED: January 8, 2010

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _/s/ Rachel Herrick Kassabian_
Rachel Herrick Kassabian
Attorneys for Defendant GOOGLE INC.