1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)] |
| Plaintiff, | **ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL ITS SURREPLY REGARDING PERFECT 10, INC.'S** |
| vs. | |
| GOOGLE INC., a corporation; and DOES 1 through 100, inclusive, | **MOTION FOR EVIDENTIARY AND OTHER SANCTIONS** |
| Defendants. | **AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER, AND** |
| AND COUNTERCLAIM | **SUPPORTING DOCUMENTS** |
| PERFECT 10, INC., a California corporation, | Hon. Stephen J. Hillman |
| Plaintiff, | Date:    January 15, 2010 Time:    10:00 a.m. Crtrm.: 550 |
| vs. | |
| AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive, | Discovery Cut-off: None Set Pretrial Conference Date: None Set Trial Date: None Set |
| Defendants. | |

01980.51320/3270135.1

ORDER GRANTING GOOGLE INC.'S APPLICATION TO FILE UNDER SEAL

Dockets.Justia.com

# **ORDER**

Pursuant to <u>Local Rule</u> 79-5.1, the Procedures and Schedules of the Hon. Stephen J. Hillman at ¶ 17, and the Protective Order entered by the Court in this action (Docket No. 94), Google Inc.'s application to file under seal the following documents (the "Confidential Materials") is hereby GRANTED:

- DEFENDANT GOOGLE INC.'S SURREPLY REGARDING PLAINTIFF PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AGAINST GOOGLE AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER; and

- SURREPLY DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF GOOGLE INC.'S SURREPLY REGARDING PERFECT 10, INC.'S MOTION FOR EVIDENTIARY AND OTHER SANCTIONS AND/OR FOR THE APPOINTMENT OF A SPECIAL MASTER.

The Confidential Materials include materials that Perfect 10, Inc., Google Inc., and/or third parties have designated "Confidential" and/or "Highly Confidential" pursuant to the Protective Order. Accordingly, the Court orders that the Confidential Materials be filed under seal.

SO ORDERED.

DATED: January 08, 2010

By_____
Hon. Stephen J. Hillman
United States Magistrate Judge.