LODGED

# ORIGINAL





UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>GOOGLE, INC., a corporation; et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Judge Stephen J. Hillman**<br><br>[~~PROPOSED~~] **ORDER TO FILE UNDER SEAL**<br><br>Date: None Set<br>Time: None Set<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

1   IT IS HEREBY ORDERED that pursuant to the Protective Order in this
2   matter, Docket No. 94, the following documents, which have been lodged with this
3   Court, shall be filed under seal:

4   **1. REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PERFECT 10'S MOTION FOR THE IMPOSITION OF A PRESERVATION ORDER AGAINST GOOGLE TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

**2. PLAINTIFF PERFECT 10, INC.'S EVIDENTIARY OBJECTIONS TO DECLARATION OF KRIS BREWER IN SUPPORT OF DEFENDANT GOOGLE INC.'S OPPOSITION TO PERFECT 10'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

**3. EXHIBIT 8 TO REPLY DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S MOTION FOR THE IMPOSITION OF A PRESERVATION ORDER AGAINST GOOGLE TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**

The documents contain material designated Confidential and Highly Confidential by Defendant Google, Inc.

IT IS SO ORDERED.

DATED: 1-7-10

STEPHEN J. HILLMAN
United States Magistrate Judge