ORIGINAL

1  Jeffrey N. Mausner (State Bar No. 122385)
   Law Offices of Jeffrey N. Mausner
2  Warner Center Towers
   21800 Oxnard Street, Suite 910
3  Woodland Hills, California 91367-3640
   Email: Jeff@mausnerlaw.com
4  Telephone: (310) 617-8100, (818) 992-7500
5  Facsimile: (818) 716-2773

6  Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>        Plaintiff,<br>v.<br><br>GOOGLE, INC., a corporation; et al.,<br><br>        Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No.<br>CV 05-4753 AHM (SHx)<br><br>**APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>**Before Judge Stephen J. Hillman**<br><br>Date: None Set<br>Time: None Set<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Application to File Under Seal

Pursuant to Local Rule 79-5.1, the Procedures and Schedules of the Hon. Stephen J. Hillman at Paragraph 17, and the Protective Order dated December 27, 2005 (Docket No. 94) entered by the Court, Perfect 10, Inc. hereby submits this application to file under seal the following documents:

1) **DISK CONTAINING EXHIBIT 2 TO THE DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S EVIDENTIARY OBJECTIONS TO THE REPLY DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY PERFECT 10 [DISK ATTACHED]**

2) **EXHIBIT 3 TO THE DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S EVIDENTIARY OBJECTIONS TO THE REPLY DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY PERFECT 10**

The Confidential Materials include materials that Perfect 10, Inc., Google, Inc., and/or third parties have designated 'Confidential' and/or 'Highly Confidential' pursuant to the Protective Order. Plaintiff, Perfect 10, Inc. respectfully requests that the above-entitled documents, which have been lodged, be filed under seal.

Dated: January 10, 2010     Respectfully submitted,
LAW OFFICES OF JEFFREY N. MAUSNER

By: *Jeffrey N. Mausner* (signature)
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.