QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.*<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.* | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>Hon. Stephen J. Hillman<br><br>**SUPPLEMENTAL DECLARATION OF KRIS BREWER IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PERFECT 10, INC.'S MOTION FOR A DOCUMENT PRESERVATION ORDER TO PREVENT SPOLIATION OF EVIDENCE BY GOOGLE**<br><br>Date: January 15, 2010<br>Time: 10:00 a.m.<br>Ctrm: 550<br><br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

I, Kris Brewer, declare as follows:

1. I am an Associate Discovery Counsel at Google Inc. ("Google"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I have worked full-time at Google since March 30, 2009. I have been employed by Google on a full-time basis as Associate Discovery Counsel since August 10, 2009.

3. Prior to my employment by Google, I was employed by Dewey & LeBoeuf LLP. My last day of full-time work at Dewey & LeBoeuf was March 27, 2009. From March 30 to July 31, 2009, I worked at Google as a legal secondee from Dewey & LeBoeuf. My employment with Dewey & LeBoeuf formally ended on July 31, 2009.

4. During the course of my employment with Google, I have become familiar with the discovery aspects of the *Perfect 10 v. Google* litigation, including assisting in managing Google's document preservation, collection and production efforts, and reviewing historical files to familiarize myself with the materials, correspondence and personnel involved, and the events which have transpired. I relied on this knowledge and experience in preparing my December 30, 2009 Declaration.

5. As a former employee, I know that Dewey & LeBoeuf has an official firm website, which is located at www.deweyleboeuf.com.

6. Attached as Exhibit A is a true a correct copy of a printout from www.deweyleboeuf.com showing that running a search for the query "kris brewer" as of January 6, 2010 (which I personally did) yielded no responsive hits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed January 12, 2010 at Mountain View, California.

_____
Kris Brewer

# EXHIBIT A

Dewey & LeBoeuf - Search Results - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.deweyleboeuf.com/Utility/SearchResults.aspx?keywords=kris+brewer&section=0

Most Visited Getting Started Latest Headlines Helpdesk

Google kris brewer Search Bookmarks Sidewiki Translate AutoLink AutoFill kris brewer kbrewer

Dewey & LeBoeuf - Search Results

DEWEY & LEBOEUF | Services | Ideas | People | Firm | Careers

Search

## Search Results

Search Results for: **kris brewer**

Sorry, we didn't find any results for your search. Please try again.

Here are some suggestions that may help you find what you're looking for:

- For details on our practices, global industry sector groups, the regions in which we work and locations of our offices, visit our Services section.
- For Dewey & LeBoeuf client alerts, upcoming events or articles view our Ideas section.
- To find a lawyer, visit our People section and search our directory of lawyers and advisors.
- Details of the firm's pro bono and diversity commitments and activities, Dewey & LeBoeuf's Media Center, plus full details of awards and other recognition of the firm's activities, can be found in our Firm section.
- A country-by-country guide to careers opportunities and our approach to recruitment can be found in our Careers section.
- Media and Press contacts can visit our Media Center.
- For more information about Dewey & LeBoeuf, questions or to provide feedback please Contact Us.

**Narrow your results or enter a new search**

kris brewer

All Practices

All Industries

All Regions

**Search**

Contact Us | Site Map | Legal Notices | Privacy | Attorney Advertising | © 2009 Dewey & LeBoeuf LLP

This website is maintained by Dewey & LeBoeuf LLP in New York, NY, USA.

Done

start Google.com Mail - Inb... Certifications and Sta... Dewey & LeBoeuf - S... 34% 8:59 AM

Dewey & LeBoeuf - Lawyer Results - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.deweyleboeuf.com/Utility/LawyerResults.aspx?firstname=Kris&lastname=Brewer

Most Visited Getting Started Latest Headlines Helpdesk

Dewey & LeBoeuf - Lawyer Results

DEWEY & LEBOEUF

Services Ideas People Firm Careers

Search

# Lawyer Results

Sorry, we didn't find any results for your search. Please try again.

Here are some suggestions that may help you find what you're looking for:

- For details on our practices, global industry sector groups, the regions in which we work and locations of our offices, visit our Services section.
- For Dewey & LeBoeuf client alerts, upcoming events or articles view our Ideas section.
- To find a lawyer, visit our People section and search our directory of lawyers and advisors.
- Details of the firm's pro bono and diversity commitments and activities, Dewey & LeBoeuf's Media Center, plus full details of awards and other recognition of the firm's activities, can be found in our Firm section.
- A country-by-country guide to careers opportunities and our approach to recruitment can be found in our Careers section.
- Media and Press contacts can visit our Media Center.
- For more information about Dewey & LeBoeuf, questions or to provide feedback please Contact Us

**Directory of Lawyers and Advisors**

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Search for Lawyers and Advisors**

Kris

Brewer

Title

Office

Practice

Industry

Law School

University

Languages

Search

Done

start Google.com Mail - Inb... Certifications and Sta... Dewey & LeBoeuf - L... Document1 - Microsof... 33% 9:01 AM



