# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 04-9484-AHM (SHx) | Date | January 19, 2010 |
| Title | Perfect 10 Inc., v. Google Inc., et al., | | |

Present: The Honorable    Stephen J. Hillman

| Sandra L. Butler | CS0 1/15/10 | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey N. Mausner | Rachel Herrick Kassabian<br>Tom Nolan<br>Brad Love<br>Mark T. Jansen |

**Proceedings:** PERFECT 10's MOTION FOR THE IMPOSITION OF A DOCUMENT PRESERVATION ORDER

     Perfect 10's Motion for the Imposition of A Document Preservation Order against Google is Denied, following oral argument on January 15, 2010. No good cause has been shown. Google's Document Retention policies and procedures are adequate; there is no evidence that relevant documents have been destroyed; and Google employees have been adequately apprised to retain documents regarding this litigation. The court finds that Ms. Brewer's declaration is legally and factually sufficient.

cc:    Judge Matz
       Magistrate Judge Hillman
       Parties of Record

                                    3 : 30

Initials of Preparer

Dockets.Justia.com