QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
    rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING IN PART GOOGLE INC.'S MOTION TO COMPEL PERFECT 10, INC. (1) TO PRODUCE DOCUMENTS, (2) TO COMPLY WITH THE PROTECTIVE ORDER, AND (3) TO AFFIX DOCUMENT CONTROL NUMBERS TO ITS DOCUMENT PRODUCTION**<br><br>Hon. Stephen J. Hillman<br><br>Date: January 15, 2010<br>Time: 10:00 AM<br>Crtrm.: 550<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

01980.51320/3288261.1

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR |
| 2 | ATTORNEYS OF RECORD: |

Defendant and Counterclaimant Google Inc. hereby lodges the following document, attached herewith:

1. [PROPOSED] ORDER GRANTING IN PART GOOGLE INC.'S MOTION TO COMPEL PERFECT 10, INC. (1) TO PRODUCE DOCUMENTS, (2) TO COMPLY WITH THE PROTECTIVE ORDER, AND (3) TO AFFIX DOCUMENT CONTROL NUMBERS TO ITS DOCUMENT PRODUCTION.

DATED: January 19, 2010  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _Rachel Herrick Kassabian_
Rachel Herrick Kassabian
Attorneys for Defendant GOOGLE INC.