UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.*<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.* | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**[PROPOSED] ORDER GRANTING IN PART GOOGLE INC.'S MOTION TO COMPEL PERFECT 10, INC. (1) TO PRODUCE DOCUMENTS, (2) TO COMPLY WITH THE PROTECTIVE ORDER, AND (3) TO AFFIX DOCUMENT CONTROL NUMBERS TO ITS DOCUMENT PRODUCTION**<br><br>Hon. Stephen J. Hillman<br><br>Date:   January 15, 2010<br>Time:  10:00 AM<br>Crtrm.: 550<br><br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

01980.51320/3289322.1

[PROPOSED] ORDER GRANTING IN PART GOOGLE'S MOTION TO COMPEL

## [Proposed] Order

Before this Court is Defendant Google Inc.'s Motion to Compel Perfect 10, Inc. (1) to Produce Documents, (2) to Comply with the Protective Order, and (3) to Affix Document Control Numbers to its Document Production (Docket No. 407). This Order addresses Section IX of this Motion only. Having reviewed the parties' submissions and considered the parties' arguments thereon, and finding good cause therefor, Section IX of Google's Motion is hereby GRANTED IN PART as follows:

> Plaintiff Perfect 10, Inc. is ordered to sufficiently identify the file path and production date for any Perfect 10 non-Bates-numbered documents that Perfect 10 offers as evidence or as an exhibit in any court proceeding—including motions, depositions, and pretrial hearings—at the time such documents are first introduced or filed.

IT IS SO ORDERED.

DATED: January ___ 2010

By_____
Hon. Stephen J. Hillman
United States Magistrate Judge