ORIGINAL

Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

FILED
2010 JAN 19 PM 12:16
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a corporation; et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No.<br>CV 05-4753 AHM (SHx)<br><br>**APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>**Before Judge Stephen J. Hillman**<br><br>Date: None Set<br>Time: None Set<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Pursuant to Local Rule 79-5.1, the Procedures and Schedules of the Hon. Stephen J. Hillman at Paragraph 17, and the Protective Order dated December 27, 2005 (Docket No. 94) entered by the Court, Perfect 10, Inc. hereby submits this application to file under seal the following document:

1) **PLAINTIFF PERFECT 10, INC.'S EXHIBITS FOR THE JANUARY 15, 2010 HEARING REGARDING PERFECT 10'S MOTION FOR SANCTIONS AND PERFECT 10'S AND GOOGLE'S MOTIONS FOR PRESERVATION ORDER**

The above document includes materials that Perfect 10, Inc., Google, Inc., and/or third parties have designated 'Confidential' and/or 'Highly Confidential' pursuant to the Protective Order. Plaintiff, Perfect 10, Inc. respectfully requests that the above-entitled document, which has been lodged, be filed under seal.

Dated: January 19, 2010

Respectfully submitted,
LAW OFFICES OF JEFFREY N. MAUSNER

By: *Jeffrey N. Mausner*
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.