# ORIGINAL

1 Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
2 Warner Center Towers
21800 Oxnard Street, Suite 910
3 Woodland Hills, California 91367-3640
4 Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
5 Facsimile: (818) 716-2773



6 Attorneys for Plaintiff Perfect 10, Inc.

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  PERFECT 10, INC., a California corporation,<br>12<br>13           Plaintiff,<br>    v.<br>14<br>    GOOGLE, INC., a corporation; et al.,<br>15<br>16           Defendants.<br>17  AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Judge Stephen J. Hillman**<br><br>**PROOF OF SERVICE**<br><br>Date: None Set<br>Time: None Set<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

PROOF OF SERVICE

Dockets.Justia.com

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |
| 3 | I am employed in the county of Los Angeles, State of California. |
| 4 5 | I am over the age of 18 and am not a party to the within action; my business address is: 21800 Oxnard Street, Suite 910, Woodland Hills, California 91367. |
| 6 | On January 19, 2010, I served the documents described as: |
| 7 8 9 | **PLAINTIFF PERFECT 10, INC.'S EXHIBITS FOR THE JANUARY 15, 2010 HEARING REGARDING PERFECT 10'S MOTION FOR SANCTIONS AND PERFECT 10'S AND GOOGLE'S MOTIONS FOR PRESERVATION ORDER; APPLICATION TO FILE UNDER SEAL; PROPOSED ORDER TO FILE UNDER SEAL; AND PROOF OF SERVICE** |
| 10 | on the interested parties in this action as follows: |
| 11 12 | **BY MAIL:** I deposited such document(s) listed below in a sealed envelope with the postage thereon fully prepaid, in the United States mail at Los Angeles, CA. |

| | |
|---|---|
| Mark Jansen | Rachel Herrick Kassabian |
| Anthony Malutta | Charles Verhoeven |
| Timothy Cahn | Quinn Emanuel |
| Gia Cincone | 555 Twin Dolphin Drive, Suite 560 |
| Ellie Steiner | Redwood Shores, California 94065 |
| Townsend Townsend & Crew | |
| Two Embarcadero Center, 8th Floor | Thomas Nolan |
| San Francisco, California 94111 | Michael Zeller |
| | Quinn Emanuel |
| | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on January 19, 2010 at Los Angeles, California.

By: _____
Melanie Poblete