1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)] |
|          *Plaintiff,* | **ORDER GRANTING IN PART GOOGLE INC.'S MOTION TO** |
|     vs. | **COMPEL PERFECT 10, INC. (1) TO PRODUCE DOCUMENTS, (2) TO** |
| GOOGLE INC., a corporation; and DOES 1 through 100, inclusive, | **COMPLY WITH THE PROTECTIVE ORDER, AND (3) TO** |
|     *Defendants.* | **AFFIX DOCUMENT CONTROL NUMBERS TO ITS DOCUMENT PRODUCTION** |
| AND COUNTERCLAIM | Hon. Stephen J. Hillman |
| PERFECT 10, INC., a California corporation, | Date:   January 15, 2010 Time:  10:00 AM Crtrm.: 550 |
|          *Plaintiff,* | Discovery Cut-off: None Set Pretrial Conference Date: None Set |
|     vs. | Trial Date: None Set |
| AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive, | |
|     *Defendants.* | |

24

25

26

27

28

01980.51320/3289322.1

ORDER GRANTING IN PART GOOGLE'S MOTION TO COMPEL

Dockets.Justia.com

<u>**Order**</u>

Before this Court is Defendant Google Inc.'s Motion to Compel Perfect 10, Inc. (1) to Produce Documents, (2) to Comply with the Protective Order, and (3) to Affix Document Control Numbers to its Document Production (Docket No. 407). This Order addresses Section IX of this Motion only. Having reviewed the parties' submissions and considered the parties' arguments thereon, and finding good cause therefor, Section IX of Google's Motion is hereby GRANTED IN PART as follows:

Plaintiff Perfect 10, Inc. is ordered to sufficiently identify the file path and production date for any Perfect 10 non-Bates-numbered documents that Perfect 10 offers as evidence or as an exhibit in any court proceeding—including motions, depositions, and pretrial hearings—at the time such documents are first introduced or filed.

IT IS SO ORDERED.


DATED: January 20, 2010


By __/s/_____
　　 Hon. Stephen J. Hillman
　　 United States Magistrate Judge

01980.51320/3289322.1