ORIGINAL

1  Jeffrey N. Mausner (State Bar No. 122385)
2  Law Offices of Jeffrey N. Mausner
   Warner Center Towers
3  21800 Oxnard Street, Suite 910
   Woodland Hills, California 91367-3640
4  Email: Jeff@mausnerlaw.com
   Telephone: (310) 617-8100, (818) 992-7500
5  Facsimile: (818) 716-2773
6
   Attorneys for Plaintiff Perfect 10, Inc.
7

lodged proposed order

FILED 2010 JAN 25 PM 1:24

8  UNITED STATES DISTRICT COURT
9
10 CENTRAL DISTRICT OF CALIFORNIA

11 PERFECT 10, INC., a California corporation,

         Plaintiff,
   v.

   GOOGLE, INC., a corporation; et al.,

         Defendants.

   AND CONSOLIDATED CASE.

Case No. CV 04-9484 AHM (SHx)
Consolidated with Case No.
CV 05-4753 AHM (SHx)

**Before Judge Stephen J. Hillman**

**APPLICATION TO FILE DOCUMENT UNDER SEAL**

Date: None Set
Time: None Set
Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman

Discovery Cut-Off Date: None Set
Pretrial Conference Date: None Set
Trial Date: None Set

---

Application to File Under Seal

Dockets.Justia.com

| | |
|---|---|
| 1 | Pursuant to Local Rule 79-5.1, the Procedures and Schedules of the Hon. |
| 2 | Stephen J. Hillman at Paragraph 17, and the Protective Order dated December 27, |
| 3 | 2005 (Docket No. 94) entered by the Court, Perfect 10, Inc. hereby submits this |
| 4 | application to file under seal the following document: |

1)  **DECLARATION OF DR. NORMAN ZADA IN RESPONSE TO PRESERVATION ORDER**

The above document includes materials that Perfect 10, Inc. and/or third parties designate 'Confidential' pursuant to the Protective Order. Plaintiff, Perfect 10, Inc. respectfully requests that the above-entitled document, which has been lodged, be filed under seal.

Dated: January 25, 2010

Respectfully submitted,
LAW OFFICES OF JEFFREY N. MAUSNER

By: *Jeffrey N. Mausner*
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.

1
Application to File Under Seal