**ORIGINAL**

1  Jeffrey N. Mausner (State Bar No. 122385)
2  Law Offices of Jeffrey N. Mausner
   Warner Center Towers
3  21800 Oxnard Street, Suite 910
   Woodland Hills, California 91367-3640
4  Email: Jeff@mausnerlaw.com
   Telephone: (310) 617-8100, (818) 992-7500
5  Facsimile: (818) 716-2773
6
   Attorneys for Plaintiff Perfect 10, Inc.
7

8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 PERFECT 10, INC., a California corporation,<br>12<br>13         Plaintiff,<br>   v.<br>14<br>15 GOOGLE, INC., a corporation; et al.,<br>16         Defendants.<br>17 AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Judge Stephen J. Hillman**<br><br>**PROOF OF SERVICE**<br><br>Date: None Set<br>Time: None Set<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

FILED 2010 JAN 25 PM 1:25

PROOF OF SERVICE

Dockets.Justia.com

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 21800 Oxnard Street, Suite 910, Woodland Hills, California 91367.

On January 25, 2010, I served the documents described as:

**DECLARATION OF DR. NORMAN ZADA IN RESPONSE TO PRESERVATION ORDER**

on the interested parties in this action as follows:

**BY MAIL:** I deposited such document(s) listed below in a sealed envelope with the postage thereon fully prepaid, in the United States mail at Los Angeles, CA.

| | |
|---|---|
| Mark Jansen<br>Anthony Malutta<br>Timothy Cahn<br>Gia Cincone<br>Ellie Steiner<br>Townsend Townsend & Crew<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111 | Rachel Herrick Kassabian<br>Charles Verhoeven<br>Quinn Emanuel<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br><br>Thomas Nolan<br>Michael Zeller<br>Quinn Emanuel<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017 |

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on January 25, 2010 at Los Angeles, California.

By: _____
Melanie Poblete

1
PROOF OF SERVICE