Name & Address: Jeffrey N. Mausner (SBN: 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367
Phone (818) 992-7500 & (310) 617-8100
Facsimile (818) 716-2773  /  Email: Jeff@mausnerlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PERFECT 10, INC., a California corporation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9484 AHM (SHx) |
| v. | |
| GOOGLE, INC, a corporation, et. al., | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
AMENDED DECLARATION OF DR. NORMAN ZADA IN RESPONSE TO PRESERVATION ORDER; APPLICATION & [PROPOSED] ORDER TO FILE THEREON.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Pleading to be filed under seal, and accompanying Application & [Proposed] Order To File Under Seal.

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated 12/27/2005

☑ Manual Filing required (*reason*):
Pleading contains confidential materials subject to Protective Order (12/27/2005); and require Application & Order To File Under Seal to be filed therewith.

| January 25, 2010 | Jeffrey N. Mausner |
|---|---|
| Date | Attorney Name |
| | Plaintiff, PERFECT 10, INC. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).