ORIGINAL

lodged proposed order

FILED 2010 JAN 26 PM 1:09 U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

1  Jeffrey N. Mausner (State Bar No. 122385)
   Law Offices of Jeffrey N. Mausner
2  Warner Center Towers
   21800 Oxnard Street, Suite 910
3  Woodland Hills, California 91367-3640
4  Email: Jeff@mausnerlaw.com
   Telephone: (310) 617-8100, (818) 992-7500
5  Facsimile: (818) 716-2773

6  Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br>v.<br><br>GOOGLE, INC., a corporation; et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No.<br>CV 05-4753 AHM (SHx)<br><br>**Before Judge Stephen J. Hillman**<br><br>**APPLICATION TO FILE DOCUMENT UNDER SEAL**<br><br>Date: None Set<br>Time: None Set<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Application to File Under Seal

Dockets.Justia.com

| | |
|---|---|
| 1 | Pursuant to Local Rule 79-5.1, the Procedures and Schedules of the Hon. |
| 2 | Stephen J. Hillman at Paragraph 17, and the Protective Order dated December 27, |
| 3 | 2005 (Docket No. 94) entered by the Court, Perfect 10, Inc. hereby submits this |
| 4 | application to file under seal the following document: |

1) **AMENDED DECLARATION OF DR. NORMAN ZADA IN RESPONSE TO PRESERVATION ORDER**

The above document includes materials that Perfect 10, Inc. and/or third parties designate 'Confidential' pursuant to the Protective Order. Plaintiff, Perfect 10, Inc. respectfully requests that the above-entitled document, which has been lodged, be filed under seal.

Dated: January 25, 2010

Respectfully submitted,
LAW OFFICES OF JEFFREY N. MAUSNER

By: /s/ Jeffrey N. Mausner
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.