

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>        Plaintiff,<br>v.<br><br>GOOGLE, INC., a corporation; et al.,<br><br>        Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Judge Stephen J. Hillman**<br><br>**[PROPOSED] ORDER TO FILE DOCUMENT UNDER SEAL**<br><br>Date:  None Set<br>Time:  None Set<br>Place:  Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

[PROPOSED] ORDER TO FILE UNDER SEAL

| | |
|---|---|
| 1 | Pursuant to Local Rule 79-5.1, the Procedures and Schedules of the Hon. |
| 2 | Stephen J. Hillman at Paragraph 17, and the Protective Order dated December 27, |
| 3 | 2005 (Docket No. 94) entered by the Court, Perfect 10, Inc.'s application to file |
| 4 | under seal the following document is hereby GRANTED: |

1) **AMENDED DECLARATION OF DR. NORMAN ZADA IN RESPONSE TO PRESERVATION ORDER**

The above document includes materials that Perfect 10, Inc. and/or third parties designate "Confidential" pursuant to the Protective Order. Accordingly, the Court orders that the documents be filed under seal.

SO ORDERED.

DATED: 1-26-10

STEPHEN J. HILLMAN
United States Magistrate Judge