QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.* | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF THOMAS NOLAN IN SUPPORT OF GOOGLE INC.'S REQUEST FOR AN ORDER REQUIRING SERVICE OF THE UNDER SEAL VERSION OF THE AMAZON DEFENDANTS' MOTION TO COMPEL PRODUCTION OF THE MICROSOFT SETTLEMENT AGREEMENT (AND ALL SUPPORTING UNDER SEAL DOCUMENTS)**<br><br>Hon. Stephen J. Hillman<br><br>Date: None set<br>Time: None set<br>Crtrm.: 550<br><br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |
| AND COUNTERCLAIM | |
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.* | |

I, Thomas Nolan, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Defendant Google Inc. in this action. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, could and would testify competently thereto.

2. On January 22, 2010, I asked counsel for the Amazon Defendants if they would serve Google with the under seal version of the Joint Stipulation re. Amazon Defendants' Motion to Compel Production of Microsoft Settlement Agreement (Docket No. 368 in the consolidated case). That same day, counsel for the Amazon Defendants explained that they could not do so, because as a condition for receiving certain information about the settlement from Microsoft, Microsoft required the Amazon Defendants to agree that they would not further disclose that information to Google or its attorneys.

3. On January 25, 2010, I emailed Jeffrey Mausner, counsel of record for Perfect 10, Inc., requesting that Perfect 10 serve Google with the under seal version of this Joint Stipulation on Amazon's Motion to Compel, along with any other documents filed under seal in connection with this Motion (Docket Nos. 368 and 369 in the consolidated case). The following day Mr. Mausner refused, stating that Perfect 10 and Microsoft have not consented to Google seeing the Microsoft settlement agreement, and that "[t]herefore, Google is not entitled to see the redacted material." A true and correct copy of this email exchange is attached hereto as Exhibit A.

4. As of the date of this Declaration, neither Perfect 10 nor the Amazon Defendants have served Google with the under seal version of the Amazon Motion to Compel (and all supporting under seal documents).

5. On August 11, 2009, Google served Perfect 10 with a Request for Production of Documents seeking production of the settlement agreement in the

*Microsoft* case. Perfect 10 served written objections to this Request and, to date, has not produced this settlement agreement to Google in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed January 27, 2010 at Los Angeles, California.

Thomas Nolan

# EXHIBIT A

# Thomas Nolan

**From:** Thomas Nolan
**Sent:** Tuesday, January 26, 2010 2:49 PM
**To:** 'Jeffrey Mausner'
**Cc:** Michael T Zeller; Rachel Herrick Kassabian; mtjansen@townsend.com; Timothy Cahn; glcincone@townsend.com; Steiner, Elham F.; Anthony Malutta; Isabella Fu
**Subject:** RE: Perfect 10 v. Google/Amazon: Amazon's Motion to Compel the Microsoft Settlement Agreement

Jeff,

The *Google* and *Amazon* cases have been consolidated for discovery purposes. *See* Consolidation Order (Dkt. No. 34); Stay Order (Dkt. No. 400). Pursuant to those Orders and the Protective Order, Google is entitled to be (and must be) served with everything that is filed in the consolidated *Amazon* case. Please reconsider Perfect 10's position not to serve Google with the under seal filings. If we cannot resolve this by the close of business today, we will seek relief from the Court.

Best Regards,

**Thomas Nolan**
*Associate,*
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3885 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
thomasnolan@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jeffrey Mausner [mailto:jeff@mausnerlaw.com]
**Sent:** Tuesday, January 26, 2010 9:12 AM
**To:** Thomas Nolan
**Cc:** Michael T Zeller; Rachel Herrick Kassabian; mtjansen@townsend.com; Timothy Cahn; glcincone@townsend.com; Steiner, Elham F.; Anthony Malutta; Isabella Fu
**Subject:** RE: Perfect 10 v. Google/Amazon: Amazon's Motion to Compel the Microsoft Settlement Agreement

Hi Tom: Perfect 10 and Microsoft have consented to Amazon seeing a certain portion of the Microsoft Settlement Agreement, because it relates to Amazon. However, neither Perfect 10 nor Microsoft has consented to Google seeing it. Therefore, Google is not entitled to see the redacted material. Jeff.

**From:** Thomas Nolan [mailto:thomasnolan@quinnemanuel.com]
**Sent:** Monday, January 25, 2010 10:00 PM
**To:** jeff@mausnerlaw.com
**Cc:** Michael T Zeller; Rachel Herrick Kassabian
**Subject:** Perfect 10 v. Google/Amazon: Amazon's Motion to Compel the Microsoft Settlement Agreement

1

EXHIBIT __A__

PAGE __3__

Jeff,

Please send us the unredacted versions of the Joint Stipulation on the Amazon Defendants' motion to compel the *Microsoft* settlement agreement (Dkt. No. 364) and any other documents filed under seal in connection with that motion.

Best Regards,

**Thomas Nolan**
*Associate,*
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3885 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
thomasnolan@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT  A

PAGE  4