# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S REQUEST FOR AN ORDER REQUIRING SERVICE OF THE UNDER SEAL VERSION OF THE AMAZON DEFENDANTS' MOTION TO COMPEL PRODUCTION OF THE MICROSOFT SETTLEMENT AGREEMENT (AND ALL SUPPORTING UNDER SEAL DOCUMENTS)**<br><br>Hon. Stephen J. Hillman<br><br>Date: None set<br>Time: None set<br>Crtrm.: 550<br><br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

01980.51320/3299803.1

[PROPOSED] ORDER GRANTING GOOGLE'S REQUEST FOR AN ORDER REQUIRING SERVICE OF THE UNDER SEAL VERSION OF THE AMAZON DEFENDANTS' MOTION TO COMPEL (AND ALL SUPPORTING UNDER SEAL DOCUMENTS)

# [PROPOSED] ORDER

Before the Court is Google Inc.'s Request for an Order Requiring Service of the Under Seal Version of the Amazon Defendants' Motion to Compel Production of the Microsoft Settlement Agreement (and All Supporting Under Seal Documents). Having considered the arguments thereon, and good cause having been shown, Google's Request is hereby GRANTED.

Perfect 10, Inc. and the Amazon Defendants are hereby ORDERED to serve Google with the under seal version of this Motion to Compel (and all supporting under seal documents), filed at Docket Nos. 368-369 in the consolidated case, within two business days of the date of this Order.

IT IS SO ORDERED.

DATED: _____, 2010

By_____
Hon. Stephen J. Hillman
United States Magistrate Judge.

01980.51320/3299803.1

-1-
[PROPOSED] ORDER GRANTING GOOGLE'S REQUEST FOR AN ORDER REQUIRING SERVICE OF THE UNDER SEAL VERSION OF THE AMAZON DEFENDANTS' MOTION TO COMPEL (AND ALL SUPPORTING UNDER SEAL DOCUMENTS)