Perfect 10 Inc v. Google Inc et al                                                                                           Doc. 759

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484-AHM (SHx) | Date | January 27, 2010 |
|---|---|---|---|
| Title | Perfect 10 Inc., v. Google Inc., et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra L. Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

N/A                                    N/A

**Proceedings:**      (IN CHAMBERS)

A telephonic conference at this juncture would be useless. Counsel shall meet and confer regarding Perfect 10's Sanctions Motion as soon as practicable for all counsel, and then each side shall file a two page statement setting forth the status of the matter. Statements shall be filed within 2 business days following conclusion of the meet and confer process. The court will then determine whether to hold a telephonic conference.

Whether viewed as a potential Rule 56(f) issue (notwithstanding Perfect 10's disavowal of intent to seek Rule 56(f) relief), or instead as a Motion to Compel compliance with earlier court orders, the precise issues set forth by Perfect 10 are not complicated. While the court reiterates its tentative conclusion that Evidentiary Sanctions are not appropriate at this juncture, the court may ultimately decide that the documents sought could be material to Perfect 10's opposition to the pending Motions for Summary Judgment.

cc:   Judge Matz
      Magistrate Judge Hillman
      Parties of Record

                                                                    _____ : _____
                                                                    Initials of Preparer