| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Michael T. Zeller (Bar No. 196417)<br>  michaelzeller@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>  Rachel Herrick Kassabian (Bar No. 191060)<br>  rachelkassabian@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br><br>Attorneys for Defendant GOOGLE INC. | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**GOOGLE INC.'S NOTICE OF WITHDRAWAL OF REQUEST FOR AN ORDER REQUIRING SERVICE OF THE UNDER SEAL VERSION OF THE AMAZON DEFENDANTS' MOTION TO COMPEL PRODUCTION OF THE MICROSOFT SETTLEMENT AGREEMENT (AND ALL SUPPORTING UNDER SEAL DOCUMENTS)**<br><br>Hon. Stephen J. Hillman<br><br>Date: None set<br>Time: None set<br>Crtrm.: 550<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

01980.51320/3302239.1

GOOGLE INC.'S NOTICE OF WITHDRAWAL OF REQUEST FOR ORDER REQUIRING SERVICE
OF UNDER SEAL VERSION OF THE AMAZON DEFENDANTS' MOTION TO COMPEL

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL |
| 2 | OF RECORD: |

PLEASE TAKE NOTICE that Defendant Google Inc. hereby withdraws its Request for an Order Requiring Service of the Under Seal Version of the Amazon Defendants' Motion to Compel Production of the Microsoft Settlement Agreement (and All Supporting Under Seal Documents), filed January 27, 2010 (Dkt. No. 758). The parties have informally resolved Google's Request, and Google has been served with the unredacted versions of all documents filed under seal in connection with the Amazon Defendants' Motion to Compel.

DATED: January 28, 2010         Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By _/s/ Rachel Herrick Kassabian_
Rachel Herrick Kassabian
Attorneys for Defendant GOOGLE INC.

01980.51320/3302239.1

-1-
GOOGLE INC.'S NOTICE OF WITHDRAWAL OF REQUEST FOR ORDER REQUIRING SERVICE OF UNDER SEAL VERSION OF THE AMAZON DEFENDANTS' MOTION TO COMPEL