1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Michael T. Zeller (Bar No. 196417)
2   michaelzeller@quinnemanuel.com
  865 South Figueroa Street, 10th Floor
3 Los Angeles, California 90017-2543
  Telephone: (213) 443-3000
4 Facsimile: (213) 443-3100
    Charles K. Verhoeven (Bar No. 170151)
5   charlesverhoeven@quinnemanuel.com
  50 California Street, 22nd Floor
6 San Francisco, California 94111
    Rachel Herrick Kassabian (Bar No. 191060)
7   rachelkassabian@quinnemanuel.com
  555 Twin Dolphin Drive, 5th Floor
8 Redwood Shores, California 94065

9 Attorneys for Defendant GOOGLE INC.

10

11               UNITED STATES DISTRICT COURT

12               CENTRAL DISTRICT OF CALIFORNIA

13 | PERFECT 10, INC., a California | CASE NO. CV 04-9484 AHM (SHx)
corporation, | [Consolidated with Case No. CV 05-4753 AHM (SHx)]

Plaintiff,

**DISCOVERY MATTER**

vs.

**DECLARATION OF THOMAS NOLAN IN SUPPORT OF GOOGLE INC.'S JOINDER IN THE AMAZON DEFENDANTS' MOTION TO COMPEL PRODUCTION OF THE MICROSOFT SETTLEMENT AGREEMENT**

GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,

Defendants.

AND COUNTERCLAIM

Hon. Stephen J. Hillman

PERFECT 10, INC., a California corporation,

Date: February 16, 2010
Time: 2:00 p.m.
Crtrm.: 550

Plaintiff,

vs.

Discovery Cut-off: None Set
Pretrial Conference Date: None Set
Trial Date: None Set

AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,

Defendants.

| | |
|---|---|
| 1 | I, Thomas Nolan, declare as follows: |
| 2 | 1. I am a member of the bar of the State of California and an associate with |
| 3 | Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Defendant Google Inc. |
| 4 | in this action. I make this declaration of my personal and firsthand knowledge and, if |
| 5 | called and sworn as a witness, could and would testify competently thereto. |
| 6 | 2. Attached hereto as Exhibit A is a true and correct copy of excerpts of |
| 7 | Defendant Google Inc.'s Eighth Set of Requests for the Production of Documents to |
| 8 | Plaintiff Perfect 10, Inc., served August 11, 2009. |
| 9 | 3. Attached hereto as Exhibit B is a true and correct copy of excerpts of |
| 10 | Perfect 10's Response to Eighth Set of Requests for Production of Documents from |
| 11 | Defendant Google Inc. to Plaintiff Perfect 10, Inc., served September 14, 2009. |
| 12 | 4. Attached hereto as Exhibit C is a true and correct copy of meet-and- |
| 13 | confer correspondence between counsel for Google Inc. and counsel for Perfect 10, |
| 14 | Inc. regarding Google's Eighth Set of Requests for the Production of Documents. |
| 15 | I declare under penalty of perjury under the laws of the United States of |
| 16 | America that the foregoing is true and correct. Executed February 4, 2010 at Los |
| 17 | Angeles, California. |

*/s/ Thomas Nolan*

Thomas Nolan

# EXHIBIT A

```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Michael T. Zeller (Bar No. 196417)
 2    michaelzeller@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
 3  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 4  Facsimile: (213) 443-3100
      Charles K. Verhoeven (Bar No. 170151)
 5    charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
 6  San Francisco, California 94111
      Rachel Herrick Kassabian (Bar No. 191060)
 7    rachelkassabian@quinnemanuel.com
    555 Twin Dolphin Drive, Suite 560
 8  Redwood Shores, California 94065

 9  Attorneys for Defendant Google Inc.

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DEFENDANT GOOGLE INC.'S EIGHTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO PLAINTIFF PERFECT 10, INC.** |
| AND COUNTERCLAIM | |
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | |

EXHIBIT _A_

PAGE _2_

51320/3049058.1

Case No. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]
GOOGLE INC.'S EIGHTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS

9. If the request is silent as to the time period for which production of DOCUMENTS is sought, production shall be made of all DOCUMENTS in YOUR possession, custody, or control at any time.

10. This request for production of DOCUMENTS and things is continuing in nature and requires prompt production of supplemental materials if YOU obtain additional responsive DOCUMENTS or things after the time of YOUR initial response, to the full extent provided by Fed. R. Civ. P. 26(e).

**Request for Production**

REQUEST FOR PRODUCTION NO. 230:

The DOCUMENT or DOCUMENTS constituting the settlement agreement in the case titled *Perfect 10, Inc. v. Microsoft Corporation*, Case No. 07-cv-05156-AHM (SHx) (including the DOCUMENT or DOCUMENTS that YOU manually filed in that case on April 23, 2009 and/or April 24, 2009 pursuant to the Court's order of April 21, 2009).

DATED: August 11, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Rachel Herrick Kassabian
Attorneys for Defendant Google Inc.

EXHIBIT A

PAGE 3

# EXHIBIT B

| | |
|---|---|
| 1 | Jeffrey N. Mausner (State Bar No. 122385) |
| 2 | Law Offices of Jeffrey N. Mausner<br>Warner Center Towers |
| 3 | 21800 Oxnard Street, Suite 910<br>Woodland Hills, California 91367 |
| 4 | Email: Jeff@mausnerlaw.com<br>Telephone: (310) 617-8100; (818) 992-7500 |
| 5 | Facsimile: (818) 716-2773 |
| 6 | |
| 7 | Attorneys for Plaintiff PERFECT 10, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND CONSOLIDATED CASE | Master File No. CV04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**PERFECT 10'S RESPONSE TO EIGHTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS FROM DEFENDANT GOOGLE, INC. TO PLAINTIFF PERFECT 10, INC.** |

PROPOUNDING PARTY:      DEFENDANT GOOGLE, INC.

RESPONDING PARTY:      PLAINTIFF PERFECT 10, INC

SET NUMBER:      EIGHT

    Plaintiff Perfect 10, Inc. ("Perfect 10") responds to Defendant Google, Inc.'s Eighth Set of Requests for Production of Documents as follows:

- 1 -
Perfect 10's Response to Eighth Set of Requests for Production of Documents
from Defendant Google, Inc. to Plaintiff Perfect 10, Inc.

EXHIBIT B

PAGE 4

1 | supplement, or otherwise amend these responses and to provide information
2 | concerning facts, witnesses or documents omitted by these responses as a result of
3 | oversight, inadvertence, good faith error, or mistake.

**DOCUMENT REQUESTS**

REQUEST FOR PRODUCTION NO. 230:

The DOCUMENT or DOCUMENTS constituting the settlement agreement in the case titled *Perfect 10, Inc. v. Microsoft Corporation*, Case No. 07-cv-05156-AHM (SHx) (including the DOCUMENT or DOCUMENTS that YOU manually filed in that case on April 23, 2009 and/or April 24, 2009 pursuant to the Court's order of April 21, 2009).

RESPONSE TO REQUEST FOR PRODUCTION NO. 230:

Perfect 10 further objects to this request on the ground that it seeks irrelevant information. Perfect 10 further objects to this request on the ground that it is not reasonably calculated to lead to the discovery of admissible evidence. Perfect 10 further objects to this request on the ground that it invades Perfect 10's privacy rights and Microsoft's privacy rights. Perfect 10 further objects to this request on the ground that it seeks information about settlement negotiations and settlements in another case, which is confidential. Perfect 10 further objects to this request on the ground that it is contrary to public policy to compel production of confidential documents regarding settlement negotiations and agreements. Perfect 10 further objects to this request on the ground that Judge Hillman denied a motion to compel the production of confidential settlement agreements and related documents in another Perfect 10 case. Perfect 10 further objects to this request on the ground that Judge Matz required that the settlement agreement in the *Microsoft* matter be filed under seal. *See Perfect 10 v.*

///
///
///
///

- 4 -
Perfect 10's Response to Eighth Set of Requests for Production of Documents
from Defendant Google, Inc. to Plaintiff Perfect 10, Inc.

EXHIBIT B

PAGE 5

*Microsoft*, Case No. CV 07-5156, Docket No. 140. Perfect 10 further objects to this request to the extent that it seeks documents subject to the attorney-client privilege, work product doctrine, and any other applicable privilege.

Dated: September 14, 2009

Law Offices of Jeffrey N. Mausner

By: *Jeffrey N. Mausner (sd)*
Jeffrey N. Mausner
Attorneys for Plaintiff, Perfect 10, Inc.

EXHIBIT B
PAGE 6

# EXHIBIT C

# quinn emanuel trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
(650) 801-5005

WRITER'S INTERNET ADDRESS
rachelkassabian@quinnemanuel.com

September 17, 2009

**VIA E-MAIL AND U.S. MAIL**

Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, CA 91367
jeff@mausnerlaw.com

Re: *Perfect 10, Inc. v. Google Inc.*: Google's Eighth Set of Requests for Production of Documents

Dear Jeff:

Please accept this letter as Google's initiation of meet and confer efforts under Civil Local Rule 37-1 regarding Perfect 10's deficient response to Google's Eighth Set of Requests for Production. Specifically, Perfect 10 improperly refused to produce documents in response to Request for Production No. 230, which sought:

The DOCUMENT or DOCUMENTS constituting the settlement agreement in the case titled Perfect 10, Inc. v. Microsoft Corporation, Case No. 07-cv-05156-AHM (SHx) (including the DOCUMENT or DOCUMENTS that YOU manually filed in that case on April 23, 2009 and/or April 24, 2009 pursuant to the Court's order of April 21, 2009).

Google's request calls for relevant documents and is "reasonably calculated to lead to the discovery of admissible evidence" because Perfect 10 has put the value of its alleged copyrighted works at issue here. Perfect 10's objection that this request calls for "private and confidential" information is not a basis for refusing to produce responsive documents. The Protective Order provides the necessary protections for and limitations on disclosure of private and confidential information, so if Perfect 10 wishes, it may designate responsive documents as "confidential" thereunder. Perfect 10's additional objections of attorney-client privilege and work product

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, IL 60606 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052 Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

EXHIBIT C

PAGE 7

doctrine are similarly meritless, because no such protections apply to a settlement agreement executed with a third party and filed with the Court.

Please withdraw these improper objections and produce responsive documents without further delay.

Sincerely,

*Rachel Herrick Kassabian*

Rachel Herrick Kassabian

RHK:brl

01980.51320/3105041.1

EXHIBIT C
PAGE 8

# Thomas Nolan

**From:** Brad R. Love
**Sent:** Tuesday, October 06, 2009 2:44 PM
**To:** Jeffrey Mausner
**Cc:** Rachel Herrick Kassabian; Valerie Kincaid; Michael T Zeller; Thomas Nolan; Jansen, Mark T. ; Cahn, Timothy R.
**Subject:** RE: Perfect 10, Inc. v. Google Inc.

Jeff,

We disagree that "information regarding the amount of the settlement" found in Perfect 10's financial statements would make Google's Request for Production No. 230 unnecessary. Google has requested the "DOCUMENT or DOCUMENTS constituting the settlement agreement in the case titled Perfect 10, Inc. v. Microsoft Corporation, Case No. 07-cv-05156-AHM (SHx) (including the
DOCUMENT or DOCUMENTS that YOU manually filed in that case on April 23, 2009 and/or April 24, 2009 pursuant to the Court's order of April 21, 2009)." If anything, Perfect 10 will need to produce the entire settlement agreement from the Microsoft case as part of the source documents supporting Perfect 10's financial statements and tax returns at least ten business days prior to the deposition of Bruce Hersh. Please confirm that Perfect 10 will do so.

Regards,


Brad Love
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Direct: (415) 875-6330
Main Phone: (415) 875-6600
Main Fax: (415) 875-6700
E-mail: bradlove@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jeffrey Mausner [mailto:jeff@mausnerlaw.com]
**Sent:** Sunday, September 27, 2009 4:58 PM
**To:** Brad R. Love
**Cc:** Rachel Herrick Kassabian; Valerie Kincaid
**Subject:** FW: Perfect 10, Inc. v. Google Inc.

In light of Judge Hillman's ruling regarding the financial statements, under which you will receive information regarding the amount of the settlement, this request is no longer necessary, in addition to Perfect 10's stated objections. Jeff.


**From:** Brad R. Love [mailto:bradlove@quinnemanuel.com]
**Sent:** Thursday, September 17, 2009 12:31 PM

1

EXHIBIT _____C_____

PAGE _____9_____

**To:** Jeff Mausner
**Cc:** Rachel Herrick Kassabian
**Subject:** Perfect 10, Inc. v. Google Inc.

Dear Jeff,

Please see attached.

Regards,


Brad Love
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Direct: (415) 875-6330
Main Phone: (415) 875-6600
Main Fax: (415) 875-6700
E-mail: bradlove@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

2

EXHIBIT C
PAGE 10