Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367
Email: Jeff@mausnerlaw.com
Telephone:  (310) 617-8100, (818) 992-7500
Facsimile:   (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>GOOGLE INC., a corporation,<br><br>            Defendants.<br><br>AND CONSOLIDATED CASE. | Case No. CV 04-9484 AHM (SHx)<br>Consolidated with Case No. CV 05-4753 AHM (SHx)<br><br>**Before Judge Stephen J. Hillman**<br><br>**STATUS REPORT REGARDING COURT-ORDERED MEET AND CONFER REGARDING DOCUMENTS NOT PRODUCED BY GOOGLE**<br><br>Date:  None set<br>Time:  None set<br>Place: Courtroom 550, Courtroom of the Honorable Stephen J. Hillman<br><br>Discovery Cut-Off Date:  None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

1

**STATUS REPORT**

2  Perfect 10 is updating the Court regarding the status of the court-ordered meet
3  and confer. On January 15, 2010, at the hearing on Perfect 10's motion for
4  evidentiary sanctions, this Court stated that the parties should telephonically meet
5  and confer regarding important documents which Perfect 10 has attempted to obtain
6  from Google. In its Order dated January 27, 2010, the Court confirmed this, and
7  ordered the parties to meet and confer as soon as practicable. The Court stated that
8  "the precise issues set forth by Perfect 10 are not complicated."

9  Twenty-four (24) days after the January 15 hearing, Google will not agree to
10  schedule a date and time to telephonically meet and confer. Attached as Exhibit 1 to
11  the Declaration of Jeffrey N. Mausner for Status Report Regarding Court-Ordered
12  Meet And Confer ("Mausner Declaration"), filed concurrently, are emails between
13  Perfect 10 and Google, regarding Perfect 10's attempts to schedule a meet and
14  confer regarding this matter, from January 17 to January 26, 2010. Attached as
15  Exhibit 2 to the Mausner Declaration are emails between Perfect 10 and Google,
16  regarding Perfect 10's attempts to schedule a meet and confer regarding this matter,
17  from January 27 to the present. Attached as Exhibit 3 to the Mausner Declaration is
18  a pleading that Perfect 10 filed earlier, detailing efforts that Perfect 10 made to meet
19  and confer with Google prior to the Motion for Sanctions. Perfect 10 will continue
20  to keep the Court apprised of its efforts to schedule a meet and confer with Google.

21  Dated: February 8, 2010        LAW OFFICES OF JEFFREY N. MAUSNER

22                                          *Jeffrey N. Mausner*
                                       By: _____
23
                                           Jeffrey N. Mausner
24                                         Attorney for Plaintiff Perfect 10, Inc.

25

26

27

28

- 1 -
Status Report Regarding Court-Ordered Meet And Confer Regarding Documents Not Produced By Google