QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.* | CASE NO. CV 04-9484 AHM (SHx) [Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**GOOGLE INC.'S RESPONSE TO PERFECT 10, INC.'S STATUS REPORT REGARDING COURT-ORDERED MEET AND CONFER REGARDING DOCUMENTS NOT PRODUCED BY GOOGLE**<br><br>Hon. Stephen J. Hillman<br><br>Date: None Set<br>Time: None Set<br>Crtrm.: 550<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |
| AND COUNTERCLAIM | |
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants.* | |

Perfect 10, Inc. ("P10") has filed an unsolicited "Status Report."[1] The Court did not request that the parties file further pleadings regarding P10's demands for production prior to the "conclusion of the meet and confer process."[2] P10 admits that the meet and confer is not complete, confirming that P10's filing was in contravention of the Court's instructions.

Google will not add to the burden that P10 has imposed on the Court's already heavy docket by substantively responding to P10's unauthorized and premature filing unless the Court directs a response. Suffice it to say, P10's Status Report is incomplete, failing to provide a full picture of the parties' meet and confer efforts regarding discovery. Meet and confer efforts are ongoing and are proceeding as quickly as practicable. If the Court wishes additional details, Google will provide them upon the Court's direction.

DATED: February 9, 2010

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By *[signature: Rachel Henick Kassabian]*

Michael T. Zeller (Bar No. 196417)
Rachel M. Kassabian (Bar No. 191060)
Attorneys for Defendant GOOGLE INC.

---

[1] P10's document is entitled "Status Report Regarding Court-Ordered Meet and Confer Regarding Documents Not Produced by Google," filed on February 8, 2010 (Docket No. 764).

[2] January 27, 2010 Order denying P10's Request for Telephonic Conference (Docket No. 759).