QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC., a corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. <br><br> AND COUNTERCLAIM <br><br> PERFECT 10, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. CV 04-9484 AHM (SHx) <br> [Consolidated with Case No. CV 05-4753 AHM (SHx)] <br><br> **DISCOVERY MATTER** <br><br> **GOOGLE INC.'S REQUEST FOR LEAVE TO FILE A REPLY TO PERFECT 10, INC.'S OPPOSITION TO GOOGLE'S JOINDER IN THE AMAZON DEFENDANTS' MOTION TO COMPEL PRODUCTION OF THE MICROSOFT SETTLEMENT AGREEMENT** <br><br> Hon. Stephen J. Hillman <br><br> Date:  None set <br> Time:  None set <br> Crtrm.: 550 <br><br> Discovery Cutoff:  None Set <br> Pretrial Conference Date:  None Set <br> Trial Date:   None Set |

01980.51320/3330136.1

GOOGLE'S REQUEST FOR LEAVE TO FILE A REPLY TO PERFECT 10'S OPPOSITION TO GOOGLE'S
JOINDER IN THE AMAZON DEFENDANTS' MOTION TO COMPEL

Dockets.Justia.com

On February 16, 2010, pursuant to the Court's Order dated February 11, 2010 (Dkt. No. 377 in the consolidated case), Perfect 10, Inc. ("P10") filed an Opposition to Google's Joinder in the Amazon Defendants' Motion to Compel Production of the Microsoft Settlement Agreement ("Opposition") (Dkt. No. 766).  P10's arguments in Opposition exceed the scope of the Court's February 11, 2010 Order, and otherwise lack merit.  Accordingly, Google hereby requests leave to file the attached Reply to P10's Opposition.

DATED: February 17, 2010          Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ Rachel Herrick Kassabian
     Rachel Herrick Kassabian
     Attorneys for Defendant GOOGLE INC.

01980.51320/3330136.1

-1-
GOOGLE'S REQUEST FOR LEAVE TO FILE A REPLY TO PERFECT 10'S OPPOSITION TO GOOGLE'S JOINDER IN THE AMAZON DEFENDANTS' MOTION TO COMPEL