QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S REQUEST FOR LEAVE TO FILE A REPLY TO PERFECT 10, INC.'S OPPOSITION TO GOOGLE'S JOINDER IN THE AMAZON DEFENDANTS' MOTION TO COMPEL PRODUCTION OF THE MICROSOFT SETTLEMENT AGREEMENT**<br><br>Hon. Stephen J. Hillman<br><br>Date: None set<br>Time: None set<br>Crtrm.: 550<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

01980.51320/3330185.1

[PROPOSED] ORDER GRANTING GOOGLE'S REQUEST FOR LEAVE TO FILE A REPLY TO PERFECT 10'S OPPOSITION TO GOOGLE'S JOINDER IN THE AMAZON DEFENDANTS' MOTION TO COMPEL

Dockets.Justia.com

1 **[Proposed] Order**

2    Google Inc.'s Request for Leave to File a Reply to Perfect 10, Inc.'s

3 Opposition to Google's Joinder in the Amazon Defendants' Motion to Compel

4 Production of the Microsoft Settlement Agreement (Dkt. No. 766) is hereby

5 GRANTED.

6    IT IS SO ORDERED.

7 DATED: _____, 2010

8

9                                   By_____
10                                      Hon. Stephen J. Hillman
                                        United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

01980.51320/3330185.1

-1-
[PROPOSED] ORDER GRANTING GOOGLE'S REQUEST FOR LEAVE TO FILE A REPLY TO PERFECT 10'S
OPPOSITION TO GOOGLE'S JOINDER IN THE AMAZON DEFENDANTS' MOTION TO COMPEL