QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065

Attorneys for Defendant GOOGLE INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIM<br><br>PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; A9.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 04-9484 AHM (SHx)<br>[Consolidated with Case No. CV 05-4753 AHM (SHx)]<br><br>**DISCOVERY MATTER**<br><br>**ORDER GRANTING GOOGLE INC.'S REQUEST FOR LEAVE TO FILE A REPLY TO PERFECT 10, INC.'S OPPOSITION TO GOOGLE'S JOINDER IN THE AMAZON DEFENDANTS' MOTION TO COMPEL PRODUCTION OF THE MICROSOFT SETTLEMENT AGREEMENT**<br><br>Hon. Stephen J. Hillman<br><br>Date: None set<br>Time: None set<br>Crtrm.: 550<br><br>Discovery Cutoff: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

01980.51320/3330185.1

ORDER GRANTING GOOGLE'S REQUEST FOR LEAVE TO FILE A REPLY TO PERFECT 10'S OPPOSITION
TO GOOGLE'S JOINDER IN THE AMAZON DEFENDANTS' MOTION TO COMPEL

Dockets.Justia.com

# Order

Google Inc.'s Request for Leave to File a Reply to Perfect 10, Inc.'s Opposition to Google's Joinder in the Amazon Defendants' Motion to Compel Production of the Microsoft Settlement Agreement (Dkt. No. 766) is hereby GRANTED. Reply shall be filed no later than February 24, 2010.

IT IS SO ORDERED.

DATED: 2/18/10

By *[signature: Stephen Hillman]*
Hon. Stephen J. Hillman
United States Magistrate Judge

01980.51320/3330185.1

-1-
ORDER GRANTING GOOGLE'S REQUEST FOR LEAVE TO FILE A REPLY TO PERFECT 10'S OPPOSITION TO GOOGLE'S JOINDER IN THE AMAZON DEFENDANTS' MOTION TO COMPEL