1    Jeffrey N. Mausner (State Bar No. 122385)
     Law Offices of Jeffrey N. Mausner
2    Warner Center Towers
     21800 Oxnard Street, Suite 910
3    Woodland Hills, California 91367-3640
     Email: Jeff@mausnerlaw.com
4    Telephone: (310) 617-8100, (818) 992-7500
     Facsimile: (818) 716-2773
5

6    Attorneys for Plaintiff Perfect 10, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   PERFECT 10, INC., a California      Case No.: CV 04-9484 AHM (SHx)
     corporation,
12                                       **Before Judge A. Howard Matz**
                   Plaintiff,
13        v.                             **PLAINTIFF PERFECT 10, INC.'S
                                         NOTICE OF MOTION AND MOTION
14   GOOGLE INC., a corporation,         FOR PRELIMINARY INJUNCTION
                                         AGAINST DEFENDANT GOOGLE INC.**
15                 Defendants.

16                                       [Filed Separately: Memorandum of Points
                                         and Authorities; Declarations of Dr. Norman
17                                       Zada, Jeffrey N. Mausner, Sheena Chou,
                                         Melanie Poblete, Dean Hoffman, C.J.
18                                       Newton, Margaret Jane Eden, Les Schwartz,
                                         Sean Chumura, David O'Connor, Bennett
19                                       McPhatter; and [Proposed] Order]

20                                       Date:   April 5, 2010
                                         Time:   10:00 a.m.
21                                       Place:  Courtroom 14, Courtroom of the
                                                 Honorable A. Howard Matz
22
                                         Discovery Cut-Off Date:  None Set
23                                       Pretrial Conference Date: None Set
                                         Trial Date: None Set
24

25

26

27

28

Plaintiff Perfect 10, Inc.'s Notice of Motion and Motion for Preliminary Injunction Against Defendant Google Inc.

Dockets.Justia.com

1    **TO DEFENDANT GOOGLE INC. AND TO ITS ATTORNEYS OF**

2    **RECORD:**

3        **PLEASE TAKE NOTICE** that on April 5, 2010, at 10:00 a.m., or as soon

4    thereafter as the matter may be heard, in Courtroom 14, the Courtroom of the

5    Honorable A. Howard Matz, located at 312 N. Spring Street, Los Angeles,

6    California, Plaintiff Perfect 10, Inc. ("Perfect 10") will and hereby does move this

7    Court for a preliminary injunction restraining and enjoining Defendant Google Inc.

8    ("Google") from engaging in continuing acts of copyright infringement and

9    violations of Perfect 10's rights of publicity.  In particular, Perfect 10 seeks an

10   Order in the form of the [Proposed] Order Granting Preliminary Injunction lodged

11   separately herewith, which provides, in relevant part, as follows:

12           During the pendency of this action, Google, any of its

13       subsidiaries, affiliates, successors, officers, directors, employees,

14       agents, representatives, any entities owned or controlled by Google,

15       and any persons acting in active concert or participation with any of

16       them, shall be and are restrained and enjoined during the pendency of

17       this action, from:

18           (A)    Copying, reproducing, distributing, publicly displaying,

19       adapting or otherwise infringing, or contributing to the infringement

20       of any copyrighted image owned by Perfect 10 ("Perfect 10

21       Copyrighted Images" or "P10 Images") which has been or will be

22       identified in notices sent by Perfect 10 to Google.

23           (B)    Hosting or linking to any websites that display,

24       distribute, or make available Perfect 10 Copyrighted Images, for

25       which Google has received notice from Perfect 10.

26           (C)    Distributing, publicly displaying, publishing, or

27       otherwise providing or making available any combination of

28       passwords and usernames to *perfect10.com.*

---

Plaintiff Perfect 10, Inc.'s Notice of Motion and Motion for Preliminary Injunction Against Defendant Google Inc.

1      (D)    Hosting or linking to any websites that distribute,

2  publicly display, publish, or otherwise provide or make available any

3  combination of passwords and usernames to *perfect10.com*, for which

4  Google has received notice from Perfect 10.

5      (E)    Providing sponsored links to and/or placing Google

6  advertisements on or for infringing websites that display, distribute, or

7  make available Perfect 10 Copyrighted Images, for which Google has

8  received notice from Perfect 10.

9      (F)    Powering *rapidshare.com* search engines used to find

10  infringing materials offered by *rapidshare.com*.

11      (G)    Providing Perfect 10's DMCA notices containing Perfect

12  10 Copyrighted Images and/or lists of infringing URLs to

13  *chillingeffects.org* for republication on the Internet, and/or providing

14  links in its search results to such Perfect 10 Copyrighted Images or

15  lists of infringing URLs.

16      (H)    Violating, or contributing to the violation of, any rights

17  of publicity owned or controlled by Perfect 10, after receiving notice

18  of such violation.

19      Within 14 days of the entry by this Court of this Order Granting

20  Preliminary Injunction (the "Order"), Perfect 10 and Google shall

21  meet and confer and attempt to submit a Joint Proposed Order for

22  Compliance With Preliminary Injunction, setting forth the procedures

23  that Google will follow in complying with this Order.  If the parties

24  are not able to reach agreement on such a Joint Proposed Order, then

25  within 21 days of the entry by the Court of this Order, Perfect 10 shall

26  submit a Proposed Order for Compliance With Preliminary

27  Injunction, setting forth Perfect 10's proposal for compliance.  Perfect

28  10 may also submit a memorandum not to exceed 15 pages in support

1    of its Proposed Order for Compliance With Preliminary Injunction.

2    Within 7 days of Perfect 10's submission, Google may submit its

3    alternative Proposed Order for Compliance With Preliminary

4    Injunction.   Google may also submit a memorandum not to exceed 15

5    pages in support of its Proposed Order for Compliance With

6    Preliminary Injunction and in opposition to the provisions of Perfect

7    10's Proposed Order.  Within 7 days of Google's submission, Perfect

8    10 may file a Reply, not to exceed 10 pages.  The Court will then

9    decide upon the terms of the Order for Compliance With Preliminary

10    Injunction.

11        The specific acts which Perfect 10 seeks to enjoin are set forth in Plaintiff

12 Perfect 10, Inc.'s Memorandum of Points and Authorities In Support of Motion

13 For Preliminary Injunction Against Defendant Google Inc., filed separately

14 herewith under seal.  These include, but are not limited to, the following acts of

15 Google:

16        1)  Storing more than 3,837 full-size Perfect 10 copyrighted images ("P10

17 Images") on Google's own *blogger.com* servers.

18        2)  Hosting more than 565 websites in its *blogspot.com* program that have

19 infringed more than 11,000 P10 Images.

20        3)  Placing its AdSense advertising next to tens of thousands of infringing

21 P10 Images, many of which have been repeatedly identified to Google in Perfect

22 10's DMCA notices, in some cases more than eighty times.

23        4)  Placing its AdSense advertising next to more than 4,000 P10 Images

24 hosted on Google's own blogspot.com servers, over which Google has complete

25 control.

26        5)  Hosting websites which offer links for downloading as many as 26,000

27 full-size P10 Images from massive infringing sites such as *rapidshare.com,*

28 *megaupload.com,* and *depositfiles.com.*

6) Powering *rapidshare.com* search engines which search exclusively for links offered by *rapidshare.com*, which are used to download massive quantities of infringing material.

7) Providing more than 222 million links to known massive infringers such as *rapidshare.com, thepiratebay.org,* and *isohunt.com*, and refusing to take any action against these infringing websites.

8) Refusing to take any action against Google advertising affiliates that have collectively infringed more than 180,000 P10 Images.

9) Displaying more than 22,000 infringing P10 thumbnails and linking them to websites that infringe, in total, hundreds of thousands of P10 Images.

10) Offering thousands of full-size P10 Images to its users via Google's "see full-size image" links and its in-line links.

11) Providing passwords for *perfect10.com* in its search results and hosting and linking to websites which provide *perfect10.com* passwords.  Such passwords have allowed users to illegally download at least 4,500,000 P10 Images from *perfect10.com*.

12) Formatting P10 Images so they can be downloaded on cell phones.

13) Sending Perfect 10's DMCA notices containing full-size P10 Images to *chillingeffects.org,* for republication on the Internet, and then providing in-line links to those images in its search results. By doing so, Google knowingly provides access to thousands of infringing images it was supposed to remove.

This Motion is made on the grounds that: (i) Perfect 10 has a probability of success on the merits of its copyright infringement and right of publicity claims and Perfect 10 will suffer irreparable harm if the Motion is not granted; and, alternatively (ii) serious questions are raised by this Motion and the balance of hardships tip in favor of Perfect 10.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities filed separately herewith under seal, the Declarations of

1    Dr. Norman Zada (filed under seal), Jeffrey N. Mausner (some exhibits filed

2    under seal), Sheena Chou, Melanie Poblete, Dean Hoffman, C.J. Newton,

3    Margaret Jane Eden, Les Schwartz, Sean Chumura, David O'Connor, and

4    Bennett McPhatter, all filed separately herewith, the [Proposed] Order Granting

5    Preliminary Injunction lodged herewith, the complete files and records in this

6    action, all matters of which this Court properly may take judicial notice, and

7    any additional matters that may be submitted to the Court at or before any

8    hearing on the Motion, including in any reply papers.

9    Dated:  March 3, 2010         LAW OFFICES OF JEFFREY N. MAUSNER

10

11                         By: _ *Jeffrey N. Mausner* _____

12                            Jeffrey N. Mausner
                           Attorney for Plaintiff Perfect 10, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28