Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>  Plaintiff,<br>  v.<br><br>GOOGLE, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>  Defendant. | CASE NO. CV 04-9484 AHM (SHx)<br><br>**Before Judge A. Howard Matz**<br><br>**DECLARATION OF MELANIE POBLETE SUBMITTED IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT GOOGLE, INC.**<br><br>Date: April 5, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

Declaration of Melanie Poblete in Support of
Perfect 10's Motion for Preliminary Injunction Against Defendant Google, Inc.

I, Melanie Poblete, declare as follows:

1. I am employed by Perfect 10, Inc. and the Law Offices of Jeffrey N. Mausner. I attended the University of California, Santa Cruz for a Bachelor of Arts degree in Legal Studies, which I am in the process of completing. For over 6 years, I have worked in the legal field assisting attorneys in pre-trial litigation, discovery, and in arbitration hearings and trials. I have extensive knowledge of the images, copyright registrations, and deposit materials that are relevant to Perfect 10's infringement claims in this case. Unless otherwise stated, I have direct and personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto. I have carefully compared the infringed images referenced in the Declaration of Dr. Norman Zada filed concurrently herewith ("Zada Declaration") and matched them to images owned by Perfect 10 and contained in deposit materials registered by Perfect 10 with the United States Copyright Office.

2. I have verified that Perfect 10 has in its deposit material for copyright registrations filed with the U.S. Copyright Office, over 45,000 unique images. In this Declaration, I will reference images contained in exhibits to the Zada Declaration that constitute Perfect 10's "Sample" of twelve images. The twelve images referenced in this Declaration which constitute Perfect 10's "Sample" are contained in deposit materials for Perfect 10 copyright registrations with the U.S. Copyright Office.

3. Filed with the Zada Declaration as Exhibit 9 is a disk that contains a folder, "The Sample." In this folder, there is an excel spreadsheet labeled "12 Sample Images P10" that itemizes the copyright information with respect to each of the 12 images. Within "The Sample" folder, are sub-folders, as follows:

<u>Copyright Registration Certificates</u>: Each PDF file in this folder is named by registration number and contains the registration certificate associated with that registration. Registration certificates for each of the 12 images in the Sample are included in this sub-folder.

<u>Deposit Materials</u>: Each PDF file in this folder is named by registration

number and contains the deposit material associated with that registration. Deposit Materials for each of the 12 images in the Sample are included in this sub-folder.

<u>Images</u>: Each .JPG file in this folder contains a Perfect 10 image contained in The Sample, and is named first by Model, then by the copyright registration number for that image.

<u>Model Releases</u>: Each PDF file in this folder is named by the model it pertains to and contains the Model Release for each respective model.

<u>Other Copyright Certificates</u>: This folder contains the copyright registration certificates for all other Perfect 10 Magazines not already provided in the Copyright Registration Certificates folder, along with a copyright registration certificate for the Perfect 10 website (www.perfect10.com), as well as selected additional registration certificates.

<u>Rights of publicity</u>: This folder contains five PDF files that contain the Rights of Publicity assignments for Amber Smith, Amy Weber, Aria Giovanni, Erica Campbell, and Irina Voronina.

<u>Work Made for Hires & AoRs</u>: Each PDF is named by photographer and contains the work made for hire agreement and/or assignment of rights agreement associated with that photographer.  Work made for hire/assignment of rights agreements covering each of the 12 images in the Sample are included in this folder.

4.   Page 1 of Exhibit 28 to the Zada Declaration contains an image of Anna Tarson that appears in Perfect 10 Magazine, Vol. 5, No. 2, and has been registered at the Copyright Office under Registration No. TX 5-452-254.  That image also appears on Page 2 of Exhibit 64.

5.   Page 3 of Exhibit 45 to the Zada Declaration contains an image of Ashley Degenford that appears in Perfect 10 Magazine, Vol. 1, No. 5, and has been registered at the Copyright Office under Registration No. TX 4-556-475.  This image also

appears on Pages 1-2 of Exhibit 45.

6. Pages 1-2 of Exhibit 6 to the Zada Declaration contain an image of Kristel Kama that appears in Perfect 10 Magazine, Vol. 3, No. 5, and has been registered at the Copyright Office under Registration No. TX 5-217-598. That image also appears on Pages 7-14 of Exhibit 66.

7. Pages 2-3 of Exhibit 2 to the Zada Declaration contain an image of Marisa Miller that appears in Perfect 10 Magazine, Vol. 1, No. 1, and has been registered at the Copyright Office under Registration No. TX 4-556-514. That image also appears on Page 3 of Exhibit 39, and Page 3 of Exhibit 40.

8. Page 4 and 6 of Exhibit 11 to the Zada Declaration contain a check-marked image of Maya Rubin that appears in Perfect 10 Magazine, Vol. 1, No. 2, and has been registered with the Copyright Office under Registration No. TX 4-556-511.

9. Page 5 of Exhibit 22 to the Zada Declaration contains an image of Monika Zsibrita that appears in Perfect 10 Magazine, Vol. 2, No. 2, and has been registered at the Copyright Office under Registration No. TX 4-813-355. That image also appears on Page 1 of Exhibit 20, Page 4 of Exhibit 1, Page 7 of Exhibit 55 and Page 6 of Exhibit 56.

10. Pages 8-9 of Exhibit 5 to the Zada Declaration contain an image of Nataskia Maren that appears in Perfect 10 Magazine, Vol. 1, No. 4, and has been registered with the Copyright Office under Registration No. TX 4-556-510. That image also appears on Page 4 of Exhibit 26, and Pages 6-7 of Exhibit 61.

11. Pages 5-6 of Exhibit 25 and Pages 7-8 of Exhibit 31 to the Zada Declaration contain an image of Talia Harvalik that appears in Perfect 10 Magazine, Vol. 2, No. 2, and has been registered at the Copyright Office under Registration No. TX 4-813-355.

12. Pages 1-2 of Exhibit 51 to the Zada Declaration contain an image of Vibe Sorenson that appears in Perfect 10 Magazine, Vol. 2, No. 1, and has been registered at the Copyright Office under Registration No. TX 4-812-575. This image also appears

on Pages 8-10 of Exhibit 2, Pages 1-4 of Exhibit 8, Page 2 of Exhibit 20, Page 3-4 of Exhibit 22, Page 9 of Exhibit 52, Page 3 of Exhibit 53, Page 5 of Exhibit 59, Pages 1-2 of Exhibit 65.

13. Pages 5 and 11 of Exhibit 34 to the Zada Declaration contains an image of Zita Gorocs that appears in Perfect 10 Magazine, Vol. 6, No. 3, and has been registered at the Copyright Office under Registration No. TX 6-058-397.  This image also appears on Page 5 of Exhibit 35, Page 5 of Exhibit 36, Page 1 of Exhibit 49, Page 3 of Exhibit 1, Page 5 of Exhibit 8, Pages 1-5,  8, 10-11, 13, and 15 of Exhibit 47, Pages 1-2 of Exhibit 48, Page 1 of Exhibit 49, Page 5 of Exhibit 66.

14. Page 7 of Exhibit 25 to the Zada Declaration contains an image of Zoya Konyieva that appears in Perfect 10 Magazine, Vol. 3, No. 4, and has been registered at the Copyright Office under Registration No. TX 5-201-630.  That image also appears on Page 2 of Exhibit 28, Pages 3-4 of Exhibit 31,.

15. Page 4 of Exhibit 56 to the Zada Declaration contains an image of Amy Weber that has been registered at the Copyright Office and is contained in the deposit material for Registration No. VA 1-301-850.  That image also appears on Page 2 of Exhibit 62.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 3rd day of March, 2010 in Los Angeles County, California.

_____
Melanie Poblete