1    Jeffrey N. Mausner (State Bar No. 122385)
2    Law Offices of Jeffrey N. Mausner
     Warner Center Towers
3    21800 Oxnard Street, Suite 910
     Woodland Hills, California 91367-3640
4    Email: Jeff@mausnerlaw.com
     Telephone: (310) 617-8100, (818) 992-7500
5    Facsimile: (818) 716-2773

6

7    Attorneys for Plaintiff Perfect 10, Inc.

8           UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| PERFECT 10, INC., a California corporation, | Case No. CV 04-9484 AHM (SHx) |
|          Plaintiff, | **DECLARATION OF DAVID O'CONNOR SUBMITTED IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE** |
|    v. | |
| GOOGLE, INC., a corporation, and DOES 1 through 100, inclusive | **BEFORE JUDGE A. HOWARD MATZ** |
|        Defendant. | Date: April 5, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz |
| | Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

I, David O'Connor, declare as follows:

1.     I am co-founder, President and CTO of Visual Analytics.  I am primarily responsible for the creation of VisuaLinks®, which has become one of the standard data mining applications at a number of intelligence agencies, law enforcement organizations, and financial crime investigative units.  I have worked closely with the Financial Crimes Enforcement Network (FinCEN), Internal Revenue Service (IRS, Criminal Investigations), Defense Intelligence Agency, and the Defense Information Systems Agency (DISA).

2.     I received my B.S. in Computer Science from the University of Maryland and have more than 15 years of experience developing large scale distributed systems, data mining, visualization, and artificial intelligence technologies.  I served in the Marine Corps and worked on fighter aircraft electrical flight control systems.

3.     I submit this declaration in connection with Perfect 10's lawsuit against Google.  I have examined Exhibit 1 which is attached to this declaration. In my opinion, I have sufficient expertise in computer science and the Internet to determine whether the various portions of notices attached as Exhibit 1 would provide a search engine such as Google with enough information to locate the infringing image(s) or link(s).

4.     I assume that page 1 of Exhibit 1 consists of thumbnail images from Google Image Search, along with the three links that Google provides for each such image.  Assuming that is the case, page 1 of Exhibit 1 provides more than enough information for Google to locate and block all the URLs listed on page 1. Adobe Acrobat has a feature for the extraction of URLs.  Google could copy any of the URLs contained in page 1 of Exhibit 1 into a text file, spreadsheet, or database.  The first and third URLs listed on page 1 of  Exhibit 1, namely, http://img133.imagevenue.com /loc173/th_64278_21.jpg, and http://tbn0.google.com/images?q=tbn: Vs0bIZd_jqxVPM:  http://img133.

imagevenue.com/loc173/th_64278_21.jpg, both provides Google with sufficient information to locate the image, with or without the image itself.  The middle Web Page URL (http://forum.phun.org/showthread.php?p=729907) with the model name is sufficient to locate the image as well, but having a copy of the image as shown also helps.  In general, having copies of the images as provided in Exhibit 1 would help, rather than hinder, the search engine or ISP in locating the infringing material.  Google should be able to readily find all copies of that image in any of its search results, and remove them from its index.

5.      I have examined pages 2 through 8 of Exhibit 1.  If Google received any of those pages in a notice, it would have enough information to locate the images on that page, and remove the images and the webpage from both its Image Search and Web Search results.  To locate and remove the infringing material, Google should need only the Web Page URL, which is contained on each of those pages.  Once Google has the URL of the Web Page containing an infringement, it can find that Web Page, and it can prevent any Google Search Results, whether Web Search or Image Search results, from directly linking to that web page.  On pages 3-6, the Web Page URL is highlighted.  On page 5, Google has suppressed the starting http:// from appearing on the user's screen but it can still locate the infringing webpage with that portion of the URL simply by searching its index.  On page 7, the Web Page URL appears in the browser bar.  On page 8, I am assuming that the highlighted URL identifies the web page directly above it.  Google could certainly block the highlighted URL and could use the highlighted URL to determine if the corresponding web page is as shown on page 8.  For page 2, Google has the search term, "Ingrid Ostvat", the base URL of the website where each image is located, darkshadow.3xforum.ro, and the "Thumbnail Source URL."  This URL is displayed in the address bar of a web browser when a user clicks on the thumbnail.   Page 9 of Exhibit 1 has an example of a Thumbnail Source URL.  The Thumbnail Source URL contains both the "See full-size image" URL as well

as the Web Page URL embedded in it, along with information regarding the search, such as whether the user had their safe search on and what browser they were using. This URL may be easily extracted using Adobe's URL extraction feature, as demonstrated on page 10 of Exhibit 1. On page 10, the first highlighted term is the "See full-size image" URL. The second highlighted term is the Web Page URL.

6.     The URLs on the left side of page 11 of Exhibit 1 appear to be Web Page URLs with the starting http:// and/or www. removed. If that is the case, Google can use those URLs (by either putting them into Google's search box, or by searching its index for URLs that contain those URLs), to locate the associated web pages. It can then prevent either its Image Search or its Web Search results from directly linking to those web pages. Google can do this without any of the other information shown in the middle and right hand columns of page 11. I know this not only because of my knowledge regarding how search engines operate, but also because I am able to do that myself by removing the starting http:// and or www. from a URL I obtained from Google's Web Search results, and then putting it into Google's Web Search box.

I declare that the foregoing is true and correct to the best of my knowledge and based on all information as of the date provided below.

Executed on June 16, 2009,

_____

David O'Connor

# Exhibit 1

file:///R|/0%20 transferred%20from%20Q%20drive/image%20google%20soft%20production/70408/Xenia%20Szabo.html

**GOOGLE Images**

## 51 results for "Xenia Szabo"

7/8/2008

**1**



Search string: **"Xenia Szabo**Image http://img133.imagevenue.com/loc173/th_64278_21.jpgSite http://forum.phun.org/showthread.php?p=729907Image Info: 106x160 Size: 7Kb

Thumbnail http://tbn0.google.com/images?q=tbn:Vs0bIZd_jgxVPM:http://img133.imagevenue.com/loc173/th_64278_21.jpg

**2**



Search string: **"Xenia Szabo"**Image http://www.imagerise.com/images.php/t4766_XeniaSzabo22.jpgSite http://titsandhentai.wordpress.com/2008/04/16/xenia-szabo/ Image Info: 99x150 Size: 6Kb

Thumbnail http://tbn0.google.com/images?q=tbn:MYCIndOeHiRYpM:http://www.imagerise.com/images.php/t4766_XeniaSzabo22.jpg

**3**



Search string: **"Xenia Szabo"**Image http://www.imagerise.com/images.php/t4755_XeniaSzabo01.jpgSite http://titsandhentai.wordpress.com/2008/04/16/xenia-szabo/ Image Info: 99x150 Size: 6Kb

Thumbnail http://tbn0.google.com/images?q=tbn:YSICEWl5K6tq6M:http://www.imagerise.com/images.php/t4755_XeniaSzabo01.jpg

**4**



Search string: **"Xenia Szabo"**Image http://img11.imagevenue.com/loc229/th_16866_01.jpgSite http://www.sztar.com/showthread.php?p=1367574Image Info: 106x160 Size: 7Kb

Thumbnail http://tbn0.google.com/images?q=tbn:kSvskXqpK00tXM:http://img11.imagevenue.com/loc229/th_16866_01.jpg

**5**



Search string: **"Xenia Szabo"**Image http://blog7.fc2.com/a/aitaine/file/20060525.jpgSite http://aitaine.blog7.fc2.com/blog-date-200605.htmlImage Info: 300x451 Size: 49Kb

Thumbnail http://tbn0.google.com/images?q=tbn:zfMv2sApk-Kw4M:http://blog7.fc2.com/a/aitaine/file/20060525.jpg

Exh. 1, Pg. 1

file:///R|/0%20 transferred%20from%20Q%20drive/image%20google%20soft%20production/70408/Xenia%20Szabo.html (1 of 10)7/8/2008 6:02:39 AM

Web  **Images**  Maps  News  Video  Gmail  *more* ▼                                                    Sign in



"Ingrid Ostvat"    [Search Images]    [Search the Web]    Advanced Image Search
SafeSearch is off                                                                                        Preferences

**Images**   Showing:  [All image sizes]  [Any content]   ■ **All colors** ▼        Results **19 - 36** of about **130** (0.04 seconds)


PERFECT10 com - The World s Most ...
99 x 150 - 7k - jpg
darkshadow.3xforum.ro


PERFECT10 com - The World s Most ...
99 x 150 - 6k - jpg
darkshadow.3xforum.ro


PERFECT10 com - The World s Most ...
99 x 150 - 5k - jpg
darkshadow.3xforum.ro


PERFECT10 com - The World s Most ...
99 x 150 - 4k - jpg
darkshadow.3xforum.ro


PERFECT10 com - The World s Most ...
99 x 150 - 5k - jpg
darkshadow.3xforum.ro


PERFECT10 com - The World s Most ...
99 x 150 - 5k - jpg
darkshadow.3xforum.ro


PERFECT10 com - The World s Most ...
99 x 150 - 4k - jpg
darkshadow.3xforum.ro


PERFECT10 com - The World s Most ...
99 x 150 - 6k - jpg
darkshadow.3xforum.ro


PERFECT10 com - The World s Most ...
99 x 150 - 5k - jpg
darkshadow.3xforum.ro


PERFECT10 com - The World s Most ...
99 x 150 - 6k - jpg
darkshadow.3xforum.ro


PERFECT10 com - The World s Most ...
99 x 150 - 5k - jpg
darkshadow.3xforum.ro


PERFECT10 com - The World s Most ...
99 x 150 - 5k - jpg
darkshadow.3xforum.ro


PERFECT10 com - The World s Most ...
99 x 150 - 5k - jpg
darkshadow.3xforum.ro


PERFECT10 com - The World s Most ...
99 x 150 - 4k - jpg
darkshadow.3xforum.ro


PERFECT10 com - The World s Most ...
99 x 150 - 6k - jpg
darkshadow.3xforum.ro



Exh. 1, Pg. 2

This is Google's cache of http://www.monitor.hr/belle/0112/011206.htm. It is a snapshot of the page as it appeared on 16 Sep 2008 18:14:02 GMT. The current page could have changed in the meantime. Learn more

Text-only version
These search terms are highlighted: zoya konyieva

# Zoya Konyieva

Monitor home | Belle indeks | Prosinac 2001 | Prije | Poslije



# Zoya Konyieva

Monitor home | Belle indeks | Prosinac 2001 | Prije | Poslije



Monitor home | Belle indeks | Prosinac 2001 | Prije | Poslije

http://www.monitor.hr/belle/0112/011206.htm[5/24/2009 9:13:29 PM]

marisa_miller_24.jpg (image)



Copyright 1998 Perfect 10, Inc.
http://www.perfectten.com

Exh. 1, Pg. 6

Lingerie Dreams: Pretty girls in bras, tiny panties, stockings and garters: Models, beauties, babes, pinups all in lingerie - Mozilla Firefox

File Edit View History Bookmarks Tools Help Case 2:04-cv-09484-AHM-SH    Document 781    Filed 03/03/10    Page 12 of 16

http://lingeriedreams.blogspot.com/2004_11_28_archive.html

Interesting to have panties which match your top...I have to say I love her shoes. Lovely long legs are set off so well with the right shoes...

corset girl

Hot Lingerie Links Tiny Panties! Cleavage! Boosting Bras Naughty Links

**Lace Lingerie**
Find great deals and save! Compare products, prices & stores

**Panty of the Month**
As Seen on CNN and in Playboy! New Sexy Lingerie Set Every Month

Ads by Google

POSTED BY JENNIFER AT 12:46 AM   0 COMMENTS

FRIDAY, DECEMBER 03, 2004

### Black Lace Scarf



A black thong and a, well, scarf?? Once again the idea of lingerie is concealment as well as provocation and this long shot is a little of both...Why is Natalia S.rocka walking down a country road wearing very little? Another mystery for the ages...

Hot Lingerie Links Tiny Panties! Cleavage! Boosting Bras Naughty Links

POSTED BY JENNIFER AT 1:53 AM   1 COMMENTS

### Raised slip

babeslcg
babe-a-licious
unique peek
blonde blcg
your dirty mind
attu sees all
dumpa lirk
we are making porn
babes kick ass we are
making porn
dadurrp

PICTURE SITES

Hot Celebrity Photos
jen's list
babes creamlcg
creamlcg
knakworst
soft galleries
babelcg
hawt babes
glamour legs (Japan!)
surabayajane blcg
sensual arousal blcg
sexcity forums
bad girls blcg
best of nudes
indienudes
god's art
excellent photos
voluptus
babelcg
adult top blogs
nude.ru
the omega project
beauty girls
sexy pix
sexy pix mega

NAUGHTY BLOGS

Sexoteric
A New York Escorts
Confessions
Bacchus
Daze Reader
newlywed satisfaction
Prurient Obscenities
SLA
TwiddlyBits
Word Oyster
panty perv

SYNDICATED AT

web nymph

April 2008
M Tu W Th F S S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

Exh. 1, Pg. 7

         



http://www.celebritypictures.com/MayaRubin/maya1.htm



http://www.celebritypictures.com/Pictures/MayaRubin/maya2.jpg



http://granestacion.com/topless/topless13.htm



http://granestacion.com/topless/topless/t13/t131.htm

CONFIDENTIAL

Exh. 1, Pg. 8

PG  DMCA0040



http://images.google.com/imgres?imgurl=http://www.imagerise.com/images.php/t133_AlexandraBerejnova42copy.jpg&imgrefurl=http://darkshadow.3xforum.ro/post/1532/1/PERFECT10_com_-_The_World_s_Most_Beautiful_Natural_women_/&usg=__RtMcrOXj2G7_XIiP-9Fv6FIbwxw=&h=150&w=99&sz=7&hl=en&start=11&um=1&tbnid=d7MunIVjsDS9eM:&tbnh=96&tbnw=63&prev=/images%3Fq%3Dsite:ww w.imagerise.com%2B%2522Ingrid%2BOstvat%2522%2Bdarkshadow.3xforum.ro%26hl %3Den%26safe%3Doff%26client%3Dfirefox-a%26channel%3Ds%26rls%3Dorg. mozilla:en-US:official%26um%3D1

| INFRINGING URL | GOOGLE SEARCH | PERFECT 10 MAGAZINE ISSUE OR WEBSITE |
|---|---|---|
| minovia.com/modules/uskolaxgallery/index.php?carpeta=natalia_sirocka | natalia sirocka | vol 3, no 3, p 14-21 |
| ottoperuna.altervista.org/pagine/Wallpapers/SirockaNatalia/Sirocka_sfondi.htm | natalia sirocka | vol 3, no 3, p 15 |
| panienki.com/Panienki/Natalia_Sirocka/natalia_sirocka.html | natalia sirocka | vol 3, no 3, p 14-21 |
| pix.alronix.net/Photo_Scans/Tits/Natalia_Sirocka | natalia sirocka | vol 3, no 3, p 15 |
| playboy.fason.ru/Natalia_Sirocka.php | natalia sirocka | vol 3, no 3, p 17 |
| antoninoc.net/Top_model/top_model14.htm | natalia sirocka | vol 3, no 3, p 14 - 21 |
| freebabes.nl/thumbnails.asp?categorie=141&categorietxt=Natalia+Sirocka | natalia sirocka | |
| freeones.com/html/n_links/Natalia_Sirocka.shtml | "natalia sirocka" | vol 3, no 3, p 14 - 21 |
| paparazziporn.com/natalias/natalia.htm | "natalia sirocka" | vol 1, no 6 p 50 - 55 |
| russiancelebrities.org/ rclSet.asp?GID=4&PID=494&SID=1 | "natalia sirocka" | vol 3, no 3, p 14 - 21 |
| minovia.com/modules/uskolaxgallery/ famosas.php?carpeta=natalia_sirocka | "natalia sirocka" | vol 1, no 6 p 50 - 55 |
| 1024x768wallpapers.com/categories.php?cat_id=665 | "natalia sirocka" | |
| ragazzesexy.tv/images.cgi?direct=Varie_ Straniere_2/Natalia_Sirocka | "natalia sirocka" | vol 3, no 3, p 14 - 21 |
| angelfire.com/celeb2/superaeon/Pictures/Zz/ZZ-NataliaSirocka.htm | "natalia sirocka" | |
| abc-celebs.com/mod_celeb_N.htm | "natalia sirocka" | |
| celebs.jerkengine.com/FD/ Browse/Main?letter=N&type=image | "natalia sirocka" | vol 3, no 3, p 14 - 21 |
| miss.mgn.ru/gallery/cat.asp?iCat=25 | "natalia sirocka" | vol 3, no 3, p 14 - 21 |
| playboy.fason.ru/model.php | "natalia sirocka" | vol 3, no 3, p 14 - 21 |
| sultan14416.supereva.it/ nataliasirocka/nataliasirocka.htm | "natalia sirocka" | |
| pix.alronix.net/Photo_Scans/ Tits/Natalia_Sirocka/pic00097.htm | "natalia Sirocka" | vol 3, no 3, p 14 - 21 |
| greh.ru/foto/bysi/ | "natalia Sirocka" | vol 3, no 3, p 14 - 21 |
| minovia.com/modules/ uskolaxgallery/famosas.php?muestrame=n | "natalia Sirocka" | vol 3, no 3, p 14 - 21 |
| russiancelebrities.org/ rclSet.asp?GID=4&PID=493&SID=1 | "natalia Sirocka" | vol 3, no 3, p 14 - 21 |
| | | |
| pix.alronix.net/Photo_Scans/Fashion/Nataskia_Maren | nataskia maren | vol1, no 4, p 14 |
| minovia.com/modules/uskolaxgallery/famosas.php?carpeta=nataskia_maren | nataskia maren | vol 1, no 4, p 15 |
| celebsxposed.net/preview/preview2.html | nataskia maren | vol 1, no 4, p 12 - 19 |
| all-nude-celebrities-free.com/celebrities/n.html | nataskia maren | vol 2, no 6, p 6 |
| models.ksenia.com/ | nataskia maren | vol 1, no 5 p 34 |
| Celebs.jerkengine.com/FD/ Browse/Main?letter=N&type=image | "nataskia maren" | vol 1, no 4, p 12 - 19 |
| minovia.com/modules/uskolaxgallery/ index.php?carpeta=nataskia_maren | "nataskia maren" | vol 1, no 4, p 12 - 19 |
| playboy.fason.ru/Nataskia_Maren.php | "nataskia maren" | vol 2, no 6, p 6 |

EXHIBIT 46 Page 406

ER G516

PG_DMCA0248

Exh. 1, Pg. 11

CONFIDENTIAL

PRODUCER'S FIRST SET PURSUANT TO PLAINTIFF'S REQUEST FOR PRODUCED DOCUMENTS