Name & Address: Jeffrey N. Mausner (SBN: 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367
Phone (818) 992-7500 & (310) 617-8100
Facsimile (818) 716-2773 / Email: Jeff@mausnerlaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation<br><br>PLAINTIFF(S)<br>v.<br>GOOGLE, INC, a corporation, et. al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9484 AHM (SHx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

SEE ATTACHED LIST.

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other   Pleadings required to file documents under seal.

**Reason:**

☑ Under Seal

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  12/27/2005

☑ Manual Filing required (*reason*):
Pleadings and exhibits contain confidential materials subject to Protective Order.

| | |
|---|---|
| March 3, 2010<br>Date | Jeffrey N. Mausner<br>Attorney Name<br><br>Plaintiff, PERFECT 10, INC.<br>Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)  NOTICE OF MANUAL FILING

**NOTICE OF MANUAL FILING – LIST OF DOCUMENTS TO BE FILED:**

1) PLAINTIFF PERFECT 10, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT GOOGLE INC. , FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;

2) DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;

3) VOLUME 1 [EXHIBITS 1-35] TO THE DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;

4) VOLUME 2 [EXHIBITS 36-73] TO THE DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;

5) EXHIBIT 9 (A DISK) TO THE DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER [DISK ATTACHED];

6) EXHIBITS G, H, J AND L TO THE DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;

7) APPLICATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF PERFECT 10, INC.'S MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT GOOGLE INC.;

8) [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF PERFECT 10, INC.'S MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT GOOGLE INC.; and

9) PROOF OF SERVICE