ORIGINAL

1  Jeffrey N. Mausner (State Bar No. 122385)
2  Law Offices of Jeffrey N. Mausner
   Warner Center Towers
3  21800 Oxnard Street, Suite 910
   Woodland Hills, California 91367-3640
4  Email: Jeff@mausnerlaw.com
5  Telephone: (310) 617-8100, (818) 992-7500
   Facsimile: (818) 716-2773
6
7  Attorney for Plaintiff Perfect 10, Inc.

8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 PERFECT 10, INC., a California corporation, | Case No. CV 04-9484 AHM (SHx) |
| 12 | **Before Judge A. Howard Matz** |
| 13         Plaintiff, | |
|    v. | **APPLICATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF PERFECT 10, INC.'S MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT GOOGLE INC.** |
| 14 | |
| 15 GOOGLE, INC., a corporation; et al., | |
| 16         Defendants. | |
| 17 | |
| 18 | Date:  None set |
| 19 | Time:  None set |
|    | Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz |
| 20 | |
| 21 | Discovery Cut-Off Date: None Set |
| 22 | Pretrial Conference Date: None Set |
|    | Trial Date: None Set |

Application to File Under Sealt

1  Pursuant to Local Rule 79-5.1, the Order of the Hon. A. Howard Matz re
2  Protective Orders and Treatment of Confidential Information at Section I.D, the
3  Procedures and Schedules of the Hon. Stephen J. Hillman at Paragraph 17, and the
4  Protective Order dated December 27, 2005 (Docket No. 94) entered by the Court,
5  Plaintiff Perfect 10, Inc. ("Perfect 10") hereby submits this application to file under
6  seal the following documents:

    1)    PLAINTIFF PERFECT 10, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT GOOGLE INC., FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;

    2)    DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;

    3)    VOLUME 1 [EXHIBITS 1-35] TO THE DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;

    4)    VOLUME 2 [EXHIBITS 36-73] TO THE DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;

    5)    EXHIBIT 9 (A DISK) TO THE DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER [DISK ATTACHED]; and

    6)    EXHIBITS G, H, J AND L TO THE DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER.

The above documents and disk include materials that Perfect 10, Defendant Google Inc., and/or third parties designate as Confidential pursuant to the Protective Order. Perfect 10 respectfully requests that the above-entitled documents, which

| | |
|---|---|
| 1 | have been lodged, be filed under seal. |
| 2 | Dated:  March 3, 2010 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

Dated:  March 3, 2010

Respectfully submitted,
LAW OFFICES OF JEFFREY N. MAUSNER

By: *Jeffrey N. Mausner* (signature)
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.