# ORIGINAL

Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Email: Jeff@mausnerlaw.com
Telephone: (310) 617-8100, (818) 992-7500
Facsimile: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.



FILED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>            Plaintiff,<br>v.<br><br>GOOGLE, INC., a corporation; et al.,<br><br>            Defendants. | Case No. CV 04-9484 AHM (SHx)<br><br>**Before Judge A. Howard Matz**<br><br>**PROOF OF SERVICE**<br><br>Date: April 5, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 14, Courtroom of the Honorable A. Howard Matz<br><br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

PROOF OF SERVICE

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 21800 Oxnard Street, Suite 910, Woodland Hills, California 91367.

On March 4, 2010, I served the documents described as:

1) PLAINTIFF PERFECT 10, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT GOOGLE INC., FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;

2) DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;

3) VOLUME 1 [EXHIBITS 1-35] TO THE DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;

4) VOLUME 2 [EXHIBITS 36-73] TO THE DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER;

5) EXHIBIT 9 (A DISK) TO THE DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER [DISK ATTACHED]; and

6) EXHIBITS G, H, J AND L TO THE DECLARATION OF JEFFREY N. MAUSNER IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST GOOGLE, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER.

7) APPLICATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF PERFECT 10, INC.'S MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT GOOGLE INC.

8) [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF PERFECT 10, INC.'S MOTION FOR

PRELIMINARY INJUNCTION AGAINST DEFENDANT GOOGLE INC.; and

9) **PROOF OF SERVICE**

on the interested parties in this action as follows:

**BY MAIL:** I deposited such document(s) listed below in a sealed envelope with the postage thereon fully prepaid, in the United States mail at Los Angeles, CA.

Rachel Herrick Kassabian
Charles Verhoeven
Quinn Emanuel
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Mark Jansen
Anthony Malutta
Timothy Cahn
Gia Cincone
Ellie Steiner
Townsend Townsend & Crew
Two Embarcadero Center, 8th Floor
San Francisco, California 94111

**PERSONAL:** I delivered such envelope by hand to the addressee(s) or the office of the addressee(s).

Thomas Nolan
Michael Zeller
Quinn Emanuel
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on March 4, 2010 at Los Angeles, California.

By: _____
Melanie Poblete