O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | Date | July 21, 2010 |
|---|---|---|---|
| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

The Court ORDERS the parties by noon tomorrow, July 22, 2010, to identify where in the existing briefs on Google's motion for safe harbor under 17 U.S.C. § 512(b)[1] there is any reference in any of the "Group B" "spreadsheet" notices sent between May 31, 2004 and April 24, 2007 **(**Poovala Decl. ¶ 41, Exhs. L1-L48**)** identifying any specific material on Google's cache as infringing.

                                                              :
                                         Initials of Preparer       SMO

---

[1] Docket No. 458 and related filings.