O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) <br> Consolidated with Case No. CV 05-4753 AHM (SHx)* | Date | July 28, 2010 |
|---|---|---|---|
| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:                Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

  The Court DENIES without prejudice Google's Motion for Leave to Take Additional Depositions.[1]  The motion focused primarily on the claimed need to question nine models in light of the plaintiff's right of publicity claims, which were allegedly assigned to it by those models.  Three of the models (Nataskia Maren, Amy Weber and Amber Smith) were subsequently questioned at depositions conducted in November 2009, according to papers filed in connection with Perfect 10's pending motion for an injunction.  Moreover, this case has been narrowed substantially as a result of the Court's rulings this week granting Google most of the relief against secondary copyright liability it sought under the Digital Millennium Copyright Act.  The parties scrap about many things, but the Court is confident they can reach agreement on at least some modification of the ten-witness principle in light of these developments, the soon-to-be-issued ruling on the preliminary injunction motion and common sense.

|  |  : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Dkt. No. 471.