**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 05 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PERFECT 10, INC., <br><br> Plaintiff-counter-defendant-Appellant, <br><br> v. <br><br> GOOGLE, INC., a corporation, <br><br> Defendant-counter-claimant-Appellee. | No. 10-56316 <br><br> D.C. No. 2:04-cv-09484-AHM-SH <br> Central District of California, <br> Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

A settlement conference will be held **by telephone** on **November 11, 2010, at 3:30 p.m.** The Circuit Mediator will initiate the call. The conference shall be attended by the lead attorney on each side and one or more client representatives for each side. Each client representative shall have full authority to negotiate and settle the case or shall have additional authority available by phone.

Participants should be prepared to spend up to two hours in meaningful discussions about the dispute, including their interests and goals, the obstacles to settlement, the potential adverse consequences of the case not settling, and possible potential solutions to the dispute that might be acceptable to both sides.

FOR THE COURT

By: C. Lewis Ross
Circuit Mediator

CLR/Mediation