UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

DEC 15 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PERFECT 10, INC.,

        Plaintiff-counter-defendant - Appellant,

v.

GOOGLE, INC., a corporation,

        Defendant-counter-claimant - Appellee.

No. 10-56316

D.C. No. 2:04-cv-09484-AHM-SH
U.S. District Court for Central California, Los Angeles

ORDER



The answering brief submitted on December 14, 2010 is filed.

Within 7 days of this order, appellee is ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

        FOR THE COURT:

        Molly C. Dwyer
        Clerk of Court

        Wayne Price
        Deputy Clerk