**FILED**

UNITED STATES COURT OF APPEALS

DEC 20 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PERFECT 10, INC.,

    Plaintiff-counter-defendant-Appellant,

v.

GOOGLE, INC., a corporation,

    Defendant-counter-claimant-Appellee.

No. 10-56316

D.C. No. 2:04-cv-09484-AHM-SH
Central District of California,
Los Angeles

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT

AUG - 3 2011

CENTRAL DISTRICT OF CALIFORNIA

    This case is released from the Mediation Program.  All further inquiries
regarding this appeal, including requests for extensions of time, should be directed
to the Clerk's office.

    Counsel are requested to contact the Circuit Mediator should circumstances
develop that warrant further settlement discussions while the appeal is pending.

                    FOR THE COURT

                    By: C. Lewis Ross
                    Circuit Mediator