Jeffrey N. Mausner (State Bar No. 122385)
Jeff@mausnerlaw.com
David N. Schultz (State Bar No. 123094)
schu1984@yahoo.com
Law Offices of Jeffrey N. Mausner
6222 Amigo Ave.
Tarzana, CA 91335
Telephone: (310) 617-8100
Facsimile:  (310) 476-8138

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>GOOGLE INC., a corporation,<br><br>     Defendant. | Case No. CV 04-9484 AHM (SHx)<br><br>**Before Hon. Stephen J. Hillman**<br><br>**DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S RESPONSE TO GOOGLE'S REQUEST FOR A RULING ON GOOGLE'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORY NOS. 3 AND 11**<br><br>Date:  n/a<br>Time:  n/a<br>Place:  Courtroom 550 (Roybal)<br><br>Discovery Cut-Off Date:  May 1, 2012<br>Pretrial Conference Date: January 14, 2013<br>Trial Date: January 28, 2013 |

## DECLARATION OF DR. NORMAN ZADA

I, Norman Zada, declare as follows:

1.      I make this declaration in support of Perfect 10's Response to Google's request for a ruling regarding its motion to compel responses to Interrogatory Nos. 3 and 11.  Except where otherwise stated, I have direct and personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.  Each of the documents attached to this declaration is a true and correct copy of a document that I created or printed from the Internet on the date shown in the document, except that the live links were removed.

2.      I am President of Plaintiff Perfect 10, Inc. ("Perfect 10").  After receiving a Ph.D. in Operations Research from the University of California at Berkeley, I worked as a research staff member in the main computer science department at IBM, and subsequently taught as a visiting professor in the area of applied mathematics at Stanford University, UCLA, Columbia University, and UC Irvine.  I have been involved in every aspect of this case.  I have created and sent to Google all of the DMCA notices mentioned in this declaration.

3.      Attached as Exhibit 1 is a complete Perfect 10 DMCA notice, which Perfect 10 sent to Google on November 8, 2011.  The notice identified the infringements of Perfect 10's copyrighted images ("P10 Images") in several different ways.  On the left side of page 4 of Exhibit 1, Perfect 10 provided a copy of the infringing Google thumbnail.  Next to that thumbnail, Perfect 10 provided three URLs. The first URL, found next to the word "Image," is the Image URL that Google requests for column 3 of its spreadsheet.  The second URL, found next to the word "Site," is the Web Page URL that Google requests.  The third URL, found under the image next to the word "Thumbnail," is the URL for that Google thumbnail.  In addition, Perfect 10 provided the URL to the authorized image on perfect10.com in a red text box.  This is the same information that Google requests for column 1 of its spreadsheet.  The date of the infringement, 11/8/2011, is shown in the upper right.  The

date of the notice is also provided on page 1 of the notice.  This notice provides the information Google seeks for columns 1, 3, 4, and 5 of its spreadsheet, and was very easy to process.  The links in the notice were live and could be copied without error using Adobe's copy link function.  Google had a copy of the infringing image, the location of the infringing image, and the location of the authorized image on perfect10.com.  Google has, however, claimed that the notice is deficient under the DMCA, even though it very closely follows the guidelines set forth by Judge Matz in his July 26, 2010 Summary Judgment ruling.

4.      Attached as Exhibit 2 is a portion of a larger DMCA notice that Perfect 10 sent to Google on November 30, 2010.  This notice was also extremely easy for Google to process.   Each of the thumbnails had the Image URL and the Web page URL which Google requests, embedded in it, which could be copied using Adobe's copy link function.  Google was provided with a copy of the infringing image, the location of the infringing image, as well as the magazine volume and page number in which the authorized image appeared.  Also, because all of the infringing images came from the same infringing webpages of mysecond-life.com, Google could have blocked all 69 infringing images simply by blocking a few web page URLs.  Google did not need to individually block 69 Image URLs.  Google has claimed that this second notice, despite all of its obvious advantages, is deficient as well.

**GOOGLE'S REQUEST IS COMPLETELY UNNECESSARY AND UNWORKABLE**

5.      As explained above, Perfect 10's DMCA notices clearly identified the infringing images, by providing actual copies of those images, along with the relevant live links giving the location of the infringing images.  **It is simply not necessary to create the spreadsheet that Google requests, because the infringing images have already been identified by Perfect 10's DMCA notices.**  Furthermore, it is far better to identify the infringement by providing both the infringing image and the infringing URL together, as Perfect 10 has done, rather than by just providing the URL without

the image, as Google requests.  Providing the URL without the image results in a loss of critical information.   Furthermore, Perfect 10's Model Database already provides more information than that sought by Google's proposed spreadsheet.  The Model Database simultaneously provides the authorized image together with its copyright registration number.  Google's spreadsheet would merely provide the copyright registration number.  In other words, the way in which Perfect 10 identified the infringements is superior to Google's spreadsheet in every respect.

**PERFECT 10 CANNOT CREATE THE SPREADSHEET GOOGLE REQUESTS WITHOUT IMAGE RECOGNITION**

6.     Google asks that Perfect 10 go through each of 2,230 DMCA notices, which in total, attached hundreds of thousands of infringing images, and do the following: First, for each of hundreds of thousands of images, Google asks that Perfect 10 replace what it provided, which was the image with the infringing URL, and instead provide just the infringing URL.  As explained above, this process would result in a loss of information and is pointless.  Second, Google asks that Perfect 10 look up the copyright registration for each of the hundreds of thousands of images attached to its notices, and place that copyright registration number in Google's spreadsheet as well.  Perfect 10 cannot look up the copyright registration numbers for hundreds of thousands images, as it does not have image recognition capability.  I estimate that it would take Perfect 10 at least five minutes per image to perform this lookup and fill in the rest of the spreadsheet, if it were even possible to do so.  So for every 100,000 images, this pointless assignment would take a Perfect 10 employee at least three years.  Google has image recognition capability and could rapidly perform this lookup if it wished to do so.  Perfect 10 cannot.

**OTHER PROBLEMS WITH GOOGLE'S SPREADSHEET**

7.     Unlike most of Perfect 10's DMCA notices, which capture the infringement as it actually occurred on Google's own website (see for example, Exhibit 2), and identify the infringing images as well, Google's spreadsheet does

Declaration of Dr. Norman Zada Re Perfect 10's Response to
Google's Request for a Ruling on Google's Motion to Compel

neither.  Google's spreadsheet simply provides a list of infringing URLs from third party infringing websites.  One cannot see, from the spreadsheet, what image was infringed.  The URLs in Google's proposed spreadsheet at one time identified infringements on third party websites.  Those URLs may be down, or the images they identify may have either changed, or been moved to a different URL.  For example, infringing websites such as intporn.com, move the infringing images to a different web page as new infringing images are added.  Attached as page 1 of Exhibit 3, is the current Google search result for the search: site:intporn.com Alison Ledbury.  The first result that Google provides, links to page 2461 of a thread in intporn.com.  Attached as page 2 of Exhibit 3, is a portion of the web page I obtained on January 11, 2011, by clicking on Google's corresponding cache link.  This page shows that when that cache link was created, a link to Perfect 10 images of Alison Ledbury was on page 2461 of that thread on intporn.com.  Page 3 of Exhibit 3, shows that on January 11, 2011, that link has been moved to page 2537 of the thread.  In other words, because the images on intporn.com are moved to different web pages as new images are added, the current URL provided by Google, to page 2461, is now linking to the wrong web page.  Consequently, listing URLs without providing copies of the infringing web pages is much less useful than the information Perfect 10 has provided.  Furthermore, many of Perfect 10's copyrighted images have never appeared in either Perfect 10 Magazine or on its website, as they were assigned to Perfect 10 by third-party photographers.  Thus Perfect 10 could not even fill in much of column 1.

8.     **Google's requested spreadsheet is completely unworkable for web search notices.**   Attached as Exhibit 4 is an example of a Perfect 10 Web Search notice.  The Google cache link shown at the top of page three of the notice, shows that Google provided a direct link to the infringing web page.  The notice identifies the infringing webpage URL as http://forum.phun.org/showthread.php?t=86066&highlight =sophie+howard &page=21**.**  Perfect 10 provided a copy of the actual infringing web page showing 107 infringing Perfect 10 copyrighted images.  Because the notice was

created using Adobe, the notice also contained a live URL for each of the 107 P10 Images.  For this notice, Google would ask Perfect 10 to provide the web page URL listed above in column 3.  Google would then ask Perfect 10 to look up and list 107 image URLs to perfect10.com or magazine volume and page numbers in Perfect 10 Magazine in Column 1, with their associated copyright registration numbers in column 2.  However, even if this could be done, Google would not know from the spreadsheet, which copyright registration numbers correspond to which images on that webpage.  So this exercise would be a complete waste of time.  Providing Google with copies of the infringing webpages, as Perfect 10 has already done, is the best way to identify such infringements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 11th day of January, 2012 in Los Angeles County, California.

NORMAN ZADA

**Declaration of Dr. Norman Zada**

# Exhibit 1

**Subject:** DMCA Notice
**From:** Norman Z <normanz@earthlink.net>
**Date:** 11/8/2011 4:56 PM
**To:** DMCA-agent@google.com
**BCC:** Melanie Poblete <melanie@perfect10.com>

Dear Ms. Poovala,

Attached please find a Perfect 10 DMCA notice.

Please contact me if you have any questions.


Sincerely,


Norm Zada, Ph.D.

310-476-0700

—Attachments:—

DMCA Notice 11 8 2011 April Meents.pdf                               117 KB

Exh. 1, Pg. 1

November 8, 2011


Dear Ms. Poovala,


Attached is a DMCA notice that contains the same information required by your Image Form, along with a copy of the infringing image.  The infringing image looks virtually identical to the authorized image on perfect10.com.   The first URL is the Image URL that Google requests.  The second URL is the webpage URL that Google requests.  On the left side at the top, is the search term that was used.  The bottom URL is the URL for Google's thumbnail.  I have also included in a text box, the URL to the image on perfect10.com.


Perfect 10 owns exclusive rights to all of the images identified in this notice.  No one else is authorized to use these images in any way.  Under no circumstances is Google authorized to copy, store, display, place ads around, or link to any such images of any size.  Please use your powerful image recognition capability to remove all such images from your Image Search results, your servers, and please stop placing ads on websites which offer copies of these images of any size.  Perfect 10 also owns exclusive rights to any image that displays a Perfect 10 copyright notice.  No one else is authorized to use any image that displays a Perfect 10 copyright notice under any circumstances.  Please use your image recognition (or character recognition) to stop copying, displaying, hosting, linking to, or placing ads around any image that displays a Perfect 10 copyright notice.


Most of the images in this and other Perfect 10 DMCA notices appear on perfect10.com.  Please let me know if you would like a complimentary password.


Exh. 1, Pg. 2

Please do not publish this notice, or any other Perfect 10 notice on chillingeffects.org.  By doing so, you are providing would-be infringers with the exact location of our images.

I swear under penalty of perjury that a) I have a good faith belief that the use of the Perfect 10 material in the manner complained of in this email is not authorized by the rights holder Perfect 10, its agent, or the law; b) that the information in this notification is accurate, to the best of my knowledge; and c) that I am authorized to act on behalf of Perfect 10, Inc., the owner of an exclusive right that is allegedly infringed.

Please contact me if you have any questions at all about this notice.  If you do not believe that this notice is compliant under the DMCA, please explain how it can be altered to become compliant.

Sincerely,

*s /Norm Zada, Ph.D./*

Norm Zada, Ph.D.

Perfect 10, Inc.

310-476-0700

P.O. Box 3398

Beverly Hills, CA 90212

Fax: 310-476-8138

normanz@earthlink.net

**GOOGLE Images**

## 4 results for <u>April Meents</u>

*11/8/2011*

---

**1**



Search string: **April Meents**
Image <u>http://193.68.27.20/PICTURES/Women/125_DeathSCP_April_Dawn_Meents_02.jpg</u>
Site <u>http://193.68.27.20/PICTURES/Women/</u>
Image Info: 764x1070 Size: 396Kb

http://sb3isbcxt94.members.perfect10.com/index.php?
load=gallery&action=view&name=April_Meents&f=April_
Meents_31.jpg

Thumbnail <u>http://t0.gstatic.com/images?q=tbn:ANd9GcQz7ed7iwzzANUgb1oiOsd2h76A5iXwGEnSU5ywPq5vMoIVw9xxaDe0b_w</u>

---

**2**



Search string: **April Meents**
Image <u>http://193.68.27.20/PICTURES/Women/112_DeathSCP_April_Dawn_Meents_01.jpg</u>
Site <u>http://193.68.27.20/PICTURES/Women/</u>
Image Info: 758x1070 Size: 292Kb

http://sb3isbcxt94.members.perfect10.com/index.php?
load=gallery&action=view&name=April_Meents&f=April_
Meents_03.jpg

Thumbnail <u>http://t3.gstatic.com/images?q=tbn:ANd9GcRZtok7x-tkqQ4uWvPvmrpmWFNSTLAJ3tVy_h7Gg3hWW224nw9DI6_RXxo</u>

---

**3**



Search string: **April Meents**
Image <u>http://members.fortunecity.com/comtecapulet/219ad440.jpg</u>
Site <u>http://members.fortunecity.com/comtecapulet/id89.htm</u>

http://sb3isbcxt94.members.perfect10.com/index.php?
load=gallery&action=view&name=April_Meents&f=April_Mee
nts_01.jpg

Thumbnail <u>http://t0.gstatic.com/images?q=tbn:ANd9GcQUtkjb68EqDHeAu9u-sDm5BQ4FA7hsIiMIVuKvzKC7H9c8VfIM8B-_Wmc</u>

---

**4**



Search string: **April Meents**
Image <u>http://members.fortunecity.com/comtecapulet/212ac440.jpg</u>
Site <u>http://members.fortunecity.com/comtecapulet/id88.htm</u>

http://sb3isbcxt94.members.perfect10.com/index.php?
load=gallery&action=view&name=April_Meents&f=April_
Meents_02.jpg

Thumbnail <u>http://t2.gstatic.com/images?q=tbn:ANd9GcQV5_5qmzIWlMGCJGGK8F83EaSZzE3J5iWU8xD_7UiZ_s3ZLnrvgSiAp8uy</u>

---

Exh. 1, Pg. 4

**Declaration of Dr. Norman Zada**

# Exhibit 2

Search settings | Sign in



site:mysecond-life.com "Isabelle Funaro"    Search    SafeSearch off ▼

About 101 results (0.21 seconds)    Advanced search

**Everything**

**Images**

**More**

Any size
Large
Medium
Icon
Larger than...
Exactly...

Any type
Face
Photo
Clip art
Line drawing

Any color
Full color
Black and white



P10 Vol 6, No. 5, page 52

**Isabelle Funaro** nue »
664 × 1000 - 97k - jpg
mysecond-life.com




P10 Vol 4, No. 3, page 33

**Isabelle Funaro** nue »
624 × 1000 - 90k - jpg
mysecond-life.com




P10 Vol 6, No. 5, page 50

**Isabelle Funaro** nue »
664 × 1000 - 76k - jpg
mysecond-life.com



P10 Vol 3, No. 1, page 12

**Isabelle Funaro** nue »
485 × 730 - 62k - jpg
mysecond-life.com



P10 Vol 6, No. 5, page 53

**Isabelle Funaro** nue »
664 × 1000 - 108k - jpg
mysecond-life.com



P10 Vol 6, No. 5, page 50

**Isabelle Funaro** nue »
485 × 730 - 55k - jpg
mysecond-life.com



P10 Vol 3, No. 1, cover

**Isabelle Funaro** nue »
542 × 704 - 64k - jpg
mysecond-life.com




P10 Vol 3, No. 1, page 7

**Isabelle Funaro** nue »
800 × 531 - 71k - jpg
mysecond-life.com



P10 Vol 3, No. 1, page 6



P10 Vol 6, No. 5, page 54

**Isabelle Funaro** nue »
664 × 1000 - 64k - jpg
mysecond-life.com

Exh. 2, Pg. 1



P10 Vol 3, No. 1, page 8

**Isabelle Funaro** nue »
485 × 730 - 41k - jpg
mysecond-life.com



P10 Vol 3, No. 1, page 10

**Isabelle Funaro** nue »
485 × 730 - 50k - jpg
mysecond-life.com



**Isabelle Funaro** nue »
485 × 730 - 44k - jpg
mysecond-life.com



P10 Vol 3, No. 1, page 11

**Isabelle Funaro** nue »
485 × 730 - 58k - jpg
mysecond-life.com



P10 Vol 4, No. 3, page 32

**Isabelle Funaro** nue »
664 × 1000 - 99k - jpg
mysecond-life.com



**Isabelle Funaro** nue »
485 × 730 - 40k - jpg
mysecond-life.com



P10 Vol 6, No. 5, page 51

**Isabelle Funaro** nue »
664 × 1000 - 62k - jpg
mysecond-life.com



**Isabelle Funaro** nue »
510 × 768 - 47k - jpg
mysecond-life.com



P10 Vol 6, No. 5, page 55

**Isabelle Funaro** nue »
664 × 1000 - 60k - jpg
mysecond-life.com



**1** 2 3 4 5     **Next**

site:mysecond-life.com "Isabelle Funaro"    | Search |

Exh. 2, Pg. 2

Google

site:mysecond-life.com "Isabelle Funaro"    Search    SafeSearch off ▼

Page 2 of about 92 results (0.39 seconds)                    Advanced search

- **Everything**
- **Images**
- **More**

**Any size**
Large
Medium
Icon
Larger than...
Exactly...

**Any type**
Face
Photo
Clip art
Line drawing

**Any color**
Full color
Black and white


**Isabelle Funaro** nue
130 × 130 - 9k - jpg
mysecond-life.com


**Isabelle Funaro** nue
130 × 130 - 7k - jpg
mysecond-life.com


**Isabelle Funaro** nue
130 × 130 - 7k - jpg
mysecond-life.com


**Isabelle Funaro** nue
130 × 130 - 6k - jpg
mysecond-life.com


**Isabelle Funaro** nue
130 × 130 - 8k - jpg
mysecond-life.com


**Isabelle Funaro** nue
130 × 130 - 6k - jpg
mysecond-life.com


**Isabelle Funaro** nue
130 × 130 - 6k - jpg
mysecond-life.com


**Isabelle Funaro** nue
130 × 130 - 6k - jpg
mysecond-life.com


**Isabelle Funaro** nue
130 × 130 - 7k - jpg
mysecond-life.com


**Isabelle Funaro** nue
130 × 130 - 7k - jpg
mysecond-life.com


**Isabelle Funaro** nue
130 × 130 - 8k - jpg
mysecond-life.com


**Isabelle Funaro** nue
130 × 130 - 6k - jpg
mysecond-life.com

Exh. 2, Pg. 3

Case 2:04-cv-09484-AHM-SH   Document 1065   Filed 01/13/12   Page 16 of 40   Page ID #:22740



**Isabelle Funaro** nue
130 × 130 - 7k - jpg
mysecond-life.com



**Isabelle Funaro** nue
130 × 130 - 7k - jpg
mysecond-life.com



**Isabelle Funaro** nue
130 × 130 - 6k - jpg
mysecond-life.com

**Isabelle Funaro** nue
130 × 130 - 6k - jpg
mysecond-life.com

**Isabelle Funaro** nue
130 × 130 - 7k - jpg
mysecond-life.com

**Isabelle Funaro** nue
130 × 130 - 9k - jpg
mysecond-life.com



**Previous**   1 **2** 3 4 5 6   **Next**

site:mysecond-life.com "Isabelle Funaro"    Search

Google Images Home    Report Offensive Images    Help

Google Home    Advertising Programs    Business Solutions    Privacy    About Google

Exh. 2, Pg. 4

site:mysecond-life.com "Isabelle Funaro" - Google Search

Web **Images** Videos Maps News Shopping Gmail more▼    Case 2:04-cv-09484-AHM-SH    Document 1065    Filed 01/13/12    Page 17 of 40    Page ID #:22741    Search settings | Sign in



site:mysecond-life.com "Isabelle Funaro"    Search    SafeSearch off ▼

Page 3 of about 101 results (0.35 seconds)    Advanced search

**Everything**

**Images**

**More**

**Any size**
Large
Medium
Icon
Larger than...
Exactly...

**Any type**
Face
Photo
Clip art
Line drawing

**Any color**
Full color
Black and white



**Isabelle Funaro** nue
130 × 130 - 8k - jpg
mysecond-life.com



**Isabelle Funaro** nue
130 × 130 - 7k - jpg
mysecond-life.com



**Isabelle Funaro** nue
130 × 130 - 6k - jpg
mysecond-life.com



**Isabelle Funaro** nue
130 × 130 - 7k - jpg
mysecond-life.com

**Isabelle Funaro** nue
130 × 130 - 7k - jpg
mysecond-life.com



P10 Vol 3, No. 1, page 9

IsabelleFunaro11.
485 × 730 - 44k - jpg
mysecond-life.com



P10 Vol 3, No. 1, page 13

IsabelleFunaro22.
485 × 730 - 70k - jpg
mysecond-life.com

P10 Vol 4, No. 3, page 38

IsabelleFunaro12.
485 × 730 - 39k - jpg
mysecond-life.com



IsabelleFunaro20.
664 × 1000 - 102k - jpg
mysecond-life.com

Exh. 2, Pg. 5

site:mysecond-life.com "Isabelle Funaro" - Google Search







IsabelleFunaro16.
485 × 730 - 49k - jpg
mysecond-life.com

IsabelleFunaro01-230x300.
230 × 300 - 27k - jpg
mysecond-life.com

IsabelleFunaro06-199x300.
199 × 300 - 16k - jpg
mysecond-life.com







IsabelleFunaro08-199x300.
199 × 300 - 13k - jpg
mysecond-life.com

IsabelleFunaro14-300x199.
300 × 199 - 21k - jpg
mysecond-life.com

IsabelleFunaro07-199x300.
199 × 300 - 18k - jpg
mysecond-life.com







IsabelleFunaro03-199x300.
199 × 300 - 18k - jpg
mysecond-life.com

IsabelleFunaro10-199x300.
199 × 300 - 15k - jpg
mysecond-life.com

IsabelleFunaro05-199x300.
199 × 300 - 16k - jpg
mysecond-life.com

site:mysecond-life.com "Isabelle Funaro"    Search

Google Images Home    Report Offensive Images    Help

Google Home    Advertising Programs    Business Solutions    Privacy    About Google

Exh. 2, Pg. 6



Web  **Images**  Videos  Maps  News  Shopping  Gmail  more ▼

Search settings | Sign in

site:mysecond-life.com "Isabelle Funaro"   [Search]   SafeSearch off ▼

Page 4 of about 101 results (0.05 seconds)                    Advanced search

**Everything**


📷 **Images**

▼ **More**

**Any size**
Large
Medium
Icon
Larger than...
Exactly...

**Any type**
Face
Photo
Clip art
Line drawing

**Any color**
Full color
Black and white



IsabelleFunaro04-199x300.
199 × 300 - 18k - jpg
mysecond-life.com



IsabelleFunaro23-199x300.
199 × 300 - 21k - jpg
mysecond-life.com



IsabelleFunaro09-199x300.
199 × 300 - 15k - jpg
mysecond-life.com



IsabelleFunaro21-199x300.
199 × 300 - 20k - jpg
mysecond-life.com



IsabelleFunaro12-199x300.
199 × 300 - 14k - jpg
mysecond-life.com



P10 Vol 6, No. 5, page 53

IsabelleFunaro18-199x300.
199 × 300 - 21k - jpg
mysecond-life.com



IsabelleFunaro13-199x300.
199 × 300 - 14k - jpg
mysecond-life.com



IsabelleFunaro17-199x300.
199 × 300 - 19k - jpg
mysecond-life.com



IsabelleFunaro20-199x300.
199 × 300 - 23k - jpg
mysecond-life.com

Exh. 2, Pg. 7

IsabelleFunaro11-199x300.
199 × 300 - 16k - jpg
mysecond-life.com

IsabelleFunaro16-199x300.
199 × 300 - 16k - jpg
mysecond-life.com

IsabelleFunaro22-199x300.
199 × 300 - 22k - jpg
mysecond-life.com

IsabelleFunaro15-199x300.
199 × 300 - 17k - jpg
mysecond-life.com

IsabelleFunaro02-199x300.
199 × 300 - 16k - jpg
mysecond-life.com

P10 Vol 4, No. 3, page 33

IsabelleFunaro19-187x300.
187 × 300 - 19k - jpg
mysecond-life.com

mysecond-life.com

mysecond-life.com

mysecond-life.com

site:mysecond-life.com "Isabelle Funaro"   [Search]

Google Images Home     Report Offensive Images     Help

Google Home     Advertising Programs     Business Solutions     Privacy     About Google

Exh. 2, Pg. 8

**Declaration of Dr. Norman Zada**

# Exhibit 3



+You   **Search**   Images   Videos   Maps   News   Shopping   Gmail   More ▾              Sign in   ⚙



site:intporn.com Alison Ledbury                                    Search        SafeSearch is off

Results **1** - **2** of **2** from **intporn.com** for **Alison Ledbury**.            Advanced Search

**Everything**

▾ **More**

Show options...

| Web |
| --- |

**Models and Babes - Page 2461 - intporn.com - free porn forums**
0, 831. Thumbs up. alison, hq, ledbury, perfect10 [Perfect10] **Alison Ledbury** [HQ] ·
pornogratis. 04-04-2008 10:13 AM by pornogratis · Go to last post · 0, 739 **...**
www.intporn.com/forums/models-babes/index2461.html - Cached - Similar

**Models and Babes - Page 2465 - intporn.com - free porn forums**
0, 831. Thumbs up. alison, hq, ledbury, perfect10 [Perfect10] **Alison Ledbury** [HQ] ·
pornogratis. 04-04-2008 09:13 AM by pornogratis · Go to last post · 0, 739 **...**
www.intporn.com/forums/models-babes/index2465.html - Cached - Similar

*In response to a complaint we received under the US Digital Millennium
Copyright Act, we have removed 1 result(s) from this page. If you wish, you
may read the DMCA complaint that caused the removal(s) at
ChillingEffects.org.*

**Ledbury**                                                                    Ads
Fine Tailored Men's Shirts. Garden & Gun Magazine Winner. Shop Now!
www.taigan.com/**Ledbury**

site:intporn.com Alison Ledbury                                    Search

Search Help

Google Home    Advertising Programs    Business Solutions    Privacy
About Google

Exh. 3, Pg. 1

http://www.google.com/search?q=site:intporn.com+Alison+Ledbury&num=100&hl=en&safe=off&prmd=imvnso&filter=0&biw=1280&bih=831[1/11/2012 11:32:47 AM]



Exh. 3, Pg. 2



Models and Babes - Page 2537 - intporn.com - free porn forums - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools

http://www.intporn.com/forums/models-babes/index2537.html

Most Visited   Getting Started

Models and Babes - Page 2537 - intp...

| | | [Silk]Green beauty good taste like sugar-coated paper charged in the Cup[99P]<br>PornoFeeds | | 04-29-2008 02:00 PM<br>by PornoFeeds | 0 | 396 |
| | | [Club]sayaka OL take office copier and table corner masturbate [220P]<br>PornoFeeds | | 04-29-2008 02:00 PM<br>by PornoFeeds | 0 | 598 |
| | | jessie v Posing(x97)<br>Herozzz | | 04-19-2008 11:25 PM<br>by Herozzz | 1 | 686 |
| | | Sunrise Adams<br>wtfiswrong | | 04-14-2008 01:28 AM<br>by wtfiswrong | 0 | 932 |
| | | a good girl ~ ass<br>kite1109 | | 04-12-2008 01:15 PM<br>by kite1109 | 0 | 645 |
| | | my girlfriend~<br>kite1109 | | 04-12-2008 01:13 PM<br>by kite1109 | 0 | 828 |
| | | [Perfect10] Eva Yakovleva<br>pornogratis | | 04-04-2008 10:30 AM<br>by pornogratis | 0 | 2,261 |
| | | [Perfect10] Yana Cova - Milk<br>pornogratis | | 04-04-2008 10:30 AM<br>by pornogratis | 0 | 1,281 |
| | | [Perfect10] Andrea Krumlova - black lingerie<br>pornogratis | | 04-04-2008 10:30 AM<br>by pornogratis | 0 | 1,390 |
| | | [Perfect10] Zuzana Drabinova<br>pornogratis | | 04-04-2008 10:30 AM<br>by pornogratis | 0 | 1,071 |
| | | [Perfect10] Olivia Makowska<br>pornogratis | | 04-04-2008 10:30 AM<br>by pornogratis | 0 | 1,339 |
| | | [Perfect10] Rajsova Stanislava<br>pornogratis | | 04-04-2008 10:30 AM<br>by pornogratis | 0 | 4,248 |
| | | [Perfect10] Julia P<br>pornogratis | | 04-04-2008 10:13 AM<br>by pornogratis | 0 | 1,167 |
| | | [Perfect10] Jarosova Katka [HQ]<br>pornogratis | | 04-04-2008 10:13 AM<br>by pornogratis | 0 | 1,091 |
| | | [Perfect10] Irina Voronina<br>pornogratis | | 04-04-2008 10:13 AM<br>by pornogratis | 0 | 969 |
| | | [Perfect10] Erica Campbell<br>pornogratis | | 04-04-2008 10:13 AM<br>by pornogratis | 0 | 837 |
| | | [Perfect10] Alison Ledbury [HQ]<br>pornogratis | | 04-04-2008 10:13 AM<br>by pornogratis | 0 | 746 |
| | | [Perfect10] Zoya Konyieva [HQ]<br>pornogratis | | 04-04-2008 10:13 AM<br>by pornogratis | 0 | 2,465 |

New Thread

Page 2537 of 2544   « First   <   1537   2037   2437   2487   2512   2531   2532   2533   2534   2535   2536   **2537**   2538   2539   2540   2541   2542   2543   >   Last »

Display Options

Done

**Declaration of Dr. Norman Zada**

# Exhibit 4

**Subject:** DMCA Notice
**From:** Norman Z <normanz@earthlink.net>
**Date:** Fri, 16 Oct 2009 22:22:14 -0700
**To:** DMCA Agent <dmca-agent@google.com>

October 16, 2009


Shantal Rands Poovala

Consumer Products Legal Support

Google

1600 Amphitheatre Pkwy

Mountain View, CA 94043

By Email


Dear Mrs. Poovala:


The following is a DMCA notice.


In quite a few cases, Google's web search results link directly to web pages containing large numbers of Perfect 10 copyrighted images.  Attached is one such example.  I have used a Google cache page to illustrate because it shows that the infringing web page is being directly linked to in Google's Web Search results.  All of the images on the attached page, other than images in advertising banners are copyrighted by Perfect 10.

October 16, 2009


Is this attachment sufficient for Google to remove any search results that link to this web page and to block all the images on the web page from appearing in Google Image Search results, or is more information needed, and if so, what?


Also, if this does not constitute a compliant DMCA notice in Google's opinion, please tell me exactly what does.  Please do not simply refer me to your DMCA instructions as you have done before.  Those instructions do not provide an actual example of what Google would consider to be a compliant notice for this situation, which is what I am requesting.

As I assume you know, the Adobe program that we use (Adobe Acrobat Professional) has a URL extraction feature which will allow you to extract URLs at the rate of approximately 300 URLs an hour, error-free.  Finally, Adobe preserves the image URLs as well, which are available by right clicking on any particular image.

I swear under penalty of perjury that a) I have a good faith belief that the use of the Perfect 10 copyrighted material in the manner complained of in this notice is not authorized by the copyright holder Perfect 10, its agent, or the law, b) that the information in this notification is accurate, to the best of my knowledge, and c) that I am authorized to act on behalf of Perfect 10, Inc. the owner of the exclusive rights in the material which is being infringed.

Please contact me if you have any questions at all about this notice, or if you need additional information to process it. If I do not hear from you, I will assume that the notice provides sufficient information for Google to locate the infringing material.

Sincerely,

/Norman Zada/

Norm Zada, Ph.D.

Perfect 10, Inc.

800-606-6639

P.O. Box 3398

Beverly Hills, CA 90212

Fax: 310-205-9644

normanz@earthlink.net <mailto:normanz@earthlink.net>

_Perfect 10_ - The Pleasure Principle - Another Perfect 10 Magazine Thread - Page 21 - The phun.org forum - new world of entertainment!.pdf

"Perfect 10" - The Pleasure Principle - Another Perfect 10 Magazine Thread - Page 21 - The phun.org forum - new world of entertainment!

Case 2:04-cv-09484-AHM-SH   Document 1065   Filed 01/13/12   Page 28 of 40   Page ID #:22752

This is Google's cache of http://forum.phun.org/showthread.php?t=86066&highlight=sophie+howard&page=21. It is a snapshot of the page as it appeared on Aug 14, 2009 07:17:49 GMT. The current page could have changed in the meantime. Learn more

These terms only appear in links pointing to this page: **86066**

Text-only version

# phun.org
GIRLS JUST WANNA HAVE IT !

The phun.org forum - new world of entertainment! > Model Section > Model Forum
"Perfect 10" - The Pleasure Principle - Another Perfect 10 Magazine Thread

User Name [User Name]  ☑Remember Me?
Password [          ]  [ Log in ]

| FAQ | Members List | Social Groups | Calendar | Mark Forums Read |

Page 21 of 47   « First   <   11  19  20  **21**  22  23  31   >   Last »

Thread Tools

---

☐ 01-30-2008, 09:31 PM

**Bald Eagle**
Bukkake, please?

Join Date: Dec 2007
Posts: 16
Thanks: 50
Thanked 4 Times in 3 Posts

Great threads... keep coming, please.

---

**The Following 2 Users Say Thank You to Bald Eagle For This Useful Post:**

gravdal123 (04-23-2008), mikerussell@mweb.co.za (11-09-2008)

---

☐ 01-31-2008, 11:14 AM

**theslayer**
Slayer of Dragons and Protector of Princesses

Join Date: Dec 2005
Location: Inside Her.
Posts: 8,150
Thanks: 4,008
Thanked 25,745 Times in 4,364 Posts

Andrea Stefanson

**Andrea Stefanson**

Exh. 4, Pg. 3

Case 2:04-cv-09484-AHM-SH   Document 1065   Filed 01/13/12   Page 29 of 40   Page ID #:22753

◻ 02-01-2008, 08:57 AM



**theslayer**
Slayer of dragons and
Protector of since



Join Date: Dec 2005
Location: Inside Her.
Posts: 8,150
Thanks: 4,008
Thanked 25,745 Times in 4,364 Posts

▤ Laura McCarthy

**Laura McCarthy**





REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

Exh. 4, Pg. 4

Case 2:04-cv-09484-AHM-SH   Document 1065   Filed 01/13/12   Page 30 of 40   Page ID #:22754



    

  

| The Following 9 Users Say Thank You to theslayer For This Useful Post: | afterhours (02-01-2008), Cortez (07-13-2008), faberic (02-01-2008), gotham84 (02-02-2008), gravdal123 (04-23-2008), mikerussell@mweb.co.za (11-09-2008), silkmaze (02-09-2008), sozavac (07-27-2008), Thomas1234 (03-25-2008) |
|---|---|

02-01-2008, 03:16 PM

**theslayer**
Slayer of Dragons and
Protector of Princesses

Join Date: Dec 2005
Location: Inside Her.
Posts: 8,150
Thanks: 4,008
Thanked 25,745 Times in 4,364 Posts

**Maria Krapivina**

**Maria Krapivina**

Exh. 4, Pg. 5

http://74.125.155.132/...066%26highlight%3Dsophie%2Bhoward%26page%3D21+site:phun.org+86066&cd=128&hl=en&ct=clnk&gl=us&client=firefox-a[10/16/2009 9:32:52 PM]



**REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER**



    



Exh. 4, Pg. 6

"Perfect 10" - The Pleasure Principle - Another Perfect 10 Magazine Thread - Page 21 - The phun.org forum - new world of entertainment!

Case 2:04-cv-09484-AHM-SH   Document 1065   Filed 01/13/12   Page 32 of 40   Page ID #:22756



| The Following 11 Users Say Thank You to theslayer For This Useful Post: | bagelkiller (02-01-2008), Cortez (07-13-2008), faberic (02-03-2008), gotham84 (02-02-2008), gravdal123 (04-23-2008), lazarus long (06-15-2009), mikerussell@mweb.co.za (11-10-2008), silkmaze (02-09-2008), smi (02-02-2008), sozavac (07-27-2008), Thomas1234 (03-25-2008) |
| --- | --- |

☐ 02-01-2008, 09:01 PM

**CyrusDaVirus**
Post Pimp



Join Date: Mar 2007
Posts: 569
Thanks: 426

this thread is a treasure throve

REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

Exh. 4, Pg. 8

"Perfect 10" - The Pleasure Principle - Another Perfect 10 Magazine Thread - Page 21 - The phun.org forum - new world of entertainment!

Case 2:04-cv-09484-AHM-SH   Document 1065   Filed 01/13/12   Page 34 of 40   Page ID #:22758

Thanked 103 Times in 97 Posts



| The Following 3 Users Say Thank You to CyrusDaVirus For This Useful Post: | gravdal123 (04-23-2008), mikerussell@mweb.co.za (11-10-2008), theslayer (02-02-2008) |

02-02-2008, 11:53 AM

**theslayer**
Slayer of Dragons and Protector of Princesses



Join Date: Dec 2005
Location: Inside Her.
Posts: 8,150
Thanks: 4,008
Thanked 25,745 Times in 4,364 Posts

**Leilani Dowding**

Quote:
> Originally Posted by **CyrusDaVirus**
> *this thread is a treasure throve*

Thx, CyrusDaVirus. 'glad you're enjoying the party.

**Leilani Dowding**





Exh. 4, Pg. 9

Exh. 4, Pg. 10

"Perfect 10" - The Pleasure Principle - Another Perfect 10 Magazine Thread - Page 21 - The phun.org forum - new world of entertainment!

Case 2:04-cv-09484-AHM-SH   Document 1065   Filed 01/13/12   Page 36 of 40   Page ID #:22760





| The Following 17 Users Say Thank You to theslayer For This Useful Post: | breaker (02-09-2008), Cortez (07-13-2008), faberic (02-03-2008), Formula_1 (02-02-2008), gravdal123 (04-23-2008), hochbyes (08-10-2009), huffy123 (08-13-2008), iloki (02-03-2008), lazarus long (06-15-2009), MalaSuerte (09-04-2008), mikerussell@mweb.co.za (11-10-2008), pigger (02-02-2008), Shike (02-03-2008), silkmaze (02-09-2008), smi (02-02-2008), sozavac (07-27-2008), woaini (03-03-2008) |
|---|---|

02-02-2008, 04:12 PM

**gotham84**
..this is the place to be

Join Date: Nov 2004
Posts: 6,944
Thanks: 4,013
Thanked 1,021 Times in 918 Posts

Great updates...as always.
Thanks a mil.

Exh. 4, Pg. 11

"Perfect 10" - The Pleasure Principle - Another Perfect 10 Magazine Thread - Page 21 - The phun.org forum - new world of entertainment!

Case 2:04-cv-09484-AHM-SH   Document 1065   Filed 01/13/12   Page 37 of 40   Page ID

**The Following 3 Users Say Thank You to gotham84 For This Useful Post:**

gravdal123 (04-23-2008), mikerussell@mweb.co.za (11-10-2008), theslayer (02-02-2008)

---

02-02-2008, 05:24 PM



**pigger**
Nadine Coyle's sex slave



Join Date: Jul 2007
Location: Face burried between Keeley's breasts
Posts: 5,596
Thanks: 6,827
Thanked 3,326 Times in 1,504 Posts

wowie! Leilani is gorgeous

**The Following 3 Users Say Thank You to pigger For This Useful Post:**

gravdal123 (04-23-2008), mikerussell@mweb.co.za (11-10-2008), theslayer (02-03-2008)

---

02-02-2008, 05:28 PM

**theslayer**
Slayer of Dragons and Protector of Princesses



Join Date:
Location:
Posts:
Thanks: 08
Thanked 25,745 Times in 4,364 Posts

Alessandra Correa

**Alessandra Correa**



**REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER**



Exh. 4, Pg. 12

"Perfect 10" - The Pleasure Principle - Another Perfect 10 Magazine Thread - Page 21 - The phun.org forum - new world of entertainment!

Case 2:04-cv-09484-AHM-SH   Document 1065   Filed 01/13/12   Page 38 of 40   Page ID #:22762



**The Following 12 Users Say Thank You to theslayer For This Useful Post:**

Buddy Christ (02-02-2008), Cortez (07-13-2008), faberic (02-03-2008), gotham84 (02-11-2008), gravdal123 (04-23-2008), hochbyes (08-10-2009), lazarus long (06-15-2009), MalaSuerte (09-04-2008), mikerussell@mweb.co.za (11-10-2008), silkmaze (02-09-2008), smi (02-02-2008), sozavac (07-27-2008)

---

02-02-2008, 05:39 PM

**Billy Sastard**
SWAN!



Join Date: Aug 2006

Beleive it or not, Leilani Dowding has just had a nose job.

WHY???

_____

...and you'll never walk alone...

Exh. 4, Pg. 13

"Perfect 10" - The Pleasure Principle - Another Perfect 10 Magazine Thread - Page 21 - The phun.org forum - new world of entertainment!

Case 2:04-cv-09484-AHM-SH   Document 1065   Filed 01/13/12   Page 39 of 40   Page ID
#:22763



4,364 Posts



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER



Exh. 4, Pg. 14

"Perfect 10" - The Pleasure Principle - Another Perfect 10 Magazine Thread - Page 21 - The phun.org forum - new world of entertainment!

Case 2:04-cv-09484-AHM-SH   Document 1065   Filed 01/13/12   Page 40 of 40   Page ID
#:22764







| The Following 13 Users Say Thank You to theslayer For This Useful Post: | afterhours (02-04-2008), colley_cibber (08-31-2008), Cortez (07-13-2008), faberic (02-03-2008), glakes25 (08-22-2008), gravdal123 (04-23-2008), hochbyes (08-10-2009), lazarus long (06-15-2009), mikerussell@mweb.co.za (11-10-2008), NoTalentAssclown (02-03-2008), pigger (02-04-2008), silkmaze (02-09-2008), sozavac (07-27-2008) |

**Thread Tools**

**Posting Rules** ⊗

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**



Exh. 4, Pg. 15