Name and address
Natalie H. Locke, Esq. (State Bar No. 261363)
11803 Norfield Court
Los Angeles, CA 90077
Email: nataliehlocke@yahoo.com
T: (310) 476-8231 F: (310) 476-8138

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Perfect 10, Inc. | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV04-9484 AHM (SHX) |
| v. | |
| Google, Inc. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

Perfect 10, Inc.    ☑ Plaintiff  ☐ Defendant  ☑ Other  Counter-Defendant
_Name of Party_

hereby request the Court approve the substitution of Natalie H. Locke (who enters the case immediately)
_New Attorney_

as attorney of record in place and stead of Jeffrey N. Mausner, (who remains of record until May 2, 2012 and withdraws as of that date) _Present Attorney_

Dated March 27, 2012

_Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated March 27, 2012

_Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated March 27, 2012

_Signature of New Attorney_

261363
_State Bar Number_

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)          REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY