1   JEFFREY N. MAUSNER (State Bar No. 122385)
    Mausner IP Law
2   21800 Oxnard St., Suite 910
    Woodland Hills, California 91367-3640
3   Telephone: (310) 617-8100; (818) 992-7500
    Facsimile: (818) 716-2773
4
    Attorney for Plaintiff
5   Perfect 10, Inc.

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10  PERFECT 10, INC., a California        CASE NO.  CV 04-9484 AHM (SHx)
    corporation,
11                                        SECOND AMENDED COMPLAINT
              Plaintiff,                  FOR:
12
         v.                               (1) COPYRIGHT INFRINGEMENT;
13                                        (2) TRADEMARK INFRINGEMENT
    GOOGLE, INC., a corporation; and      (FEDERAL); (3) TRADEMARK
14  DOES 1 through 100, inclusive,        DILUTION (FEDERAL);
                                          (4) UNFAIR COMPETITION;
15            Defendant.                   (5) VIOLATION OF RIGHTS OF
                                          PUBLICITY; (6) UNJUST
16                                        ENRICHMENT;
                                          (7) MISAPPROPRIATION
17

18                                        DEMAND FOR JURY TRIAL

19

20       Plaintiff Perfect 10, Inc. ("Perfect 10") avers:

21                **JURISDICTION AND VENUE**

22       1.    <u>Jurisdiction</u>. This action arises under the Copyright Act, 17 U.S.C.

23  § 101 *et seq.*, and the Lanham Act, 15 U.S.C. § 1051 *et seq.*  This Court has

24  jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331,

25  1338(a) and (b) and principles of supplemental jurisdiction.

26       2.    <u>Venue</u>. Venue is proper in this Court pursuant to 28 U.S.C. § 1391

27  (b)(2), (c), and § 1400(a).

28       3.    <u>Personal Jurisdiction</u>. Personal jurisdiction is proper over the

                              1

1   Defendants because they either reside in California or the wrongful activity at issue

2   concerns Defendants' operation of commercial businesses through which

3   Defendants knowingly transact business and enter into contracts with individuals

4   in California, including within the County of Los Angeles.  Each of the

5   Defendants, therefore, has purposefully availed itself of the privilege of doing

6   business in California, and material elements of Defendants' wrongdoing occurred

7   in this State.

8   <u>**THE PARTIES**</u>

9   4.      Plaintiff Perfect 10 is a California corporation with its principal place

10  of business in Beverly Hills, California.  Plaintiff published the popular magazine

11  PERFECT 10 and owns and operates the internet website located at <u>perfect10.com</u>,

12  which domain name Perfect 10 owns.

13  5.      Defendant Google, Inc. ("Google") is a California corporation which

14  owns and operates the internet website located at <u>google.com</u>, and has various

15  advertising operations, data storage facilities, mobile phone operations, and other

16  businesses, which among other things, either store unauthorized copyrighted

17  materials, display or distribute unauthorized copyrighted materials, assist others to

18  infringe copyright, or profit from unauthorized copyrighted materials.

19  6.      Does 1 through 100, inclusive, which are businesses owned or

20  controlled by Google which either directly or indirectly profit from and/or directly

21  or indirectly infringe or facilitate the infringement of Perfect 10 intellectual

22  property, are sued herein under fictitious names because their true names and

23  capacities are unknown to Perfect 10.  When Perfect 10 ascertains the Doe

24  Defendants' true names and capacities, it will seek leave to amend this complaint

25  to insert such true names and capacities.  Perfect 10 is informed and believes, and

26  on that basis avers, that each Doe defendant acted with defendant Google and is

27  responsible for the harm and damages to Perfect 10 herein averred.  Defendant

28  Google and the Doe Defendants are referred to hereinafter collectively as

1 | "Google."

2 | 7. Perfect 10 is informed and believes, and on that basis avers, that at all

3 | times material herein, each of the Defendants was the agent and/or employee of the

4 | other Defendants, and, in doing the things herein averred, was acting within the

5 | course and scope of such agency and employment.

6 | **THE BUSINESS OF PERFECT 10**

7 | 8. The business of Perfect 10 consists of the design, creation, production,

8 | marketing, promotion, and sale of copyrighted adult entertainment products,

9 | including photographs, magazines, video productions, cell phone downloads, and

10 | other media.

11 | 9. Perfect 10 was the publisher of the well-known magazine PERFECT

12 | 10, but was forced to close that magazine because of rampant infringement.

13 | 10. Perfect 10 creates or created, and sells or sold, calendars and other

14 | merchandise featuring its images, and was involved in the licensing of downloads

15 | of images for cell phones, but is not currently earning revenue from that endeavor

16 | because of rampant infringement.

17 | 11. Perfect 10 owns and operates the internet website perfect10.com.

18 | Consumers are provided access to content owned by Perfect 10 and made available

19 | by payment of a membership fee of $25.50 per month.

20 | 12. Perfect 10's revenues are currently derived predominantly from sales

21 | of memberships to its perfect10.com website. Sales of memberships to the

22 | perfect10.com website are made by providing the customer with an individual user

23 | name and password to access the website.

24 | 13. The Perfect 10 Copyrighted Works: Perfect 10 owns thousands of

25 | valuable and unique copyrighted photographs, as well as video productions and

26 | other proprietary materials. Perfect 10 owns the copyrights in and to these works

27 | (the "Perfect 10 Copyrighted Works"). Perfect 10 has invested, and continues to

28 | invest, substantial sums of money, time, effort, and creative talent, to make and

3

1    produce the Perfect 10 Copyrighted Works.  In addition, in order to produce and

2    sell the Perfect 10 Copyrighted Works, Perfect 10 is required to make numerous

3    payments, including but not limited to model fees, photographer fees, location

4    costs, styling costs, make up costs, printing costs, film and processing costs, travel

5    costs, as well as distribution, public relations, legal, and advertising and promotion

6    costs.

7         14.   The Perfect 10 Marks:  Perfect 10 also is the owner of the valuable

8    and well-known Perfect 10 family of trademarks, including but not limited to

9    PERFECT 10, PERFECT10.COM, and P10 (the "Perfect 10 Marks").  These

10   marks are used in commerce by Perfect 10 on and in connection with the sale of its

11   products and services, including PERFECT 10 magazine and perfect10.com.

12   Perfect 10 has spent millions of dollars advertising and promoting the Perfect 10

13   Marks and Perfect 10 products and services bearing these marks.  Perfect 10 has

14   built and owns the valuable goodwill symbolized by the Perfect 10 Marks.  Three

15   of Perfect 10's registered trademarks, registration numbers 2235145, 2202643, and

16   2573998, have become incontestable under Section 15 of the Lanham Act, 15

17   U.S.C. Section 1065.

18        15.   Goods and services bearing the Perfect 10 Marks have been featured

19   and referred to on numerous television and radio shows (including *The Amazing*

20   *Race, Entourage, The Tonight Show*, *The Howard Stern Show*, *The Sopranos*,

21   *Dawson's Creek*, *Battledome*, *Fox News*, *Hard Copy*, *Entertainment Tonight*,

22   *Extra*, *The Dating Game*, *Temptation Island*, *Monday Night Football*, *Hannity &*

23   *Colmes*, *The O'Reilly Factor*, *The View*, and *Jenny Jones*), in motion pictures

24   (including *Superbad*, *Knocked Up*, *Spiderman*, *American Pie*, *Hollow Man*, and

25   *The Way of the Gun*), and in newspapers and periodicals.

26        16.   The Perfect 10 Rights of Publicity:  Perfect 10 contracts with models

27   in connection with its magazine and website.  Perfect 10 secures assignments from

28   some of those models of their rights of publicity, including but not limited to the

4

1   exclusive rights in and to these models' names and likenesses (the "Perfect 10

2   Rights of Publicity").  The Perfect 10 Rights of Publicity are valuable because the

3   identities, including the names and likenesses, of these models are well-known and

4   popular and attract/attracted purchasers of PERFECT 10 magazine and visitors and

5   subscribers to perfect10.com.

6          17.    The success of Perfect 10's business is almost entirely dependent on

7   its intellectual property rights.  Therefore, the ongoing and massive infringements

8   of Perfect 10's rights, as herein described, is devastating to, and threatens the

9   existence of, Perfect 10's business.

10                    **THE BUSINESS OF GOOGLE**

11          18.    Google operates the internet website google.com, along with multiple

12  foreign versions of that website that are accessible in the United States and

13  throughout the world.  In addition to running the website google.com, Google

14  stores hundreds of thousands of unauthorized copyrighted images on its servers

15  and provides website operators and users with a variety of services that assist them

16  in infringing copyright.  This case deals with that portion of Google that provides

17  hundreds of thousands of unlicensed adult images for free to users, a feature of

18  Google that involves a massive infringement of copyright for commercial gain.

19  Google earns its revenue primarily by attracting consumers, whose presence allows

20  it to attract and charge fees to advertisers.  Google offers two distinct search

21  functions.  The standard search function is called "Web Search," which allows the

22  consumer to specify certain search terms.  When the search terms are input into a

23  box on Google's website, computer programs created by Google generate a list of

24  links to websites purportedly related to the search terms.  In response to each

25  search, a list of websites appears on google.com along with a short excerpt from

26  each website, and a link from Google to that website.  For most searches on Perfect

27  10 model names, Google arranges its web search results so that a) websites

28  offering images,  particularly infringing images, appear near the top of Google

                                        5

1   search results, and b) Google advertising affiliates receive favorable placement,

2   both in position and in number of listings, to the point where Google search results

3   on Perfect 10 model names represent a commercial exploitation of Perfect 10

4   rights of publicity and copyrights, not any type of  beneficial search function.

5   Furthermore, Perfect 10 is informed and believes, and on that basis avers, that

6   many of Google's web search results provide information that is highly

7   confidential, such as addresses of family members and social security numbers;

8   damaging to businesses, such as confidential passwords; or defamatory, such as

9   labeling an innocent model or mainstream celebrity a participant in filmed explicit

10   sex or prostitution.  Google makes money by frequently placing advertising on or

11   about such search results.  In its Web Search results, Google also often provides a

12   link to Google servers that contain copies of one or more pages that purportedly

13   represent an archived "snapshot" of the identified websites as they appeared

14   several days to many months earlier.  These archived pages (and/or the electronic

15   information necessary to retrieve and display them) are stored on Google's servers,

16   at times for ten months or longer, and are available in many cases with infringing

17   Perfect 10 images when the underlying website no longer exists.  Google makes

18   such pages available to consumers for viewing, printing, copying, downloading,

19   distributing to others, e-mailing, and otherwise manipulating.  Included among the

20   archived pages on Google's servers are many which in-line link, or frame,

21   infringing copies of the Perfect 10 Copyrighted Works.

22         19.    Google offers hundreds of thousands of adult images for which it does

23   not own licenses through a program called "Image Search.  Google "Image

24   Search" functions like a gigantic infringing website with a search function.  In

25   response to searches, Google offers reduced-size images of various sizes which

26   will be referred to as thumbnails even though in many cases they are substantially

27   larger than thumbnails and larger than they need to be to simply direct users to

28   sources of information.  Google makes these thumbnails from larger images and

copies the thumbnails onto its servers.  On information and belief, in the process of
making its thumbnails, or for other reasons, Google copies the larger images onto
its servers.  When users click on Google thumbnails, they are sent to a second page
on google.com where they can generally view or download a full-size version of
the previewed image.  Included among the unauthorized images offered by Google
are thousands of high quality reduced-size copies of the Perfect 10 Copyrighted
Works.  In addition to Perfect 10 Copyrighted Works, Google offers hundreds of
thousands of unauthorized marketable works ranging from the most tame (images
of mainstream Hollywood celebrities and supermodels), to the most explicit,
including thousands of bestiality images (images of humans having sex with
animals), and fake images of celebrities involved in explicit sexual acts.  In many
cases, Google also places Google ads next to such images on Google's second
page (see Exhibit 4).  Google makes its images available to viewers of any age.
Upon information and belief, Google does not keep records of the names and ages
of the models and/or actors depicted in the images of actual sexually explicit
conduct which it displays.  Google has been criticized for its flagrant showing of
pornographic images to viewers of any age by many entities, including the New
York State Consumer Protection Board, Jeffrey Toback, a New York State
legislator, and Huch Medien GmbH in Germany, which filed suit against Google,
claiming among other things that Google Image Search was providing hundreds of
pornographic images to users of all ages, including "clearly prohibited animal
pornography."

     20.    In or around September of 2007, Google substantially changed the
images it provides to users in response to searches on Perfect 10 model names.  At
the time Perfect 10's First Amended Complaint was filed, Google provided a
limited number of images, which were largely copies of images of the actual
model, albeit infringing. Now, Google provides hundreds of images, many of
which have nothing to do with the model, including extremely explicit images of

1   other people engaged in sex, including sex with animals.  Google's mish-mash of

2   infringing, defamatory, and unrelated pornography that it provides in its search

3   results on Perfect 10 model names is causing Perfect 10 and its models major

4   damage, and provides no public benefit whatsoever.

5      21.   Each year, Google sells billions of dollars in advertising to websites

6   which advertise so as to be seen by consumers who visit Google.  The greater the

7   amount and quality of content that Google provides to consumers via its Web

8   Search or Image Search, the more consumers Google attracts and the more

9   advertising revenue it generates.  High quality adult images, such as the Perfect 10

10  Copyrighted Works, attract millions of visitors to Google and thus substantially

11  increase Google's advertising revenue.

12     22.   Much of the adult content provided by Google is knowingly copied by

13  Google from websites (Stolen Content Websites) that infringe the Perfect 10

14  Copyrighted Works and the Perfect 10 Marks, as well as the rights of other owners

15  of intellectual property, including by reproducing, distributing, adapting, and

16  publicly displaying the Perfect 10 Copyrighted Works and by improperly using

17  the Perfect 10 Marks in commerce, or by displaying unauthorized passwords to

18  perfect10.com and other paysites.

19     23.   Stolen Content Websites, which can easily be located en masse

20  through Google search functions, are filled with unauthorized versions of the

21  Perfect 10 Copyrighted Works and unlawfully use the Perfect 10 Marks.

22     24.   It would be virtually impossible for consumers to locate most Stolen

23  Content Websites if they were not directed to them by Google.  The vast

24  preponderance of Stolen Content Websites have no brand associated with them nor

25  have they created any goodwill, as has Perfect 10, that would draw consumers.

26     25.   Indeed, Stolen Content Websites usually are obscure, judgment proof,

27  and sometimes operate from foreign countries such as Russia, Hungary, Poland,

28  Indonesia, France, Turkey, Argentina, Spain, Korea, Mexico, and the Czech

1 Republic (although they are accessible and display the infringing images in the

2 United States and target United States consumers), and/or fraudulently appear to

3 do so under the cover of false contact information.  Further, Stolen Content

4 Websites often disappear and reappear with the same or similar content under

5 different website addresses ("URLs") and/or use many different URLs that all link

6 to the same website.

7      26.    Google provides consumers with unauthorized access to the Perfect

8 10 Copyrighted Works in at least six distinct ways, all of which generate visitors to

9 google.com and advertising revenue to Google.

10      (a)    *First*, Google searches the internet for images, including

11 infringing copies of the Perfect 10 Copyrighted Works, and without authorization

12 copies them to Google's servers.  A number of these images are celebrity "fakes"

13 which contain a celebrity face superimposed on the body of a Perfect 10 model,

14 contained in a Perfect 10 copyrighted image.  Google then provides these

15 infringing copies to consumers through Google Image Search.  Google displays

16 such infringing copies on its website in several different sizes.  In order for Google

17 to provide search engine services, it is not necessary for Google to copy or to

18 maintain them on its servers.  It certainly is not necessary for Google to offer any

19 adult images at all, let alone hundreds of thousands owned by different copyright

20 holders, from the most tame to the most exceedingly explicit.  Under the guise of

21 being a search engine, Google has become the world's largest provider of adult

22 images, which are made available for free to anyone, supplanting all other adult

23 websites, which offer at best a small fraction of the images provided by Google.

24 The infringing Perfect 10 copies made and provided by Google, even in their

25 reduced-size version, are large and detailed enough to serve as a substitute to those

26 offered on perfect10.com for a subscription fee.  Examples of  such infringing

27 copies, which are generated by searching for Perfect 10 model names using

28 Google, are attached hereto as Exhibit 1, and by this reference incorporated herein.

1    All of the images in Exhibit 1, except one image on the first page, are Perfect 10

2    Copyrighted Works.  The reduced-size images are exact substitutes for the images

3    that Perfect 10 licenses for cell phone downloads.   Clicking on the Perfect 10

4    reduced-size images provides the consumer the option of subscribing to or

5    otherwise viewing the content on a website that misappropriated the Perfect 10

6    image and takes the consumer away from perfect10.com rather than to it.  In many

7    cases, clicking on the Perfect 10 reduced-size image provides the consumer with a

8    full size image, without even having to leave google.com, as set forth below.

9              (b)      *Second*, Google displays, also through Image Search (in what is

10   known as a "window"), unauthorized copies of the Perfect 10 Copyrighted Works

11   in various sizes, including full-size.  These unauthorized Perfect 10 images appear

12   to Google users on a second page on google.com after they click on a Google

13   thumbnail of either a Perfect 10 Copyrighted Work or an image belonging to a

14   third party.  Although Google claims that such Perfect 10 images displayed in this

15   manner do not reside on Google servers, Perfect 10 disputes that contention, and

16   whether such full-size images reside on Google servers or not, as a practical matter

17   such Perfect 10 Copyrighted Works appear to be on google.com and Google is

18   making them available to consumers to view, copy, download, and otherwise

19   manipulate without the need to take any action (such as "clicking" on a link) to

20   leave Google.  Regardless of the technical location of the full-size infringing

21   images, Google's display of the reduced-size version of Perfect 10's images and

22   the reduced size images of other rights holders, its inclusion of a link from such

23   images to the Stolen Content Website which misappropriated those images, and

24   Google's in-line link and framing of Perfect 10 images in various sizes including

25   full-size via a window, destroys the market for and/or value of the Perfect 10

26   Copyrighted Works and promotes the websites which misappropriated them.

27   Consumers need not go to perfect10.com in order to see the full-sized images.

28   Rather, they can either view such images in the window provided by Google or

they can view the image in its "original" context—that is, on the Stolen Content Website to which Google provides a direct link.  Once directed to the Stolen Content Website, the Google user can view many more infringing Perfect 10 images.  Examples of Google's unauthorized in-line linking and framing of full-size Perfect 10 Copyrighted Works are shown in Exhibit 2.  The first three pages show Google ads placed next to full-size Perfect 10 images despite repeated complaints by Perfect 10.  The last page of Exhibit 2 shows how one Perfect 10 reduced-size image, when clicked on, can provide the Google user with many additional unauthorized Perfect 10 copyrighted images, all of which can be enlarged full-size and downloaded for free.   Thus, Google's acts and conduct obviate the need to pay for a membership to perfect10.com or subscribe to or purchase Perfect 10 magazine and effectively make such images worthless to Perfect 10.

(c)     *Third*, besides providing the user with the opportunity to view full-size infringing Perfect 10 images by clicking on the thumbnail as described above, Google also gives the user the opportunity to see the full-size image in isolation by clicking on the Google-provided "See full-size image" link.  Once the "See full-size image" link is clicked upon, the user views a typically full-size image in isolation, just as would be the case had the user instead subscribed to perfect10.com,  The Google thumbnail in conjunction with the Google "See full-size image" link serve the exact same purpose as the corresponding Perfect 10 thumbnail: to show the full-size image.

(d)  *Fourth*, through Google's "Web Search" function, Google creates multiple links that take consumers directly to infringing copies of Perfect 10 Copyrighted Works on Stolen Content Websites.  In most cases, Google also provides an archive link (called a cache link) which displays images from Stolen Content Websites that Google makes available for many months and in some cases when such images are no longer available on the underlying websites, and even

11

1    when the underlying website no longer exists.  The Google cache link allows

2    consumers to view, print, copy, download, and distribute to others such images.

3    These images include full-sized copies of Perfect 10 Copyrighted Works.  Google

4    may create thousands of links for a given Pirate Website,  each of which, when

5    clicked on, returns a different page within the Pirate Website that contains

6    unauthorized Perfect 10 Copyrighted Works or infringements of the Perfect 10

7    Marks.  Each such link created by Google permits a consumer to move from one

8    infringing web page to another and to access the entirety of the infringing content

9    on the Stolen Content Website.

10          (e)     *Fifth*, in certain instances, particularly when the search term

11   "perfect10.com" is used by the consumer, Google links to Stolen Content Websites

12   which contain otherwise unavailable unique user names/passwords permitting

13   access to perfect10.com.  Google also directly disseminates such perfect10.com

14   user names/passwords on google.com in its search results.  Google thereby

15   knowingly facilitates access to perfect10.com, without authority and without

16   consumers purchasing a membership, permitting users to gain free access to

17   virtually the entirety of the Perfect 10 Copyrighted Works.  An example of Google

18   disseminating username/password combinations on google.com that have allowed

19   free access to perfect10.com is shown in Exhibit 3, attached hereto and by this

20   reference incorporated herein. The unauthorized username/password combinations

21   in Exhibit 3 are charrons/071727; Russell/1776; irish79/und79dew; steveh/steviera;

22   Remy/soccer; biggins/biggins. The first listing shown thanks Google for allowing

23   the user to find unauthorized passwords.  The second page of Exhibit 3 shows

24   some of the damage done to the perfect10.com website in 2002 from unauthorized

25   dissemination of perfect10.com usernames/passwords.  The top entry (for the

26   username patty16) shows that this username was used over 10 million times

27   without authorization to access and download images from perfect10.com in 2002.

28   Google is secondarily liable for the copyright infringement of its users who gain

1  unauthorized access to the copyrighted images on Perfect 10's website through

2  user names/passwords disseminated by Google.

3    (f)   *Sixth*, as a means of generating additional advertising and other

4  revenues, Google markets and sells the purported right to use the Perfect 10 Marks

5  and the Perfect 10 Rights of Publicity to advertisers and other entities, including

6  Stolen Content Websites, which Google knows have no connection to Perfect 10.

7  As a result, when consumers use the Perfect 10 Marks, or the names of Perfect 10

8  models, or click on the reduced size image of a Perfect 10 magazine cover obtained

9  via a Google Image Search, to find materials that are created by, authorized by, or

10 affiliated with Perfect 10, Google instead misdirects and links consumers to Stolen

11 Content Websites and other locations on the internet that infringe Perfect 10's

12 rights, and/or that compete with Perfect 10.  A significant number of consumers

13 thereby are likely to be deceived into believing that the Stolen Content Websites

14 are sponsored by, authorized by, or affiliated with Perfect 10.  Google thus

15 financially benefits by diverting consumers who seek to purchase or otherwise use

16 or consider Perfect 10's products and services to unaffiliated, unauthorized, and

17 infringing Stolen Content Websites.

18   27.   All of the Perfect 10 Copyrighted Works which Google provides to

19 consumers, both on Google's own servers and by framing or linking to Stolen

20 Content Websites, are used without authorization.  Google engages in and

21 facilitates the massive and ongoing violations of Perfect 10's rights even though

22 Google is aware that Perfect 10 never authorized or consented to the use by Google

23 or the Stolen Content Websites of the Perfect 10 Copyrighted Works, the Perfect

24 10 Marks, the Perfect 10 Rights of Publicity, or perfect10.com passwords.  Google

25 is aware of the lack of Perfect 10's authorization and consent for the following

26 reasons, among others:

27    (a)   *First*, Google has been provided actual notice, in the form of at

28 least sixty-five Digital Millennium Copyright Act ("DMCA") notices, of

13

infringements of Perfect 10's rights on both Google's servers and on Stolen

Content Websites found through Google. These notices informed Google of

infringements of the Perfect 10 Copyrighted Works, the Perfect 10 Marks, and

unauthorized perfect10.com passwords on at least 2,000 websites to which Google

has linked, copied and/or displayed infringing image from, received advertising

revenues from, and/or partnered with, in Google's system.  Google has continued

to copy, display, and distribute tens of thousands of Perfect 10 Copyrighted Works

despite these notices, and Google did not take any steps at all to cease this

infringing conduct for more than three years until Perfect 10 sent it a draft

complaint in the hopes of resolving this matter.  Despite more than sixty-five

DMCA notices from Perfect 10, the number of Perfect 10 infringements on

Google's servers and available via Google's Web Search has grown, not declined.

Google continues to knowingly link thousands of reduced-size Perfect 10 images

on its servers, including Perfect 10 magazine covers, to Stolen Content Websites

which misappropriated those images, and continues to allow consumers to view,

copy, download and otherwise manipulate full-sized Perfect 10 copyrighted images

via a window on Google servers.  Perfect 10 is informed and believes, and on that

basis avers, that at present, there are at least 10,000,000 links in Google's system,

leading to at least twenty-thousand distinct copies of unauthorized Perfect 10

Copyrighted Works on Stolen Content Websites to which Google links, and which

Google has copied and distributed from its servers.  Google has received actual

notice that Stolen Content Websites to which Google continues to link contain

Perfect 10 Copyrighted Works and in virtually all cases, has not disabled access to

those websites and continues to make such images available to consumers.  In

addition, there are vast numbers of images available without authorization via

stolen perfect10.com passwords which are distributed by Google, as described

above.

(b)      *Second*, the Perfect 10 Copyrighted Works on Google's servers

and on the Stolen Content Websites usually contain visible Perfect 10 Marks or visible copyright notices in the name of Perfect 10.  Google often describes such Perfect 10 images on its servers using the term "P10," which is synonymous with Perfect 10, and often includes the volume and issue number of the Perfect 10 magazine in which that image appeared.  Nevertheless, Google links consumers to the website that misappropriated those images rather than to perfect10.com.  Similarly, unauthorized, high quality adult images owned by other content providers (e.g., Playboy) on these same Stolen Content Websites and on Google's servers also typically contain visible copyright notices or trademarks.

(c)     *Third*, *after* a consumer has used Google's "Search Images" function to locate reduced-size Perfect 10 Copyrighted Works, and clicked on one of those images, Google informs the consumer that the "Image may be scaled down and subject to copyright."  Additionally, many of the Stolen Content Websites contain "disclaimers" that state that they do not own their content, with language to the effect that they have copied their images from various websites and that the copyrights for such images remain with their creators.

28.     Google's involvement with Stolen Content Websites is not limited to the conduct described above.  As Google's business has matured, it  increasingly has sought additional sources of revenue and, accordingly, has increasingly become involved with, knowledgeable of, in control of, and financially tied to, the infringing conduct and material on Stolen Content Websites, which Google exploits for advertising purposes, and in some cases, even hosts.  Because the existence of high quality adult images such as the Perfect 10 Copyrighted Works substantially enhances Google's advertising revenues, not only has Google copied infringing images from Stolen Content Websites onto its servers and linked to millions of other such infringing images, Google also has established advertising programs by which Stolen Content Websites can, for a fee, have their advertisements appear in response to searches performed on various keywords,

including those constituting the Perfect 10 Marks and the Perfect 10 Rights of Publicity.

29.     One such program is called "Adwords," in which Stolen Content Websites and other websites pay Google a fee when a consumer using Google clicks on an advertisement for the Stolen Content Website or other websites.  To become part of this program, Stolen Content Websites must submit to Google a description of their content, the website URL, and keywords related to the website. When a consumer performs a search on these keywords, the website will appear in a special "sponsored links" section, at or near the top of the generated list of search results provided by Google.

30.     In order to optimize the likelihood that an Adwords website will be found and clicked on, thereby generating a fee for Google, Google reviews the submitted keywords and recommends additional keywords.  For example, when the keyword phrase "all natural models" (Perfect 10's niche in the adult marketplace) is submitted, Google has recommended the additional keywords "Perfect 10," "P10," and the names of well-known Perfect 10 models, whose names and likenesses are among the Perfect 10 Rights of Publicity.  Additionally, when the keyword phrase "hacked perfect10.com passwords" has been submitted, Google recommended as keywords various names of password hacking websites that have distributed unauthorized perfect10.com passwords, such as piratepasses, crazypasses, xxxpassmaster, allpasswords, and vikingpasses.  Although Google claims that much of its business is beneficial, a large portion is not.  In addition to recommending keywords that misuse intellectual property, Google also recommends to its advertising partners keywords suggestive of illegal conduct involving child pornography, bestiality, and/or incest.  For example, Google has suggested to advertisers that they use keywords such as "illegal preteen sex," "preteen child sex," "babysex," "preteen incest sex," "preteen animal sex," "kiddieporn," "free illegal preteen sex pics," and the other equally offensive terms

16

1   shown in Exhibit 5.  Exhibit 5 consists of keywords that, as stated by Google, "you

2   may want to add to your keyword list in addition to *preteen sex*."  Further

3   demonstrative of its disregard for both the law and common decency is the fact that

4   Google also suggests as keywords, the names of major celebrities such as Nicole

5   Kidman, Jennifer Aniston, Cameron Diaz, and Angelina Jolie, to a potential

6   advertiser offering fake images of Britney Spears engaged in oral sex.  This can be

7   seen in Exhibit 6.  Perfect 10 is informed and believes, and on that basis avers, that

8   neither Google nor its infringing advertisers have the right to use the names of such

9   celebrities for commercial purposes.

10          31.    A significant number of the Google Adwords advertisers sell or

11   otherwise offer thousands of Perfect 10 Copyrighted Works, most of which display

12   Perfect 10 trademarks and/or copyright notices.  Despite repeated notice from

13   Perfect 10, Google has continued to accept advertising from such infringers and

14   continues to provide thousands of links to their websites.

15          32.    When a search on "Perfect 10" is performed, Google has caused

16   several sponsored advertisements to appear – including one for an "online

17   magazine" – that have no affiliation or relationship with Perfect 10.    Similarly,

18   other sponsored advertisements appear when searches are performed using the

19   names of Perfect 10 models that are among the Perfect 10 Rights of Publicity.

20   Such conduct is calculated to and does mislead, deceive, or confuse consumers into

21   believing that Perfect 10 endorses, authorizes, or is associated, affiliated, or

22   connected with these unaffiliated websites.  Google has continued to profit from

23   fees resulting from searches on the Perfect 10 Marks and that infringe the Perfect

24   10 Rights of Publicity despite repeated notice from Perfect 10 and demands that

25   Google cease such unlawful conduct.

26          33.    A second advertising program operated by Google is referred to as

27   "Adsense."  In the Adsense program, Google solicits ads for, and places Google

28   advertisements on, websites, including Stolen Content Websites.  These websites

partner with Google so that Google advertisements and/or Google search boxes
appear on the websites, in many cases adjacent to Perfect 10 Copyrighted Works.
When consumers click on Google advertisements on Stolen Content Websites,
Google shares the revenues it receives with those websites.  Google has an
incentive to direct traffic to websites participating in the Adsense program because
by doing so Google increases the likelihood that consumers will click on Google
advertisements, generating additional fees to Google.  In spite of repeated actual
notice from Perfect 10, Google advertisements have appeared next to more than
10,000 Perfect 10 Copyrighted Works, and many Stolen Content Websites
continue to be part of Google's Adsense program, despite the fact that Google
purports to require such sites to agree not to breach any duty toward, or rights of,
any person or entity including rights of intellectual property, publicity, and
privacy, and to require such sites to agree to be subject to the review and approval
of Google at any time. There are currently hundreds of Perfect 10 reduced-size
images on Google's servers which when clicked on, promote websites that are
Google advertising partners.  Perfect 10 is informed and believes, and on that basis
avers, that Google is currently sharing revenue with Stolen Content Websites from
clicks on Google advertisements placed next to millions of misappropriated
pictures belonging to Perfect 10 and other rights holders.

34.     Although Google claims it presents search results in an order based on
"relevance" to search terms, Perfect 10 is informed and believes, and on that basis
avers, that websites that are part of the Adsense program receive from Google a
more prominent listing position than they otherwise would receive based solely on
"relevance."

35.     Perfect 10 is informed and believes, and on that basis avers, that
Google encourages advertisers, including Stolen Content Websites, to use
trademarks, including the Perfect 10 Marks, in order to cause consumers searching
for goods or services associated with those marks to be misdirected to Google's

18

1  advertisers.  Since Google gets paid on a pay-per-click-through basis, it has a

2  strong incentive to ensure that websites that are part of the Adwords or Adsense

3  programs are in prime positions in Google's search results, and that content,

4  including Perfect 10 Copyrighted Works, contained on such websites reside in

5  prominent positions on Google's servers.

6      36.     Perfect 10 is informed and believes, and on that basis avers, that

7  Google has received millions of dollars in revenue from its Adwords and Adsense

8  agreements with Stolen Content Websites and other websites, and from advertising

9  revenues generated as a result of the massive amounts of high quality infringing

10  copies of Perfect 10 Copyrighted Works on Google's servers and on linked Stolen

11  Content Websites.

12      37.     In addition to storing hundreds of thousands of unauthorized

13  copyrighted images on its servers, and arranging Google search results on Perfect

14  10 model names to favor infringing Google advertising affiliates, to the point

15  where Google is a commercial advertising operation featuring massive quantities

16  of infringing content to draw traffic rather than a legitimate search engine, Google

17  provides website owners and users with many different services which assist them

18  in infringing copyright, besides those mentioned above.  Among these services are

19  Google's cache highlight function, which allows users to immediately locate

20  images associated with a particular model name from cached Google web pages

21  which may contain hundreds of infringing images; Google's cache function, which

22  can effectively offer Google users an infringing website with its infringing images

23  even when that website no longer exists;  Google Page Creator, which makes it

24  easier for Stolen Content Website operators to upload and display infringing

25  images on their websites; Google analytics, which allows pirate webmasters to

26  track their traffic and other statistics and optimize their revenues; news groups

27  including Google groups and other entities whose servers are owned or controlled

28  by Google which store infringing images; Google's translation option, which

allows users to read Google translated versions of infringing websites in their own language, so that they may find and download infringing materials from those websites; and Google hosting services, including blogspot and others, which host infringing websites and store infringing images.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement)

38.    Perfect 10 re-avers and incorporates herein by reference each and every averment of paragraphs 1 through 37 above as though fully set forth herein.

39.    Perfect 10 is the owner of all right, title, and interest to each of the Perfect 10 Copyrighted Works.  Perfect 10 has registered its works with the United States Copyright Office.  Perfect 10 has been issued United States copyright certificates listed on Exhibit 7, attached hereto.

40.    Each of the Perfect 10 Copyrighted Works consists of material original with Perfect 10 and each is copyrightable subject matter.

41.    Google has copied, reproduced, distributed, adapted, and/or publicly displayed the Perfect 10 Copyrighted Works without the consent or authority of Perfect 10, thereby directly infringing Perfect 10's copyrights.

42.    Google's conduct constitutes infringement of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works in violation of Sections 106 and 501, et. seq. of the United States Copyright Act, 17 U.S.C. §§ 106 and 501.

43.    Google has induced, caused, and/or materially contributed to unauthorized reproduction, adaptation, public display, and/or distribution of the Perfect 10 Copyrighted Works by infringing websites, by other websites purporting to be search engines to which Google provides infringing images and other search results, and by Google's users and advertisers, and thus to the direct infringement of the Perfect 10 Copyrighted Works.

44.     Google has and had knowledge that infringing Perfect 10 images were available using its search engine, could take simple measures to prevent further damage to Perfect 10's copyrighted works, and failed to take such steps.

45.     Google's conduct constitutes contributory infringement of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works.

46.     Google has had the right and ability to supervise and/or control the infringing conduct of infringing websites to which it links, has advertising relationships (AdSense and Adwords affiliates), and/or hosts.  It also has the right and ability to supervise and/or control the infringing conduct of other search engines to which it provides search results, as well as the ability of its users to download infringing content from Google search results, either through its agreements with such websites or its ability to terminate links or other services to such websites.  Google also has the right and ability to stop or limit its users from using unauthorized user names/passwords which they obtain through Google to unlawfully access Perfect 10's website.  However, Google has failed and refused to exercise such supervision and/or control.  As a direct and proximate result of such failure and refusal, Google and its users, advertisers, affiliates, and the Stolen Content Websites to which Google links, have infringed Plaintiff's copyrights in the Perfect 10 Copyrighted Works, as set forth above.  Google has derived a direct financial benefit from fees charged to the Stolen Content Websites in Google's Adwords  programs, from the fees Google has collected from clicks on Google advertisements placed on affiliated websites purporting to be search engines and on Stolen Content Websites containing Perfect 10 Copyrighted Works and Perfect 10 passwords, from the fees Google receives from affiliates for providing in part, infringing images and links to infringing content, and from the increased traffic to Google and advertising dollars resulting from the general "draw" of the Perfect 10 Copyrighted Works.  Google is profiting from direct infringement while declining

1   to exercise a right to stop or limit it.

2       47.   Google's conduct constitutes vicarious infringement of Perfect 10's

3   copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted

4   Works.

5       48.   The infringement of Perfect 10's rights in and to each of the Perfect

6   10 Copyrighted Works constitutes a separate and distinct act of infringement.

7       49.   The acts of infringement by Google have been willful, intentional, and

8   purposeful, in reckless disregard of and with indifference to the rights of Perfect

9   10.

10      50.   As a direct and proximate result of the infringements by Google of

11  Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10

12  Copyrighted Works, Perfect 10 is entitled to its actual damages and Google's

13  profits pursuant to 17 U.S.C. § 504(b).

14      51.   Alternatively, Perfect 10 is entitled to statutory damages, pursuant to

15  17 U.S.C. § 504(c).

16      52.   Google's conduct is causing and, unless enjoined and restrained by

17  this Court, will continue to cause, Perfect 10 great and irreparable injury that

18  cannot fully be compensated in money.  Perfect 10 has no adequate remedy at law.

19  Pursuant to 17 U.S.C. § 502, Perfect 10 is entitled to injunctive relief prohibiting

20  further infringements of Perfect 10's copyrights.

21      53.   Perfect 10 further is entitled to its attorneys' fees and costs pursuant to

22  17 U.S.C. § 505.

23                    **SECOND CLAIM FOR RELIEF**

24                    **(Trademark Infringement)**

25      54.   Perfect 10 re-avers and incorporates herein by reference each and

26  every averment of paragraphs 1 through 37 above as though fully set forth herein.

27      55.   Perfect 10 is the owner of the Perfect 10 Marks, including the

28  registered trademark/service marks PERFECT 10, PERFECT10.COM, and P10.

22

1   The United States trademark/service mark registrations for PERFECT 10,

2   PERFECT10.COM, and P10 include Registration Nos. 2,202,643, 2,235,145,

3   2,573,998, 2,709,583, and 3,094,437  for, among other goods and services,

4   entertainment services in the nature of adult entertainment and beauty contests

5   provided via a global computer network; entertainment services in the nature of

6   beauty contests; and magazines featuring adult entertainment, beauty contests,

7   pictures of female models, interviews, fiction, and articles on human relations,

8   sports, entertainment, lifestyles, fitness, and calendars and unmounted

9   photographs.

10       56.    The Perfect 10 Marks have been continuously used in commerce by

11   Perfect 10 and its predecessors, and are widely known throughout the United

12   States.  Three of Perfect 10's registered trademarks, registration numbers 2235145,

13   2202643, and 2573998 have become incontestable under Section 15 of the Lanham

14   Act, 15 U.S.C. Section 1065.

15       57.    Perfect 10 has spent millions of dollars promoting and advertising the

16   Perfect 10 Marks and products and services bearing the Perfect 10 Marks, and has

17   marketed and sold millions of dollars of products and services under the Perfect 10

18   Marks.

19       58.    As a direct result of the aforementioned use, promotion, and

20   advertisement of the Perfect 10 Marks, Perfect 10 has built up and now owns

21   valuable goodwill symbolized by the Perfect 10 Marks.

22       59.    As a direct result of the care and skill exercised by Perfect 10 over the

23   nature and quality of goods and services sold under the Perfect 10 Marks and the

24   extensive promotion, advertising, sale, and public acceptance thereof, the Perfect

25   10 Marks have become known as a symbol of the goodwill that Perfect 10 has

26   created throughout the United States and elsewhere by selling products and

27   services of high quality and by fairly and honorably dealing with the trade and

28   public in the sale of these products and services.

60.    Google's conduct, as averred herein, including using and reproducing the Perfect 10 Marks in commerce in connection with the sale, offering for sale, and advertising of goods and services on google.com and by Stolen Content Websites, for the purpose or with the effect of directing consumers who are searching for authorized Perfect 10 products and services to the Stolen Content Websites, constitutes infringement of the Perfect 10 Marks in violation of Sections 32 and 43 of the Lanham Act, 15 U.S.C. §§ 1114 and 1125.

61.    Google has knowingly induced the Stolen Content Websites to infringe the Perfect 10 Marks, and Google has continued to supply Google's services to the Stolen Content Websites with knowledge that the Stolen Content Websites are using Google's services to infringe the Perfect 10 Marks.

62.    Google's conduct constitutes contributory infringement of the Perfect 10 Marks.

63.    Google and its advertisers and affiliated Stolen Content Websites exercise joint control over the search results and advertisements for the Stolen Content Websites that appear in Google's search results and/or the manner or order in which those search results are displayed, and in connection therewith have an apparent or actual partnership designed to direct consumers searching for goods and services associated with the Perfect 10 Marks to the Stolen Content Websites, which infringe the Perfect 10 Marks.

64.    Google's conduct constitutes vicarious infringement of the Perfect 10 Marks.

65.    The conduct of Google has been and is willful and deliberate.

66.    Perfect 10 is entitled to recover all damages sustained as a result of Google's unlawful conduct, including (a) Google's profits, (b) Perfect 10's damages, (c) treble those amounts, (d) costs of suit, and (e) reasonable attorneys' fees.

67.    Google's conduct is causing and, unless enjoined and restrained by

1  this Court, will continue to cause, Perfect 10 great and irreparable injury that

2  cannot fully be compensated in money.  Perfect 10 has no adequate remedy at law.

3  Perfect 10 is entitled to injunctive relief prohibiting further infringements of the

4  Perfect 10 Marks.

### THIRD CLAIM FOR RELIEF

### (Trademark Dilution)

7  68.   Perfect 10 re-avers and incorporates herein by reference each and

8  every averment of paragraphs 1 through 37 and 54 through 67 above as though

9  fully set forth herein.

10  69.   The Perfect 10 Marks have become and at all relevant times have been

11  "famous" within the meaning of 15 U.S.C. § 1125(c).

12  70.   The Stolen Content Websites typically are of poor quality, provide

13  poor service and a substandard experience to customers, and intermingle Perfect

14  10's high-quality images with unauthorized images or images of poor quality or of

15  an offensive or illegal nature.  The acts of Google averred herein have lessened the

16  capacity of the Perfect 10 Marks to identify and distinguish Perfect 10's services

17  and products from those of the Stolen Content Websites, have tarnished the

18  valuable image and reputation associated with the Perfect 10 Marks, and have

19  created an undesirable, unwholesome, or unsavory mental association with Perfect

20  10 and the Perfect 10 Marks, damaging Perfect 10's goodwill and disparaging

21  Perfect 10's rights in the Perfect 10 Marks.  Google's acts and conduct are in

22  violation of 15 U.S.C. § 1125(c).  Google has willfully intended to trade on Perfect

23  10's reputation and/or to cause dilution of the Perfect 10 Marks.  Accordingly,

24  Perfect 10 is entitled to recover all damages sustained as a result of Google's

25  unlawful conduct, including (a) Google's profits, (b)  Perfect 10's damages, (c)

26  treble those amounts, (d) costs of suit, and (e) reasonable attorneys' fees.

27  71.   Google's conduct is causing and, unless enjoined and restrained by

28  this Court, will continue to cause, Perfect 10 great and irreparable injury that

1   cannot fully be compensated in money.  Perfect 10 has no adequate remedy at law.

2   Perfect 10 is entitled to injunctive relief prohibiting further dilution and

3   disparagement of the Perfect 10 Marks.

**FOURTH CLAIM FOR RELIEF**

(Unfair Competition – 15 U.S.C. § 1125 *et seq.*, California

Business and Professions Code §17200, Common Law)

7   72.     Perfect 10 re-avers and incorporates herein by reference each and

8   every averment of paragraphs 1 through 37, 54 through 72, as though fully set

9   forth herein.

10   73.     Without authorization or license, Google has commercially exploited

11   and used millions of marketable adult-oriented photographs and likenesses, which

12   range from the most tame to the most explicit.  Through these photographs, which

13   make Google a content provider for adult photographs of every type and quality, as

14   well as the use of the names of the persons depicted, Google is unlawfully

15   exploiting the publicity rights and trademark rights of Perfect 10, as well as the

16   publicity rights, trademark rights, and copyrights of third-parties.  This conduct

17   enables Google to compete directly and unfairly with Perfect 10 by, among other

18   things, offering for free millions of valuable photographs and likenesses that are

19   not lawfully available to Perfect 10 or other competitors acting lawfully, and which

20   compete unfairly with the photographs and likenesses that Perfect 10 pays to

21   develop and then sells for a living.

22   74.     Google further engages in unfair competition by commercially

23   exploiting, through its advertising programs, Perfect 10 and third-party rights.

24   75.     In connection with its Adsense program, Google directs and/or

25   permits Google advertisements to be juxtaposed on Google Adsense websites, with

26   photographs and likenesses of Perfect 10 models and other models or celebrities,

27   and other misappropriated photographs and likenesses, without authorization, and

28   in Perfect 10's case, in defiance of countless demands to stop commercially

1  exploiting Perfect 10's property without permission.  When these advertisements

2  are clicked upon, Google receives revenue that it shares with its infringing

3  advertising partners.  Examples of Google ads surrounding Perfect 10 images are

4  shown on the first three pages of Exhibit 2.  Examples of Google ads next to

5  obviously unauthorized images of celebrities are shown in Exhibit 4.  The first two

6  pages of Exhibit 4 are examples of Google advertisements from the Google

7  Adsense Website members.lycos.nl (printed in January 2007), next to celebrity

8  "fake" images of Hillary Clinton and Christina Aguilera.  The next six pages of

9  Exhibit 4 are examples of the second Google page where Google ads appear next

10  to unauthorized images of celebrities Jennifer Love Hewitt, Angelina Jolie,

11  Christina Aguilera, Cameron Diaz, Claudia Schiffer, and Isabelle Funaro.  All of

12  these images are obtained by clicking on a reduced size image in Google Image

13  Search results, and then are framed or in-line linked by Google, and are therefore

14  viewable at google.com, with Google ads.  All of the websites in Exhibit 4 have

15  infringed Perfect 10 copyrights.  Google has received repeated notice of

16  infringement on these websites from Perfect 10 yet continued to place ads for

17  many months afterward next to Perfect 10 images as well as thousands of celebrity

18  images on these websites.

19       76.    In connection with its Adwords program, Google permits, and at times

20  even advises, websites to use as keywords, the names of well-known celebrities

21  and Perfect 10 models, as well as Perfect 10's and third parties' trademarks/service

22  marks, for which neither Google nor its third party advertising affiliates possess

23  any rights.   When searches are performed on the names of such celebrities and

24  models, or on such trademarks/service marks, the websites' use of these keywords

25  causes the website to appear in Google's search results (and in the search results of

26  Google affiliates who purport to be search engines) under a prominently displayed

27  heading, "Sponsored Links."   When these websites are clicked upon, Google

28  receives revenue.

77.     Google is also knowingly causing passwords to perfect10.com to appear on google.com (and in the search results of Google affiliates who purport to be search engines) in response to searches, including such searches as "perfect10.com passwords." In addition to displaying such passwords, Google also provides links to infringing third party "password hacking" websites that provide perfect10.com and other paysite passwords, and even places Google ads on such sites.  Such passwords enable users to illicitly access Perfect 10's website and other websites, and thereby make it exceedingly difficult for Perfect 10 to sell memberships to its website.

78.     Google is infringing and diluting Perfect 10's and other parties' trademarks, as alleged herein.

79.     Google has in effect become the world's largest adult website, commercially exploiting massive quantities of other people's property without authorization.  Google determines which images are shown to consumers, the arrangement of such images, and what advertising is placed next to such images. Google receives a massive benefit and is unjustly enriched from all the traffic and advertising revenue it receives by providing billions of dollars of intellectual property belonging to others without authorization.  Google sells the names of Perfect 10 models, celebrities, and other persons in its AdWords advertising program.  Google is the information content provider for this adult content.

80.     Google has recently changed its image search results in a way which is highly defamatory and damaging to Perfect 10 models, actresses, and others by placing bestiality images and other sexually explicit images next to actual images (albeit infringing) of those models and actresses in its search results. Whereas Google used to show mostly infringing images of the actual model, now Google is showing infringing images of the model along with other images that have nothing to do with her, but in many cases wrongly portray her to be involved in sexually explicit acts.

81.     All of the above is causing direct injury to Perfect 10's business. Perfect 10 has suffered injury in fact and has lost money and property as a result of such unfair competition.

82.     Perfect 10 is entitled to recover all damages sustained as a result of Google's unlawful conduct, including (a) Google's profits, (b) Perfect 10's damages, (c) treble those amounts, (d) costs of suit, and (e) reasonable attorneys' fees.  In undertaking the conduct alleged above, Google acted with oppression, fraud, and malice, with the intent to cause injury to Perfect 10, with the intent to deprive Perfect 10 of its property and legal rights, and with full knowledge of the wrongfulness of Google's conduct.  Google's conduct was undertaken with a willful and conscious disregard of the rights of Perfect 10 and subjected Perfect 10 to cruel and unjust hardship.  Therefore, Perfect 10 is entitled to an award of punitive damages for the sake of example and to punish Google, in an amount to be determined at trial.

83.     Google's conduct is causing and, unless enjoined and restrained by this Court, will continue to cause, Perfect 10 great and irreparable injury that cannot fully be compensated or measured in money.  Perfect 10 has no adequate remedy at law.  Perfect 10 is entitled to injunctive relief prohibiting further such unfair competition.

## FIFTH CLAIM FOR RELIEF

### (Violation of Rights of Publicity –

### Cal. Civ. Code § 3344 and common-law right of publicity)

84.     Perfect 10 re-avers and incorporates herein by reference each and every averment of paragraphs 1 through 37 above as though fully set forth herein.

85.     Perfect 10 is the exclusive owner of the Perfect 10 Rights of Publicity, as the exclusive assignee of publicity rights, including in the names, photographs, and likenesses, of certain Perfect 10 models.  Attached hereto as Exhibit 8, and by this reference incorporated herein, is a list of Perfect 10 models for which Perfect

1  10 is asserting rights of publicity in this case, ("the Perfect 10 Rights of

2  Publicity"). Largely as a result of the efforts and expenditures of Perfect 10, the

3  names, photographs, and likenesses of these Perfect 10 models have received

4  widespread recognition, particularly among the consumers and potential consumers

5  of adult entertainment products.

6      86.    Google has infringed the Perfect 10 Rights of Publicity by using the

7  names, photographs, and likenesses of Perfect 10 models in readily identifiable

8  ways in, and in connection with, products, merchandise, and goods, and to

9  advertise, promote, and attract attention to its website and to its pirate advertising

10 affiliates, to increase advertising revenues. Google has knowingly used the Perfect

11 10 Rights of Publicity, without the prior consent of Perfect 10 or any authorized

12 party, on or in connection with products, merchandise, goods, or services, or in

13 advertising them.

14     87.    Google uses the names of Perfect 10 models to provide a collection of

15 photographs to Google users, many of which have nothing to do with the model,

16 and in many cases wrongly portray the Perfect 10 model to be engaged in explicit

17 sexual acts, including having sex with animals. In response to a search on the

18 name of a Perfect 10 model, Google creates its own presentation of infringing

19 images which Google has selected and copied from the internet, and which Google

20 alone determines. Google has determined that many of these images should not be

21 that of the model; that a disproportionately high percentage should link to its

22 infringing advertising affiliates; and that in the case of Perfect 10, many

23 completely unrelated and extraordinarily explicit images should be routinely

24 interspersed with actual images of Perfect 10 models. Google finds and selects the

25 material and creates its own web page to display it. The collection of images and

26 the text that Google creates in response to searches on Perfect 10 model names is

27 used for a commercial purpose to attract traffic to Google. When a Google

28 thumbnail is clicked on to provide the full-size image, Google also determines

1   what advertising is placed around that image.  Google receives the benefit of the

2   advertising and increased traffic from providing this content.  Google is the

3   information content provider for this adult content.

4   88.   Google has sold to advertisers, without authorization, the use of the

5   names of Perfect 10 models as key words.  In many cases, the net effect has been

6   to drive traffic and revenue to Google, using the model's name without permission,

7   and in the process, damage the model's reputation.

8   89.   By reason of Google's acts and conduct, Perfect 10 has suffered

9   substantial damage to its business in the form of diversion of trade, loss of profits,

10   injury to goodwill and reputation, and a dilution of the value of its exclusive rights

11   of publicity, all of which are not yet fully ascertainable.  Perfect 10 is entitled to

12   recover (a) its actual damages, (b) profits of the infringer, (c) statutory damages,

13   (d) punitive damages, and (e) attorneys' fees and costs.

14   90.   Google's conduct is causing and, unless enjoined and restrained by

15   this Court, will continue to cause Perfect 10 great and irreparable injury that cannot

16   fully be compensated in money.  Perfect 10 has no adequate remedy at law.

17   Perfect 10 is entitled to injunctive relief prohibiting further infringements of its

18   rights of publicity.

19   91.   Perfect 10 is informed and believes, and on that basis avers, that the

20   aforementioned acts of Google were willful, oppressive, fraudulent, or malicious,

21   and Perfect 10 therefore is entitled to punitive damages.

22   92.   Perfect 10 further is entitled to its attorneys' fees and statutory

23   damages pursuant to California Civil Code § 3344(a) and other laws.

24   **SIXTH CLAIM FOR RELIEF**

25   **(Unjust Enrichment)**

26   93.   Perfect 10 re-avers and incorporates herein by reference each and

27   every averment of paragraphs 1 through 37, 54 through 92, above, as though fully

28   set forth herein.

1   94.   By engaging in the acts described above, Google has and continues to

2   benefit from its wrongdoing, and has been unjustly enriched by reaping the

3   benefits of its unlawful activities to the damage and irreparable harm of Perfect 10.

4   Despite countless notices from Perfect 10, Google continues to use Perfect 10's

5   property for Google's own commercial gain, without authorization.

6   95.   The circumstances are such that it would be inequitable for Google to

7   retain the benefits received from the actions described without repaying the lost

8   value to Perfect 10.

9   **SEVENTH CLAIM FOR RELIEF**

10   **(Misappropriation)**

11   96.   Perfect 10 re-avers and incorporates herein by reference each and

12   every averment of paragraphs 1 through 37, 54 through 72, above, as though fully

13   set forth herein.

14   97.   Perfect 10 invested substantial time, skill, and money in developing its

15   property.

16   98.   Google appropriated and used Perfect 10's property at little or no cost

17   to Google.

18   99.   Google's appropriation and use of Perfect 10's property was without

19   the authorization or consent of Perfect 10.

20   100.   Perfect 10 was injured by Google's conduct.

21   101.   All of the above is causing direct injury to Perfect 10's business.

22   Perfect 10 has suffered injury in fact and has lost money and property as a result of

23   Google's acts.

24   102.   In undertaking the conduct alleged above, Google acted with

25   oppression, fraud, and malice, with the intent to cause injury to Perfect 10, with the

26   intent to deprive Perfect 10 of its property and legal rights, and with full

27   knowledge of the wrongfulness of Google's conduct.  Google's conduct was

28   undertaken with a willful and conscious disregard of the rights of Perfect 10 and

32

1   subjected Perfect 10 to cruel and unjust hardship.  Therefore, Perfect 10 is entitled

2   to an award of punitive damages for the sake of example and to punish Google, in

3   an amount to be determined at trial.

4       103.   Google's conduct is causing and, unless enjoined and restrained by

5   this Court, will continue to cause Perfect 10 great and irreparable injury that cannot

6   fully be compensated or measured in money.  Perfect 10 has no adequate remedy at

7   law.  Perfect 10 is entitled to injunctive relief prohibiting further such

8   misappropriation.

9

10                      **PRAYER FOR RELIEF**

11      WHEREFORE, plaintiff Perfect 10 prays for judgment against Google, and

12  each of the Doe Defendants, as follows:

13      1.   That Google, and each of the Doe Defendants, and their

14  officers, agents, servants, employees, representatives, successors, and assigns, and

15  all persons in active concert or participation with them, be enjoined from:

16          a.   copying, reproducing, distributing, adapting, or publicly

17      displaying the Perfect 10 Copyrighted Works;

18          b.   posting Perfect 10 copyrighted photographs on the

19      internet;

20          c.   posting Perfect 10 passwords and user names on the

21      internet.

22          d.   using, authorizing the use of, copying, reproducing or

23      imitating the Perfect 10 Marks, or any confusingly similar or colorable

24      imitation thereof;

25          e.   violating the Perfect 10 Rights of Publicity;

26          f.   competing unfairly with Perfect 10 by violating the

27      publicity rights of Perfect 10 and others, by providing unauthorized

28      passwords to perfect10.com and other pay websites, and by infringing

                                   33

1  trademark rights; and

2          g.      inducing, causing, materially contributing to, and

3  profiting from the foregoing acts committed by others.

4          2.      That Google be ordered to destroy all photographs, documents,

5  and other items, electronic or otherwise, in its possession, custody, or control, that

6  infringe the copyrights, trademarks, or rights of publicity of Perfect 10.

7          3.      That Google be ordered to remove all links between its website

8  and all Stolen Content Websites, and be prohibited from accepting advertising

9  from, placing ads on, or linking to, Stolen Content Websites.

10          4.      For restitution in the amount of the benefit to Google by reason

11  of their unlawful conduct.

12          5.      For Perfect 10's actual damages.

13          6.      For a full accounting of all profits, income, receipts, or other

14  benefits derived by Google as a result of its unlawful conduct.

15          7.      For statutory damages under the Copyright Act.

16          8.      For treble damages under the Lanham Act.

17          9.      For statutory damages under California Civil Code

18  Section 3344.

19          10.     For punitive damages.

20          11.     For attorneys' fees and full costs.

21          12.     For such other and further relief as this Court deems just and

22  appropriate.

23  Dated: ~~May~~ June 12 2008

24

25  By: _Jeffrey N. Mausner_

26  JEFFREY N. MAUSNER
    Attorney for Plaintiff

27

28

34

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEMAND FOR JURY TRIAL**

Perfect 10 hereby demands a jury trial pursuant to Rule 38(b) of the Federal

Rules of Civil Procedure.

Dated: ~~May~~ June 12, 2008

By: _Jeffrey N. Mausner_

JEFFREY N. MAUSNER
Attorney for Plaintiff

Exhibit 1

Google Search: Isabelle Funaro

Case 2:04-cv-09484-AHM-SH Document 359-3 Filed 06/11/08 Page 4 of 8 Page ID #:1290

# Google Images

Web **Images** Groups News Froogle Local New! **more »**

Isabelle Funaro    [ Search ]    Advanced Image Search
Preferences

SafeSearch is off

## Images

Results **1** - **20** of about **61** for **Isabelle Funaro** . **(0.12** seconds)

Show: **All sizes** - Large - Medium - Small


..\Images\eswa-a-funaro_i...
534 x 768 pixels - 152k
scanorphane.
alladultfemale.com/
Html/eswa-a-fu...


isabelle_funaro.jpg
531 x 772 pixels - 86k
www.garrettwalker.
com/.../ isabelle_funaro.
jpg


mode8725.jpg
604 x 768 pixels - 216k
www.viviroma.it/
modelle/ models3/
mode8725.jpg


.._Images_eswa-a-
funaro_i...
537 x 768 pixels - 157k
photos1.blogger.com/
img/234/1096/1024/..
_Imag...


201.jpg
200 x 150 pixels - 3k
www.serial-gamer.
com/
fichewallpapers-201-
3.html


**Isabelle** Funaro_jpg.jpg
1024 x 768 pixels - 61k
www.dj-aylesbury.de/
hotchicks2/Bilder/Isabell...


02.jpg
720 x 1024 pixels -
454k
www.megapolis.com.
ar/. ../image2.html


**isabelle**-funaro.jpg
1024 x 768 pixels - 87k
zavarka.com/.../ isabelle-
funaro-1024x768.html

Web **Images** Maps News Shopping Gmail more ▼

Sign in



"Anna Dmistita"

Search Images    Search the Web

Advanced Image Search
Preferences

SafeSearch is off

New! Google Image Labeler

## Images

Results **1** - **20** of about **190** for **"Anna** Dmistita**"**. (**0.14** seconds)

Show: **All sizes** - Extra Large - Large - Medium - Small

« View all web results for **"Anna Dmistita"**



**Anna Dmistita**. Total Points : 40
241 x 320 - 12k - jpg
user.7host.com



Perfect 10 - Page 5 - Free
Porn ...
160 x 138 - 7k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
124 x 160 - 7k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
160 x 120 - 6k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
160 x 120 - 4k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
114 x 160 - 4k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
113 x 160 - 5k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
113 x 160 - 4k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
113 x 160 - 5k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
113 x 160 - 4k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
112 x 160 - 7k - jpg
planetsuzy.org



credit dls1
112 x 160 - 5k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
112 x 160 - 5k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
112 x 160 - 4k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
111 x 160 - 5k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
111 x 160 - 5k - jpg
planetsuzy.org

Case 2:04-cv-09484-AHM-SH   Document 399-3   Filed 06/12/08   Page 39 of 48   Page ID
#:7232

   

| Perfect 10 - Page 5 - Free Porn ... | Perfect 10 - Page 5 - Free Porn ... | Perfect 10 - Page 5 - Free Porn ... | Perfect 10 - Page 5 - Free Porn ... |
| 110 x 160 - 4k - jpg | 107 x 160 - 5k - jpg | 107 x 160 - 5k - jpg | 107 x 160 - 5k - jpg |
| planetsuzy.org | planetsuzy.org | planetsuzy.org | planetsuzy.org |



**1** 2 3 4 5 6 7 8 9 10        **Next**

**New!** Want to help improve Google Image Search? Try Google Image Labeler.

"Anna Dmistita"     [ Search Images ]     [ Search the Web ]

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web **Images** Maps News Shopping Gmail more ▼

Sign in



| "Anna Dmistita" | Search Images | Search the Web |

Advanced Image Search
Preferences

SafeSearch is off

New! Google Image Labeler

| **Images** | Results **21** - **40** of about **190** for **"Anna Dmistita"**. (0.03 seconds) |

Show: **All sizes** - Extra Large - Large - Medium - Small

« View all web results for **"Anna Dmistita"**



Perfect 10 - Page 5 - Free
Porn ...
107 x 160 - 5k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
107 x 160 - 5k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
107 x 160 - 6k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
107 x 160 - 5k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
107 x 160 - 5k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
107 x 160 - 5k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
107 x 160 - 5k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
107 x 160 - 4k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
107 x 160 - 5k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
107 x 160 - 7k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
107 x 160 - 6k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
107 x 160 - 5k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
106 x 160 - 4k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
106 x 160 - 5k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
106 x 160 - 6k - jpg
planetsuzy.org



Perfect 10 - Page 5 - Free
Porn ...
106 x 160 - 6k - jpg
planetsuzy.org






Perfect 10 - Page 5 - Free
Porn ...
106 x 160 - 5k - jpg
planetsuzy.org

Perfect 10 - Page 5 - Free
Porn ...
106 x 160 - 5k - jpg
planetsuzy.org

Perfect 10 - Page 5 - Free
Porn ...
106 x 160 - 4k - jpg
planetsuzy.org

Perfect 10 - Page 5 - Free
Porn ...
106 x 160 - 6k - jpg
planetsuzy.org



◀ Gooooooooogle ▶

**Previous**   1   **2**   3   4   5   6   7   8   9   10      **Next**

"Anna Dmistita"        Search Images        Search the Web

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

# Exhibit 2

Google Image Result for http://www.toocharger.com/img/graphiques/fonds_d_ecran/celebrites/alena_drazna/salena_drazna_1935.jpg - Mozilla Firefox

File   Edit   View   Go   Bookmarks   Tools   Help

http://images.google.com/imgres?imgurl=http://www.toocharger.com/img/graphiques/fonds_d_ecran/celebrites/alena_drazna/salena_drazna.1935.jpg&imgrefurl=http://www.   Go

Getting Started   Latest Headlines




See full-size image.
www.toocharger.com/.../salena_drazna.1935.jpg
150 x 112 - 9k
*Image may be scaled down and subject to copyright.*

Below is the image in its **original context** on the page: **www.toocharger.com/.../alena-drazna/**

Remove Frame ⊠
Image Results »

**3600 Stock Photos = $79**
Wide choice of hires pictures
Clipping path and mask
included
www.absolutvision.com

**Image Dali**
Looking for Image Dali? Find
exactly what you want today.
www.eBay.com

**Leica Camera Systems**
Leica Microsystems Camera
Systems Imaging solutions for
microscopy
www.leica-microsystems.com

**Free Downloadable Picture**
Find tons of Images from the
Top Stock Image Websites
TopTenRatings.Net

Annonces Google

**MEMBRES**

Vous êtes connecté
en tant qu'**invité**.
Vous pouvez vous
identifier ou vous
inscrire.

**CATEGORIES**

› Aaliyah
› Abi Titmus
› Adele Silva
› Adele Stevens
› Adi Noyman
› Adriana Catano
› Adriana Karembeu
› Adriana Lima
› Adriana Sklenariko...
› Adriana Volpe
› Aida Jespica
› Aimie Delon
› Aishwarya Rai
› Alanis Morisette
› Alberto Miranda
› Alec Baldwin
› Aleksandra Kamp
› **Alena Drazna**
› Alesha Creskovich
› Alessandra Ambrosi...
› Alessia Marcuzzi
› Alexander Karelin
› Alexandra Kabi
› Alexandra Kamp
› Ali Landry
› Ali Larter
› Alice Dodd
› Alicia Keys
› Alicia Rickter
› Alicia Silverstone
› Alicia Witt
› Alina
› Alina Locklear
› Alina marie Lockle...
› Alison Armitage
› Alison Eastwood
› Alison Morse
› Alizée
› Alley Bagget
› Alley Baggett
› Allison Mack
› Almudena Fernandez
› Alphaville
› Alsou
› Alsu
› ...

Vous êtes ici : **Images > Fonds d'écran > Célébrités femmes > Alena Drazna** > Alena Drazna

🌐 **FOND D'ECRAN ALENA DRAZNA**

*Alena Drazna*

| Dimensions réelles | 1024*768 |
|---|---|
| Poids | 153.87 Ko |
| Nombre de téléchargements total | 8 534 |
| Nombre de téléchargements ce mois | 26 |

**ANNONCEURS**

Annonces Google

**3600 Stock Photos
= $79**
Wide choice of
hires pictures
Clipping path and
mask included
www.absolutvision.com

**Image Blog**
Share your favorite
pics and earn
money today. Fast,
Easy & Free!
friends.Dada.net

**Free Profile
Backgrounds**
Cool & Fun Profile
Wallpapers
Customize Your
Profile Layout Now!
MySpace.Wallpapers.com

**Free Desktop
Themes**
Download free
desktop themes at
PCWorld.com. Find
yours now!
PCWorld.com

September 2007
S   M   Tu   W   Th   F   S
                        1
2   3   4   5   6   7   8
9   10  11  12  13  14  15
16  17  18  19  20  21  22
23  24  25  26  27  28  29
30

Done





Google Image Result for http://bukuroshe.parajsa.com/foto/caneelcarswell1.jpg - Mozilla Firefox

File Edit View Go Bookmarks Tools Help

http://images.google.com/imgres?imgurl=http://bukuroshe.parajsa.com/foto/caneelcarswell1.jpg&imgrefurl=http://bukuroshe.parajsa.com/bukuroshe12.htm&h=102&w=72&s: Go

Getting Started  Latest Headlines





See full-size image.
bukuroshe.parajsa.com/foto/caneelcarswell1.jpg
72 x 102 - 4k
Image may be scaled down and subject to copyright.

Remove Frame
Image Results »

Below is the image in its **original context** on the page: **bukuroshe.parajsa.com/bukuroshe12.htm**



**Caneel Bay Resort**
Hotel Photos, Info & Virtual Tours Find the
Hotel You Want at Expedia!
www.Expedia.com

**Caneel Bay Resort St John**
Luxurious St John Villa Rentals Book Your
Favorite Villa Today
St-John.CaribbeanWay.com

**Caneel Bay**
Find Deals, Read Reviews from Real
People. Get the Truth. Then Go.
www.TripAdvisor.com

Ads by Google

© 2001 Parajsa Shqiptare. All rights reserved.

September 2007

Done





Exhibit 3



File   Edit   View   Go   Bookmarks   Tools   Help

http://www.google.com/search?num=100&hl=en&safe=off&client=firefox-a&channel=s&rls=org.mozilla%3Aen-US%3Aofficial&q=www.perfect10.com+passwords&btnG=Sea

Getting Started   Latest Headlines

[ Senha Grátis ]: 22/01
I just discovered this through Google and the first **pass** worked! Many thanks!" ...
http://charrons:071727@**www.perfect10.com**/perfectten/p10_pages/members/ ...
senhagratis.blogspot.com/2008/01/2201.html - 122k - Cached - Similar pages

ABSHELL :: Başlık görüntüleniyor - 20 MAYIS 2004 ÇALIŞAN ŞİFRELER
http://Russell:1776@**www.perfect10.com**/perfectten/p10_pages/members/index.html .....
http://**password**:password1@www.shymodels.com/members/ ...
www.abshell.net/phpBB2/viewtopic.php?p=4114&sid=a8e4406d18d14e1ca1da50f73ce18642 -
150k - Cached - Similar pages

www.Sexnarod.ru. Архив порно форума | Porno-forum Archive, Пароли ...
http://masked99:**password**@members.realitypornpass.com/full/ .....
http://irish79:und79dew@**www.perfect10.com**/...bers/index.html ...
porno-arch.sexnarod.ru/topic115889_280.html - 165k - Cached - Similar pages

Webblog Do canal #WellCome - [ Translate this page ]
[url]http://treeaxlayboy6@**www.perfect10.com**/perfectten/p10_pages/members/index.html[/url]
...... Login: paula.cbjr / **Password**: cbjrp456 / nº: 08002840025 ...
wellcome.weblogger.terra.com.br/ - 97k - Cached - Similar pages

MiX - האתר שיביא לך אותה בשפריץ!
http://NELLIS22:**password**@www.teenagebeauties.com/members/index.html ......
http://steveh:steviera@**www.perfect10.com**/perfectten/p10_pages/members/index.html ...
www.planetnana.co.il/mixsite/elad.html - 177k - Cached - Similar pages

CS.RIN.RU - Steam Underground Forum :: View topic - guys who ...
http://Jemerson:**password**@206.246.199.161/index.php?site=amateurblowout ....
http://Remy:soccer@**www.perfect10.com**/perfectten/p10_pages/members/index.ht ml ...
cs.rin.ru/forum/viewtopic.php?p=199832&sid=8ce948daaf4186595530de7218fac495 - 205k -
Cached - Similar pages

Come trovare le **password** [Archivio] - Clarence Forum - [ Translate this page ]
[Archivio] Come trovare le **password** Belle attrici. ...
http://biggins:biggins@**www.perfect10.com**/perfectten/p10_pages/members/index.html ...

Done

February 2008

start     15 Windows Explorer     15 Firefox     Adobe Acrobat Profe...     5:37 PM

Microsoft Excel - totals.xls

File Edit View Insert Format Tools Data Window Help

S1037

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1005 | Accesses per username for usernames generating at least 5000 | | | | | | | | | | | | | | | | |
| 1006 | on one individual day, 01162002 to 12162002, sorted in descending order | | | | | | | | | | | | | | | | |
| 1007 | | | | | | | | | | | | | | | | | |
| 1008 | Rank | Name | TOTAL | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Peak Date | Accesses on Peak Date |
| 1009 | 1 | patty16 | 10,322,661 | 471 | 4,387 | 2,795 | 20,342 | 8,058 | 31,611 | 46,049 | 78,451 | 150,307 | 2,084,956 | 7,895,145 | 89 | 11/02/02 | 2,076,791 |
| 1010 | 2 | scoken | 4,005,787 | 578 | 1,808 | 974 | 759 | 1,107 | 61,826 | 35,191 | 7,946 | 85,056 | 84,525 | 3,725,961 | 56 | 11/10/02 | 2,113,483 |
| 1011 | 3 | ace1 | 3,990,953 | 959 | 6,113 | 64,579 | 45,803 | 119,831 | 155,838 | 187,582 | 154,112 | 3,255,624 | 484 | 21 | 7 | 09/24/02 | 1,628,040 |
| 1012 | 4 | cooler74 | 2,893,225 | 13,361 | 91,347 | 84,323 | 63,051 | 46,102 | 146,854 | 89,060 | 209,077 | 2,148,272 | 1,725 | 29 | 24 | 09/24/02 | 1,000,405 |
| 1013 | 5 | crash | 2,372,757 | 98,386 | 148,965 | 168,328 | 250,927 | 313,194 | 286,903 | 269,611 | 213,616 | 620,233 | 219 | 117 | 2,258 | 09/19/02 | 151,785 |
| 1014 | 6 | shoosh | 2,304,223 | 47,996 | 102,577 | 200,537 | 266,865 | 236,025 | 267,985 | 286,281 | 295,498 | 599,987 | 437 | 21 | 14 | 09/18/02 | 125,796 |
| 1015 | 7 | jma2000 | 2,285,914 | 100,085 | 134,104 | 173,099 | 228,580 | 262,840 | 284,241 | 198,318 | 186,093 | 718,205 | 294 | 37 | 18 | 09/19/02 | 179,894 |
| 1016 | 8 | uhasaem | 2,234,968 | 59,514 | 70,343 | 132,233 | 171,157 | 302,373 | 333,429 | 311,074 | 220,097 | 634,547 | 164 | 22 | 15 | 09/24/02 | 137,069 |
| 1017 | 9 | null | 2,218,531 | 38,352 | 85,451 | 93,655 | 152,801 | 206,481 | 327,251 | 240,962 | 320,576 | 752,516 | 471 | 9 | 6 | 09/18/02 | 147,269 |
| 1018 | 10 | hoberto | 2,171,567 | 51,742 | 59,175 | 91,328 | 216,400 | 260,356 | 297,938 | 275,675 | 262,569 | 655,760 | 66 | 10 | 8 | 09/19/02 | 156,122 |
| 1019 | 11 | homer | 2,170,230 | 72,271 | 121,898 | 126,737 | 447,699 | 430,465 | 347,395 | 306,631 | 225,176 | 91,640 | 279 | 31 | 8 | 04/06/02 | 47,678 |
| 1020 | 12 | simonh | 2,161,365 | 44,120 | 123,372 | 186,017 | 286,425 | 414,667 | 360,641 | 312,695 | 359,866 | 73,005 | 494 | 25 | 38 | 06/24/02 | 73,705 |
| 1021 | 13 | nickoff | 2,120,668 | 535 | 8,622 | 37,514 | 130,652 | 111,567 | 2 | 4 | 1 | 6,506 | 70,812 | 1,754,447 | 6 | 11/07/02 | 517,636 |
| 1022 | 14 | doa420 | 2,095,712 | 102,603 | 61,899 | 114,024 | 179,328 | 266,026 | 323,660 | 219,264 | 278,944 | 549,575 | 335 | 37 | 17 | 09/18/02 | 140,077 |
| 1023 | 15 | fuzzy10 | 2,095,453 | 40,348 | 70,966 | 128,551 | 215,525 | 262,308 | 311,854 | 226,008 | 297,761 | 541,726 | 358 | 28 | 20 | 09/18/02 | 130,823 |
| 1024 | 16 | grappler | 2,084,013 | 56,563 | 134,653 | 97,967 | 191,165 | 242,577 | 271,233 | 288,240 | 221,936 | 144,753 | 213,236 | 221,353 | 337 | 10/13/02 | 81,469 |
| 1025 | 17 | gjarctct | 2,079,600 | 13,703 | 36,054 | 81,521 | 232,448 | 276,485 | 337,043 | 216,525 | 257,393 | 628,200 | 193 | 24 | 11 | 09/18/02 | 143,711 |
| 1026 | 18 | kklumpp | 2,060,691 | 32,087 | 33,691 | 128,236 | 140,733 | 263,602 | 357,594 | 241,921 | 183,759 | 678,872 | 169 | 20 | 7 | 09/18/02 | 143,300 |
| 1027 | 19 | hanomag | 2,043,593 | 19,386 | 36,228 | 48,377 | 113,271 | 199,862 | 198,163 | 179,816 | 178,740 | 196,940 | 196,005 | 676,784 | 18 | 11/04/02 | 110,118 |
| 1028 | 20 | blbruce | 2,037,744 | 53,743 | 58,689 | 92,921 | 194,450 | 232,771 | 288,641 | 238,322 | 216,146 | 661,489 | 528 | 25 | 19 | 09/18/02 | 160,640 |
| 1029 | 21 | rp230465 | 2,023,086 | 27,312 | 35,778 | 101,722 | 186,735 | 189,195 | 310,216 | 212,257 | 213,589 | 644,983 | 4,341 | 96,873 | 85 | 09/18/02 | 175,391 |
| 1030 | 22 | blade104 | 2,011,840 | 1,686 | 47,502 | 118,633 | 234,184 | 326,914 | 315,199 | 251,195 | 212,906 | 480,418 | 23,044 | 150 | 9 | 09/24/02 | 120,858 |
| 1031 | 23 | thor21 | 1,944,118 | 55,360 | 69,926 | 93,625 | 221,618 | 219,459 | 196,899 | 195,655 | 250,003 | 641,305 | 214 | 28 | 26 | 09/18/02 | 123,180 |
| 1032 | 24 | simple | 1,912,453 | 4,078 | 20,235 | 86,345 | 264,506 | 227,820 | 324,041 | 206,431 | 170,429 | 256,845 | 73,375 | 278,277 | 71 | 04/28/02 | 34,215 |
| 1033 | 25 | coccode | 1,902,548 | 39,903 | 50,703 | 144,586 | 314,962 | 291,418 | 391,120 | 268,982 | 337,033 | 63,663 | 137 | 26 | 15 | 06/20/02 | 37,127 |
| 1034 | 26 | aoB009 | 1,822,476 | 54,721 | 138,465 | 184,203 | 160,435 | 252,532 | 331,335 | 216,540 | 199,372 | 249,871 | 34,956 | 34 | 12 | 06/25/02 | 39,050 |
| 1035 | 27 | nfasula | 1,745,375 | 25,101 | 30,119 | 88,977 | 99,331 | 168,412 | 134,897 | 185,621 | 173,562 | 838,819 | 489 | 27 | 20 | 09/27/02 | 501,858 |
| 1036 | 28 | cwatkins | 1,660,150 | 63,027 | 96,649 | 148,732 | 139,700 | 199,292 | 370,781 | 289,768 | 277,658 | 74,379 | 138 | 19 | 7 | 06/03/02 | 52,115 |
| 1037 | 29 | pignut | 1,658,703 | 10,504 | 36,087 | 75,892 | 170,403 | 333,539 | 292,632 | 270,722 | 219,149 | 163,714 | 85,970 | 80 | 11 | 06/08/02 | 29,530 |
| 1038 | 30 | redfish | 1,639,671 | 22,411 | 80,501 | 63,370 | 157,332 | 121,960 | 151,090 | 141,948 | 83,061 | 135,579 | 48,842 | 633,514 | 63 | 11/03/02 | 150,698 |
| 1039 | 31 | krogue | 1,612,741 | 26,473 | 48,021 | 67,705 | 164,759 | 182,357 | 218,598 | 264,399 | 215,379 | 277,107 | 147,794 | 129 | 20 | 10/05/02 | 59,549 |
| 1040 | 32 | eros | 1,588,089 | 42,386 | 41,492 | 90,603 | 227,748 | 319,609 | 209,369 | 230,471 | 211,274 | 214,867 | 217 | 35 | 18 | 09/27/02 | 47,166 |
| 1041 | 33 | sliinky | 1,562,253 | 22,198 | 51,003 | 98,920 | 101,497 | 112,868 | 160,377 | 141,773 | 167,350 | 705,885 | 348 | 25 | 9 | 09/18/02 | 146,821 |
| 1042 | 34 | davconn | 1,545,840 | 43,717 | 94,136 | 82,121 | 233,498 | 160,142 | 188,265 | 241,929 | 239,966 | 208,791 | 53,093 | 148 | 34 | 09/25/02 | 27,279 |
| 1043 | 35 | phil | 1,507,893 | 30,782 | 74,499 | 124,413 | 215,852 | 303,739 | 273,005 | 214,226 | 197,291 | 73,369 | 499 | 206 | 12 | 05/23/02 | 48,034 |
| 1044 | 36 | tigger45 | 1,507,348 | 51,770 | 60,829 | 106,505 | 173,795 | 264,539 | 289,877 | 218,880 | 306,465 | 34,492 | 182 | 11 | 3 | 06/26/02 | 30,501 |
| 1045 | 37 | bshanner | 1,488,397 | 44,602 | 31,472 | 116,127 | 129,784 | 251,681 | 305,080 | 303,866 | 253,579 | 52,085 | 103 | 12 | 6 | 06/26/02 | 47,267 |
| 1046 | 38 | harmony | 1,477,069 | 27,016 | 68,366 | 106,408 | 266,818 | 180,635 | 185,348 | 204,946 | 173,995 | 262,787 | 687 | 44 | 19 | 09/27/02 | 45,662 |
| 1047 | 39 | santiago | 1,475,113 | 25,779 | 74,178 | 73,667 | 47,511 | 206,978 | 299,768 | 146,443 | 253,640 | 240,294 | 106,556 | 255 | 44 | 09/24/02 | 40,445 |
| 1048 | 40 | ripcurl | 1,462,063 | 33,374 | 50,261 | 113,939 | 166,747 | 116,959 | 126,322 | 106,099 | 163,985 | 583,994 | 344 | 29 | 10 | 09/18/02 | 125,931 |
| 1049 | 41 | ghlas | 1,436,882 | 5,300 | 5,486 | 40,099 | 14,907 | 79,837 | 165,049 | 286,367 | 118,997 | 708,584 | 110,336 | 10 | 10 | 09/24/02 | 137,145 |
| 1050 | 42 | 69bronco | 1,421,969 | 1 | 6,703 | 81,664 | 158,146 | 222,075 | 200,231 | 205,915 | 213,918 | 333,056 | 234 | 12 | 14 | 09/25/02 | 187,777 |

Sheet1

Ready

February 2008

start

# Exhibit 4

Case 2:04-cv-09484-AHM-SH   Document 1359-6   Filed 06/12/08   Page 2 of 30   Page ID
#:1502

# Exhibit 4 is voluminous and is being filed as two separate documents

Case 2:04-cv-09484-AHM-SH Document 456 Filed 04/04/12 Page 53 of 130 Page ID #:29599





Google Image Result for http://members.lycos.nl/babyfaces/fake/thumbnails/alyssa_milano1.jpg - Mozilla Firefox

File   Edit   View   Go   Bookmarks   Tools   Help

http://images.google.com/imgres?imgurl=http://members.lycos.nl/babyfaces/fake/thumbnails/alyssa_milano1.jpg&imgrefurl=http://members.lycos.nl/babyfaces/fake/&h=75&w=   Go   G

Getting Started   Latest Headlines

**Google**
Images

See full-size image.
members.lycos.nl/.../alyssa_milano1.jpg
63 x 75 pixels - 5k
Image may be scaled down and subject to copyright.

Remove Frame
Image Results »

Below is the image in its **original context** on the page: **members.lycos.nl/babyfaces/fake/**

Ads door Google

**Celebrity Wallpaper**
Get 10 Fresh Wallpapers for your Phone. Sexy, Models, Celebs & more
Mobi.Dada.net

**Christina Aguilera**
Find Art Prints & Posters Christina Aguilera Sale
stores.ebay.com/Adam-Hersh-Auctions

**Tickets for concerts.**
All major music concerts: Placebo, Ch.Aguilera, Keane, and many more.
www.euroteam.info

**Arrogant Cat Clothing**
The Hip Brand The Celebs Love 10% Off On All Brands and free P&P!
www.SpoiledBrat.co.uk/Arrogant Cat

Fake celebs / christina aguilera
back
15-7-2002





 start    Google AdWords: Ke...    alt.binaries.amp - Mo...    alt.binaries.amp - Mo...    Google Image Result ...      4:34 PM



Google Image Result for http://www.hollywood-celebrity-pictures.com/Celebrities/Ashlee-Simpson/ - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites

Address   http://images.google.com/imgres?imgurl=http://www.hollywood-celebrity-pictures.com/Celebrities/Ashlee-Simpson/Ashlee-Simpson-22-thumb.JPG&imgrefurl=http://www.hollywood-celebrity-p     Go   Links   SnagIt



See full-size image.
www.hollywood-celebrity-pictures.com/Celebrit...
160 x 120 - 54k
*Image may be scaled down and subject to copyright.*

Remove Frame
Image Results »

Below is the image in its **original context** on the page: **www.hollywood-celebrity-pictures.com/Ashlee_S...**

To use this image as Wallpaper, right click on the image and then select 'Save Image As'

**Jessica Simpson Pictures**
Free Artist Videos, Photos, Music Clips, and More at AOL®
Music.
Music.AOL.com

**2007 Ford Official Site**
See photos, specs, prices, options, more. Find a dealer. Get a
quote.
fordvehicles.com/suv

Ads by Goooooogle



March 2007
S  M  Tu  W  Th  F  S
            1  2  3
4  5  6  7  8  9  10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

Done                                                                    Internet

 start       Google Image Result ...         4:02 PM

Google Image Result for http://www.hollywood-celebrity-pictures.com/Celebrities/Christina-Aguilera/Christina-Aguilera-120-thumb.JPG - Mozilla Firefox

File Edit View Go Bookmarks Tools Help

http://images.google.com/imgres?imgurl=http://www.hollywood-celebrity-pictures.com/Celebrities/Christina-Aguilera/Christina-Aguilera-120-thumb.JPG&imgrefurl=http://www

Getting Started  Latest Headlines



See full-size image.
www.hollywood-celebrity-pictures.com/Celebrit...
160 x 120 - 11k
Image may be scaled down and subject to copyright.

Remove Frame
Image Results »

Below is the image in its **original context** on the page: **www.hollywood-celebrity-pictures.com/Christin...**

Please click here to use this image on your website, blog, forum or on MySpace

To use this image as Wallpaper, right click on the image and then select 'Save Image As'

**Jessica Simpson Pics**
Check out and rate photos at Jessica's
official site
www.JessicaSimpson.com/photos

**"The Bank Job" 3/7**
How to do a BJ and Not Get Caught! Watch
The Trailer.
www.TheBankJobMovie.com

**Lil kim picture**
Watch Pussycat Dolls Present Girlicious on
MuchMusic
muchmusic.com/girlicious

Ads by Google



http://www.hollywood-celebrity-pictures.com/Christina-Aguilera-120-Picture.htm





Google Image Result for http://www.averlo.com/lucas/Isabelle_Funaro/03.jpg - Mozilla Firefox

File  Edit  View  Go  Bookmarks  Tools  Help

http://images.google.com/imgres?imgurl=http://www.averlo.com/lucas/Isabelle_Funaro/03.jpg&imgrefurl=http://www.averlo.com/lucas/Isabelle_Funaro/image3.html&h=9008

Getting Started    Latest Headlines

Google

See full-size image.
www.averlo.com/lucas/Isabelle_Funaro/03.jpg
626 x 900 - 119k
Image may be scaled down and subject to copyright.

Remove Frame
Image Results »

Below is the image in its original context on the page: www.averlo.com/lucas/Isabelle_Funaro/image3.html



Done

start    15 Windows Explorer    15 Firefox    Adobe Acrobat Profe...    5:23 PM

Exhibit 5

Google Adwords: Step 2: Create your ad and Keywords
Case 2:04-cv-09484-AHM-SH   Document 1156-7   Filed 04/04/12   Page 62 of 130   Page ID
#:1505
Case 2:04-cv-09484-AHM-SH   Document 10358   Filed 08/12/08   Page 1 of 8   Page ID
#:29668

 **It's All About Results™**

---

## Choose your language and location targeting.

Your ad languages(s):          **English** [Edit]
Your location targeting option: **Global or nationwide**  [Edit]
                                All Countries

---

## Step 2 of 4: Create Ad Groups.

| Create ads. | Choose keywords and maximum cost-per-click. | Details |
|---|---|---|

**+** Create New Text Ad | Image Ad [?]

password hacking
thousands of stolen passwords
hacked playboy.com, perfect10.com
besthackedpasswords.com

Edit – Delete

**Google AdWords Keyword alternatives for preteen sex**

Your ads will show for the searches below (unless you make them an Exact Match [?] ). If some of these searches are not relevant to your campaign, please choose more specific keywords such as the ones below and delete the more general one(s) from your keyword list. You may also want to consider adding Negative Matches [?].

☐ "preteen sex stories"
☐ "free preteen sex"
☐ "preteen sex pics"
☐ "preteen lolita sex"
☐ "sex preteen"
☐ "preteen sex pictures"
☐ "preteen boy sex"
☐ "illegal preteen sex"

Here are similar keywords you may want to add to your keyword list in addition to *preteen sex* .

☐ kidfuck
☐ lolita
☐ incesr
☐ preteen
☐ lolitave
☐ pedo
☐ lolitas
☐ banned
☐ underage
☐ mom

☐ "preteen sex photos"

☐ "free preteen sex pics"

☐ "free preteen sex stories"

☐ "preteen boys sex"

☐ "preteen sex movies"

☐ "underage preteen sex"

☐ "preteen girl sex"

☐ "russian preteen sex"

☐ "preteen sex sites"

☐ "young preteen sex"

☐ "preteen sex free"

☐ "preteen sex videos"

☐ "preteen incest sex"

☐ "preteen sex bbs"

☐ "preteen sex story"

☐ "preteen sex galleries"

☐ "preteen sex pic"

☐ "preteen gay sex"

☐ "preteen hardcore sex"

☐ "hardcore preteen sex"

☐ "preteen nude sex"

☐ "preteen underage sex"

☐ "preteen girls having sex"

☐ "preteen anal sex"

☐ "preteen child sex"

☐ "preteen sex gallery"

☐ "sex with preteen"

☐ "free preteen sex pictures"

☐ "mother and daughter"

☐ preteens

☐ "taboo forum"

☐ vorbidden

☐ incst

☐ loliya

☐ young

☐ incets

☐ prelolita

☐ pornofilia

☐ uncensored

☐ loli

☐ "year old"

☐ "brother sister"

☐ loilta

☐ little

☐ pedolola

☐ "father daughter"

☐ "little girl"

☐ virgins

☐ lolifuck

☐ lolitaz

☐ prelolitas

☐ pedophilia

☐ youngest

☐ babysex

☐ lolita's

☐ pics

☐ lollita

☐ preeteen

☐ pedoworld

☐ bbs

☐ "crazy russian"

☐ mother

☐ porno

☐ kinderlolitas

☐ lowteen

☐ ukrain

☐ nymphet

☐ tgp

☐ child

☐ russian

- ☐ "preteen sex lolita"
- ☐ "preteen sex video"
- ☐ "sex stories preteen"
- ☐ "preteen lolita sex pics"
- ☐ "lolita sex preteen"
- ☐ "preteen sex tgp"
- ☐ "preteen free sex"
- ☐ "preteen sex porn"
- ☐ "free preteen lolita sex"
- ☐ "nude preteen sex"
- ☐ "preteen sex links"
- ☐ "preteen illegal sex"
- ☐ "preteen lesbian sex"
- ☐ "preteen animal sex"
- ☐ "preteen lolita sex pictures"
- ☐ "preteen and sex"
- ☐ "free preteen sex movies"
- ☐ "preteen sex photo"
- ☐ "preteen sex incest"
- ☐ "preteen sex nude"
- ☐ "illegal preteen lolita sex"
- ☐ "preteen sex illegal"
- ☐ "incest preteen sex"
- ☐ "preteen incest sex stories"
- ☐ "preteen boys having sex"
- ☐ "underground preteen sex"
- ☐ "preteen sex girls"

- ☐ pedoporno
- ☐ insest
- ☐ ukrainian
- ☐ "mother daughter"
- ☐ prettens
- ☐ kiddie
- ☐ preteenz
- ☐ incesttaboo
- ☐ familysex
- ☐ incestophilia
- ☐ inlolita
- ☐ lolitta
- ☐ lotitas
- ☐ kiddy
- ☐ darkcollection
- ☐ naturist
- ☐ porn
- ☐ loita
- ☐ childs
- ☐ shylolita
- ☐ teen
- ☐ paedo
- ☐ teens
- ☐ prteen
- ☐ pedolove
- ☐ pedoph
- ☐ teensex
- ☐ very
- ☐ malyshok
- ☐ fucking
- ☐ nudist
- ☐ chillporn
- ☐ childlover
- ☐ viplolita
- ☐ cp
- ☐ beastiality
- ☐ fuck
- ☐ lollitas
- ☐ incestgrrl
- ☐ "under age"
- ☐ kiddies
- ☐ underlolita
- ☐ hairless

Google Adwords Case 2:04-cv-09484-AHM-SH Document 1156-7 Filed 04/04/12 Page 65 of 130 Page ID
Case 2:04-cv-09484-AHM-SH Document 1156-7 Filed 06/12/08 Page 4 of 8 Page ID
#:1506
#:29611

☐ "preteen sex mpegs"
☐ "lolitas preteen sex"
☐ "preteen sex picture"
☐ "preteen sex movie"
☐ "preteen sex pics free"
☐ "preteen sex thumbs"
☐ "preteen porn sex"
☐ "free preteen sex videos"
☐ "hot preteen sex"
☐ "preteen pedo sex"
☐ "preteen sex pix"
☐ "black preteen sex"
☐ "preteen sex forum"
☐ "preteen sex images"
☐ "naked preteen sex"
☐ "free preteen sex galleries"
☐ "preteen russian sex"
☐ "stories preteen sex"
☐ "very young preteen sex"
☐ "little preteen sex"
☐ "sex with preteen girls"
☐ "preteen sex xxx"
☐ "preteen boy sex stories"
☐ "preteen phone sex"
☐ "xxx preteen sex"
☐ "preteen sex chat"
☐ "preteen sex

☐ stories
☐ inces
☐ lolasex
☐ pedophile
☐ "dark collection"
☐ usalolitas
☐ "pre teen"
☐ pedofilia
☐ cistelle
☐ lolitop
☐ bestest
☐ tpg
☐ littlelolita
☐ kiddieporn
☐ preeteens
☐ blueadult
☐ nymphets
☐ brutal
☐ maxfree
☐ incset
☐ ncest
☐ childsex
☐ unlegal
☐ shy
☐ boys
☐ pedopics
☐ wcpa
☐ childfuck
☐ "pre teens"
☐ icest
☐ "lo li ta"
☐ pinklolita
☐ shylolitas
☐ incet
☐ pthc
☐ alfasex
☐ usalolita
☐ loloita
☐ darkcollections
☐ pedosex
☐ pretten
☐ "pree teen"
☐ sex

models"
- ☐ "preteen sex mpeg"
- ☐ "underage preteen sex pics"
- ☐ "japanese preteen sex"
- ☐ "preteen sex fuck"
- ☐ "preteen sex clips"
- ☐ "preteen sex thumbnails"
- ☐ "preteen asian sex"
- ☐ "preteen sex com"
- ☐ "preteen sex lolitas"
- ☐ "preteen sex site"
- ☐ "preteen virgin sex"
- ☐ "free preteen sex photos"
- ☐ "virtual preteen sex"
- ☐ "preteen boys gay sex story"
- ☐ "preteen gay boy sex"
- ☐ "preteen sex hardcore"
- ☐ "free preteen sex pic"
- ☐ "bbs preteen sex"
- ☐ "little angels preteen sex"
- ☐ "boy preteen sex"
- ☐ "preteen sex free pics"
- ☐ "underage preteen lolita sex"
- ☐ "preteen boy sex pics"
- ☐ "stories of preteen sex"
- ☐ "young preteen lolita sex"
- ☐ "preteen dog sex"

- ☐ lolittas
- ☐ lola
- ☐ miniteen
- ☐ defloration
- ☐ lotita
- ☐ olita
- ☐ lolitka
- ☐ momson
- ☐ inceste
- ☐ pedofile
- ☐ incess
- ☐ lolits
- ☐ lolta
- ☐ chilporn
- ☐ loitas
- ☐ lolia
- ☐ preten
- ☐ lolitateen
- ☐ familyincest
- ☐ lol
- ☐ turkteen
- ☐ preteensex
- ☐ lolitaworld
- ☐ lolihost
- ☐ lolito
- ☐ incestsex
- ☐ pretteen
- ☐ lolis
- ☐ lolota
- ☐ pedoland
- ☐ mother&son
- ☐ teenz
- ☐ kiddyporn
- ☐ momsonsex
- ☐ alfafuck
- ☐ bestialities
- ☐ childrenporn
- ☐ son
- ☐ pornophilia

Google Adwords Ref?
Case 2:04-cv-09484-AHM-SH   Document 1156-7   Filed 04/04/12   Page 67 of 130   Page ID #:29613
Case 2:04-cv-09484-AHM-SH   Document 135-3   Filed 06/12/08   Page 8 of 8   Page ID #:1508

☐ "preteen lolita sex stories"

☐ "lolita preteen sex pics"

☐ "preteen sex boys"

☐ "preteen group sex"

☐ "preteen sex slaves"

☐ "preteen sex acts"

☐ "forbidden preteen sex"

☐ "free preteen boy sex"

☐ "illegal preteen sex pictures"

☐ "illegal preteen sex sites"

☐ "preteen model sex"

☐ "preteen sex education"

☐ "preteen xxx sex"

☐ "gay preteen boy sex"

☐ "preteen sex cp"

☐ "indian preteen sex"

☐ "preteen gay sex stories"

☐ "preteen sex art"

☐ "young preteen sex pics"

☐ "preteen sex cartoons"

☐ "uncensored preteen lolita sex pictures"

☐ "preteen sex vids"

☐ "erotic preteen sex stories"

☐ "preteen boy gay sex story"

☐ "preteen boy sex sites"

☐ "preteen incest

sex pics"

☐ "preteen nudist sex"

☐ young preteen sex

☐ "preteen boys sex pics thumbs"

☐ "preteen cartoon sex"

☐ "preteen girl sex pics"

☐ "preteen pics sex"

☐ "preteen sex portal"

☐ "preteen free sex pics"

☐ "ukrainian preteen sex"

☐ "dutch preteen sex"

☐ "preteen boys sex videos"

☐ "free illegal preteen sex pics"

☐ "preteen boys gay sex stories"

☐ "preteen girls free sex sites"

☐ "preteen sex samples"

☐ preteen anal sex

☐ "preteen sex pictures free"

☐ "underage preteen sex stories"

☐ "preteen brother and sister sex"

☐ "young preteen sex stories"

☐ "preteen sex forums"

☐ "group preteen sex"

☐ "preteen sex index"

☐ "euro preteen sex"

☐ "free preteen sex

mpegs"
☐ "netparadise
preteen sex stories"
☐ free preteen lolita
sex
☐ "free sex stories
preteen"
☐ "preteen sex
fiction"
☐ "free preteen lolita
sex pictures"
☐ "free preteen sex
gallery"
☐ "preteen lesbian
sex stories"
☐ "very young
preteen sex photos"
☐ preteen hardcore
sex
☐ preteen sex pic

[Add these keywords]   [Cancel]

## Step 3: Specify your daily budget.

Control the amount you want to spend on your campaign each day. No minimum budget is required.

## Step 4: Sign up.

Create an AdWords account by providing your email address and choosing a password. When you are ready to activate your ads, log in to your new account and submit your billing information.

©2004 Google – AdWords Home – Editorial Guidelines – Privacy Policy – Contact Us

Exhibit 6

Case 2:04-cv-09484-AHM-SH Document 309-8 Filed 06/12/08 Page 1 of 8 Page ID
#:7617



**It's All About Results™**

- Help

## Choose your language and location targeting.

| | |
|---|---|
| Your ad languages(s): | **English** [Edit] |
| Your location targeting option: | **Global or nationwide** |
| | [Edit] |
| | United States |

---

### Step 2 of 4: Create Ad Groups.

**Create ads.**

**Choose keywords and maximum cost-per-click.**  Details

**+** Create New Text Ad | Image Ad [?]

---

Stolen Credit Cards
stolen credit card numbers
hacked amy weber
passwords
alanandkim.com

Edit - Delete

---

**Google AdWords Keyword alternatives for britney spears blowjob**

Your ads will show for the searches below (unless you make them an Exact Match [?] ). If some of these searches are not relevant to your campaign, please choose more specific keywords such as the ones below and delete the more general one(s) from your keyword list. You may also want to consider adding Negative Matches [?].

Here are similar keywords you may want to add to your keyword list in addition to *britney spears blowjob* .

- [ ] "free britney spears blowjob"
- [ ] "britney spears blowjob movie"
- [ ] "britney spears blowjob pics"
- [ ] "britney spears giving a blowjob"
- [ ] "britney spears blowjob mpeg"
- [ ] "britney spears blowjob video free"
- [ ] "britney spears blowjob pictures"
- [ ] "free britney spears blowjob pics"
- [ ] "britney spears backstage blowjob"
- [ ] "free britney spears blowjob mpeg"

- [ ] "britney spears blowjobs"
- [ ] "celeb blowjobs"
- [ ] "celeb blowjob"
- [ ] "spears blowjob"
- [ ] blowjob
- [ ] "britney spears blow"
- [ ] topless
- [ ] "britney spears"
- [ ] "brittney spears blowjob"
- [ ] brittany
- [ ] blowjobs
- [ ] interview
- [ ] "heather graham"
- [ ] "shannon elizabeth"
- [ ] nhl
- [ ] blowob
- [ ] virtual
- [ ] "jessica biel"
- [ ] "tara reid"
- [ ] "brittiney spears"
- [ ] bruno
- [ ] "drew barrymore"
- [ ] cumshot
- [ ] 69
- [ ] "elizabeth hurley"
- [ ] fucks
- [ ] blowlob
- [ ] "sharon stone"
- [ ] "shania twain"
- [ ] blowjov
- [ ] popstars
- [ ] dragonballporn

- [ ] battle
- [ ] "catherine bell"
- [ ] anti
- [ ] boyfriend
- [ ] cucking
- [ ] spearsporn
- [ ] archive
- [ ] "catherine zeta jones"
- [ ] blowjab
- [ ] "sandra bullock"
- [ ] nicket
- [ ] blowjbo
- [ ] wife
- [ ] "penelope cruz"
- [ ] black
- [ ] thong
- [ ] "nicole kidman"
- [ ] owjob
- [ ] "britney speaers"
- [ ] bl
- [ ] "bolw job"
- [ ] "salma hayek"
- [ ] "of the day"
- [ ] drifter
- [ ] blowjobpics
- [ ] "brooke burke"
- [ ] "heidi klum"
- [ ] sprice
- [ ] sucks
- [ ] drunk
- [ ] latina
- [ ] "suck the head baby"
- [ ] "monica lewinsky"
- [ ] playboy

- [ ] "amatur pages"
- [ ] "camel toe"
- [ ] bj
- [ ] xxx
- [ ] celebrity
- [ ] fuck
- [ ] "cameron diaz"
- [ ] wjob
- [ ] "alyssa milano"
- [ ] horse
- [ ] lookalike
- [ ] celebrities
- [ ] "jennifer lopez"
- [ ] "denise richards"
- [ ] "oral sex"
- [ ] litle
- [ ] queens
- [ ] uncovered
- [ ] mpg
- [ ] double
- [ ] "rate your rack"
- [ ] backstage
- [ ] naked
- [ ] "dirty sanchez"
- [ ] video
- [ ] videos
- [ ] dmoz
- [ ] "natalie portman"
- [ ] "dress up"
- [ ] britney
- [ ] movie
- [ ] "kylie minogue"
- [ ] pic
- [ ] stuntshow
- [ ] "jennifer aniston"

- ☐ slaveslut
- ☐ brunette
- ☐ pornstar
- ☐ hollybody
- ☐ oralsex
- ☐ "angelina jolie"
- ☐ audition
- ☐ "asian sirens"
- ☐ "carmen electra"
- ☐ raspo
- ☐ "jennifer love hewitt"
- ☐ facial
- ☐ blowjpb
- ☐ gives
- ☐ striptris
- ☐ "movie clips"
- ☐ movies
- ☐ asian
- ☐ ebony
- ☐ footjob
- ☐ teen
- ☐ "mariah carey"
- ☐ britneyuncovered
- ☐ britney's
- ☐ blowjobbs
- ☐ amateur
- ☐ "p bot"
- ☐ nude
- ☐ oral
- ☐ cumfiesta
- ☐ bowjob
- ☐ kacey
- ☐ "anna kournikova"
- ☐ "briney spears"

☐ blowwjob

☐ 800chat

☐ "jessica alba"

☐ cumlover

☐ gangbang

☐ britneysbed

☐ britneys

☐ "sarah michelle gellar"

☐ "pamela anderson"

☐ shakira

☐ "gina wild"

☐ "claudia schiffer"

☐ gumshot

| Add these keywords | Cancel |
|---|---|

## Step 3: Specify your daily budget.

Control the amount you want to spend on your campaign each day. No minimum budget is required.

## Step 4: Sign up.

Create an AdWords account by providing your email address and choosing a password. When you are ready to activate your ads, log in to your new account and submit your billing information.

Exhibit 7

| Registration Number | Title |
|---|---|
| TX 4-556-514 | Perfect 10 Magazine Vol. 1 No. 1 – August 1997 |
| TX 4-556-511 | Perfect 10 Magazine Vol. 1 No. 2 – Winter 1997 |
| TX 4-556-482 | Perfect 10 Magazine Vol. 1 No. 3 – Spring 1998 |
| TX 4-556-510 | Perfect 10 Magazine Vol. 1 No. 4 – Summer 1998 |
| TX 4-556-475 | Perfect 10 Magazine Vol. 1 No. 5 – Fall 1998 |
| TX 4-556-541 | Perfect 10 Magazine Vol. 1 No. 6 – Winter 1998 |
| TX 4-812-575 | Perfect 10 Magazine Vol. 2 No. 1 – Spring 1999 |
| TX 4-813-355 | Perfect 10 Magazine Vol. 2 No. 2 – Summer 1999 |
| TX 4-812-793 | Perfect 10 Magazine Vol. 2 No. 3 – August/September 1999 |
| TX 4-813-026 | Perfect 10 Magazine Vol. 2 No. 4 – October/November 1999 |
| TX 4-812-972 | Perfect 10 Magazine Vol. 2 No. 5 – December/January 2000 |
| TX 4-813-344 | Perfect 10 Magazine Vol. 2 No. 6 – February/March 2000 |
| TX 4-813-338 | Perfect 10 Magazine Vol. 3 No. 1 – April/May 2000 |
| TX 4-813-390 | Perfect 10 Magazine Vol. 3 No. 2 – June/July 2000 |
| TX 5-172-229 | Perfect 10 Magazine Vol. 3 No. 3 – August/September 2000 |
| TX 5-201-630 | Perfect 10 Magazine Vol. 3 No. 4 – October/November 2000 |
| TX 5-217-598 | Perfect 10 Magazine Vol. 3 No. 5 – December/January 2001 |
| TX 5-328-427 | Perfect 10 Magazine Vol. 3 No. 6 – Spring 2001 |
| TX 5-328-528 | Perfect 10 Magazine Vol. 4 No. 1 – Summer 2001 |
| TX 5-328-636 | Perfect 10 Magazine Vol. 4 No. 2 – Fall 2001 |
| TX 5-488-941 | Perfect 10 Magazine Vol. 4 No. 3 – Winter 2001 |
| TX 5-488-942 | Perfect 10 Magazine Vol. 4 No. 4 – Spring 2002 |
| TX 5-451-806 | Perfect 10 Magazine Vol. 4 No. 5 – Summer 2002 |
| TX 5-452-020 | Perfect 10 Magazine Vol. 4 No. 6 – Fall 2002 |
| TX 5-452-132 | Perfect 10 Magazine Vol. 5 No. 1 – Winter 2002 |
| TX 5-452-254 | Perfect 10 Magazine Vol. 5 No. 2 – Spring 2003 |
| TX 5-452-489 | Perfect 10 Magazine Vol. 5 No. 3 – Summer 2003 |
| TX 5-802-012 | Perfect 10 Magazine Vol. 5 No. 4 – Fall 2003 |
| TX 5-802-272 | Perfect 10 Magazine Vol. 5 No. 5 – Winter 2003 |
| TX 5-802-273 | Perfect 10 Magazine Vol. 5 No. 6 – Spring 2004 |
| TX 5-910-170 | Perfect 10 Magazine Vol. 6 No. 1 – Summer 2004 |
| TX 5-910-171 | Perfect 10 Magazine Vol. 6 No. 2 – Fall 2004 |
| TX 6-058-397 | Perfect 10 Magazine Vol. 6 No. 3 – Winter 2004 |
| TX 5-910-331 | Perfect 10 Magazine Vol. 6 No. 4 – Spring 2005 |
| TX 6-114-746 | Perfect 10 Magazine Vol. 6 No. 5 – Summer 2005 |
| TX 6-114-841 | Perfect 10 Magazine Vol. 6 No. 6 – Fall 2005 |
| TX 6-115-010 | Perfect 10 Magazine Vol. 7 No. 1 – Winter 2005 |
| TX 6-346-157 | Perfect 10 Magazine Vol. 7 No. 2 – Spring 2006 |
| TX 6-346-128 | Perfect 10 Magazine Vol. 7 No. 3 – Summer 2006 |
| TX 6-203-680 | Perfect 10 Magazine Vol. 7 No. 4 – Fall 2006 |
| TX 6-203-677 | Perfect 10 Magazine Vol. 7 No. 5 – Winter 2006 |
| TX-6-346-157 | Perfect 10 Magazine Vol. 7 No. 6 – Spring 2007 |
| TX 6-543-478 | Perfect 10 Magazine Vol. 8 No. 1 – Summer 2007 |

| Registration Number | Title |
|---|---|
| VA 1-231-026 | Open Beauty Website |
| VA 1-289-548 | Open Beauty Website |
| VA 1-289-520 | Open Beauty Website |
| VA 1-289-702 | Open Beauty Website |
| VA 1-289-807 | Open Beauty Website |
| VA 1-308-132 | Open Beauty Website |
| VA 1-308-088 | Open Beauty Website |
| VA 1-308-131 | Open Beauty Website |
| VA 1-337-630 | Open Beauty Website |
| VA 1-313-173 | Open Beauty Website |
| VA 1-231-054 | Model Boxing Website |
| VA 1-289-521 | Model Boxing Website |
| VA 1-308-086 | Model Boxing Website |
| VA 1-308-129 | Model Boxing Website |
| VA 1-337-631 | Model Boxing Website |
| VA 1-231-055 | Boxing Beauties Website |
| VA 1-289-519 | Boxing Beauties Website |
| VA 1-289-806 | Boxing Beauties Website |
| VA 1-289-703 | Boxing Beauties Website |
| VA 1-308-133 | Boxing Beauties Website |
| VA 1-308-087 | Boxing Beauties  Website |
| VA 1-308-130 | Boxing Beauties  Website |
| VA 1-337-632 | Boxing Beauties  Website |
| VA 1-313-172 | Boxing Beauties  Website |
| VA 996-673 | Perfect 10 Website |
| VA 1-085-670 | Perfect 10 Website |
| VA 1-177-241 | Perfect 10 Website |
| VA 1-230-966 | Perfect 10 Website |
| VA 1-289-550 | Perfect 10 Website |
| VA 1-289-549 | Perfect 10 Website |
| VA 1-289-701 | Perfect 10 Website |
| VA 1-289-809 | Perfect 10 Website |
| VA 1-308-126 | Perfect 10 Website |
| VA 1-308-085 | Perfect 10 Website |
| VA 1-308-128 | Perfect 10 Website |
| VA 1-337-645 | Perfect 10 Website |
| VA 1-313-176 | Perfect 10 Website |
| VA 1-351-877 | Perfect 10 Website |
| VA 1-359-323 | Perfect 10 Website |
| VA 1-377-136 | Perfect 10 Website |
| VA 1-377-240 | Perfect 10 Website |
| VA 1-394-707 | Perfect 10 Website |
| VA 1-401-366 | Perfect 10 Website |

| Registration Number | Title |
|---|---|
| VA 1-410-598 | Perfect 10 Website |
| VA 1-407-570 | Perfect 10 Website |
| VA 1-422-627 | Perfect 10 Website |
| PA 1-225-604 | P10 Magazine Presents Model Boxing |
| PA 1-301-078 | P10 Magazine Presents Model Boxing II |
| PA 776-173 | P10 Model of the Year Video (G-rated) |
| PA 955-019 | P10 Model of the Year Video (R-rated) |
| VA 987-612 | P10 2000 Calendar |
| VA 1-026-167 | P10 2001 Calendar |
| PA 1-205-443 | P10 Behind The Scenes, Volume 1 |
| PA 1-198-697 | P10 Behind the Scenes, Volume 2 |
| PA 1-303-525 | Perfect 10- Even Naughtier DVD |
| PA 1-371-489 | Perfect 10 Boxing #101 |
| PA 1-373-124 | Perfect 10 Boxing #102 |
| PA 1-371-490 | Perfect 10 Boxing #103 |
| PA 1-373-123 | Perfect 10 Boxing #104 |
| PA1-373-121 | Perfect 10 Boxing #105 |
| PA 1-373-122 | Perfect 10 Boxing #106 |
| VA 1-426-288 | Andrea Borbelyova Photos 112307 |
| VA 1-426-290 | Andrea Mejtova Photos 112307 |
| VA 1-426-149 | Aurelie Auger Photos 111607 |
| VA 1-426-292 | Diana Abusamra Photos 113007 |
| VA 1-426-291 | Emilia Covanova Photos 112307 |
| VA 1-426-294 | Eva Coletti  Photos 110907 |
| VA 1-426-147 | Gretchen Arita  Photos 111607 |
| VA 1-426-144 | Helena Helvet Photos 110907 |
| VA 1-426-148 | Isabelle Funaro Photos 111607 |
| VA 1-426-146 | Maria Slovina  Photos 113007 |
| VA 1-426-145 | Monika Massone Photos 110907 |
| VA 1-426-289 | Natalia Sirocka Photos 113007 |
| VA 1-426-150 | Orly Ben Napel Photos 113007 |
| VA 1-426-151 | Ronni Hada Photos 112307 |
| VA 1-426-293 | Stayce Dicky Photos 111607 |
| VA 1-426-143 | Zdena Novotna Photos 110907 |
| VA 1-356-952 | Iris, Marketa, Sveba & Vika -2004 Photos (554 images) |
| VA 1-356-951 | Keity, Marketa, Samosa & Vika 2005 Photos (574 images) |
| VA 1-347-289 | Sveba & Vika 2003 Photos (473 images) |
| VA 1-337-664 | Vilita 2002 Photos (85 images) |
| VA 1-337-644 | Gislane 2005 photos |
| VAu 671-253 | Ekaterina 2005 Photos (228 images) |
| VA 1-313-231 | Ekaterina Mosaic (74 images) |
| VA 1-340-262 | Luba & Marketa 2004 Photos (235 images) |
| VAu 702-953 | Polya Red Passion (25 images) |

| Registration Number | Title |
|---|---|
| VA 1-377-135 | Vika (45 images) |
| VA 1-425-191 | Luba, Marketa & Vika 2004 Photo Series (595 images) |
| VA 1-369-768 | Keity, Luba, Marketa & Other Models 2005 Photos Volume 1 |
| VA 1-386-685 | Keity, Luba, Marketa & Other Models 2005 Photos Volume 2 |
| VA 1-424-074 | Photos of Ekaterina, Luba and Other Models 2006 Collection |
| VA 1-397-049 | Ekaterina Bed Session (53 Images) |
| VA 1-397-064 | Ekaterina Blond and Blessed (59 Images) |
| VA 1-397-061 | Ekaterina Blond Beauty (72 Images) |
| VA 1-397-057 | Ekaterina On Display (119 Images) |
| VA 1-397-060 | Gislane Greenery (25 Images) |
| VA 1-397-051 | Gislane Office Desk (102 Images) |
| VA 1-397-067 | Gislane White Mini Skirt (21 Images) |
| VA 1-397-054 | Luba Golden Girl (29 Images) |
| VA 1-397-063 | Luba in Green Leaves (28 Images) |
| VA 1-397-053 | Luba in Las Vegas (82 Images) |
| VA 1-397-052 | Luba Lounging (20 Images) |
| VA 1-397-062 | Luba Luscious (20 Images) |
| VA 1-397-056 | Luba on the Veranda (25 Images) |
| VA 1-397-055 | Luba Pink Dots (52 Images) |
| VA 1-397-071 | Polya and Yulia (33 Images) |
| VA 1-397-050 | Polya and Yulia Forever (43 Images) |
| VA 1-397-070 | Polya and Yulia Splitting Image (61 Images) |
| VA 1-397-059 | Yulia and Polya Duo (34 Images) |
| VA 1-397-058 | Yulia and Polya Synchronization (84 Images) |
| VA 1-631-257 | Anna S., Angelica, & Paulina - Threesome |
| VA 1-631-247 | Anna S., Angelica, Paulina, Linda L at Wimbledon |
| VA 1-631-228 | Anna Sbytna Immaculate Photos |
| VA 1-631-253 | Anna Sbytna Rock Chick Photos |
| VA 1-631-232 | Anna Sbytna Tropical Photos |
| VA 1-631-261 | Luba and Samosa On the Sofa Photos |
| VA 1-631-244 | Luba and Samosa Together Photos |
| VA 1-631-235 | Luba In LA Photos |
| VA 1-631-242 | Luba Love You Photos |
| VA 1-631-229 | Luba Red Body Photos |
| VA 1-631-255 | Paulina Gucci Girl Photos |
| VA 1-631-250 | Paulina Table Top Photos |
| VA 1-630-387 | Anna Sbytna White Serene Photos |
| VA 1-630-389 | Luba Red and Blue from the Back Photos |
| VA 1-630-331 | Luba Umbrella Lying Photos |
| VA 1-630-329 | Luba Umbrella Other Photos |
| VA 1-630-374 | Luba Umbrella Sitting Photos |
| VA 1-629-765 | Luba Umbrella Standing Photos |
| VA 1-630-377 | Marketa Lying Naked In Bed Photos |

| Registration Number | Title |
|---|---|
| VA 1-630-365 | Marketa Sitting Naked In Bed Photos |
| VA 1-630-384 | Marketa White Chair from the Back Photos |
| VA 1-630-334 | Marketa White Chair from the Front Photos |
| VA 1-630-341 | Naomi Wet Element from the Back Photos |
| VA 1-630-363 | Naomi Wet Element from the Front Photos |
| VA 1-625-653 | Vika Body Lotion Photos |
| VA 1-289-551 | Alexandria Karlsen Photos Volume 1 |
| VA 1-289-552 | Alexandria Karlsen Photos Volume 2 |
| VA 1-231-092 | Amber Smith Photos, Volume 1 |
| VA 1-231-093 | Amber Smith Photos, Volume 2 |
| VA 1-208-244 | Amy Weber Photos 1999 (79 Photos) |
| VA 1-208-275 | Amy Weber Photos 1998 Volume 2 (51 Photos) |
| VA 1-208-295 | Amy Weber Photos 1998 (126 photos) |
| VA 1-221-373 | Amy Weber Photos 1997 (4 Photos) |
| VA 1-230-967 | Amy Weber White Shorts (2 photos) |
| VA 1-254-823 | Amy Weber Photos 1998 Volume 3 |
| VA 1-289-666 | Amy Weber Photos 1999 Volume 3 |
| VA 1-289-704 | Amy Weber Photos 1998 Volume 6 |
| VA 1-289-705 | Amy Weber Photos 1998 Volume 7 |
| VA 1-301-850 | Amy Weber Photos 1999 Volume 2 |
| VA 1-301-851 | Amy Weber Photos 1998 Volume 5 |
| VA 1-301-852 | Amy Weber Photos 1998 Volume 4 |
| VA 1-340-935 | Amy Weber Leopard Collection (2 Photos) |
| VA 1-391-325 | Amy Weber in a Baby Blue Dress |
| VA 1-391-326 | Amy Weber Silver Swim Photo |
| VA 1-392-589 | Amy Weber Photos 1997 Volume 2 (14 images) |
| VA 1-392-590 | Amy Weber Photos 1998 Volume 8 (19 images) |
| VA 1-393-445 | Amy Weber Leopard Collection II |
| VA 1-397-075 | Amy Weber Beach Photos (7 Images) |
| VA 1-397-076 | Amy Weber Boots Part III (1 Image) |
| VA 1-397-077 | Amy Weber Blanket and Blue Swimsuit (2 Images) |
| VA 1-401-162 | Amy Weber Lingerie Collection (4 images) |
| VA 1-289-661 | Aria Giovanni Photos - 2004 Volume 1 |
| VA 1-289-662 | Aria Giovanni Photos - 2004 Volume 2 |
| VA 1-289-663 | Aria Giovanni Photos - 2004 Volume 3 |
| VA 1-289-664 | Aria Giovanni Photos - 2004 Volume 4 |
| VA 1-321-521 | Dasha & Masha - 2003 Photos (159 images) |
| VA 1-321-523 | Dasha & Masha - 2004 Photos (46 images) |
| VA 1-308-137 | Dasha Pogodina - 2003 Photos |
| VA 1-321-522 | Dasha Pogodina - 2005 Photos (2 images) |
| VA 1-308-136 | Dasha, Irina, Tanya and Other Models - 2004 Photos |
| VA 1-308-089 | Photos of Dasha, Irina & Tanya - Vol. 1 |
| VA 1-308-090 | Photos of Dasha, Irina & Tanya - Vol. 2 |

| Registration Number | Title |
|---|---|
| VA 1-391-545 | Lenka Gaborova Black Shawl Photos (34 Images) |
| VA 1-391-546 | Anetta Viehova Black Shawl Photos (38 Images) |
| VA 1-391-547 | Lenka Gaborova Olive Tank Top (42 Images) |
| VA 1-391-548 | Lenka Gaborova Black & Yellow Photos (56 Images) |
| VA 1-391-549 | Lenka Gaborova Miscellaneous Collection I (12 Images) |
| VA 1-391-550 | Anetta Viehova Blue Blanket Photos (22 Images) |
| VA 1-391-551 | Anetta Viehova Wearing White Photos (27 Images) |
| VA 1-391-552 | Anetta Viehova Tropical Photos (8 Images) |
| VA 1-396-363 | Gabriela Munzarova Miscellaneous Photos |
| VA 1-396-364 | Angelica Maderova Orange Wall Photos (14 Images) |
| VA 1-396-365 | Rajsova Stanislava Misc Photos (60 Images) |
| VA 1-396-366 | Lucia Loupolova Misc Photos (51 Images) |
| VA 1-396-367 | Katarzyna K. Misc Photos (40 Images) |
| VA 1-396-368 | Pava Machova Black Top and Lingerie on Red (28 Images) |
| VA 1-396-369 | Zianett E. Orange Walls Misc (62 Images) |
| VA 1-396-370 | Zita Zakarias Misc Photos (10 Images) |
| VA 1-396-371 | Renata Pilcova Misc Photos (13 Images) |
| VA 1-396-372 | Katerina Teneckova in a Blue Room (10 Images) |
| VA 1-396-373 | Tereza Brettschneiderova Misc (12 Images) |
| VA 1-396-374 | Jakline Misc Photos (51 Images) |
| VA 1-396-375 | Alena Chrastinova Misc Photos (40 Images) |
| VA 1-396-376 | Marketa Layasova Beach Collection (34 Images) |
| VA 1-396-377 | Andrea Krumlova Misc Photos (57 Images) |
| VA 1-396-378 | Tamara Stratilova White Bed Photos (10 Images) |
| VA 1-396-379 | Jana Rehachova Misc Photos (65 Images) |
| VA 1-396-380 | Zuzana Misc 2003 Collection (16 Images) |
| VA 1-396-381 | Eva Szaflarska Misc Photos (49 Images) |
| VA 1-396-382 | Jana Szimeczkova Misc Photos (18 Images) |
| VA 1-396-383 | Marketa Layasova Bedroom Collection |
| VA 1-396-384 | Denisa Keletrova Nude Photos |
| VA 1-396-385 | Hana V. on a Light Blue Bed Wearing Black (14 Images) |
| VA 1-396-386 | Lucie Varakova Miscellaneous Collection |
| VA 1-396-387 | Gabina Wearing White on Bed (10 Images) |
| VA 1-396-388 | Zuzana Red Satin Photos (29 Images) |
| VA 1-396-389 | Zuzana White and Blue Wall Photos (34 Images) |
| VA 1-396-390 | Zuzana Green Curtains (36 Images) |
| VA 1-396-391 | Zuzana Black Iron Bed Frame Photos (30 Images) |
| VA 1-396-392 | Jara T. Misc Photos (15 Images) |
| VA 1-396-393 | Eliska Pokorna Misc Photos (67 Images) |
| VA 1-396-394 | Pavla Machova Black Top & Lingerie on Bed (23 images) |
| VA 1-396-395 | Jary Valentova Outdoors in White With Bed (13 Images) |
| VA 1-396-396 | Jarosova Katka Misc Photos (60 Images) |
| VA 1-396-397 | Edita Khainova Misc Photos (64 Images) |

| Registration Number | Title |
|---|---|
| VA 1-401-160 | Bridgitta Photos |
| VA 1-401-161 | Zianett E. Outside (5 Images) |
| VA 1-401-363 | Lucie Markova In Her Room (8 images) |
| VA 1-401-364 | Marketa Layasova Beads (7 images) |
| VA 1-401-365 | Stephanka |
| VA 1-410-400 | Girlfriends Lucie & Silvia Photos |
| VA 1-410-401 | Girlfriends Katerina & Petra Bath Photos |
| VA 1-410-402 | Girlfriends Petra & Paula Bath Photos |
| VA 1-410-403 | Girlfriends Helena & Veronika Bath Photos |
| VA 1-410-404 | Girlfriends Andrea A. & Veronika C. Pool Photos |
| VA 1-410-405 | Girlfriends Lucie & Zuzana |
| VA 1-410-406 | Girlfriends Karma & Silvie Purple Silk Photos |
| VA 1-410-407 | Girlfriends Nikky, Sandra & Katerina |
| VA 1-410-408 | Girlfriends Pav & Anite |
| VA 1-410-409 | Girlfriends Andrea M. & Veronika B. Misc. Photos |
| VA 1-410-410 | Girlfriends Jara & Sabina Bed Photos |
| VA 1-410-411 | Girlfriends Jara & Sabina Window Photos |
| VA 1-410-596 | Girlfriends Katerina & Petra Misc. Photos |
| VA 1-410-597 | Girlfriends Barbora & Dagmar Pool Photos |
| VAu 735-094 | Jana Potysova in Black (19 Images) |
| VAu 735-095 | Peach in Black Sheer Top (22 images - real name Renata Haberlova) |
| VAu 735-096 | Peach in Black Lace Top (65 images - real name Renata Haberlova) |
| VAu 735-097 | Peach in Gold Lace Top (66 images - real name Renata Haberlova) |
| VAu 735-098 | Jana Potysova Poolside Photos (44 images) |
| VAu 735-099 | Jana Potysova Red Photos (83 Images) |
| VA 1-308-082 | 1995 Photos of Inge (20 images) |
| VA 1-308-083 | 1997 Photos of Anita Kelli (552 images) |
| VA 1-308-084 | 1997 Photos of the 4some (359 images) |
| VA 1-201-268 | Adele Stephens and Veronika Zemanova Photos Published in 1998 (149 Photos - 12 discs) |
| VA 1-201-269 | Jenna Jameson Photos Published in 1994 (81 photos - 6 discs) |
| VA 1-201-270 | Adele Stephens, Asia Carrera, and Nikki Nova Photos Published in 1996 (25 photos - 5 discs) |
| VA 1-202-770 | Veronika Zemanova Poolside Photo Published in 2000 |
| VA 1-202-771 | Veronika Zemanova Poolside Photos Published in 1999 (8 photos) |
| VA 1-289-553 | Veronica Zemanova Photos - 1998 Collection |
| VA 1-289-554 | Jenna Jameson Photos - 1994 Collection |
| VA 1-289-555 | Stacy Moran Photos- 1994 Collection |
| VA 1-289-556 | Veronica Zemanova Photos - 1994 Collection |
| VA 1-289-557 | Jenna Jameson 1995 Collection |
| VA 1-289-558 | Adele Stephens Photos - 1996 Collection |
| VA 1-289-559 | Asia Carrera Photos - 1996 Collection |
| VA 1-289-560 | Nikki Nova Photos - 1996 Collection |
| VA 1-289-561 | Anita Kelli  Photos - 1997 Collection |
| VA 1-289-562 | Danni Ashe  Photos - 1997 Collection |

| Registration Number | Title |
|---|---|
| VA 1-289-563 | Kelly Havel  Photos - 1997 Collection |
| VA 1-289-564 | Vicca  Photos - 1997 Collection |
| VA 1-289-565 | Tracy Smith Photos - 1997 Collection |
| VA 1-289-566 | Anita Kelli Photos - 1998 Collection |
| VA 1-289-567 | Jenna Jameson Photos - 1998 Collection |
| VA 1-289-568 | Kelly Havel Photos - 1998 Collection |
| VA 1-289-569 | Kristina Kovari Photos - 1999 Collection |
| VA 1-289-570 | Kyla Cole Photos - 1999 Collection |
| VA 1-289-571 | Lisa Belle Photos - 1999 Collection |
| VA 1-289-572 | Melissa Ludwig Photos - 1999 Collection |
| VA 1-289-573 | Natalia Sirocka Photos - 1999 Collection |
| VA 1-289-574 | Tera Patrick Photos - 1999 Collection |
| VA 1-289-575 | Cassidey Rae Photos - 2000 Collection |
| VA 1-289-576 | Jenny Photos - 2000 Collection |
| VA 1-289-577 | Lynn Thomas Photos - 2000 Collection |
| VA 1-289-578 | Sydney Moon Photos - 2000 Collection |
| VA 1-289-579 | Tracy Smith Photos - 2000 Collection |
| VA 1-289-580 | Aria Giovanni Photos - 2001 Collection |
| VA 1-289-581 | Nikki Nova Photos - 2001 Collection |
| VA 1-289-582 | Sanja Photos - 2001 Collection |
| VA 1-289-583 | Yana Cova Photos - 2001 Collection |
| VA 1-289-584 | Lynn Thomas Photos - 2002 Collection |
| VA 1-289-585 | Sanja Photos - 2002 Collection |
| VA 1-289-586 | Veronica Zemanova Photos - 2002 Collection |
| VA 1-289-587 | Yana Cova Photos - 2002 Collection |
| VA 1-289-588 | Zdenka Novotna Photos - 2002 Collection |
| VA 1-289-589 | Racquel Darrian's Miscellaneous Collection |
| VA 1-307-980 | 1990 Photos of Jesel, June, Natasha & Nikki |
| VA 1-307-981 | 1991 Photos of Alicon, Bobbie, Cameo, & Other Models |
| VA 1-307-982 | 1992 Photos of Christina, Erin, Heather, & Other Models |
| VA 1-307-983 | 1993 Photos of Alexandria, Sophie, Bo, Mimi & Stevi |
| VA 1-307-984 | 1995 Photos of Alyshia, April, Ashleigh, Cheyenne & Other Models |
| VA 1-307-985 | 1996 Photos of Brenda, Jessi, Monika, Nikki & Other Models |
| VA 1-307-986 | 1997 Photos of Aimee, Anna, Ariela, Jade & Other Models |
| VA 1-307-987 | 1998 Photos of Blake, Devin, Channie, Dina & Other Models |
| VA 1-307-988 | 1999 Photos of Andrea, Bertha, Chante & Other Models |
| VA 1-308-081 | 1994 Photos of Bobbie, Chasey, Danielle, Sara, & Taylor |
| VA 1-308-127 | 2003 Photos of Sarah V. |
| VA 1-308-134 | 2001 Photos of Aimee, Ariela, Janine & Other Models |
| VA 1-308-135 | 2000 Photos of Alexa, Analise, Charmane & Other Models |
| VA 1-308-138 | 2002 Photos of Elle, Natalie, Sabrina & Zuse |
| VA 1-321-524 | Veronica Z. in a Denim Jacket (71 Images) |
| VA 1-321-525 | Jenny on a Bridge and Poolside (50 images) |

| Registration Number | Title |
|---|---|
| VA 1-321-526 | Anita Kelli Poolside in White -- 1997 Photos (78 images) |
| VA 1-321-527 | Stacy Moran in Bright Green Rollerblading (5 images) |
| VA 1-345-740 | Adele & Deven Psychiatrist Collection (39 images) |
| VA 1-345-741 | Anita Kelli 1998 Photo Collection (79 images) |
| VA 1-345-742 | Flower & Jane Oriental Spa Photos (32 images) |
| VA 1-345-743 | Anita Kelli- 1997 Collection Volume II (62 images) |
| VA 1-345-744 | Veronica Zemanova Poolside 2000- Volume 2 (60 images) |
| VA 1-345-745 | Aimee Sweet - 1998 Collection (87 images) |
| VA 1-345-746 | Jade Hsu Photos- 2001 Collection (40 images) |
| VA 1-345-747 | Deja Scott- 1995 Collection (57 images) |
| VA 1-345-748 | Jade & Jana Photos- 2002 Collection (32 images) |
| VA 1-377-246 | Anita Blond Photos Vol. I (25 photos) |
| VA 1-377-247 | Anita Blond Photos Vol II (6 images) |
| VA 1-377-248 | Veronica Zemanova Bath Photos (53 images) |
| VA 1-377-249 | Veronica Zemanova in a Denim Jacket (59 images) |
| VA 1-377-509 | Photos of Amber, Sabrina, Kara and Valerie (14 images) |
| VA 1-377-516 | Photos of Catalina, Vanna and Stephanie (10 images) |
| VA 1-377-517 | Photos of Cathy, Paula and Other Models (7 images) |
| VA 1-377-518 | Photos of Jamie and Jewel (4 images) |
| VA 1-377-519 | Photos of Sunny and Louisa (2 images) |
| VA 1-377-520 | Photos of Melissa Wolfe (2 images) |
| VA 1-377-521 | Photos of Marie and Shirley (2 images) |
| VA 1-377-522 | Photos of Zaja |
| VA 1-391-557 | Veronica Zemanova Bath & Beach Photos (2 images) |
| VA 1-391-558 | Veronica Zemanova White Room Photo |
| VA 1-392-864 | Anita Blond Photos Vol. III (Multi-colored dress Part 3 - 403 Images) |
| VA 1-397-047 | Veronica Zemanova - Orange Top Poolside Part V |
| VA 1-424-033 | Anita Blond Black Wig Vol. III (259 images) |
| VA 1-424-077 | Anita Blond Pooldeck Vol. 3 |
| VAu 735-092 | Veronica Zemanova - Orange Top & Poolside Part IV (129 Images) |
| VAu 735-093 | Veronica Zemanova - Orange Top & Poolside Part III (182 Images) |
| VA 1-407-581 | Irina Voronina Photos |
| VA 1-289-667 | Stacey Sanchez Photos 2004 |

**PENDING APPLICATIONS:**

| Status | Title |
|---|---|
| Pending | Samantha Wilson Photos 62907 |
| Pending | Sasha Ivanova Photos 62907 |
| Pending | Tina P Photos 62907 |
| Pending | Veronica Barnes Photos 62907 |
| Pending | Angelica Raban Photos 72007 |
| Pending | Brenda Bigliano Photos 72707 |
| Pending | Diane Belmont Photos 72707 |
| Pending | Helga Offenback Photos 71307 |
| Pending | Julija Ribkina Photos 70607 |
| Pending | Lena Avdeeva Photos 70607 |
| Pending | Loraine Dauralt Photos 72007 |
| Pending | Maria Dudnik Photos 71307 |
| Pending | Marie Tricotti Photos 72007 |
| Pending | Marla Sofit Photos 72007 |
| Pending | Masha Gofman Photos 70607 |
| Pending | Melissa Harrington Photos 72707 |
| Pending | Natalie Faucett Photos 71307 |
| Pending | Nicole Wood Photos 72007 |
| Pending | Pamela Petrale Photos 70607 |
| Pending | Tatiana Rodonova Photos 71307 |
| Pending | Alison Ledbury Photos 83107 |
| Pending | Andrea Silva Photos 83107 |
| Pending | Angela Papadrakis Photos 82407 |
| Pending | Angie Brooke Photos 81707 |
| Pending | Brenda Avedon Photos 80307 |
| Pending | Erika Ellat Photos 82407 |
| Pending | Helena Erickson Photos 81007 |
| Pending | Ivana Guvanova Photos 82407 |
| Pending | Katarine Schultz Photos 82407 |
| Pending | Katia Andreeva Photos 80307 |
| Pending | Marie Alarcon Photos 80307 |
| Pending | Marilyn Moraca Photos 81707 |
| Pending | Sam King Photos 81707 |
| Pending | Sara Tavala Photos 80307 |
| Pending | Svieta Mikhaleva Photos 81007 |
| Pending | Teresa Diaze Photos 81007 |
| Pending | Valentina Osipenko Photos 81707 |
| Pending | Adriana Adenti Photos 91407 |
| Pending | Elena Lungu Photos 91407 |
| Pending | Patricia Ippolito Photos 90707 |
| Pending | Petra Bendarova Photos 90707 |
| Pending | Teresa Cerrell Photos 91407 |

| Status | Title |
|---|---|
| Pending | Valery Tkalenko Photos 91407 |
| Pending | Cindy Bellfield Photos 92807 |
| Pending | Elena Arbuto Photos 92807 |
| Pending | Heather Fussner Photos 92807 |
| Pending | Joanna Jocetti Photos 92107 |
| Pending | Kristel Kama Photos 92807 |
| Pending | Natalie Oxley Photos 92107 |
| Pending | Nathalie De Nostuejouis Photos 92107 |
| Pending | Roseline Colmenares Photos 92807 |
| Pending | Tracey Baudy Photos 92107 |
| Pending | Yelena Binney Photos 92107 |
| Pending | Alessandra Correa Photos 102607 |
| Pending | Alice Reynolds Photos 102607 |
| Pending | Anastasia Haynoba Photos 101907 |
| Pending | Ekaterina Tolkacheva Photos 100507 |
| Pending | Francesca Olivetti Photos 102607 |
| Pending | Heidi Harrad Photos 102607 |
| Pending | Ingrid Ostvat Photos 100507 |
| Pending | Justine Joli Photos 102607 |
| Pending | Maria Marta Ardissone Photos 101207 |
| Pending | Masha Mymolina Photos 101207 |
| Pending | Mona Letteri Photos 101907 |
| Pending | Natasha Hill Photos 100507 |
| Pending | Natasha Melis Photos 100507 |
| Pending | Nikkala Stott Photos 101907 |
| Pending | Opal Anchel Photos 101907 |
| Pending | Shannon Hobbs Photos 101207 |
| Pending | Sofie Vivies Photos 101207 |
| Pending | Yana Katzer Photos 101207 |
| Pending | Aline Matos Photos 110907 |
| Pending | Andrea Delphine Photos 110207 |
| Pending | Maya Rubin Photos 110207 |
| Pending | Paulina Halskova Photos 110207 |
| Pending | Sara Tavala Photos 110207 |
| Pending | Tina P Photos 112307 |
| Pending | Willow Samat Photos 110207 |
| Pending | Ashley Wilton Photos 120707 (alternative registration) |
| Pending | Ashley Wilton Photos 120707 (alternative registration) |
| Pending | Darina Gueorguiva Photos 120707 (alternative registration) |
| Pending | Darina Gueorguiva Photos 120707 (alternative registration) |
| Pending | Marie Alarcon Photos 120707 (alternative registration) |
| Pending | Marie Alarcon Photos 120707 (alternative registration) |
| Pending | Masha Orlova Photos 120707 (alternative registration) |

| Status | Title |
|--------|-------|
| Pending | Masha Orlova Photos 120707 (alternative registration) |
| Pending | Zaja Svent Photos 120707 (alternative registration) |
| Pending | Zaja Svent Photos 120707 (alternative registration) |
| Pending | Alice Corolla Photos 121407 (alternative registration) |
| Pending | Alice Corolla Photos 121407 (alternative registration) |
| Pending | Gloria Angelotti Photos 121407 (alternative registration) |
| Pending | Gloria Angelotti Photos 121407 (alternative registration) |
| Pending | Jessica Warin Photos 121407 (alternative registration) |
| Pending | Jessica Warin Photos 121407 (alternative registration) |
| Pending | Maria Baccardi Photos 121407 (alternative registration) |
| Pending | Maria Baccardi Photos 121407 (alternative registration) |
| Pending | Sheryl Malin Photos 121407 (alternative registration) |
| Pending | Sheryl Malin Photos 121407 (alternative registration) |
| Pending | Georgia Ferrati Photos 122107 (alternative registration) |
| Pending | Georgia Ferrati Photos 122107 (alternative registration) |
| Pending | Jaime Hammer Photos 122107 (alternative registration) |
| Pending | Jaime Hammer Photos 122107 (alternative registration) |
| Pending | Lisa Oberfeld Photos 122107 (alternative registration) |
| Pending | Lisa Oberfeld Photos 122107 (alternative registration) |
| Pending | Tatiana Lukovkina Photos 122107 (alternative registration) |
| Pending | Tatiana Lukovkina Photos 122107 (alternative registration) |
| Pending | Carli Banks Photos 122807 (alternative registration) |
| Pending | Carli Banks Photos 122807 (alternative registration) |
| Pending | Katia Andreeva Photos 122807 (alternative registration) |
| Pending | Katia Andreeva Photos 122807 (alternative registration) |
| Pending | Katia Gurivala Photos 122807 (alternative registration) |
| Pending | Katia Gurivala Photos 122807 (alternative registration) |
| Pending | Sofia Rudeva Photos 122807 (alternative registration) |
| Pending | Sofia Rudeva Photos 122807 (alternative registration) |
| Pending | Amy Reid Photos 010408 (alternative registration) |
| Pending | Amy Reid Photos 010408 (alternative registration) |
| Pending | Andrea Silva Photos 010408 (alternative registration) |
| Pending | Andrea Silva Photos 010408 (alternative registration) |
| Pending | Dae Daniels Photos 010408 (alternative registration) |
| Pending | Dae Daniels Photos 010408 (alternative registration) |
| Pending | Shay Laren Photos 010408 (alternative registration) |
| Pending | Shay Laren Photos 010408 (alternative registration) |
| Pending | Tiffany Nesbit Photos 010408 (alternative registration) |
| Pending | Tiffany Nesbit Photos 010408 (alternative registration) |
| Pending | Xeni Barberi Photos 011108 (alternative registration) |
| Pending | Xeni Barberi Photos 011108 (alternative registration) |
| Pending | Cristal Kahn Photos 011808 (alternative registration) |
| Pending | Cristal Kahn Photos 011808 (alternative registration) |

| Status | Title |
|---|---|
| Pending | Galina Felani Photos 011808 (alternative registration) |
| Pending | Galina Felani Photos 011808 (alternative registration) |
| Pending | Jennifer Fernal Photos 011808 (alternative registration) |
| Pending | Jennifer Fernal Photos 011808 (alternative registration) |
| Pending | Zaida Kovet Photos 011808 (alternative registration) |
| Pending | Zaida Kovet Photos 011808 (alternative registration) |
| Pending | Anna Ershova Photos 012508 (alternative registration) |
| Pending | Anna Ershova Photos 012508 (alternative registration) |
| Pending | Barbara Santole Photos 012508 (alternative registration) |
| Pending | Barbara Santole Photos 012508 (alternative registration) |
| Pending | Jennifer Greenberg Photos 012508 (alternative registration) |
| Pending | Jennifer Greenberg Photos 012508 (alternative registration) |
| Pending | Melissa Jare Photos 012508 (alternative registration) |
| Pending | Melissa Jare Photos 012508 (alternative registration) |
| Pending | Alana Nervak Photos 20108 (alternative registration) |
| Pending | Alana Nervak Photos 20108 (alternative registration) |
| Pending | Claudia Bechstein Photos 20108 (alternative registration) |
| Pending | Claudia Bechstein Photos 20108 (alternative registration) |
| Pending | Jane Sarasin Photos 20108 (alternative registration) |
| Pending | Jane Sarasin Photos 20108 (alternative registration) |
| Pending | Laura Goldar Photos 20108 (alternative registration) |
| Pending | Laura Goldar Photos 20108 (alternative registration) |
| Pending | Stefanie Mulright Photos 20108 (alternative registration) |
| Pending | Stefanie Mulright Photos 20108 (alternative registration) |
| Pending | Anna Arbel Photos 022908 (alternative registration) |
| Pending | Anna Arbel Photos 022908 (alternative registration) |
| Pending | Carmen Varucia Photos 020808 (alternative registration) |
| Pending | Carmen Varucia Photos 020808 (alternative registration) |
| Pending | Cristina Segura Photos 022208 (alternative registration) |
| Pending | Cristina Segura Photos 022208 (alternative registration) |
| Pending | Ileana Dragan Photos 020808 (alternative registration) |
| Pending | Ileana Dragan Photos 020808 (alternative registration) |
| Pending | Jamike Hansen Photos 020808 (alternative registration) |
| Pending | Jamike Hansen Photos 020808 (alternative registration) |
| Pending | Louise Cliffe Photos 020808 (alternative registration) |
| Pending | Louise Cliffe Photos 020808 (alternative registration) |
| Pending | Martina Jacova Photos 022208 (alternative registration) |
| Pending | Martina Jacova Photos 022208 (alternative registration) |
| Pending | Melanie Belmont Photos 021508 (alternative registration) |
| Pending | Melanie Belmont Photos 021508 (alternative registration) |
| Pending | Sandra Soltoff Photos 022908 (alternative registration) |
| Pending | Sandra Soltoff Photos 022908 (alternative registration) |
| Pending | Tricia Taval Photos 022208 (alternative registration) |

| Status | Title |
|--------|-------|
| Pending | Tricia Taval Photos 022208 (alternative registration) |
| Pending | Anna Sbitna Photos 032808 (alternative registration) |
| Pending | Anna Sbitna Photos 032808 (alternative registration) |
| Pending | Brenda Tamurai Photos 032808 (alternative registration) |
| Pending | Brenda Tamurai Photos 032808 (alternative registration) |
| Pending | Itzela Vernise Photos 030708 (alternative registration) |
| Pending | Itzela Vernise Photos 030708 (alternative registration) |
| Pending | Teresa Cerrell Photos 032108 (alternative registration) |
| Pending | Teresa Cerrell Photos 032108 (alternative registration) |
| Pending | Eszter Frank Photos 040408 (alternative registration) |
| Pending | Eszter Frank Photos 040408 (alternative registration) |
| Pending | Jana Krabcova Photos 040408 (alternative registration) |
| Pending | Jana Krabcova Photos 040408 (alternative registration) |
| Pending | Nicole Wood Photos 040408 (alternative registration) |
| Pending | Nicole Wood Photos 040408 (alternative registration) |
| Pending | Brenda Bigliano Photos 041108 (alternative registration) |
| Pending | Brenda Bigliano Photos 041108 (alternative registration) |
| Pending | Joanna Candiotti Photos 041108 (alternative registration) |
| Pending | Joanna Candiotti Photos 041108 (alternative registration) |
| Pending | Loraine Dauralt Photos 041108 (alternative registration) |
| Pending | Loraine Dauralt Photos 041108 (alternative registration) |
| Pending | Brenda Avedon Photos 041808 (alternative registration) |
| Pending | Brenda Avedon Photos 041808 (alternative registration) |
| Pending | Elsa Longori Photos 041808 (alternative registration) |
| Pending | Elsa Longori Photos 041808 (alternative registration) |
| Pending | Bridget Manheim Photos 042508 (alternative registration) |
| Pending | Bridget Manheim Photos 042508 (alternative registration) |
| Pending | Erika Pallas Photos 042508 (alternative registration) |
| Pending | Erika Pallas Photos 042508 (alternative registration) |
| Pending | Petra Volsmer Photos 042508 (alternative registration) |
| Pending | Petra Volsmer Photos 042508 (alternative registration) |
| Pending | Anna Sbytna Black Night Dress Photos |
| Pending | Anna S, Angelica, and Paulina Beach Sand Photos |
| Pending | Anna S, Angelica, and Paulina Beach Water Photos |
| Pending | Anna S, Angelica, and Paulina Cabana Photos |
| Pending | Luba Red and Blue from the Front Photos |
| Pending | Naomi Wet Element from Other Photos |
| Pending | Luba's Secret Part I Photos |
| Pending | Luba's Secret Part II Photos |
| Pending | Luba's Secret Part III Photos |
| Pending | Luba's Secret Part IV Photos |
| Pending | Anna S. Black Strings Naked Photos |
| Pending | Anna S. Black Strings Top & Bottoms Photos |

| Status | Title |
|--------|-------|
| Pending | Anna S. Black Strings Toying with Bottoms Photos |
| Pending | Anna S. Black Strings Toying with Top Photos |
| Pending | Anna S. Black Strings Naked Too Photo |
| Pending | Anna Sbytna Spa Lying Around Photos |
| Pending | Anna Sbytna Spa Upright Photos |
| Pending | Luba My Love |
| Pending | Luba Translucent Front Photos |
| Pending | Luba Translucent Side & Rear Photos |
| Pending | Luba Bikini Babe_Black Photos |
| Pending | Luba Bikini Babe_Gray Photos |
| Pending | Luba Bikini Babe_Pattern Photos |
| Pending | Luba Bikini Babe_Red Photos |
| Pending | Luba Bikini Babe_Stripes Photos |
| Pending | Luba Gypsy Girl Nude Photos |
| Pending | Luba Gypsy Girl Photos |
| Pending | Luba In Mirror Back View Photos |
| Pending | Luba In Mirror Side & Front View Photos |
| Pending | Luba Lite Photos |
| Pending | Luba Stretching Playful Photos |
| Pending | Luba Stretching Relaxed Photos |
| Pending | Luba Thai Jungle |
| Pending | Anna S, Angelica & Paulina Aqua; Chairs Poolside Photos |
| Pending | Anna S, Angelica & Paulina Aqua; Kneeling Photos |
| Pending | Anna S, Angelica & Paulina Aqua; Lying Photos |
| Pending | Anna S, Angelica & Paulina Aqua; Rear View Photos |
| Pending | Anna S, Angelica & Paulina Aqua; Sitting Photos |
| Pending | Anna S, Angelica & Paulina Beach Trio; Getting Wet Photos |
| Pending | Anna S, Angelica & Paulina Beach Trio; Lying Photos |
| Pending | Anna S, Angelica & Paulina Beach Trio; Playing Photos |
| Pending | Anna S, Angelica & Paulina Beach Trio; Standing Photos |
| Pending | Anna S, Angelica, Linda L, & Paulina Lined Up Photos |
| Pending | Anna Sbytna Jacuzzi; Lying Proper Photos |
| Pending | Anna Sbytna Jacuzzi; Lying Spread Out Photos |
| Pending | Anna Sbytna Jacuzzi; Playing Photos |
| Pending | Anna Sbytna Jacuzzi; Rear View Photos |
| Pending | Anna Sbytna Jacuzzi; Shower Photos |
| Pending | Anna Sbytna Jacuzzi; with Shower Head Photos |
| Pending | Anna Sbytna White Lingerie Photos |
| Pending | Anna Sbytna White Lingerie Stripping Photos |
| Pending | Darine Spa; Front View Photos |
| Pending | Darine Spa; Rear View Photos |
| Pending | Darine Spa; Sitting Photos |
| Pending | Fabi Lingerie; Corset & Boots Photos |

| Status | Title |
|--------|-------|
| Pending | Fabi Lingerie; Corset Slipping Off Photos |
| Pending | Fabi Lingerie; Nude with Boots Photos |
| Pending | Gislane Balance; Pink Panties Photos |
| Pending | Gislane Balance; Rear View Photos |
| Pending | Gislane Balance; Simply Nude Photos |
| Pending | Gislane Brazilian Blue; Kneeling Photos |
| Pending | Gislane Brazilian Blue; Standing Photos |
| Pending | Gislane Ocean View; Sitting Photos |
| Pending | Gislane Ocean View; Standing & Lying Photos |
| Pending | Gislane Ocean View; The Rear View Photos |
| Pending | Gislane Wooden Gate Photos |
| Pending | Gislane Yellow Hammock; Cocoon Photos |
| Pending | Gislane Yellow Hammock; Rear View Photos |
| Pending | Gislane Yellow Hammock; Side Saddle Photos |
| Pending | Gislane Yellow Hammock; Sitting & Lying Photos |
| Pending | Gislane Yellow Hammock; Standing Photos |
| Pending | Juliya Rays Of Light Photos |
| Pending | Keity Brazilian Beleza Photos |
| Pending | Keity Lush Latina Photos |
| Pending | Keity Silky Pants Photos |
| Pending | Keity Sun Goddess Photos |
| Pending | Keity Classic Latina Closer Shots Photos |
| Pending | Keity Classic Latina Full Frame Shots Photos |
| Pending | Keity Hot Denim & White Top Photos |
| Pending | Keity Hot Denim Little Shorts Photos |
| Pending | Keity Hot Denim Nude Photos |
| Pending | Keity On Puma; Frontside Nude Photos |
| Pending | Keity On Puma; Leopard Panty Photos |
| Pending | Keity On Puma; Rearside Nude Photos |
| Pending | Keity On Puma; Waist Up Photos |
| Pending | Lezahn Beach Nudes On a Log Photos |
| Pending | Lezahn Beach Nudes Shoreline Photos |
| Pending | Lezahn Golden Girl; On a Stool Photos |
| Pending | Lezahn Golden Girl; Standing & Lying Photos |
| Pending | Lezahn Golden Girl; Table Top Photos |
| Pending | Lezahn On The Veranda Photos |
| Pending | Lezahn On The Veranda; On the Edge Photos |
| Pending | Lezahn On The Veranda; Split Decision Photos |
| Pending | Lezahn White Chair; Lying Around Photos |
| Pending | Lezahn White Chair; Playing Around Photos |
| Pending | Lezahn White Chair; Rear View Photos |
| Pending | Lezahn White Chair; Sitting Photos |
| Pending | Mona Stainless Steel Photos |

| Status | Title |
|---|---|
| Pending | Marketa Black Mood Photos |
| Pending | Marketa Melting Hot Photos |
| Pending | Marketa Peepshow Photos |
| Pending | Marketa Red Chair Photos |
| Pending | Marketa Twilight Photos |
| Pending | Mona Taking A Bath Photos |
| Pending | Nadina Dripping Wet Photos |
| Pending | Nadina Fishnet Top Photos |
| Pending | Nadina Flowers Photos |
| Pending | Nadina Green Grass Photos |
| Pending | Nadina Hot Sun Photos |
| Pending | Nadina In A Hammock Photos |
| Pending | Nadina In Garden of Eden Photos |
| Pending | Nadina Natural Beauty Photos |
| Pending | Naomi Bathing Photos |
| Pending | Naomi Nude On The Veranda Photos |
| Pending | Naomi Skinny Dipping Photos |
| Pending | Naomi White Chair Photos |
| Pending | Samosa On A Stool Photos |
| Pending | Vika On Deck Photos |
| Pending | Vika Showering Photos |
| Pending | Vika Window View Photos |
| Pending | Angelica & Anna S. Silhouettes Embracing Photos |
| Pending | Angelica & Anna S. Silhouettes Photos |
| Pending | Angelica Green Photos |
| Pending | Anna S, Angelica, & Paulina Beach Nymphs Mud Photos |
| Pending | Anna S, Angelica, & Paulina Beach Nymphs Photos |
| Pending | Anna S, Angelica, & Paulina Beach Nymphs Solo Photos |
| Pending | Anna S, Angelica, & Paulina Wet Duo Photos |
| Pending | Anna S, Angelica, & Paulina Wet Trio Photos |
| Pending | Anna Sbytna Blue Pool Photos |
| Pending | Jula Baby Oil Covering Top Photos |
| Pending | Jula Baby Oil Front View Photos |
| Pending | Jula Baby Oil Rear View Photos |
| Pending | Jula Baby Oil Side View Photos |
| Pending | Luba Veil Photos |
| Pending | Luba Veil Up Close Photos |
| Pending | Paulina Party Girl Photos |
| Pending | Luba & Inna In a Chair Close Up Photos |
| Pending | Luba & Inna In a Chair Lying Down Photos |
| Pending | Luba After Shower Photos |
| Pending | Luba Blue Beach; On the Rocks Photos |
| Pending | Luba Blue Beach; Shoreline Photos |

| Status | Title |
|--------|-------|
| Pending | Luba Blue Beach; Water Play Photos |
| Pending | Luba In Pink Shirt; Exposed Top Photos |
| Pending | Luba In Pink Shirt; From the Front Photos |
| Pending | Luba In Pink Shirt; From the Rear Photos |
| Pending | Luba In Pink Shirt; From the Side Photos |
| Pending | Luba White Feather; Facing the Left Photos |
| Pending | Luba White Feather; Facing the Right Photos |
| Pending | Luba White Feather; Standing Photos |
| Pending | Anna S, Angelica & Paulina Tropical Photos |
| Pending | Anna Sbytna Beach Photos |
| Pending | Lezhan Green Grass Photos |
| Pending | Mirta Extreme Exposure Photos |
| Pending | Mirta In Pink Photos |
| Pending | Mirta More Metal Photos |
| Pending | Mirta Showering Photos |
| Pending | Mona Mysterious Photos |
| Pending | Vika On The Beach Photos |
| Pending | Luba Boa; 3 Quarter View Photos |
| Pending | Luba Boa; Front View Photos |
| Pending | Luba Boa; Side & Rear View Photos |
| Pending | Jula Lucky Girl Behind the Chair Photos |
| Pending | Jula Lucky Girl Facing Front Photos |
| Pending | Jula Lucky Girl From the Side Photos |
| Pending | Jula Lucky Girl Rear View Photos |
| Pending | Lisa Marie White Dress Draped Photos |
| Pending | Lisa Marie White Dress Photos |
| Pending | Paulina Harmony Lying Photos |
| Pending | Paulina Harmony On Her Knees Photos |
| Pending | Anna S & Angelica Serenity Photos |
| Pending | Jula Black Shirt Covered Photos |
| Pending | Jula Black Shirt Exposed Photos |
| Pending | Jula Black Shirt Toying with Belt Photos |
| Pending | Lisa Marie Gold Photos |
| Pending | Luba Fluff Photos |
| Pending | Orsi Rain Shower Photos |
| Pending | Orsi Rain Shower Side & Rear Photos |
| Pending | Orsi Rain Shower's Bath Photos |
| Pending | Orsi Rain Shower's Bath Swimming Photos |
| Pending | Anna Sbytna Stranded Photos |
| Pending | Fabi Silver Heart Photos |
| Pending | Gislane Happy Beach Girl Photos |
| Pending | Gislane Pink Bikini Photos |
| Pending | Ivette All White Photos |

| Status | Title |
|---|---|
| Pending | Jaqui With Mickey Bush Photos |
| Pending | Jaqui With No Mickey Bush Photos |
| Pending | Keity Caught In The Net Photos |
| Pending | Keity Climbing Photos |
| Pending | Keity Flower Panties Photos |
| Pending | Lezhan Natural Pool Photos |
| Pending | Lezhan Pillow Talk Photos |
| Pending | Lezhan Sunrise In Bed Photos |
| Pending | Linda L. Green Garden Photos |
| Pending | Linda L. Sandy Photos |
| Pending | Lisa Marie Nivea Photos |
| Pending | Luba Ibiza Photos |
| Pending | Luba Nude Yoga Part1 Photos |
| Pending | Luba Nude Yoga Part2 Photos |
| Pending | Luba Xmas Photos |
| Pending | Marketa and Her Cat Photos |
| Pending | Marketa Beach Bum Photos |
| Pending | Mona & Yanka First Nudes Photos |
| Pending | Mona & Yanka In Bed Photos |
| Pending | Mona Lisa Photos |
| Pending | Mona Mellow Photos |
| Pending | Mona Moments Photos |
| Pending | Paulina Stripper Photos |
| Pending | Polya & Yulia Harmony Photos |
| Pending | Polya & Yulia Intimacy Photos |
| Pending | Vika Black String Photos |
| Pending | Vika Flower Power Photos |
| Pending | Vika Getting Hot Part1 Photos |
| Pending | Vika Getting Hot Part2 Photos |
| Pending | Vika Glass Wall Photos |
| Pending | Vika Hotel Bed Photos |
| Pending | Vika In Green Chair Photos |
| Pending | Vika In Portugal Photos |
| Pending | Vika In Presidential Suite Photos |
| Pending | Vika In Suspenders Photos |
| Pending | Vika On a Tan Bed Photos |
| Pending | Vika Riding Photos |
| Pending | Vika Smoking On The Toilet Part1 Photos |
| Pending | Vika Smoking On The Toilet Part2 Photos |
| Pending | Yanka On The Corner Photos |
| Pending | Angelica & Anna S. Intimate; Angelica On Top  Photos |
| Pending | Angelica & Anna S. Intimate; Anna S. On Top  Photos |
| Pending | Angelica & Anna S. Intimate; Kneeling Photos |

| Status | Title |
|--------|-------|
| Pending | Angelica & Anna S. Intimate; Lying Nude Photos |
| Pending | Angelica & Anna S. Intimate; Sitting Photos |
| Pending | Anna S. Hot In Bed; Kneeling & Sitting Photos |
| Pending | Anna S. Hot In Bed; Lying & Playing Around Photos |
| Pending | Jula Body Art; 3 Quarter View Photos |
| Pending | Jula Body Art; Metal Case Photos |
| Pending | Jula White Coat; Covered Photos |
| Pending | Jula White Coat; From Behind Photos |
| Pending | Jula White Coat; Open Photos |
| Pending | Linda L. Floating Photos |
| Pending | Luba Dominatrix Photos |
| Pending | Orsi Poolside; Lying Photos |
| Pending | Orsi Poolside; On Her Knees Photos |
| Pending | Orsi Poolside; Sitting Photos |
| Pending | Orsi Poolside; Standing Photos |
| Pending | Paulina Karma; Lying Around Photos |
| Pending | Paulina Karma; Stretching & Standing Photos |
| Pending | Polya & Yuliya Double Trouble Photos |
| Pending | Linda L. Caps And Sunglasses Photos; Top Photos |
| Pending | Linda L. Caps And Sunglasses Photos; Top Aside Photos |
| Pending | Linda L. Caps And Sunglasses Photos; Topless Photos |
| Pending | Anna S, Angelica, & Paulina Straw Mat; Angelica Solo Photos |
| Pending | Anna S, Angelica, & Paulina Straw Mat; Duo Photos |
| Pending | Anna S, Angelica, & Paulina Straw Mat; Trio Angelica Photos |
| Pending | Anna S, Angelica, & Paulina Straw Mat; Trio Anna Photos |
| Pending | Anna S, Angelica, & Paulina Straw Mat; Trio Paulina Photos |
| Pending | Anna S. Draperies Photos |
| Pending | Anna S. Princess Sofa; Kneeling & Sitting Photos |
| Pending | Anna S. Princess Sofa; Lying Photos |
| Pending | Jula Gear; Best Body Photos |
| Pending | Jula Gear; Chest & Face Photos |
| Pending | Jula Gear; Full Body Photos |
| Pending | Jula Light And Shadow; Shorts Photos |
| Pending | Jula Light And Shadow; Shorts Coming Off Photos |
| Pending | Jula Light And Shadow; Shorts Off Photos |
| Pending | Jula Venus Goddess Photos |
| Pending | Linda L. Horizon Photos |
| Pending | Linda L. Poolside Photos |
| Pending | Luba Cleopatra; Front View Photos |
| Pending | Luba Cleopatra; Rear View Photos |
| Pending | Keity On The Beach Photos |
| Pending | Luba & Tana Russian Army Photos |
| Pending | Luba Military Miss Photos |

| Status | Title |
|---|---|
| Pending | Mirta White Lingerie Photos |
| Pending | Nadina Portuguese Pearl Photos |
| Pending | Anna S, Angelica & Paulina Cool Shade; Sitting Photos |
| Pending | Anna S, Angelica & Paulina Cool Shade; Standing Photos |
| Pending | Anna S. Green Panties; On Her Back Photos |
| Pending | Anna S. Green Panties; Rear View Photos |
| Pending | Anna S. Green Panties; Rolling Around Photos |
| Pending | Anna S. Mirror; Sitting Photos |
| Pending | Anna S. Mirror; Standing Photos |
| Pending | Anna S. On A Chair; In the Seat Photos |
| Pending | Anna S. On A Chair; Lying Around Photos |
| Pending | Anna S. On A Chair; Rear View Photos |
| Pending | Anna S. On A Chair; Smoking Photos |
| Pending | Anna S. On A Chair; Standing & Squatting Photos |
| Pending | Anna S. On A Chair; Straddling the Back Photos |
| Pending | Anna S. Silver Top Photos |
| Pending | Linda L. High Key Photos |
| Pending | Keity Brazilian Barbie  Photos |
| Pending | Keity Jungle Princess  Photos |
| Pending | Keity Pink Stripes  Photos |
| Pending | Luba Bon Island Phuket  Photos |
| Pending | Luba Fine Art Nudes  Photos |
| Pending | Luba In Burj Al Arab  Photos |
| Pending | Luba In Special Light  Photos |
| Pending | Luba Tied And Lubed  Photos |
| Pending | Luba Under Palms  Photos |
| Pending | Marketa Bamboo Girl  Photos |
| Pending | Marketa Black Magic  Photos |
| Pending | Marketa Fashion; Beige & Black Dress Photos |
| Pending | Marketa Fashion; Blue Skirt Photos |
| Pending | Marketa Fashion; Red Bra & Panties Photos |
| Pending | Marketa In Black Stockings  Photos |
| Pending | Marketa Rays Of Light  Photos |
| Pending | Marketa Sporty  Photos |
| Pending | Amy Weber Petruzzi Collection (7 Images) |
| Pending | Aria Giovanni in the Sand; Bikini Aside Photos |
| Pending | Aria Giovanni in the Sand; Bikini Gone Photos |
| Pending | Aria Giovanni in the Sand; Bikini Photos |
| Pending | Aria G. Black & White Sundress Photos |
| Pending | Aria G. Black & White Sundress-less Photos |
| Pending | Aria G. Giraffe Bikini Photos |
| Pending | Aria G. Green Cargos with Leopard Panties Photos |
| Pending | Aria Giovanni Eat Me Photos |

| Status | Title |
|--------|-------|
| Pending | Aria G.Black Lace Bra & Boyshort Photos |
| Pending | Aria G.Black Riding Crop Photos |
| Pending | Aria G.Black Stripe with Tan Trim Photos |
| Pending | Aria G.Camo Photos |
| Pending | Aria G.Cherries Photos |
| Pending | Aria G.Corset & Ballet Boots Photos |
| Pending | Aria G.Fall Bed Photos |
| Pending | Aria G.Grapevines Photos |
| Pending | Aria G.It's a Celebration Photos |
| Pending | Aria G.Lime & Blue Polka Dot Photos |
| Pending | Aria G.Lime Green Pajamas Photos |
| Pending | Aria G.Mauve with Floral Embroidery Photos |
| Pending | Aria G.Mexican Soccer Photos |
| Pending | Aria G.Morrocan Swimsuit Photos |
| Pending | Aria G.Multi-Colored Stripe Photos |
| Pending | Aria G.Pink Champagne Corset Photos |
| Pending | Aria G.Purple Stripe with Pink Photos |
| Pending | Aria G.Sailor Photos |
| Pending | Aria G.Sepia Jeans & Wife Beater Photos |
| Pending | Aria G.Shiny Leopard Photos |
| Pending | Aria G.Teal Flowers Photos |
| Pending | Photos of Dasha, Irina, Tanya and Other Models-2003 |
| Pending | 1986 Photos of Jamie, Janette, Lori and Zaja |
| Pending | 1987 Photos of Kara, Melissa, Riva, & Other Models |
| Pending | 1988 Photos of Marie, Shirley & Sydney P. |
| Pending | 1989 Photos of Amber, Catalina, Cathy, Lousia and Other Models |
| Pending | Adele Stephens Car Wash Part II Photos |
| Pending | Anita Kelli Beach Front Part II Photos |
| Pending | Cassidey Rae Black Part II Photos |
| Pending | Celeste Star & Haylee Lee Girlfriends -Burgundy & Peach Photos |
| Pending | Chantelle Fontain STRIP Photos |
| Pending | Hannah Polka Dot Lingerie Photos |
| Pending | Judit Dios Super Star Lights Photos |
| Pending | Nikki Nova Natural Beach Part II Photos |
| Pending | Renee Martinez Black & White Film Photos |
| Pending | Stacy Moran Rollerblading Part III Photos |
| Pending | Veronica Zemanova Beach Part II Photos |
| Pending | Veronica Zemanova Jeep Part II Photos |
| Pending | Veronica Zemanova Poolside Collection Part II Photos |
| Pending | Gold Crochet Bikini Photos |
| Pending | Blue Bikini Beach Photos |
| Pending | Red Crochet Bikini Photos |
| Pending | Marketa Belonoha Lingerie; Kneeling & Sitting Photos |

| Status | Title |
|--------|-------|
| Pending | Marketa Belonoha Lingerie; Lying Photos |
| Pending | Marketa Belonoha Bath Photos |
| Pending | Marketa Belonoha Bathroom Photos |
| Pending | Marketa Belonoha Boat Photos |
| Pending | Marketa Belonoha Bushes Photos |
| Pending | Marketa Belonoha Car Mechanic Photos |
| Pending | Marketa Belonoha Ellusion Photos |
| Pending | Marketa Belonoha Glamour Model Photos |
| Pending | Marketa Belonoha Goddess Photos |
| Pending | Marketa Belonoha Here Am I Photos |
| Pending | Marketa Belonoha Historic Screen Photos |
| Pending | Marketa Belonoha Hotel Photos |
| Pending | Marketa Belonoha Intimate Photos |
| Pending | Marketa Belonoha Little House Photos |
| Pending | Marketa Belonoha Ocean Photos |
| Pending | Marketa Belonoha Pistolero Photos |
| Pending | Marketa Belonoha Snuggle Down in Bed Photos |
| Pending | Marketa Belonoha Sofa Photos |
| Pending | Marketa Belonoha Sundown Photos |
| Pending | Marketa Belonoha Sweet Garden Photos |
| Pending | Marketa Belonoha White Stairs Part I Photos |
| Pending | Marketa Belonoha Wind Rises Photos |
| Pending | Marketa Belonoha Dreaming of You Part I Photos |
| Pending | Marketa Belonoha Luxury Photos |
| Pending | Marketa Belonoha Morning Session Part II Photos |
| Pending | Marketa Belonoha Sea Dancer Part I Photos |
| Pending | Marketa Belonoha Stairs Photos |
| Pending | Marketa Airport With White Top Photos |
| Pending | Marketa Airport Without White Top Photos |
| Pending | Marketa Apples Photos |
| Pending | Marketa Brick Red With a Blue Shirt Photos |
| Pending | Marketa Brick Red Without a Blue Shirt Photos |
| Pending | Marketa Car Photos |
| Pending | Marketa Exposure With Lingerie Photos |
| Pending | Marketa Exposure Without Lingerie Photos |
| Pending | Marketa Fashion Model Photos |
| Pending | Marketa Heart Photos |
| Pending | Marketa Hotel Room Photos |
| Pending | Marketa Magic Sky - Part1 Photos |
| Pending | Marketa Magic Sky - Part2 Photos |
| Pending | Marketa On the Grass Photos |
| Pending | Marketa Pleasure Photos |
| Pending | Marketa Sexy Panties Photos |

| Status | Title |
|---|---|
| Pending | Marketa All the Vogue Photos |
| Pending | Marketa Happy Birthday Photos |
| Pending | Marketa Sewer Photos |
| Pending | Marketa Straw Hat Part I Photos |
| Pending | Marketa Straw Hat Part II Photos |
| Pending | Daniela Gil Blue Panties Photos |
| Pending | Erica Campbell White Lacey Bra & Nude Photos |
| Pending | Erica Campbell With Friend Photos |
| Pending | Jana Cova Brown Top Black Bikini Photos |
| Pending | Jana Cova Pool Bar Stool Photos |
| Pending | Jana Cova Poolside Photos |
| Pending | Jana Cova Purple Bra Photos |
| Pending | Jana Cova Red and White Lace Set Photos |
| Pending | Jana Cova Shell Necklace White Bikini Photos |
| Pending | Joy Behrman Baby Blue Photos |
| Pending | Kerri Kendall and Linda O'Neil Photos |
| Pending | Sydney Moon Black Dress Photos |
| Pending | Sydney Moon Black with Red Flower On Stairs Photos |
| Pending | Sydney Moon Crotchless Bodysuit Photos |
| Pending | Sydney Moon Denim Dress Red Panties Photos |
| Pending | Sydney Moon Floral Bikini Photos |
| Pending | Sydney Moon In The Bath Photos |
| Pending | Sydney Moon Men's Closet Photos |
| Pending | Sydney Moon Purple Lingerie Photos |
| Pending | Sydney Moon Shirt & Tie Photos |
| Pending | Sydney Moon Shorts & Tennies Photos |
| Pending | Sydney Moon Yellow with Polka Dots Photos |
| Pending | Tricia Wilds & Roxanne Photos |
| Pending | Tricia Wilds Green Slip Photos |
| Pending | Tricia Wilds Leopard Bra Set Photos |
| Pending | Tricia Wilds Santa MB Photos |
| Pending | Daniela Gil Black Lingerie Part II Photos |
| Pending | Daniela Gil Bra & Panty Part II Photos |
| Pending | Daniela Gil Grey Gown Part II Photos |
| Pending | Daniela Gil Poolside Part II Photos |
| Pending | Kerri Kendall Angel PJs Part II Photos |
| Pending | Kerri Kendall Red Bikini Part II Photos |

**RECORDATIONS:**

| Date of Recordation | Vol. No. | Doc. No. | First Title Given in Documents | Total no of Titles |
|---|---|---|---|---|
| 06.12.2003 | 3498 | 888 | March 2001 JSH Photo Registration | 10 |
| 04.05.2004 | 3508 | 942 | September 2001 JSH Photo Registration | 3 |
| 07.19.2005 | 3527 | 778 | February 1999 JSH Photo Registration | 88 |
| 07.19.2005 | 3527 | 779 | February 1999 JSH Photo Registration | 76 |
| 11.18.2005 | 3532 | 237 | July 2002 JSH Photos Registration | 3 |
| 11.18.2005 | 3532 | 238 | January 2000 JSH Photo Registration | 14 |
| 11.18.2005 | 3532 | 239 | Kovari, Kristine 1889B | 1 |
| 11.18.2005 | 3532 | 240 | 1174 Sabrina Allen | 5 |
| 12.02.2005 | 3532 | 466 | Gislane Orange Tights | 3 |
| 12.02.2005 | 3532 | 827 | Iris in Bead | 36 |
| 12.02.2005 | 3532 | 831 | Joy Behrman Spring 2001 Collection | 13 |
| 01.17.2006 | 3533 | 992 | Joy Behrman Spring 2001 Collection | 5 |
| 01.17.2006 | 3533 | 993 | Ekaterina Boots | 5 |
| 01.26.2006 | 3534 | 235 | Luba French Shirt | 5 |
| 04.13.2006 | 3537 | 147 | Devil Feller 2839 | 20 |
| 07.25.2006 | 3540 | 780 | Luba Plastic Skirt | 11 |
| 07.25.2006 | 3540 | 781 | Marketa Pool Side | 30 |
| 09.08.2006 | 3542 | 142 | Joy Behrman Spring 2001 Collection | 22 |
| 01.03.2007 | 3546 | 830 | Gislane White Mini Skirt | 19 |
| 10.22.2007 | 3556 | 972 | Anna S. Immaculate | 13 |
| 10.22.2007 | 3556 | 971 | Anna S. White Serene | 9 |
| 10.25.2007 | 3557 | 597 | Sydney Moon – Yellow with Polka Dots | 1 |
| Pending | Pending | Pending | Anna S. Black Strings | 57 |
| Pending | Pending | Pending | B/W Sundress | 26 |
| Pending | Pending | Pending | Bathroom | 27 |
| Pending | Pending | Pending | Dreaming of You Part I | 5 |
| Pending | Pending | Pending | August 1999 JSH Photo Registration | 60 |
| Pending | Pending | Pending | Adele Stephens Car Wash | 26 |
| Pending | Pending | Pending | Angelica Anna S. Silhouettes | 22 |
| Pending | Pending | Pending | Anna S. Angelica Serenity | 55 |
| Pending | Pending | Pending | Angelica Anna S. Intimate | 9 |
| Pending | Pending | Pending | Blue_5368mr | 32 |
| Pending | Pending | Pending | IMG-5307restLR | 18 |
| Pending | Pending | Pending | Angelica, Anna S. Paulina Straw Mat | 15 |
| Pending | Pending | Pending | Airport | 13 |
| Pending | Pending | Pending | All the Vogue | 5 |
| Pending | Pending | Pending | Angelica, Anna S. Paulina Cool Shade | 21 |

# Order Re Second Amended Complaint

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. GOOGLE, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

## I.    INTRODUCTION

This matter comes before the Court on Plaintiff Perfect 10, Inc.'s ("P10") Federal Rule of Civil Procedure 15(a) motion for leave to file a Second Amended Complaint ("SAC"), which would add certain new claims and new factual allegations. Defendant Google, Inc. ("Google") opposes this motion. For the reasons set forth below, the Court GRANTS Plaintiff's motion.[1]

## II.    PROCEDURAL BACKGROUND

P10 filed its initial complaint in this action on November 19, 2004. It amended its complaint as of right on January 18, 2005. The First Amended Complaint ("FAC") asserted twelve claims: (1) Direct copyright infringement (17 U.S.C. § 101 *et seq.*); (2) contributory copyright infringement (same); (3) vicarious copyright infringement (same); (4) circumvention of copyright protection systems (17 U.S.C. § 1201(a)); (5) direct trademark infringement (15 U.S.C. §§ 1114, 1125 *et seq.*); (6) contributory trademark infringement (same); (7) vicarious trademark infringement (same); (8) unfair competition under 15 U.S.C. § 1125 *et seq.*; (9) trademark dilution (15 U.S.C. §§ 1114, 1125 *et seq.*; (10) wrongful use of a registered mark under Cal. Bus. & Prof. Code § 14335; (11) trademark dilution under Cal. Bus. & Prof. Code § 14330, and (12) violation of rights of publicity under Cal. Civ. Code § 3344 and common law.

---

[1]Docket No. 297.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* | | |

On August 24, 2005, P10 moved for a preliminary injunction solely on the basis of its copyright claims.  The Court then consolidated this action with P10's action against Amazon.com, in which P10 alleged similar claims, and continued the preliminary injunction proceedings.  On February 21, 2006, this Court ruled that Google's creation and public display of thumbnail versions of P10's images likely do directly infringe P10's copyrights and that it was not likely that Google would be entitled to a fair use defense for that activity.  *Perfect 10 v. Google, Inc.*, 416 F.Supp.2d 828, 851 (C.D. Cal. 2006).  The Court also found that Google's framing and in-line linking to third party websites probably do not directly infringe and that P10 was unlikely to succeed on its contributory and vicarious liability theories.  *Id.* at 844-45.

On May 8, 2006, the Court entered a preliminary injunction order that enjoined Google from creating and displaying thumbnails but not from linking to third-party websites that display infringing full-size versions of Perfect 10's images.  P10 and Google both appealed from that injunction order.

On May 16, 2007, the Ninth Circuit ruled on the cross-appeals.  It subsequently issued an amended opinion on December 3, 2007.  *See Perfect 10, Inc. v. Amazon.com, Inc.*, 508 F.3d 1146 (9th Cir. 2007), *superseding* 487 F.3d 701.  The Ninth Circuit held that P10 had established a *prima facie* case of direct infringement based on Google's communication to Internet users of thumbnail versions of P10's photographs through its search engine.  This would constitute direct infringement because the photographs were stored on Google's computers and then displayed to users through Google's search engine.  *Id.* at 1160.  In doing so, the Ninth Circuit affirmed this Court's "server test," whereby Google would be directly liable if Google stored and served the copyrighted electronic information (*e.g.*, thumbnails) to a user, rather than merely in-line linking or framing the information.  *Id.* at 1160-61.  Nevertheless, the Ninth Circuit found that Google's display of thumbnail images was likely fair use.  *Id.* at 1168.  Next, the Ninth Circuit disagreed with this Court's analysis and conclusion that there was little likelihood that Google would be contributorily liable for in-line linking to full-size infringing images.  It remanded the case for consideration of whether Google had "actual knowledge" of the infringing images and "could take simple measures to prevent further damage to Perfect 10's copyrighted works, and failed to take such steps."  *Id.* at 1172-73. Finally, the Ninth Circuit affirmed this Court's determination that P10's vicarious copyright infringement claim was unlikely to succeed, because P10 had not shown it was

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* | | |

likely to prove that Google had the legal right and the practical ability to stop or limit the directly infringing conduct of third party websites.  *Id.* at 1175.

On June 12, 2008, P10 filed this motion for leave to file a SAC.

## III.  LEGAL STANDARD

Rule 15(a) of the Federal Rules of Civil Procedure permits a party to amend a previously amended pleading "only by leave of court or by written consent of the adverse party."  Fed. R. Civ. P. 15(a).[2]  The Rule further provides that "leave [to amend] shall be freely given when justice so requires."  *Id.*  "Under Rule 15(a), courts are cautioned to apply the policy of free amendment of pleadings with extreme liberality."  *SAES Getters S.P.A. v. Aeronex, Inc.*, 219 F.Supp.2d 1081, 1086 (S.D. Cal. 2002) (citing *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987)).  "Though the decision to grant or deny a motion for leave to amend is governed by the district court's discretion, the general rule is that amendment of pleadings is to be permitted unless the opposing party makes a showing of undue delay, bad faith, undue prejudice, or futility of amendment on the part of the moving party."  *Id.* at 1086-87(citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)).  Thus, the burden of persuasion is on the party opposing amendment.

"The four factors are generally not accorded equal weight; a showing of delay alone, for example, usually will not justify denial of leave to amend."  *Id.* (citing *DCD Programs, Ltd.*, 833 F.2d at 186).  "The factors are fairly self-explanatory, but have evolved in the case law as follows.  To show undue delay, the opposing party must at least show delay past the point of initiation of discovery; even after that time, courts will

---

[2]The Court is mindful that Rule 16 sets a higher standard for granting leave to amend the pleadings.  *See* Fed. R. Civ. P. 16(b) (requiring a party to show "good cause" to warrant the modification of dates in a scheduling order).  However, that Rule applies only if a scheduling order has been entered and a party seeks to modify the schedule. Given the tangled procedural history of this case, the parties are not currently operating under a scheduling order, so Rule 16 does not apply.  That is undoubtedly why Google has not challenged P10's assertion that Rule 15 applies.  Google, too, has applied Rule 15 jurisprudence in opposing this motion.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|----------|----------------------|------|---------------|
| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* | | |

permit amendment provided the moving party has a reasonable explanation for the delay." *Id.* (citations omitted). "[C]ourts have understood ['bad faith'] to mean such tactics as, for example, seeking to add a defendant merely to destroy diversity jurisdiction." *Id.* (citation omitted). "'Undue prejudice' means substantial prejudice or substantial negative effect; the Ninth Circuit has found such substantial prejudice where the claims sought to be added 'would have greatly altered the nature of the litigation and would have required defendants to have undertaken, at a late hour, an entirely new course of defense.'" *Id.* (citing *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990)).

"Finally, an amendment is 'futile' only if it would clearly be subject to dismissal." *Id.* (citing *DCD Programs, Ltd.*, 833 F.2d at 188; *Moore v. Kayport Package Express*, 885 F.2d 531, 542 (9th Cir. 1989)). "While courts will determine the legal sufficiency of a proposed amendment using the same standard as applied on a Rule 12(b)(6) motion, *see Miller v. Rykoff- Sexton, Inc.*, 845 F.2d 209, 214 (9th Cir. 1988), such issues are often more appropriately raised in a motion to dismiss rather than in an opposition to a motion for leave to amend." *Id.* (citing William W. Schwarzer, et al., *California Practice Guide: Federal Civil Procedure Before Trial* § 8:422).

## IV. DISCUSSION

P10's proposed SAC asserts the following claims: (1) Copyright infringement; (2) federal trademark infringement; (3) federal trademark dilution; (4) unfair competition under federal law, Cal. Bus. & Prof. Code § 17200, and the common law; (5) violation of rights of publicity under Cal. Civ. Code § 3344 and the common law ; (6) unjust enrichment; and (7) misappropriation.  Declaration of Jeffrey N. Mausner, Ex. 10 ("Proposed SAC").  The following changes are the subject of this motion:

A.    The SAC contains new factual allegations for direct copyright infringement, based on Google's ownership of a weblog service, referred to by the parties as Blogger. Simply put, P10 wishes to allege that Google is storing full size P10 images on its servers and hosting infringing weblogs and is therefore directly liable for copyright infringement under the "server test."

B.    The SAC asserts new state law claims for California and common law unfair competition, unjust enrichment, and misappropriation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|---|---|---|---|

| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* |
|---|---|

C.     The SAC includes additional factual allegations for P10's existing federal unfair
competition claim and rights of publicity claim.

D.     The SAC adds new copyrights, including 653 unregistered copyrights whose
applications are pending.

As detailed below, Google opposes allowing P10 to allege the new claims and
factual allegations. Google also filed evidentiary objections to certain portions of the
Declaration of Norman Zada. Significant portions of the Zada Declaration consist of
purported evidence on the merits and are thus irrelevant to this motion; some portions are
also argumentative and lacking in foundation. For those reasons, the Court sustains all of
Google's objections except to the following portions: The third sentence of Zada
Declaration ¶ 5 (p. 2, ll. 13-15), and the first sentence of Zada Declaration ¶ 16 (p. 8, ll.
12-14). These portions are admissible.

A.     **Allegations About Blogger**

In the FAC, P10 alleged direct copyright infringement based on the Google's
search engine operations, Web and Image Search. In the Proposed SAC, P10 now also
alleges that "Google stores hundreds of thousands of unauthorized copyrighted images on
its servers and provides website operators and users with a variety of services that assist
them in infringing copyright." Proposed SAC ¶ 18. One of those services, P10 alleges, is
"Google hosting services, including blogspot and others, which host infringing websites
and store infringing images." *Id.* ¶ 37. The parties understand these allegations to refer
to Google's Blogger services, which operate using the domain names "blogspot.com" and
"blogger.com.."[3]

1. Undue delay

Google, which has the burden of establishing that leave to amend should be denied,
contends that P10's addition of Blogger to its case at this time is untimely, prejudicial,

---

[3]Google explains in footnote 1 to its opposition that it operates a weblog hosting
service ("Blogger") at www.Blogger.com and Blogspot.com. Blogger.com is where
bloggers create, edit and administer their blogs, while Blogspot.com is where blogs are
actually hosted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* | | |

and in bad faith.  Google never directly revealed to P10 that it hosted full-size images on its servers, but it was not obligated to.[4]  Google's position is that P10 nevertheless knew or should have known the material facts about Blogger as early as February 2003, when Google acquired Blogger.

As to P10's awareness of the presence of P10 images on blogspot.com, Google points to three documents that P10 printed out in 2002, 2003, and 2004 that consist of Google search results.  *See* Declaration of Rachel M. Herrick ("Herrick Decl."), Ex. A. Each page contains one blogspot.com URL linked to a name or image of a P10 model, along with other search results from other websites.  *Id.*  The pages were among thousands of pages of search results that Perfect 10 produced for a different case.  Zada Reply Decl. ¶ 4.  The 2004 document is a thumbnail image of a supposed P10 model linked to a blogspot.com URL.  Herrick Decl., Ex. A at 7.  None of these three documents suggests that any of the blogspot webpages contained full-size images that were stored on *Google's* servers.  As P10 argues, and the Court agrees, a few blogspot URLs among a multitude of search results simply is not significant enough to prompt a reasonably vigilant litigant to investigate who owns or hosts those webpages.  *See* Zada Reply Decl. ¶ 3 ("Although I may have seen the terms "blogger" and "blogspot" here and there on a few documents among tens of thousand prior to June of 2006, I did not understand their significance at that time.")  The same goes for the DMCA notice that Dr. Zada sent to Google in a spreadsheet in February 2005 that contained one blogspot URL,  Herrick Decl., Ex. B, and the one blogspot.com webpage that Dr. Zada print-screened in 2005.

---

[4]P10 argues vociferously that Google concealed its storage of full-size images during discovery and misrepresented this fact to this Court and the Ninth Circuit.  That argument is dubious.  The Requests for Admission that P10 believes Google dishonestly answered referred to Google's search engine.  *See* Herrick Decl, Ex. Q at 62 (P10's definitions for images "Displayed on Google's Servers" and "Archived on Google Servers" referred to images that resulted from Google Web or Image search).  Understood in context, Google's statements to this Court or the Ninth Circuit about the presence of full-size images on its servers could have reasonably been construed to apply to the P10 claims at issue, which were based solely on Google's web and image search engine operations, not Blogger.  Whether this Court and the Ninth Circuit's understanding of Google's servers was, in retrospect, incomplete or incorrect is not relevant to the issue of P10's delay in adding the Blogger's allegations.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* | | |

Zada Decl. ¶ 8 & Ex. 4.

P10's President and its counsel have both filed sworn declarations that they did not know about full-size images on blogger.com and blogspot.com until May or June 2006, after P10 had filed its opening brief with the Ninth Circuit.  Reply Declaration of Jeffrey N. Mausner ("Mausner Reply Decl.") ¶ 2 (stating he recalls finding out about the full size images around May 2006); Reply Declaration of Dr. Norman Zada ("Zada Reply Decl.") ¶ 3 (discovered a few full-size images on blogger.com in approximately June 2006).

At the hearing on this motion, Google's counsel cited other evidence that, in her view, indicates that P10 knew or should have known about full-size images on blogspot.com earlier than May or June 2006.  Google cited Dr. Zada's own declaration that "in its 2005 exhibits in support of its motion for preliminary injunction, P10 submitted twenty images that were part of the infringing websites hosted by Google, specifically [listing 7 blogspot URLs]."  Zada Decl. ¶ 8.  As seen in Exhibit 9 to Zada's Declaration, those images consist of Google Image Search thumbnails linked to blogspot URLs.  That P10 submitted blogspot thumbnails among many other Image Search results as part of its preliminary injunction evidence does not refute Dr. Zada's testimony that he was only aware of full-size images on blogger.com in approximately June 2006.  Given the number of images and URLs that P10's allegations encompassed, it would be unreasonable to conclude that a mere twenty infringing thumbnails should have alerted P10 to the significance of blogspot.com and its web host.  *See* FAC ¶ 26(a) (alleging that Google had been provided at least thirty-eight DMCA notices informing it of infringement of P10's images and trademarks on at least 5,700 URLs in Google's system, including approximately 1000 URLs for infringing images on Google's own servers).

At the hearing, Google's counsel also gave the Court nine pages of printouts that it had not included in its opposition papers.  Although Google did not provide an authenticating declaration for the nine pages, Google's counsel did explain (and P10 does not dispute) the origin of the first three pages, which are print-screens of folders in a hard drive that P10 produced to Google in 2006.  The first page captures a folder labeled "for google misc."  Within that folder is five subfolders, including one labeled "blogspot images aug 1."  That blogspot subfolder was last modified on April 16, 2006.  The second page among the printouts Google brought to the hearing is a folder labeled "key sites google."  It contains 22 subfolders, with one labeled "blogspot.com."  That, too, has

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* | | |

a "Date Modified" of April 16, 2006.  The third page shows that the "blogspot.com"
subfolder contained eight PDF and Word documents of (presumably) infringing blogspot
pages.  Those documents had dates from January to March 2006.  In the Court's view,
assuming the "Dates Modified" reflect P10's use of these folders, these three printouts do
suggest that by April 16, 2006 Dr. Zada or some other P10 employee had found blogspot
to be significant enough to collect blogspot webpages in a subfolder labeled "blogspot."
Given the number of images and URLs at issue and the volume of document production
in this case, however, these three pages do not refute P10's Reply Declarations to the
extent that not until May or June 2006 did P10 become aware of full-size images on
Blogger.

Google also cites the extensive press coverage about Google's acquisition of
Blogger and documents that both sides produced in discovery that indicate Google's
ownership of Blogger as early as 2003.  *See* Herrick Decl., Exs. C-J, M.  For example,
Exhibit M is a printout of the Google Help Center webpage, which lists Blogger as one of
many Google services and tools.  *Id.*, Ex. M.  Google produced Exhibit M to P10 on
April 19, 2005.  *Id.* ¶ 15.  Another exhibit consists of a P10 printout of the Blogger.com
home page that shows at the bottom "Copyright © 1999-2006 Google."  Herrick Decl.,
Ex. C.  That printout is dated March 4, 2006.  Neither Dr. Zada nor Mr. Mausner has
stated explicitly when he discovered that Google owned Blogger.[5]  Although all of these
exhibits could have placed P10 on notice that it was Google that controlled Blogger,
again they are only material to the extent they should have triggered a reasonably vigilant
litigant to "put two and two together" and realize that *Google was storing full-size P10
images* on its servers.

The Court finds that these disparate documents, taken singly or together, do not
clearly establish that P10 should have "put two and two together" prior to 2006.  In that
context, Google's reputation as primarily a search engine operator likely made it more
difficult for P10 or any reasonably vigilant plaintiff to connect the dots between blogspot
pages and Google's servers, a connection that now appears obvious only in hindsight.  It

---

[5]Dr. Zada stated that when P10 filed its motion for a preliminary injunction in late
August 2005 he was not aware that Google owned blogspot.com and blogger.com.  Zada
Decl. ¶ 6.  Mr. Mausner stated that he was not aware that Google was storing full-size
P10 images on its servers until late 2007.  Mausner Reply Decl. ¶ 2.

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|---|---|---|---|

| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* |
|---|---|

strikes the Court as significant that even today, in connection with its Communications Decency Act defense, Google emphasizes its status as a search engine operator. Based on P10's testimony and the evidence linking Blogger to Google, the earliest that Perfect 10 could be charged with actual or constructive knowledge of both material facts - - the presence of full-size images on Blogger websites *and* Google's ownership of Blogger - - is May 2006.

Assuming P10 should have known these material facts about Blogger in May 2006, the period between May 2006 and the issuance of the first Ninth Circuit opinion on May 16, 2007 should not be attributed to undue delay. Even Google does not argue that P10 could have brought a motion to add the Blogger allegations while the appeal was pending. "The filing of a notice of appeal. . . confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). Thus, district courts may not rule on motions to amend a complaint after a court of appeals accepts jurisdiction over an interlocutory appeal, if the proposed amendment implicates factual or legal issues on appeal. *See, e.g.*, *May v. Sheahan*, 226 F.3d 876, 878 (7th Cir. 2000); *Dayton Indep. Sch. Dist. v. U.S. Mineral Prods. Co.*, 906 F.2d 1059, 1063 (5th Cir. 1990). P10's proposed amendments seek to revise the factual allegations underlying its claim of direct copyright infringement to include Blogger. The Ninth Circuit appeal addressed precisely that claim. The printouts from blogspot.com and blogger.com that Plaintiff filed as part of this motion would have been relevant to the determination of the likelihood that P10 would succeed in its direct copyright infringement claim. *See* Zada Decl. ¶ 8 & Ex. 4 (showing blogspot webpage dated December 3, 2004 containing P10 image).

### 2. Bad faith

Even assuming that P10 could have moved for leave to amend during the pendency of the appeal, Google's argument that P10 made a bad faith tactical decision to wait until the Ninth Circuit ruled on the appeal lacks merit. Google points to Dr. Zada's Internet search for the Terms of Service for Blogger.com the day after the Ninth Circuit issued its second opinion and contends that P10 is resorting to a "Plan B" or shifting to an entirely new theory of liability. Not so; it is merely adding to its existing allegations about the presence of infringing images on Google's servers. *See* FAC ¶¶ 18-19. Indeed, given

Case 2:04-cv-09484-AHM-SH Document 1156 Filed 04/04/13 Page 113 of 130 Page ID
#:29659
Case 2:04-cv-09484-AHM-SH Document 356 Filed 07/16/08 Page 10 of 18 Page ID
#:2628

O

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* | | |

that the Blogger allegations strengthen P10's case - - particularly in light of the Ninth
Circuit's endorsement of the server test - - it seems unlikely that P10 would withhold
those allegations simply to sandbag Google.  This is not like the case of a litigant waiting
until the close of discovery, just prior to summary judgment, to decide whether to assert
an entirely new theory in order to avoid an adverse summary judgment ruling.  *See, e.g.*,
*Acri v. Int'l Ass'n of Machinists & Aerospace Workers*, 781 F.2d 1393, 1398-99 (9th Cir.
1986) (not abuse of discretion to deny leave to amend where plaintiffs' attorney admitted
that delay in bringing a cause of action was a tactical choice and district court found that
plaintiffs' motion to amend was brought to avoid losing on summary judgment).  The
Court is not convinced that there has been any bad faith gamesmanship on P10's part;
even with a "true believer's zeal," such as that fairly attributable to Dr. Zada, sometimes a
plaintiff does not come up with his best game plan at the beginning of the case.

### 3. Undue prejudice

Google's argument that there has been significant litigation already and these
Blogger allegations will require significant new discovery is also insufficient to deny
leave to amend.  No discovery cut-off or trial date has been set.  Google does not argue
that its ability to defend itself is prejudiced due to the passage of time, beyond vague
assertions about turnover in employees and having to go back and respond to categories
of document requests and other discovery to which it previously responded.  But such
new discovery would not be for the same information sought in the prior requests, so in
that respect it would not be duplicative.  Moreover, this is the first time P10 has sought
leave to amend.  (The FAC was filed as a matter of right.)  For all these reasons, Court
finds that justice requires that P10 be allowed to amend its allegations to include Blogger.
//
//
//

### 4. Futility

Google does not argue that the additional Blogger allegations would be a futile
amendment.

**B.     California's Unfair Competition Law ("UCL") and Common Law
Unfair Competition, Unjust Enrichment, and Misappropriation**

Case 2:04-cv-09484-AHM-SH Document 1156 Filed 04/04/18 Page 114 of 130 Page ID
#:29660
Case 2:04-cv-09484-AHM-SH Document 156 Filed 07/16/08 Page 11 of 18 Page ID
#:292

O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|---|---|---|---|

| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* |
|---|---|

### 1. Undue delay

Google objects to the addition of the state and common law unfair competition claims, the claim of unjust enrichment, and the misappropriation claim on the grounds that P10 could have brought those claims in the original complaint. As early as January 2007, P10's counsel sent to defense counsel a draft of a contemplated SAC that included the state and common law unfair competition claims, but P10 did not move to amend at that time. Herrick Decl. ¶ 20 & Ex. R. At oral argument, P10's counsel explained that in January 2007 he and Google's former counsel at Winston & Strawn LLP had conferred regarding amendments to P10's state law claims. P10's counsel represented that Google's counsel had been agreeable to those amendments at that time, but that they mutually agreed to await the Ninth Circuit ruling because they were uncertain whether the amended complaint would affect the appeal.

Google's argument that it is prejudiced by the timing of this amendment is unconvincing. *See DCD Programs, Ltd.*, 833 F.2d at 186 (delay alone usually will not justify denial of leave to amend). The UCL and common law unfair competition claims are very similar in their factual basis to the federal unfair competition claim that P10 already pled; presumably that is why P10 grouped all the unfair competition claims under one heading in the SAC. *Compare* FAC ¶¶ 91-95 *and* Proposed SAC ¶¶ 72-83. The only difference in the allegations is that the proposed unfair competition claim contains more details concerning Google's use of celebrity names and likenesses than does the current complaint. Google claims that it is now exposed to punitive damages, but the FAC also contained a prayer for punitive damages and tort claims that could be a basis for punitive damages.

Given the liberality of amendment, it is Google's burden to come forth with reasons why the Court should not allow these amendments. It has not done so.

### 2. Futility based on preemption

Google contends that P10's proposed state law claims are preempted by the Copyright Act, 17 U.S.C. § 301(a), and the Communications Decency Act ("CDA"), 47 U.S.C. § 230(c).

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|---|---|---|---|

| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* |
|---|---|

a. Communications Decency Act preemption

Google's reliance on the CDA to oppose this motion is misplaced.  As P10 correctly argues, preemption under the CDA is an affirmative defense that is not proper to raise in a Rule 12(b)(6) motion.  *Doe v. GTE Corp.*, 347 F.3d 655, 657 (7th Cir. 2003) (immunity under 47 U.S.C. § 230(c) is an affirmative defense that plaintiff is not required to plead around).  Although P10 reserves this procedural objection, it also claims that it has pleaded around CDA preemption by alleging that Google is an "information content provider."  *See Fair Housing Council of San Fernando Valley v. Roommates.Com, LLC*, 521 F.3d 1157, 1162 (9th Cir. 2008) (explaining that section 230(c) immunity is not available if the online service provider is also an information content provider); Proposed SAC ¶¶ 22, 73, 79, 87 (allegations regarding information content provider).  This conclusory allegations is, at best, dubious.

But Google's arguments are geared toward the "merits question" of whether Google is merely a search engine or an information content provider, ignoring altogether the sufficiency of P10's allegations.  A proposed claim may be futile if it cannot withstand summary judgment, *i.e.*, if there is no triable issue of material fact.  *Calif. ex rel. Calif. Dept. of Toxic Substances Control v. Neville Chemical Co.,* 358 F.3d 661, 673-74 (9th Cir. 2004).  But Google merely asserts that it is common knowledge that Google is not a content provider.  The cases that it cites that appear to describe Google as a mere passive search engine are cited out of context.  *See, e.g.*, *Maughan v. Google Technology, Inc.*, 143 Cal.App.4th 1242, 1258 (2006) (dissenting judge citing to a Google software engineer's statement regarding Google's automated search process, in determining the reasonableness of Google's fee request).  Here, the very fact that Google owns Blogger indicates that Google is not just in the search engine business.

The question whether any of Google's conduct disqualifies it for immunity under the CDA will undoubtedly be fact-intensive.  Neither party has proffered evidence sufficient for the Court to determine at this stage whether Google is entitled to CDA immunity.  Although it is highly likely that P10 will encounter difficulty in establishing that Google engaged in the "creation or development in whole or in part" of unlawful content, *see Fair Housing Council*, 521 F.3d at 1168-69, it would be improper for the Court to resolve this issue on the pleadings and the limited evidentiary record before it.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. GOOGLE, INC., *et al.* | | |

### b. Copyright Act preemption

Google's argument about Copyright Act preemption is also unpersuasive. The Copyright Act preempts a state law claim if two conditions are met: the content of the copyrighted works must fall within the "subject matter" of copyright and the right asserted under state law must be "equivalent" to those protected exclusively by section 106 of the Act. *Laws v. Sony Music Entm't, Inc.*, 448 F.3d 1134, 1137-38 (9th Cir. 2006). To survive preemption under the "equivalent rights" part of the test, the state law claim must contain an element that is "qualitatively different from the copyright rights." *Laws*, 448 F.3d at 1143 (quoting *Del Madera Props. v. Rhodes & Gardner*, 820 F.2d 973, 977 (9th Cir. 1987)). *See also Balboa Ins. Co. v. Trans Global Equities*, 218 Cal.App.3d 1327, 1342 (Cal. Ct. App. 1990) (courts must examine the underlying theory of unfair competition to determine whether it contains the necessary qualitatively different extra element distinguishing it from copyright).

Google argues that P10's proposed state law-based claims are preempted because the essence and underlying nature of all of those claims is the protection of its copyrights. It does not argue that all such claims are preempted generally by section 301; instead, it argues that they are preempted as applied to the factual allegations in the proposed complaint. Google has a high bar to establish futility: "a proposed amendment is futile only if no set of facts can be proved under the amendment to the pleadings that would constitute a valid and sufficient claim or defense." *Miller v. Rykoff-Sexton, Inc.*, 845 F.2d 209, 214 (9th Cir. 1988).

The Copyright Act does not preempt P10's state law unfair competition claims. P10 invokes trademark rights and right of publicity as the underlying violations for its unfair competition claim. Google challenges only the right of publicity basis for the unfair competition claim. Its argument fails for the purposes of this motion because it has not established that P10's publicity claim involves rights that fall within the subject matter of copyright. As P10's allegations make clear, the publicity claim seeks to protect the names and likenesses of P10 models, the rights to which P10 claims to own as exclusive assignee. Proposed SAC ¶¶ 85-88. The Ninth Circuit has made clear that although a photograph is a work of authorship protected by the Copyright Act, the names and likenesses in the photograph are not. *Downing v. Abercrombie & Fitch,* 265 F.3d 994, 1003-04 (9th Cir. 2001). As in *Downing,* P10's publicity claim is not preempted

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | | Date | July 16, 2008 |
|---|---|---|---|---|
| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* | | | |

because it is based on the use of the models' names and likenesses, notwithstanding the fact that the names and likenesses are embodied in a copyrightable photograph. *Id.* at 1004.

P10's unjust enrichment and misappropriation claims also are not necessarily preempted by the Copyright Act.  Google argues that those claims are preempted because they are based on the taking of copyrighted works.  In alleging the basis for its unjust enrichment claim, P10 specifically avoided relying on its copyright claims.  Proposed SAC ¶ 93.  To the extent its unjust enrichment theory of relief is based on nonpreempted claims - - *i.e.*, right of publicity, trademark - - the unjust enrichment claim is not preempted by the Copyright Act.  Similarly, P10's common law misappropriation claim[6] is not preempted, to the extent it seeks to protect content that its not the subject matter of copyright.  True, P10 alleges that Google "appropriated and used P10's property."  Proposed SAC ¶¶ 98-99.  For that claim to be preempted, however, the "property" would have to refer to the copyrighted images, as opposed to the names and likenesses of the model.  P10 has alleged that it is the exclusive assignee of publicity rights in the names and likenesses of the models.  *Id.* ¶ 85.  Hence, its reference to property could include those non-copyrightable rights.

Google has not shown that there is no set of facts that P10 can prove under its allegations that would constitute valid claims for unfair competition, unjust enrichment, and misappropriation.

### 3. P10's standing to assert a UCL claim regarding celebrities

P10's proposed amendments also include allegations that Google's display and distribution of the names and images of celebrities (who are not P10 models) constitute unfair competition.  Proposed SAC ¶¶ 75-76.  The gist of those allegations is that Google earns revenue by juxtaposing advertisements from Google's AdSense partners next to unauthorized images of celebrities and by permitting AdWords partners to use as

---

[6]The Court assumes P10's misappropriation claim is under the common law, not California Civil Code § 3344, which P10 invokes for its publicity claim.  *See Laws*, 448 F.3d at 1138 (noting that § 3344 provides a cause of action for statutory misappropriation or violation of right of publicity).

O

| Case No. | CV 04-9484 AHM (SHx) | | Date | July 16, 2008 |
|---|---|---|---|---|
| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* | | | |

keywords for their websites the names of celebrities in order to attract user clicks.  *Id.*

Google argues that P10 lacks standing to assert claims regarding celebrities because it "must have suffered injury as a result of Google's alleged conduct" and because it has not alleged that it owns rights to those celebrities' names and images. California Business & Professions Code § 17204 does require that a litigant seeking relief under the UCL "suffered injury in fact and has lost money or property as a result of the unfair competition."  Obviously intending to satisfy this requirement, P10 has alleged that as a competitor it has been directly injured by Google's allowing free access to not just P10 images but also celebrity images.  Proposed SAC ¶ 73.  As P10 puts it, "How can Perfect 10 possibly compete, when it charges a fee for only a tiny fraction of the content that Google gives away?"  Reply at 23; *see also* Proposed SAC ¶¶ 26(a).  To survive a motion to dismiss a UCL claim, a plaintiff must only plead the facts underlying its claim of injury in fact with reasonable particularity.  *See Multimedia Patent Trust v. Microsoft Corp.*, 525 F.Supp.2d 1200, 1217 (S.D. Cal. 2007) (noting that state courts require that section 17200 allegations be pleaded with "reasonable particularity") (quoting *Khoury v. Maly's of Calif., Inc.*, 14 Cal.App.4th 612, 619 (Cal. Ct. App. 1993)).  For the purposes of Rule 15, therefore, Google has not demonstrated that P10's allegation of injury is so weak that it renders the UCL claim futile.

### C.     Additional Factual Allegations Regarding Unfair Competition and Right of Publicity

P10's proposed SAC would add several factual allegations to its existing unfair competition claim under the Lanham Act and its existing right of publicity claim.  Google argues that P10 has unduly delayed, but does not specifically target any of the proposed allegations.  P10 does not address this objection in its reply.

A comparison of the unfair competition allegations in the FAC (¶¶ 91-95) and the Proposed SAC (¶¶ 72-83) reveals the following essential differences.  First, P10 added allegations about Blogger (Proposed SAC ¶ 73) and about Google's profiting from celebrity names and likenesses (*id.* ¶¶ 76).  It also elaborated on its previous allegations of Google's unauthorized use of P10 passwords (*id.* ¶ 77; FAC ¶ 25(d).  Finally, P10 makes a new allegation that Google searches of P10 models' names lead to search results consisting of actual images of P10 models placed next to sexually explicit images that

O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|---|---|---|---|
| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* | | |

wrongly portray them to be involved in sexually explicit acts (Proposed SAC ¶ 80). According to Dr. Zada, these Google search results first surfaced in March 2007.[7]  Zada Decl. ¶ 16.

Of the additional allegations, the only one that is entirely new is the allegation about Google's use of celebrities.  Neither side has addressed when P10 became aware of the facts regarding the celebrities.  Meanwhile, Google has not offered any specific reasons to reject these proposed amendments.  In the Court's view, these changes simply clarify the factual basis for the unfair competition claim.  Given the liberality of amendment and the absence of specific objections from Google, the Court will permit these changes to the unfair competition claim.

Similarly, Google opposes P10's additional factual allegations for its right of publicity claim without providing any specific reasons.  To the factual allegations supporting the publicity claim P10 seeks to add the previously described allegation about the wrongful depiction of P10 models adjacent to sexually explicit pornography in Google's image search results (SAC ¶ 87) and to add details about Google's advertising revenues (SAC ¶¶ 88-89).  *Compare* FAC ¶¶ 108-112 *and* Proposed SAC ¶¶ 84-89. These allegations are not unduly delayed and primarily seek to clarify the factual basis for the publicity claim.  Thus, the Court will allow these amendments.

### E.    653 Pending Copyrights

Attached as Exhibit 7 to the Proposed SAC is a list of 951 copyrights that P10 seeks to add to the case, 653 of which were still pending at the time P10 submitted the list to Google.  Since then, P10 reports, the U.S. Copyright Office has issued 64 of those pending registrations.  P10 also represents that it will only seek damages for those copyrights that are actually registered at the time of trial.  Basically, P10 wants to be able to seek damages for all of its registered copyrights by simply updating the list of its copyrights at suit, up to the time of trial.  (Reply at 24.)

Google argues that the Court should not permit the pending copyrights to be a part

---

[7]According to Proposed SAC ¶ 20, however, the Google search results that contained P10 images mixed in with sexually explicit images began in September 2007.

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 04-9484 AHM (SHx) | Date | July 16, 2008 |
|----------|---------------------|------|---------------|

| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* |
|-------|---------------------------------------------|

of the SAC because it lacks subject matter jurisdiction over claims of infringement of pending copyrights.  The very case Google cites, *Loree Rodkin Management Corp. v. Ross-Simons*, Inc., 315 F.Supp.2d 1053, 1054 (C.D. Cal. 2004) observes that there is a clear split in authority on the issue.  On that basis alone it would seem that P10's inclusion of pending copyrights is not futile.

Perhaps more to the point is that the Ninth Circuit already held in this case that the district court had jurisdiction to grant injunctive relief to restrain infringement of unregistered copyrights. *Amazon.com*, 487 F.3d at 710 n. 1. In doing so, the Ninth Circuit cited *Olan Mills, Inc. v. Linn Photo Co.*, 23 F.3d 1345, 1349 (8th Cir. 1994), which held that the district court had jurisdiction to entertain a request for a permanent injunction against future infringement of plaintiff's unregistered copyrighted photographs.  The *Olan Mills* court also noted that although registration is a prerequisite to bringing suit, it is not a condition of copyright protection, and "[t]he timing of registration only determines whether the copyright holder can recover statutory as opposed to actual damages." *Id.* (citations omitted).  This case law, although far from definitive, suggests that the district court's jurisdiction extends to unregistered copyrights, at least to the extent injunctive relief is sought.  On that basis, the Court finds that the inclusion of unregistered copyrights in the SAC is not futile.  The Court need not address the ultimate question that this situation raises: Whether P10 would be entitled to recover damages for copyrights that were infringed but which were not registered at the time P10 filed the copyright claim.

O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484 AHM (SHx) | | Date | July 16, 2008 |
|---|---|---|---|---|
| Title | PERFECT 10, INC.  v. GOOGLE, INC., *et al.* | | | |

## IV.    CONCLUSION

For the foregoing reasons, the Court GRANTS P10's motion.[8]


_____ : _____

Initials of Preparer                 SMO

---

[8]At the hearing the Court ordered counsel to meet and confer and propose a method, including time deadlines, for newly-registered copyrights to be specific as within the scope of the SAC, to avoid *seriatim* amendments.

# Stipulation and Order Re Dismissal of Certain Claims

[COUNSEL LISTED ON FOLLOWING PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Perfect 10, Inc., | **Case No. CV 04-9484 AHM (SHx)** |
| Plaintiff, | |
| vs. | **Stipulation re Dismissal of Certain Claims** |
| Google, Inc., *et al.*, | |
| Defendants. | |
| And related counter-claim. | |

**Stipulation re Dismissal of Certain Claims**

1

1   JEFFREY N. MAUSNER (SBN 122385)
2   Law Offices of Jeffrey N. Mausner
    6222 Amigo Ave.
3   Tarzana, CA 91335
4   Email: Jeff@mausnerlaw.com
    Telephone:  (310) 617-8100
5
6   DAVID N. SCHULTZ, ESQ. (SBN 123094)
    1747 Preuss Road
7   Los Angeles, CA 90035
8   Email: schu1984@yahoo.com
    Telephone:  (310) 839-3150
9   Fax:  (310) 559-3091
10
    PETER R. DION-KINDEM (SBN 95267)
11  PETER R. DION-KINDEM, P. C.
12  DION-KINDEM & CROCKETT
    21271 Burbank Blvd., Suite 100
13  Woodland Hills, CA 91367
14  Telephone:  (818) 883-4400
    Fax:          (818) 676-0246
15
16  Attorneys for Plaintiff and
    Counter-Defendant Perfect 10, Inc.
17
18
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
19    Michael T. Zeller (Bar No. 196417)
      michaelzeller@quinnemanuel.com
20  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
21  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
22    Charles K. Verhoeven (Bar No. 170151)
      charlesverhoeven@quinnemanuel.com
23  50 California Street, 22nd Floor
    San Francisco, California  94111
24    Rachel Herrick Kassabian (Bar No. 191060)
      rachelkassabian@quinnemanuel.com
25  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065
26
27  Attorneys for Defendant Google Inc.
28

01980.51320/4515321.1        **Stipulation re Dismissal of Certain Claims**

Plaintiff and Counter-defendant Perfect 10, Inc. and Defendant and counter-claimant Google, Inc., through their counsel of record, stipulate that the following claims shall be dismissed with prejudice with each party bearing its own attorney's fees and costs as to such dismissed claims (and only as to such dismissed claims):

1. Plaintiff's Second Claim for Relief for Trademark Infringement in its Second Amended Complaint;

2. Plaintiff's Third Claim for Relief for Trademark Dilution in its Second Amended Complaint;

3. Plaintiff's Fourth Claim for Relief for Unfair Competition pursuant to 15 U.S.C. § 1125 *et seq.*, California Business and Professions Code §17200, and Common Law in its Second Amended Complaint;

4. Plaintiff's Fifth Claim for Relief for Violation of Rights of Publicity in its Second Amended Complaint;

5. Plaintiff's Sixth Claim for Relief for Unjust Enrichment in its Second Amended Complaint;

6. Plaintiff's Seventh Claim for Relief for Misappropriation in its Second Amended Complaint;

7. Google's Claims in the Fourth Cause of Action of its Counterclaim for Declaration Of Non-infringement Of Trademark/Non-violation Of Lanham Act;

8. Google's claims in the Fifth Cause of Action of its Counterclaim for Declaration Of No Contributory Or Vicarious Liability For Trademark Infringement By Others;

9. Google's claims in the Sixth Cause of Action of its Counterclaim for Declaration Of Non-violation Of The Trademark Dilution Provisions Of The Lanham Act;

10. Google's claims in the Seventh Cause of Action of its Counterclaim for Declaration Of Non-violation Of The Unfair Competition Provisions Of The Lanham Act, California Business And Professions Code § 17200, And The Common Law Of Unfair Competition;

11. Google's claims in the Eighth Cause of Action of its Counterclaim for Declaration Of Non-violation Of Rights Of Publicity;

12. Google's claims in the Ninth Cause of Action of its Counterclaim for Declaration Of Non-violation Of The Law Of Unjust Enrichment; and

13. Google's claims in the Tenth Cause of Action of its Counterclaim for Declaration Of Non-violation Of The Law Of Misappropriation.

Dated: December 20, 2011

DION-KINDEM & CROCKETT

BY: s/ PETER R. DION-KINDEM
       PETER R. DION-KINDEM, P.C.
       PETER R. DION-KINDEM
       Attorneys for Plaintiff and Counter-
       Defendant Perfect 10, Inc.

Dated: December 20, 2011

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

BY: s/ RACHEL HERRICK KASSABIAN
       RACHEL HERRICK KASSABIAN
       Attorneys for Defendant and
       Counter-claimant Google, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Perfect 10, Inc., | **Case No. CV 04-9484 AHM (SHx)** |
| Plaintiff, | |
| vs. | **Order on Stipulation re Dismissal of Certain Claims** |
| Google, Inc., *et al*., | |
| Defendants. | |
| And related counter-claim. | |

Pursuant to the Stipulation of the parties and good cause appearing therefor, the Court hereby dismisses the following claims with prejudice, with each party bearing its own attorney's fees and costs as to such dismissed claims (and only as to such dismissed claims):

01980.51320/4515389.1          **Order re Dismissal of Certain Claims**

1

1. Plaintiff's Second Claim for Relief for Trademark Infringement in its Second Amended Complaint;

2. Plaintiff's Third Claim for Relief for Trademark Dilution in its Second Amended Complaint;

3. Plaintiff's Fourth Claim for Relief for Unfair Competition pursuant to 15 U.S.C. § 1125 *et seq.*, California Business and Professions Code §17200, and Common Law in its Second Amended Complaint;

4. Plaintiff's Fifth Claim for Relief for Violation of Rights of Publicity in its Second Amended Complaint;

5. Plaintiff's Sixth Claim for Relief for Unjust Enrichment in its Second Amended Complaint;

6. Plaintiff's Seventh Claim for Relief for Misappropriation in its Second Amended Complaint;

7. Google's Claims in the Fourth Cause of Action of its Counterclaim for Declaration Of Non-infringement Of Trademark/Non-violation Of Lanham Act;

8. Google's claims in the Fifth Cause of Action of its Counterclaim for Declaration Of No Contributory Or Vicarious Liability For Trademark Infringement By Others;

9.      Google's claims in the Sixth Cause of Action of its Counterclaim for Declaration Of Non-violation Of The Trademark Dilution Provisions Of The Lanham Act;

10.     Google's claims in the Seventh Cause of Action of its Counterclaim for Declaration Of Non-violation Of The Unfair Competition Provisions Of The Lanham Act,  California Business And Professions Code § 17200, And The Common Law Of Unfair Competition;

11.     Google's claims in the Eighth Cause of Action of its Counterclaim for Declaration Of Non-violation Of Rights Of Publicity;

12.     Google's claims in the Ninth Cause of Action of its Counterclaim for Declaration Of Non-violation Of The Law Of Unjust Enrichment; and

13.     Google's claims in the Tenth Cause of Action of its Counterclaim for Declaration Of Non-violation Of The Law Of Misappropriation.

IT IS SO ORDERED.

Dated: December 22, 2011

United States District Judge

01980.51320/4515389.1

**Order re Dismissal of Certain Claims**

3