UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants*. | CASE NO. CV 04-9484 AHM (SHx)<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION TO COMPEL PERFECT 10 TO PRODUCE DOCUMENTS RE REQUESTS PREVIOUSLY DEFERRED BY THE COURT'S MAY 19, 2006 ORDER** |

The Court, having considered Defendant Google Inc.'s Request For A Ruling On Outstanding Document Requests Previously Deferred By The Court's May 19, 2006 Order, Perfect 10, Inc.'s opposition thereto, and the pleadings and other papers on file in this action, finds good cause to GRANT Google's Request.   The Court now GRANTS Google's prior motion to compel as to the outstanding Requests identified in Google's Request for a Ruling, and hereby ORDERS Perfect 10 to produce the following documents and things within seven (7) calendar days of the date of this Order:

    1.    All documents responsive to Google's Document Request Nos. 8, 58, 59, 60, 61, 62, and 68.

2. All documents responsive to Google's Document Request Nos. 2 and 4, with respect to the remaining copyrighted works being asserted in this action, as identified in Perfect 10's March 26, 2012 Disclosure (Dkt. No. 1128).

3. All documents concerning allegations that Perfect 10 falsely or wrongly claimed copyright rights (responsive to Google's Document Request No. 65, as modified).

4. All documents concerning your use of the Google search engine, or any other internet search engine, to search for, investigate, detect, assess, evaluate and/or monitor alleged infringements of copyrights in which you claim rights (responsive to Google's Document Request No. 67, as modified).

**IT IS SO ORDERED.**

DATED: _____, 2012

By_____
Hon. Stephen J. Hillman
United States Magistrate Judge