UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9484-AHM(SHx) | Date | April 24, 2012 |
|---|---|---|---|
| Title | Perfect 10 Inc. v. Google Inc., et al., | | |

| Present: The Honorable | Stephen J. Hillman | |
|---|---|---|
| Sandra Butler | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**        (IN CHAMBERS)

    This court has reviewed the Request for a Ruling on Outstanding Document Requests Previously Deferred by the Court byuon in the May 19, 2006 Order and hereby rules as follows:

    Request No. 2:    Denied, however all copyright registration certificates regarding the remaining copyrighted works being asserted in this action shall be produced if they have not already been produced.

    Request No. 4:    Denied, however Perfect 10 shall produce copies of all Complaints it has filed with respect to the remaining copyrighted works being asserted in this action, as well as any related deposition transcripts of Dr. Zada related to the remaining copyrighted works being asserted in this action.

    Request No. 8:    Denied

    Request No. 58:    Denied, however Perfect 10 shall continue to supplement its prior response to Request 58 as necessary, limited to that which the court previously ordered.

    Request No. 59:    Denied

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 04-9484-AHM(SHx) | Date | April 24, 2012 |
| Title | Perfect 10 Inc. v. Google Inc., et al., | | |

Request No. 60:   Denied, however Perfect 10 shall continue to supplement its prior response to Request 60, limited to that which the court previously ordered.

Request No. 61:   Denied, however Perfect 10 shall continue to supplement its prior response to Request 61, limited to that which the court previously ordered.

Request No. 62:   Denied

Request No. 65:   Granted to the extent that Perfect 10 shall identify any lawsuits filed within the last eight years in which it was named as defendant, and in which it was claimed that Perfect 10 falsely or wrongly claimed copyright rights.

Request No. 67:   Denied

Request No. 68:   Denied

Magistrate Judge Hillman
Counsel of Record*
*the term "counsel" as used herein also includes any pro se party.
See Local Rule 2.9.3.

:

Initials of Preparer