UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>GOOGLE INC., a corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants*. | CASE NO. CV 04-9484 AHM (SHx)<br><br>**ORDER PARTIALLY GRANTING GOOGLE INC.'S MOTION TO ENFORCE THE COURT'S OCTOBER 6, 2009 ORDER COMPELLING THE PRODUCTION OF DOCUMENTS, AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS REGARDING PREVIOUSLY-DEFERRED REQUESTS** |
|---|---|

## ORDER

The Court, having considered Defendant Google Inc.'s Motion to Enforce The Court's October 6, 2009 Order Compelling The Production Of Documents, And Motion To Compel Production Of Documents Regarding Previously-Deferred Requests, Perfect 10, Inc.'s opposition thereto, and the pleadings and other papers on file in this action, finds good cause to partially GRANT Google's Motion.

The Court hereby ORDERS as follows:

1. Within five (5) calendar days of issuance of this Order, Perfect 10, Inc. shall produce the following materials:

    a. Complete and unredacted financial statements;

        b.    All financial source documents used to prepare those statements, from the locations identified by Mr. Hersh during his deposition, as well as from any other locations within Perfect 10's possession, custody or control;

        c.    All email communications between Mr. Hersh and Perfect 10 regarding this case.

2.    Within five calendar days of issuance of this Order, Perfect 10, Inc. shall produce documents responsive to Google's previously deferred Document Request Nos. 98, 99, 100, 101, 102, and 154. Such production is limited to non-privileged documents which Perfect 10 is able to locate upon a reasonable search.

3.    The deposition of Mr. Hersh shall continue for up to an additional 8 hours regarding the above-referenced documents following their production.

The balance of the Motion is DENIED.

DATED: April 24, 2012

By _____[signature]_____
Hon. Stephen J. Hillman
United States Magistrate Judge