1  [COUNSEL LISTED ON FOLLOWING PAGE]
2
3
4
5  UNITED STATES DISTRICT COURT
6  CENTRAL DISTRICT OF CALIFORNIA
7

| | |
|---|---|
| 8  Perfect 10, Inc., | **Case No. CV 04-9484 AHM (SHx)** |
| 9       Plaintiff, | |
| 10 | **Stipulation re Dismissal of Action With Prejudice** |
| 11      vs. | |
| 12  Google Inc., | |
| 13       Defendant. | |
| 14 | |
| 15  And related counter-claims. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

01980.51320/4722623.1    **Stipulation re Dismissal of Action with Prejudice**

1

1  JEFFREY N. MAUSNER (SBN 122385)
   DAVID N. SCHULTZ (SBN 123094)
2  Law Offices of Jeffrey N. Mausner
   6222 Amigo Ave.
3  Tarzana, CA 91335
   Email: Jeff@mausnerlaw.com
4  Telephone: (310) 617-8100

5  PETER R. DION-KINDEM (SBN 95267)
   PETER R. DION-KINDEM, P. C.
6  DION-KINDEM & CROCKETT
   21271 Burbank Blvd., Suite 100
7  Woodland Hills, CA 91367
   Telephone: (818) 883-4400
8  Fax: (818) 676-0246

9  Attorneys for Plaintiff and
   Counter-Defendant Perfect 10, Inc.
10

11
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
12 MICHAEL T. ZELLER (BAR NO. 196417)
     michaelzeller@quinnemanuel.com
13   865 South Figueroa Street, 10th Floor
     Los Angeles, California 90017-2543
14   Telephone: (213) 443-3000
     Facsimile: (213) 443-3100
15 RACHEL HERRICK KASSABIAN (BAR NO. 191060)
     rachelkassabian@quinnemanuel.com
16   555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, California 94065
17   Telephone: (650) 801-5000
     Facsimile: (650) 801-5100
18
   Attorneys for Defendant Google Inc.
19

20

21

22

23

24

25

26

27

28
   01980.51320/4722623.1   **Stipulation re Dismissal of Action with Prejudice**

2

Plaintiff and Counter-Defendant Perfect 10, Inc. ("Perfect 10") and Defendant and Counter-Claimant Google Inc. ("Google"), through their counsel of record, stipulate that this entire action shall be voluntarily dismissed with prejudice, including but not limited to all claims arising from any Google act or omission on or before the date of dismissal of this action, or any DMCA notices sent by Perfect 10 on or before the date of dismissal of this action, with each party to bear its own attorney's fees and costs. Perfect 10 agrees not to commence any future lawsuit against Google in any court arising from any such Google act or omission on or before the date of dismissal of this action, or any such DMCA notices sent by Perfect 10 on or before the date of dismissal of this action. By this Stipulation, Perfect 10 does not intend to dismiss the lawsuit brought by Perfect 10 in Canada against Google. No appeal may be taken, and no motion to alter, amend or be relieved from the judgment in this action may be filed, by either party.

Dated: April 25, 2012

LAW OFFICES OF JEFFREY N. MAUSNER

By: *David Schultz*
DAVID N. SCHULTZ
Attorneys for Plaintiff and Counter-Defendant Perfect 10, Inc.

Dated: April 25, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

BY: *Rachel Herrick Kassabian*
RACHEL HERRICK KASSABIAN
Attorneys for Defendant and Counter-Claimant Google Inc.

01980.51320/4722623.1   **Stipulation re Dismissal of Action with Prejudice**

3