JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Perfect 10, Inc., | **Case No. CV 04-9484 AHM (SHx)** |
| Plaintiff, | |
| | x[Proposed] **[Proposed] Order for Dismissal of Action With Prejudice** |
| v. | |
| Google Inc., | |
| Defendant. | |
| And related counter-claims. | |

Pursuant to the Stipulation of the parties, the Court hereby dismisses this action with prejudice.  No appeal may be taken, and no motion to alter, amend or be relieved from the judgment in this action may be filed, by either party.  Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: <u>April 26, 2012</u>

_____
The Honorable A. Howard Matz
UNITED STATES DISTRICT JUDGE

JS-6